UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT,

    Plaintiff,

v.

BILLY WOODS, *et al.*,

    Defendants.

Case No. 5:23-cv-661-JSM-PRL

## **LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Krysti Merchant, Plaintiff;
- Cory Merchant, Decedent;
- Tommie Phillip Vester Merchant, Survivor;

- Romanucci & Blandin, LLC, Attorneys for Plaintiff;
    - Bhavani K. Raveendran, Attorney for Plaintiff;
    - Sam A. Harton, Attorney for Plaintiff;
- Slater Legal PLLC, Attorneys for Plaintiff;
    - James M. Slater, Attorney for Plaintiff;
- Billy Woods, Sheriff of Marion County, Florida, Defendant;
- Justin Kosinski, Defendant;
- Joseph Miller, Defendant; and
- Jerome Dukes, Defendant.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Krysti Merchant, Plaintiff, on behalf of the Estate of Cory Merchant and Mr. Merchant's survivors.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: November 7, 2023

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
Email: james@slater.legal

/s/ *Sam Harton*
Bhavani Raveendran (*pro hac vice pending*)
(Illinois ARDC No. 6309968)
Sam Harton (*pro hac vice pending*)
(Illinois ARDC No. 6342112)
Romanucci & Blandin LLC
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net
Email: sharton@rblaw.net

*Attorneys for Plaintiff*