UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| Krysti Merchant,<br><br>    Plaintiff,<br><br>v.<br><br>Billy Woods, *et al.*,<br><br>    Defendants. | Case No. 5:23-cv-661-JSM-PRL |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff Krysti Merchant gives notice that she will be represented by James M. Slater of Slater Legal PLLC as lead counsel.

Dated: November 7, 2023.

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    Slater Legal PLLC
    113 S. Monroe Street
    Tallahassee, Florida 32301
    Tel. (305) 523-9023
    Email: james@slater.legal

    -and-

Bhavani Raveendran (*pro hac vice pending*)
(Illinois ARDC No. 6309968)
Sam Harton (*pro hac vice pending*)
(Illinois ARDC No. 6342112)
Romanucci & Blandin LLC
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net
Email: sharton@rblaw.net

*Attorneys for Plaintiff*

2