UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:23-cv-00661

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

Plaintiff,

v.

BILLY WOODS, Sheriff of Marion County,
Florida, in his official capacity;
Deputy Justin Kosinski;
Deputy Joseph Miller,
Sergeant Jerome Dukes,

Defendants.
_____/

### DEFENDANTS' NOTICE OF LEAD COUNSEL DESIGNATION

I, Bruce R. Bogan, Esquire, pursuant to this Court's Order (Doc. 17), hereby notifies this honorable court that I will serve as Lead Counsel on behalf of Defendants, Billy Woods, Sheriff of Marion County, Deputy Justin Kosinski, Deputy Joseph Miller and Sergeant Jerome Dukes. I have familiarized myself with the obligations of Lead Counsel under the local

rules in the Middle District of Florida. I will conform all of my conduct as "Lead Counsel" to these rules and all other applicable Local Rules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel for Plaintiff, James M. Slater, Esquire, Slater Legal, PLLC, 113 South Monroe Street, Tallahassee, Florida 32301, Bhavani Raveedran, Esquire and Sam Harton, Esquire, Romanucci and Blandin, 321 North Clark Street, Chicago, Illinois 60654.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249
Gary M. Glassman, Esquire
Fla. Bar No. 0825786
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
       djadon@hilyardlawfirm.com
       gary@hilyardlawfirm.com
Attorneys for Defendants Billy Woods as Sheriff of Marion County, Kosinski, Miller and Dukes