UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:23-cv-00661

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

Plaintiff,

v.

BILLY WOODS, Sheriff of Marion County,
Florida, in his official capacity;
Deputy Justin Kosinski;
Deputy Joseph Miller,
Sergeant Jerome Dukes,

Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants SHERIFF BILLY WOODS, Deputy JUSTIN KOSINSKI; Deputy JOSEPH MILLER; and Sergeant JEROME DUKES; make the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

N/A

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   A. Krysti Merchant (Plaintiff);

   B. James M. Slater, Esquire (Counsel for Plaintiff);

   C. Slater Legal, PLLC (Law Firm for Plaintiff);

   D. Bhavani Raveedran, Esquire (Counsel for Plaintiff);

   E. Sam Harton, Esquire (Counsel for Plaintiff);

   F. Romanucci and Blandin, LLC (Law Firm for Plaintiff);

   G. Billy Woods, Sheriff of Marion County (Defendant);

   H. Justin Kosinski (Defendant);

   I. Joseph Miller (Defendant);

   J. Jerome Dukes (Defendant);

K. Bruce R. Bogan, Esq. (Counsel for Defendants, Billy Woods, Sheriff of Marion County, Deputy Justin Kosinski, Deputy Joseph Miller and Sergeant Jerome Dukes);

L. Gary M. Glassman, Esq. (Counsel for Defendants, Billy Woods, Sheriff of Marion County, Deputy Justin Kosinski, Deputy Joseph Miller and Sergeant Jerome Dukes);

M. David R. Jadon, Esq. (Counsel for Defendants, Billy Woods, Sheriff of Marion County, Deputy Justin Kosinski, Deputy Joseph Miller and Sergeant Jerome Dukes);

H. Hilyard, Bogan, & Palmer, P.A. (Law Firm for Defendant, Billy Woods, Sheriff of Marion County, Deputy Justin Kosinski, Deputy Joseph Miller and Sergeant Jerome Dukes );

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

N/A

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

N/A

6. Identify each person arguably eligible for restitution:

N/A

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel for Plaintiff, James M. Slater, Esquire, Slater Legal, PLLC, 113 South Monroe Street, Tallahassee, Florida  32301, Bhavani Raveedran, Esquire and Sam Harton, Esquire, Romanucci and Blandin, 321 North Clark Street, Chicago, Illinois 60654.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249
Gary M. Glassman, Esquire
Fla. Bar No. 0825786
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
djadon@hilyardlawfirm.com
gary@hilyardlawfirm.com
Attorneys for Defendants