## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**KRYSTI MERCHANT**, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

     Plaintiff,

v.                                   Case No. 5:23-cv-00661

**BILLY WOODS**, Sheriff of Marion
County, Florida, in his official
Capacity; Deputy **JUSTIN KOSINSKI**;
Deputy **DELLUN MILLER**; Sergeant
**JEROME DUKES**;

     Defendants.

_____/

## DEFENDANT, JEROME DUKES', ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Deputy **JEROME DUKES**, by and through his undersigned attorneys, hereby files this Answer and Affirmative Defenses to the Plaintiff's Amended Complaint , and states as follows:

## INTRODUCTION

1.    The allegations in Paragraph 1 of the Amended Complaint  are unknown and are therefore denied.

2.    The allegations in Paragraph 2 of the Amended Complaint  are unknown and are therefore denied.

3.      The allegations in Paragraph 3 of the Amended Complaint  are unknown and are therefore denied.

4.      The allegations in Paragraph 4 of the Amended Complaint are unknown and are therefore denied.

5.      The allegations in Paragraph 5 of the Amended Complaint are admitted to the extent that Cory Merchant was a pretrial detainee, but the remaining allegations are unknown and are therefore denied.

6.      The allegations in Paragraph 6 of the Amended Complaint are denied.

7.      The allegations in Paragraph 7 of the Amended Complaint  are denied.

8.      The allegations in Paragraph 8 of the Amended Complaint  are denied.

9.      The allegations in Paragraph 9 of the Amended Complaint  are denied.

10.     The allegations in Paragraph 10 of the Amended Complaint  are unknown and therefore denied.

11.     The allegations in Paragraph 11 of the Amended Complaint  are unknown and are therefore denied.

## JURISDICTION AND VENUE

12.     The allegations in Paragraph 12 of the Amended Complaint are admitted for jurisdictional purposes only.

13.     The allegations in Paragraph 13 of the Amended Complaint are admitted for jurisdictional purposes only.

14.     The allegations in Paragraph 14 of the Amended Complaint are admitted for jurisdictional purposes only.

15.     The allegations in Paragraph 15 of the Amended Complaint are admitted for venue purposes only.

16.     The allegations in Paragraph 16 of the Amended Complaint are unknown and are therefore denied.

17.     The allegations in Paragraph 17 of the Amended Complaint are unknown and are therefore denied.

18.     The allegations in Paragraph 18 of the Amended Complaint are unknown and are therefore denied.

19.     The allegations in Paragraph 19 of the Amended Complaint are unknown and are therefore denied.

20.     The allegations in Paragraph 20 of the Amended Complaint are unknown and are therefore denied.

21.     The allegations in Paragraph 21 of the Amended Complaint are admitted.

22.     The allegations in Paragraph 22 of the Amended Complaint  are unknown and are therefore denied.

23.     The allegations in Paragraph 23 of the Amended Complaint  are unknown and are therefore denied.

24.     The allegations in Paragraph 24 of the Amended Complaint  are admitted to the extent Cory Merchant was a detainee but the remaining allegations are unknown and therefore denied.

25.     The allegations in Paragraph 25 of the Amended Complaint  are admitted to the extent Billy Woods is the elected Sheriff of Marion County and a constitutional officer but the remaining allegations are unknown and are therefore denied.

26.     The allegations in Paragraph 26 of the Amended Complaint  form a legal conclusion and no response is required.

27.     The allegations in Paragraph 27 of the Amended Complaint are admitted to the extent Deputy Jerome Dukes was employed by the Marion County Sheriff's Office, but the remaining allegations are unknown and are therefore denied.

28.     Admit the allegations of Paragraph 28 to the extent Defendant Dellun Miller was employed by the Marion County Sheriff's Office and provided security and correctional services at the jail.

29.     The allegations in Paragraph 29 of the Amended Complaint are admitted to the extent Sergeant Jerome Dukes was employed by the Marion County Sheriff's Office, but the remaining allegations are unknown and are therefore denied.

30.     The allegations in Paragraph 30 of the Amended Complaint are unknown and are therefore denied.

## FACTS

31.     The allegations in Paragraph 31 of the Amended Complaint are admitted.

32.     The allegations in Paragraph 32 of the Amended Complaint are admitted to the extent that the Marion County Jail employs a system of housing, but the remaining allegations are unknown and are therefore denied.

33.     The allegations in Paragraph 33 of the Amended Complaint are admitted.

34.     The allegations in Paragraph 34 of the Amended Complaint are admitted to the extent that each pod is divided into four dorms, but the remaining allegations are unknown and are therefore denied.

35.     The allegations in Paragraph 35 of the Amended Complaint are admitted.

36.     The allegations in Paragraph 36 of the Amended Complaint are unknown and are therefore denied.

37.     The allegations in Paragraph 37 of the Amended Complaint are unknown and are therefore denied.

38.     The allegations in Paragraph 38 of the Amended Complaint are unknown and are therefore denied.

39.     The allegations in Paragraph 39 of the Amended Complaint are denied.

40.     The allegations in Paragraph 40 of the Amended Complaint are denied.

41.     The allegations in Paragraph 41 of the Amended Complaint are admitted.

42.     The allegations in Paragraph 42 of the Amended Complaint are unknown and are therefore denied.

43.     The allegations in Paragraph 43 of the Amended Complaint are denied.

44.     The allegations in Paragraph 44 of the Amended Complaint are denied.

45.     The allegations in Paragraph 45 of the Amended Complaint are denied.

46.     The allegations in Paragraph 46 of the Amended Complaint are unknown and are therefore denied.

47.     The allegations in Paragraph 47 of the Amended Complaint are denied.

48.     The allegations in Paragraph 48 of the Amended Complaint are denied.

49.     The allegations in Paragraph 49 of the Amended Complaint are denied.

50.     The allegations in Paragraph 50 of the Amended Complaint are denied.

51.     The allegations in Paragraph 51 of the Amended Complaint are denied.

52.     The allegations in Paragraph 52 of the Amended Complaint are unknown are therefore denied.

53.     The allegations in Paragraph 53 of the Amended Complaint are denied.

54.     The allegations in Paragraph 54 of the Amended Complaint are unknown and are therefore denied.

55.     The allegations in Paragraph 55 of the Amended Complaint are denied.

56.     The allegations in Paragraph 56 of the Amended Complaint are admitted.

57.     The allegations in Paragraph 57 of the Amended Complaint are admitted.

58.     The allegations in Paragraph 58 of the Amended Complaint are admitted.

59.     The allegations in Paragraph 59 of the Amended Complaint are denied.

60.     The allegations in Paragraph 60 of the Amended Complaint are admitted.

61.     The allegations in Paragraph 61 of the Amended Complaint are admitted.

62.     The allegations in Paragraph 62 of the Amended Complaint are admitted.

63.     The allegations in Paragraph 63 of the Amended Complaint are admitted.

64.     The allegations in Paragraph 64 of the Amended Complaint  are admitted.

65.     The allegations in Paragraph 65 of the Amended Complaint  are admitted.

66.     The allegations in Paragraph 66 of the Amended Complaint are admitted.

67.     The allegations in Paragraph 67 of the Amended Complaint are admitted.

68.     The allegations in Paragraph 68 of the Amended Complaint are unknown and are therefore denied.

69.     The allegations in Paragraph 69 of the Amended Complaint are unknown and are therefore denied.

70.     The allegations in Paragraph 70 of the Amended Complaint are unknown and are therefore denied.

71.     The allegations in Paragraph 71 of the Amended Complaint are unknown and are therefore denied.

72.     The allegations in Paragraph 72 of the Amended Complaint are denied.

73.     The allegations in Paragraph 73 of the Amended Complaint are denied.

74.     The allegations in Paragraph 74 of the Amended Complaint are denied.

75.     The allegations in Paragraph 75 of the Amended Complaint are denied.

76.     The allegations in Paragraph 76 of the Amended Complaint are denied.

77.     The allegations in Paragraph 77 of the Amended Complaint are denied.

78.     The allegations in Paragraph 78 of the Amended Complaint are denied.

79.     The allegations in Paragraph 79 of the Amended Complaint are denied.

80.     The allegations in Paragraph 80 of the Amended Complaint are denied as phrased.

81.     The allegations in Paragraph 81 of the Amended Complaint are unknown and are therefore denied.

82.     The allegations in Paragraph 82 of the Amended Complaint are denied as phrased.

83.     The allegations in Paragraph 83 of the Amended Complaint  are denied.

84.     The allegations in Paragraph 84 of the Amended Complaint  are denied.

85.     The allegations in Paragraph 85 of the Amended Complaint  are denied.

86.     The allegations in Paragraph 86 of the Amended Complaint  are denied.

87.     The allegations in Paragraph 87 of the Amended Complaint  are denied.

88.     The allegations in Paragraph 88 of the Amended Complaint  are denied.

89.     The allegations in Paragraph 89 of the Amended Complaint  are denied as phrased.

90.     The allegations in Paragraph 90 of the Amended Complaint  are denied as phrased.

91.     The allegations in Paragraph 91 of the Amended Complaint  are denied.

92.     The allegations in Paragraph 92 of the Amended Complaint  are denied as phrased.

93.     The allegations in Paragraph 93 of the Amended Complaint  are denied as phrased.

94.     The allegations in Paragraph 94 of the Amended Complaint  are denied as phrased.

95.     The allegations in Paragraph 95 of the Amended Complaint  are denied as phrased.

96.     The allegations in Paragraph 96 of the Amended Complaint are denied as phrased.

97.     The allegations in Paragraph 97 of the Amended Complaint are denied as phrased.

98.     The allegations in Paragraph 98 of the Amended Complaint are unknown and are therefore denied.

99.     The allegations in Paragraph 99 of the Amended Complaint are denied as phrased.

100.    The allegations in Paragraph 100 of the Amended Complaint are unknown and are therefore denied.

101.    The allegations in Paragraph 101 of the Amended Complaint are unknown and are therefore denied.

102.    The allegations in Paragraph 102 of the Amended Complaint are unknown and are therefore denied.

103.    The allegations in Paragraph 103 of the Amended Complaint are incomplete and are therefore denied.

104.    The allegations in Paragraph 104 of the Amended Complaint are denied as phrased.

105.    The allegations in Paragraph 105 of the Amended Complaint are unknown and are therefore denied.

12

106.    The allegations in Paragraph 106 of the Amended Complaint  are denied.

107.    The allegations in Paragraph 107 of the Amended Complaint  are denied.

108.    The allegations in Paragraph 108 of the Amended Complaint  are unknown and are therefore denied.

109.    The allegations in Paragraph 109 of the Amended Complaint  are unknown and are therefore denied.

110.    The allegations in Paragraph 110 of the Amended Complaint  are unknown and are therefore denied.

111.    The allegations in Paragraph 111 of the Amended Complaint  are unknown and are therefore denied.

112.    The allegations in Paragraph 112 of the Amended Complaint  are unknown and are therefore denied.

113.    The allegations in Paragraph 113 of the Amended Complaint  are unknown and are therefore denied.

114.    The allegations in Paragraph 114 of the Amended Complaint  are unknown and are therefore denied.

115.    The allegations in Paragraph 115 of the Amended Complaint  are unknown and are therefore denied.

116.    The allegations in Paragraph 116 of the Amended Complaint  are unknown and are therefore denied.

117.    The allegations in Paragraph 117 of the Amended Complaint  are unknown and are therefore denied.

118.    The allegations in Paragraph 118 of the Amended Complaint  are unknown and are therefore denied.

119.    The allegations in Paragraph 119 of the Amended Complaint  are unknown and are therefore denied.

120.    The allegations in Paragraph 120 of the Amended Complaint  are unknown and are therefore denied.

121.    The allegations in Paragraph 121 of the Amended Complaint  are unknown and are therefore denied.

122.    The allegations in Paragraph 122 of the Amended Complaint  are unknown and are therefore denied.

123.    The allegations in Paragraph 123 of the Amended Complaint  are unknown and are therefore denied.

124.    The allegations in Paragraph 124 of the Amended Complaint  are unknown and are therefore denied.

125.    The allegations in Paragraph 125 of the Amended Complaint  are unknown and are therefore denied.

126.    The allegations in Paragraph 126 of the Amended Complaint  are unknown and are therefore denied.

127.    The allegations in Paragraph 127 of the Amended Complaint  are unknown and are therefore denied.

128.    The allegations in Paragraph 128 of the Amended Complaint  are unknown and are therefore denied.

129.    The allegations in Paragraph 129 of the Amended Complaint  are denied.

130.    The allegations in Paragraph 130 of the Amended Complaint  are unknown and are therefore denied.

131.    The allegations in Paragraph 131 of the Amended Complaint  are denied.

132.    The allegations in Paragraph 132 of the Amended Complaint  are unknown and are therefore denied.

133.    The allegations in Paragraph 133 of the Amended Complaint  are unknown and are therefore denied.

134.    The allegations in Paragraph 134 of the Amended Complaint  are unknown and are therefore denied.

135.    The allegations in Paragraph 135 of the Amended Complaint  are unknown and are therefore denied.

136. The allegations in Paragraph 136 of the Amended Complaint are unknown and are therefore denied.

137. The allegations in Paragraph 137 of the Amended Complaint are unknown and are therefore denied.

138. The allegations in Paragraph 138 of the Amended Complaint are unknown and are therefore denied.

139. The allegations in Paragraph 139 of the Amended Complaint are unknown and are therefore denied.

140. The allegations in Paragraph 140 of the Amended Complaint are unknown and are therefore denied.

141. The allegations in Paragraph 141 of the Amended Complaint are unknown and are therefore denied.

142. The allegations in Paragraph 142 of the Amended Complaint are unknown and are therefore denied.

143. The allegations in Paragraph 143 of the Amended Complaint are unknown and are therefore denied.

144. The allegations in Paragraph 144 of the Amended Complaint are unknown and are therefore denied.

145. The allegations in Paragraph 145 of the Amended Complaint are unknown and are therefore denied.

146.    The allegations in Paragraph 146 of the Amended Complaint  are unknown and are therefore denied.

147.    The allegations in Paragraph 147 of the Amended Complaint  are unknown and are therefore denied.

148.    The allegations in Paragraph 148 of the Amended Complaint  are unknown and are therefore denied.

149.    The allegations in Paragraph 149 of the Amended Complaint  are unknown and are therefore denied.

150.    The allegations in Paragraph 150 of the Amended Complaint  are unknown and are therefore denied.

151.    The allegations in Paragraph 151 of the Amended Complaint  are unknown and are therefore denied.

152.    The allegations in Paragraph 152 of the Amended Complaint  are unknown and are therefore denied.

153.    The allegations in Paragraph 153 of the Amended Complaint  are unknown and are therefore denied.

154.    The allegations in Paragraph 154 of the Amended Complaint  are unknown and are therefore denied.

155.    The allegations in Paragraph 155 of the Amended Complaint  are unknown and are therefore denied.

156.    The allegations in Paragraph 156 of the Amended Complaint  are unknown and are therefore denied.

157.    The allegations in Paragraph 157 of the Amended Complaint  are unknown and are therefore denied.

158.    The allegations in Paragraph 158 of the Amended Complaint  are unknown and are therefore denied.

159.    The allegations in Paragraph 159 of the Amended Complaint  are unknown and are therefore denied.

160.    The allegations in Paragraph 160 of the Amended Complaint  are unknown and are therefore denied.

161.    The allegations in Paragraph 161 of the Amended Complaint  are unknown and are therefore denied.

162.    The allegations in Paragraph 162 of the Amended Complaint  are unknown and are therefore denied.

163.    The allegations in Paragraph 163 of the Amended Complaint  are unknown and are therefore denied.

164.    The allegations in Paragraph 164 of the Amended Complaint  are unknown and are therefore denied.

165.    The allegations in Paragraph 80 of the Amended Complaint  are unknown and are therefore denied.

166.    The allegations in Paragraph 166 of the Amended Complaint  are unknown and are therefore denied.

167.    The allegations in Paragraph 167 of the Amended Complaint  are unknown and are therefore denied.

168.    The allegations in Paragraph 168 of the Amended Complaint  are unknown and are therefore denied.

169.    The allegations in Paragraph 169 of the Amended Complaint  are unknown and are therefore denied.

170.    The allegations in Paragraph 170 of the Amended Complaint  are unknown and are therefore denied.

171.    The allegations in Paragraph 171 of the Amended Complaint  are unknown and are therefore denied.

172.    The allegations in Paragraph 172 of the Amended Complaint  are unknown and are therefore denied.

173.    The allegations in Paragraph 173 of the Amended Complaint  are unknown and are therefore denied.

174.    The allegations in Paragraph 174 of the Amended Complaint  are unknown and are therefore denied.

175.    The allegations in Paragraph 175 of the Amended Complaint  are unknown and are therefore denied.

176. The allegations in Paragraph 176 of the Amended Complaint are unknown and are therefore denied.

177. The allegations in Paragraph 177 of the Amended Complaint are unknown and are therefore denied.

178. The allegations in Paragraph 178 of the Amended Complaint are unknown and are therefore denied.

179. The allegations in Paragraph 179 of the Amended Complaint are unknown and are therefore denied.

180. The allegations in Paragraph 180 of the Amended Complaint are unknown and are therefore denied.

181. The allegations in Paragraph 181 of the Amended Complaint are unknown and are therefore denied.

182. The allegations in Paragraph 182 of the Amended Complaint are unknown and are therefore denied.

183. The allegations in Paragraph 183 of the Amended Complaint are unknown and are therefore denied.

184. The allegations in Paragraph 184 of the Amended Complaint are unknown and are therefore denied.

185. The allegations in Paragraph 185 of the Amended Complaint are unknown and are therefore denied.

186.    The allegations in Paragraph 186 of the Amended Complaint  are unknown and are therefore denied.

187.    The allegations in Paragraph 187 of the Amended Complaint  are unknown and are therefore denied.

188.    The allegations in Paragraph 188 of the Amended Complaint  are unknown and are therefore denied.

189.    The allegations in Paragraph 189 of the Amended Complaint  are unknown and are therefore denied.

190.    The allegations in Paragraph 190 of the Amended Complaint  are unknown and are therefore denied.

191.    The allegations in Paragraph 191 of the Amended Complaint  are unknown and are therefore denied.

192.    The allegations in Paragraph 192 of the Amended Complaint  are unknown and are therefore denied.

193.    The allegations in Paragraph 193 of the Amended Complaint  are unknown and are therefore denied.

194.    The allegations in Paragraph 194 of the Amended Complaint  are unknown and are therefore denied.

195.    The allegations in Paragraph 195 of the Amended Complaint  are unknown and are therefore denied.

196.   The allegations in Paragraph 196 of the Amended Complaint  are unknown and are therefore denied.

197.   The allegations in Paragraph 197 of the Amended Complaint  are unknown and are therefore denied.

198.   The allegations in Paragraph 198 of the Amended Complaint  are unknown and are therefore denied.

199.   The allegations in Paragraph 199 of the Amended Complaint  are unknown and are therefore denied.

200.   The allegations in Paragraph 200 of the Amended Complaint  are unknown and are therefore denied.

201.   The allegations in Paragraph 201 of the Amended Complaint  are unknown and are therefore denied.

202.   The allegations in Paragraph 202 of the Amended Complaint  are unknown and are therefore denied.

203.   The allegations in Paragraph 203 of the Amended Complaint  are unknown and are therefore denied.

204.   The allegations in Paragraph 204 of the Amended Complaint  are unknown and are therefore denied.

205.   The allegations in Paragraph 205 of the Amended Complaint  are unknown and are therefore denied.

206.   The allegations in Paragraph 206 of the Amended Complaint  are unknown and are therefore denied.

207.   The allegations in Paragraph 207 of the Amended Complaint  are unknown and are therefore denied.

208.   The allegations in Paragraph 208 of the Amended Complaint  are unknown and are therefore denied.

209.   The allegations in Paragraph 209 of the Amended Complaint  are unknown and are therefore denied.

210.   The allegations in Paragraph 210 of the Amended Complaint  are unknown and are therefore denied.

211.   The allegations in Paragraph 211 of the Amended Complaint  are unknown and are therefore denied.

212.   The allegations in Paragraph 212 of the Amended Complaint  are unknown and are therefore denied.

213.   The allegations in Paragraph 213 of the Amended Complaint  are unknown and are therefore denied.

214.   The allegations in Paragraph 214 of the Amended Complaint  are unknown and are therefore denied.

215.   The allegations in Paragraph 215 of the Amended Complaint  are unknown and are therefore denied.

216.    The allegations in Paragraph 216 of the Amended Complaint  are unknown and are therefore denied.

217.    The allegations in Paragraph 217 of the Amended Complaint  are unknown and are therefore denied.

218.    The allegations in Paragraph 218 of the Amended Complaint  are unknown and are therefore denied.

219.    The allegations in Paragraph 219 of the Amended Complaint  are unknown and are therefore denied.

220.    The allegations in Paragraph 220 of the Amended Complaint  are unknown and are therefore denied.

221.    The allegations in Paragraph 221 of the Amended Complaint  are unknown and are therefore denied.

222.    The allegations in Paragraph 222 of the Amended Complaint  are unknown and are therefore denied.

223.    The allegations in Paragraph 223 of the Amended Complaint  are unknown and are therefore denied.

224.    The allegations in Paragraph 224 of the Amended Complaint  are unknown and are therefore denied.

225.    The allegations in Paragraph 225 of the Amended Complaint  are unknown and are therefore denied.

226.    The allegations in Paragraph 226 of the Amended Complaint are unknown and are therefore denied.

227.    The allegations in Paragraph 227 of the Amended Complaint are unknown and are therefore denied.

228.    The allegations in Paragraph 228 of the Amended Complaint are unknown and are therefore denied.

229.    The allegations in Paragraph 229 of the Amended Complaint are unknown and are therefore denied.

230.    The allegations in Paragraph 230 of the Amended Complaint are unknown and are therefore denied.

231.    The allegations in Paragraph 231 of the Amended Complaint are unknown and are therefore denied.

232.    The allegations in Paragraph 232 of the Amended Complaint are unknown and are therefore denied.

233.    The allegations in Paragraph 233 of the Amended Complaint are unknown and are therefore denied.

234.    The allegations in Paragraph 234 of the Amended Complaint are unknown and are therefore denied.

235.    The allegations in Paragraph 235 of the Amended Complaint are unknown and are therefore denied.

236.    The allegations in Paragraph 236 of the Amended Complaint are unknown and are therefore denied.

237.    The allegations in Paragraph 237 of the Amended Complaint are unknown and are therefore denied.

238.    The allegations in Paragraph 238 of the Amended Complaint are unknown and are therefore denied.

239.    The allegations in Paragraph 239 of the Amended Complaint are unknown and are therefore denied.

240.    The allegations in Paragraph 240 of the Amended Complaint are unknown and are therefore denied.

241.    The allegations in Paragraph 241 of the Amended Complaint are unknown and are therefore denied.

242.    The allegations in Paragraph 242 of the Amended Complaint are unknown and are therefore denied.

243.    The allegations in Paragraph 243 of the Amended Complaint are unknown and are therefore denied.

244.    The allegations in Paragraph 244 of the Amended Complaint are unknown and are therefore denied.

245.    The allegations in Paragraph 245 of the Amended Complaint are unknown and are therefore denied.

246.    The allegations in Paragraph 246 of the Amended Complaint  are unknown and are therefore denied.

247.    The allegations in Paragraph 247 of the Amended Complaint  are unknown and are therefore denied.

248.    The allegations in Paragraph 248 of the Amended Complaint  are unknown and are therefore denied.

249.    The allegations in Paragraph 249 of the Amended Complaint  are unknown and are therefore denied.

250.    The allegations in Paragraph 250 of the Amended Complaint  are unknown and are therefore denied.

251.    The allegations in Paragraph 251 of the Amended Complaint  are unknown and are therefore denied.

252.    The allegations in Paragraph 252 of the Amended Complaint  are unknown and are therefore denied.

253.    The allegations in Paragraph 253 of the Amended Complaint  are unknown and are therefore denied.

254.    The allegations in Paragraph 254 of the Amended Complaint  are unknown and are therefore denied.

255.    The allegations in Paragraph 255 of the Amended Complaint  are unknown and are therefore denied.

256.    The allegations in Paragraph 256 of the Amended Complaint  are unknown and are therefore denied.

257.    The allegations in Paragraph 257 of the Amended Complaint  are unknown and are therefore denied.

258.    The allegations in Paragraph 258 of the Amended Complaint  are unknown and are therefore denied.

259.    The allegations in Paragraph 259 of the Amended Complaint  are unknown and are therefore denied.

260.    According to the calendar, November 5, 2021 was a Friday and therefore the allegation in Paragraph 260 of the Amended Complaint  is admitted.

261.    The allegations in Paragraph 261 of the Amended Complaint  are unknown and are therefore denied.

262.    The allegations in Paragraph 262 of the Amended Complaint  are unknown and are therefore denied.

263.    The allegations in Paragraph 263 of the Amended Complaint  are unknown and are therefore denied.

264.    The allegations in Paragraph 264 of the Amended Complaint  are denied.

265.    The allegations in Paragraph 265 of the Amended Complaint  are unknown and are therefore denied.

266.   The allegations in Paragraph 266 of the Amended Complaint are unknown and are therefore denied.

267.   The allegations in Paragraph 267 of the Amended Complaint are denied.

268.   The allegations in Paragraph 268 of the Amended Complaint are unknown and are therefore denied.

269.   The allegations in Paragraph 269 of the Amended Complaint are unknown and are therefore denied.

270.   The allegations in Paragraph 270 of the Amended Complaint are unknown and are therefore denied.

271.   The allegations in Paragraph 271 of the Amended Complaint are unknown and are therefore denied.

272.   The allegations in Paragraph 272 of the Amended Complaint are unknown and are therefore denied.

273.   The allegations in Paragraph 273 of the Amended Complaint are denied.

274.   The allegations in Paragraph 274 of the Amended Complaint are denied.

275.   The allegations in Paragraph 275 of the Amended Complaint are denied.

276.    The allegations in Paragraph 276 of the Amended Complaint  are denied.

277.    The allegations in Paragraph 277 of the Amended Complaint  are denied.

278.    The allegations in Paragraph 278 of the Amended Complaint  are denied.

279.    The allegations in Paragraph 279 of the Amended Complaint  are denied.

280.    The allegations in Paragraph 280 of the Amended Complaint  are unknown and are therefore denied.

281.    The allegations in Paragraph 281 of the Amended Complaint  are denied.

282.    The allegations in Paragraph 282 of the Amended Complaint  are denied.

283.    The allegations in Paragraph 283 of the Amended Complaint  are denied.

284.    The allegations in Paragraph 284 of the Amended Complaint  are denied.

285.    The allegations in Paragraph 285 of the Amended Complaint  are denied.

286.    The allegations in Paragraph 286 of the Amended Complaint  are unknown and are therefore denied.

287.    The allegations in Paragraph 287 of the Amended Complaint  are denied.

288.    The allegations in Paragraph 288 of the Amended Complaint  are denied.

289.    The allegations in Paragraph 289 of the Amended Complaint  are denied.

290.    The allegations in Paragraph 290 of the Amended Complaint  are denied.

291.    The allegations in Paragraph 291 of the Amended Complaint  are unknown and are therefore denied.

292.    The allegations in Paragraph 292 of the Amended Complaint  are unknown and are therefore denied.

293.    The allegations in Paragraph 293 of the Amended Complaint  are denied.

294.    The allegations in Paragraph 294 of the Amended Complaint  are unknown and are therefore denied.

295.    The allegations in Paragraph 295 of the Amended Complaint  are denied.

296.   The allegations in Paragraph 296 of the Amended Complaint  are unknown and are therefore denied.

297.   The allegations in Paragraph 297 of the Amended Complaint  are unknown and are therefore denied.

298.   The allegations in Paragraph 298 of the Amended Complaint  are denied as phrased.

299.   The allegations in Paragraph 299 of the Amended Complaint  are denied as phrased.

300.   The allegations in Paragraph 300 of the Amended Complaint  are unknown and are therefore denied.

301.   The allegations in Paragraph 301 of the Amended Complaint  are unknown and are therefore denied.

302.   The allegations in Paragraph 302 of the Amended Complaint  are unknown and are therefore denied.

303.   The allegations in Paragraph 303 of the Amended Complaint  are denied.

304.   The allegations in Paragraph 304 of the Amended Complaint  are denied as phrased.

305.   The allegations in Paragraph 305 of the Amended Complaint  are denied as phrased.

306.    The allegations in Paragraph 306 of the Amended Complaint  are unknown and are therefore denied.

307.    The allegations in Paragraph 307 of the Amended Complaint  are unknown and are therefore denied.

308.    The allegations in Paragraph 308 of the Amended Complaint  are denied as phrased.

309.    The allegations in Paragraph 309 of the Amended Complaint  are unknown and are therefore denied.

310.    The allegations in Paragraph 310 of the Amended Complaint  are unknown and are therefore denied.

311.    The allegations in Paragraph 311 of the Amended Complaint  are unknown and are therefore denied.

312.    The allegations in Paragraph 312 of the Amended Complaint  are unknown and are therefore denied.

313.    The allegations in Paragraph 313 of the Amended Complaint  are denied.

314.    The allegations in Paragraph 314 of the Amended Complaint  are denied.

315.    The allegations in Paragraph 315 of the Amended Complaint  are denied.

316.    The allegations in Paragraph 316 of the Amended Complaint  are denied.

317.    The allegations in Paragraph 317 of the Amended Complaint  form a legal conclusion and no response is required.

318.    The allegations in Paragraph 318 of the Amended Complaint  are denied as phrased.

319.    The allegations in Paragraph 319 of the Amended Complaint  are unknown and are therefore denied.

320.    The allegations in Paragraph 320 of the Amended Complaint  are unknown and are therefore denied.

321.    The allegations in Paragraph 321 of the Amended Complaint  are unknown and are therefore denied.

322.    The allegations in Paragraph 322 of the Amended Complaint  are unknown and are therefore denied.

323.    The allegations in Paragraph 323 of the Amended Complaint  are unknown and are therefore denied.

324.    The allegations in Paragraph 324 of the Amended Complaint  are unknown and are therefore denied.

325.    The allegations in Paragraph 325 of the Amended Complaint  are unknown and are therefore denied.

326.   The allegations in Paragraph 326 of the Amended Complaint are unknown and are therefore denied.

327.   The allegations in Paragraph 327 of the Amended Complaint are unknown and are therefore denied.

328.   The allegations in Paragraph 328 of the Amended Complaint are unknown and are therefore denied.

329.   The allegations in Paragraph 329 of the Amended Complaint are unknown and are therefore denied.

330.   The allegations in Paragraph 330 of the Amended Complaint are unknown and are therefore denied.

331.   The allegations in Paragraph 331 of the Amended Complaint are unknown and are therefore denied.

332.   The allegations in Paragraph 332 of the Amended Complaint are unknown and are therefore denied.

333.   The allegations in Paragraph 333 of the Amended Complaint are unknown and are therefore denied.

334.   The allegations in Paragraph 334 of the Amended Complaint are unknown and are therefore denied.

## COUNT I

335.    The Defendant Dukes repeats and re-alleges his responses to Paragraphs 1 through 334 above as if fully set forth herein.

336.    The allegations in Paragraph 336 of the Amended Complaint  form a legal conclusion and no response is required. To the extent a response is required, the allegations are denied.

337.    The allegations in Paragraph 337 and all subparagraphs thereunder of the Amended Complaint are denied.

338.    The allegations in Paragraph 338 of the Amended Complaint  are denied.

339.    The allegations in Paragraph 339 of the Amended Complaint  are denied.

340.    The allegation in Paragraph 340 and all subparagraphs of the Amended Complaint  are denied.

341.    The allegations in Paragraph 341 of the Amended Complaint  are denied.

342.    The allegations in Paragraph 342 of the Amended Complaint  are denied.

343.    The allegations in Paragraph 343 of the Amended Complaint  are denied.

## COUNT II

344.   The Defendant Jerome Dukes hereby repeats and re-alleges his responses to paragraphs 1 through 334 above as if fully set forth herein.

345.   The allegations in Paragraphs 345 through 357 including all subparagraphs therein of the Amended Complaint do not pertain to the Defendant Jerome Dukes  and therefore no response is required. To the extent a response is required, the allegations in Paragraphs 345 through 357 including all subparagraphs therein of the Amended Complaint  are denied.

## COUNT III

346.   The Defendant Jerome Dukes hereby repeats and re-alleges his responses to Paragraphs 1 through 334 of the Amended Complaint  above as if fully set forth herein.

347.   The allegations in Paragraphs 359 including all subparagraphs are legal conclusions and no response is required to the extent a response is required they are denied.

348.   The allegations in Paragraph 360 of the Amended Complaint  are denied.

349.   The allegations in Paragraph 361 of the Amended Complaint  are denied.

350.    The allegations in Paragraph 362 of the Amended Complaint  are denied.

351.    The allegations in Paragraph 363 of the Amended Complaint  are denied.

352.    The allegations in Paragraph 364 of the Amended Complaint  are denied.

353.    The allegations in Paragraph 365 of the Amended Complaint  are denied.

354.    The allegations in Paragraph 366 of the Amended Complaint  are denied.

355.    The allegations in Paragraph 367 of the Amended Complaint  are denied.

## <u>COUNT IV</u>

356.    The Defendant Jerome Dukes hereby repeats and re-alleges his responses to Paragraphs 1 through 334 of the Amended Complaint  above as if fully set forth herein.

357.    The allegations in Paragraphs 368 through 375 of the Amended Complaint  do not pertain to the Defendant Jerome Dukes and therefore no response is required. To the extent a response is required, the allegations in Paragraphs 368 through 375 of the Amended Complaint  are denied.

358.   All other allegations in the Amended Complaint  not responded to are hereby denied.

## AFFIRMATIVE DEFENSES

359.   The Amended Complaint  fails to state a cause of action and is subject to dismissal.

360.   As to any state law claim that may be asserted by the Plaintiff, the Defendant is entitled to the terms, provisions, restrictions, limitations, exclusions, and requirements provided for in Section 768.28, Fla. Stat.

361.   The Defendant affirmatively asserts that all actions taken by him were conducted in a lawful and reasonable manner and required to maintain order and discipline at the Marion County Jail and pursuant to the policies of the Marion County Sheriff's Office.

362.    The Defendant is entitled to a set-off of all collateral sources and benefits payable to the Plaintiff by Marion County or the State of Florida as well as any voluntary payments made for which no right of subrogation or right of reimbursement is asserted.  Additionally, the Defendant is entitled to a set-off by the amount of any bills or expenses, negotiated write-offs of medical expenses or negotiated agreements to pay medical bills or other expenses, as well as any charitable benefits which may have been made or will be made to the Plaintiff as a result of the injuries alleged in the Amended Complaint.

363.    If Plaintiff seeks damages based on medical treatment and expenses that are not reasonable, customary, related, or necessary, then Plaintiff is not entitled to any reimbursement of unreasonable, untreated, or unnecessary medical expenses.

364.    Plaintiff's acts contributed to his alleged injuries. Any recovery under state law in this action must be reduced in accordance with Cory Merchant's own contributory negligence. To the extent his actions contributed more than 50% the cause of the incident, any claim under state law is barred by the provisions of the Florida Tort Reform Act.

365.    The Defendant is entitled to the defense of federal qualified immunity.

366.    The Plaintiff's death was caused by a third party other than Defendant Dukes and he therefore has no liability herein. Through discovery, the third party will be identified and placed on the verdict form for apportionment purposes.  Defendant Dukes therefore asserts a "Fabre" defendant is responsible for the alleged damages to the Plaintiff.

367.    The decedent, Cory Merchant was negligent or at fault and his negligence should be considered and apportioned by the Court and jury in rendering a verdict under state law.

368.   During the incident the decedent may have been under the influence of drugs and as a result, more than fifty percent at fault for his own injuries and therefore the claim is barred by §768.36.

369.   Any state law claims against Defendant Dukes are barred by the doctrine of sovereign immunity.

370.   Any actions that occurred by inmates causing the injuries to the decedent was not foreseeable or preventable and did not rise to the level of a constitutional violation under 42 USC §1983.

371.   Defendant Dukes is entitled to statutory immunity under §768.28(9) of Florida Statutes.

## ATTORNEY'S FEES AND COSTS

372.   Defendant respectfully requests an award of reasonable attorney's fees and costs as permitted by statute.

**WHEREFORE**, Defendant, **JEROME DUKES**, respectfully requests that this Court enter judgment in his favor, award reasonable attorney's fees and costs, and for such other and further relief the Court deems just and proper. This Defendant requests trial by jury of all issues so triable

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd  day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel for

Plaintiff, James M. Slater, Esquire, Slater Legal, PLLC, 113 South Monroe Street, Tallahassee, Florida  32301, Bhavani Raveedran, Esquire and Sam Harton, Esquire, Romanucci and Blandin, 321 North Clark Street, Chicago, Illinois 60654.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249
Gary M. Glassman, Esquire
Fla. Bar No. 0825786
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
djadon@hilyardlawfirm.com
gary@hilyardlawfirm.com
Attorneys for Defendant Jerome Dukes