UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| Krysti Merchant,<br><br>    Plaintiff,<br><br>v.<br><br>Billy Woods, *et al.*,<br><br>    Defendants. | Case No. 5:23-cv-661-JSM-PRL |

**Plaintiff's Notice of Mediation**

Plaintiff Krysti Merchant provides notice that mediation has been scheduled in this case for **Thursday, April 10, 2025, beginning at 9:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Dated: January 17, 2025

                                                     */s/ James M. Slater*
                                                     James M. Slater (FBN 111779)
                                                     Slater Legal PLLC
                                                     2296 Henderson Mill Rd NE #116
                                                     Atlanta, Georgia 30345
                                                     Tel. (305) 523-9023
                                                     james@slater.legal

Bhavani Raveendran (admitted *pro hac vice*)
(Illinois ARDC No. 6309968)
Sam Harton (admitted *pro hac vice*)
(Illinois ARDC No. 6342112)
Romanucci & Blandin LLC
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
braveendran@rblaw.net
sharton@rblaw.net

*Attorneys for Plaintiff Krysti Merchant*
