UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
CORY MERCHANT,

       Plaintiff,

v.                                                        Case No. 5:23-cv-661-JSM-PRL

BILLY WOODS , ET AL.,

       Defendants.
_____/

## ORDER APPOINTING MEDIATOR
## AND SCHEDULING MEDIATION

       Pursuant to the Court's Case Management and Scheduling Order referring this case to mediation and directing the parties to select a Mediator, and in accordance with the rules governing mediation set forth in Chapter Four of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that:

       The following individual is hereby **appointed** by the Court to serve as Mediator in this action:

            **Name of Mediator:**        Thomas H. Bateman, III

            **Date/Time of Mediation:**    Thursday, April 10, 2025, at 9:00 a.m. via Zoom

       Counsel are **reminded** of their obligations to comply with the provisions in the Order of Referral.   The mediator is authorized to continue or reschedule the mediation.

The Mediator's attention is drawn to the importance that within **seven (7) days** following the mediation conference, the Mediator's Report as to the outcome of mediation be timely filed.

**DONE** and **ORDERED** in Tampa, Florida, this January 17, 2025.

                                                      JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Mediator
Counsel/Parties of Record