## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
CORY MERCHANT

    Plaintiffs,

v.                                          Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

    Defendants.

_____

### Unopposed Motion to Withdraw

NOW COMES the Plaintiff, Krysti Merchant, Individually and as the Independent Administrator of the Estate of Cory Merchant, Deceased, by and through her attorneys, Romanucci & Blandin, LLC, files this Motion to withdraw Bhavani Raveendran as counsel of record for Plaintiff. Accordingly, the undersigned counsel states the following:

1. Bhavani Raveendran initially appeared *pro hac vice* as co-counsel of record on behalf of Plaintiff.

2. Bhavani Raveendran will no longer be working for Romanucci & Blandin, LLC as of March 7, 2025.

3. Plaintiff continues to be represented by Sam Harton of Romanucci & Blandin, LLC, and James M. Slater of Slater Legal PLLC.

4. No prejudice will occur to any of the parties because of granting the relief requested herein.

                                                           Respectfully submitted,
                                                           By: *s/ Bhavani Raveendran*

Attorney for Plaintiffs

Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net;
sharton@rblaw.net

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

## **LOCAL RULE 3.01(g) CERTIFICATION**

The plaintiff-movant has conferred with counsel for Defendants. The parties agree on the resolution of all relief requested in the motion. Plaintiff files the instant motion unopposed.

Respectfully submitted,

By: *s/ Bhavani Raveendran*
Attorney for Plaintiffs