# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
CORY MERCHANT

      Plaintiffs,

v.                                          Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

      Defendants.

_____

## Unopposed Motion to Amend Scheduling Order

NOW COMES the Plaintiff, Krysti Merchant, Individually and as the Independent Administrator of the Estate of Cory Merchant, Deceased, by and through her attorneys, Romanucci & Blandin, LLC, in agreement with all parties, respectfully requesting that deadlines be modified in this matter. Plaintiff states as follows:

1. Discovery in this case is currently set to close on April 24, 2025.

2. Dispositive motions are due on May 27, 2025.

3. Parties have been ordered to engage in mediation by May 7, 2025.

4. The pretrial conference is set for December 4, 2025.

5. Trial is set to begin in January 2025.

6. The parties have made significant progress through discovery and have completed all but two depositions. These two depositions were scheduled to take place before April 24, 2025, but had to be rescheduled due to conflicts on the part of the witnesses.

7. The parties have scheduled a mediation for April 28, 2025, but are so far apart in their current positions that they do not believe mediation would be fruitful at this time.

8. Plaintiff accordingly respectfully requests that the scheduling order be modified to reflect the following deadlines:

    a. Discovery deadline: May 26, 2025.

    b. Dispositive motions: June 27, 2025

    c. Mandatory mediation: November 20, 2025.

9. Amendment of these deadlines would not disturb the trial or pre-trial conference dates.

10. This motion is not brought in bad faith or for purposes to delay discovery.

11. The parties have conferred regarding this schedule, and counsel for Defendants has advised that it may be filed **unopposed.**

>
> Respectfully submitted,
> By: *s/ Sam Harton*
> Attorney for Plaintiffs
>
> Sam Harton (*pro hac vice*)
> **ROMANUCCI & BLANDIN, LLC**
> 321 N. Clark Street, Suite 900
> Chicago IL 60654
> Tel: (312) 458-1000
> sharton@rblaw.net
>
> James M. Slater (FBN 111779)
> Slater Legal PLLC
> 113 S. Monroe Street
> Tallahassee, Florida 32301
> james@slater.legal
> Tel. (305) 523-9023

## **LOCAL RULE 3.01(g) CERTIFICATION**

The plaintiff-movant has conferred with counsel for Defendants. The parties agree on the resolution of all relief requested in the motion. Plaintiff files the instant motion unopposed.

Respectfully submitted,

By: *s/ Sam Harton*
Attorney for Plaintiffs