UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:23-cv-00661

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

    Plaintiff,

v.

BILLY WOODS, Sheriff of Marion County,
Florida, in his official capacity;
Deputy Justin Kosinski;
Deputy Dellun Miller,
Sergeant Jerome Dukes,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brandon B. Byers, Esquire, of the law firm of Hilyard, Bogan & Palmer, P.A., who is admitted or otherwise authorized to practice in this Court, hereby appears as counsel for Defendant, BILLY WOODS, in his individual capacity, Deputy Justin Kosinski; Deputy Dellun Miller, Sergeant Jerome Dukes, and request that all

pleadings and documents be served upon this Defendant at the address below:

>Brandon T. Byers, Esq.
>Fla. Bar. No.: 0119492
>Hilyard, Bogan & Palmer, P.A.
>Post Office Box 4973
>Orlando, FL 32802-4973
>Telephone: 407-425-4251
>Facsimile: 407-841-8431
>Email: bbyers@hilyardlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel for Plaintiff, James M. Slater, Esquire, Slater Legal, PLLC, 113 South Monroe Street, Tallahassee, Florida 32301, and Sam Harton, Esquire, Romanucci and Blandin, 321 North Clark Street, Chicago, Illinois 60654.

>/s/ Brandon T. Byers
>Bruce R. Bogan, Esquire
>Fla. Bar No. 599565
>Brandon Byers, Esquire
>Fla. Bar No. 0119492
>Hilyard, Bogan & Palmer, P.A.
>Post Office Box 4973
>Orlando, FL 32802-4973
>Telephone: 407-425-4251
>Email: bbogan@hilyardlawfirm.com
>          bbyers@hilyardlawfirm.com
>Attorneys for Defendant Sheriff