UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA OCALA
DIVISION

| | |
|---|---|
| Krysti Merchant,<br><br>    Plaintiff,<br><br>v.<br><br>Billy Woods, *et al.*,<br><br>    Defendants. | Case No. 5:23-cv-661-JSM-PRL |

### **Plaintiff's Notice of Mediation**

Plaintiff Krysti Merchant provides notice that mediation has been scheduled in this case for **Thursday, November 20, 2025, beginning at 9:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Dated: June 3, 2025

                                              Respectfully submitted,

                                              /s/ Sam A. Harton
                                              Sam Harton (admitted phv)
                                              (Illinois ARDC No. 6342112)
                                              Romanucci & Blandin LLC
                                              321 N. Clark St. Chicago, IL 60654
                                              Tel: (312) 458-1000

Fax: (312) 458-1004
sharton@rblaw.net

James M. Slater (FBN111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff Krysti Merchant*

## **Defendants Attorneys in Attendance**

Bruce R. Bogan, Esquire (599565)
David R. Jadon, Esquire (1010249)
Gary M. Glassman, Esquire (0825786)
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile: 407-841-8431
bbogan@hilyardlawfirm.com
djadon@hilyardlawfirm.com
gary@hilyardlawfirm.com

*Attorneys for Defendants Billy Woods as*
*Sheriff of Marion County, Kosinski, Miller and Dukes*