UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| KRYSTI MERCHANT, as Personal Representative for the Estate of Cory Merchant, Deceased, | ) ) ) ) | |
| Plaintiff | ) ) | CASE NO.: 5:23-cv-00661 |
| v. | ) | Judge: James S. Moody, Jr |
| BILLY WOODS, Sheriff of Marion County, Florida, in his official capacity; Deputy Justin Kosinski; Deputy Joseph Miller, Sergeant Jerome Dukes, | ) ) ) ) | Magistrate Judge: Philip R. Lammens |
| Defendants. | ) | |

**Unopposed Motion for Brief Extension of *Daubert* Motion Deadline**

NOW COMES the Plaintiff, Krysti Merchant, Individually and as the Independent Administrator of the Estate of Cory Merchant, Deceased, by and through her attorneys, Romanucci & Blandin, LLC, in agreement with all parties, respectfully requesting that the deadline for the parties to file *Daubert* motions be modified in this matter. Plaintiff states as follows:

1. The parties have completed discovery.

2. The parties are scheduled to mediate in November 2025.

3. The pretrial conference is set for December 4, 2025.

4. Trial is set to begin in January 2025.

5. Dispositive motions & *Daubert* motions are currently due on June 27, 2025.

6. Counsel for Plaintiff is working to finalize a *Daubert* motion but has become ill. Accordingly, Plaintiff respectfully requests a brief, six-day extension so that the deadline for both parties to file *Daubert* motions be extended to July 3, 2025.

7. Amendment of these deadlines would not disturb the trial or pre-trial conference dates.

8. This motion is not brought in bad faith or for purposes to delay discovery.

9. The parties have conferred regarding this schedule, and counsel for Defendants has advised that it may be filed **unopposed.**

Respectfully submitted,

By: *s/ Sam Harton*
Attorney for Plaintiffs

Sam Harton (IL No. 6342112)
*(pro hac vice)*
**ROMANUCCI & BLANDIN LLC**
321 North Clark Street
Suite 900
Chicago, IL 60654
+ 1 (312) 253-8590, *Main*
+1 (312) 458-1004, *Facsimile*
Email: sharton@rblaw.net

James Murray Slater
**Slater Legal PLLC**
2296 Henderson Mill Rd NE
Suite 116
Atlanta, GA 30345
305-523-9023
Email: james@slater.legal

## **LOCAL RULE 3.01(g) CERTIFICATION**

The plaintiff-movant has conferred with counsel for Defendants. The parties agree on the resolution of all relief requested in the motion. Plaintiff files the instant motion unopposed.

Respectfully submitted,

By: *s/ Sam Harton*
Attorney for Plaintiff