UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

    Plaintiff,

v.                                                                 Case No. 5:23-cv-00661

BILLY WOODS, Sheriff of Marion
County, Florida, in his official
Capacity; Deputy JUSTIN KOSINSKI;
Deputy DELLUN MILLER; Sergeant
JEROME DUKES;

    Defendants.
_____/

## DEFENDANTS' JOINT NOTICE OF FILING EXHIBITS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

    Defendants, BILLY WOODS, Sheriff of Marion County, Florida, in his official Capacity, Deputy JUSTIN KOSINSKI, Deputy DELLUN MILLER, and Sergeant JEROME DUKES, by and through their undersigned attorneys, hereby file their Joint Notice of Filing of Exhibits in Support of their Motions for Summary Judgment:

    1.    Exhibit 1, Jail Surveillance Video

    2.    Exhibit 2, Incident Report #210005382

    3.    Exhibit 3, FIBRS Incident Report, MCSO21OFF023413

4. Exhibit 4, Autopsy Report and Certification of Death

5. Exhibit 5, Information, 2021-CF-004457

6. Exhibit 6, Probable Cause Affidavit, 21-CF-4457

7. Exhibit 7, Mission Statement, Directive #6001.00

8. Exhibit 8, FMJS Annual Jail Inspection, 2020

9. Exhibit 9, Hough Deposition

10. Exhibit 10, FCAC Assessment Report, 2021

11. Exhibit 11, Monthly/Yearly Averages, 1984-2024

12. Exhibit 12, Sheriff Woods' Answers to Interrogatories, # 15

13. Exhibit 13, Peterson Deposition

14. Exhibit 14, Nix Deposition

15. Exhibit 15, Classification of Inmates, Directive #6766.00

16. Exhibit 16, Inmate Rules and Regulations Handbook

17. Exhibit 17, Hough Expert Report

18. Exhibit 18, McNeely Deposition

19. Exhibit 19, Dukes Deposition

20. Exhibit 20, Gulf Pod Post Order

21. Exhibit 21, Kosinski Deposition

22. Exhibit 22, Headcount of Inmates, #6164.00

23. Exhibit 23, Miller Deposition

24. Exhibit 24, Supervision of Inmates – Jail, #6011.00

25. Exhibit 25, Disciplinary Procedures, Inmates, #6632.00

26. Exhibit 26, Keep Away Inmates, Courthouse, #7060.00

27. Exhibit 27, Detention Training, #6136.00

28. Exhibit 28, Discipline Policy, #3350.00

29. Exhibit 29, Employee Regulations – Jail, #6091.00

30. Exhibit 30, Lutterloah Housing Movements Classifications Report

31. Exhibit 31, Merchant Housing Movements Classifications Report

32. Exhibit 32, Peterson Affidavit

33. Exhibit 33, Merchant Incident Reports

34. Exhibit 34, Krysti Merchant Deposition

35. Exhibit 35, Tommie Merchant Deposition

36. Exhibit 36, Daily Log Report, November 6-7, 2021

37. Exhibit 37, Dukes Affidavit

38. Exhibit 38, Merchant Request Form

39. Exhibit 39, Marion County Jail Post A-2 on 11-06-2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel for Plaintiff, James M. Slater, Esquire, Slater Legal, PLLC, 113 South Monroe Street, Tallahassee, Florida 32301, and Sam Harton, Esquire, Romanucci and Blandin, 321 North Clark Street, Chicago, Illinois 60654.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Brandon T. Byers, Esquire
Fla. Bar. No. 0119492
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
           bbyers@hilyardlawfirm.com
Attorneys for Defendants, Sheriff Woods, Deputy Kosinski, Dellun Miller, & Sergeant Jerome Dukes