UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 5:23-cv-00661

BILLY WOODS, Sheriff of Marion
County, Florida, in his official
Capacity; Deputy JUSTIN KOSINSKI;
Deputy DELLUN MILLER; Sergeant
JEROME DUKES;

    Defendants.
_____/

Defendants' Joint Exhibit#1 in Support of Motions for Summary Judgment
Flash Drive containing files:

- 1_Genetec Video Player.exe
- 1_jail_surveillance_video.g64x

Sent to the Court via U.S. Mail