# Marion County Sheriff's Office

## Incident Report #  210005382



| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| DISTURBANCE | G | 11/07/2021 01:10 | 5573 | KOSINSKI, JUSTIN | 11/07/2021 01:17 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5469  DUKES, JEROME | 11/08/2021 04:03 | 5163  JOHNSON, KRISTIN | 11/08/2021 03:37 | | 11/07/2021 01:17 |

**Narrative**

On 11/7/21 at approximately 0110 hours while working Gulf pod Rover, I was alerted to an incident in Alpha section. Inmate Frank Calabria stated "man down" through the section door. Inmate Cory Merchant was observed laying on the ground between two bunks bleeding from his left ear. I called for medical to respond with a stretcher. Sergeant Dukes, Sergeant Konopinski, Deputy Savage, Deputy Valdez, and Nurse J.Little responded at 0113 hours, with a stretcher and back board. Inmate Merchant was placed on the back board. Deputy savage, Nurse Little and myself lifted Inmate Merchant on the back board and placed him on the stretcher. Nurse Little advised for 911 to be contacted and respond to the Jail. Inmate Merchant was transported to Booking by Sergeant Konopinski, Sergeant Dukes, Deputy Valdez, Deputy Savage, and Nurse J.Little.

Upon Review of the section cameras, it appears Inmate Cory Merchant and Inmate Eric Lutterloah where in a physical altercation. Inmate Lutterloah gets out of his assigned bed (G/A x12) and confronts Inmate Merchant in between Bunks G/A X14 and 16. Inmate Lutterloah appears to strike Inmate Merchant several times, causing him to fall to the ground between bunks G/A128 and 129. When Inmate Merchant fell he was no longer in view of the camera. Inmate Lutterloah appears to walk to his assigned bunk area, then walk back to Inmate Merchant a couple of times before sitting on his assigned Bunk. Inmate Merchant is assigned to bunk G/A123B, and was out of his assigned area when the disturbance started.

Inmate Lutterloah was removed from the section and rehoused in Alpha Pod on Administrative Confinement pending a disciplinary report. Sergeant Konopinski transported Inmate Lutterloah to the Infirmary and was evaluated by Nurse Sanders before being housed in confinement.

**Victims/Subjects**

**Officers**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1133 | WEBB | SHARI | | | | | | |
| Comments | NURSE | | | | | | | |
| JAIL1499 | SANDERS | NATASHA | | | | | | |
| Comments | NURSE | | | | | | | |
| 6172 | SAVAGE III | CRAIG | | | | | | |
| Comments | | | | | | | | |
| 5469 | DUKES | JEROME | | | | | | |
| Comments | | | | | | | | |
| 5673 | KONOPINSKI | WILLIAM | | | | | | |
| Comments | | | | | | | | |
| 6168 | VALDEZ | KRISTOFER | | | | | | |
| Comments | | | | | | | | |

# Marion County Sheriff's Office

## Incident Report #   210005382



| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1030 | LINDHOLM | ROBERTA | | | | | | |
| **Comments** | NURSE | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5163 | JOHNSON | KRISTIN | | | | | | |
| **Comments** | | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL 933 | WALLER | LORETTA | | | | | | |
| **Comments** | NURSE | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1430 | LITTLE | JOHN | | | | | | |
| **Comments** | CHARGE NURSE | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5573 | KOSINSKI | JUSTIN | | | | | | |
| **Comments** | | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL852 | LINDSAY | CARROL | | | | | | |
| **Comments** | NURSE | | | | | | | |

**Inmates**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | GA123B |
| **Comments** | | | | | | | | |
| A0226492 | 2000006601 | CALABRIA | FRANK | LOUIS | M | W | 3-HIGH MEDIUM | GA129B |
| **Comments** | | | | | | | | |
| A0070076 | 2000004904 | LUTTERLOAH | ERIC | THANAL | M | W | 3-HIGH MEDIUM | AC119B |
| **Comments** | | | | | | | | |

**Supplement Reports**

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5163 | JOHNSON, KRISTIN | FOLLOW UP | 11/07/2021 20:01 |

**Narrative**
On 11/7/2021, at approximately 0115 hours, a "code red" was called over the radio and a request for the crash cart to be enroute to Booking. I responded to Booking where Nurse Little and Nurse Sanders were actively treating Inmate Merchant. Booking Nurses Waller and Webb and Nurses Lindholm and Lindsay also responded. EMS arrived in Booking at 0124 hours and departed with Inmate Merchant at 0126 hours with Deputy Valdez providing security. It was initially stated that Inmate Merchant had fallen off his bunk, resulting in his injuries. After Deputy Kosinski reviewed the video, he advised that it appeared Inmate Lutterloah struck Inmate Merchant, causing him to fall on the ground.

I was later advised that Inmate Merchant was in serious condition and undergoing emergency surgery for injuries. I requested Nurse Little to contact the hospital to obtain more information on Inmate Merchant's condition. Nurse Little advised me that after speaking with hospital staff, Inmate Merchant's injuries appeared to be severe and life threatening. At 0210 hours (post time change), I contacted Captain Burnett and advised him of the situation. Captain Burnett advised me to contact Detective McLain

# Marion County Sheriff's Office

## Incident Report #   210005382

and Captain Burnett responded to the jail. At 0219 hours, I contacted Detective McLain and requested he respond to the jail to begin the investigation.

I briefed Detective McLain, Detective Palau and Captain Burnett upon their arrival and reviewed the video with them. This concluded my involvement with the investigation.

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5563 | PALAU, ISAI | INFO | 11/08/2021 11:28 |

**Narrative**
ON 11/8/21 I REVIEWED THE JAIL VIDEO FOOTAGE OF THIS INCIDENT AND IT WAS SAVED.

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5469 | DUKES, JEROME | INFO | 11/07/2021 02:53 |

**Narrative**
Deputy Valdez escorted Inmate Merchant via EMS to Ocala Regional Medical Center.

**Disciplinary Reports**