# FIBRS Incident Report

MARION COUNTY SHERIFF'S OFFICE
692 NW 30TH AVE
OCALA, FL 34475

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/7/2021 8:06:27 AM | MCSO21OFF023413 (10) | MCSO21OFF023413 / 2111070079 | CORPORAL / 5212 | MCLAIN, N |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: CLOSED |
|---|---|---|---|---|
| FL0420000 | 11/7/2021 5:28:20 AM | 11/07/2021 01:09:16 - | | Clearance: ARREST |

| Offense Description |
|---|
| 45 HOMICIDE |

## LOCATION(S)

| County | Location Type | Location Description | | | | |
|---|---|---|---|---|---|---|
| MARION | INCIDENT LOCATION | MARION COUNTY JAIL | | | | |

| Street Number | Street | | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
|---|---|---|---|---|---|---|---|---|
| 3290 | NW 10TH ST | | | OCALA | FL | 34475 | 352-732-8181 | |

**Person: VICTIM**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| CORY | PHILLIP | MERCHANT | | WHITE | MALE | 600 | 160 | BRO | BLU |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO05MNI008628 | | | 35 | | M625115862430 | FL | |

| Place of Birth: | , FL, US |
|---|---|

Addresses
• Local Residence / 3305 NE 44TH CT, OCALA, FL 34479 /

**Person: SUSPECT**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ERIC | T | LUTTERLOAH | | WHITE | MALE | 5'10" | 200 | GRY | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO20MNI019754 | | | 52 | | L364218692640 | FL | |

| Place of Birth: | , DC, US |
|---|---|

Addresses
• Local Residence / 4035 NE 92ND PL, ANTHONY, FL 34481 /

**Person: EYE WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ANGEL | MANUEL | ACOSTA - CRUZ | | WHITE | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO18MNI001991 | | | 30 | | | | |

| Place of Birth: | , , |
|---|---|

Addresses
• / EAST CHICAGO, IN 46312 /

---

**FIBRS Incident Report**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **11/7/2021 8:06:27 AM** | **MCSO21OFF023413 (10)** | **MCSO21OFF023413 / 2111070079** | **CORPORAL / 5212** | **MCLAIN, N** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| **FL0420000** | **11/7/2021 5:28:20 AM** | **11/07/2021 01:09:16 -** | | Clearance: **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

### Person: EYE WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JASON** | | **SANTORE** | | **WHITE** | **MALE** | **506** | **180** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO22MNI004686** | ▮▮▮ | | 5 | | | | |

| Place of Birth: | , CT, US |
|---|---|

| Addresses |
|---|
| • **Local Residence / 5267 W HOMOSASSA TRL, LACENTO, FL 34448 /** |

### Person: EYE WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **ROBERT** | **BENJAMIN** | **FURR** | | **WHITE** | **MALE** | **600** | **180** | **GRY** | **BLU** |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO04MNI038493** | ▮▮▮ | ▮▮▮ | **52** | | **H600762690550** | **FL** | |

| Place of Birth: | **TULSA, OK, US** |
|---|---|

| Addresses |
|---|
| • **/ 10115 SE 125TH, BELLEVIEW, FL 34420 / 352-231-2877** |

### Person: OTHER PERSON

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JOHN** | **MICHAEL** | **LITTLE** | **J** | **WHITE** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO22MNI004688** | | ▮▮▮ | **28** | | | | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • **/ 3310 BOY CIRCLE, OXFORD, FL 34484 /** |

### Person: OTHER PERSON

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **NATASHA** | **LAFAYE** | **SANDERS** | | **BLACK** | **FEMALE** | | | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO22MNI004687** | | ▮▮▮ | **27** | | | | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • **/ 1096 W CLOWER ST, BARTOW, FL 33830 / 863-804-9123** |

**FIBRS Incident Report**

| Report Date / Time | Report Number | Report Case /CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **11/7/2021 8:06:27 AM** | **MCSO21OFF023413 (10)** | **MCSO21OFF023413 / 2111070079** | **CORPORAL / 5212** | **MCLAIN, N** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| **FL0420000** | **11/7/2021 5:28:20 AM** | **11/07/2021 01:09:16 -** | | Clearance: **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

## Person: EYE WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **RYAN** | **JACKSON** | **GLOVER** | | **BLACK** | **MALE** | **5'06"** | **130** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO10MNI042545** | | | **26** | | **G416730954010** | **FL** | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • / 3121 SE 42ND AVE, OCALA, FL 34480 / |

## Person: EYE WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **FRANK** | **LOUIS** | **CALABRIA** | | **WHITE** | **MALE** | **6'00"** | **210** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI028601** | | | **65** | | **C416260560860** | **FL** | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • / 8675 SW 52ND ST, OCALA, FL 34481 / |

## Person: OTHER PERSON

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **TOMMIE** | **VESTER** | **MERCHANT** | | **WHITE** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO01MNI038383** | | | **68** | | | | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • / 3305 NE 44TH PL, OCALA, FL 34479 / 352-867-0506 |

## Person: WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **RAFAEL** | **ANTONIO** | **RODRIGUEZ** | | **UNKNOWN** | **MALE** | **600** | **160** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO15MNI030186** | | | **23** | | | | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • Mailing / 5380 SW 38TH PL A, FL 34474 / |

**FIBRS Incident Report**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **11/7/2021 8:06:27 AM** | **MCSO21OFF023413 (10)** | **MCSO21OFF023413 / 2111070079** | **CORPORAL / 5212** | **MCLAIN, N** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| **FL0420000** | **11/7/2021 5:28:20 AM** | **11/07/2021 01:09:16 -** | | Clearance: **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

### Person: WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **LEO** | **ALLEN** | **MCFATTEN** | | **BLACK** | **MALE** | **507** | **153** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO07MNI028112** | ▮ | ▮ | **35** | | **M213521862300** | **FL** | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • **Other Address / 0 /** |

### Person: WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JOHN,** | **R** | **MCDOWELL** | | **WHITE** | **MALE** | **507** | **165** | **BRO** | **GRN** |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO15MNI018341** | ▮ | ▮ | **44** | | **M234476773260** | | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • **/ 2410 SE 178TH ST, SUMMERFIELD, FL 34491 /** |

### Person: WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **DAVID** | **JAMES** | **RIEDLE** | | **WHITE** | **MALE** | **508** | | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| **MCSO12MNI009129** | ▮6 | | **38** | | **R340170830470** | **FL** | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • **/ 7110 NE 14TH PL, OCALA, FL 34470 /** |

### Charge: S

| Counts | Charge | Arrest Offense Code Description |
|---|---|---|
| **1** | **784.045.2** | **AGGRAV BATTERY** |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| **S** | **FELONY** | **COMMITTED** |

| Charge Description |
|---|
| **COMMIT AGGRAVATED BATTERY** |

### Property: EVIDENCE

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | **Photo/CDR** | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/7/2021 8:06:27 AM | MCSO21OFF023413 (10) | MCSO21OFF023413 / 2111070079 | CORPORAL / 5212 | MCLAIN, N |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: CLOSED |
|---|---|---|---|---|
| FL0420000 | 11/7/2021 5:28:20 AM | 11/07/2021 01:09:16 - | | Clearance: ARREST |

**Offense Description**
**45 HOMICIDE**

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

Description
**6006-1 -CD CONTAINING (67) DIGITAL IMAGES OF SCENES**

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

## Property: EVIDENCE

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| MISCELLANEOUS | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

Description
**6006-2 - WHITE WASHCLOTH WITH REDDISH BROWN STAINS FROM FLOOR AT FOOT OF BUNK 128**

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

## Property: EVIDENCE

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| MISCELLANEOUS | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

Description
**6006-3 - WHITE TOWEL WITH SUSPECTED BLOOD FROM TRASHCAN IN ROVER AREA**

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

## Property: EVIDENCE

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | Jewelry/Precious Metal | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

**FIBRS Incident Report**

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status:      **CLOSED**<br>Clearance:  **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|

| Description |
|---|
| **6006-4 - SILVER WEDDING BAND RECEIVED FROM INVESTIGATOR N. MCLAIN #5212** |

| Owner Type<br>**OTHER** | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|

### Property: EVIDENCE

| Article Code | Article Type<br>**Clothing/Fur** | Article Brand | Model |
|---|---|---|---|
| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |

| Description |
|---|
| **6006-5 - RED/WHITE INMATE SHIRT RECEIVED FROM INVESTIGATOR N. MCLAIN #5212** |

| Owner Type<br>**OTHER** | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|

### Property: EVIDENCE

| Article Code | Article Type<br>**Clothing/Fur** | Article Brand | Model |
|---|---|---|---|
| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |

| Description |
|---|
| **6006-6 - RED/WHITE INMATE PANTS RECEIVED FROM INVESTIGATOR N. MCLAIN #5212** |

| Owner Type<br>**OTHER** | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|

### Property: EVIDENCE

| Article Code | Article Type<br>**Clothing/Fur** | Article Brand | Model |
|---|---|---|---|
| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |

**FIBRS Incident Report**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/7/2021 8:06:27 AM | MCSO21OFF023413 (10) | MCSO21OFF023413 / 2111070079 | CORPORAL / 5212 | MCLAIN, N |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| FL0420000 | 11/7/2021 5:28:20 AM | 11/07/2021 01:09:16 - | | Clearance: **ARREST** |

Offense Description
**45 HOMICIDE**

Description
**6006-7 - PAIR OF WHITE SOCKS RECEIVED FROM INVESTIGATOR N. MCLAIN #5212**

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | ID Card | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|

Description
**6006-8 - INMATE NAME TAG FOR ERIC LETTERLOAH RECEIVED FROM INVESTIGATOR N. MCLAIN #5212**

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Biological Type | Quantity | Quantity Type |
|---|---|---|
| | 1 | COTTON SWAB(S) |

Description
**6006-9 - SUSPECTED TOUCH SWAB – FACE OF CORY PHILIP MERCHANT, W/M DOB – 7/3/86**

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|

Description
**M5919-1 USB CONTAINING VIDEO**

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Narrative: INITIAL**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/7/2021 8:06:27 AM | MCSO21OFF023413 (10) | MCSO21OFF023413 / 2111070079 | CORPORAL / 5212 | MCLAIN, N |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| FL0420000 | 11/7/2021 5:28:20 AM | 11/07/2021 01:09:16 - | | Clearance: **ARREST** |

| Offense Description |
|---|
| 45 HOMICIDE |

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 11/7/2021 8:27:32 AM | **REPORT GENERATED REF AN INMATE ON INMATE BATTERY WITH LIFE THREATENING INJURY** |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **MCLAIN, N** | **CORPORAL** | **5212** | **DETENTION** |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

ON SUNDAY, 11/07/21, AT 0219 HOURS, I WAS CONTACTED BY JAIL WATCH COMMANDER KRISTIN JOHNSON. SHE ADVISED THAT AN INMATE WAS INVOLVED IN AN ALTERCATION WITH ANOTHER INMATE IN G POD, A SECTION, SHORTLY AFTER 0100 HOURS. SHE ADVISED THAT ONE OF THE INMATES HAD RECEIVED LIFE THREATENING INJURY'S TO HIS HEAD AND WAS TAKEN TO THE OCALA REGIONAL MEDICAL CENTER (ORMC).

I RESPONDED TO ORMC ROOM 110. I OBSERVED THE VICTIM, IDENTIFIED AS INMATE, CORY MERCHANT, IN A HOSPITAL BED, EYES WIDE OPEN AND STARING, UNRESPONSIVE, WITH CRUSTED BLOOD COMING FROM HIS LEFT EAR. THE MEDICAL STAFF WAS "BAGGING" THE INMATE (MANUALLY KEEPING HIM BREATHING).

I SPOKE WITH PHYSICIAN'S ASSISTANT CALLIE-JOE PHILLIPS, WHO WAS SUPERVISING THE INMATES CARE AT THAT MOMENT. SHE ADVISED THE INMATE HAD BEEN SEEN BY DOCTOR ANG, THE TRAUMA SURGEON, AND BY DOCTOR MAIN, A NEUROSURGEON. SHE ADVISED THAT NETHER OF THEM WERE ABLE TO SPEAK WITH ME AT THE MOMENT. SHE ADVISED THE CURRENT OUTLOOK WAS NOT GOOD FOR THE INMATE. SHE STATED THE INMATE HAS SIGNIFICANT FRACTURES TO THE BACK OF HIS SKULL WITH BLOOD POOLING, AND ALSO BRUISING TO THE FRONT AND BACK OF HIS NECK.

I COLLECTED TWO PHOTOS OF THE INMATE. I THEN CONTACTED CAPTAIN BURNETT AND LIEUTENANT TRAMMELL. ADVISING BOTH OF THE INMATES CURRENT STATUS. I WAS ADVISED TO PROCEED TO THE JAIL TO REVIEW FOOTAGE OF THE INCIDENT AND ASSIST MAJOR CRIMES.

ONCE AT THE JAIL, WATCH COMMANDER JOHNSON IDENTIFIED THE SUSPECT TO ME AS INMATE ERIC LUTTERLOAH, WHO I LEARNED WAS IDENTIFIED FROM THE VIDEO FOOTAGE OF THE INCIDENT, AND HAD ALREADY BEEN TRANSFERRED TO A SINGLE CELL IN A POD ALONG WITH HIS BELONGINGS.

**FIBRS Incident Report**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **11/7/2021 8:06:27 AM** | **MCSO21OFF023413 (10)** | **MCSO21OFF023413 / 2111070079** | **CORPORAL / 5212** | **MCLAIN, N** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| **FL0420000** | **11/7/2021 5:28:20 AM** | **11/07/2021 01:09:16 -** | | Clearance: **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

I MET INVESTIGATOR PALAU AT THE JAIL AND WE REVIEWED THE FOOTAGE FROM THE SECTION. THE TIME OF THE ACTUAL BATTERY WAS AT 0109 HOURS, BEFORE THE CLOCKS ALL RESET TO 01:00 HOURS FOR THE DAYLIGHT SAVINGS TIME CHANGE. IN THE VIDEO THE VICTIM IS UP AND ABOUT THE SECTION DURING LOCK DOWN HOURS, SPEAKING WITH OTHER INMATES. AT 0108 HOURS THE LISTED SUSPECT GETS UP AND WALKS SEVERAL BUNKS OVER AND APPEARS TO VERBALLY CONFRONT THE VICTIM. THE SUSPECT IS THEN SEEN TO PUSH OR HIT THE VICTIM, BEFORE SWINGING AT HIM SEVERAL TIMES, EVENTUALLY CONNECTING WITH THE VICTIM'S JAW. THE VICTIM APPEARS TO BE KNOCKED OUT AND FALLS BACKWARDS TO THE FLOOR, APPEARING TO HIT HIS HEAD ON THE CONCRETE.

AFTER THIS I RESPONDED TO G POD AND IDENTIFIED INMATES THAT WERE AWAKE IN THE AREA, SEPARATING THEM IN PREPARATION FOR MAJOR CRIMES ARRIVAL. I WALKED THROUGH THE SECTION AND VISUALLY INSPECTED THE AREA WHERE THE ALTERCATION OCCURRED, OBSERVING THAT IT APPEARED TO HAVE BEEN CLEANED UP. I CHECKED THE SECTIONS GARBAGE CAN, AND SEEING A WHITE RAG IN IT I ( ALONG WITH OTHER TRASH) I REMOVED IT TO THE ROVERS AREA.

DURING THIS TIME, MAJOR CRIMES DETECTIVE A. LAROCQUE ARRIVED AND WAS BRIEFED ON THE SITUATION, ASSUMING CONTROL OF THE INVESTIGATION.

MY CONTINUED WORK ON THE INVESTIGATION WILL BE DOCUMENTED IN A SEPARATE FOLLOW UP TO THIS REPORT.

CASE PENDING ACTIVE.

TIME:  0941-0947//SLS//6206
TIME:  1450//TLC//6217     (PROOFED)

**Narrative: FOLLOW UP**

| ▶ | Narrative Date/Time | Narrative Synopsis | | | |
|---|---|---|---|---|---|
| | **11/10/2021 9:46:37 AM** | | | | |
| Reporting Officer | | | Officer Rank | Officer ID No | Officer Org/Unit |
| **LAROCQUE, A** | | | **CORPORAL** | **5919** | **MAJOR CRIMES DEPARTMENT** |
| Officer Signature | | | Officer Agency | | |
| | | | **MARION COUNTY SHERIFF'S OFFICE** | | |

FOLLOW UP

**FIBRS Incident Report** | *Page 9 of 27*

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status: **CLOSED**<br>Clearance: **ARREST** |

Offense Description
**45 HOMICIDE**

ON NOVEMBER 7TH, 2021, WHILE WORKING AS A ROBBERY/HOMICIDE DETECTIVE FOR THE MAJOR CRIMES UNIT, I WAS CONTACTED BY LIEUTENANT TRAMMELL, IN REFERENCE TO AN INCIDENT THAT OCCURRED AT THE MARION COUNTY JAIL.

LIEUTENANT TRAMMELL ADVISED TWO INMATES THAT WERE BEING HOUSED AT THE MARION COUNTY JAIL WERE INVOLVED IN A PHYSICAL ALTERCATION, AND ONE OF THE INMATES WAS IN CRITICAL CONDITION AS A RESULT OF THE ALTERCATION.

I RESPONDED TO THE MARION COUNTY JAIL, LOCATED AT 700 NW 30TH AVENUE, WHERE I MADE CONTACT WITH JAIL INVESTIGATORS NATHAN MCLAIN AND ISAI PALAU. THEY ADVISED THE TWO INMATES INVOLVED IN THE ALTERCATION WERE SUSPECT ERIC LUTTERLOAH AND VICTIM CORY MERCHANT (THEY WILL BE REFERRED TO AS LUTTERLOAH AND MERCHANT FOR THE REMAINDER OF THIS NARRATIVE). INVESTIGATOR MCLAIN INFORMED ME THERE HAD BEEN BLOOD ON THE CONCRETE WHERE MERCHANT HAD FALLEN, BUT IT WAS CLEANED UP. INVESTIGATOR MCLAIN STATED HE LOCATED THE TRASH CAN INSIDE OF THE POD WHERE A TOWEL WITH SUSPECTED BLOOD ON IT HAD BEEN THROWN AWAY. INVESTIGATOR MCLAIN ADVISED HE REMOVED THE GARBAGE CAN FROM THE POD SO THAT THE INMATES COULD NOT TAMPER WITH THE GARBAGE CAN OR THE SUSPECTED EVIDENCE INSIDE OF IT. INVESTIGATOR MCLAIN ALSO ADVISED ME HE HAD SEPARATED SEVERAL INMATES WHO WERE POTENTIAL WITNESSES AND WERE AWAKE DURING THE INCIDENT. INVESTIGATOR MCLAIN ALSO ADVISED LUTTERLOAH HAD BEEN TRANSFERRED TO A SINGLE CELL. INVESTIGATORS MCLAIN AND PALAU THEN PROCEEDED TO SHOW ME A VIDEO OF THE INCIDENT, WHICH TOOK PLACE IN "G" OR "GULF" POD, WHICH I WAS TOLD IS A POD THAT HOUSES MALE SEX OFFENDER INMATES ONLY.

THE FOLLOWING IS A SUMMARY OF THE EVENTS THAT I OBSERVED ON THE SURVEILLANCE FOOTAGE FROM G POD SECTION A:

THE TIME STAMP ON THE VIDEO FOR WHEN THE INCIDENT TAKES PLACES READS 0108 HOURS, JUST PRIOR TO THE DAYLIGHT SAVINGS TIME CHANGE. LUTTERLOAH IS SITTING ON THE LOWER BED OF A BUNK, WHICH IS LATER DETERMINED TO BE HIS ASSIGNED BED. MERCHANT IS STANDING IN AN AISLE (BETWEEN TWO BUNKS) THAT IS ONE AISLE OVER FROM LUTTERLOAH'S ASSIGNED BED. LUTTERLOAH THEN

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **11/7/2021 8:06:27 AM** | **MCSO21OFF023413 (10)** | **MCSO21OFF023413 / 2111070079** | **CORPORAL / 5212** | **MCLAIN, N** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| **FL0420000** | **11/7/2021 5:28:20 AM** | **11/07/2021 01:09:16 -** | | Clearance: **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

STANDS UP AND APPROACHES MERCHANT IN THE AISLE, AND IT APPEARS SOME WORDS ARE POSSIBLY EXCHANGED. AFTER A FEW SECONDS PASS, LUTTERLOAH PUNCHES MERCHANT IN THE FACE/HEAD AREA WITH HIS LEFT FIST. THE FIRST PUNCH THAT LUTTERLOAH MAKES APPEARS UNPROVOKED AND DOES NOT APPEAR TO BE DONE IN SELF-DEFENSE. AFTER THE FIRST PUNCH, MERCHANT APPEARS TO TAKE A FEW STANDS BACK, AND LUTTERLOAH IS SEEN CONTINUING TO STEP TOWARDS MERCHANT, PARTIALLY PUSHING HIM BACKWARDS. AT THIS POINT, LUTTERLOAH AND MERCHANT HAVE STEPPED OUT OF THE AISLE THEY WERE PREVIOUSLY IN AND ARE MAKING THEIR WAY TOWARDS ANOTHER AISLE. LUTTERLOAH IS THEN SEEN SWINGING HIS LEFT FIST TWO MORE TIMES AT MERCHANT'S HEAD/FACE AREA. ON THE THIRD PUNCH, MERCHANT IS SEEN FALLING BACKWARDS ONTO THE CEMENT FLOOR.

DURING THE ENTIRE ALTERCATION, MERCHANT APPEARS TO BE ATTEMPTING TO RETREAT AWAY FROM LUTTERLOAH, AND LUTTERLOAH APPEARS TO BE THE AGGRESSOR. MERCHANT ALSO APPEARS TO ATTEMPT TO BLOCK LUTTERLOAH'S PUNCHES; AT NO POINT DOES IT APPEAR THAT MERCHANT STRIKES OR TRIES TO STRIKE LUTTERLOAH BACK.

LIEUTENANT TRAMMELL AND FORENSIC TECHNICIAN TIFFANY COX RESPONDED TO THE JAIL INVESTIGATORS' OFFICE AND I BRIEFED THEM ON THE FACTS THAT I HAD LEARNED UP TO THAT POINT. LIEUTENANT TRAMMELL AND TECHNICIAN COX RESPONDED TO G POD SECTION A, WHERE THE INCIDENT TOOK PLACE, TO PROCESS THE SCENE; THIS WAS DONE WHILE I CONDUCTED SEVERAL INTERVIEWS.

I CONDUCTED AN AUDIO RECORDED INTERVIEW WITH DETENTION DEPUTY J. KOSINSKI, ID 5573. THE INTERVIEW WAS CONDUCTED IN THE INTERVIEW ROOM NEXT TO THE JAIL INVESTIGATOR'S OFFICE. DETENTION DEPUTY KOSINSKI INFORMED ME HE WAS THE FIRST JAIL EMPLOYEE THAT RESPONDED TO THE INCIDENT. DETENTION DEPUTY KOSINSKI STATED G POD WAS HIS ASSIGNED POST FOR THAT SHIFT, AND THAT HE IS FAMILIAR WITH MAJORITY OF THE INMATE POPULATION THAT IS HOUSED IN G POD. HE STATED INMATE CALABRIA (FRANK CALABRIA) CAME TO THE SECTION DOOR AND NOTIFIED HIM THERE WAS A "MAN DOWN" IN THE SECTION. DETENTION DEPUTY KOSINSKI STATED WHEN HE GOT INTO THE SECTION, HE OBSERVED INMATES CROWDING AROUND MERCHANT, WHO WAS ON THE FLOOR. HE STATED MERCHANT APPEARED UNCONSCIOUS BUT BREATHING. DETENTION DEPUTY

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status:  **CLOSED**<br>Clearance:  **ARREST** |
| Offense Description<br>**45 HOMICIDE** | | | | |

KOSINSKI ALSO STATED HE OBSERVED BLOOD COMING OUT OF MERCHANT'S LEFT EAR. HE ADVISED HE THEN MADE A RADIO TRANSMISSION REQUESTING MEDICAL ASSISTANCE AND STAFF ASSISTANCE, AND KEPT THE AREA CONTAINED UNTIL ASSISTANCE ARRIVED. DETENTION DEPUTY KOSINSKI ADVISED IT WAS NOT UNTIL A SHORT TIME LATER WHEN HE REVIEWED THE SECURITY CAMERA IN ORDER TO WRITE HIS INCIDENT REPORT THAT HE OBSERVED THE ALTERCATION. DETENTION DEPUTY KOSINSKI IDENTIFIED INMATE LUTTERLOAH AS THE PERSON INVOLVED IN THE PHYSICAL ALTERCATION WITH MERCHANT.

DETENTION DEPUTY KOSINSKI STATED HE IS UNAWARE OF ANY PREVIOUS ALTERCATIONS TAKING PLACE BETWEEN MERCHANT AND LUTTERLOAH, OR ANY ALTERCATIONS BETWEEN THEM AND OTHER INMATES. DETENTION DEPUTY KOSINSKI ADVISED HE DID NOT CONDUCT ANY INTERVIEWS OR HAVE ANY OTHER INVOLVEMENT.

I THEN CONDUCTED AN INTERVIEW WITH CHARGE NURSE JOHN LITTLE, WHO ADVISED HE IS A REGISTERED NURSE EMPLOYED BY THE HEART OF FLORIDA, EMPLOYEE ID 1430. NURSE LITTLE STATED HE HEARD "S46" (SIGNAL FOR SICK PERSON) CALLED OVER THE RADIO FOR "GULF" POD. NURSE LITTLE STATED HE WAS MADE AWARE THAT IT WAS POSSIBLY RELATED TO A FALL, SO HE BROUGHT THE BACKBOARD WHEN HE RESPONDED. NURSE LITTLE ADVISED WHEN HE ARRIVED IN THE POD, HE IMMEDIATELY NOTICED THE INJURED INMATE (MERCHANT) WAS BLEEDING FROM HIS LEFT EAR CANAL, SO HE REQUESTED 9-1-1 BE CALLED. NURSE LITTLE STATED THAT MERCHANT WAS PLACED ONTO THE BACKBOARD AND THEN ONTO A STRETCHER AND HE INITIATED "CODE RED" SO THAT HE COULD GET MORE ASSISTANCE. NURSE LITTLE ADVISED THAT HE BROUGHT MERCHANT TO BOOKING, DUE TO IT BEING THE FASTEST ROUTE FOR GETTING HIM TO EMS. HE STATED WHEN HE ARRIVED TO BOOKING, HE WAS MET BY NURSE NATASHA SANDERS, WHO RESPONDED WITH A CRASH CART AND OXYGEN. NURSE LITTLE STATED MERCHANT WAS NON-RESPONSIVE, BUT STILL BREATHING. NURSE LITTLE ALSO ADVISED THAT HE TRIED CALLING MERCHANT'S NAME, TAPPED HIM ON THE ARM, AND DID A STERNUM RUB, BUT MERCHANT DID NOT RESPOND TO ANYTHING.

I THEN CONDUCTED AN INTERVIEW WITH REGISTERED NURSE NATASHA SANDERS, EMPLOYEE ID 1499, WHO IS ALSO CONTRACTED THROUGH HEART OF FLORIDA. NURSE SANDERS STATED SHE HEARD "CODE RED" CALLED OVER THE RADIO, AND

**FIBRS Incident Report**

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status:    **CLOSED**<br>Clearance:  **ARREST** |
| Offense Description<br>**45 HOMICIDE** | | | | |

SHE IMMEDIATELY RESPONDED TO BOOKING WITH THE CRASH CART AND OXYGEN. NURSE SANDERS ADVISED THE PATIENT (MERCHANT) WAS UNRESPONSIVE AND HIS PUPILS WERE NON-REACTIVE, BUT SHE DID FIND A PULSE WHEN CHECKING HIS CAROTID ARTERY. NURSE SANDERS ALSO OBSERVED THE BLEEDING FROM MERCHANT'S INNER EAR, AND THAT SHE DID NOT OBSERVE ANY EXTERNAL INJURIES THAT COULD BE CAUSING THE BLEEDING. NURSE SANDERS ADVISED THE SIGNS THAT SHE OBSERVED INDICATED IT WAS A HEAD INJURY. MS. SANDERS STATED SHE HAD NO OTHER INVOLVEMENT IN THE INCIDENT.

I THEN CONDUCTED AN INTERVIEW WITH INMATE/WITNESS RYAN GLOVER, WHO WAS BEING HOUSED IN G POD AND OBSERVED PART OF THE ALTERCATION.  INMATE GLOVER STATED HE WAS PARTIALLY ASLEEP IN HIS BED WHEN HE BEGAN WAKING UP AND HEARD WHAT HE DESCRIBED AS SLAPPING. INMATE GLOVER ADVISED HE ALSO BELIEVED HE HEARD ERIC (LUTTERLOAH) SAYING "GET BACK MOTHER F'R". INMATE GLOVER STATED HE OBSERVED LUTTERLOAH PUNCH MERCHANT AT LEAST ONE TIME, AND OBSERVED MERCHANT FALL TO THE GROUND. INMATE GLOVER STATED HE HEARD A CRACK WHEN MERCHANT HIT THE GROUND, AND HE THOUGHT MERCHANT'S SKULL HAD CRACKED. INMATE GLOVER STATED HE ALSO OBSERVED MERCHANT WAS BLEEDING OUT OF HIS EAR AND BEGAN "SEIZING UP." INMATE GLOVER ALSO STATED THAT WHERE MERCHANT LANDED ON THE FLOOR WAS RIGHT NEXT TO HIS BED. INMATE GLOVER STATED HE DID NOT KNOW WHAT STARTED THE INCIDENT, AND HE DID NOT HAVE ANY FURTHER INFORMATION ABOUT THE INCIDENT.

I THEN CONDUCTED AN AUDIO RECORDED INTERVIEW WITH INMATE FRANK CALABRIA, WHO WAS ALSO HOUSED IN G POD. INMATE CALABRIA STATED HE WAS IN HIS ASSIGNED BED WHEN HE HEARD ERIC (LUTTERLOAH) TELL CORY (MERCHANT) TO GO BACK TO HIS OWN BUNK AND TO GET AWAY FROM LUTTERLOAH'S AREA. INMATE CALABRIA ADVISED MERCHANT "MOUTHED OFF" AND RESPONDED BY TELLING LUTTERLOAH IT WAS NONE OF HIS BUSINESS. INMATE CALABRIA ADVISED FROM HIS POINT OF VIEW, MERCHANT HAD HIS BACK TO HIM AND LUTTERLOAH WAS FACING HIM. INMATE CALABRIA ADVISED HE SAW MERCHANT MOVE HIS HAND, BUT DUE TO MERCHANT'S BACK FACING HIM, HE COULD NOT SEE WHAT MERCHANT DID WITH HIS HAND. INMATE CALABRIA STATED LUTTERLOAH TRIED PUSHING MERCHANT, BUT MERCHANT STILL REFUSED TO LEAVE THE AREA. INMATE CALABRIA THEN OBSERVED LUTTERLOAH PUNCH MERCHANT IN THE FACE AREA; MERCHANT STEPPED BACKWARDS AND LUTTERLOAH STEPPED TOWARDS HIM. INMATE

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status: **CLOSED**<br>Clearance: **ARREST** |
| Offense Description<br>**45 HOMICIDE** | | | | |

CALABRIA ADVISED MERCHANT STILL REFUSED TO LEAVE THE AREA, AND THAT IS
WHEN LUTTERLOAH PUNCHED HIM AGAIN WHICH CAUSED MERCHANT TO STUMBLE
BACK SOME MORE. INMATE CALABRIA STATED MERCHANT STILL DID NOT LEAVE THE
AREA, AND LUTTERLOAH STRUCK HIM A THIRD TIME, CAUSING MERCHANT TO FALL
TO THE GROUND. INMATE CALABRIA ADVISED WHEN MERCHANT FELL TO THE
FLOOR, HIS HEAD STRUCK THE CONCRETE. INMATE CALABRIA INFORMED ME THAT
HIS BED IS DIRECTLY NEXT TO WHERE MERCHANT LANDED ON THE FLOOR, AND
WHEN HE LOOKED OVER, MERCHANT'S "EYES WERE ROLLING" AND THERE WAS NO
MOVEMENT. INMATE CALABRIA ALSO STATED HE OBSERVED BLOOD COMING OUT OF
MERCHANT'S EAR.

INMATE CALABRIA STATED HE WAS THE ONE WHO WENT TO THE DOOR TO NOTIFY
THE DETENTION DEPUTY. INMATE CALABRIA ALSO ADVISED HE LATER USED A
TOWEL AND BLEACH TO CLEAN THE BLOOD ON THE FLOOR, WHICH HE LATER PUT
INTO THE GARBAGE CAN. INMATE CALABRIA STATED THE INVESTIGATOR WHO
RESPONDED TO THE SCENE (JAIL INVESTIGATOR MCLAIN) WAS AWARE OF THE
TOWEL THAT HE PUT INTO THE GARBAGE. INMATE CALABRIA INFORMED ME THAT NO
ONE ASKED HIM TO CLEAN THE FLOOR, BUT IT IS NOT UNCOMMON FOR FIGHTS TO
OCCUR, AND IT IS COMMON FOR THE INMATES TO CLEAN UP AFTERWARDS. INMATE
CALABRIA ALSO STATED HE WAS UNAWARE OF ANY ISSUES BETWEEN MERCHANT
AND LUTTERLOAH.

I THEN CONDUCTED A DIGITALLY RECORDED INTERVIEW WITH LUTTERLOAH, WHICH
WAS CONDUCTED IN THE INTERVIEW ROOM NEXT TO THE JAIL INVESTIGATOR'S
OFFICE. I READ LUTTERLOAH HIS MIRANDA WARNINGS FROM AN AGENCY ISSUED
CARD, AND HE AGREED TO SPEAK WITH ME. LUTTERLOAH STATED HE WAS ASLEEP
IN HIS BED, WHICH IS THE BOTTOM BUNK FOR HIS PARTICULAR BUNK BED.
LUTTERLOAH EXPLAINED THAT MERCHANT'S ASSIGNED BUNK BED IS ON THE OTHER
SIDE OF THE SECTION AND IS NOWHERE NEAR LUTTERLOAH'S BUNK BED.
LUTTERLOAH STATED HE WAS AWAKENED BY MERCHANT STANDING NEAR HIS BUNK
AREA (NEAR LUTTERLOAH'S HEAD) TALKING AND LAUGHING WITH ANOTHER INMATE,
WHO HE IDENTIFIED AS LEO MCFATTEN. LUTTERLOAH EXPLAINED THAT THE
SECTION WAS ON "LOCK DOWN", WHICH MEANS ALL THE INMATES SHOULD BE IN
THEIR ASSIGNED BEDS. LUTTERLOAH ADVISED THAT MERCHANT THEN WALKED
OVER TO THE AREA NEAR THE FOOT OF LUTTERLOAH'S BED AND BEGAN TALKING TO
ANOTHER INMATE (NOT MCFATTEN). LUTTERLOAH STATED THIS PROMPTED HIM TO

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/7/2021 8:06:27 AM | MCSO21OFF023413 (10) | MCSO21OFF023413 / 2111070079 | CORPORAL / 5212 | MCLAIN, N |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: CLOSED |
|---|---|---|---|---|
| FL0420000 | 11/7/2021 5:28:20 AM | 11/07/2021 01:09:16 - | | Clearance: ARREST |

| Offense Description |
|---|
| 45 HOMICIDE |

MAKE THE STATEMENT, "WHAT THE F", AS IF HE WAS AGITATED THAT MERCHANT WAS STILL IN THE AREA TALKING TO ANOTHER INMATE, WHO HE IDENTIFIED AS JASON SANTORE. LUTTERLOAH ADVISED WHEN HE BEGAN TO GET UP FROM HIS BED, MERCHANT MOVED OVER TO THE NEXT AISLE (ONE AISLE OVER FROM LUTTERLOAH'S BUNK BED). LUTTERLOAH ADVISED THAT HE TRIED TELLING MERCHANT TO GET AWAY FROM HIS AREA, BUT MERCHANT RESPONDED BY SAYING IT WAS NOT ANY OF LUTTERLOAH'S BUSINESS. LUTTERLOAH STATED THAT IS WHEN HE GOT OUT OF HIS BED AND WALKED UP TO MERCHANT AND MORE WORDS WERE EXCHANGED. LUTTERLOAH EXPLAINED THAT HE CONTINUED TO TELL MERCHANT TO GET AWAY FROM THAT AREA, AND MERCHANT REFUSED TO LEAVE. LUTTERLOAH STATED THEY "SCUFFLED" AND THEN HE HIT MERCHANT. WHEN ASKED TO EXPLAIN WHAT HE MEANT BY "SCUFFLED", LUTTERLOAH ADVISED THEY WERE "GRABBING SHIRTS." LUTTERLOAH FIRST STATED THAT THE SCUFFLE WAS MUTUAL AND THEY GRABBED EACH OTHERS SHIRTS, BUT THEN STATED HE "PROBABLY" GRABBED MERCHANT'S SHIRT FIRST WHILE SIMULTANEOUSLY PUSHING MERCHANT AWAY. LUTTERLOAH ADVISED MERCHANT DID GRAB HIM IN RETURN, AFTER LUTTERLOAH FIRST GRABBED AND PUSHED MERCHANT.  LUTTERLOAH STATED HE THEN "SWUNG ON" MERCHANT TWICE WITH HIS LEFT FIST, HITTING HIM IN THE JAW AND CAUSING HIM TO FALL TO THE FLOOR. LUTTERLOAH ADDED THAT HE ONLY MADE A GOOD CONNECTION ON THE SECOND PUNCH.

LUTTERLOAH ADVISED MERCHANT DID NOT SWING BACK OR MAKE ANY VERBAL THREATS TOWARDS HIM DURING OR LEADING UP TO THE INCIDENT. LUTTERLOAH DID STATE THAT HE TOOK MERCHANT STANDING NEAR HIS BED AS A THREAT, BECAUSE MERCHANT SHOULD NOT HAVE BEEN IN THAT AREA AND HE WAS BEING LOUD AND DISRESPECTFUL. LUTTERLOAH THEN UTTERED THE STATEMENT, "I COULD HAVE BEEN IN THE WRONG ALL THE WAY, BUT…YOU KNOW…I DON'T KNOW." LUTTERLOAH DENIED HAVING ANY ISSUES WITH MERCHANT PRIOR TO THE ALTERCATION BUT DESCRIBED MERCHANT AS A "SMART ASS" AND "ARROGANT." AT THE CONCLUSION OF THE INTERVIEW, LUTTERLOAH STATED, "I APOLOGIZE FOR EVERYTHING."

FORENSIC TECHNICIAN COX WAS THEN BROUGHT INTO THE INTERVIEW ROOM, WHERE SHE PHOTOGRAPHED LUTTERLOAH WHILE I WAS PRESENT.

INVESTIGATORS MCLAIN AND PALAU CONDUCTED INTERVIEWS WITH SEVERAL

**FIBRS Incident Report**

| Report Date / Time **11/7/2021 8:06:27 AM** | Report Number **MCSO21OFF023413 (10)** | Report Case/CAD Number **MCSO21OFF023413 / 2111070079** | Reporting Officer Rank / ID **CORPORAL / 5212** | Reporting Officer Name **MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI **FL0420000** | Reported to Agency Date **11/7/2021 5:28:20 AM** | Occur Date Range **11/07/2021 01:09:16 -** | Jurisdiction | Status: **CLOSED** Clearance: **ARREST** |
| Offense Description **45 HOMICIDE** | | | | |

OTHER INMATE WITNESSES; PLEASE REFER TO THEIR SUPPLEMENTS FOR A DETAILED ACCOUNT OF THEIR INTERVIEWS AS WELL AS THEIR OVERALL INVOLVEMENT.

I THEN RESPONDED TO OCALA REGIONAL MEDICAL CENTER, TO ROOM 110 OF THE INTENSIVE CARE UNIT, WHERE MERCHANT WAS LOCATED. FORENSIC TECHNICIAN COX RESPONDED TO THE LOCATION AS WELL. I MADE CONTACT WITH DETENTION DEPUTY VAN HUESSEN AND REGISTERED NURSE CRYSTAL ANDERSON. I OBSERVED MERCHANT TO BE LYING IN THE HOSPITAL BED, ALIVE BUT UNCONSCIOUS, SURROUNDED BY MEDICAL EQUIPMENT. DUE TO THE AMOUNT OF MEDICAL EQUIPMENT ON OR ATTACHED TO HIM, I COULD NOT SEE IF HE HAD ANY INJURIES; THE ONLY THING I WAS ABLE TO OBSERVE WAS DRIED BLOOD AROUND MERCHANT'S LEFT EAR.

I SPOKE TO RN CRYSTAL ANDERSON, WHO ADVISED MERCHANT WAS IN EXTREMELY CRITICAL CONDITION AND WAS SUFFERING FROM A BRAIN BLEED. SHE ALSO ADVISED THAT THE ONLY EXTERNAL INJURY THAT WAS POSSIBLY OBSERVED BY MEDICAL STAFF WAS SOME BRUISING AROUND HIS NECK, BUT SHE COULD NOT CONFIRM THIS DUE TO THE NECK BRACE THAT WAS ON MERCHANT'S NECK. MS. ANDERSON INSINUATED THE CURRENT OUTLOOK WAS NOT GOOD FOR MERCHANT. I PROVIDED MS. ANDERSON WITH AN AGENCY CARD WITH MY CELL PHONE NUMBER WRITTEN ON IT, AND I REQUESTED TO BE CONTACTED WITH ANY MAJOR CHANGES WITH MERCHANT'S STATUS.

I LATER CONTACTED MARION COUNTY JAIL BOOKING TO OBTAIN ANY EMERGENCY CONTACT INFORMATION THAT MAY BE ON FILE FOR MERCHANT. I WAS PROVIDED THE NAME DONNA PRICE, WITH THE TELEPHONE NUMBER 352-843-9376. I WAS INFORMED THAT MERCHANT LISTED MS. PRICE AS HIS EMERGENCY CONTACT AND REFERRED TO HER AS HIS AUNT.

I MADE TELEPHONE CONTACT WITH MS. PRICE, WHO STATED SHE WAS NOT MERCHANT'S BIOLOGICAL AUNT, BUT SHE WAS A CLOSE FAMILY FRIEND. MS. PRICE STATED SHE COULD ATTEMPT TO MAKE CONTACT WITH MERCHANT'S SISTER, CHRISTY MERCHANT, OR HIS FATHER, TOMMIE MERCHANT, BUT SHE DID NOT HAVE A CELL PHONE NUMBER FOR EITHER ONE OF THEM THAT SHE COULD PROVIDE ME.

**FIBRS Incident Report**

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status: **CLOSED**<br>Clearance: **ARREST** |
| Offense Description<br>**45 HOMICIDE** | | | | |

ON NOVEMBER 9TH, 2021, I MADE TELEPHONE CONTACT WITH MERCHANT'S LEGAL NEXT-OF-KIN, HIS FATHER, TOMMIE MERCHANT. WHEN I MADE TELEPHONE CONTACT WITH HIM, HE WAS ALREADY AWARE OF THE INCIDENT REGARDING HIS SON. MR. MERCHANT CONFIRMED HIS SON'S STATUS MEDICALLY HAD NOT CHANGED FROM THE DAY OF THE INCIDENT.

STATEMENTS CONTAINED IN THIS REPORT REGARDING INTERVIEWS OR RECORDINGS ARE ONLY SUMMARIES AND ARE NOT INTENDED TO BE USED AS A COMPREHENSIVE TRANSCRIPT. THE AUDIO RECORDED INTERVIEWS WERE UPLOADED TO EVIDENCE.COM.

CASE REMAINS PENDING ACTIVE.

AL//M5919
TIME: 1005//DEA 5510
TIME: 1226//SLS//6206

**Narrative: FOLLOW UP**

| ▶ | Narrative Date/Time<br>**11/11/2021 9:53:41 AM** | Narrative Synopsis<br>**3 INTERVIEWS AND ENTERING OF EVIDENCE.** | | |
|---|---|---|---|---|
| Reporting Officer<br>**MCLAIN, N** | | Officer Rank<br>**CORPORAL** | Officer ID No<br>**5212** | Officer Org/Unit<br>**DETENTION** |
| Officer Signature | | Officer Agency<br>**MARION COUNTY SHERIFF'S OFFICE** | | |

FOLLOW UP:

DURING THE INITIAL INVESTIGATION, AFTER MAJOR CRIMES ARRIVED I CONTINUED TO PROVIDE ASSISTANCE BY INTERVIEWING 3 OF THE SEPERATED INMATES. EACH OF THESE INTERVIEWS WAS CONDUCTED IN THE BOOKING, INTAKE AREA INTERVIEW ROOM.

EYEWITNESS ANGEL ACOSTA-CRUZ STATED THAT HE DID NOT RECALL WHAT WAS SAID PRIOR TO THE ALTERCATION, AS HE WAS NOT LISTENING. HE STATED THAT HE OBSERVED THE SUSPECT, "ERIC", GET OUT OF THE BED AND APPROACH THE VICTIM. HE STATED THAT HE OBSERVED THE SUSPECT START SWINGING ON THE VICTIM. HE STATED THAT HE HEARD NOTHING SAID BETWEEN THEM UNTIL AFTER WHEN THE SUSPECT TRIED TO WAKE THE VICTIM UP. WITNESS ACOSTA-CRUZ STATED THAT

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status: **CLOSED**<br>Clearance: **ARREST** |
| Offense Description<br>**45 HOMICIDE** | | | | |

THE SUSPECT THEN RETURNED TO HIS BUNK. WITNESS ACOSTA-CRUZ INDICATED THAT HE WAS NOT AWARE OF ANY PREVIOUS ISSUES BETWEEN THE TWO.

EYEWITNESS JASON SANTORE INITALLY STATED THAT HE WAS UNSURE WHAT WAS TALKED ABOUT BEFORHAND. WITNESS SANTORE THEN "ERIC" WAS LAYING DOWN AND "WE" WOKE HIM UP, WHILE "I" WAS ON MY BUNK READING. WITNESS SANTORE STATED THAT CORY HAD COME OVER AND WAS TALKING TO OR SEEING IF ANOTHER INMATE BY WITNESS SANTORE WAS AWAKE. WITNESS SANTORE STATED THAT THIS WOKE THE SUSPECT UP, AND THE SUSPECT TOLD THE VICTIM NOT TO MESS WITH PEOPLE WHILE THEY ARE SLEEPING, AND TO GO BACK TO HIS BUNK. WITNESS SANTORE STATED THAT THE VICTIM REPLIED THAT WHAT HE DOES, DOES NOT CONCERN THE SUSPECT. WITNESS SANTORE STATED THAT THE SUSPECT THEN GOT UP AND TOLD HIM TO GO, AND THEN PUSHED HIM. WITNESS SANTORE STATED THAT THE VICTIM REPLIED 'WHAT THE FUCK ERIC, THIS DOESN'T CONCERN YOU. WITNESS SANTORE STATED THAT THE SUSPECT THEN HIT THE VICTIM 3 TIMES, WHILE CORY (WHO WAS A "CHILL" DUDE) WAS JUST BLOCKING. WITNESS SANTORE STATED THAT THE SUSPECT THEN CONNECTED WITH THE VICTIMS JAW AND THE VICTIM FELL TO THE FLOOR. WITNESS SANTORE STATED THAT WHEN THE SUSPECT CAME BACK OVER HE WAS GRABBING THE VICTIMS ARM TELLING HIM TO GET UP. WITNESS SANTORE STATED THAT THE SUSPECT THEN RETURNED TO HIS BUNK. WITNESS SANTORE STATED THAT HE DID NOT KNOW OF ANY ISSUES BETWEEN THEM PRIOR TO THIS.

EYEWITNESS  ROBERT FURR STATED THAT "CORY" AND A FEW OTHER INMATES WERE TALKING. HE STATED THAT THE VICTIM THEN WENT AND WAS TALKING TO WITNESS SANTORE AT HIS TOP BUNK. HE STATED THAT "ERIC" JUMPED UP OUT OF BED AND RUNS UP, TELLING THE VICTIM TO GO TO BED. WITNESS FURR STATED THAT THE SUSPECT TOLD THE VICTIM TO "GO LAY DOWN" OR "I'LL LAY YOU DOWN". HE STATED THAT THE SUSPECT WAS PUSHING AND PULLING THE VICTIM, AND THEN HIT THE VICTIM, KNOCKING HIM OUT AND CAUSING HIM THE FALL TO THE FLOOR. WITNESS FURR ALSO STATED THAT THE SUSPECT THEN TRIED TO WAKE THE VICTIM. WITNESS FURR ALSO STATED THAT HE HEARD THAT THE VICTIM AND SUSPECT HAD WORDS PREVIOUSLY, AND THAT THE SUSPECT HAD PUNCHED HIM (WITNESS FURR) PREVIOUSLY. WITNESS FURR STATED HE WAS NOT INTERESTED IN CHARGES BEING FILED ON HIS BEHALF.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/7/2021 8:06:27 AM | MCSO21OFF023413 (10) | MCSO21OFF023413 / 2111070079 | CORPORAL / 5212 | MCLAIN, N |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| FL0420000 | 11/7/2021 5:28:20 AM | 11/07/2021 01:09:16 - | | Clearance: **ARREST** |

| Offense Description |
|---|
| 45 HOMICIDE |

THESE THREE INTERVIEWS WERE UPLOADED TO EVIDENCE, ALONG WITH SECTION SECURITY VIDEO FROM THE TIME OF THE INCIDENT.

CASE PENDING ACTIVE.

**Narrative: FOLLOW UP**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 11/15/2021 2:52:38 PM | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| LAROCQUE, A | CORPORAL | 5919 | MAJOR CRIMES DEPARTMENT |

| Officer Signature | Officer Agency |
|---|---|
| | MARION COUNTY SHERIFF'S OFFICE |

FOLLOW UP:

ON NOVEMBER 13, 2021, I WAS CONTACTED BY OCALA REGIONAL MEDICAL CENTER AT APPROXIMATELY 0120 HOURS AND INFORMED THAT THE VICTIM IN THIS CASE, CORY MERCHANT, WAS PRONOUNCED DECEASED.

A SHORT TIME LATER, AROUND 0140 HOURS, I WAS CONTACTED BY INVESTIGATOR KYLE JONES WITH THE FIFTH JUDICIAL MEDICAL EXAMINER'S OFFICE. INVESTIGATOR JONES CONFIRMED THAT THE MEDICAL EXAMINER'S OFFICE WAS SENDING A TRANSPORT UNIT TO THE HOSPITAL TO TAKE VICTIM MERCHANT INTO THEIR CARE.

I WAS THEN CONTACTED BY INVESTIGATOR LAUREN DIAZ WITH THE FIFTH JUDICIAL MEDICAL EXAMINER'S OFFICE. SHE INFORMED ME THE PATHOLOGIST WHO PERFORMED THE AUTOPSY ON THE VICTIM, DR. WENDY LAVEZZI, REQUESTED A COPY OF THE VIDEO OF THE INCIDENT.

I DOWNLOADED A COPY OF THE VIDEO OF THE INCIDENT ONTO A USB DEVICE AND PROVIDED IT TO INVESTIGATOR DIAZ. AFTER I PROVIDED A COPY OF THE VIDEO TO DR. LAVEZZI, INVESTIGATOR DIAZ GAVE THE USB DEVICE BACK TO ME.

I SUBMITTED THE USB DEVICE TO EVIDENCE ON NOVEMBER 15, 2021, AT THE MAJOR CRIMES BAY EVIDENCE LOCKER AT CENTRAL OPERATIONS.

| Report Date / Time **11/7/2021 8:06:27 AM** | Report Number **MCSO21OFF023413 (10)** | Report Case/CAD Number **MCSO21OFF023413 / 2111070079** | Reporting Officer Rank / ID **CORPORAL / 5212** | Reporting Officer Name **MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI **FL0420000** | Reported to Agency Date **11/7/2021 5:28:20 AM** | Occur Date Range **11/07/2021 01:09:16 -** | Jurisdiction | Status: **CLOSED** Clearance: **ARREST** |
| Offense Description **45 HOMICIDE** | | | | |

THE CASE IS STILL ACTIVE PENDING THE CAUSE AND MANNER REPORT FROM THE MEDICAL EXAMINER'S OFFICE.

CASE REMAINS ACTIVE PENDING.

AL//M5919

TIME:  1527//BG//6512

**Narrative: FOLLOW UP**

| ▶ | Narrative Date/Time **11/16/2021 8:49:21 AM** | Narrative Synopsis |
|---|---|---|

| Reporting Officer **COX, T** | | | Officer Rank **FOR. CRIME** | Officer ID No **6006** | Officer Org/Unit **FORENSICS/EVIDENCE** |
|---|---|---|---|---|---|
| Officer Signature | | | Officer Agency **MARION COUNTY SHERIFF'S OFFICE** | | |

SCENE PROCESSING REPORT
MCSO CASE: MCSO21OFF023413
November 11, 2021
Tiffany Cox #6006

**REFERENCE:**

This report is in reference to crime scene processing at the following locations: Marion County Jail (MCJ) G-Pod Alpha section, and Ocala Regional Medical Center (ORMC) ICU #110, which was performed by Senior Forensic Crime Scene Technician Tiffany Cox #6006 on Sunday, November 7, 2021, from 0626 hours to 0858 hours.

At 0540 hours, I was contacted by Captain K. Rowe # 481 who requested that I respond to the above listed address in reference to a possible homicide investigation.

**SCENE 1 – MCJ G-Pod**
**0626 Hours to 0803 Hours:**

Upon my arrival, contact was made with Lieutenant D. Trammell #4796 and Detective A. LaRocque #5919 who advised that two inmates were in a physical altercation and one inmate was transported to the hospital after being found unresponsive on the floor. I was informed the inmates involved were Eric Letterloah and Cory Merchant; Mr. Merchant was the one transported. I was also informed that there

**FIBRS Incident Report**                                                    *Page 20 of 27*

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **11/7/2021 8:06:27 AM** | **MCSO21OFF023413 (10)** | **MCSO21OFF023413 / 2111070079** | **CORPORAL / 5212** | **MCLAIN, N** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| **FL0420000** | **11/7/2021 5:28:20 AM** | **11/07/2021 01:09:16 -** | | Clearance: **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

was video surveillance of the incident.

Jail Investigator N. McLain #5212 was also on scene.

A visual observation revealed a jail pod with multiple separated sections in a circle with a rover area in the center. Alpha section was the first section on the left after entering the pod. Inside Alpha section there were multiple metal tables with benches to the left and multiple metal bunkbeds to the right. There was an open shower and toilet area in the far-left corner of the section. I was informed that Mr. Letterloah's bunk was labeled X12, which was the fourth bunk from the right. The bunk directly behind Mr. Letterloah's was labeled 128. I was informed that Mr. Merchant fell to the ground between bunks X12 and 128.

## SCENE 1 - PROCESSING AND RESULTS:

Digital images were captured of G-Pod Alpha section.

There was a white washcloth with brownish red stains on the floor at the foot of bunk 128; the washcloth was collected.

I did not observe any suspected blood on the floor or the surrounding bunks.

Investigator McLain informed me that the trash can previously inside Alpha section was moved into the rover area. I observed a white towel lying on top of the trash inside the trash can. I also observed suspected blood on the towel; the towel was collected. The trash inside was removed and searched; no items of evidentiary value were observed.

Investigator McLain relinquished Mr. Letterloah's clothing, a silver wedding band and his inmate ID to me. The clothing consisted of a red/white inmate shirt, red/white inmate pants and a pair of white socks. I did not observe any suspected blood on Mr. Letterloah's clothing.

Digital images were captured of Eric Letterloah.

I observed the security footage of the incident, which revealed the following: Mr. Letterloah got off his bunk (bottom of X12) walked two bunks over to the right, walked up to Mr. Merchant, the two exchanged unknown words and then Mr. Letterloah punched Mr. Merchant a couple of times in what appeared to be the face area. Mr. Merchant walked between bunks X14 and 129 and was hit again causing him to fall between bunks 128 and 129. Mr. Merchant did not get up after this and other inmates went to alert the Detention Deputies. Prior to the Detention Deputies and Medical Staff coming into the section, I observed an inmate walk away from the area of the incident with a what appeared to

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **11/7/2021 8:06:27 AM** | **MCSO21OFF023413 (10)** | **MCSO21OFF023413 / 2111070079** | **CORPORAL / 5212** | **MCLAIN, N** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| **FL0420000** | **11/7/2021 5:28:20 AM** | **11/07/2021 01:09:16 -** | | Clearance: **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

be a white towel in his hand. I was informed that that was the towel used to clean up suspected blood and was thrown in the trash. Mr. Merchant was then removed from the section on a stretcher.

I discussed the items collected with Detective LaRocque and asked if any further processing was needed; Detective LaRocque requested that I respond with her to ORMC.

I responded to ORMC.

## SCENE 2 – ORMC ICU #110
## 0813 Hours to 0858 Hours:

Upon my arrival, contact was made with Detective LaRocque who requested that I process Mr. Merchant's face for suspected touch DNA.

Lieutenant Trammell was also on scene and Detention Deputy Van Heusen #5979 was maintaining security of Mr. Merchant's room.

A visual observation revealed Mr. Merchant lying in a supine position in a hospital bed with his legs covered by a white blanket and his torso covered by a plastic inflatable blanket. Mr. Merchant had a neck brace on, a breathing tube in his mouth, medical electrodes on his face and Iv's in his arms. I observed suspected blood on and in Mr. Merchant's left ear, on his left cheek and on his nose.

## SCENE 2 - PROCESSING AND RESULTS:

Digital images were captured of Cory Phillip Merchant, W/M DOB – 7/3/86.

Mr. Merchant's face was processed for suspected touch DNA using a hydrated swab; one swab was collected.

I discussed the processing with Detective LaRocque and asked if any further processing was needed, no further processing was requested at this time.

Detective LaRocque released me from the scene.

## EVIDENCE COLLECTED:

MCSO Item #
       6006-1        CD containing (67) digital images of scenes
**MCJ**

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status: **CLOSED**<br>Clearance: **ARREST** |
| Offense Description<br>**45 HOMICIDE** | | | | |

| | |
|---|---|
| 6006-2 | White washcloth with reddish brown stains from floor at foot of bunk 128 |
| 6006-3 | White towel with suspected blood from trashcan in rover area |
| 6006-4 | Silver wedding band received from Investigator N. McLain #5212 |
| 6006-5 | Red/white inmate shirt received from Investigator N. McLain #5212 |
| 6006-6 | Red/white inmate pants received from Investigator N. McLain #5212 |
| 6006-7 | Pair of white socks received from Investigator N. McLain #5212 |
| 6006-8 | Inmate name tag for Eric Letterloah received from Investigator N. McLain #5212 |

**ORMC ICU #110**

6006-9      Suspected touch swab – face of Cory Philip Merchant, W/M DOB – 7/3/86

**REMARKS:**

The above listed items were submitted into evidence at the MCSO Evidence Property Unit.

Any additional analysis or processing will be the subject of a separate report.

Questions regarding this report should be addressed to tcox@marionso.com.

tc6006

**Narrative: FOLLOW UP**

| ► | Narrative Date/Time<br>**11/16/2021 11:36:30 AM** | Narrative Synopsis<br>**I ASSISTED WITH AN INVESTIGATION AT THE JAIL.** | | |
|---|---|---|---|---|
| | Reporting Officer<br>**PALAU, I** | Officer Rank<br>**DETENTION** | Officer ID No<br>**5563** | Officer Org/Unit<br>**DETENTION** |
| | Officer Signature | Officer Agency<br>**MARION COUNTY SHERIFF'S OFFICE** | | |

FOLLOW UP

ON 11/7/21 AT APPROXIMATELY 0330 HOURS, I WAS CONTACTED BY INVESTIGATOR MCLAIN IN REFERENCE TO THIS INCIDENT. I RESPONDED TO THE JAIL TO ASSIST WITH THE INVESTIGATION.

UPON ARRIVAL AT THE JAIL, I MADE CONTACT WITH INVESTIGATOR MCLAIN, AND TOGETHER, WE REVIEWED THE JAIL SECURITY VIDEO FOOTAGE OF THE INCIDENT. AT 0109 HOURS, TIME ON THE VIDEO, IT APPEARED THE VICTIM IS STANDING AT A BUNK TALKING TO ANOTHER INMATE. IT SHOULD BE NOTED THE BUNK IS IN THE FRONT ROW, CLOSEST TO THE DAYROOM, AND THE VICTIM APPEARS TO BE TALKING TO THE INMATE ON THE BOTTOM

| Report Date / Time<br>**11/7/2021 8:06:27 AM** | Report Number<br>**MCSO21OFF023413 (10)** | Report Case/CAD Number<br>**MCSO21OFF023413 /<br>2111070079** | Reporting Officer Rank / ID<br>**CORPORAL / 5212** | Reporting Officer Name<br>**MCLAIN, N** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0420000** | Reported to Agency Date<br>**11/7/2021 5:28:20 AM** | Occur Date Range<br>**11/07/2021 01:09:16 -** | Jurisdiction | Status: **CLOSED**<br>Clearance: **ARREST** |
| Offense Description<br>**45 HOMICIDE** | | | | |

BUNK. THE SUSPECT IS LAYING IN THE BOTTOM BUNK NEXT TO WHERE THE VICTIM IS. THE SUSPECT SUDDENLY TAKES OFF THE SHEETS AND BLANKET AND GETS UP FROM THE BUNK. THE SUSPECT WALKS AROUND THE FRONT OF THE BUNK WHERE THE VICTIM IS STANDING AND IT APPEARS THEY HAVE A VERBAL CONFRONTATION ON THE OTHER SIDE. SEVERAL MOMENTS LATER, THE SUSPECT BEGAN TO PUNCH THE VICTIM. THE VICTIM PUT HIS ARMS UP IN A DEFENSIVE MANNER. THE SUSPECT CONTINUES TO PUNCH VICTIM ULTIMATELY LANDING A PUNCH TO THE VICTIM'S FACE. THE VICTIM FALLS BACKWARD ONTO THE FLOOR. IN THE VIDEO, THE SUSPECT IS WEARING JAIL ISSUED RED AND WHITE STRIPED PANTS, NO SHIRT, AND SOME TIME OF RAG OR COVERING ON HIS HEAD.

I SAVED THE JAIL SECURITY VIDEO FOOTAGE OF THE INCIDENT TO THE JAIL INVESTIGATIONS FILE. WHEN DETECTIVE LAROCQUE ARRIVED, I MADE HER AWARE OF MY FINDINGS. SHE WAS ALSO ABLE TO VIEW THE JAIL SECURITY VIDEO FOOTAGE OF THE INCIDENT. I RESPONDED TO GULF POD AND ASSISTED IN CONDUCTING INTERVIEWS OF POTENTIAL WITNESSES. I INTERVIEWED INMATES JOHN MCDOWELL, LEO MCFATTEN, RAFAEL RODRIGUEZ, AND DAVID RIEDLE.

WITNESS RODRIGUEZ STATED HE WAS ON HIS BUNK TALKING WITH ANOTHER INMATE WHEN HE HEARD THE SUSPECT AND THE VICTIM ARGUING. WITNESS RODRIGUEZ STATED HE SAW THE VICTIM FALL AND HIT THE GROUND. WITNESS RODRIGUEZ STATED HE DID NOT SEE WHY THE VICTIM FELL. WITNESS RODRIGUEZ STATED HE SAW BLOOD COMING FROM THE VICTIM'S EAR. WITNESS RODRIGUEZ STATED HE CANNOT "DO BLOOD" SO HE LEFT THE AREA.

WITNESS MCFATTEN STATED THE VICTIM WAS GIVEN A BAG OF CHIPS AND WAS TALKING TO THE INMATES WHO WERE ON THE BUNKS NEARBY. WITNESS MCFATTEN STATED THE SUSPECT CONFRONTED THE VICTIM ABOUT DOING SOMETHING IN SOMEONE'S FACE. THE VICTIM REPLIED WHAT DOES THIS HAVE TO DO WITH YOU? WITNESS MCFATTEN STATED THE SUSPECT GOT UP AND WALKED TO THE VICTIM AND TOLD HIM TO "GET BEFORE I MAKE YOU GET." THE VICTIM DID NOT LEAVE THE AREA. WITNESS MCFATTEN STATED THE SUSPECT "SWUNG", THREW A PUNCH, AND THE VICTIM DODGED THE FIRST ONE. WITNESS MCFATTEN STATED THE SUSPECT "SWUNG" AGAIN, THIS TIME HITTING THE VICTIM IN THE FACE. WITNESS MCFATTEN STATED THE VICTIM GOT PUSHED OUT INTO THE WALKWAY. WITNESS MCFATTEN STATED THE VICTIM BEGAN SAYING "ALRIGHT ALRIGHT!" WITNESS MCFATTEN STATED THE SUSPECT HIT HIM TWO OR THREE MORE TIMES AND KNOCKED HIM OUT. WITNESS MCFATTEN STATED "BEFORE HE EVEN HIT THE FLOOR HE WAS GONE." WITNESS MCFATTEN STATED THE VICTIM'S HEAD HIT THE FLOOR AND BLOOD STARTED TO COME OUT OF HIS EARS. WITNESS MCFATTEN STATED THE SUSPECT LEFT THE AREA, BUT RETURNED MOMENTS LATER. WHILE THE VICTIM WAS ON THE GROUND, THE SUSPECT

| Report Date / Time 11/7/2021 8:06:27 AM | Report Number MCSO21OFF023413 (10) | Report Case/CAD Number MCSO21OFF023413 / 2111070079 | Reporting Officer Rank / ID CORPORAL / 5212 | Reporting Officer Name MCLAIN, N |
|---|---|---|---|---|
| Originating Agency ORI FL0420000 | Reported to Agency Date 11/7/2021 5:28:20 AM | Occur Date Range 11/07/2021 01:09:16 - | Jurisdiction | Status: CLOSED Clearance: ARREST |
| Offense Description 45 HOMICIDE | | | | |

TRIED TO WAKE THE VICTIM UP. WITNESS MCFATTEN STATED AFTER THE VICTIM DID NOT GET UP THE SUSPECT WENT AND SAT ON HIS BUNK.

WITNESS MCDOWELL STATED HE WAS READING HIS BOOK AND NOT REALLY PAYING ATTENTION TO HIS SURROUNDINGS. WITNESS MCDOWELL STATED HE HEARD THE IMPACT OF THE VICTIM'S HEAD HITTING THE GROUND.

WITNESS RIEDLE STATED HE IS THE SUSPECT'S BUNKMATE AND HE WAS AWAKE READING AT THE TIME OF THE INCIDENT. WITNESS RIEDLE STATED THE VICTIM WAS UP MESSING AROUND AND THE SUSPECT WAS SLEEPING. WITNESS RIEDLE STATED THE VICTIM WAS AT THE NEXT BUNK OVER MESSING WITH SOMEONE WHO WAS SLEEPING. DUE TO THIS, THE SUSPECT WAS AWAKENED AND TOLD THE VICTIM TO LEAVE THE AREA. THE VICTIM TOLD THE SUSPECT THIS HAD NOTHING TO DO WITH YOU. WITNESS RIEDLE STATED THE SUSPECT GOT UP AND WAS CONFRONTING THE VICTIM TO LEAVE THE AREA. WITNESS RIEDLE STATED THE VICTIM WAS RUNNING HIS MOUTH. THE SUSPECT HIT THE VICTIM TWO OR THREE TIMES, BUT THEN THE VICTIM JUST "WENT BACK." WITNESS RIEDLE STATED AFTER THE VICTIM FELL AND HIT HIS HEAD ON THE FLOOR THE SUSPECT CAME BACK TO HIS BUNK. WITNESS RIEDLE STATED THE VICTIM WAS MOANING ON THE GROUND. THE SUSPECT CAME BACK TO WHERE THE VICTIM WAS LAYING AND TRIED TO GET HIM TO WAKE UP. WITNESS RIEDLE STATED THE SUSPECT BEGAN PACKING HIS THINGS AND HE WAS SHAKEN UP.

I MADE DETECTIVE LAROCQUE AWARE OF MY FINDINGS.

I WILL SUBMIT THE AUDIO RECORDINGS OF MY INTERVIEWS TO EVIDENCE.COM.

THIS CONCLUDES MY INVOLVEMENT IN THIS CASE.

CASE REMAINS PENDING ACTIVE.

TIME: 1222//JP//6292

**Narrative: FOLLOW UP**

| ▶ Narrative Date/Time 11/18/2021 2:39:49 PM | Narrative Synopsis | | |
|---|---|---|---|
| Reporting Officer LAROCQUE, A | Officer Rank CORPORAL | Officer ID No 5919 | Officer Org/Unit MAJOR CRIMES DEPARTMENT |

**FIBRS Incident Report**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **11/7/2021 8:06:27 AM** | **MCSO21OFF023413 (10)** | **MCSO21OFF023413 / 2111070079** | **CORPORAL / 5212** | **MCLAIN, N** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **CLOSED** |
|---|---|---|---|---|
| **FL0420000** | **11/7/2021 5:28:20 AM** | **11/07/2021 01:09:16 -** | | Clearance: **ARREST** |

| Offense Description |
|---|
| **45 HOMICIDE** |

| Officer Signature | | Officer Agency |
|---|---|---|
| | *A Le Pg* | **MARION COUNTY SHERIFF'S OFFICE** |

** SUPPLEMENT **

ON NOVEMBER 18TH, 2021, I RECEIVED THE CAUSE AND MANNER REPORT FROM THE FIFTH JUDICIAL DISTRICT MEDICAL EXAMINER'S OFFICE THROUGH AGENCY EMAIL.

THE AUTOPSY THAT WAS PERFORMED WAS LISTED UNDER MEDICAL EXAMINER'S OFFICE CASE NUMBER 2021-2744, AND THE PATHOLOGIST WHO PERFORMED THE AUTOPSY WAS WENDY LAVEZZI, MD. SHE DETERMINED THE CAUSE OF DEATH TO BE COMPLICATIONS OF BLUNT HEAD TRAUMA DUE TO ASSAULT, AND THE MANNER OF DEATH TO BE HOMICIDE.

CASE REMAINS PENDING ACTIVE.

AL//M5919
TIME: 1509//DEA 5510
TIME: 1552-1554//PK//2651

**Narrative: FOLLOW UP**

| ▶ | Narrative Date/Time | Narrative Synopsis |
|---|---|---|
| | **12/3/2021 2:55:40 PM** | |

| Reporting Officer | | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|---|
| **LAROCQUE, A** | | **CORPORAL** | **5919** | **MAJOR CRIMES DEPARTMENT** |

| Officer Signature | | Officer Agency |
|---|---|---|
| | *A Le Pg* | **MARION COUNTY SHERIFF'S OFFICE** |

FOLLOW UP:

ON NOVEMBER 30, 2021, I GENERATED A PROBABLE CAUSE AFFIDAVIT FOR THE ARREST OF THE DEFENDANT, ERIC LUTTERLOAH.

AT THE TIME THE PROBABLE CAUSE AFFIDAVIT WAS GENERATED, LUTTERLOAH WAS STILL INCARCERATED AT THE MARION COUNTY JAIL. I DELIVERED THE SIGNED PROBABLE CAUSE AFFIDAVIT TO JAIL BOOKING AND PLACED IT WITH LUTTERLOAH'S FILE AND PLACED THE PAPERWORK IN THE 'IN-CUSTODY ARREST' BOX IN THE

**FIBRS Incident Report**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/7/2021 8:06:27 AM | MCSO21OFF023413 (10) | MCSO21OFF023413 / 2111070079 | CORPORAL / 5212 | MCLAIN, N |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: CLOSED |
|---|---|---|---|---|
| FL0420000 | 11/7/2021 5:28:20 AM | 11/07/2021 01:09:16 - | | Clearance: ARREST |

| Offense Description |
|---|
| 45 HOMICIDE |

BOOKING AREA.

CASE CLOSED BY ARREST.

AL//M5919

TIME:  1631//BG//6512

### Officer: Approving Supervisor (Supplement 10)

| Officer Name | Officer Rank | Officer ID No | Officer Agency |
|---|---|---|---|
| TINGUE, T | SERGEANT | 4370 | MARION COUNTY SHERIFF'S OFFICE |

| Approval Date / Time | Officer Signature |
|---|---|
| 12/7/2021 8:52:32 AM | |

| Sup # | Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| 02 | COX, T FOR. CRIME 6006 | CRIME SCENE INVESTIGATOR | MARION COUNTY SHERIFF'S OFFICE FORENSICS/EVIDENCE |
| 01 | LAROCQUE, A CORPORAL 5919 | LEAD INVESTIGATOR / REPORTING OFFICER | MARION COUNTY SHERIFF'S OFFICE MAJOR CRIMES DEPARTMENT |
| 01 | MCLAIN, N CORPORAL 5212 | INVESTIGATOR | MARION COUNTY SHERIFF'S OFFICE DETENTION |
| 01 | PALAU, I DETENTION 5563 | INVESTIGATOR | MARION COUNTY SHERIFF'S OFFICE DETENTION |
| 08 | SCHMIDT, K ASSISTANT 947 | APPROVING SUPERVISOR | MARION COUNTY SHERIFF'S OFFICE FORENSICS/EVIDENCE |
| 02 | TINGUE, T SERGEANT 4370 | APPROVING SUPERVISOR / APPROVING SUPERVISOR | MARION COUNTY SHERIFF'S OFFICE MAJOR CRIMES DEPARTMENT |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

### Officer: Reporting Officer (Supplement10)

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| MCLAIN, N | CORPORAL | 5212 | This the _____ day of _____, _____ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT OFFICER |
| MARION COUNTY SHERIFF'S OFFICE | | | |

Officer Signature

**FIBRS Incident Report**