# MEDICAL EXAMINER DISTRICTS 5 & 24

Citrus, Hernando, Lake, Marion, Seminole & Sumter Counties
809 Pine Street
Leesburg, Florida 34748
Phone: (352) 326-5961
Fax: (352) 365-6438

### AUTOPSY REPORT

NAME: MERCHANT, Cory                          CASE NUMBER: 2021-2744

DATE OF DEATH: November 13, 2021              AGE: 35    SEX: Male    RACE: White

COUNTY: Marion

DATE AND TIME OF AUTOPSY: November 13, 2021 @ 0900 hours

### AUTOPSY FINDINGS:

1. Blunt head trauma, with subscalpular hemorrhage, skull fractures, epidural, subdural, and subarachnoid hemorrhages, and cerebral contusions
    a. Cerebral edema, 1460 grams
2. Acute bronchopneumonia, with diffuse alveolar damage (right lung – 1010 grams; left lung – 820 grams)
3. Mild coronary atherosclerosis
4. Mild pulmonary anthracosis

CAUSE OF DEATH: Complications of blunt head trauma due to assault

MANNER OF DEATH: Homicide

*Wendy A. Lavezzi, M.D.* (signature)
Wendy A. Lavezzi, M.D.
Deputy Chief Medical Examiner
Date: January 11, 2022

<u>**NAME: MERCHANT, Cory**</u>                             <u>**CASE NUMBER: 2021-2744**</u>

## EXTERNAL EXAMINATION:

The body is received unclothed in a zippered white body bag. No clothing accompanies the body. A band bearing the decedent's name encircles the left ankle.

The body is that of a well-developed, well-nourished, adult white male, weighing 194 pounds, measuring 69 inches in length, and appearing the stated age of 35 years. The body mass index is 28.6 kg/m$^2$. There is mild total body anasarca.

The body is cold to touch. Rigor mortis is fully present in all joints. Postmortem lividity is maroon and blanching in the posterior dependent portions of the body, sparing the mid back and buttocks.

The hair is brown, straight, and up to 1 inch in length, with male pattern balding anteriorly. The eyes are closed. The corneas are clear. The irides are blue. The sclerae are white. There are no conjunctival hemorrhages. The skeleton of the nose is intact. There is a ¼ inch healing wound on the nose. The left earlobe is pierced once. The right earlobe and frenula display no abnormalities. The teeth are natural and in good repair. There is a short, brown mustache and a 1 inch long, coarse, brown/grey beard.

The chest is flat. The abdomen is slightly protuberant. The external genitalia are normal male and circumcised, with curly, brown, pubic hair. The testes are in the scrotum. The scrotum is edematous. The back is straight and symmetrical. The buttocks and anus display no abnormalities.

There are no deformities of the upper or lower extremities. A 7 x 1 inch curvilinear vertical scar with crosshatching is present on the anterolateral right arm. There is a 1 ½ inch horizontal scar with crosshatching on the medial right arm. A 1 ½ inch round superficial ulceration is present on the right elbow. There is a 1 inch round faint red pressure mark on the medial left elbow. A 1 inch round purple pressure mark is present on the left elbow. The fingernails are short and clean. The right index and thumb nails are remotely absent. A 5 inch vertical scar with crosshatching is present on the lateral left ankle. The toenails are short, slightly dystrophic, and clean. The skin of the left heel is dried.

## EVIDENCE OF INJURY:

### Blunt head trauma:

A ½ inch purple bruise is present on the right ear.

Reflecting the scalp reveals a 4 x 3 inch subscalpular hemorrhage across the occipital base, extending inferiorly into the soft tissues of the base of the posterior neck.

PL MERCHANT 002508                                                                                      CONFIDENTIAL

<u>**NAME:  MERCHANT, Cory**</u>                                  <u>**CASE NUMBER: 2021-2744**</u>

On entering the cranial cavity, there is patchy left greater than right occipital epidural hemorrhage, with a fracture of the mid occipital base, extending anteriorly onto the left petrous temporal ridge. Patchy subdural and subarachnoid hemorrhages are present over the occipital lobes, with apparent bilateral occipital lobe contusions. There are contusions of the inferior left temporal lobe, with associated parenchymal necrosis. The frontal lobes are hemorrhagic and friable. There are separate lacy fractures of the superior orbital plates, right greater than left. Subdural blood is pooled around the lumbar spinal cord. The brain and spinal cord are fixed in formalin for further examination.

Reflection of the facial soft tissues reveals a 1 x ¼ inch purple hemorrhage in the lower left oral mucosa and a pinpoint soft tissue hemorrhage on the right side of the chin.

## Other injuries:

There is a 1 x ½ inch horizontal purple bruise above the left clavicle.

A few punctate to 1 inch abrasions are present beneath the lateral right clavicle. There is a 5 x 2 inch patchy purple bruise on the lateral right chest.

A 2 ½ x ¼ inch diagonal abrasion is present on the left lower back.

There is a 3 x 2 inch aggregate of patchy red/purple bruises on the anterior right forearm. A 5 x 2 inch patchy purple bruise is present on the dorsal right wrist and hand.

There is a ½ inch squared abrasion on the lateral left shoulder. A 1 inch oval purple bruise is present on the lateral left arm. There is a 1 ½ inch oval purple bruise above the medial left elbow. A 2 x 1 inch patchy bruise with skin slippage is present on the lateral left forearm. There is a punctate red bruise on the dorsal left hand.

## EVIDENCE OF RECENT MEDICAL INTERVENTION:

There is an intracranial pressure monitor in the right top of the head. An endotracheal tube is present in the mouth and terminates in the trachea. There is a nasogastric tube in the left nostril, terminating in the stomach. A needle puncture with bruising is present on the left lower abdomen. There is an indwelling urinary catheter; the attached collection bag contains 30 ml of clear yellow urine. Needle punctures and bruises are present in the right antecubital fossa. A hospital band bearing the decedent's name encircles the right wrist. There is a healing needle puncture with bruising on the dorsal right hand. A pulse oximetry monitor is present on the right ring finger. There is a PICC line in the anterior left arm. An intravenous catheter is present in the left antecubital fossa. There is an arterial line in the left wrist. Multiple needle punctures and bruises are present in the groins. A hospital band stating "TRA2021, WHISKEY 1193" encircles

PL MERCHANT 002509                                                                                          CONFIDENTIAL

**NAME:** MERCHANT, Cory                    **CASE NUMBER:** 2021-2744

the right ankle. There is a donor identification band around the left ankle. Black ink "x"s are present on the dorsal feet. A hospital tag on the right great toe bears the decedent's name.

There is retroperitoneal hemorrhage in the left inguinal region, associated with needle punctures in the left groin.

Dissection of the posterior soft tissue of the body reveal patchy hemorrhages in the soft tissue of the elbows and forearms, associated with pressure marks and needle punctures.

There is a small focus of subscalpular hemorrhage associated with the intracranial pressure monitor.

## INTERNAL EXAMINATION:

**BODY CAVITIES:** The body is entered by a Y-shaped incision, revealing 1 ½ inches of fat at the umbilicus. All organs are present in their usual anatomic positions and present their usual anatomic relationships. Approximately 100 ml of serous fluid is present in each chest cavity and approximately 100 ml of serous fluid is present in the abdominal cavity. There are no pleural or peritoneal adhesions. The diaphragm is intact.

**NECK ORGANS:** The anterior muscles of the neck reveal no evidence of hemorrhage upon layered dissection. The cartilages of the larynx and epiglottis display no abnormalities. The hyoid bone is intact. Examination of the tongue reveals no evidence of injury. The thyroid gland is red/brown and firm, without nodularity.

**RESPIRATORY SYSTEM:** The right lung weighs 1010 grams. The left lung weighs 820 grams. The lungs are blue/red and firm, with mild anthracotic pigmentation. The trachea and bronchi display no abnormalities and contain no aspirated material. No thromboemboli are present in the pulmonary arteries. On cut section, the pulmonary parenchyma shows diffuse congestion and edema. No nodular or cavitary lesions are identified.

**CARDIOVASCULAR SYSTEM:** The pericardial sac is intact and contains no excess fluid. The heart weighs 370 grams. The coronary arteries pursue a right dominant course and display focal atherosclerosis, with 50% narrowing of the proximal left anterior descending artery. The remainder of the left anterior descending artery, as well as the left main, left circumflex, and right coronary arteries, are patent. The valves of the heart and great vessels display no abnormalities. Sections of the myocardium reveal no focal areas of pathologic change. The left ventricular free wall is 1.4 cm in thickness. The interventricular septum is 1.4 cm in thickness. The right ventricle is 0.4 cm in thickness. The aorta displays no atherosclerosis.

PL MERCHANT 002510                                    CONFIDENTIAL

**NAME: MERCHANT, Cory**  **CASE NUMBER: 2021-2744**

**HEPATOBILIARY SYSTEM:** The liver weighs 1900 grams. The liver is dark red/brown, with smooth surfaces and sharp margins. On cut section, the hepatic parenchyma is brown and unremarkable. The gallbladder contains approximately 30 ml of thick, dark green bile, and has velvety green mucosa.

**HEMOLYMPHATIC SYSTEM:** The spleen weighs 310 grams. The capsule is red/brown and smooth. On cut section, the splenic parenchyma is dark red, soft, and congested, with indistinct white pulp. No lymphadenopathy is identified.

**GASTROINTESTINAL SYSTEM:** The esophagus displays no abnormalities. The stomach contains 30 ml of orange mucoid fluid. The gastric and duodenal mucosa has normal rugal folds. The small and large intestines display no abnormalities along their serosal or mucosal surfaces and have no palpable masses. The appendix is present.

**GENITOURINARY SYSTEM:** The right kidney weighs 170 grams. The left kidney weighs 180 grams. The kidneys are red/brown, with smooth surfaces. The renal capsules strip with ease. On cut section, the renal parenchyma is dark red and unremarkable. The renal pelves, ureters, and urinary bladder display no abnormalities. The bladder is empty. The prostate gland is not enlarged. The testes display no abnormalities and are each 5 cm in greatest dimension.

**ENDOCRINE SYSTEM:** The pancreas has firm, lobulated, tan parenchyma. The adrenals have thin, bright yellow/orange cortical ribbons and dark tan medullae. The pituitary gland is not enlarged.

**MUSCULOSKELETAL SYSTEM:** The muscles are normally developed. Skull fractures are previously described. No other fractures are identified.

**CENTRAL NERVOUS SYSTEM:** The scalp, skull, and brain are remarkable for the previously described injuries. The brain weighs 1460 grams. The hemispheres are otherwise symmetric and display cerebral edema, manifested by flattening of the cortical convolutions, narrowing of sulci, widening of gyri, and notching of the cerebellar tonsils. The arteries at the base of the brain display no abnormalities. Fluid blood is present in the dural sinuses. The spinal cord is intact. Further examination of the brain and spinal cord will take place following formalin fixation.

PL MERCHANT 002511   CONFIDENTIAL

**NAME:  MERCHANT, Cory**                              **CASE NUMBER: 2021-2744**

**MICROSCOPIC SECTIONS SUBMITTED:**

1. Proximal left anterior descending coronary artery, right ventricle, interventricular septum
2. Left ventricle, liver
3. Right lung
4. Left lung
5. Spleen, kidney
6. Left lower oral mucosa

**MICROSCOPIC EXAMINATION:**

**HEART:**  There is intimal hyperplasia of the coronary arteries. The left ventricular and interventricular septal myocardium is unremarkable. There is mild to moderate fatty infiltration of the right ventricular myocardium, without associated fibrosis.

**LUNGS:**  Acute, and focally organizing, bronchopneumonia, with focal hyaline membrane formation. Focal anthracosis. No polarizable foreign material.

**LIVER:**  Unremarkable.

**SPLEEN:**  Red pulp congestion. The white pulp is inactive, without germinal center formation.

**KIDNEY:**  Congestion. No polarizable foreign material.

**MUCOSA, left lower oral:**  Acute subcutaneous hemorrhage, without hemosiderin-laden macrophages. Iron stain examined.

PL MERCHANT 002512                                                                              CONFIDENTIAL

<u>**NAME: MERCHANT, Cory**</u>         <u>**CASE NUMBER: 2021-2744**</u>

<u>**NEUROPATHOLOGICAL EXAMINATION:**</u>

The brain and spinal cord are examined on 12/14/21 following formalin fixation. The left frontal lobe remains very friable and hemorrhagic. There is patchy subarachnoid hemorrhage over the frontal lobes, left frontal/temporal lobe, and left occipital lobe. Serial sections reveal hemorrhagic necrosis of the left frontal lobe. There are punctate hemorrhages in the bilateral basal ganglia, with hemorrhages in the inferomedial right temporal lobe, consistent with transtentorial herniation. The spinal cord is unremarkable.

<u>**MICROSCOPIC SECTIONS OF THE BRAIN AND SPINAL CORD SUBMITTED:**</u>

1. Inferomedial right temporal lobe
2. Left frontal lobe
3. Right hippocampus
4. Right lobe of cerebellum
5. Left occipital lobe
6. Cervical, thoracic, and lumbar spinal cord

<u>**MICROSCOPIC EXAMINATION OF THE BRAIN AND SPINAL CORD:**</u>

There is diffuse white matter edema. A section of the inferomedial right temporal lobe shows intraparenchymal hemorrhage with admixed hemosiderin-laden macrophages (iron stain examined). A section of the left frontal lobe shows intraparenchymal, subdural, and subarachnoid hemorrhage with admixed hemosiderin-laden macrophages (iron stain examined). A section of the left occipital lobe shows subarachnoid hemorrhage without hemosiderin-laden macrophages (iron stain examined). The CA1 region of the hippocampus is unremarkable, without neuronal pyknosis. There is no pyknosis or neuronal dropout of the cerebellar Purkinje cells. Sections of the cervical, thoracic, and lumbar spinal cord show no abnormalities.

PL MERCHANT 002513                                                                 CONFIDENTIAL

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS
## CERTIFICATION OF DEATH

STATE FILE NUMBER: 2021234280
DATE ISSUED: NOVEMBER 23, 2021
DATE FILED: NOVEMBER 23, 2021

### DECEDENT INFORMATION
NAME: CORY PHILLIP MERCHANT
DATE OF DEATH: NOVEMBER 13, 2021   SEX: MALE   SSN: [redacted]   AGE: 035 YEARS
DATE OF BIRTH: [redacted]   BIRTHPLACE: OCALA, FLORIDA, UNITED STATES
PLACE OF DEATH: CORRECTIONS FACILITY
FACILITY NAME OR STREET ADDRESS: 700 NW 30TH AVENUE
LOCATION OF DEATH: OCALA, MARION COUNTY, 34475   COUNTY: MARION
RESIDENCE: 812 NORTHEAST 9TH AVENUE, OCALA, FLORIDA 34470, UNITED STATES
OCCUPATION, INDUSTRY: UNKNOWN, UNKNOWN
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: NEVER-MARRIED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: TOMMIE V MERCHANT
MOTHER'S/PARENT'S NAME: VIVIAN LEE MCNAMEE

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: TOMMIE V MERCHANT
RELATIONSHIP TO DECEDENT: FATHER
INFORMANT'S ADDRESS: 3305 NORTHEAST 44TH PLACE, OCALA, FLORIDA 34479, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: JOSHUA MATTHEWS-LEVERETTE, F086691
FUNERAL FACILITY: COAST TO COAST CREMATIONS F459067
212 SW 6TH ST, OCALA, FLORIDA 34471
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: ROBERTS OF OCALA FUNERALS AND CREMATIONS CREMATORY
OCALA, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: DISTRICT MEDICAL EXAMINER   MEDICAL EXAMINER CASE NUMBER: 210502744
TIME OF DEATH (24 HOUR): 0052   DATE CERTIFIED: NOVEMBER 22, 2021
CERTIFIER'S NAME: WENDY ANN LAVEZZI
CERTIFIER'S LICENSE NUMBER: ME100621
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: HOMICIDE
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH

a. COMPLICATIONS OF BLUNT HEAD TRAUMA

b. ASSAULT

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? YES   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? YES
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? NO
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOVEMBER 7, 2021   TIME OF INJURY (24 HOUR): 0109   INJURY AT WORK? NO
LOCATION OF INJURY: 3290 NORTHWEST 10TH STREET, OCALA, FLORIDA 34475, UNITED STATES
DESCRIBE HOW INJURY OCCURRED:
ASSAULTED BY OTHER(S)

PLACE OF INJURY: CORRECTIONAL FACILITY
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:   TYPE OF VEHICLE:

*signature* , STATE REGISTRAR

REQ: 2023388391

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD

*59725101*