IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR MARION COUNTY

STATE OF FLORIDA                                    CASE NO: 2021-CF-004457-A

vs.

ERIC LUTTERLOAH (A) W/M, 07/24/1969

**INFORMATION**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

WILLIAM M GLADSON, State Attorney for the Fifth Judicial Circuit of the State of Florida, in and for Marion County prosecuting for the State of Florida, by and through the undersigned Assistant State Attorney, in the said County, under oath, information makes that, in the County of Marion, and the State of Florida:

COUNT I: MANSLAUGHTER (F2)
782.07

ERIC LUTTERLOAH on or about November 7, 2021 did, by his act, procurement or culpable negligence, without intent to harm, and without lawful justification, inflict upon CORY PHILLIP MERCHANT wounds and injuries which resulted in the death of said CORY PHILLIP MERCHANT, a human being, by striking the victim in the head or facial area, in violation of Florida Statute 782.07.

STATE OF FLORIDA, COUNTY OF MARION

Personally appeared before me, WILLIAM M GLADSON, State Attorney for the Fifth Judicial Circuit, State of Florida, in and for Marion County, or his duly designated Assistant State Attorney, who first being sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which if true, would constitute the offense therein charged. Prosecution instituted in good faith and subscribed under oath, certifying he or she has received testimony under oath from the material witness or witnesses of the offense.

SASHA MARIE KIDNEY
Assistant to William M Gladson State Attorney,
Fifth Judicial Circuit of Florida
Florida Bar No. 0106439

MCCC - CASE INTAKE
JAN 11 '22 AM9:35

M-2021-46235-A

PAGE 2
STATE OF FLORIDA
VS
ERIC LUTTERLOAH et al
2021-CF-004457-A

Sworn to and subscribed before me this __10__ day of January, 2022.

_Nancy A Burke_
Affiant Personally Known to Notary Public


NANCY A. BURKE
Commission # GC 177007
Expires February 1, 2022
Bonded Thru Troy Fair Insurance 800-385-7019

FCIC REFERENCE NUMBERS:
1) MANSLAUGHTER - GENERALLY

UNOFFICIAL DOCUMENT

M-2021-46235-A