# Probable Cause Affidavit

ORIGINAL I/C

21-OF-4457 Z

**MARION COUNTY SHERIFF'S OFFICE**
692 NW 30TH AVE
OCALA, FL 34475

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 11/7/2021 05:28 AM | MCSO55ARR12136S | MCSO21OFF023413 / 2111070079 | LAROCQUE, A |

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 11/07/2021 01:08:00 - | 4203196762 | |

## Location of Occurrence

| County | Location Type | Location Description | | | |
|---|---|---|---|---|---|
| MARION | JAIL FACILITY | MARION COUNTY JAIL | | | |
| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code |
| 700 | NW 30TH AVE | | OCALA | FL | 34475 |

## Suspect

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ERIC | THANAL | LUTTERLOAH | | WHITE | MALE | 5'10" | 200 | GRY | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | 07/24/1969 | 52 | | L364218692640 | FL | |

| Address |
|---|
| * / 4035 NE 92ND PL , ANTHONY, FL 32617 / |

## Probable Cause Affidavit Data

| Question | Answer |
|---|---|
| Occupation and Employer | n/a |
| Alias | n/a |
| Under the Influence of | None |
| Domestic Related | No |
| Primary Language | english |
| Immigration Status | n/a |
| Vehicle Company / Address | n/a |

## Arrest

| Arrest Date/Time | Arrest Location Type | Arrest Location Description | | | |
|---|---|---|---|---|---|
| 11/30/2021 4:48:56 PM | JAIL FACILITY | MARION COUNTY JAIL | | | |
| Street Number | Street | Apt/Lot/Bldg | County | City | State | Zip Code |
| 700 | NW 30TH AVE | | MARION | OCALA | FL | 34475 |

## Charge :

| Counts | Charge | Bond Amount | | |
|---|---|---|---|---|
| 1 | 782.07.1 | $0.00 | ☑ | No Bond |

Probable Cause Affidavit

Page 1 of 5

431712

MCCC - CASE INTAKE
DEC 1 '21 AM 6:42

| Report Date / Time<br>11/7/2021 05:28 AM | Report Number<br>MCSO55ARR12136S | Case Number/Cad Number<br>MCSO21OFF023413 /<br>2111070079 | Reporting Officer Name<br>LAROCQUE, A |
|---|---|---|---|
| Originating Agency ORI<br>FL0420000 | Occur Date Time Range<br>11/07/2021 01:08:00 - | OBTS<br>4203196762 | Clearance |

ORIGINAL

| Charge Degree<br>S | Charge Level<br>FELONY | General Offense Code<br>HOMICIDE-NEGLIG MANSL |
|---|---|---|

| Charge Description |
|---|
| KILLING HUMAN OTHER THAN BY MURDER OR HOMICIDE |

**Bond Set by Charges**

▶ Bond Amount  ☑ No Bond

Bond Type(s)

**Probable Cause**

Before Me, the undersigned authority personally appeared DETECTIVE A. LAROCQUE #5919

who being duly sworn, alleges, on information and belief, that on the 7TH day of NOVEMBER 2021

in Marion County, Florida the defendant did:

Commit the offense of MANSLAUGHTER to wit:

ON NOVEMBER 7TH, 2021, WHILE WORKING AS A ROBBERY/HOMICIDE DETECTIVE FOR THE MAJOR CRIMES UNIT, I WAS CONTACTED BY LIEUTENANT TRAMMELL, IN REFERENCE TO AN INCIDENT THAT OCCURRED AT THE MARION COUNTY JAIL, LOCATED AT 700 NW 30TH AVENUE, OCALA, FL. LIEUTENANT TRAMMELL ADVISED TWO INMATES THAT WERE BEING HOUSED AT THE MARION COUNTY JAIL WERE INVOLVED IN A PHYSICAL ALTERCATION, AND ONE OF THE INMATES WAS TRANSPORTED TO OCALA REGIONAL MEDICAL CENTER AND WAS UNRESPONSIVE AND IN CRITICAL CONDITION AS A RESULT OF THE ALTERCATION.

I RESPONDED TO THE JAIL INVESTIGATOR'S OFFICE, WHERE I MADE CONTACT WITH JAIL INVESTIGATORS MCLAIN AND PALAU. THEY ADVISED THE TWO INMATES INVOLVED IN THE ALTERCATION WERE SUSPECT ERIC LUTTERLOAH AND VICTIM CORY MERCHANT. INVESTIGATOR MCLAIN ALSO ADVISED ME HE HAD SEPARATED SEVERAL INMATES WHO WERE POTENTIAL WITNESSES AND WERE AWAKE DURING THE INCIDENT. INVESTIGATOR MCLAIN INFORMED ME THERE HAD BEEN BLOOD ON THE CONCRETE WHERE MERCHANT HAD FALLEN, BUT IT WAS CLEANED UP BY INMATES. INVESTIGATOR MCLAIN STATED HE LOCATED THE TRASH CAN INSIDE OF THE POD WHERE A TOWEL WITH SUSPECTED BLOOD ON IT HAD BEEN THROWN AWAY. INVESTIGATOR MCLAIN ADVISED HE REMOVED THE GARBAGE CAN FROM THE POD SO THAT THE INMATES COULD NOT TAMPER WITH THE GARBAGE CAN OR THE SUSPECTED EVIDENCE INSIDE OF IT.

INVESTIGATORS MCLAIN AND PALAU THEN PROCEEDED TO SHOW ME A VIDEO OF THE INCIDENT, WHICH TOOK PLACE IN "G" OR "GULF" POD. THE FOLLOWING IS A SUMMARY OF THE EVENTS THAT I OBSERVED ON THE SURVEILLANCE FOOTAGE FROM G POD, SECTION A:

THE TIME STAMP ON THE VIDEO FOR WHEN THE INCIDENT TAKES PLACES READS 0108 HOURS. THE SUSPECT IS SITTING ON THE LOWER BED OF A BUNK, WHICH IS LATER DETERMINED TO BE HIS

| Probable Cause Affidavit | Page 2 of 5 |
|---|---|

MCCC - CASE INTAKE
DEC 1 '21 AM 6:42

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 11/7/2021 05:28 AM | MCSO55ARR12136S | MCSO21OFF023418 / 2111070079 | LAROCQUE, A |

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 11/07/2021 01:08:00 - | 4203196762 | |

ORIGINAL

ASSIGNED BED. THE VICTIM IS STANDING IN AN AISLE (BETWEEN TWO BUNKS) THAT IS ONE AISLE OVER FROM THE SUSPECT'S ASSIGNED BED. THE SUSPECT THEN STANDS UP AND APPROACHES THE VICTIM IN THE AISLE, AND IT APPEARS SOME WORDS ARE POSSIBLY EXCHANGED. AFTER A FEW SECONDS PASS, THE SUSPECT PUNCHES THE VICTIM IN THE FACE/HEAD AREA WITH HIS LEFT FIST. THE FIRST PUNCH THAT THE SUSPECT MAKES APPEARS UNPROVOKED AND DOES NOT APPEAR TO BE DONE IN SELF-DEFENSE. AFTER THE FIRST PUNCH, THE VICTIM APPEARS TO TAKE A FEW STEPS BACK, AND THE SUSPECT IS SEEN CONTINUING TO STEP TOWARDS THE VICTIM, PARTIALLY PUSHING HIM BACKWARDS. AT THIS POINT, THE SUSPECT AND THE VICTIM HAVE STEPPED OUT OF THE AISLE THEY WERE PREVIOUSLY IN AND ARE MAKING THEIR WAY TOWARDS ANOTHER AISLE. THE SUSPECT IS THEN SEEN SWINGING HIS LEFT FIST TWO MORE TIMES AT THE VICTIM'S HEAD/FACE AREA. ON THE THIRD PUNCH, THE VICTIM IS SEEN FALLING BACKWARDS ONTO THE CEMENT FLOOR.

THE VIDEO OF THE INCIDENT DID CONTAIN AUDIO, BUT IT DID NOT CAPTURE ANYTHING BEING SAID BETWEEN THE SUSPECT AND VICTIM OR OTHER INMATES.

DURING THE ENTIRE ALTERCATION, THE VICTIM APPEARS TO BE ATTEMPTING TO RETREAT AWAY FROM THE SUSPECT, AND THE SUSPECT APPEARS TO BE THE AGGRESSOR. THE VICTIM ALSO APPEARS TO ATTEMPT TO BLOCK THE SUSPECT'S PUNCHES; AT NO POINT DOES IT APPEAR THAT THE VICTIM STRIKES OR TRIES TO STRIKE THE SUSPECT BACK.

INTERVIEWS WERE CONDUCTED WITH THE FOLLOWING INMATE WITNESSES: ANGEL ACOSTA-CRUZ, JASON SANTORE, ROBERT FURR, RYAN GLOVER, FRANK CALABRIA, RAFAEL RODRIGUEZ, LEO MCFATTEN, JOHN MCDOWELL AND DAVID RIEDLE. THE AFOREMENTIONED WITNESSES PROVIDED THEIR OWN ACCOUNTS OF WHAT THEY OBSERVED; THEIR STATEMENTS WERE SIMILAR TO WHAT WAS OBSERVED ON THE VIDEO.

I CONDUCTED A DIGITALLY RECORDED INTERVIEW WITH THE SUSPECT. I READ THE SUSPECT HIS MIRANDA WARNINGS FROM AN AGENCY ISSUED CARD, AND HE AGREED TO SPEAK WITH ME. THE SUSPECT STATED HE WAS ASLEEP IN HIS BED, WHICH IS THE BOTTOM BUNK FOR HIS PARTICULAR BUNK BED. THE SUSPECT EXPLAINED THAT THE VICTIM'S ASSIGNED BUNK BED IS ON THE OTHER SIDE OF THE SECTION AND IS NOWHERE NEAR THE SUSPECT'S BUNK BED. THE SUSPECT STATED HE WAS AWAKENED BY THE VICTIM STANDING NEAR HIS BUNK AREA (NEAR THE SUSPECT'S HEAD) TALKING AND LAUGHING WITH ANOTHER INMATE, WHO HE IDENTIFIED AS LEO MCFATTEN. THE SUSPECT EXPLAINED THAT THE SECTION WAS ON "LOCK DOWN", WHICH MEANS ALL THE INMATES SHOULD BE IN THEIR ASSIGNED BEDS. THE SUSPECT ADVISED THE VICTIM THEN WALKED OVER TO THE AREA NEAR THE FOOT OF THE SUSPECT'S BED AND BEGAN TALKING TO ANOTHER INMATE, WHO HE IDENTIFIED AS JASON SANTORE. THE SUSPECT STATED THIS PROMPTED HIM TO MAKE THE STATEMENT, "WHAT THE F", AS IF HE WAS AGITATED THAT THE VICTIM WAS STILL IN THE AREA TALKING. THE SUSPECT ADVISED WHEN HE BEGAN TO GET UP FROM HIS BED, THE VICTIM MOVED OVER TO THE NEXT AISLE (ONE AISLE OVER FROM THE SUSPECT'S BUNK BED). THE SUSPECT ADVISED HE TRIED TELLING THE VICTIM TO GET AWAY FROM HIS AREA, BUT THE VICTIM RESPONDED BY SAYING IT WAS NOT ANY OF THE SUSPECT'S BUSINESS. THE SUSPECT STATED THAT IS WHEN HE GOT OUT OF HIS BED AND WALKED UP TO THE VICTIM AND MORE WORDS WERE EXCHANGED. THE SUSPECT EXPLAINED THAT HE CONTINUED TO TELL THE VICTIM TO GET AWAY FROM THAT AREA, AND THE VICTIM REFUSED TO LEAVE. THE SUSPECT STATED THEY "SCUFFLED" AND THEN HE HIT THE VICTIM. WHEN ASKED TO EXPLAIN WHAT HE MEANT BY "SCUFFLED", THE SUSPECT ADVISED

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 11/7/2021 05:28 AM | MCSO55ARR12136S | MCSO21OFF023413 / 21110700159 | LAROCQUE, A |

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 11/07/2021 01:08:00 - | 4203196742 | |

THEY WERE "GRABBING SHIRTS." THE SUSPECT FIRST STATED THAT THE SCUFFLE WAS MUTUAL AND THEY GRABBED EACH OTHERS' SHIRTS, BUT THEN STATED HE "PROBABLY" GRABBED THE VICTIM'S SHIRT FIRST WHILE SIMULTANEOUSLY PUSHING THE VICTIM. THE SUSPECT ADVISED THE VICTIM DID GRAB HIM IN RETURN, AFTER THE SUSPECT FIRST GRABBED AND PUSHED THE VICTIM. THE SUSPECT STATED HE THEN "SWUNG ON" THE VICTIM TWICE WITH HIS LEFT FIST, HITTING HIM IN THE JAW AND CAUSING HIM TO FALL TO THE FLOOR. THE SUSPECT ADDED THAT HE ONLY MADE A GOOD CONNECTION ON THE SECOND PUNCH.

THE SUSPECT ADVISED THE VICTIM DID NOT SWING BACK OR MAKE ANY VERBAL THREATS TOWARDS HIM DURING OR LEADING UP TO THE INCIDENT. THE SUSPECT DID STATE THAT HE TOOK THE VICTIM STANDING NEAR HIS BED AS A THREAT, BECAUSE THE VICTIM SHOULD NOT HAVE BEEN IN THAT AREA AND HE WAS BEING LOUD AND DISRESPECTFUL. THE SUSPECT THEN UTTERED THE STATEMENT, "I COULD HAVE BEEN IN THE WRONG ALL THE WAY, BUT…YOU KNOW…I DON'T KNOW." THE SUSPECT DENIED HAVING ANY ISSUES WITH THE VICTIM PRIOR TO THE ALTERCATION BUT DESCRIBED THE VICTIM AS A "SMART ASS" AND "ARROGANT." AT THE CONCLUSION OF THE INTERVIEW, THE SUSPECT STATED, "I APOLOGIZE FOR EVERYTHING."

ON NOVEMBER 13, 2021, I WAS CONTACTED BY OCALA REGIONAL MEDICAL CENTER AT APPROXIMATELY 0120 HOURS AND WAS INFORMED THAT THE VICTIM WAS PRONOUNCED DECEASED.

ON NOVEMBER 18TH, 2021, I RECEIVED THE CAUSE AND MANNER REPORT FROM THE FIFTH JUDICIAL DISTRICT MEDICAL EXAMINER'S OFFICE THROUGH AGENCY EMAIL.

THE AUTOPSY THAT WAS PERFORMED WAS DOCUMENTED UNDER MEDICAL EXAMINER'S OFFICE CASE NUMBER 2021-2744, AND THE PATHOLOGIST WHO PERFORMED THE AUTOPSY WAS WENDY LAVEZZI, MD. SHE DETERMINED THE CAUSE OF DEATH TO BE COMPLICATIONS OF BLUNT HEAD TRAUMA DUE TO ASSAULT, AND THE MANNER OF DEATH TO BE HOMICIDE.

| Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|
| LAROCQUE, A CORPORAL 5919 | REPORTING OFFICER | MARION COUNTY SHERIFF'S OFFICE MAJOR CRIMES DEPARTMENT |

MCCC - CASE INTAKE
DEC 1 '21 AM 6:42

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 11/7/2021 05:28 AM | MCSO55ARR12136S | MCSO21OFK0314S ORIGINAL 2111070079 | LAROCQUE, A |
| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
| FL0420000 | 11/07/2021 01:08:00 - | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the probable cause associated with this report:

**Reporting Officer**

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| LAROCQUE, A | CORPORAL | 5919 | This the 30 day of November, 21 |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT |
| MARION COUNTY SHERIFF'S OFFICE | | | |
| Officer Signature | | | Taylor Cobb J. Cobb M6135 |

UNOFFICIAL DOCUMENT

**Probable Cause Affidavit**                                                                 Page 5 of 5

MCCC - CASE INTAKE
DEC 1 '21 AM 6:42

| | | | |
|---|---|---|---|
| CASE NUMBER: MCSO 21 OFF023413 | | | |
| NAME OF INMATE: Lutterloah, Eric | | OBTS: 4203196762 | |
| Indication of: Alcohol: | Drug: | Weapon Seized: | Juvenile Disposition: |
| Jail Log: (To be completed by booking officer) | | | Jail Inmate #: |
| Date Booked: 11/30/21 | Time Booked: 2120 | Booking Officer: 632r | Fingerprinted By: 632r |
| Photographed By: | Bin Number: | Advised of Rights By: | |
| Check for Warrants: ☐NCIC ☐PCIC ☐Local | Holds: ☐Yes ☐No | Agency of Hold: | |
| Attorney (if known): | Religion: | | Maritial Status: ☐S ☐M ☐D ☐Sep |
| Telephone call logged: Time     AM     PM  # (     ) | | | |
| Next Of Kin: | Relation: | | Relation Phone: |
| Relation Address: | | | |
| Bond Date: | Returnable Court Date: | Returnable Court Time: | Release Date: |
| Release Time:   AM/PM | Releasing Officer: | Bond, Charge A: | Charge B: |
| Charge C: | Charge D: | Charge E: | Bond Type: ☐ROR ☐SURETY ☐CASH |
| Name Address of Bondsman: | | | ☐BAIL BOND ☐CERT ☐Other |

UNOFFICIAL DOCUMENT

MCCC - CASE INTAKE
DEC 1 '21 AM 6:42