

# SHERIFF
## Marion County

**OPERATIONS DIRECTIVE**

| 6001.00 | Reference: |
|---|---|
| | FCAC: 1.01; 1.03 |
| **MISSION STATEMENT, MARION COUNTY SHERIFF'S OFFICE** | |
| Effective Date: 01/01/90    Last Revision: 02/13/17 | |

**6001.00  MISSION STATEMENT**

**A.** The Marion County Sheriff's Office is proud to be part of a growing community and is dedicated to providing our citizens with the highest level of law enforcement and public service. Our Agency strives to set industry standards and provide a community-minded approach to crime prevention and criminal justice. Our employees, united in a spirit of teamwork, take pride in performing their duties and are dedicated to live by values reflecting a genuine desire to safeguard the public.

**6001.10  VISION/VALUE STATEMENT**

**A.** To enhance the quality of life in Marion County by working cooperatively with the public and within the framework of the Constitution to enforce laws, preserve the peace, reduce fear and provide a safe environment.

**6001.20  PHILOSOPHY, MARION COUNTY JAIL**

**A.** The Marion County Jail is managed by a single administrator, to whom all staff members are responsible. This administrator holds the rank of major and the title of Detention Bureau Chief.

**B.** The Marion County Jail exists for the detention of persons as required by law. Confined in jail are persons serving time for crimes for which they have been convicted, and others who are awaiting trial, transfer to other county or municipal facilities, or transfer to the state prison system. Convicted prisoners are sentenced to jail as punishment, not for punishment, and will be treated in such a manner as to provide maximum security without undue discomfort. All inmates are to be treated in a humane and courteous manner without regard to personal prejudices or feelings of the employees. The Marion County Jail will be operated in the most efficient manner possible with quality of service as the on-going goal.

**C.** Programs are offered to assist in the rehabilitation of the inmates, assist them in learning to deal with their problems and to help prepare them for integration back into society as a

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

productive citizen. The primary goal of the Marion County Jail is to protect and maintain the peace and security of the community.

**D.** Policies governing the treatment of inmates and the operation of the Marion County Jail have been written and are made available to all staff and when appropriate, to inmates and volunteers. Guidelines used for their development are court decisions, state rules and regulations, laws, accreditation standards, and general community philosophy concerning inmates. These rules shall be reviewed annually and updated as necessary. Should court decisions, legislation or other actions require they be changed sooner; the changes will be made in a timely manner.

### 6001.30 MARION COUNTY SHERIFF'S OFFICE COMMITMENT TO PREA (Prison Rape Elimination Act)

**A.** It is the policy of the Marion County Sheriff's Office (MCSO) to ensure it has a Zero Tolerance stance towards all forms of sexual abuse, sexual contact and sexual harassment as well as the safety and well-being of all inmates by actively investigating and prosecuting any reported case of sexual assault, sexual abuse, sexual harassment, or rape. (6603.00A)

**B.** It is the policy of the MCSO to ensure it protects all inmates and staff who report sexual abuse, sexual contact and sexual harassment or cooperates with sexual abuse or sexual harassment investigations from retaliation by other inmates or staff, and shall designate which staff members or departments are charged with monitoring retaliation. It shall employ multiple protection measures, such as housing changes or transfers for inmate victims or abusers, removal of alleged staff or inmate abusers from contact with victims and emotional support services for inmates or staff that fear retaliation for reporting such allegations. (6603.00B)

-END-