

# Florida Model Jail Standards
# Annual Jail Inspection

Date:    March 10, 2020

To:   Marion County Sheriff's Office

From: Lisa Brock

Subject: Jail Inspection

1. **Introduction:**
   The Peer Review Inspection Team conducted an inspection of the Marion County Jail on March 10, 2020. The inspection team consisted of:
   Lisa Brock - Levy County Sheriff's Office - Team Leader
   Clayton Silva - Putnam County Sheriff's Office
   Jason Cruse- Alachua County Sheriff's Office

2. **Inspection Process:**
   Corporal Kenneth Thompson assisted by coordinating the tour. During the course of our inspection, we highly commend them on the cleanliness of their facility, and the professionalism demonstrated by all the staff members we encountered during this inspection. We would like to express our gratitude for the courtesy provided.

3. **Compliance Issues:**
   During the inspection Marion County Jail was found to be 100% in compliance with all serious violations and 100% compliance with all notable violations

4. **Conclusion:**
   An exit interview was conducted with Major Clint Brown,Captain Ron Burnett,Captain Andy Walters, Sergeant Kimberly Phillips, Sergeant Brian Peterson, Sergeant Matthew Dennis, Corporal Kenneth Thompson and staff.  During the exit interview we described the areas inspected, our observationand the outcome from our portion of the inspection.

5. **Limitation of Liability.**

The listed inspector(s) have compiled this report in accordance with the Florida Model Jail Standards. This report reflects their observations during the inspection process for compliance to the Florida Model Jail Standards. Pursuant to state law, the jail must maintain the operation of the jail at the standards provided by the Florida Model Jail Standards. The inspectors are not responsible for facilities contained adherence with these standards subsequent to the date of inspection.

The ultimate responsibility for the proper operation of the facility and adherence with minimum standards rests solely with the individual or entity designated as the Chief Corrections Officer. The Chief Correctional Officer herby agrees to release and hold harmless the inspector(s) to the extent allowed by law, from any and all liability, losses or damages, including attorney's fees and cost of defense, which the Chief Correctional Officer or Officers, employees and agents may incur as a result of claims, demands, suits, causes or actions or proceedings of any kind or nature arising out of, resulting to, or resulting from the jail inspection process.

The Florida Model Jail Standards requires the Officer-In-Charge to compile a response to the report and submit a copy of the report and any corrective action, if appropriate, to the agency's County Commission within 14 days of completion. Within 30 days of receipt of this report, the Officer-In-Charge will forward a copy of this report the Florida Model Jail Standards Chairperson. Inspection reports, responses, and all other reports or documentation prepared by the Florida Model Jail Standards Inspector(s) or Officer-In-Charge shall become public records, and shall be subject to review under 119, Florida State Statutes.

Lieutenant Lisa Brock
Team Leader

FLORIDA MODEL JAIL STANDARDS

ANNUAL FACILITY INSPECTION REPORT

**Part I – Facility Identification**

| | |
|---|---|
| Name of Facility: | Marion County Detention Center |
| Facility Type: | Adult Local Detention Facility |
| Mailing Address: | 3290 NW 10 Street |

| | | | | | |
|---|---|---|---|---|---|
| City: Ocala | | County: Marion | | Phone: | 352-351-8077 |

| | | | |
|---|---|---|---|
| Agency Head: Sheriff B. Woods | | Facility Administrator: | Majoe Clint Bowen |

Chairperson – County Commission:    Kathy Bryant

Chairperson or Mayor – City Council:    Kent Guinn

Date and time of Inspection:    March 10, 2020 at 0900 hours

Inspector(s) and Agency:

(Please attach additional sheets as needed and ensure all participating inspectors are listed.)

1. Lt. Lisa Brock, Levy County Sheriff's Office - Team Leader
2. Clayton Silva , Putnam County Sheriff's Office
3. Jason Cruse, Alachua County Sheriff's Office
4.
5.
6.
7.
8.
9.

Population on date of inspection:    1597

Date of Last Inspection:    January 17, 2019

Average Daily Population for the Preceding 12 Month Period:    1,465

Maximum Rated Capacity:    1,924

| Housing: | a. | Number of Beds: | 1,924 |
|---|---|---|---|
| | b. | Single Occupancy Cells: | 16 |
| | c. | Multiple Occupancy Cells: | 378 |
| | d. | Number of Dormitories: | 18 |

* Part I to be completed by the agency and provided to the Inspector(s) on the day of inspection.

Date Facility was Constructed:     1986

Date of Last Renovation:           2007

Are there any plans for new construction?                    Yes  ☐    No  ☒

If yes, please provide details:     (Attach additional sheets as needed)

_____

_____

_____

_____

Is the facility under any court order?                        Yes  ☐    No  ☒

If yes, please provide details:  (Attach additional sheets as needed)

_____

_____

_____

_____

_____

_____

_____

| Facility Staff: | | Male | Female |
|---|---|---|---|
| | Certified Staff | 135 | 64 |
| | Non-Certified Staff | 26 | 72 |
| | **TOTALS** | **161** | **136** |

Effective:  04/13/2015                                          Page 2 of 2

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 2 – General Provisions

| | | | | | |
|---|---|---|---|---|---|
| 1. | If inmates are held longer than eight (8) hours in holding cells is documentation justifying the extension and including 15 minute documented checks completed?<br>Comments: | 2.1 (f) (1) (2) | ☒ | ☐ | ☐ |
| 2. | Are appropriate Inspection Reports, Corrective Action Plans, Responses, and all other reports and/or documents related to previous facility inspections up to date and on file?<br>Comments: | 2.7 | ☒ | ☐ | ☐ |
| 3. | Are all policies and procedures formally reviewed at least annually and updated as needed?<br>Comments: | 2.10 | ☒ | ☐ | ☐ |
| 4. | ***Are personnel trained in CPR and first aid care on duty at all times as required by Chapter 943, Florida Statutes?***<br>Comments: | **2.8 a (5 g) 7.08** | ☒ | ☐ | ☐ |
| 5. | Are there written procedures addressing: | | | | |
| | a. The detection, prevention, reduction or punishment of sexual abuse inmates. | **2.17** | ☒ | ☐ | ☐ |
| | b. The safety and treatment needs of inmates who have been a victim of a sexual act. | **2.17** | ☒ | ☐ | ☐ |
| | c. The discipline and prosecution of any person who perpetrate sexual acts upon inmates. | 2.17 | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 6. | Is new employee orientation and annual refresher training being provided to staff covering required topics in section 2.17 (a)?<br>Comments: | 2.17 (a) (1-3) | ☒ | ☐ | ☐ |
| 7. | Are inmates being provided information required in section 2.17 (b)?<br>Comments: | 2.17 (b)(1-4) | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 4 – Admission, Classification and Release

| | | | | | |
|---|---|---|---|---|---|
| 8. | Are all established rules, regulations and legal procedures met and any questions clearly resolved as to inmate admissions?<br>Comments: | 4.1 | ☒ | ☐ | ☐ |
| 9. | During the admission and booking process, are inmates examined for contraband and permitted to bathe?<br>Comments: | 4.2 | ☒ | ☐ | ☐ |
| 10. | Is each inmate searched by a certified staff member upon admission, subject to Section 901.211, Florida Statutes?<br>Comments: | 4.3 | ☒ | ☐ | ☐ |
| 11. | Are body cavity searches only conducted by licensed medical personnel?<br>Comments: | 4.2<br>4.3 | ☒ | ☐ | ☐ |
| 12. | When a body cavity search is conducted, is a complete report written and given to the Officer-in-Charge?<br>Comments: | 4.3 | ☒ | ☐ | ☐ |
| 13. | Unless medically cleared, unconscious, seriously ill, or seriously injured persons are not admitted to the facility?<br>Comments: | 4.4 | ☒ | ☐ | ☐ |
| 14. | Are persons brought to the facility for detoxification reasons housed in an area designed for that use and are held only so long to meet statutory requirements?<br>Comments: | 4.5 | ☒ | ☐ | ☐ |
| 15. | Are male staff present to admit male inmates and female staff present to admit female inmates?<br>Comments: | 4.6 | ☒ | ☐ | ☐ |
| 16. | During the classification process, is each inmate given or provided access to a copy of the Rules and Regulations of the facility?<br>Comments: | 4.7 | ☒ | ☐ | ☐ |
| 17. | Are inmate admission records compiled and maintained on each inmate and contain: | | | | |
| | a.  Full name and known alias | 4.8 (a) | ☒ | ☐ | ☐ |
| | b.  Age, date of birth, sex | 4.8 (b) | ☒ | ☐ | ☐ |
| | c.  Date admitted | 4.8 (c) | ☒ | ☐ | ☐ |
| | d.  Race | 4.8 (d) | ☒ | ☐ | ☐ |
| | e.  Height | 4.8 (e) | ☒ | ☐ | ☐ |
| | f.  Weight | 4.8 (f) | ☒ | ☐ | ☐ |
| | g.  Specific reason for custody | 4.8 (g) | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT<br>PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|
| | h.  Signature of person(s) delivering and receiving inmate | 4.8 (h) | ☒ | ☐ | ☐ |
| | i.  Written inventory of items taken from inmate, personal property safeguarded and receipts signed for by staff and inmate | 4.8 (i) | ☒ | ☐ | ☐ |
| | j.  Current or last known address | 408 (j) | ☒ | ☐ | ☐ |
| | k.  Next of kin of inmate | 4.8 (k) | ☒ | ☐ | ☐ |
| | l.  Marital status | 4.8 (l) | ☒ | ☐ | ☐ |
| | m. Religion | 4.8 (m) | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 18. | Is there a written directive or procedure for inmates who refuse to sign a property receipt?<br>Comments: | 4.08 (i) | ☒ | ☐ | ☐ |
| 19. | Are all persons booked into the facility photographed and fingerprinted?<br>Comments: | 4.09 | ☒ | ☐ | ☐ |
| 20. | During the admission process, are inmates given access to a telephone to call attorney, family members or others?<br>Comments: | 4.10 | ☒ | ☐ | ☐ |
| 21. | As soon as practical following the admission, are inmates classified?<br>Comments: | 4.11 | ☒ | ☐ | ☐ |
| 22. | Is classification criteria incorporated into the inmate rules and regulations as to housing, programs and privileges?<br>Comments: | 4.14 | ☒ | ☐ | ☐ |
| 23. | Are personal records maintained and kept confidential from other inmates and contain: | 4.15 | ☒ | ☐ | ☐ |
| | a.  Legal authority for commitment | 4.15 (a) | ☒ | ☐ | ☐ |
| | b.  All information contained in the booking record | 4.15 (b) | ☒ | ☐ | ☐ |
| | c.  Classification information and progress reports | 4.15 (c) | ☒ | ☐ | ☐ |
| | d.  Sustained disciplinary reports including investigation and disposition | 4.15 (d) | ☒ | ☐ | ☐ |
| | e.  All absences from the facility | 4.15 (e) | ☒ | ☐ | ☐ |
| | f.  Photographs, when taken | 4.15 (f) | ☒ | ☐ | ☐ |
| | g.  Record of any detainer or other civil or criminal process | 4.15 (g) | ☒ | ☐ | ☐ |
| | h.  Personal property records | 4.15 (h) | ☒ | ☐ | ☐ |
| | i.  Date and terms or conditions of release, the authority for release and signature of the releasing employee. | 4.15 (i) | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | **FACILITY JAIL INSPECTION REPORT**<br>**PART II** | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|
| | j.   Medical Information, pursuant to law is maintained in a separate file. | 4.15 (j) | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 24. | Is the classification process a uniform process for all inmates?<br>Comments: | 4.16 | ☒ | ☐ | ☐ |
| 25. | Does the classification process follow an inmate throughout his/her incarceration?<br>Comments: | 4.16 | ☒ | ☐ | ☐ |
| 26. | Is there written procedures for legally releasing inmates and positive identification?<br>Comments: | 4.17 | ☒ | ☐ | ☐ |
| 27. | At the time of release, does the inmate sign for the return of his/her property and is the receipt countersigned by an employee?<br>Comments: | 4.18 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Compliant | Non-Compliant | N/A |
|---|---|---|---|---|---|

# Chapter 5 - Housing

| | | | | | |
|---|---|---|---|---|---|
| 28. | Is a female correctional officer on duty at all times when the facility houses female inmates?<br>Comments: | 5.1 | ☒ | ☐ | ☐ |
| 29. | Are dangerous felons housed separate from misdemeanants?<br>Comments: | 5.3 (b) | ☒ | ☐ | ☐ |
| 30. | Does close supervision of special inmates include regular, documented physical sight checks by correctional officers or medical personnel at intervals not to exceed 15 minutes?<br>Comments: | 5.4 | ☒ | ☐ | ☐ |
| 31. | Is special housing for medical reasons provided to inmates upon orders of the health authority?<br>Comments: | 5.4 | ☒ | ☐ | ☐ |
| 32. | Until such time as the health authority determines in writing, inmates identified as suicidal are not housed in single cells unless they are directly observed 24 hours per day with documented 15 minute checks.<br>Comments: | 5.4 (b) | ☒ | ☐ | ☐ |
| 33. | Are inmates assigned housing based upon classification with special attention paid to a demonstrated history of, or exhibit aggressiveness towards other inmates?<br>Comments: | 5.5 | ☒ | ☐ | ☐ |
| 34. | Is each inmate provided reasonable access to toothpaste, toothbrush, shaving equipment, a comb, soap and a clean towel upon admission and thereafter, if indigent?<br>Comments: | 5.6 | ☒ | ☐ | ☐ |
| 35. | Inmates are not subjected to discrimination except that males and females are housed separately?<br>Comments: | 5.7(g) | ☒ | ☐ | ☐ |
| 36. | Are female inmates provided necessary hygiene items?<br>Comments: | 5.8 | ☒ | ☐ | ☐ |
| 37. | Is hair grooming services made available for inmates?<br>Comments: | 5.9 | ☒ | ☐ | ☐ |
| 38. | Are inmates required to bathe at least twice weekly?<br>Comments: | 5.10 | ☒ | ☐ | ☐ |
| 39. | Are drinking cups provided unless bubblers or fountains are available?<br>Comments: | 5.11 | ☒ | ☐ | ☐ |
| 40. | Are inmates in general population allowed to bathe daily?<br>Comments: | 5.12 | ☒ | ☐ | ☐ |
| 41. | Is inmate property stored in an orderly manner?<br>Comments: | 5.13 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                                        Rev. 11.1.2018

| FMJS CHECK LIST | **FACILITY JAIL INSPECTION REPORT**<br>**PART II** | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 6 – Food Services

| | | | | | |
|---|---|---|---|---|---|
| 42. | Do Food Service operations conform to acceptable standards of Chapter 64E-11, Florida Administrative Code?<br><br>Comments: | 6.1 | ☒ | ☐ | ☐ |
| 43. | ***Employees or inmates are not allowed to work in any food service area if known to have a communicable disease, open wound, sore or respiratory infection.***<br><br>Comments: | 6.2 | ☒ | ☐ | ☐ |
| 44. | Are clean outer garments worn by food service workers and a high degree of personal hygiene maintained?<br><br>Comments: | 6.3 | ☒ | ☐ | ☐ |
| 45. | Is food prepared or supervised by an employee trained in culinary services and holding a Professional Food Manager certification as required by Chapter 64E-11, Florida Administrative Code?  ?<br><br>Comments: | 6.4 | ☒ | ☐ | ☐ |
| 46. | Are inmates given three wholesome, nutritious meals per day?<br><br>Comments: | 6.5 | ☒ | ☐ | ☐ |
| 47. | Do no more than 14 hours pass between the evening meal and the morning meal?<br><br>Comments: | 6.5 | ☒ | ☐ | ☐ |
| 48. | ***Are modified diets prepared and served when ordered by a physician or designee?***<br><br>Comments: | 6.6 (b) | ☒ | ☐ | ☐ |
| 49. | Are records of meals maintained as described in the Florida Department of State General Records Schedule GS1-SL and GS2?<br><br>Comments: | 6.6 (c) | ☒ | ☐ | ☐ |
| 50. | Food is not used as a disciplinary measure; however, an inmate may be placed upon a SPECIAL MANAGEMENT MEAL program approved by a physician or qualified medical staff member.<br><br>Comments: | 6.6 (e) | ☒ | ☐ | ☐ |
| 51. | Does the Officer-in-Charge or designee make weekly, documented inspections of the food service area and take corrective action, documenting the same?  Are these reports maintained for one (1) year? | 6.7 | ☒ | ☐ | ☐ |
| 52. | Are food supplies not in use maintained in a clean, well ventilated room, free from vermin?<br><br>Comments: | 6.8 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | | FMJS STANDARD REFERENCE | Com- pliant | Non- Com- pliant | N/A |
|---|---|---|---|---|---|---|
| 53. | **_Is a separate storage area maintained for cleaning compounds, soaps, waxes, insecticides and is kept locked?_** <br> Comments: | | 6.9 | ☒ | ☐ | ☐ |
| 54. | Is delivery of food supervised by an employee, using common sanitary measures? <br> Comments: | | 6.10 | ☒ | ☐ | ☐ |
| 55. | Are singles service cups provided? | | 6.10 | ☒ | ☐ | ☐ |
| 56. | Is food service equipment kept clean and in good repair? <br> Comments: | | 6.11 | ☒ | ☐ | ☐ |
| 57. | **_Is there a procedure to account for cutlery equipment?_** <br> Comments: | | 6.13 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|---|

# Chapter 8 – Clothing and Bedding

| 58. | Are inmates provided a fire retardant mattress and pillow that meets Florida Fire Marshal's Standards and is in good repair, a pillow case, sheets, and blanket as needed? Comments: | 8.1 8.4 | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|
| 59. | Are linens laundered at least once per week? Comments: | 8.2 | ☒ | ☐ | ☐ |
| 60. | Do inmates have the opportunity to have clothing laundered at least twice per week? Comments: | 8.5 | ☒ | ☐ | ☐ |
| 61. | Are uniforms and linens washed prior to re-issue? Comments: | 8.2 8.5 | ☒ | ☐ | ☐ |
| 62. | If clothing is issued, do inmates held beyond first appearance receive an issue? Comments: | 8.5 | ☒ | ☐ | ☐ |
| 63. | When an inmate has no funds and needs shoes, are they provided? Comments: | 8.6 | ☒ | ☐ | ☐ |
| 64. | Are inmates, who are on work status, issued clothing and footwear appropriate to their job? Comments: | 8.6 | ☒ | ☐ | ☐ |
| 65. | Are inmates deprived of clothing and bed linens only to protect them from inflicting injury to themselves or others? Comments: | 8.7 | ☒ | ☐ | ☐ |
| 66. | If clothing and linens are taken from an inmate, is a record maintained identifying the reason and length of time for such deprivation? Comments: | 8.7 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 9 - Programs

| | | | | | |
|---|---|---|---|---|---|
| 67. | Does at least one employee in each facility act as a liaison between the facility and community groups that offer needed programs and services? Comments: | 9.1 | ☒ | ☐ | ☐ |
| 68. | Are all representatives of outside agencies and volunteers familiar with facility rules and regulations and have agreed in writing to comply? Comments: | 9.2 | ☒ | ☐ | ☐ |
| 69. | If correspondence is denied, is the inmate given a written reason for the denial? Comments: | 9.3 (d) | ☒ | ☐ | ☐ |
| 70. | Is incoming privileged mail opened only in the presence of the inmate? Comments: | 9.3 (e) | ☒ | ☐ | ☐ |
| 71. | Is outgoing privileged mail held no longer than 72 hours pending verification of being properly addressed and it is not opened? Comments: | 9.3 (f) | ☒ | ☐ | ☐ |
| 72. | Are indigent inmates provided with stamps and writing materials? Comments: | 9.3 (g) | ☒ | ☐ | ☐ |
| 73. | Is inmate mail, incoming and outgoing, handled without delay and received only through the facility? Comments: | 9.3 (h) | ☒ | ☐ | ☐ |
| 74. | Are there no list of correspondents and no limit on incoming mail that may be received? Comments: | 9.3 (i) | ☒ | ☐ | ☐ |
| 75. | Are rules and regulations pertaining to conduct at visitation and the hours of visitation posted for inmates and visitors? Comments: | 9.4 (a) | ☒ | ☐ | ☐ |
| 76. | Does each inmate in general population have the opportunity for visitation for at least two hours per week? Comments: | 9.4 (a) | ☒ | ☐ | ☐ |
| 77. | Are all visitors required to register recording name, address, and relationship to the inmate? Comments: | 9.4 (c) | ☒ | ☐ | ☐ |
| 78. | Non-sentenced inmates are not required to work more than is necessary to maintain cleanliness and order in their housing and living areas. Comments: | 9.5 (a) | ☒ | ☐ | ☐ |
| 79. | Inmates are not required to work more than 10 hours per day, but may do so if voluntary. | 9.5 (b) | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | **FACILITY JAIL INSPECTION REPORT**<br>**PART II** | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|
| | Comments: | | | | |
| 80. | Do working inmates have supervision in keeping with their custody status, while outside the secure facility? | 9.5 (c) | ☒ | ☐ | ☐ |
| 81. | Are inmate workers checked by staff to ensure security and accountability? | 9.5 (c) | ☒ | ☐ | ☐ |
| 82. | Do inmates working voluntarily for charitable or nonprofit organizations have prior written authorization from the Officer-in-Charge?<br>Comments: | 9.5 (f)(2) | ☒ | ☐ | ☐ |
| 83. | Prior to being assigned to a work program, is an inmate first medically cleared by the health authority in accordance with the Americans with Disabilities Act?<br>Comments: | 9.5 (g) | ☒ | ☐ | ☐ |
| 84. | Is outdoor exercise, weather permitting, allowed for a minimum of three (3) hours per week?<br>Comments: | 9.6 (a) | ☒ | ☐ | ☐ |
| 85. | Is space and staffing sufficient to allow for group or individual activities?<br>Comments: | 9.6 (b) | ☒ | ☐ | ☐ |
| 86. | Does each inmate have reasonable access to a telephone at reasonable times?<br>Comments: | 9.8 | ☒ | ☐ | ☐ |
| 87. | At a minimum, do pro-se inmates, have reasonable access to legal material to assist them in filing any type of action cognizable in Florida courts?<br>Comments: | 9.9 | ☒ | ☐ | ☐ |
| 88. | Do all inmates, regardless of gender, have equal access to programs, privileges, exercise, visitation, and work release opportunities?<br>Comments: | 9.10 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT<br>PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 10 - Privileges

| | | | | | |
|---|---|---|---|---|---|
| 89. | If a commissary has been established, has an inmate welfare fund also been established?<br>Comments: | 10.1 (a) | ☒ | ☐ | ☐ |
| 90. | If inmates are allowed to have cash, has a limit been set in writing and all monies found on an inmate in excess of that amount confiscated and placed in the inmate welfare fund?<br>Comments: | 10.1 (a) | ☐ | ☐ | ☒ |
| 91. | Does the commissary shopping list clearly show prices and any special condition of sale?<br>Comments: | 10.1 (a) | ☒ | ☐ | ☐ |
| 92. | If valuable items are sold through the commissary, are they marked for identification and added to the inmate's property list?<br>Comments: | 10.1 (a) | ☐ | ☐ | ☒ |
| 93. | Commissary prices do not exceed the fair market value for comparable products sold in the community?<br>Comments: | 10.1 (b) | ☒ | ☐ | ☐ |
| 94. | Are profits from the commissary used for the overall inmate welfare?<br>Comments: | 10.1 (d) | ☒ | ☐ | ☐ |
| 95. | When funds from the welfare fund are expended, is it with the final approval of the Officer-in-Charge or designee?<br>Comments: | 10.1 (d) | ☒ | ☐ | ☐ |
| 96. | Is an annual audit of the commissary conducted by a disinterested party?<br>Comments: | 10.1 (e) | ☒ | ☐ | ☐ |
| 97. | Are commissary transactions and inventory records kept current?<br>Comments: | 10.1 (e) | ☒ | ☐ | ☐ |
| 98. | Is reading material available to inmates held beyond first appearance?<br>Comments: | 10.2 (b) | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 11 – Security and Control

| | | | | | |
|---|---|---|---|---|---|
| 99. | **Are emergency plans written for the following:** | | | | |
| | **a. Alarms systems and notification** | 11.1 (a) | ☒ | ☐ | ☐ |
| | **b. Transmission of alarm to fire department, EMS, or other law enforcement agencies** | 11.1 (b) | ☒ | ☐ | ☐ |
| | **c. Response to alarms** | 11.1 (c) | ☒ | ☐ | ☐ |
| | **d. Isolation and control of fire or disturbance areas** | 11.1 (d) | ☒ | ☐ | ☐ |
| | **e. Emergency response equipment, its use and maintenance** | 11.1 (e) | ☒ | ☐ | ☐ |
| | **f. Release and evacuation activity** | 11.1 (f) | ☒ | ☐ | ☐ |
| | **g. Prevention of escape during evacuation** | 11.1 (g) | ☒ | ☐ | ☐ |
| | **h. Firefighting and medical emergency plans** | 11.1 (h) | ☒ | ☐ | ☐ |
| | **i. The chain-of-command to be followed during an emergency and specific staff duties** | 11.1 (l) | ☒ | ☐ | ☐ |
| | **j. Inspection schedules of hazardous areas and review of fire plan** | 11.1 (i) | ☒ | ☐ | ☐ |
| | **k. Documentation required following an emergency.** | 11.1 (i) | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 100. | Are fire drills and evacuation drills held quarterly, on all shifts, and the records of such maintained? Comments: | 11.2 | ☒ | ☐ | ☐ |
| 101. | Are security inspections held weekly and the results recorded and maintained by the Officer-in-Charge or designee? Comments: | 11.3 | ☒ | ☐ | ☐ |
| 102. | Are all housing areas and other areas used by inmates checked daily and the results recorded and maintained? Comments: | 11.3 | ☒ | ☐ | ☐ |
| 103. | Are deficiencies noted in the above, recorded and corrected, including time and date of correction? Are these records maintained? Comments: | 11.3 | ☒ | ☐ | ☐ |
| 104. | **Is the facility in compliance with FAC 694-54 as to fire safety and prevention?** Comments: | 11.5 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|---|
| 105. | Is a key control system in place, including the following: | | | | | |
| | a. Location of all locks and keys in the facility | | 11.6 | ☒ | ☐ | ☐ |
| | b. Complete inventory of all keys | | 11.6 (a) | ☒ | ☐ | ☐ |
| | c. Written report of security problems with locks and keys (e.g., broken, missing, etc.) | | 11.6 (b) | ☒ | ☐ | ☐ |
| | d. Absolute control of keys by staff, not inmates | | 11.6 (c) | ☒ | ☐ | ☐ |
| | e. Location of emergency keys away from facility | | 11.6 (e) | ☒ | ☐ | ☐ |
| | f. A system ensuring that missing keys are immediately identified. | | 11.6 (f) | ☒ | ☐ | ☐ |
| | Comments: | | | | | |
| 106. | Is one full "lock down" count conducted daily? Comments: | | 11.7 | ☒ | ☐ | ☐ |
| 107. | Are all inmates visually checked every hour between 11:00 p.m. and 6:00 a.m. and the results recorded and maintained? Comments: | | 11.7 | ☒ | ☐ | ☐ |
| 108. | ***Is there a tool control system to ensure that tools are kept from inmates?*** Comments: | | 11.8 | ☒ | ☐ | ☐ |
| 109. | If tools are brought into the facility, are they accounted for at all times? Comments: | | 11.9 | ☒ | ☐ | ☐ |
| 110. | Does the facility have an identification system to ensure that staff, visitors, and inmates are positively identified to prevent bypassing of security measures? Comments: | | 11.10 | ☒ | ☐ | ☐ |
| 111. | ***Are firearms and ammunition allowed in the secure-facility under only emergency conditions and then the Officer-in-Charge or designee must authorize it?*** Comments: | | 11.11 | ☒ | ☐ | ☐ |
| 112. | If staff uses oleoresin capsicum, are they trained in its use? Comments: | | 11.12 (a) | ☒ | ☐ | ☐ |
| 113. | If staff uses electronic weapons, are they trained in its use? Comments: | | 11.12 (b) | ☒ | ☐ | ☐ |
| 114. | Are weapon depositories maintained at the secure entrance of the facility? Comments: | | 11.12 (c) | ☒ | ☐ | ☐ |
| 115. | Are hazardous or incendiary chemicals kept in a secure area and used only | | 11.13 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Compliant | Non-Compliant | N/A |
|---|---|---|---|---|---|
| | under the supervision of an employee? Comments: | | ☐ | ☐ | ☐ |
| 116. | Restraints are not used as punishment. Comments: | 11.14 | ☒ | ☐ | ☐ |
| 117. | ***Posted notices upon admission to the correctional institution, in female housing areas and medical care facilities informing female inmates of the policies and procedures for the use of restraints on pregnant inmates.*** Comments: | 11.15 | ☒ | ☐ | ☐ |
| 118. | ***When moving "high risk" inmates in or out of a housing area, are two certified staff members present?*** Comments: | 11.16 | ☒ | ☐ | ☐ |
| 119. | ***Does each floor of a detention housing facility have a correctional officer present?*** Comments: | 11.16 | ☒ | ☐ | ☐ |
| 120. | Does each housing area and floor of a detention facility have a secondary means of egress or fire exit? Comments: | 11.17 | ☒ | ☐ | ☐ |
| 121. | ***Are correctional officers posted to allow them to respond promptly to calls for help?*** Comments: | 11.18 | ☒ | ☐ | ☐ |
| 122. | Inmates are never allowed to supervise or in any way exercise control over other inmates. Comments: | 11.19 | ☒ | ☐ | ☐ |
| 123. | ***Is sufficient staff maintained so that at all times the inmates are within hearing distance of officers?*** Comments: | 11.20 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 12 - Sanitation

| | | | | | |
|---|---|---|---|---|---|
| 124. | Are light fixtures clean? | 12.1 | ☒ | ☐ | ☐ |
| 125. | Are all floors, walls, ceilings, windows, doors, and all appurtenances of the structure clean? Comments: | 12.2 | ☒ | ☐ | ☐ |
| 126. | Are plumbing fixtures (sinks, toilets, water fountains, and floor drains) clean and sanitary? Comments: | 12.3 | ☒ | ☐ | ☐ |
| 127. | Are laundry facilities clean? | 12.5 | ☒ | ☐ | ☐ |
| 128. | Are utility closets, pipe chases, and corridors kept clean and free of clutter? | 12.7 | ☒ | ☐ | ☐ |
| 129. | Is all inmate residential garbage, trash, and rubbish collected daily? Comments: | 12.8 | ☒ | ☐ | ☐ |
| 130. | Is wet garbage collected and stored in impervious, leak proof, fly tight containers? Comments: | 12.8 | ☒ | ☐ | ☐ |
| 131. | Are all containers, storage areas, and surrounding premises clean and free of vermin? Comments: | 12.8 | ☒ | ☐ | ☐ |
| 132. | Is storage facility garbage removed at least as often as necessary to maintain sanitary conditions? Comments: | 12.8 | ☒ | ☐ | ☐ |
| 133. | If there is on-site disposal, does it comply with Chapter 62, Florida Administrative Code? Comments: | 12.8 | ☒ | ☐ | ☐ |
| 134. | Are beds and bedding kept in good repair, clean, and sanitized regularly? Comments: | 12.9 | ☒ | ☐ | ☐ |
| 135. | Are sheets and personal clothing washed weekly and properly stored? Comments: | 12.9 | ☒ | ☐ | ☐ |
| 136. | Are blankets cleaned quarterly and stored properly? Comments: | 12.9 | ☒ | ☐ | ☐ |
| 137. | Are residential areas clean and containing no perishable foods? Comments: | 12.10 | ☒ | ☐ | ☐ |
| 138. | Are toilets, urinals, sinks and showers cleaned daily? Comments: | 12.10 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Compliant | Non-Compliant | N/A |
|---|---|---|---|---|---|
| 139. | Are cleaning facilities clean, well vented, and supplies appropriately stored? <br> Comments: | 12.10 | ☒ | ☐ | ☐ |
| 140. | Is the facility free of vermin? <br> Comments: | 12.12 | ☒ | ☐ | ☐ |
| 141. | Are all openings sealed or screened? <br> Comments: | 12.12 | ☒ | ☐ | ☐ |
| 142. | Are pesticides appropriately applied and stored? <br> Comments: | 12.12 | ☒ | ☐ | ☐ |
| 143. | Are outdoor exercise facilities clean and well drained? <br> Comments: | 12.13 | ☒ | ☐ | ☐ |
| 144. | If bath room facilities are provided, are they clean and properly maintained? <br> Comments: | 12.13 | ☒ | ☐ | ☐ |
| 145. | Are formal sanitation inspections conducted by the Officer-in-Charge or designee at least once each week? <br> Comments: | 12.16 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 13 – Order and Discipline

| | | | | | |
|---|---|---|---|---|---|
| 146. | Are rules and regulations governing the conduct of inmates and visitors posted and available to each inmate and all visitors? <br> Comments: | 13.1 | ☒ | ☐ | ☐ |
| 147. | Does the facility have written procedures for steps to be taken for breaches of discipline by inmates or visitors? <br> Comments: | 13.2 (51) | ☒ | ☐ | ☐ |
| 148. | Are translations for disabled and/or non-English- speaking inmates provided? <br> Comments: | 13.2 (51) | ☒ | ☐ | ☐ |
| 149. | Does the Officer-in-Charge establish a disciplinary committee or a hearing officer for disciplinary infractions? <br> Comments: | 13.4 | ☒ | ☐ | ☐ |
| 150. | Are staff members who are witnesses to a rule infraction prohibited from sitting on the disciplinary committee? <br> Comments: | 13.4 | ☒ | ☐ | ☐ |
| 151. | When a disciplinary infraction occurs, is a written report completed and forwarded to the Officer-in-Charge or designee? <br> Comments: | 13.5 | ☒ | ☐ | ☐ |
| 152. | Does the report contain at a minimum: | | | | |
| | a. Date of infraction | 13.5 (a) | ☒ | ☐ | ☐ |
| | b. Place and time of infraction | 13.5 (b) | ☒ | ☐ | ☐ |
| | c. Date of report | 13.5 (c) | ☒ | ☐ | ☐ |
| | d. Specific rules violated | 13.5 (d) | ☒ | ☐ | ☐ |
| | e. Details of the incident | 13.5 (e) | ☒ | ☐ | ☐ |
| | f. Actions taken by employee | 13.5 (f) | ☒ | ☐ | ☐ |
| | g. Names of witnesses (as security allows) | 13.5 (g) | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 153. | Does the Officer-in-Charge or designee cause an investigation of the alleged infraction(s) and forward the report to the disciplinary hearing officer or committee? <br> Comments: | 13.6 | ☒ | ☐ | ☐ |
| 154. | Are inmates, accused of violating rules, notified in writing of the charges | 13.7 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|
| | brought against them and given at least 24 hours advanced notification of impending disciplinary action? Comments: | | ☐ | ☐ | ☐ |
| 155. | Are disciplinary hearings held within seven working days (excluding holidays) after the incident? Comments: | 13.8 | ☒ | ☐ | ☐ |
| 156. | If a continuance is permitted, is documentation provided justifying the extension and is the hearing held within the maximum time of ten (10) days? Comments: | 13.8 (a)(b) | ☒ | ☐ | ☐ |
| 157. | Does the committee or hearing officer determine that the inmate understands the charges and the possible actions that can result? Comments: | 13.8 | ☒ | ☐ | ☐ |
| 158. | Does the committee chairperson, or majority, or hearing officer have authority to call for witnesses, evidence, and/or documents? Comments: | 13.9 | ☒ | ☐ | ☐ |
| 159. | Are reasons for not calling witnesses or restricting information documented by the committee or hearing officer? Comments: | 13.9 (b) | ☒ | ☐ | ☐ |
| 160. | When an inmate is unable to defend himself due to language or literacy problems, does the committee or hearing officer offer staff assistance to the inmate? Comments: | 13.9 (c) | ☒ | ☐ | ☐ |
| 161. | Are charged inmates allowed to be present at the hearing unless, a written waiver is obtained, the inmate refuses or security is threatened? Comments: | 13.10 (a) | ☒ | ☐ | ☐ |
| 162. | If an inmate is not present, does the committee or hearing officer record the reason? Comments: | 13.10 (a) | ☒ | ☐ | ☐ |
| 163. | Does the inmate receive a written decision from the committee or hearing officer? Comments: | 13.10 (b) | ☒ | ☐ | ☐ |
| 164. | Is the time spent in disciplinary segregation proportionate to the offense committed, but in no event shall be greater than 30 days per incident? Comments: | 13.10 (c) | ☒ | ☐ | ☐ |
| 165. | Does the inmate have the right to appeal the decision to the Officer-in-Charge or designee? Comments: | 13.10 (d) | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|
| 166. | Are all steps in the process maintained as a written record? Comments: | 13.10 (e) | ☒ | ☐ | ☐ |
| 167. | Are "Not Guilty" decisions noted on the report? Comments: | 13.10 (e) | ☒ | ☐ | ☐ |
| 168. | Are decisions of guilt based solely on witnesses, evidence and documentation? Is a statement to this effect made part of the official record? Comments: | 13.10 (e) | ☒ | ☐ | ☐ |
| 169. | The Officer-in-Charge or designee cannot increase an inmate's punishment. Comments: | 13.11 | ☒ | ☐ | ☐ |
| 170. | Is corporal punishment prohibited? Comments: | 13.12 | ☒ | ☐ | ☐ |
| 171. | Does the facility adhere to procedures for placing inmates in administrative confinement, including documentation? Comments: | 13.13 | ☒ | ☐ | ☐ |
| 172. | When an inmate is released from confinement, administrative or disciplinary, is the date and time recorded and maintained? Comments: | 13.13 (a) | ☒ | ☐ | ☐ |
| 173. | Do inmates in administrative confinement receive privileges comparable to general population inmates? Comments: | 13.13 (b) | ☒ | ☐ | ☐ |
| 174. | Does the Officer-in-Charge or designee see and talk with inmates in administrative or disciplinary confinement twice daily? Comments: | 13.14 | ☒ | ☐ | ☐ |
| 175. | Is the attitude and general condition of the inmate in confinement documented? Comments: | 13.14 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|

# Chapter 14 - Contraband

| 176. | Has the Officer-in-Charge or designee established a list of acceptable items, anything else being considered contraband?  Comments: | 14.1 | ☒ | ☐ | ☐ |
| 177. | Unless needed for a hearing or trial, are confiscated monies placed in the inmate welfare fund or into the inmate's canteen account?  Comments: | 14.2 | ☒ | ☐ | ☐ |

# Chapter 15 – Direct Supervision

| 178. | Inmates are not housed in direct supervision units unless approved by classification.  Comments: | 15.1 | ☒ | ☐ | ☐ |
| 179. | Does staff receive appropriate training prior to being assigned to the direct supervision unit?  Comments: | 15.2 | ☒ | ☐ | ☐ |
| 180. | Do certified correctional officers in the facility perform the following duties: | | | | |
| 181. | a.  Provide direct supervision of inmates in the housing unit | 15.3 (a) | ☒ | ☐ | ☐ |
| 182. | b.  Provide emergency backup to the supervising officer as a priority of the employee's assigned duties | 15.3 (b) | ☒ | ☐ | ☐ |
| 183. | Comments: | | | | |
| 184. | Have facility rules and regulations been developed specifically for direct supervision?  Comments: | 15.4 | ☒ | ☐ | ☐ |
| 185. | Do staff members have access to the rules and regulations?  Comments: | 15.4 | ☒ | ☐ | ☐ |
| 186. | Are officers assigned to direct supervision units equipped with a secondary means of communications?  Comments: | 15.5 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|---|

# Chapter 16 – Physical Plant

| | | FMJS STANDARD REFERENCE | Compliant | Non-Compliant | N/A |
|---|---|---|---|---|---|
| 187. | Does secure housing areas have at least one sink and one toilet in each cell? Comments: | 16.2 (a) | ☒ | ☐ | ☐ |
| 188. | Do dormitories and multiple occupancy cells have at least one toilet and one sink for each twelve (12) inmates or fraction thereof?  (Note: Urinals may be substituted for ½ of the toilets in the male housing areas.) Comments: | 16.3 (a) | ☒ | ☐ | ☐ |
| 189. | Is there at least one showerhead for each 16 inmates or fraction thereof? Comments: | 16.3 (b) | ☒ | ☐ | ☐ |
| 190. | Are accommodations for reading and writing available for use during non-sleeping hours? Comments: | 16.3 (c) | ☒ | ☐ | ☐ |
| 191. | Does the facility have adequate heating [at least 60 degrees Fahrenheit at a point twenty (20) inches above the floor in inmate sleeping areas]? Comments: | 16.4 | ☒ | ☐ | ☐ |
| 192. | Does bed spacing meet the following requirements? | 16.5 | ☒ | ☐ | ☐ |
| | a. 12" from the floor (clear space) | 16.5 (a) | ☒ | ☐ | ☐ |
| | b. 36" clear ceiling height (above mattress) | 16.5 (b) | ☒ | ☐ | ☐ |
| | c. 27" between double bunks | 16.5 (b) | ☒ | ☐ | ☐ |
| | d. 36" laterally and end-to-end | 16.5 (c) | ☒ | ☐ | ☐ |
| | e. 6' between inmates' heads if a solid barrier is not used | 16.5 (d) | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 193. | Are all cells and other areas of the facility well-lighted with at least 20 foot candles? Comments: | 16.7 | ☒ | ☐ | ☐ |
| 194. | Are all floors, walls, ceilings, windows, door, and all appurtenances of the structure properly constructed, maintained, and clean? Comments: | 16.8 | ☒ | ☐ | ☐ |
| 195. | Are all walls, ceilings, and area partitions light colored? Comments: | 16.8 | ☒ | ☐ | ☐ |
| 196. | Are water supplies adequate and in good repair? Comments: | 16.9 (a) | ☒ | ☐ | ☐ |
| 197. | Is drinking water accessible to all inmates? Comments: | 16.9 (b) | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Compliant | Non-Compliant | N/A |
|---|---|---|---|---|---|
| 198. | Do all showers provide tempered running water, under pressure, that is thermostatically controlled to temperatures ranging from 100 degrees to 120 degrees Fahrenheit? <br> Comments: | 16.9 (c) | ☒ | ☐ | ☐ |
| 199. | Do all sinks provide cold and either hot or tempered running water? <br> Comments: | 16.9 (d) | ☒ | ☐ | ☐ |
| 200. | Do all plumbing fixtures comply with FSS Chapter 153? <br> Comments: | 16.9 (e) | ☒ | ☐ | ☐ |
| 201. | Are plumbing fixtures such as toilets, sinks, water fountains, and properly constructed and maintained? <br> Comments: | 16.9 (f) 16.13 (d) | ☒ | ☐ | ☐ |
| 202. | Are all mop sinks and curbed areas appropriately positioned? <br> Comments: | 16.9 (g) | ☒ | ☐ | ☐ |
| 203. | Are floor drains properly constructed and maintained? <br> Comments: | 16.9 (h) 16.13 (d) | ☒ | ☐ | ☐ |
| 204. | Is sewage and liquid waste disposed of into an approved public sewerage system?  If not, does the disposal system meet the requirements of FSS Section 381.0065? <br> Comments: | 16.9 (i) | ☒ | ☐ | ☐ |
| 205. | Are all cells and facilities free of offensive odors and have adequate ventilation? <br> Comments: | 16.10 | ☒ | ☐ | ☐ |
| 206. | If utilizing natural ventilation, does the opened window area equal one-tenth of the floor space in the inmate residential area? <br> Comments: | 16.10 (a) | ☒ | ☐ | ☐ |
| 207. | If mechanical ventilation or cooling systems are used: | 16.10 (b) | ☒ | ☐ | ☐ |
| | a.  Are they clean? | 16.10 (b) | ☒ | ☐ | ☐ |
| | b.  Properly maintained? | 16.10 (b) | ☒ | ☐ | ☐ |
| | c.  Are dust filters removable? | 16.10 (b) | ☒ | ☐ | ☐ |
| | d.  Provide 10 cubic feet of fresh/ purified air per minute for each inmate? | 16.10 (c) | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 208. | Are all toilet rooms provided with direct openings to the outside or provided with mechanical ventilation to the outside? <br> Comments: | 16.10 (d) | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|
| 209. | Where laundry facilities are provided, are they: | 16.11 | | | |
| | a. Adequate to insure ample quantities of clean clothing, bed linens, and towels? | 16.11 | ☒ | ☐ | ☐ |
| | b. Soundly constructed and maintained? | 16.11 | ☒ | ☐ | ☐ |
| | c. Provide adequate lighting and ventilation? | 16.11 | ☒ | ☐ | ☐ |
| | d. Offer exterior ventilation for dryers and dry cleaning machines? | 16.11 | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 210. | Are industrial facilities well lit (30 ft. candles)? Comments: | 16.12 | ☒ | ☐ | ☐ |
| 211. | If noise levels exceed an average of 90 dba in 8 hours in industrial facilities, is appropriate ear protection provided? Comments: | 16.12 | ☒ | ☐ | ☐ |
| 212. | Are all floors, walls, ceiling, windows, window sills, window screens, doors, and all appurtenances of the structure properly maintained? Comments: | 16.13 (b) | ☒ | ☐ | ☐ |
| 213. | Are sink, toilet, water fountains, and floor drains kept in good repair? Comments: | 16.13 (d) | ☒ | ☐ | ☐ |
| 214. | Is there a preventative maintenance program established? Comments: | 16.14 | ☒ | ☐ | ☐ |
| 215. | Are outdoor exercise facilities well-drained? Comments: | 16.15 | ☒ | ☐ | ☐ |
| 216. | If bathroom facilities are provided, are they properly maintained? | 16.15 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                                        Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Compliant | Non-Compliant | N/A |
|---|---|---|---|---|---|

# Chapter 18 – Admission, Classification and Release of Juveniles

| | | | | | |
|---|---|---|---|---|---|
| 217. | Are juveniles not transferred to the adult system by direct file, waiver or grand jury indictment or who have not been found to have committed a criminal offense as an adult held in temporary custody if release is not possible? Comments: | 18.2 | ☒ | ☐ | ☐ |
| 218. | Juveniles held in temporary custody are held in an area of the facility for fingerprinting and photographing and transportation to an appropriate juvenile facility. The time held does not exceed six hours. Comments: | 18.2 | ☒ | ☐ | ☐ |
| 219. | Are juveniles, held in temporary custody, kept out of sight and sound of adult inmates? Comments: | 18.2 | ☒ | ☐ | ☐ |
| 220. | Are juveniles held only if the facility has adequate staff to monitor them at all times? Comments: | 18.2 | ☒ | ☐ | ☐ |
| 221. | Prior to admitting the juvenile, are all appropriate and legal documents presented? Comments: | 18.3 | ☒ | ☐ | ☐ |
| 222. | Does this documentation remain part of the juvenile's permanent file? Comments: | 18.3 | ☒ | ☐ | ☐ |
| 223. | Unless wanted in another jurisdiction as an adult, juveniles are not housed in an adult jail unless: | | | | |
| | a. The juvenile has been indicted | 18.3 (a) | ☒ | ☐ | ☐ |
| | b. The juvenile waived | 18.3 (b) | ☒ | ☐ | ☐ |
| | c. The juveniles was direct filed | 18.3 (c) | ☒ | ☐ | ☐ |
| | d. Adult sanctions were imposed by the court | 18.3 (d) | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 224. | Can juveniles taken to a facility for criminal traffic violations demand to be taken before a magistrate, and if the demand is not made, the facility immediately notifies the parents, responsible adult, or guardian of the juvenile? Comments: | 18.4 | ☒ | ☐ | ☐ |
| 225. | If a juvenile is charged with a traffic offense involving death or injury, under no circumstances is the juvenile placed with adults? | 18.5 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Com-pliant | Non-Com-pliant | N/A |
|---|---|---|---|---|---|
| | Comments: | | | | |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018

| FMJS CHECK LIST | FACILITY JAIL INSPECTION REPORT PART II | FMJS STANDARD REFERENCE | Compliant | Non-Compliant | N/A |
|---|---|---|---|---|---|

# Chapter 19 – Housing of Juveniles

| | | | | | |
|---|---|---|---|---|---|
| 226. | A juvenile transferred for prosecution as an adult is not housed with adults, nor is a juvenile who is wanted for prosecution as an adult in another jurisdiction? <br> Comments: | 19.1 (a) | ☒ | ☐ | ☐ |
| 227. | Does the facility have a housing area designated for juveniles and have sufficient staff to supervise and monitor the juveniles at all times? <br> Comments: | 19.1 (b) | ☒ | ☐ | ☐ |
| 228. | When a juvenile is housed as an adult, is all of the below criteria met: | | | | |
| | a. The courts have certified the juvenile for prosecution as an adult. | 19.2 (a) | ☒ | ☐ | ☐ |
| | b. The juvenile has been tried as an adult. | 19.2 (b) | ☒ | ☐ | ☐ |
| | c. The juvenile was found guilty as an adult. | 19.2 (c) | ☒ | ☐ | ☐ |
| | d. The juvenile was sentenced as an adult. | 19.2 (d) | ☒ | ☐ | ☐ |
| | Comments: | | | | |
| 229. | Is a juvenile being housed with adult sanctions being housed only with inmates with the same classification? <br> Comments: | 19.3 | ☒ | ☐ | ☐ |

Serious violations are noted in italicized **BOLD** print.                    Rev. 11.1.2018