**To:** Florida Corrections Accreditation Commission, Inc.
**From:** Lieutenant Nicholas Bliss, Team Leader
**Date:** April 21, 2021
**Re:** Marion County Sheriff's Office Detention Facility
Comparative Compliance Assessment Report
April 6-8, 2021

---

### A.     Agency/Assessment Information

Chief Executive Officer: Sheriff Billy Woods
Jail Administrator: Major Clint Bowen
Accreditation Manager: David Palmer

Standards Manual Version: 4.13

Previous Accreditation Dates: July 1998, June 2000, June 2003, June 2006, June 2009

Excelsior Dates: June 2012, June 2015, June 2018

Additional Accreditations: CFA

Assessment Team Recommendation: Excelsior Reaccreditation

### Assessment Team

Team Leader: Lieutenant Nicholas Bliss
Jacksonville Sheriff's Office
Nicholas.bliss@jaxsheriff.org

Deputy Michael O'Brien
St. Lucie County Sheriff's Office Department of Detention
obrienm@stluciesheriff.com

Lieutenant LaCarra Brown
Leon County Sheriff's Office Detention Facility
brownla@leoncountyfl.gov

B.   **Compliance Tally**

| Status | Mandatory Standards | Other-than-mandatory Standards | Total Standards |
|---|---|---|---|
| In compliance | 152 | 65 | 217 |
| In compliance (Comparative Compliance) | 18 | 13 | 31 |
| Not in compliance | 0 | 0 | 0 |
| Not applicable | 9 | 5 | 14 |
| Elected exemptions | 0 | 0 | 0 |
| Not Set | 0 | 0 | 0 |
| In progress | 0 | 0 | 0 |
| Waiver | 0 | 0 | 0 |
| Total: | 179 | 83 | 262 |

| | |
|---|---|
| Total Applicable Other-than-mandatory Standards | 78 |
| Maximum allowable number of Elected Exemptions | 7 |

C.   **Agency Profile**

Marion County is in north central Florida along Interstate 75 and covers 1,584.55 square miles, has a mix of urban, suburban, and rural areas, and includes the Ocala National Forest, Florida's second largest national forest, and Silver Springs, one of the world's largest artesian springs. The population of Marion County exceeds 365,000 and it is among the rapidly growing counties in Florida. Marion County is known as the horse capital of the world, with over 2,000 horse farms. It is the fifth largest county geographically in the state of Florida and Ocala is the county seat. Marion County became a county almost one year before Florida became a state. The Marion County Sheriff's Office came into being because of the State Charter of 1845. The first sheriff was Edmund Davis Howse, who came into office on October 31, 1851.

The current jail facility opened in December 1985. The facility consisted of four separate housing units with a total housing capacity of 384 inmates. Today the rated capacity of the Marion County Jail is 1,924 adults. They do house juvenile inmates that are direct filed or waived. There are currently 188 certified detention deputies/sworn personnel and 100 civilian members assigned to the Detention Bureau. The adopted jail budget for FY 19/20 was $36,105,277.

The current sheriff is William "Billy" Woods. Sheriff Woods and Chief Deputy Robert Douglas oversee four bureaus and the executive command staff. The sheriff's executive staff is comprised of the Public Information Office, the Office of Professional Standards, and the Legal Department. The Detention Bureau consists of Jail Security and Jail Support Divisions. Major Clint Bowen is the bureau chief for the Detention Bureau. The Law Enforcement Bureau is comprised of three divisions: the Patrol Division, the

Investigations Division, and the Drug Enforcement Unit. The Operational Support Bureau includes four divisions – Courthouse, Communications and Training, Juvenile, and Special Operations. The Support Services Bureau is comprised of three divisions - Budget and Finance, Forensics, Logistics and Facilities, and the Division of Emergency Management.

The Marion County Jail has been accredited by the Florida Corrections Accreditation Commission, Inc. (FCAC) since 1998. The agency achieved FCAC Excelsior status in 2012. This is the agency's ninth consecutive FCAC assessment. Sheriff Billy Woods currently serves as a commissioner on the Commission for Florida Law Enforcement Accreditation, Inc. (CFA).

**D.     Assessment Summary**

On Monday, April 5, 2021, at 1:30 p.m., a Zoom meeting was conducted with the assessment team and Accreditation Manager David Palmer of the Marion County Sheriff's Office. This was a short meet and greet. Any questions the team had were answered. The meeting concluded around 2 p.m.

On Tuesday, April 6, 2021, at 8:30 a.m., a Zoom meeting was conducted with the assessment team and staff of the Marion County Sheriff's Office. David Palmer started the meeting and introduced Chief Deputy Robert Douglas, who gave the team a warm welcome. Each member of the team introduced themselves. The team expressed an understanding of the current climate and the difficult times we are under. The team also advised they would do their best to give a fair assessment due to the COVID-19 pandemic. The following Marion County Sheriff's Office members were in attendance:

Chief Deputy Robert Douglas
Director David B. Palmer, Accreditation Manager
Major Clint Bowen, Jail Bureau Chief
Major Jerry Holland, Support Services Bureau Chief
Captain Kevin Rowe
Captain Alesia Chisolm
Captain Ron Burnett
Captain Ray Piotti
Lieutenant Matt McNeely

Upon completion of the Zoom meeting, the team members began to review their assigned chapters and watch video provided by the agency. Team Leader Bliss contacted the assessment team members throughout the day to ascertain their progress. At around 12 p.m., the team broke for lunch. After lunch, the team continued to review files until the end of the day. At the end of the day, telephonic contact with each team member was made to discuss any issues, discuss any questions, or express any concerns they may have found while reviewing files.

On Wednesday, April 7, 2021, at 8 a.m., the assessment team began to conduct interviews for their assigned chapters with staff, civilian personnel, and inmates. Topics covered for the day were infectious disease, training, security and control, order and discipline, privileges, clothing and bedding, physical plant, inmate work, special operations, admission, classification and release, confinement, inmate housing, and juveniles. Assessor Brown commented on how knowledgeable and helpful the staff was and more specifically in relation to security and control.

At approximately 12 p.m., the assessment team broke for lunch. At approximately 2 p.m., the team continued interviews for the topics of programs, sanitation, hygiene, and food service. Assessor O'Brian commended the kitchen staff on the utilization of items the inmate population farmed and the baking of their own rolls to significantly reduce costs. Assessor O'Brian also stated he was impressed with a community project utilizing the inmate population to sew masks for community members who were in need (for information detailing this community project, refer to section L. Exemplary Policies/Projects/Procedures).

There were approximately six inmates of all different classifications, male and female, (county sentenced, disciplinary confinement, state sentenced, and general population) who were interviewed to ensure compliance with various standards. During the majority of these interviews, all of the assessors were present and available to ask questions they had for the various standards assigned to them. Throughout the day, contact between the team members was maintained to ensure there were no issues, questions, or significant concerns. The team ended the day at approximately 5 p.m.

On Thursday, April 8, 2021, at 8:30 a.m., interviews continued covering the chapters of medical, pharmacy, prisoner transport, sexual abuse, and court holding areas. The medical staff interviewed were knowledgeable and could explain and answer all questions the assessors had. The transportation staff were knowledgeable during their interviews and were able to answer any and all questions the assessment team had. Inmates interviewed were able to engage and answer questions as necessary. Assessor Brown was impressed with the court personnel as they were able to diligently answer questions and were knowledgeable on the policies and procedures. Upon completion of all interviews, Team Leader Bliss contacted the other assessment team members to ascertain if there were any issues or problems they had encountered. Both assessors stated they had no issues, questions, or concerns and were given time to complete any files that had not been completed. At approximately 11:45 a.m., the team broke for lunch.

At approximately 1:30 p.m., the assessors and the accreditation team for Marion County met via a Zoom meeting to discuss everything noteworthy that occurred during the assessment. This meeting was to finish up any issues, ask any final questions, and discuss any potential concerns the team may have had throughout the process. During this meeting, an acknowledgement was given to Accreditation Executive Assistant Lidya Hightower for all her hard work and assistance. She corrected minor file issues, gathered further proofs the assessors asked for, and helped the assessors where needed.

At approximately 2:30 p.m., the exit interview was conducted via a Zoom meeting with the assessors and Marion County Sheriff's Office. The following Marion County Sheriff's Office members were present for the Zoom meeting:

Chief Deputy Robert Douglas
Director David B. Palmer, Accreditation Manager
Major Clint Bowen
Captain Keven Rowe
Captain Ron Burnett
Captain Andy Walters
Captain Alesia Chisolm
Captain Ray Piotti
Lieutenant Brian Peterson
Lieutenant Galen Priest
Lieutenant Matt McNeely
Sergeant Tunisa Donely
Sergeant Kimberly Phillips
Corporal Alan Drake

Each assessor presented an overview of the standards they reviewed and provided individual comments for the chapters they were assigned. The assessment team conveyed their appreciation to the Marion County Sheriff's Office staff for their professionalism and the hospitality shown. The assessment team informed the agency members they would recommend the agency be reaccredited (Excelsior) to the Commission during the next meeting in June. The assessment team shared their gratitude and a job well done.

E. **Standards Noncompliance Discussion:** None

F. **Corrective Action Discussion:** None

G. **Standards Elected for Exemption (10 percent):** None

H. **Standards Verified by the Team as COVID-19 Waiver Applicable:** None

I. **Standards Verified by the Team as Not Applicable to the Agency**

| 1.03 | 4.06M | 9.04M | 13.06M | 15.14 | 16.02 | 22.01 |
| 22.02M | 22.03M | 22.04M | 22.05M | 23.02M | 28.04 | 31.11M |

J. **Standards with a Status Changed by Assessors:** None

K. **Public Information Activities:** None

## L.     Exemplary Policies/Projects/Procedures

Marion County, Florida (April 3, 2020) - The Marion County Sheriff's Office (MCSO) has begun producing medical masks for front-line medical providers. On Thursday, April 2, 2020, MCSO acquired the materials necessary to produce these masks which are in such high demand. Utilizing inmate volunteers at the Marion County Jail, these masks are being sewn in the existing sewing room at the MCSO Jail.

The high-quality materials being used are rated to prevent more than 99% of dangerous airborne germs. These masks will be donated to those providing direct care to Marion County residents. Groups such as Marion Senior Services, which deliver meals and provide transportation to those in need, are also finding themselves in need of these masks. Local nursing homes will also receive some of these masks.

Sheriff Billy Woods said, "I know our hospitals are a priority right now, but my hope is that these additional masks will help those agencies and offices outside of the hospitals that are finding their resources stretched right now. I applaud these inmates that have volunteered to step up and do their part to help during this time. With our senior citizens having been identified as the most at-risk population, our hopes are that this effort will contribute to their safety."

Local services and nursing homes in need of masks are encouraged to contact the MCSO Citizen Information Line at 352-369-7500 to request these masks.

## M.     Summary and Recommendation

The officers and staff of the Marion County Sheriff's Office Detention Facility demonstrated an overall commitment to the accreditation process, and their quest for excellence is commendable. It is evident the command staff and staff of the Marion County Sheriff's Office are eager to maintain a high level of professionalism in the detention arena to achieve this reaccreditation (Excelsior) status. The staff members are very knowledgeable and it is apparent they perform their work responsibilities according to agency policies and accreditation standards on a daily basis. Their professionalism, dedication, and commitment to the accreditation process was evident to the assessment team.

It is the unanimous recommendation of the assessment team that the Marion County Sheriff's Office Detention Facility be reviewed for reaccreditation (Excelsior) status at the next scheduled Commission meeting.

Submitted by Nicholas Bliss
Team Leader