## MARION COUNTY SHERIFF'S OFFICE Detention Bureau
### MONTHLY / YEARLY AVERAGES 1985- 2024

| Year | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YR AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1985 | | | | | | | | | | | | | |
| 1986 | | | | | | | | | | | | | |
| 1987 | | | | | | | | | | | | | |
| 1988 | | | | | | | | | | | | | |
| 1989 | | | | | | | | | | | | | |
| 1990 | | | | | | | | | | | | | |
| 1991 | | | | | | | | | | | | | |
| 1992 | | | | | | | | | | | | | |
| 1993 | | | | | | | | | | | | | |
| 1994 | | | | | | | | | | | | | |
| 1995 | | | | | | | | | | | | | |
| 1996 | | | | | | | | | | | | | |
| 1997 | | | | | | | | | | | | | |
| 1998 | | | | | | | | | | | | | |
| 1999 | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | |
| 2001 | | | | | | | | | | | | | |
| 2002 | | | | | | | | | | | | | |
| 2003 | | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | |
| 2016 | 1231 | 1207 | 1185 | 1165 | 1123 | 1116 | 1075 | 1112 | 1131 | 1084 | 1039 | 1004 | 1122.67 |
| 2017 | 1035 | 1015 | 1079 | 1116 | 1147 | 1184 | 1189 | 1212 | 1259 | 1297 | 1262 | 1242 | 1169.75 |
| 2018 | 1295 | 1253 | 1275 | 1261 | 1292 | 1350 | 1373 | 1454 | 1475 | 1492 | 1410 | 1401 | 1360.92 |
| 2019 | 1427 | 1281 | 1379 | 1350 | 1440 | 1394 | 1422 | 1391 | 1425 | 1522 | 1454 | 1516 | 1416.75 |
| 2020 | 1603 | 1680 | 1604 | 1480 | 1453 | 1493 | 1448 | 1481 | 1567 | 1633 | 1557 | 1632 | 1552.58 |
| 2021 | 1665 | 1690 | 1688 | 1655 | 1631 | 1648 | 1648 | 1701 | 1782 | 1825 | 1834 | 1817 | 1715.33 |
| 2022 | | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | | |