

COPY

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

CASE NO: 5:23-CV-00661


KRYSTI MERCHANT, AS PERSONAL REPRESENTATIVE FOR THE

ESTATE OF CORY MERCHANT, DECEASED,

Plaintiff


V.


BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS

OFFICIAL CAPACITY; DEPUTY JUSTIN KOSINSKI; DEPUTY JOSEPH

MILLER, SERGEANT JEROME DUKES,

Defendants


DEPONENT:   CAPTAIN BRYAN NIX

DATE:       MARCH 25, 2025

REPORTER:   AALIYAH JIMENEZ

**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

```
 1                          APPEARANCES

 2  ON BEHALF OF THE PLAINTIFF, KRYSTI MERCHANT, AS PERSONAL
    REPRESENTATIVE FOR THE ESTATE OF CORY MERCHANT,
 3  DECEASED:
    Sam Harton, Esquire
 4  Romanucci & Blandin, LLC
    321 North Clark Street
 5  Suite 900
    Chicago, Illinois 60654
 6  Telephone No.: (312) 253-8590
    E-mail: sharton@rblaw.net
 7  (Appeared via videoconference)

 8  ON BEHALF OF THE DEFENDANTS, BILLY WOODS, SHERIFF OF
    MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY; DEPUTY
 9  JUSTIN KOSINSKI; DEPUTY JOSEPH MILLER, SERGEANT JEROME
    DUKES:
10  Bruce Bogan, Esquire
    Hilyard, Bogan & Palmer P.A.
11  105 East Robinson Street
    Suite 201
12  Orlando, Florida 32801
    Telephone No.: (407) 425-4251
13  E-mail: bbogan@hilyardlawfirm.com
    (Appeared via videoconference)
14

15

16

17

18

19

20

21

22

23

24

25
```


MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1                          INDEX

2

3                                          Page

4   PROCEEDINGS                             5

5   DIRECT EXAMINATION BY MS. HARTON        7

6   CROSS-EXAMINATION BY MR. BOGAN          90

7   REDIRECT EXAMINATION BY MS. HARTON      92

8

9                        EXHIBITS

10  Exhibit                                Page

11  61 - Chart                             56

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1                        STIPULATION

 2

 3  The deposition of CAPTAIN BRYAN NIX was taken at

 4  MILESTONE REPORTING COMPANY, 315 EAST ROBINSON STREET,

 5  SUITE 510, ORLANDO, FLORIDA 32801, via videoconference

 6  in which all participants attended remotely, on TUESDAY

 7  the 25TH day of MARCH 2025 at 11:20 a.m. (ET); said

 8  deposition was taken pursuant to the FLORIDA Rules of

 9  Civil Procedure.

10

11  It is agreed that AALIYAH JIMENEZ, being a Notary Public

12  and Court Reporter for the State of FLORIDA, may swear

13  the witness and that the reading and signing of the

14  completed transcript by the witness is not waived.

15

16

17

18

19

20

21

22

23

24

25
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              PROCEEDINGS
 2         THE REPORTER:  We are now on record.  And will
 3    all parties, except for the witness, please state
 4    your appearance, how you're attending and your
 5    location?  And we'll start with Plaintiff's Counsel.
 6         MS. HARTON:  This is Sam Harton for the
 7    plaintiff, I'm via Zoom in Chicago, Illinois.
 8         MR. BOGAN:  Bruce Bogan here via Zoom, with
 9    Captain Nix as well is here appearing for the
10    defendant.
11         MS. HARTON:  I'm so sorry.  That is -- that's
12    far too quiet, I cannot hear.
13         THE REPORTER:  You want to get off record real
14    quick?
15         MS. HARTON:  Hold on.  Let me see if I can turn
16    up my speaker at all any more than it already is.  I
17    thought I -- it was all the way up.
18         MR. BOGAN:  Maybe that's not turned on.
19         THE REPORTER:  Sorry, ah.
20         THE WITNESS:  Okay, can you -- can you hear any
21    better?
22         MS. HARTON:  Hold on.
23         MR. BOGAN:  Who's that?
24         MS. HARTON:  Oh, yeah, my output level's all
25    the way up, okay.  Sorry, can you say that again?
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1          THE WITNESS:  Can you hear us any better now?

 2          MS. HARTON:  I think that's a little better,

 3     yeah.  Maybe just put the phone as close to the

 4     witness as possible.

 5          THE WITNESS:  Yep, it's right in front of me.

 6          MR. BOGAN:  Okay.  Yeah, I think that's about

 7     as good as we can get.

 8          THE REPORTER:  All right, I think -- yeah, I

 9     think the phone might be closer to Captain Nix, so

10     that's why it's in -- you're hearing Mr. Bogan a

11     little bit quieter.

12          MS. HARTON:  Okay.

13          THE REPORTER:  Okay.  And then --

14          MR. BOGAN:  Yeah, I can move around if it's --

15     if you can't hear me later or whatever, I can always

16     move; I'll try and speak loud.

17          THE REPORTER:  All right.

18          And then Captain Nix, will you please raise

19     your right hand for me.  Do you solemnly swear or

20     affirm that the testimony you're about to give will

21     be the truth, the whole truth, and nothing but the

22     truth?

23          THE WITNESS:  Yes.

24          THE REPORTER:  All right, you may begin.

25                    DIRECT EXAMINATION

 MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

```
 1        BY MS. HARTON:

 2        Q.    Okay.  Captain Nix, is that still your title,

 3   Captain?

 4        A.    Yes, ma'am.

 5        Q.    Okay.  And have you ever given a deposition

 6   before?

 7        A.    Yes, ma'am.

 8        Q.    Okay.  How many depositions have you given?

 9        A.    Probably only two in my 23-year career.

10        Q.    Okay.  Were you a defendant or were you a

11   30(b)(6) witness?

12        A.    No, ma'am.

13        Q.    Okay.  You were just a --

14        A.    I was --

15        Q.    Go ahead.

16        A.    No, I was acting as -- I mean, as -- in -- in

17   my official duty, so I was a witness for the State.

18        Q.    A witness for the State?

19        A.    Correct.

20        Q.    So it was in a criminal case?

21        A.    Criminal case, yes, ma'am.

22        Q.    Okay.  Could -- if I could just ask you to

23   speak up a little bit, it's really hard to hear you.

24        A.    Yes, ma'am.  It was for a -- case, yes, ma'am.

25        Q.    Sorry, what was that?
```



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1     A.   I was saying, yes, ma'am, it was for a

2  criminal case, and I was a witness for the state.

3          MS. HARTON:  Okay.  Can we move the computer so

4      that I can see him?  Because he's kind of facing

5      away from it.  Can you move the laptop in front of

6      him? Okay, that might be --

7          THE WITNESS:  How is that, is that better?

8          MS. HARTON:  That -- that's better, I think.

9   BY MS. HARTON:

10     Q.   Okay.  So those were in criminal cases, those

11 were not in civil cases involving the Marion County

12 Jail; is that correct?

13     A.   Correct.

14     Q.   Okay.  Have you ever testified at a trial, or

15 in a deposition, or in any other capacity regarding the

16 staffing at Marion County Jail?

17     A.   No, ma'am.

18     Q.   Okay.  So I'm going to go through some of the

19 ground rules of depositions.  It's very important that

20 we don't interrupt each other, this isn't like a normal

21 conversation where you anticipate what I say and you

22 jump in and back and forth.

23          This is I ask a question, you answer, I wait

24 for your answer before I ask my next question.  So I'll

25 do my best to let you finish your answer, as long as you

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  do the same for me and you let me finish my question

2  before you provide your answer.  Does that make sense?

3        A.   Yes, ma'am.

4        Q.   Okay.  You're doing great with verbal answers,

5  everything is yes, no, or explaining your answers.

6  Shaking the head, nodding the head, uh-huhs, uh-uhs

7  aren't going to work.  But you do not have to call me

8  ma'am throughout this entire deposition, I get that a

9  lot from law enforcement.  Does that make sense?

10       A.   Yes.

11       Q.   Okay.  So throughout this deposition, I'm

12  going to refer to people in the custody as [sic] Marion

13  County as detainees.  I may slip up and call them

14  inmates as well, but if I use the word detainee or

15  inmate, you can assume that I'm referring to people in

16  the custody of the Marion County Jail.  Does that make

17  sense?

18       A.   Yes.

19       Q.   Okay.  And I'm going to ask you about a few

20  different periods of time, and I often forget to clarify

21  what kind of -- what period of time I'm talking about.

22  So I'm just going to tell you now that unless I clarify

23  otherwise, I am going to be speaking about the

24  approximate time of November 2021; is that fair?

25       A.   Yes.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q.   Okay.  And at any point, if you are confused

 2 about what time period I'm referencing, because we're

 3 probably going to go back in history a little bit, I

 4 need you to remind me that you're not sure what time

 5 period I'm referencing; is that fair?

 6      A.   Yes.

 7      Q.   Okay.  And on a similar note, I am never going

 8 to ask you to speculate or guess, I may ask you to give

 9 me your best approximation or estimation of something,

10 but I'm not going to ask you to guess.  I don't know, I

11 don't recall, I don't remember, are perfectly fine

12 answers as long as they are the truth; is that fair?

13      A.   Yes.

14      Q.   Okay.  And on the same token, if you do answer

15 a question, I'm going to go ahead and assume that you

16 understood the question that I'm asking; is that fair?

17      A.   Yes.

18      Q.   Okay.  It's not rude or anything like that for

19 you to ask me to clarify or say you don't understand my

20 question.  I'm going to ask a few questions that are a

21 little bit rude, but I ask them of everyone.  Have you

22 ever been convicted of a felony?

23      A.   No.

24      Q.   Okay.  And is there any reason why you would

25 not be able to testify truthfully, such as some sort of
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  medication, or substance, or you -- even you're sick,

 2  you didn't get enough sleep last night or anything like

 3  that?

 4      A.   No reason.

 5      Q.   Okay.  And what did you review today before

 6  your deposition?

 7      A.   As in information regarding just -- just like

 8  what type of -- I've reviewed the incident report about

 9  the incident, I reviewed some jail staffing analysis

10  that was conducted in I believe April of 2019.  I

11  reviewed the post assignment for the night in question

12  and distribution reports from our human resources

13  department.

14      Q.   What was that last one?

15      A.   Distribution reports from our human resources

16  department.

17      Q.   Can you tell me about those distribution

18  reports?  What are they?

19      A.   They're reports that human resources puts out

20  reference our personnel, such as, you know, how many

21  personnel we have and -- vacancies.

22          MS. HARTON:  Give me, one second.  I got a -- I

23      got a -- I'm having trouble hearing you, so I'm

24      trying to lift something so maybe I can hear you

25      better.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    BY MS. HARTON:

2        Q.   Okay.  Did you review any policies,

3    procedures, SPOs, anything like that?  SOPs, sorry.

4        A.   I did -- I did, let me just look and see.

5    Some of these you may already have.  A -- a -- a -- you

6    know, a headcount of inmates, our procedures for

7    security and control, general security and control of

8    our inmates, supervision of inmates.

9        Q.   Okay.  And you understand that today you are

10   testifying on behalf of the corporation Marion County

11   Sheriff's Office, correct?

12       A.   Yes.

13       Q.   Okay, or the corporate entity or, you know --

14   you're -- or -- you're testifying on behalf of an

15   entity, the Marion County Sheriff's Office, correct?

16       A.   The Sheriff's Office?  Yes, ma'am, Marion

17   County Sheriff's Office.

18       Q.   Okay.  And so the words coming out of your

19   mouth are going to be as if Marion County Sheriff's

20   Office said it, correct?

21       A.   Yes.

22          MS. HARTON:  Sorry, I just realized my door is

23      open, give me one second.

24      BY MS. HARTON:

25       Q.   So if you admit or deny anything that I ask



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

377289 Captain Nix Dep. 03-25-2025          Page 13

 1  you today, you understand that means that Marion County

 2  Sheriff's Office is admitting or denying it, correct?

 3          MR. BOGAN:  Object to form, you can answer.

 4      It's all right, you can answer.

 5          THE WITNESS:  Yes.

 6      BY MS. HARTON:

 7      Q.  And if you say that you don't know that means

 8  that the Marion County Sheriff's Office doesn't know the

 9  answer to my question, correct?

10          MR. BOGAN:  Object to form, you can answer.  Go

11      ahead.

12          THE WITNESS:  I -- I mean, if -- if I don't

13      have the personal knowledge of it -- it doesn't

14      necessarily mean that the Sheriff's Office doesn't

15      have that information somewhere.  I just -- in the

16      -- in the records that I've reviewed, I can only

17      speak on those -- those things.

18          I -- I don't want to say that if I don't recall

19      or don't know that the Sheriff's Office doesn't have

20      some report somewhere that indicates that.

21      BY MS. HARTON:

22      Q.  Well, you were prepared here to testify on

23  everything having to do with staffing at the Marion

24  County Jail from 2016 to 2021, correct?

25      A.  Yes, ma'am, everything that I can anticipate,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  you know, being asked.  Yes, ma'am --

 2      Q.   Okay.

 3      A.   -- to the best of my knowledge.

 4      Q.   Okay.  And so if you don't know something --

 5  if you don't know something that I ask you, I am going

 6  to request that you tell me that you don't know, and

 7  tell me -- and tell me if there is somewhere that you

 8  believe we could find that information; is that fair?

 9      A.   Yes.

10      Q.   Okay.  Otherwise, I'm -- it's fair that if you

11  don't know the answer to a question or you don't know

12  that something -- some record exist that the Sheriff --

13  the Marion County Sheriff's Office is telling me that

14  they don't know or it doesn't exist; is that fair?

15          MR. BOGAN:  Object to form, you can answer

16      again.

17          THE WITNESS:  Yes.

18      BY MS. HARTON:

19      Q.   Okay.  And you, Captain Nix, consent to

20  testify on behalf of Marion County Sheriff's Office,

21  fair?

22      A.   Yes.

23      Q.   Okay.  And I'm going to share my screen just

24  real quick.  This is Exhibit 58, this is our amended

25  30(b)(6) rider.  And you are here today to testify on

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  Topic 10; is that correct?

 2       A.   Yes.

 3       Q.   And generally this topic notes topics relating

 4  to staffing at Marion County Jail, including personnel

 5  assignments from 2016 to '21, and the staffing analysis

 6  that you discussed earlier, increases to inmate

 7  population, et cetera, fair?

 8       A.   Yes.

 9       Q.   Okay.  Were you prepared to testify on any

10  other topic today?

11       A.   No.

12       Q.   Okay.  Besides Mr. Bogan, your attorney, is

13  anyone else in the room with you?

14       A.   No.

15       Q.   And you're still a captain at Marion County?

16       A.   Yes.

17       Q.   How long have you been a captain?

18       A.   Since August of 2024.

19       Q.   So before that you were a lieutenant?

20       A.   Yes.

21       Q.   How long were you a lieutenant?

22       A.   Eight years.

23       Q.   So you were promoted to lieutenant in 2016?

24       A.   Yes.

25       Q.   And then before that you were a sergeant?

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    Yes.

2      Q.    Okay.  How long were you a sergeant?

3      A.    Two years.

4      Q.    So that was 2014 that you were promoted to

5  sergeant, fair?

6      A.    Yes.

7      Q.    Okay.  And then how long were you an officer

8  before you became a sergeant?

9      A.    So I -- I -- so I started in 2001, so that'd

10  been, you know, 13 years.

11      Q.    Were you always an officer at Marion County,

12  or have you worked at other law enforcement agencies?

13      A.    Only in Marion County.

14      Q.    Okay.  Sometimes sergeants, lieutenants, and

15  captains are named the lieutenant of classifications or

16  some sort of specific designation like that.  When you

17  were a sergeant, we're going to start with sergeant,

18  were you designated to be in charge of any particular

19  topic or subspecialty?

20      A.    So I was a shift sergeant, so I was over

21  security.  I mean, not over security, I was part of the

22  supervision team for security.

23      Q.    And that was from 2014 to 2016?

24      A.    Yes.

25      Q.    Okay.  And then when you got promoted to



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

 1  lieutenant, were you a lieutenant of some particular

 2  subspecialty?

 3      A.   I was watch commander, again, it was over

 4  security, so I was over a shift.

 5      Q.   What shift were you over?

 6      A.   Well, we -- well, we referred to it as yellow

 7  shift.

 8      Q.   The entire eight years, you were commander of

 9  yellow shift?

10      A.   No.  I was only watch command for

11  approximately two years.

12      Q.   Was that in the beginning or the end of your

13  period being a lieutenant?

14      A.   The beginning.

15      Q.   Okay.  So from 2016 to 2018 approximately you

16  were the watch commander of yellow shift?

17      A.   Yes.

18      Q.   And what is yellow shift?

19      A.   Just one of our four shifts that we -- we have

20  in -- in security.

21      Q.   Were you over a particular pod or dorm?

22      A.   I was the watch commander over the entire

23  shift, I was responsible for the sergeants that worked

24  under my command as well as the detention deputies.

25      Q.   Okay.  And so there were four watch

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  commanders, and each of them had a different time

2  period, but they were the watch commander for the entire

3  jail?

4      A.   Correct.

5      Q.   Okay.  And what -- just out of curiosity, what

6  was your shift?

7      A.   Well, it -- we rotate.  So every three months

8  we rotate from 6:00 a.m. to 6:00 p.m., and 6:00 p.m. to

9  6:00 a.m.

10     Q.   Okay.  So there were times that you would be

11  the watch commander over the night shift?

12     A.   Yes.

13     Q.   All right.  After you stopped being watch

14  commander in 2018, what was your next position as a

15  lieutenant?

16     A.   So I was transferred to the jail services

17  division, where I oversaw jail facilities.

18     Q.   And how long were you in the jail services

19  division?

20     A.   Between a year -- about approximately a year-

21  and-a-half.

22     Q.   Do you know why you were switched from watch

23  commander to jail services?

24     A.   We had a lieutenant in jail services retired,

25  and they needed to put someone over there, so I was



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  never given any reason as to why I was selected, just I

2  was moved to that vacant position.

3       Q.   After jail services, where did you get moved

4  to?

5       A.   December of 2019 I was transferred to the

6  courthouse division where I oversaw the civil deputies

7  and the bailiff unit.

8       Q.   And how long were you with the courthouse

9  deputy -- or sorry, courthouse lieutenant?

10      A.   Four years.

11      Q.   So until about 2023?

12      A.   January of 2024, I transferred back to the

13  jail.

14      Q.   And what -- were you still a lieutenant when

15  you transferred back to the jail?

16      A.   Yes.

17      Q.   Okay.  And what was your subspecialty when you

18  got transferred back to the jail?

19      A.   So I was moved to jail support, where I was

20  supervisor over classifications, warrants,

21  transportation, booking and property procedures.

22      Q.   And that was until you became a captain in

23  2024?

24      A.   Yes.

25      Q.   And what month of 2024 did you become a



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  captain?

2      A.   August.

3      Q.   Okay.  And do you have any particular

4  subspecialty as a captain?

5      A.    Initially, I was over jail support, which is

6  the same areas I just mentioned, classifications,

7  warrants, transportation, booking and property.  In

8  February I was transferred to jail security, right now

9  I'm over -- overseeing jail security.

10     Q.   Okay.  So during the 2019 jail staffing

11  analysis that you said happened in April of 2019, you

12  were a lieutenant, correct?

13     A.   Yes.

14     Q.   And you were the lieutenant of the facilities,

15  right?

16     A.   Facilities, yes, ma'am.  Yes.

17     Q.    I'm going to show you an exhibit real quick,

18  just so that we make sure we're talking about the same

19  thing.  We're going to come back to this document.  This

20  is Exhibit 60, is this the report related to the jail

21  staffing analysis in 2019 that you have referenced?

22     A.   Yes.

23     Q.   Okay.  And you reviewed this document before

24  this deposition, right?

25     A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Okay.  And then just scrolling down to Page 4,

2  it states that, "The NIC methodology demands a great

3  deal of participation from local officials and staff.

4  This was accomplished by four days of meeting with a

5  small working group of eight employees."  And it lists a

6  couple of people including yourself, Bryan Nix, correct?

7      A.   Yes.  You said that's on Page 4?

8      Q.   Yes.

9      A.   I don't see that on Page 4.

10      Q.   Well, I might -- sorry, it actually might be

11  different.  It's on Page 1 of the printout, it's on Page

12  4 of the PDF.

13      A.   Yes, yes.

14      Q.   Okay.

15      A.   Page 1, yes, ma'am.

16      Q.   Okay.  And do you recall being a part of these

17  small working group meetings as part of this jail

18  staffing analysis?

19      A.   Yes.

20      Q.   I want to start just by talking basic stuff.

21  And I think this is going to be a pretty short

22  deposition.  So I just want to start talking generally

23  about personnel assignments at the Marion County Jail.

24  Can you explain to me how deputies are assigned to their

25  pods?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1       A.   So we have a post assignment, it's a -- it's a

 2  form that we -- that we use, and it has all the posts

 3  that are required to be filled.  And the sergeants,

 4  there is a -- a sergeant on duty who is responsible for

 5  -- on each shift, who's responsible for the schedule.

 6  And they have a roster of their shift, and they assign

 7  those personnel according to the post -- the post

 8  assignment.

 9       Q.   Are there any pods, or platoons, or dorms that

10  require officers to have a special kind of training or

11  specialty?

12       A.   No, ma'am.  All of our -- all -- all of our

13  deputies are trained to work in every unit.  So we don't

14  have specific, you know, training for different areas,

15  everyone goes through the field training officer program

16  and are what we call signed off or approved to work in

17  all areas of the jail.

18       Q.   Does Marion County Jail have minimum, maximum,

19  and medium security units?

20       A.   Yes.

21       Q.   Okay.  How many maximum security units does it

22  have?

23       A.   So we have one, which is Alpha Pod.

24       Q.   And was that true in 2021?

25       A.   Yes.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

1    Q.    Okay.  What are -- how many -- how many

2  inmates are typically in that maximum security unit,

3  Alpha?  And if you're looking at a document to refresh

4  your recollection on this, just let me know what

5  document you're looking at.

6    A.    Okay.  Yeah, it's our -- the Marion County

7  Jail Housing Classification Plan.

8    Q.    Okay.

9    A.    So it just lists the -- the pods and -- and

10 what the capacity is for that pod.  So a pod can hold

11 176 inmates, but our -- we have a -- we have a max

12 capacity -- or we have a maximum -- maximum security

13 section within Alpha Pod, which is called Alpha Echo,

14 that's where we house our -- our escape risk and

15 security risk inmates.  And -- and that is a single --

16 single man cell section, and we can house 16 inmates in

17 that section.

18    Q.    Is that 16 inmate section, Alpha Echo,

19 typically at capacity?  Is it typically full?

20    A.    There are times when it is, and there -- there

21 are times where, you know, we have open -- open

22 vacancies, it just fluctuates.

23    Q.    What does a detainee or an inmate have to do

24 to get put into Alpha Echo?

25        MR. BOGAN:  Object to form, go ahead.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1         THE WITNESS:  So typically, if an inmate is --
 2     is first arrested, we do a criminal history search
 3     on that particular inmate.  So if they have any
 4     previous escapes, we'll place that inmate on escape
 5     risk and put them in Alpha Echo.
 6         If they are security risk, they can make --
 7     they can become a security risk inmate if they've
 8     attacked staff or pose any other type of security
 9     risk to the -- to the facility.
10     Q.   And --
11     A.   Generally, if -- if --
12     Q.   Go ahead.
13     A.   -- if they've attacked staff -- I'm sorry,
14 generally, it's -- it's when they've attacked staff or
15 have, you know, potentially become -- it's just an
16 inmate who is -- is unruly and we have multiple incident
17 reports where we're -- we're continually having to deal
18 with an inmate.
19     BY MS. HARTON:
20     Q.   Yeah.  And getting into one altercation with
21 another inmate would not necessarily lead to someone
22 being taken to Alpha Echo; is that fair?
23     A.   That's fair, that -- that would not
24 necessarily happen.
25     Q.   Okay.  But attacking a staff member would get



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  you put in Alpha Echo?

 2      A.   Yes.

 3      Q.   Okay.  So fair to say that the Marion County

 4  Sheriff's Office takes attacks on staff more seriously

 5  than it does attacks on other inmates, fair?

 6          MR. BOGAN:  Object to form, you can answer.

 7          THE WITNESS:  So I -- I -- I wouldn't say that

 8      we take it more -- more -- more seriously.  It just

 9      creates -- it just creates -- if -- if they're

10      willing to attack staff, then yes, they're --

11      they're willing to, you know, attack other inmates.

12          So in order to -- in order for staff to, you

13      know, carry out their duties, they shouldn't have to

14      worry about whether they're going to get punched in

15      the face by this inmate who is unpredictable, right?

16          So whereas if an inmate attacks another inmate

17      that could be for any reason, right?  Whether it's

18      he owes him canteen, or he's, you know, in his --

19      his personal space or anything like that.

20          And I think it's a -- it is a -- it is a

21      heightened level -- I'd say, yes, it's -- it's a

22      heightened level when an inmate decides to attack

23      staff.

24       BY MS. HARTON:

25      Q.   They are considered a higher security risk



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  when they attack staff as opposed when they attack

2  another inmate; is that fair?

3      A.   Yes.

4      Q.   Okay.  And I just want to be clear that Alpha

5  Max Security Unit, the only part of Alpha that's maximum

6  security is Echo, that 16 inmate section, correct?

7      A.   Yes.

8      Q.   Okay.  And how many officers are staffed to

9  monitor and supervise Alpha Echo?

10     A.   So there is one officer in Alpha Echo 24/7,

11 but there are additional officers who work Alpha Pod

12 Rover area, that assist -- you know, that handle the

13 other sections.  So they -- they are -- there are --

14 there are officers available to respond immediately

15 because they're in the same pod.

16     Q.   So how many -- and remind me how many sections

17 there are of Alpha Pod?

18     A.   There are six

19     Q.   There are six, one of which is this maximum

20 security Echo unit, but the rest are general population,

21 right?

22     A.   No, the -- the rest of them are not general

23 population, and that changes, that does change.  And --

24 and we -- we keep track of what sections are -- are what

25 through this classification housing plan.  Like as of as



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  of right now, for instance, we have --

2      Q.   If -- I'm going to -- I'm -- I am going to

3  stop you.  If -- if you could speak about November of

4  2021, approximately, that would be helpful.

5      A.   Okay.  I'm referring it back to the

6  classification housing plan.  So on -- in -- actually I

7  don't -- I don't have November, I have October 28th, --

8  October 28th.  Because we don't do them monthly, we only

9  change them when there are -- are -- are changes.

10     Q.   October --

11     A.   So as of October --

12     Q.   -- 2021 works.

13     A.   Yeah.  So October 28, 2021, "Alpha Section,"

14  it says, "will house male inmates who are placed in

15  administrative and disciplinary confinement.  Bravo

16  Section will house male inmates who have been placed in

17  disciplinary confinement.

18          Charlie Section will house male inmates who

19  are placed in administrative and disciplinary

20  confinement. Delta Section will house high medium and

21  maximum security population male inmates with custody

22  levels 2 and 3.

23          Section E will house male inmates who have

24  been placed in maximum security administrative

25  confinement. And section F will house male inmates who



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  are placed in administrative confinement."

2      Q.   Okay.  So with the exception of Alpha F, it

3  sounds like all these pods -- all of these sections

4  within Alpha house people who are -- at least some

5  inmates who have been deemed a security risk.  They're

6  in disciplinary confinement, they're high, medium

7  security, they're a higher class, a higher security risk

8  than the inmates in general population; is that fair?

9      A.   So not -- not -- not necessarily.  Just

10 because someone is in disciplinary confinement does not

11 mean they are a -- necessarily a security risk.  For

12 instance, somebody can go to disciplinary confinement

13 for violation of telephone rules, right?

14         Maybe somebody's using another inmate's PIN --

15 PIN number, that wouldn't make that inmate a security

16 risk.  Or perhaps they have violated the canteen rules

17 to where they have maybe stolen canteen from another

18 inmate, that wouldn't make them a security risk.

19         So these are inmates who are in disciplinary

20 confinement for violation of facility rules.

21     Q.   So tell me -- you said high medium security

22 risk, I believe, for Alpha Delta.  Explain to me what a

23 high medium security risk is?

24     A.   So we have a point-based system, which is done

25 through Northpointe, through our classification unit,



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  and it gives them a -- a number, right?  And the lower

2  the number is the higher the security of an inmate.

3          And so these particular numbers are 2 and 3

4  level inmates.  So our -- our -- our numbers go from 1

5  to -- to 9.  And so your one would be your Alpha Echo

6  inmates, your 2s and 3s would be in Alpha Delta.  And

7  that is a general population section, but these are

8  inmates who are charged with crimes such as murder,

9  aggravated battery with a deadly weapon.  The more

10 serious crimes, right?

11         So they are -- they are housed in -- they were

12 housed in Delta section at the time, but they are

13 general population inmates.  They get -- they get let

14 out around 6:00 a.m. in the morning, they walk around.

15 They're not -- they're not in cell, you know, 23 hours

16 out of the day.

17         They have phone privileges and, you know, get

18 to participate in programs.  And are -- are general

19 population inmates.

20     Q.   And there's one deputy specifically assigned

21 to monitor Alpha Echo who is also assisted by the other

22 deputies monitoring the rest of Alpha; fair?

23     A.   Yes.

24     Q.   Okay.  How many deputies are assigned to -- in

25 October, November of 2021 approximately, how many



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  deputies were assigned to monitor the entire Alpha pod,

 2  including Alpha Echo?

 3       A.   Okay.  So that varies daily, depending --

 4  that's dependent upon how many inmates we have at the

 5  hospital or anything like that.  I do have the post

 6  assignment for November 6th -- the night of November

 7  6th, which would carry over to November 7th, which I

 8  believe is the date of the incident.  And there were

 9  three -- there were three detention deputies assigned to

10  Alpha Rover that night.

11       Q.   Does that include the person who is

12  specifically designated to watch Alpha Echo?

13       A.   Yes.

14       Q.   Okay.  So one of those three rovers is only

15  watching Alpha Echo and the other two are responsible

16  for the remainder of the Alpha Pods?

17       A.   Yes.

18       Q.   Okay.  Does Alpha Delta have the same thing as

19  Alpha Echo where there's one rover or deputy

20  specifically responsible for that section?

21       A.   No.

22       Q.   Okay.  And let me just pull up a document.  I

23  am going to share this, Exhibit 32.

24            Is this the document that you were just

25  looking at to refer to who was assigned to what pods on

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   the night of the incident?

2        A.   It's hard for me to see to ensure that's the

3   same exact one.  I wonder if you can -- can you enlarge

4   that for me?  Oh, yeah.  That's getting better.  Okay.

5            I'm just comparing to what I have to make

6   sure --

7        Q.   Yeah.

8        A.   -- it's the same.  Yes, it appears to be the

9   same from what I can -- what I'm comparing -- what --

10  you know, what I can see.

11       Q.   Okay.  And then --

12       A.   Can you --

13       Q.   So you said -- go ahead.

14       A.   I'm sorry.  Can you just scroll down so I can

15  see the remainder of the document --

16       Q.   Oh, yeah.

17       A.   -- so I can ensure that it's same?

18       Q.   I don't know why it's highlighted like this.

19  It's very strange.

20       A.   Yes, ma'am.  It does -- it does appear to --

21  to be the same.

22       Q.   Okay.  And I want to scroll up to this.  Is

23  this what you were looking at, this second column? Alpha

24  Rover 3.  It says Wells, Potts, and Enchautequi.

25           Are those the -- are those the three people

**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

1  you were referring to who were assigned to Rover Alpha

2  on the night of the incident?

3      A.   Yes.

4      Q.   And explain to me, right above that, it says

5  Alpha Control.  What does that mean?

6      A.   So in that particular style pod, we have an

7  upstairs control room that has the ability to see into

8  the sections and as well as the Rovers area through --

9  through windows -- through glass windows.  And those are

10 civilian positions, and their primary responsibility is

11 to kind of be the eyes and ears of the detention

12 deputies.

13          So they're observing the sections and making

14 sure -- especially the general population sections, to

15 ensure that, you know, there are no disturbances or

16 medical emergencies or things that -- that come up --

17 come about.

18          And then they radio into the Alpha Rovers and

19 let them know, hey, we have a problem in Delta section.

20 And then they control the doors that lead into the

21 sections as far as electronically opening these doors

22 for the detention deputies as well as the cell doors.

23          So they are -- they are an added level of

24 security for the -- for the pod.  And being civilian

25 employees, they do not have contact with inmates.  You



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  know, they access the control room from upstairs.  They

2  do not come down to the rovers area.

3      Q.   So these two control civilian physicians offer

4  a heightened level of surveillance and monitoring for

5  the inmates in Alpha Pod, correct?

6      A.   Yes.

7      Q.   Okay.  And there's kind of a there's a lot of

8  nomenclature that you guys use in the Marion County

9  Jail.

10        And so just to be clear for the record, when I

11 say pod, I'm referring to every -- all the different

12 sections in Alpha.  And then when I say section, I'm

13 referring to Alpha Alpha, Alpha Bravo, Alpha Charlie, et

14 cetera.

15        Is that -- are we on the same page on that?

16     A.   Right.  A pod is the entire Alpha area and the

17 section is the individual sections within there.  So

18 yes, you have -- so it would be Alpha Pod, Alpha

19 section, or what we've been hitting on a lot here is

20 Alpha Pod, Echo section.

21     Q.   And just moving a little to the left on this

22 Exhibit 32, it says G-Dorm Rover to Miller Kosinski.

23 That is encompassing -- it says G-Dorm, but that's the

24 same as G-Pod as we've been discussing pods versus

25 sections, right?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       A.   Yes.

2       Q.   Okay.  So I do want to turn to -- well first,

3   before I move on, Alpha Pod has two civilians and three

4   deputies who are responsible for the surveillance and

5   monitoring of the inmates within Alpha Pod; fair?

6       A.   Yes.

7       Q.   Okay.  So it's a total of five people

8   monitoring Alpha pod; fair?

9       A.   Yes.

10       Q.   And you said that Alpha Pod -- the -- all six

11   sections of Alpha Pod have a combined capacity of 176

12   inmates; is that fair?

13       A.   Yes.

14       Q.   Okay.  So I want to talk about G-Pod, or G-

15   Dorm as it's listed on Exhibit 32, for a second.

16           There -- how many sections are within G-Pod?

17       A.   Four.

18       Q.   And one of those sections in November of 2021

19   was specifically reserved for people who had been

20   accused of or convicted of sexually based crimes; is

21   that true?

22       A.   Yes.

23       Q.   Okay.  And that was Golf Alpha, correct?  That

24   was the sex crime unit?

25       A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1      Q.   Okay.  And what is the combined maximum

 2 capacity of the four sections within Golf Pod in

 3 November -- approximately November of 2021?

 4      A.   256.

 5      Q.   And Golf Pod is staffed typically with two

 6 deputies responsible for surveilling and monitoring the

 7 inmates in Golf Pod; fair?

 8      A.   Yes.

 9      Q.   Okay.  So Alpha Pod is -- only has 176 max

10 capacity, but five people surveilling and monitoring.

11 Whereas Golf Pod has a max capacity of 256 and only has

12 two deputies surveilling and monitoring inmates.  Can

13 you explain to me why that is?

14      A.   Yes.  Part of that is the design of those

15 units.  So Alpha, Bravo, Charlie, and Delta Pods were

16 the first housing units built within our jail.  And

17 those pods are -- are -- are built exactly the same.

18 They have a -- a control room, a area for civilians to

19 work and to be able to oversee what's going on beneath

20 them.

21           Golf Pod was part of the expansion that took

22 place in 2007 and it is a barracks-style dorm.  There is

23 not a control room to man, so you don't have that

24 civilian support in that pod because you don't have

25 anywhere for a civilian to be where they are -- they do



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1 not have any interactions with the inmates.

2          The other reason, you know, just touching on

3 why we have three deputies in A pod versus two in G is

4 that we have that additional Alpha Echo requirement to

5 have that one deputy in there 24/7.

6          And then you have the other two that are --

7 are handling the rest of the sections.  Whereas in G-

8 Pod, you have the -- those would be equivalent to the

9 two that are running G-Pod.  Does that make sense?

10     Q.   Yeah.  Is -- remind me, is Golf Pod a minimum,

11 medium, or maximum security unit?

12     A.   So it held medium security inmates at the

13 time. So Alpha section at the time housed sex offenders,

14 Bravo and Charlie sections housed the Level 4 and 5s,

15 which are medium, and Delta section housed our -- what

16 we call our pre-classification male inmates.  And those

17 are inmates who are -- who are newly arrested.

18          And after booking, they go to that dorm and

19 that section until classifications can review and

20 classify them to the appropriate section.  It's usually

21 done within the next day.

22     Q.   That's Golf Delta, the processing section,

23 right?

24     A.   Correct.

25     Q.   Okay.  So within Golf Pod, there are four



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

 1  sections.  One is the sex offender section, one is this

 2  booking section, and the other two are just medium

 3  security general population inmates; fair?

 4      A.   Yes.

 5      Q.   And are they all pre-trial?

 6      A.   Not -- I mean, not necessarily.  You could

 7  have some sentenced inmates in there.

 8      Q.   Okay.  So in Golf Alpha, there would typically

 9  be people waiting for trial on the sex crimes they've

10  been accused of and people who have been convicted of

11  the sex crimes that they've been accused of, correct?

12      A.   Yes.

13      Q.   Would you consider sex crimes to be one of the

14  more serious crimes that people in the Marion County

15  Jail could be accused of?

16          MR. BOGAN:  Object to form.  You can answer.

17          THE WITNESS:  Yes.

18      BY MS. HARTON:

19      Q.   Why is that?

20      A.   Mainly the duration in which they're -- you

21  know, the -- the sentencing, you know, you can have, you

22  know, capital sex crimes that you can do life in prison

23  for.  You know, so they -- they are -- they are serious

24  offenses with serious consequences.

25      Q.   And in -- but every single person accused of a



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  sex crime in the Marion County Jail is housed in Golf

 2  Alpha, right?

 3      A.    There are other sections within the jail that

 4  -- that house them.  But like right now, I think we have

 5  three sections that house only sex offenders.

 6      Q.    Okay.

 7      A.    Sex offenders are housed with other sex

 8  offenders, not the rest of the population, if that's

 9  what you were asking.

10      Q.    Right.  But in November of 2021, an individual

11  could be accused of a capital sex crime or something,

12  you know, much lower on sort of the seriousness or

13  violence related to the crime.  But the -- those people

14  could be housed together, right?

15          And if you don't understand my question, I can

16  rephrase it.

17      A.    I'm assuming you're -- you're talking about

18  you have a capital sex offender with a -- someone else

19  who maybe is in there for possession of child

20  pornography. Is that what you're referencing?

21      Q.    Exactly.

22      A.    Yes.

23      Q.    A person who's accused of child pornography

24  would not be considered as dangerous or violent as

25  someone who's accused of a violent sex crime, right?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

377289 Captain Nix 03-25-2025          Page 39

1      A.   It would just --

2           MR. BOGAN:  Object to form.  Go ahead.

3           THE WITNESS:  It would just be classified as a

4      -- as a sex offense.

5      BY MS. HARTON:

6      Q.   Right.

7      A.   And -- and we -- we house them together.  But

8  no -- no matter the -- the sex offense, if it is a sex

9  offense charge, they -- they're housed together.

10     Q.   Okay.  And earlier you spoke about the number

11 system that you have to determine the security risk

12 posed by the inmate.  Do you recall that?

13     A.   Yes.

14     Q.   And when we're speaking about security risks,

15 we're speaking about escape risks, but we're also

16 speaking about their risk to cause some sort of violence

17 to occur in the jail, right?

18     A.   Yes.

19     Q.   Okay.  Someone who's in a -- the sex crime

20 unit, could they -- what's the range of numbers that

21 they could be in G Alpha on that number classification?

22     A.   Oh, I don't know.  I would be -- I would be

23 misspeaking.

24     Q.   Okay.  Still -- am I still sharing my screen?

25 No.  So you do not know -- you do not understand G Alpha

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  -- let me strike that.

2          Is it your understanding that the two deputies

3  responsible for surveilling and monitoring Golf Alpha

4  could be monitoring people all the way down to the, 1,

5  most highest security risk, and up to 9, a lower

6  security risk?

7      A.   No, not on the day in question.  You had sex

8  offenders and I'm not sure -- you know, I'm not sure how

9  the point system gives them a number.  But I know that,

10 you know, if you're a sex offender, you are -- you are

11 housed with sex offenders, right?

12         So the point of our -- our point based system

13 is to determine who can be housed together.  So we know

14 that this person is a sex offender, that goes into

15 Northpointe System.  And we understand that -- that --

16 that group of people are housed together.

17         This particular -- or during this time frame,

18 we had levels 4s and 5s.  Those can be housed together.

19 So they were -- they were housed in Bravo and Charlie

20 section.

21         And then you had your pre-class section, which

22 was what you call the booking section and -- and Delta

23 and -- and Delta section.

24         So no, there would not have been a -- in Golf

25 Pod, they would not have been supervising 1s, 2s or 3s,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  and they would not have been supervising 6, 7, 8, 9s.

2  They would have only been supervising fs and 5s and sex

3  offenders, along with -- well --

4          Well, you know, to back up, they -- they don't

5  know that -- we wouldn't -- we don't know necessarily

6  the classification of the pre-class.  That's the only

7  wild card in that, so that you have Delta section who

8  are pre-class.  So they haven't been given -- a given a

9  number yet, right?

10          So I guess to answer your question, they could

11  be -- with the exception of 1s, 2s, and 3s, because they

12  are -- you know, those -- they are -- they are

13  classified at booking based upon their charges.  So is

14  somebody comes in with a murder charge, they're not

15  going to Golf Delta.  They're going to go to Alpha Pod,

16  Delta section, right?  We're not going to put them with

17  somebody who came in with a driver's license suspended

18  charge, right?

19          So I would say you are -- they were -- they

20  were -- they were supervising inmates from a Level 4 and

21  with the potential up to a Level 9.

22      Q.  But all of those distinctions between 1s and

23  9s is not true for Golf Alpha because Golf Alpha just

24  houses sex crimes, regardless of what number they are on

25  that scale?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1           MR. BOGAN:  Object to form.  Go ahead.
 2           THE WITNESS:  So I think -- and the reason I
 3      said I don't know what their numbers are, I'm sure
 4      that their numbers are -- are the -- the -- the --
 5      the fact that they have a sex offense helps to
 6      categorize the -- so their numbers are going to be
 7      closely related, right?
 8           Because your you -- their point system is based
 9      upon their charges and their previous history in the
10      jail.  So being that they have a similar charge of
11      -- of -- of a sex offense, their numbers are going
12      to be close in range.  So they may be 4s and 5s.
13           They may -- they're -- they're going to be --
14      they're probably going to be around that level of a
15      4 and 5.  I can't speak, you know, with certainty,
16      but they're going to be given a number that is close
17      -- closely related.  They're all going to be closely
18      related to each other because of their -- their
19      charge.
20       BY MS. HARTON:
21       Q.   For these questions relating to what numbers
22   are associated with different inmates in Golf Alpha,
23   would you defer to the other sheriff's witnesses who are
24   specifically prepared and specialized in classifications
25   and things like that, as opposed to what you're here to
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  talk about, which is staffing?

2      A.   Yes.

3      Q.   Okay.  When you're trying to staff a

4  particular part of the jail, is there any officer to

5  inmate ratio that Marion County tries to stick to?

6      A.   No.  No, ma'am.  We -- we just have a -- as

7  you can see on the post assignment, the minimum that

8  needs to work in that particular pod.

9           And it -- it is based off -- I mean, I don't

10  know who determined that -- that number, right?  So I

11  don't know if that's based off of the maximum capacity

12  for those particular units, because these things have

13  been determined prior to -- prior to me being in a

14  position of -- of supervision.

15          But it -- it is specific to each -- each pod.

16  And that -- that is listed on the -- the actual post

17  assignment.

18      Q.   Sorry.  Did you say you don't know who makes

19  the decision as to how many deputies to pair with a

20  certain number of inmates?

21      A.   Right.  Like -- so I'm saying back when --

22  when this post assignment -- if you -- if you look -- if

23  you look at the post assignment, you'll see, for

24  instance, Alpha Control.  You'll see an asterisk and a

25  two next to that, right?  That is saying that there has



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  to be a minimum of two of those people in there, right?

2      So whoever made -- I don't know who back then

3  made that determination, right?  I'm a part of that

4  decision now as a captain, right?  We have -- we have --

5  we have, you know, staffing plan meetings and things --

6  and things of that nature.  And I am now a part of that

7  decision making process.  Back then I was not, to be

8  clear.

9      Q.  Okay.  Do you know who was the captain at the

10  time?

11      A.  That would be 2021.  I don't have -- we don't

12  include -- we don't include on our post assignment the

13  captains because they're -- they're not necessarily

14  assigned a shift.  They are over multiple shifts.  But I

15  can't speak on who was over security at that time.

16      Q.  Okay.

17      A.  Because some of those -- some of those

18  positions have changed over the years, right?  So it's

19  hard for me to keep track of who was over security, who

20  was over facilities, who was over jail support.

21      So I don't -- I don't know who -- who was at

22  -- at that time was over jail -- jail security.

23      Q.  So what you're telling me are these -- on

24  Exhibit 32, the post assignments, these highlighted

25  numbers with the stars next to them, that is how the



**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  captain shows what he has determined to be the

2  appropriate number of deputies to supervise the number

3  of inmates in the pod associated with that number; is

4  that fair?

5      A.  Yes.  And it was done through a committee,

6  right?  It's not just one particular captain.  So you

7  would have a captain over jail support, your captain

8  over jail security, our PREA coordinator would be a --

9  would be a part of that, who -- who is -- who is not a

10  captain.

11          So there would be a -- a -- a committee who

12  would be brought together to discuss what the minimum

13  requirements are.

14      Q.  Is the sheriff a part of that committee?

15      A.  No, ma'am.

16      Q.  Okay.  He's delegated those decisions to the

17  people on the committee; is that fair?

18      A.  Yes.

19      Q.  Okay.  And so based on this Exhibit 32, post

20  assignment in 2021, that committee had determined that

21  five deputies were appropriate to monitor and surveil

22  Alpha Pod's maximum capacity of 176 inmates; is that

23  fair?

24      A.  No, it would be three deputies.

25      Q.  Well, there was also the two civilians,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  correct?

2      A.   Correct.

3      Q.   Okay.

4      A.   Two civilians, three deputies.

5      Q.   Okay.  All responsible for monitoring and

6  surveilling the inmates in Alpha Pod to make sure that

7  they are safe and there are no security risks, right?

8      A.   Yes.

9      Q.   Okay.  Whereas in G-Dorm, that committee had

10 determined that it was appropriate for only two deputies

11 to be responsible for the maximum capacity of 256

12 inmates in G-Pod, correct?

13     A.   Yes.

14     Q.   Okay.  Including sex offenders and new inmates

15 who they did not know what their security risks were at

16 the time, right?

17     A.   Yes.

18     Q.   Okay.

19     A.   Now, as far as, you know, your question about

20 them not knowing the security risk for Golf Delta, there

21 are some knowns there, right?

22          So if somebody came in with an aggravated

23 battery with a deadly weapon, we would know that that

24 person is not going to go to Golf Delta.  They would go

25 to Alpha Delta or another what we would call red and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  white section.  We call them red and white because

2  that's the color of uniform they would be designated.

3           We would also know at that point in time if

4  they had any previous security risk alerts and -- in our

5  system, and if they were a previous security risk alert,

6  they would be housed appropriately.

7           And if they showed any type of escape or

8  previous escapes or escape attempts in their criminal

9  history, they would be housed appropriately.

10           So there is a level of -- of -- of knowns

11  there that -- that we're not just putting anybody and

12  everyone into Golf Delta and -- and -- and, you know,

13  hoping -- hoping that the next day they're not a -- a

14  security risk.

15           So there is a level of classification that

16  occurs during the booking process, but the follow-up

17  classification is done the next day.

18      Q.   But because of the natural delay that occurs

19  between when a person arrives at the jail and when

20  you're able to do this full classification analysis,

21  there are necessarily people in Golf Delta who you -- to

22  use your words, who are wild cards because you haven't

23  been able to do that full classification analysis, and

24  you don't really know what security risk they are; is

25  that fair?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1          MR. BOGAN:  Object to form.  You can answer.

2          THE WITNESS:  Not -- not -- not completely.

3     Because there are -- there are factors that we take

4     into account in booking, right?  We have their

5     criminal history prior to this person being housed.

6     We know what they're currently charged with prior to

7     them being housed.  We know their previous alerts if

8     they -- if they were previous inmates in our

9     facility.  So we have -- we have that.

10          So it's not as if we're just putting someone

11     there and that we have to wait this 24 hours to know

12     who this person is.  All this is conducted through

13     fingerprints and criminal histories, which are built

14     off of their fingerprints.

15          So we know who we are dealing with and, you

16     know, pretty much we're determining -- you know, the

17     classification unit is determining are they -- are

18     they between a 4 and a 9 at this point.  Because 1s,

19     2s and 3s, they're already going to be in Alpha

20     Delta because of their -- their seriousness of their

21     offense.  If they're a security -- previous security

22     or escape risk, they're going to be housed

23     appropriately.

24          If they're showing escape risk, you know,

25     previous escapes in their criminal history, they're

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1      going to be housed appropriately.  If they come in

 2      the door and are being aggressive and combative with

 3      staff, you know, they're going to be -- they're

 4      going to be housed appropriately, right?  So all

 5      that's taken into account upon intake.

 6       BY MS. HARTON:

 7       Q.   Why did you refer to some of them as wild

 8  cards earlier?

 9       A.   I don't remember the -- I mean, I -- I

10  remember saying wild card.  I don't remember what the

11  context of that was.  Do you recall the context?

12       Q.   You called the -- some of the -- you said that

13  some of the people in Alpha Delta are wild cards,

14  presumably because they haven't been classified yet?

15       A.   Yeah.  Just meaning -- you know -- meaning --

16  you know, that Golf Pod, you're -- you're dealing with

17  Level 4s and 5s and sex offenders.  And then you don't

18  know if these -- these people in GD are going to be

19  Level 4, 4, 6, 7, 8, or 9.

20          So you don't -- you know those -- but it's

21  going to fall -- generally speaking, it's going to fall

22  between those -- those numbers.  So you -- you just

23  don't know who you're -- you know, what -- what level of

24  classification that they're going to be.

25          But we do have a lot of information prior to
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 and, you know, to them being put into -- into Golf

2 Delta.

3     Q.   Okay.  But just to be clear, these two inmates

4 -- or sorry, these two deputies assigned to G-Pod Rover

5 on November 6th and 7th of 2021 were responsible for

6 monitoring the 4 to 5 classification inmates in G Bravo

7 and G Charlie, the sex offenders in G Alpha, and the

8 pre-classification detainees in G Delta; is that fair?

9     A.   Yes.

10     Q.   Okay.  And do you know how many total inmates

11 or detainees were housed in G-Pod on the night of the

12 incident?

13     A.   No, ma'am.

14     Q.   Okay.  Is there somewhere where you can look

15 to find that information?

16     A.   I believe we can check in our jail management

17 system.  I think we can pull up a head count for a

18 specific day, but I don't -- I didn't think to research

19 that prior to this.

20     Q.   That's okay.  So you -- the notice that I

21 provided for this deposition, it instructed that you be

22 prepared to discuss staffing related issues at the

23 Marion County Jail between 2016 and 2021.  So I'm going

24 to ask you a few things about the Marion County Jail

25 between 2016 and 2021, okay?


MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

1    A.    Okay.

2    Q.    So between 2016 and 2021, did Marion County

3 Jail experience any sort of increase in its inmate or

4 detainee population?

5        MR. BOGAN:  Object to form.  Go ahead.  You can

6    answer.

7        THE WITNESS:  Okay.  I have to look at our --

8    yes, we did have an increase -- yeah, an increase

9    from 2016 through 2021.

10    BY MS. HARTON:

11    Q.    Can you describe that increase for me?

12    A.    So 2016 -- and I -- and I pulled numbers from

13 November of each year since the incident occurred

14 November of 2021, so these numbers come from November of

15 each year.  Our average daily population for 2016 was

16 1,039.

17    Q.    That was 2016?

18    A.    2016.  2017, we had 1,262.

19    Q.    62?

20    A.    Yep.  1,262.

21    Q.    Okay.

22    A.    2018, we had 1,410.

23    Q.    Okay.

24    A.    2019, we had 1,454.

25    Q.    Sorry.  1,454?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1        A.   Yes.  2020, there was 1,557.

2        Q.   Okay.

3        A.   2021, there was 1,834.

4        Q.   So it was a pretty gradual increase between

5   2016 and 2020.  And then there was a significant

6   increase between 2020 and 2021.  Would you agree with

7   that?

8              MR. BOGAN:  Object to form.  You can answer.

9              THE WITNESS:  Yes.

10        BY MS. HARTON:

11        Q.   Okay.  And do you have any idea why there was

12   this gradual increase between 2016 and 2020?

13        A.   No.  It -- it -- it just -- it just

14   fluctuates. You know, for instance, in June of 2024, we

15   had 1,922 inmates, where today, we were at 1,597, when I

16   came in this morning.

17        Q.   Okay.  So that's a -- that's a significant

18   decrease of inmates in that amount of time.  So it just

19   fluctuates.  It just boils down to amount of arrests

20   versus the amount of releases.

21              And do you have any idea what caused the

22   larger jump between 2020 and 2021?

23        A.   No.

24        Q.   Okay.  And you said the word "fluctuate" a few

25   times, but you would agree with me between 2016 and

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  2021, it didn't really fluctuate.  It steadily

 2  increased, right?  It didn't go back and forth?  It

 3  increased, right?

 4          MR. BOGAN:  Object to form.  You can answer.

 5          THE WITNESS:  It did.  It increased.

 6       BY MS. HARTON:

 7       Q.   Okay.  Tell me about just generally as, you

 8  know, the person here to testify about staffing at

 9  Marion County, what sorts of challenges might be

10  associated with a steadily increasing jail population?

11          MR. BOGAN:  Object to form.  Go ahead.

12          THE WITNESS:  I mean, there -- there are --

13       there are different challenges.  You have more --

14       you know, more inmates, it takes longer to feed, it

15       takes longer to do head count.  You have more

16       inmates for court, so more inmates to transport back

17       and forth to court.  Just every -- every -- every

18       detail within the -- the detention environment just

19       takes a little longer to do.

20       BY MS. HARTON:

21       Q.   You would agree with me that deputies,

22  sergeants, lieutenants, captains, all staff within the

23  Marion County Jail are responsible for the safety and

24  security of the inmates, right?

25       A.   Yes.

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q.   Okay.  And would you agree that a larger jail
 2  population is typically more difficult to manage as far
 3  as safety and security than a lower population jail?
 4           MR. BOGAN:  Object to form.  You can answer.
 5           THE WITNESS:  I think that's -- that's --
 6       that's reasonable to say, right.
 7      BY MS. HARTON:
 8      Q.   Okay.
 9      A.   You have more inmates, there's -- there's more
10  opportunities for things to occur.
11      Q.   Yeah.  More inmates, it's harder to control
12  and anticipate their conduct because there's just more
13  of them that you have to keep track of, right?
14      A.   No matter how many inmates you have is you --
15  you -- you -- you can't anticipate their conduct at any
16  -- any time, you know, but more inmates just create more
17  challenges.
18      Q.   Well, I said control and anticipate.  You --
19  would you agree that with more inmates, it's more
20  challenging for staff to control their conduct when
21  there's more of them versus less of them?  I mean,
22  that's fair to say, right?
23           MR. BOGAN:  Object to form.  You can answer.
24           THE WITNESS:  Yes.
25      BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1      Q.   Okay.  I know these -- some of these questions

 2   sound kind of silly, but I'm just trying to establish

 3   our baseline, the things that we can agree on before I

 4   ask questions that I don't really know the answers to.

 5           So as that population was steadily increasing

 6   between 2016 and 2020, did Marion County do anything to

 7   increase its staffing to accommodate the higher number

 8   of inmates?

 9      A.   Yes.

10      Q.   Okay.  What was done between -- I -- and I

11   don't want to talk about 2021 quite yet.  Just between

12   2016 and 2020, what did Marion County do to address the

13   steady increase in inmate population as far as staffing

14   goes?

15      A.   Well, in -- in 2019, as we discussed earlier,

16   April 2019, there was a staffing analysis done to, you

17   know, determine our -- our staffing levels.

18      Q.   Okay.  Is there anything else?

19      A.   There were increases in our authorized

20   positions from -- you know, during -- during that --

21   that time span.

22      Q.   I keep seeing you look off -- it looks like

23   you might be looking at a record and that's totally

24   fine.  I just -- I want to make sure I know what record

25   you're looking at.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1      A.   Okay.  So this chart is one that I've created

 2  based off -- off of those distribution reports that we

 3  discussed earlier.

 4      Q.   Okay.

 5      A.    So, you know, I'm -- I'm referring to those

 6  numbers as I'm -- as I'm discussing that with you.

 7          MS. HARTON:  Bruce, do you -- have you produced

 8      that to me?

 9          MR. BOGAN:  No, I haven't produced it

10      because --

11          MS. HARTON:  Yeah.

12          MR. BOGAN:  -- yeah, it was just created, so --

13          MS. HARTON:  That's totally fine.  Could we --

14      could we mark it as -- I need to take a break and

15      use the restroom.

16          Could we mark that as Exhibit 61?  And if you

17      wouldn't mind, you could scan it or take a picture

18      of it and send it to me just so that I can -- it

19      would be really helpful if I could look at that.

20             (Exhibit 61 was marked for identification.)

21          MR. BOGAN:  Yeah.  I can -- how about I just

22      text it to you?

23          MS. HARTON:  That would be great.

24          MR. BOGAN:  Okay.

25          MS. HARTON:  And Aaliyah, we can go off the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1    record for a moment.  Let me put my cell phone on

 2    the record.

 3          THE REPORTER:  Sorry.  Give me one second.

 4             (A recess was taken.)

 5          THE REPORTER:  We're back on record.

 6          MS. HARTON:  Okay.

 7    BY MS. HARTON:

 8    Q.   So we left off talking about staffing in --

 9    between 2016 and 2020.  You've provided this chart that

10    you made, Captain, that kind of outlines the personnel

11    and staffing authorization for those years in 2021 and

12    2025.  And this is marked as Exhibit 61.

13          Captain, you made this chart yourself,

14    correct?

15    A.   Yes.

16    Q.   And this -- was this drawn from the October --

17    or sorry.  Was this drawn from the distribution sheets

18    that you were referencing earlier?

19    A.   Yes.

20    Q.   Okay.  And let me just pull up Exhibit 62 and

21    show it to you.  Is this the October 2021 distribution

22    sheet that we were -- you were referencing earlier?  I

23    can zoom in for you.  Let's see.

24    A.   I'd have to look at it.  I don't see the year

25    -- I don't see the year on that.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1      Q.   Does that look like the October 2021

 2  distribution sheet you were referencing earlier?

 3      A.   Yes.  Just according to the final numbers down

 4  there, it does look like the --

 5      Q.   Okay.

 6      A.   -- October 2021.

 7      Q.   Okay.  And you used this sheet and other

 8  similar sheets to create this chart that is now Exhibit

 9  61, right?

10      A.   Correct.

11      Q.   Okay.  I want to talk about this chart and --

12  that you made, just it's a little easier than the big

13  sheets.  It's -- it names the number of housing units

14  per year.  Are those the big pods we were referencing;

15  Alpha Pod, Bravo Pod, Charlie Pod, et cetera?

16      A.   Yes, ma'am.  And -- and it indicates which --

17  which -- how many housing units were open at the time.

18      Q.   Okay.

19      A.   As you see, as the -- the ADP increased, so

20  did the number of pods we had.  You know, we -- we

21  opened more pods as the average daily population

22  increased.

23      Q.   So ADP stands for average daily population,

24  correct?

25      A.   Correct.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       Q.   Okay.  And these were the numbers you were

2   reading to me earlier that were the average daily

3   population for a year, right?

4       A.   Correct.

5       Q.   Okay.  Tell me, what are authorized positions?

6   Are those the number of personnel you're allowed to have

7   based on that yearly budget?

8       A.   Yes, ma'am.

9       Q.   And the sheriff makes that budget?

10      A.   It's a -- it's proposed through the County

11  Commission, and the County Commission approves -- gives

12  the final approval of --

13      Q.   Okay.

14      A.   -- the overall sheriff's budget.

15      Q.   So between 2017 and 2018, it looks like the

16  County Commission actually reduced the number of

17  authorized positions; is that -- is that a fair read of

18  this chart?

19      A.   According to the distribution report, yeah,

20  that -- there was a decrease.  I don't know as to the

21  reason why.

22      Q.   Okay.  That was my next question.  So -- and

23  then -- and they were decreased even though the daily

24  population had increased by about 150; is that fair?

25      A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Do you recall any deficiencies in your

2  staffing associated with the increased daily population

3  and decrease in authorized personnel that -- between

4  2017 and 2018?

5    A.   No, ma'am.

6    Q.   Okay.  And then in 2020, you had the average

7  daily population increased by almost 300 detainees and

8  inmates, and then the Commission only added ten

9  authorized positions; do you see that?

10    A.   Are you -- you referencing from 2020 to 2021?

11    Q.   Yes.  I'm sorry.

12    A.   Okay.  Yeah.  Yes.

13    Q.   Do you -- as the person here to testify about

14  staffing at Marion County, do you think that adding ten

15  authorized positions was sufficient to accommodate the

16  more -- almost 300 additional inmates and detainees that

17  year?

18         MR. BOGAN:  Object to form.  You can answer.

19         THE WITNESS:  I think that it was at this time

20     that the County Commission was reviewing the -- the

21     -- the staffing analysis that was in place and they

22     were formulating a plan to -- to begin those

23     increases.

24         And, you know, we discussed earlier about

25     fluctuation of -- of numbers, right?  These numbers

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1    that -- that I -- I gave you were from November of

 2    each one of those years.  We -- we've had as many as

 3    -- before 2007, before the expansion of the jail, I

 4    remember there's times where we were over -- well

 5    over 2000 inmates, right?  There's -- I don't know.

 6    I -- I'd have to look at the -- the ADP between the

 7    years of 2017, 2018.

 8         There may have been months of -- of fluctuation

 9    and -- and -- I do have a -- I do have a report

10    here.  I just want to kind of review that.  This is

11    from the Marion County Sheriff's Office Detention

12    Bureau monthly yearly averages, 1985 to 2024.  I

13    don't know if you've been given that.

14         But for instance, in the year -- in 2016 --

15    January of 2016, we had 1,231 inmates.  November of

16    that same year, we had 1,039.  So you had almost a

17    200-inmate fluctuation in that year.

18         2017, January, you had 1,035 inmates. November,

19    you had 1,262.  But just within that time frame, you

20    had an increase of 230 inmates.

21         January of 2018, you had 1,295 inmates.  And

22    November of that same year, you had 1,410.  You had

23    a fluctuation, you know, within that year as well.

24         January of 2019, you had 1,427 inmates.  And

25    then November, you had 1,454.  That stayed kind of

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    in line.

2        2020, January, you had 1,603 inmates.  And then

3    November, you had 1,557.  So you see a slight

4    fluctuation there.

5        And then 2021, you go from January of 1,665 to

6    1,834.  So there -- there's multiple years there

7    where you have a fluctuation of a couple hundred

8    inmates within that 11-month period.

9        So the County Commission isn't basing -- you

10   know, I don't think that they're basing their

11   numbers of people they're approving for us solely on

12   the ADP for -- you know, because how do you take --

13   because let's say you have one year where you have,

14   you know, eight --

15       Just this past year -- if we look at this past

16   year, like I mentioned, in June, we had 1,922

17   inmates. Well, right now, we have 1,597.  The County

18   Commission could look at that and say, oh, whoa,

19   wow.  We had a great deal of fluctuation within that

20   time, so we're going to take positions away.  I

21   don't think that those are -- that's how they're

22   making the decisions on how to staff.

23    BY MS. HARTON:

24    Q.   Looking at this chart, it looks like pretty

25   consistently, Marion County employs approximately -- let



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1  me strike that.

2          It looks like Marion County does not fill

3  approximately 20 to 30 of the authorized positions every

4  year.  Do you -- do you kind of see that pattern on

5  here?

6      A.  So you'd have to consider the time frame right

7  here, which is November.

8      Q.  I'm just -- I'm sorry.  That was just like a

9  yes or no question.  And then we'll kind of get to the

10 explanations.  I just need you to kind of confirm we're

11 looking at the same thing.

12         MR. BOGAN:  Object to form.

13         You can answer however you want.  Go ahead.

14         THE WITNESS:  According to this chart, November

15    of every year, it does -- yes, it does appear that

16    way.

17   BY MS. HARTON:

18     Q.  Okay.  Do you -- and now, do you have an

19 understanding of why 20 to 30 vacancies remain in the

20 authorized personnel staffing at Marion County Jail on

21 -- between this 2016 to 2021 time period?

22     A.   Yes.  So being that these numbers were taken

23 November of every year -- our fiscal year begins October

24 1.  So there's approved positions beginning October 1.

25 So this is only, you know, a month in that fiscal year,



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  so we have to have time to fill those spots.

2       Q.   Has the -- has the staffing, the actual

3  personnel, between 2016 or 2021, ever been an

4  insufficient number to maintain the security and safety

5  of the Marion County Jail?

6       A.   No.

7            MR. BOGAN:  Object to form.

8       BY MS. HARTON:

9       Q.   Okay.  Have you ever gone to the County

10 Commission and advocated to increase the number of

11 authorized personnel at the Marion County Jail?

12      A.   Speaking on behalf of the sheriff, yes --

13      Q.   Yeah.

14      A.   -- I have not personally.  Sheriff's office

15 has.

16      Q.   Okay.  And who personally went to the County

17 Commission and advocated for that increased staffing?

18      A.   The sheriff, Sheriff Woods.

19      Q.   The sheriff himself, okay.  And do you know

20 why he did that?

21           MR. BOGAN:  Object to form.  You can answer.

22           THE WITNESS:  I mean, based on -- on the -- the

23      growth of the county, and -- and anticipated growth

24      in population, and just because -- so we -- we were

25      -- just because security was never breached or, you



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    know, there -- there -- there are better ways of --

2    of manning the positions, we relied heavily upon

3    overtime.

4        And we used compensatory leave to -- to

5    compensate our deputies, you know.  So we would fill

6    those positions and ensure that they were -- you

7    know, that they were filled, but it was the use of

8    -- use of overtime.

9        So, you know, based upon the staffing analysis

10   that would took place in 2019, there was an emphasis

11   on -- on increasing our -- our manpower to rely less

12   on overtime.

13    BY MS. HARTON:

14    Q.   So safe to say that the sheriff went to the

15   County Commission to advocate for more authorized

16   personnel in the jail because a higher number of workers

17   were necessary to maintain the functioning of the jail

18   without requiring a high number of deputies to work

19   overtime; is that fair?

20    A.   Yes.

21    Q.   And that's your understanding of why the

22   sheriff went to testify in front of the Commission,

23   right?

24    A.   Yes.

25    Q.   But really only the sheriff himself would know



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

1  exactly his motivation and purpose in going to the

2  Commission, right?

3      A.   Yes.

4      Q.   Okay.  Do you know how many times the sheriff

5  testified in front of the Commission, advocating for

6  higher staffing at the jail?

7      A.   I don't have a date -- number of times.

8      Q.   Approximately?  Approximately?

9          MR. BOGAN:  Object to form.  Go ahead.

10          THE WITNESS:  I think every year we have budget

11      meetings, you know, and budget workshops, and so it

12      would be probably be safe to say that at these

13      workshops that he is advocating for more personnel.

14      BY MS. HARTON:

15      Q.   Were there any staffing analyses done?  Are

16  you aware of a staffing analysis that was conducted in

17  2014 at the Marion County Jail?

18      A.   No.

19      Q.   Okay.

20      A.   I mean, I'm -- I'm aware that one took place

21  just because it is in the staffing analysis from 2019.

22  That's my only knowledge of that.

23      Q.   Are you aware that that staffing analysis

24  conducted in 2014, referenced the staffing at Marion

25  County as woefully low?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1          MR. BOGAN:  Object to form.  Go ahead.

 2          THE WITNESS:  No, I don't have any knowledge of

 3     what was in that report.

 4     BY MS. HARTON:

 5     Q.   Are you aware of any increases -- significant

 6 increases in staffing between 24 -- after that 2014

 7 analysis took place?

 8     A.   I'm not aware of any.

 9     Q.   Looking back at your chart, that 2019 staffing

10 analysis that was conducted in 2019, can you give me --

11 it looks like after that staffing analysis was conducted

12 in 2019, the Commission added 12 positions.  Does that

13 look correct, between 2018 and 2019?

14     A.   Yes.

15     Q.   Okay.  Because the report came out in April

16 2019, and then the Commission would've redone the

17 authorized personnel in October of 2019, right?

18     A.   Right.

19     Q.   They added 12 personnel.  And then the next

20 year, they added eight, it looks like, right?

21     A.   Yes.

22     Q.   And the next year, they added ten, right?

23     A.   Yes.

24     Q.   And since 2021, the four-year period between

25 2021 and 2025, they've added over 100 personnel, right?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   Yes.

2      Q.   Okay.  Do you know if those -- who those

3  personnel are?  Are they primarily deputies or civilian

4  staff?  Do you know?

5      A.   So it's a mixture of both.  You say you have

6  detention deputies, you have detention assistants.  I

7  think we increased our transportation deputy position by

8  two.  We've added canine positions last year -- just

9  last year, we added two canine positions.

10          And this past week, we've added two more.  So

11  now we have four -- four canine/transport deputies that

12  work within the jail.  So they help with transporting

13  inmates to and from the pods, and to medical, and to --

14  to outside court.  So there's been -- you know, there's

15  been positions, you know, throughout -- throughout the

16  jail.

17      Q.   This personnel chart that you made that's

18  Exhibit 61, this is only referencing personnel in the

19  jail, right?

20      A.   Yes.

21      Q.   Okay.  The sheriff's office also has patrol

22  officers and people who do not work in the jail, right?

23      A.   Yes.

24      Q.   So you said there's a canine unit.  Is that in

25  the jail?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1        A.   It is in the jail.

2        Q.   Your jail has a canine unit?

3        A.   Yes.

4        Q.   Okay.  Interesting.  So let's talk about the

5   2019 staffing analysis.  Do you know why that 2019

6   staffing analysis was conducted?

7        A.   It's at the request of Sheriff Woods.

8        Q.   Do you have any idea why he requested it?

9        MR. BOGAN:  Object to form.  You can answer.

10       THE WITNESS:  To have justification to request

11     more staffing to the County Commission.

12     BY MS. HARTON:

13       Q.   And if you could just give me a general

14   understanding of what your understanding was of the

15   outcome, what were the results and findings of that

16   analysis?

17       A.   So based upon Page 17 of that report, at that

18   time, we had 287 authorized positions, and the outcome

19   of that was that the company that conducted this review

20   outlined that we needed 440 positions.

21       Q.   And even as you sit here today, the Commission

22   has not authorized 440 positions, right?

23       A.   Right.

24       Q.   Okay.  So in the almost six years -- five-and-

25   a-half years since -- or no, almost six years since this



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

 1  report came out, as we sit here today in March 2025, the

 2  county has not provided the amount of staff that this

 3  report assessed as necessary to run the jail, right?

 4          MR. BOGAN:  Object to form.  Go ahead.

 5          THE WITNESS:  Yes.

 6      BY MS. HARTON:

 7      Q.   Okay.  How does that impact the day-to-day

 8  function of the jail?

 9          MR. BOGAN:  Object to form.

10          THE WITNESS:  You say I can answer?

11          MR. BOGAN:  Yeah, you can answer if you

12      understand.  Go ahead.

13          THE WITNESS:  I mean, we have more staff today

14      than we -- we've ever had.  I mean, we're only ten

15      positions away from the goal, and the County

16      Commission has every year given us more and more

17      deputies.  So I think, you know, with resources that

18      we've been given over the past couple of years, it

19      has definitely helped -- helped the deputies to

20      accomplish their mission.

21      BY MS. HARTON:

22      Q.   Yeah.  But in 2021, even two years after this

23  report came out, you were more than 100 authorized staff

24  below what this report said the jail needed, right?

25      A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    Q.   So in 2021, how did that impact the daily

2  function of the jail?

3         MR. BOGAN:  Object to form.  You can answer if

4     you understand.

5         THE WITNESS:  If you recall earlier, we talked

6     about how we -- we use overtime to -- to meet the

7     objective, right?  So we still had the -- the

8     manpower to keep the -- the jail running smoothly

9     and jail running securely.

10         It's just we relied more heavily upon overtime

11     to achieve that.  Whereas today, we -- we don't have

12     to rely as heavily upon overtime.

13     BY MS. HARTON:

14    Q.   Are you aware that between 2019 and 2020,

15  violent incidents between inmates more than doubled in

16  the Marion County Jail?

17         MR. BOGAN:  Object to form.  You can answer.

18         THE WITNESS:  I was -- I was not aware of that.

19     BY MS. HARTON:

20    Q.   Okay.  Would that surprise you if you were to

21  learn that between 2019 and 2020, reported violent

22  incidents between inmates more than doubled?

23         MR. BOGAN:  Object to form.

24         THE WITNESS:  Yes, that would be surprising --

25     a surprising number.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1       BY MS. HARTON:

 2       Q.    That would be surprising?

 3       A.    That's a -- yeah, I think that's a surprising

 4  number for anyone to think that the violent things would

 5  double.  You know, that -- that's -- you know, it

 6  wouldn't be expected.

 7       Q.    Would you -- I think you called it the smooth

 8  running of the jail.  Would you cause -- call that

 9  significant increase in violence between inmates

10  associated with a smooth running of a jail?

11            MR. BOGAN:  Object to form.  You can answer if

12       you understand.

13            THE WITNESS:  No, ma'am.

14       BY MS. HARTON:

15       Q.    Why not?

16            MR. BOGAN:  Object to form.  Go ahead.

17            THE WITNESS:  Well, I mean, you -- you -- you

18       know, you don't -- as -- as -- as a detention deputy

19       you don't want other inmates, you know, harming, you

20       know, other inmates.  That's not -- that's not the,

21       you know, that know the goal, right?  We're -- we're

22       called to -- to maintain best, you know, security of

23       -- of the inmates.

24            So I think it goes without saying that if

25       there's an increase of like you know, double amount

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1      of violent offenses, that's not where you want to

 2      be.

 3       BY MS. HARTON:

 4      Q.    And there are things that jailers can do to

 5  reduce the level of violence that occurs within a jail,

 6  right?

 7          MR. BOGAN:  Object to form.  You can answer.

 8      Outside the course and scope of this witness'

 9      30(b)(6) --

10          MS. HARTON:  Bruce, I cannot hear your

11      objection.  And I also would -- it's a speaking

12      objection.  I can't -- you can't object like that.

13          MR. BOGAN:  Well, I'm not -- I am objecting,

14      but I can object to the fact that this is outside

15      the scope of what the -- this 30(b)(6) witness'

16      topic is. And so you're -- you know, the more

17      questions you ask about that, the more I'm going to

18      object to, it's outside the scope of the topic.

19          MS. HARTON:  Okay.

20          Aaliyah, did he answer my question?  I'm sorry.

21          THE REPORTER:  No.  Sorry.

22          MS. HARTON:  Would you mind reading back my

23      question and seeing if he can answer it for me?

24          THE REPORTER:  Yes.  Give me one second.

25          MS. HARTON:  Thank you.  I'm sorry.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              (The requested question was read back.)

 2       BY MS. HARTON:

 3       Q.   You can -- you have to answer the question,

 4   Captain.

 5              MR. BOGAN:  Same objection.  Go ahead.

 6              THE WITNESS:  Yes.

 7       BY MS. HARTON:

 8       Q.   Yeah.  One of those things is increase the

 9   level of monitoring and surveillance that is occurring

10   over the inmates and detainees, right?

11              MR. BOGAN:  Object to form.  Go ahead.

12              THE WITNESS:  Yes.

13       BY MS. HARTON:

14       Q.   Okay.  But you are not aware of anything that

15   the jail did between 2019 and 2020 to accommodate any

16   rise in violence that may have been occurring within the

17   jail, right?

18              MR. BOGAN:  Object to form.  Outside the scope

19       of the witness' topic.  Go ahead.

20              THE WITNESS:  No, I'm not aware.

21       BY MS. HARTON:

22       Q.   Okay.  And you're not aware of any measures

23   that the jail took -- or the sheriff took to address any

24   changes or rises in violence in the jail between 2020

25   and 2021, correct?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          MR. BOGAN:  Object to form.  Same objection.
 2          THE WITNESS:  No, I'm -- I'm not aware.  And if
 3       we're talking about the time frame between 2019 and
 4       2020, I'd just like to remind you that I was
 5       transferred out of the jail December of 2019 and did
 6       not return back to the jail until January of 2024.
 7       BY MS. HARTON:
 8       Q.   Okay.  But you are still -- you were -- you
 9    were prepared here to speak about anything related to
10    staffing at the Marion County Jail between 2016 and
11    2021, right?
12       A.   Right.  Staffing, but not necessarily
13    procedures that were put in place -- security procedures
14    during that time frame.  I wouldn't have --
15       Q.   And you're -- but you're not aware of any --
16    sorry, go ahead.
17       A.   Yeah, I wouldn't -- I wouldn't have been privy
18    to any of that additional security measures that were
19    put in place during that time frame.  I was working at
20    the --
21       Q.   Well, you're also not aware -- you're not
22    aware of any increased staffing that was associated with
23    trying to mitigate the increased violence within the
24    jail, are you?
25       A.   Well, I was tasked with doing the research in
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  preparation for this.  So yeah, I did look into those

 2  things, right.  But no -- no, during the time frame I

 3  would not have been, you know, privy to any of that.

 4      Q.   Right.  But now you are.  And so I'm asking

 5  you, as you sit here today, are you aware of any

 6  staffing increases made in 2019, 2020, or 2021

 7  specifically to address any increase in inmate on inmate

 8  violence within the jail?

 9          MR. BOGAN:  Object to form.  Go ahead.

10          THE WITNESS:  I think the increases that we

11      discussed in 2019, 2020, 2021, the increase of -- of

12      -- of staffing is to address all issues within the

13      jail, including those of violent offenses that occur

14      within the jail.

15      BY MS. HARTON:

16      Q.   And that was an increase -- excuse me.

17          That was an increase of, I believe it was

18  eight authorized personnel between 2019 and 2020, and

19  ten authorized personnel between 2020 and 2021, right?

20      A.   Yes.

21      Q.   And not all of them were detention deputies

22  who would've been responsible for the monitoring and

23  surveillance of inmates, right?

24      A.    No, they would've either been detention

25  deputies or detention assistants, or a combination of

**MILESTONE** | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  both, which are all responsible for the surveillance of

 2  inmates.

 3        Q.   Well, they may also have been transportation,

 4  or warrant, or food service officers, right?

 5             MR. BOGAN:  Object to form.  Go ahead.

 6             THE WITNESS:  They -- they could have been.  I

 7     don't know the breakdown of those particular years.

 8        BY MS. HARTON:

 9        Q.   Okay.

10        A.   You know, as far as --

11        Q.   Would you defer to the distribution reports to

12  show us exactly what the changes in staffing and what

13  assignments they had were, for that time period?

14        A.   Yes.

15        Q.   Okay.  That's fine.  Besides the 2014 and 2019

16  staffing analyses, were there ever any -- were there any

17  other analyses done regarding staffing at the Marion

18  County Jail?

19        A.   Not that I'm aware of.

20        Q.   Okay.  I'm just going to ask you a few

21  questions about the report and then I'll be done.  We go

22  to Page 1.  This is Page 4 of the PDF, but it's marked

23  Page 1 of the report.

24             At the top, it says, "Final Report Marion

25  County Jail Staffing Analysis."  And then below there

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  are some bullet points, and we talked about how that has

2  your name; you see that?

3          A.   Yes.

4          Q.   And it says that you had four days of meeting

5  with small working groups.  And that you met with a

6  bunch of other jail personnel.  And that there were

7  notes from the first two meetings as Appendix A.  Do you

8  see that on Page 1?

9          A.   Yes.

10          Q.   Okay.  So there were only notes for the first

11  two meetings.  Do you know if there are any notes from

12  the second two meetings?

13          A.   I -- I --

14          Q.   Or any other meeting between this group?

15          A.   I do not know.

16          Q.   Did you take any personal notes on your

17  computer or on a notepad?

18          A.   I -- I don't think I did.  I think we -- it

19  was like a collective note-taking thing.  I don't think

20  I had -- had any notes that I took personally.

21          Q.   Do you recall seeing anyone else taking notes

22  on their computer or their notepad?

23          A.   I can't remember.  I -- like, I wouldn't be

24  able to tell you a name, but I'm -- I'm sure that

25  someone was taking notes, you know, for the -- for the

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  report.  I don't know if it was the gentleman who was

2  conducting the report, Rod Miller, I'm sure he was

3  taking notes.

4          But it was more -- if I recall correctly, it

5  was more of a round table type discussion where we're

6  brainstorming and -- and -- and throwing ideas back and

7  forth.

8      Q.  So going to the next page, it says, "At the

9  first meeting working group participants identified

10  their concerns about the jail.  Their concerns

11  included:" and there are a bunch of bullet points there;

12  do you see that?

13     A.  Yes.

14     Q.  And you were one of these working group

15  participants who identified some of these concerns,

16  right?

17     A.  Yes.

18     Q.  Okay.  And do you remember which concerns you

19  specifically had?

20     A.  I was in facilities -- facilities at the time.

21  I'm trying to look through here in what -- what areas I

22  would've brought up.

23          I would say probably the one where it says,

24  "The need to say no if an activity can't be done safely,

25  and permission to set limits."  That would often happen

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  if like a -- so I was in facilities at the time so I

 2  would be over at the maintenance crews.

 3          So sometimes there'd be a work order that was

 4  completed and a maintenance guy would have to come in,

 5  whether it's to fix a toilet, or a light, or something

 6  of that effect, and the pod officer, you know, would

 7  say, no, you can't come in right now.  You have to come

 8  back a little later.

 9          You know, because they may have other things

10  going on at the same time, so just canteen or laundry.

11  So that was -- that was more than likely brought up by

12  me.

13      Q.   I want to go to the third bullet point.  It

14  says, "Critical incidents - frequency and type."  Do you

15  see that?

16      A.   Yes.

17      Q.   Well, as far as your concerns as a working

18  group, what is that referencing?

19          MR. BOGAN:  Object to form.  You can -- you can

20      answer.

21          THE WITNESS:  Any type of critical incident

22      within the -- within the -- the jail.  Critical

23      incident could be a -- a suicide attempt, or a

24      battery on staff that's significant.  Any of those

25      things would qualify as a critical incident.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1      BY MS. HARTON:

 2      Q.   Would it include inmate on inmate violence?

 3           MR. BOGAN:  Object to form.

 4           THE WITNESS:  No, not generally.

 5      BY MS. HARTON:

 6      Q.   Okay.  Only if that inmate on inmate violence

 7  rose to the level of someone getting really hurt, right?

 8           MR. BOGAN:  Object to form.

 9           THE WITNESS:  Yes.  If there was significant

10      injury and our deputies were -- you know, were, you

11      know, witness to that and something that would, you

12      know, affect them, then yes, that would probably

13      fall under a critical incident.

14      BY MS. HARTON:

15      Q.   Okay.  Next bullet point, "Declining

16  thoroughness in daily operations caused by staffing

17  shortfalls."  Can you explain that concern?

18      A.   I can't -- I don't recall that that would've

19  come from me.  So I don't know what -- what they're

20  referencing there.

21      Q.   I want to go down one -- it's one, two, three,

22  four, five, six, seven, eight, nine, ten, 11, the 12th

23  bullet point.  It says, "Inmates know we're short." What

24  does that mean?

25           MR. BOGAN:  Object to form.  Go ahead.


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1          THE WITNESS:  Inmates know that we're short-
 2     staffed.
 3      BY MS. HARTON:
 4      Q.   And why is that a concern, or why was that a
 5  concern?
 6          MR. BOGAN:  Object to form.  Go ahead.
 7          THE WITNESS:  That'd be a concern because
 8     inmates are manipulative.  So they would take
 9     opportunities, you know, as they arose to -- to be
10     able to do whatever it is that they wanted -- you
11     know, wanted to accomplish.
12      BY MS. HARTON:
13      Q.   That could include fighting with other
14  inmates, right?
15          MR. BOGAN:  Object to form.
16          THE WITNESS:  Yes.
17      BY MS. HARTON:
18      Q.   Sorry.  Was that a yes?
19      A.   Yes.
20      Q.   Okay.  Do you know if -- was that concern that
21  inmates knew you were short-staffed still a concern in
22  2021?
23          MR. BOGAN:  Object to form.
24          THE WITNESS:  Yes.
25      BY MS. HARTON:


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1      Q.   Going to the next page, it says, "Participants
 2   were asked to identify changes in the context of the
 3   jail since 2007, when the jail was expanded."  And then
 4   it lists a bunch of changes that you, the eight people
 5   in the working group, identified.  Is that a correct
 6   kind of summary of what this page reflects?
 7      A.   Yes.
 8      Q.   Okay.  And I just want to focus on one, down
 9   under the subheading, Inmates.  It says, "Gangs
10   increasing demands to separate inmates in housing."  And
11   "More violence."  Do you see that?
12      A.   Yes.
13      Q.   Okay.  So fair to say, based on this, that the
14   working group had identified an increase in violence at
15   the jail; is that fair?
16          MR. BOGAN:  Object to form.  Go ahead.
17          THE WITNESS:  Yes.
18   BY MS. HARTON:
19      Q.   Okay.  What -- can you describe for me any
20   discussion that occurred amongst the eight of you
21   regarding the increase in violence at the jail that made
22   you put it on this list?
23      A.   I don't recall.
24      Q.   Do you -- was this increased violence in the
25   jail still a concern in 2021?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1          MR. BOGAN:  Object to form.  Go ahead.

 2          THE WITNESS:  I was not in the jail during

 3     2021, so I can't speak on that.

 4     BY MS. HARTON:

 5     Q.   And you don't know who on this committee -- on

 6  this -- on this working group would've identified this

 7  "more violence" change?

 8     A.   No, ma'am.  No, not without assuming.

 9     Q.   So you were not at the jail in -- you were at

10  the jail in 2019 when this -- when this report was

11  completed, right?

12     A.   Yes.

13     Q.   Okay.

14     A.   Yes, ma'am.

15     Q.   Then I want to scroll down three pages to Page

16  6, Page 9 of the PDF.  And at the bottom there's this

17  figure, "A-5: Tower in Older Pod."  Do you see that?

18     A.   Yes.

19     Q.   Okay.  Those are those overhead towers that --

20  such as the one that you were referring to in Alpha,

21  where civilian staff can monitor and surveil inmates

22  from above, right?

23     A.   Yes.

24     Q.   That does not exist in G-Pod, right?

25     A.   Right.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1       Q.   And it did not exist in G-Pod in 2021, right?

 2       A.   Right.

 3       Q.   There was no overhead view into G-Pod in 2021,

 4  right?

 5       A.   Right.  With the exception -- with the

 6  exception of cameras.

 7       Q.   Right.

 8       A.   Because we had cameras in there at the time.

 9       Q.   And then I'm going to go Page 7 at the bottom.

10            It says, "Step 1 Summary: Very few changes in

11  recent years make it easier to operate the jail, and

12  many increased the risks presented to staff and

13  inmates."  Do you see that?

14       A.   Yes.

15       Q.   Do you know anything that it was referring to

16  here that would've increased the risk presented to staff

17  and inmates?

18            MR. BOGAN:  Object to form.  Go ahead.

19            THE WITNESS:  I'm sorry, I'm just reading, you

20       know, for context, I'm looking at previous paragraph

21       because I'm not sure -- I -- I -- I don't know what

22       -- what the author of this was referencing.  I can't

23       -- I can't speak on what you all's author was

24       talking about there.

25        BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1       Q.   Go on the next page, Page 8.  There's a list

 2  of recommendations; do you see that?

 3       A.   Yes.

 4       Q.   Okay.  Looking at recommendation A1.  It says

 5  that, "The recommendation was to safely reduce jail

 6  occupancy by working with criminal justice officials to

 7  develop alternatives to jail and to implement new

 8  policies and practices."  Do you see that?

 9       A.   Yes.

10       Q.   Are you aware with any policies or practices

11  that were implemented as a response to this

12  recommendation?

13            MR. BOGAN:  Object to form.  Go ahead.

14            THE WITNESS:  No.

15       BY MS. HARTON:

16       Q.   Are you aware of -- strike that.

17            The average jail population did not decrease

18  in the two years following this recommendation, correct?

19       A.   I'm sorry, can you repeat that for me?

20       Q.   This recommendation -- or the staffing

21  analysis from 2019 recommends that the jail reduce its

22  jail occupancy, but that reduction in average jail

23  occupancy did not occur between 2019 and 2021, correct?

24            MR. BOGAN:  Object to form.  Go ahead.

25            THE WITNESS:  Correct.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1    BY MS. HARTON:

 2    Q.   Going down to A5, it says, "Improve the

 3 quality of inmate supervision and housing units.

 4 Personally view every inmate at least hourly, or more

 5 frequently as policies require."  Are you aware of any

 6 policy within the Marion County Jail requiring the

 7 deputies to view any inmate more than once an hour?

 8        MR. BOGAN:  Object to form.  Go ahead.

 9        THE WITNESS:  No.

10    BY MS. HARTON:

11    Q.   Going down to A6.  It says, "Revise policies

12 and procedures to authorize supervisors to reduce demand

13 to match actual supply on a shift.  Specify the actions

14 that may be implemented in order of priority."  Can you

15 explain to me what your understanding of this

16 recommendation is, what it means to you?  What it's

17 telling you guys to do?

18    A.   Excuse me.  I'm just rereading it.

19        MR. BOGAN:  Object to the form of the question

20    as well.  Go ahead.

21        THE WITNESS:  The only thing I can -- I can

22    think of -- and this is just, I mean, pure

23    speculation, is that the -- you know, to give us the

24    ability to look at the different events that happen

25    throughout the day and, you know, come up with


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      different scheduling it, such as the delivery of

2      canteen, or the delivery of laundry.

3          Those things that -- that take up deputies, you

4      know, the -- the -- what would be here -- I -- I'm

5      -- I'm assuming they're referring to the supply,

6      right? You have the demand of different areas,

7      laundry, canteen, those type of things, that -- that

8      demand a deputy to be present.

9          So I think it's giving us the ability or -- to

10     look at the policy and procedures, maybe look at

11     some of the scheduling things.  That's the only

12     thing I can -- I can think of.

13      BY MS. HARTON:

14     Q.   Well, I'm not asking you to speculate.  I'm

15  asking you to tell me what your understanding of it is.

16  So is it your -- so it seems like maybe your

17  understanding of this particular recommendation is

18  unclear; is that fair?

19     A.   Yes.

20     Q.   Did you ever ask the -- and -- the person who

21  authored this report for clarification regarding that

22  recommendation?

23     A.   No, ma'am.

24     Q.   Okay.  And then I just want to go to Page 14,

25  if you could.  Under C5 it says, "Provide coverage when



**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    needed.  No less and no more.  Coverage should end when

2    the demand ends, rather than being determined by shift

3    configuration."  Can you explain to me what your

4    understanding of that recommendation is?

5        A.    Yes.  So the individual conducting this survey

6    was pitching the idea of having alternative shifts.  So

7    right now our shifts are 6:00 a.m. to 6:00 p.m., and he

8    was, you know, talking about having maybe like a swing

9    type shift to cover the more -- more busy types of the

10   day, right.  Times of the day.

11       Q.    Then last question.  I'm going to go to Page

12   -- this -- I'm going to go to Page B, 1, if you could.

13   Appendix B, Page 1.

14       A.    Okay, go ahead.

15       Q.    So this is the -- this looks like a proposed

16   coverage plan -- a proposed staffing plan made by this

17   -- the author of this report.  Do -- is that your

18   understanding of what this appendix is?

19       A.    Yes.

20       Q.    Okay.  I'm going to the second page of the

21   appendix at the top.  It says, "Pod-G Rover."  And

22   there's Rover 1, Rover 2, and Rover 3 proposed for Pod-

23   G; do you see that?

24       A.    Yes.

25       Q.    Okay.  But it's your understanding, based on



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  the post assignments, that in November of 2021, there

2  were only two rovers assigned to Pod-G, correct?

3      A.   Yes.

4          MS. HARTON:  Okay.  I think those are all my

5      questions.

6          Bruce, do you have any follow-ups?

7          MR. BOGAN:  Yeah.  I do, real quick.

8          MS. HARTON:  Okay.

9               CROSS-EXAMINATION

10     BY MR. BOGAN:

11     Q.   So Captain Nix, I just want to, you know,

12  clarify one thing.  With respect to the --

13         MR. BOGAN:  What number did you mark the

14     exhibit for the staffing analysis?

15         MS. HARTON:  The staffing analysis is Exhibit

16     60.

17     BY MR. BOGAN:

18     Q.   Okay.  With respect to Exhibit 60, your

19  understanding of the outcome as it relates to this when

20  it was presented to the Board of Commissioners by the

21  sheriff that they -- there were certain new positions --

22  that occurred between the years, I believe, 2020 and

23  2022, that were authorized by the Commission?

24     A.   Yes.

25     Q.   Is that fair?  Okay.  And I think you

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   testified here today, it would be 18 positions in total,

2   between those two year time frame, that were authorized

3   by the Board of County Commission?

4        A.   Yes.

5        Q.   Okay.

6             MS. HARTON:   Bruce, can I ask you to speak up a

7        little bit?  There's some construction going on

8        outside and it is really hard to hear you.  Sorry.

9        BY MR. BOGAN:

10       Q.   Okay.  And with respect to the 18 positions

11  that were authorized by the Board of County Commission,

12  is it your understanding that those positions were

13  provided by the board based on the resources and the

14  funding that was available to the County?

15       A.   Yes.

16       Q.   And so basically the County at that point made

17  a planning level decision to authorize additional

18  positions in the jail based on the resources and the

19  funding that were available to the County Commission?

20       A.   Yes.

21            MS. HARTON:   Object to form.

22       BY MR. BOGAN:

23       Q.   And that -- and that wasn't in fact based on,

24  in part, what was presented in Exhibit 60 to the Board

25  of County Commission?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1      A.   Yes.

 2           MR. BOGAN:  Okay.  That's all I have.

 3                REDIRECT EXAMINATION

 4      BY MS. HARTON:

 5      Q.   It's your understanding that the County

 6 Commission makes decisions to distribute funds to --

 7 distribute its resources to the jail as well as the

 8 other services that the County provides to the people

 9 that live in the county, right?

10      A.   Yes.

11      Q.   Okay.  So the jail is not the only entity

12 which the County has to fund, right?

13      A.   Correct.

14           MS. HARTON:  Okay.  That is all -- those are

15      all my questions.

16           MR. BOGAN:  All right.  He is going to reserve

17      reading and signing.  If it's ordered, I'll take a

18      copy.

19           THE REPORTER:  Okay.  And Ms. Harton, would you

20      like to order the transcript?

21           MS. HARTON:  Please.  Thank you.

22           THE REPORTER:  Okay.  Give me one second to get

23      us off record.

24           (Deposition concluded at 1:35 p.m. ET)

25

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                   CERTIFICATE OF OATH

 2

 3  STATE OF FLORIDA

 4  COUNTY OF ORANGE

 5

 6      I, the undersigned, certify that the witness in the

 7  foregoing transcript personally appeared before me and

 8  was duly sworn.

 9

10  Identification:  Produced Identification

11

12

13

14

15  _____

16      AALIYAH JIMENEZ

17      Court Reporter, Notary Public

18      State of Florida

19      Commission Expires: 07/17/2028

20      Commission Number:  HH 572493

21

22

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                C E R T I F I C A T E

 2

 3  STATE OF FLORIDA)

 4  COUNTY OF ORANGE)

 5

 6      I, AALIYAH JIMENEZ, Court Reporter and Notary

 7  Public for the State of Florida at Large, do hereby

 8  certify that I was authorized to and did report the

 9  foregoing proceeding, and that said transcript is a true

10  record of the said proceeding.

11

12      I FURTHER CERTIFY that I am not of counsel for,

13  related to, or employed by any of the parties or

14  attorneys involved herein, nor am I financially

15  interested in said action.

16

17  Submitted on: April 10, 2025.

18

19

20

21

22  _____

23      AALIYAH JIMENEZ

24      Court Reporter, Notary Public

25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**M I L E S T O N E I R E P O R T I N G  C O M P A N Y**

TOMORROW'S TECHNOLOGY TODAY

**407.423.9900**
**Fax 407.841.2779**
**Toll Free 855-MYDEPOS**

**April 10, 2025**

**Bruce Bogan, Esquire**
Hilyard, Bogan & Palmer, P.A.
105 East Robinson Street
Suite 201
Orlando, FL 32801

RE:    Deposition of **Captain Bryan Nix** taken on **3/25/2025**
       Krysti Merchant et. al. v. Billy Woods, Sheriff of Marion County et. al.

Dear Mr. **Bogan**,

### IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN
It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,
as considered reasonable under Federal Rules*.

 x     **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

___    **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

___    **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

___    **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

___    The attached executed copies of the Errata Sheet(s) are sent to you for your files.  If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 377289

cc: Sam Harton, Esquire

Waiver:
I, Bryan Nix**,** hereby waive the reading and signing of my deposition transcript.

_____         _____

Deponent Signature                                       Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

377289 Captain Nix 95 Jan 03-25-2025       Page 95

```
 1                           ERRATA

 2

 3   PAGE      LINE                    CHANGE      REASON

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16   I have read the entire transcript of my deposition taken

17   in the captioned matter or the same has been read to

18   me.I request that the following changes be entered upon

19   the record for the reasons indicated. I have signed my

20   name to the Errata Sheet and authorize you to attach the

21   changes to the original transcript.

22

23

24   _____    _____

25   Date                        NAME
```



**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

---
0
---

**07/17/2028** 93:19

---
1
---

**1** 21:11,15 29:4 40:4
  63:24 77:22,23 78:8
  85:10 89:12,13,22

**1,035** 61:18

**1,039** 51:16 61:16

**1,231** 61:15

**1,262** 51:18,20 61:19

**1,295** 61:21

**1,410** 51:22 61:22

**1,427** 61:24

**1,454** 51:24,25 61:25

**1,557** 52:1 62:3

**1,597** 52:15 62:17

**1,603** 62:2

**1,665** 62:5

**1,834** 52:3 62:6

**1,922** 52:15 62:16

**1:35** 92:24

**10** 15:1 94:17

**100** 67:25 70:23

**105** 2:11

**11** 81:22

**11:20** 4:7

**11-month** 62:8

**12** 67:12,19

**12th** 81:22

**13** 16:10

**14** 88:24

**150** 59:24

**16** 23:16,18 26:6

**17** 69:17

**176** 23:11 34:11 35:9
  45:22

**18** 91:1,10

**1985** 61:12

**1s** 40:25 41:11,22
  48:18

---
2
---

**2** 27:22 29:3 89:22

**20** 63:3,19

**2000** 61:5

**2001** 16:9

**2007** 35:22 61:3 83:3

**200-inmate** 61:17

**201** 2:11

**2014** 16:4,23 66:17,24
  67:6 77:15

**2016** 13:24 15:5,23
  16:23 17:15 50:23,25
  51:2,9,12,15,17,18
  52:5,12,25 55:6,12
  57:9 61:14,15 63:21
  64:3 75:10

**2017** 51:18 59:15 60:4
  61:7,18

**2018** 17:15 18:14 51:22
  59:15 60:4 61:7,21
  67:13

**2019** 11:10 19:5
  20:10,11,21 51:24
  55:15,16 61:24 65:10
  66:21
  67:9,10,12,13,16,17
  69:5 71:14,21 74:15
  75:3,5 76:6,11,18
  77:15 84:10 86:21,23

**2020** 52:1,5,6,12,22
  55:6,12 57:9 60:6,10

**62:2** 71:14,21
  74:15,24 75:4
  76:6,11,18,19 90:22

**2021** 9:24 13:24 22:24
  27:4,12,13 29:25
  34:18 35:3 38:10
  44:11 45:20
  50:5,23,25 51:2,9,14
  52:3,6,22 53:1 55:11
  57:11,21 58:1,6
  60:10 62:5 63:21
  64:3 67:24,25 70:22
  71:1 74:25 75:11
  76:6,11,19 82:22
  83:25 84:3 85:1,3
  86:23 90:1

**2022** 90:23

**2023** 19:11

**2024** 15:18 19:12,23,25
  52:14 61:12 75:6

**2025** 1:17 4:7 57:12
  67:25 70:1 94:17

**21** 15:5

**23** 29:15

**230** 61:20

**23-year** 7:9

**24** 48:11 67:6

**24/7** 26:10 36:5

**25** 1:17

**253-8590** 2:6

**256** 35:4,11 46:11

**25TH** 4:7

**28** 27:13

**287** 69:18

**28th** 27:7,8

**2s** 29:6 40:25 41:11
  48:19



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

**3**

**3** 27:22 29:3 31:24
   89:22

**30** 63:3,19

**30(b)(6** 7:11 14:25
   73:9,15

**300** 60:7,16

**312** 2:6

**315** 4:4

**32** 30:23 33:22 34:15
   44:24 45:19

**321** 2:4

**32801** 2:12 4:5

**3s** 29:6 40:25 41:11
   48:19

**4**

**4** 21:1,7,9,12 36:14
   41:20 42:15 48:18
   49:19 50:6 77:22

**407** 2:12

**425-4251** 2:12

**440** 69:20,22

**4s** 40:18 42:12 49:17

**5**

**5** 3:4 42:15 50:6

**5:23-CV-00661** 1:3

**510** 4:5

**56** 3:11

**572493** 93:20

**58** 14:24

**5s** 36:14 40:18 41:2
   42:12 49:17

**6**

**6** 41:1 49:19 84:16

**6:00** 18:8,9 29:14 89:7

**60** 20:20 90:16,18
   91:24

**60654** 2:5

**61** 3:11 56:16,20 57:12
   58:9 68:18

**62** 51:19 57:20

**6th** 30:6,7 50:5

**7**

**7** 3:5 41:1 49:19 85:9

**7th** 30:7 50:5

**8**

**8** 41:1 49:19 86:1

**9**

**9** 29:5 40:5 41:21
   48:18 49:19 84:16

**90** 3:6

**900** 2:5

**92** 3:7

**9s** 41:1,23

**A**

**a.m** 4:7 18:8,9 29:14
   89:7

**A1** 86:4

**A5** 87:2

**A-5** 84:17

**A6** 87:11

**Aaliyah** 1:18 4:11
   56:25 73:20 93:16
   94:6,23

**ability** 32:7 87:24
   88:9

**able** 10:25 35:19

47:20,23 78:24 82:10

**access** 33:1

**accommodate** 55:7 60:15
   74:15

**accomplish** 70:20 82:11

**accomplished** 21:4

**according** 22:7 58:3
   59:19 63:14

**account** 48:4 49:5

**accused** 34:20
   37:10,11,15,25
   38:11,23,25

**achieve** 71:11

**acting** 7:16

**action** 94:15

**actions** 87:13

**activity** 79:24

**actual** 43:16 64:2
   87:13

**actually** 21:10 27:6
   59:16

**added** 32:23 60:8
   67:12,19,20,22,25
   68:8,9,10

**adding** 60:14

**additional** 26:11 36:4
   60:16 75:18 91:17

**address** 55:12 74:23
   76:7,12

**administrative**
   27:15,19,24 28:1

**admit** 12:25

**admitting** 13:2

**ADP** 58:19,23 61:6
   62:12

**advocate** 65:15



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

advocated 64:10,17

advocating 66:5,13

affect 81:12

affirm 6:20

agencies 16:12

aggravated 29:9 46:22

aggressive 49:2

agreed 4:11

ah 5:19

a-half 69:25

ahead 7:15 10:15 13:11
  23:25 24:12 31:13
  39:2 42:1 51:5 53:11
  63:13 66:9 67:1
  70:4,12 72:16
  74:5,11,19 75:16
  76:9 77:5 81:25 82:6
  83:16 84:1 85:18
  86:13,24 87:8,20
  89:14

alert 47:5

alerts 47:4 48:7

allowed 59:6

all's 85:23

Alpha 22:23
  23:3,13,18,24
  24:5,22 25:1
  26:4,5,9,10,11,17
  27:13 28:2,4,22
  29:5,6,21,22
  30:1,2,10,12,15,16,1
  8,19 31:23 32:1,5,18
  33:5,12,13,16,18,20
  34:3,5,8,10,11,23
  35:9,15 36:4,13 37:8
  38:2 39:21,25 40:3
  41:15,23 42:22 43:24
  45:22 46:6,25 48:19
  49:13 50:7 58:15
  84:20

already 5:16 12:5
  48:19

altercation 24:20

alternative 89:6

alternatives 86:7

am 9:23 10:7 14:5 27:2
  30:23 39:24 44:6
  73:13 94:12,14

amended 14:24

amongst 83:20

amount 52:18,19,20
  70:2 72:25

analyses 66:15
  77:16,17

analysis 11:9 15:5
  20:11,21 21:18
  47:20,23 55:16 60:21
  65:9 66:16,21,23
  67:7,10,11 69:5,6,16
  77:25 86:21 90:14,15

and-a-half 18:21

answer 8:23,24,25 9:2
  10:14 13:3,4,9,10
  14:11,15 25:6 37:16
  41:10 48:1 51:6 52:8
  53:4 54:4,23 60:18
  63:13 64:21 69:9
  70:10,11 71:3,17
  72:11 73:7,20,23
  74:3 80:20

answers 9:4,5 10:12
  55:4

anticipate 8:21 13:25
  54:12,15,18

anticipated 64:23

anybody 47:11

anyone 15:13 72:4
  78:21

anything 10:18 11:2

12:3,25 25:19 30:5
  55:6,18 74:14 75:9
  85:15

anywhere 35:25

appear 31:20 63:15

appearance 5:4

APPEARANCES 2:1

appeared 2:7,13 93:7

appearing 5:9

appears 31:8

appendix 78:7
  89:13,18,21

appropriate 36:20
  45:2,21 46:10

appropriately 47:6,9
  48:23 49:1,4

approval 59:12

approved 22:16 63:24

approves 59:11

approving 62:11

approximate 9:24

approximately 17:11,15
  18:20 27:4 29:25
  35:3 62:25 63:3 66:8

approximation 10:9

April 11:10 20:11
  55:16 67:15 94:17

area 26:12 32:8
  33:2,16 35:18

areas 20:6 22:14,17
  79:21 88:6

aren't 9:7

arose 82:9

arrested 24:2 36:17

arrests 52:19

arrives 47:19



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

assessed 70:3

assign 22:6

assigned 21:24
29:20,24 30:1,9,25
32:1 44:14 50:4 90:2

assignment 11:11
22:1,8 30:6
43:7,17,22,23 44:12
45:20

assignments 15:5 21:23
44:24 77:13 90:1

assist 26:12

assistants 68:6 76:25

assisted 29:21

associated 42:22 45:3
53:10 60:2 72:10
75:22

assume 9:15 10:15

assuming 38:17 84:8
88:5

asterisk 43:24

attach 95:20

attack 25:10,11,22
26:1

attacked 24:8,13,14

attacking 24:25

attacks 25:4,5,16

attempt 80:23

attempts 47:8

attended 4:6

attending 5:4

attorney 15:12

attorneys 94:14

August 15:18 20:2

author 85:22,23 89:17

authored 88:21

authorization 57:11

authorize 87:12 91:17
95:20

authorized 55:19
59:5,17 60:3,9,15
63:3,20 64:11 65:15
67:17 69:18,22 70:23
76:18,19 90:23
91:2,11 94:8

available 26:14
91:14,19

average 51:15 58:21,23
59:2 60:6 86:17,22

averages 61:12

aware 66:16,20,23
67:5,8 71:14,18
74:14,20,22
75:2,15,21,22 76:5
77:19 86:10,16 87:5

away 8:5 62:20 70:15

---

B

bailiff 19:7

barracks-style 35:22

based 34:20 40:12
41:13 42:8 43:9,11
45:19 56:2 59:7
64:22 65:9 69:17
83:13 89:25
91:13,18,23

baseline 55:3

basic 21:20

basically 91:16

basing 62:9,10

battery 29:9 46:23
80:24

bbogan@hilyardlawfirm.
com 2:13

became 16:8 19:22

become 19:25 24:7,15

begin 6:24 60:22

beginning 17:12,14
63:24

begins 63:23

behalf 2:2,8 12:10,14
14:20 64:12

believe 11:10 14:8
28:22 30:8 50:16
76:17 90:22

beneath 35:19

Besides 15:12 77:15

best 8:25 10:9 14:3
72:22

better 5:21 6:1,2
8:7,8 11:25 31:4
65:1

BILLY 1:11 2:8

bit 6:11 7:23 10:3,21
91:7

Blandin 2:4

board 90:20
91:3,11,13,24

Bogan 2:10 3:6
5:8,18,23 6:6,10,14
13:3,10 14:15 15:12
23:25 25:6 37:16
39:2 42:1 48:1 51:5
52:8 53:4,11 54:4,23
56:9,12,21,24 60:18
63:12 64:7,21 66:9
67:1 69:9 70:4,9,11
71:3,17,23 72:11,16
73:7,13 74:5,11,18
75:1 76:9 77:5 80:19
81:3,8,25 82:6,15,23
83:16 84:1 85:18
86:13,24 87:8,19
90:7,10,13,17
91:9,22 92:2,16



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

boils 52:19

booking 19:21 20:7
    36:18 37:2 40:22
    41:13 47:16 48:4

bottom 84:16 85:9

brainstorming 79:6

Bravo 27:15 33:13
    35:15 36:14 40:19
    50:6 58:15

breached 64:25

break 56:14

breakdown 77:7

brought 45:12 79:22
    80:11

Bruce 2:10 5:8 56:7
    73:10 90:6 91:6

Bryan 1:16 4:3 21:6

budget 59:7,9,14
    66:10,11

built 35:16,17 48:13

bullet 78:1 79:11
    80:13 81:15,23

bunch 78:6 79:11 83:4

Bureau 61:12

busy 89:9

───────────────
            C
───────────────
C5 88:25

cameras 85:6,8

canine 68:8,9,24 69:2

canine/transport 68:11

canteen 25:18 28:16,17
    80:10 88:2,7

capacity 1:12 2:8 8:15
    23:10,12,19 34:11
    35:2,10,11 43:11
    45:22 46:11

capital 37:22 38:11,18

captain 1:16 4:3 5:9
    6:9,18 7:2,3 14:19
    15:15,17 19:22
    20:1,4 44:4,9
    45:1,6,7,10 57:10,13
    74:4 90:11

captains 16:15 44:13
    53:22

captioned 95:17

card 41:7 49:10

cards 47:22 49:8,13

career 7:9

carry 25:13 30:7

case 1:3 7:20,21,24
    8:2

cases 8:10,11

categorize 42:6

cause 39:16 72:8

caused 52:21 81:16

cell 23:16 29:15 32:22
    57:1

certain 43:20 90:21

certainty 42:15

CERTIFICATE 93:1

certify 93:6 94:8,12

cetera 15:7 33:14
    58:15

challenges 53:9,13
    54:17

challenging 54:20

change 26:23 27:9 84:7
    95:3

changed 44:18

changes 26:23 27:9
    74:24 77:12 83:2,4
    85:10 95:18,21

charge 16:18 39:9
    41:14,18 42:10,19

charged 29:8 48:6

charges 41:13 42:9

Charlie 27:18 33:13
    35:15 36:14 40:19
    50:7 58:15

chart 3:11 56:1
    57:9,13 58:8,11
    59:18 62:24 63:14
    67:9 68:17

check 50:16

Chicago 2:5 5:7

child 38:19,23

civil 4:9 8:11 19:6

civilian 32:10,24 33:3
    35:24,25 68:3 84:21

civilians 34:3 35:18
    45:25 46:4

clarification 88:21

clarify 9:20,22 10:19
    90:12

Clark 2:4

class 28:7

classification 23:7
    26:25 27:6 28:25
    39:21 41:6
    47:15,17,20,23 48:17
    49:24 50:6

classifications 16:15
    19:20 20:6 36:19
    42:24

classified 39:3 41:13
    49:14

classify 36:20

clear 26:4 33:10 44:8
    50:3

close 6:3 42:12,16



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

closely 42:7,17

closer 6:9

collective 78:19

color 47:2

column 31:23

combative 49:2

combination 76:25

combined 34:11 35:1

comes 41:14

coming 12:18

command 17:10,24

commander 17:3,8,16,22
  18:2,11,14,23

commanders 18:1

Commission 59:11,16
  60:8,20 62:9,18
  64:10,17 65:15,22
  66:2,5 67:12,16
  69:11,21 70:16 90:23
  91:3,11,19,25 92:6
  93:19,20

Commissioners 90:20

committee
  45:5,11,14,17,20
  46:9 84:5

company 4:4 69:19

comparing 31:5,9

compensate 65:5

compensatory 65:4

completed 4:14 80:4
  84:11

completely 48:2

computer 8:3 78:17,22

concern 81:17
  82:4,5,7,20,21 83:25

concerns 79:10,15,18

80:17

concluded 92:24

conduct 54:12,15,20

conducted 11:10 48:12
  66:16,24 67:10,11
  69:6,19

conducting 79:2 89:5

configuration 89:3

confinement
  27:15,17,20,25
  28:1,6,10,12,20

confirm 63:10

confused 10:1

consent 14:19

consequences 37:24

consider 37:13 63:6

considered 25:25 38:24

consistently 62:25

construction 91:7

contact 32:25

context 49:11 83:2
  85:20

continually 24:17

control 12:7 32:5,7,20
  33:1,3 35:18,23
  43:24 54:11,18,20

conversation 8:21

convicted 10:22 34:20
  37:10

coordinator 45:8

copy 92:18

corporate 12:13

corporation 12:10

correct 7:19 8:12,13
  12:11,15,20
  13:2,9,24 15:1 18:4

20:12 21:6 26:6 33:5
34:23 36:24 37:11
46:1,2,12 57:14
58:10,24,25 59:4
67:13 74:25 83:5
86:18,23,25 90:2
92:13

correctly 79:4

CORY 1:6 2:2

counsel 5:5 94:12

count 50:17 53:15

county 1:11 2:8
  8:11,16 9:13,16
  12:10,15,17,19
  13:1,8,24 14:13,20
  15:4,15 16:11,13
  21:23 22:18 23:6
  25:3 33:8 37:14 38:1
  43:5 50:23,24 51:2
  53:9,23 55:6,12
  59:10,11,16 60:14,20
  61:11 62:9,17,25
  63:2,20
  64:5,9,11,16,23
  65:15 66:17,25 69:11
  70:2,15 71:16 75:10
  77:18,25 87:6
  91:3,11,14,16,19,25
  92:5,8,9,12 93:4
  94:4

couple 21:6 62:7 70:18

course 73:8

court 1:1 4:12
  53:16,17 68:14 93:17
  94:6,24

courthouse 19:6,8,9

cover 89:9

coverage 88:25 89:1,16

create 54:16 58:8

created 56:1,12



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

creates 25:9

crews 80:2

crime 34:24
  38:1,11,13,25 39:19

crimes 29:8,10 34:20
  37:9,11,13,14,22
  41:24

criminal 7:20,21
  8:2,10 24:2 47:8
  48:5,13,25 86:6

critical
  80:14,21,22,25 81:13

CROSS-EXAMINATION 3:6
  90:9

curiosity 18:5

currently 48:6

custody 9:12,16 27:21

———————————
           D
———————————
daily 30:3 51:15
  58:21,23 59:2,23
  60:2,7 71:1 81:16

dangerous 38:24

date 1:17 30:8 66:7
  95:25

day 4:7 29:16 36:21
  40:7 47:13,17 50:18
  87:25 89:10

days 21:4 78:4

day-to-day 70:7

deadly 29:9 46:23

deal 21:3 24:17 62:19

dealing 48:15 49:16

DECEASED 1:6 2:3

December 19:5 75:5

decides 25:22

decision 43:19 44:4,7

91:17

decisions 45:16 62:22
  92:6

Declining 81:15

decrease 52:18 59:20
  60:3 86:17

decreased 59:23

deemed 28:5

defendant 5:10 7:10

Defendants 1:14 2:8

defer 42:23 77:11

deficiencies 60:1

definitely 70:19

delay 47:18

delegated 45:16

delivery 88:1,2

Delta 27:20 28:22
  29:6,12 30:18 32:19
  35:15 36:15,22
  40:22,23 41:7,15,16
  46:20,24,25 47:12,21
  48:20 49:13 50:2,8

demand 87:12 88:6,8
  89:2

demands 21:2 83:10

deny 12:25

denying 13:2

department 11:13,16

dependent 30:4

depending 30:3

DEPONENT 1:16

deposition 4:3,8 7:5
  8:15 9:8,11 11:6
  20:24 21:22 50:21
  92:24 95:16

depositions 7:8 8:19

deputies 17:24 19:6
  21:24 22:13 29:22,24
  30:1,9 32:12,22 34:4
  35:6,12 36:3 40:2
  43:19 45:2,21,24
  46:4,10 50:4 53:21
  65:5,18 68:3,6,11
  70:17,19 76:21,25
  81:10 87:7 88:3

deputy 1:12 2:8,9 19:9
  29:20 30:19 36:5
  68:7 72:18 88:8

describe 51:11 83:19

design 35:14

designated 16:18 30:12
  47:2

designation 16:16

detail 53:18

detainee 9:14 23:23
  51:4

detainees 9:13 50:8,11
  60:7,16 74:10

detention 17:24 30:9
  32:11,22 53:18 61:11
  68:6 72:18
  76:21,24,25

determination 44:3

determine 39:11 40:13
  55:17

determined 43:10,13
  45:1,20 46:10 89:2

determining 48:16,17

develop 86:7

different 9:20 18:1
  21:11 22:14 33:11
  42:22 53:13 87:24
  88:1,6

difficult 54:2

DIRECT 3:5 6:25



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

disciplinary
  27:15,17,19
  28:6,10,12,19

discuss 45:12 50:22

discussed 15:6 55:15
  56:3 60:24 76:11

discussing 33:24 56:6

discussion 79:5 83:20

distinctions 41:22

distribute 92:6,7

distribution
  11:12,15,17 56:2
  57:17,21 58:2 59:19
  77:11

DISTRICT 1:1,2

disturbances 32:15

division 1:2 18:17,19
  19:6

document 20:19,23
  23:3,5 30:22,24
  31:15

done 28:24 36:21 45:5
  47:17 55:10,16 66:15
  77:17,21 79:24

door 12:22 49:2

doors 32:20,21,22

dorm 17:21 34:15 35:22
  36:18

dorms 22:9

double 72:5,25

doubled 71:15,22

drawn 57:16,17

driver's 41:17

DUKES 1:13 2:9

duly 93:8

duration 37:20

during 20:10 40:17

47:16 55:20 75:14,19
  76:2 84:2

duties 25:13

duty 7:17 22:4

---

E

earlier 15:6 39:10
  49:8 55:15 56:3
  57:18,22 58:2 59:2
  60:24 71:5

ears 32:11

easier 58:12 85:11

East 2:11 4:4

Echo 23:13,18,24
  24:5,22 25:1
  26:6,9,10,20 29:5,21
  30:2,12,15,19 33:20
  36:4

effect 80:6

eight 15:22 17:8 21:5
  62:14 67:20 76:18
  81:22 83:4,20

either 76:24

electronically 32:21

else 15:13 38:18 55:18
  78:21

E-mail 2:6,13

emergencies 32:16

emphasis 65:10

employed 94:13

employees 21:5 32:25

employs 62:25

Enchautequi 31:24

encompassing 33:23

enforcement 9:9 16:12

enlarge 31:3

ensure 31:2,17 32:15

65:6

entered 95:18

entire 9:8 17:8,22
  18:2 30:1 33:16
  95:16

entity 12:13,15 92:11

environment 53:18

equivalent 36:8

Errata 95:1,20

escape 23:14 24:4
  39:15 47:7,8
  48:22,24

escapes 24:4 47:8
  48:25

especially 32:14

Esquire 2:3,10

establish 55:2

ESTATE 1:6 2:2

estimation 10:9

et 4:7 15:7 33:13
  58:15 92:24

events 87:24

everyone 10:21 22:15
  47:12

everything 9:5
  13:23,25

exact 31:3

exactly 35:17 38:21
  66:1 77:12

EXAMINATION 3:5,7 6:25
  92:3

except 5:3

exception 28:2 41:11
  85:5,6

excuse 76:16 87:18

exhibit 3:10 14:24
  20:17,20 30:23 33:22

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

34:15 44:24 45:19
56:16,20 57:12,20
58:8 68:18
90:14,15,18 91:24

**EXHIBITS** 3:9

**exist** 14:12,14 84:24
85:1

**expanded** 83:3

**expansion** 35:21 61:3

**expected** 72:6

**experience** 51:3

**Expires** 93:19

**explain** 21:24 28:22
32:4 35:13 81:17
87:15 89:3

**explaining** 9:5

**explanations** 63:10

**eyes** 32:11

———————
F
**face** 25:15

**facilities** 18:17
20:14,16 44:20 79:20
80:1

**facility** 24:9 28:20
48:9

**facing** 8:4

**fact** 42:5 73:14 91:23

**factors** 48:3

**fair** 9:24 10:5,12,16
14:8,10,14,21 15:7
16:5 24:22,23 25:3,5
26:2 28:8 29:22
34:5,8,12 35:7 37:3
45:4,17,23 47:25
50:8 54:22 59:17,24
65:19 83:13,15 88:18
90:25

**fall** 49:21 81:13

**February** 20:8

**feed** 53:14

**felony** 10:22

**field** 22:15

**fighting** 82:13

**figure** 84:17

**fill** 63:2 64:1 65:5

**filled** 22:3 65:7

**final** 58:3 59:12 77:24

**financially** 94:14

**findings** 69:15

**fine** 10:11 55:24 56:13
77:15

**fingerprints** 48:13,14

**finish** 8:25 9:1

**first** 24:2 34:2 35:16
78:7,10 79:9

**fiscal** 63:23,25

**five** 34:7 35:10 45:21
81:22

**five-and** 69:24

**fix** 80:5

**Florida** 1:2,11 2:8,12
4:5,8,12 93:3,18
94:3,7

**fluctuate** 52:24 53:1

**fluctuates** 23:22
52:14,19

**fluctuation** 60:25
61:8,17,23 62:4,7,19

**focus** 83:8

**follow-up** 47:16

**follow-ups** 90:6

**food** 77:4

**foregoing** 93:7 94:9

**forget** 9:20

**form** 13:3,10 14:15
22:2 23:25 25:6
37:16 39:2 42:1 48:1
51:5 52:8 53:4,11
54:4,23 60:18 63:12
64:7,21 66:9 67:1
69:9 70:4,9
71:3,17,23 72:11,16
73:7 74:11,18 75:1
76:9 77:5 80:19
81:3,8,25 82:6,15,23
83:16 84:1 85:18
86:13,24 87:8,19
91:21

**formulating** 60:22

**forth** 8:22 53:2,17
79:7

**four-year** 67:24

**frame** 40:17 61:19 63:6
75:3,14,19 76:2 91:2

**frequency** 80:14

**frequently** 87:5

**front** 6:5 8:5 65:22
66:5

**fs** 41:2

**full** 23:19 47:20,23

**function** 70:8 71:2

**functioning** 65:17

**fund** 92:12

**funding** 91:14,19

**funds** 92:6

———————
G
**Gangs** 83:9

**GD** 49:18

**G-Dorm** 33:22,23 46:9



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

**general** 12:7 26:20,22
28:8 29:7,13,18
32:14 37:3 69:13

**generally** 15:3 21:22
24:11,14 49:21 53:7
81:4

**gentleman** 79:1

**getting** 24:20 31:4
81:7

**given** 7:5,8 19:1 41:8
42:16 61:13 70:16,18

**gives** 29:1 40:9 59:11

**giving** 88:9

**glass** 32:9

**goal** 70:15 72:21

**Golf** 34:23
35:2,5,7,11,21
36:10,22,25 37:8
38:1 40:3,24
41:15,23 42:22
46:20,24 47:12,21
49:16 50:1

**gone** 64:9

**G-Pod** 33:24 34:14,16
36:9 46:12 50:4,11
84:24 85:1,3

**gradual** 52:4,12

**great** 9:4 21:2 56:23
62:19

**ground** 8:19

**group** 21:5,17 40:16
78:14 79:9,14 80:18
83:5,14 84:6

**groups** 78:5

**growth** 64:23

**guess** 10:8,10 41:10

**guy** 80:4

**guys** 33:8 87:17

---

## H

**hand** 6:19

**handle** 26:12

**handling** 36:7

**happen** 24:24 79:25
87:24

**happened** 20:11

**hard** 7:23 31:2 44:19
91:8

**harder** 54:11

**harming** 72:19

**Harton** 2:3 3:5,7
5:6,11,15,22,24
6:2,12 7:1 8:3,8,9
11:22 12:1,22,24
13:6,21 14:18 24:19
25:24 37:18 39:5
42:20 49:6 51:10
52:10 53:6,20
54:7,25
56:7,11,13,23,25
57:6,7 62:23 63:17
64:8 65:13 66:14
67:4 69:12 70:6,21
71:13,19 72:1,14
73:3,10,19,22,25
74:2,7,13,21 75:7
76:15 77:8 81:1,5,14
82:3,12,17,25 83:18
84:4 85:25 86:15
87:1,10 88:13
90:4,8,15 91:6,21
92:4,14,19,21

**haven't** 41:8 47:22
49:14 56:9

**having** 11:23 13:23
24:17 89:6,8

**head** 9:6 50:17 53:15

**headcount** 12:6

**hear** 5:12,20 6:1,15

---

7:23 11:24 73:10
91:8

**hearing** 6:10 11:23

**heavily** 65:2 71:10,12

**heightened** 25:21,22
33:4

**held** 36:12

**help** 68:12

**helped** 70:19

**helpful** 27:4 56:19

**helps** 42:5

**hereby** 94:7

**herein** 94:14

**he's** 8:4 25:18 45:16

**hey** 32:19

**HH** 93:20

**high** 27:20 28:6,21,23
65:18

**higher** 25:25 28:7 29:2
55:7 65:16 66:6

**highest** 40:5

**highlighted** 31:18
44:24

**Hilyard** 2:10

**histories** 48:13

**history** 10:3 24:2 42:9
47:9 48:5,25

**hitting** 33:19

**hold** 5:15,22 23:10

**hoping** 47:13

**hospital** 30:5

**hour** 87:7

**hourly** 87:4

**hours** 29:15 48:11

**house** 23:14,16

---



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free 855-MYDEPOS

27:14,16,18,20,23,25
28:4 38:4,5 39:7

**housed** 29:11,12
36:13,14,15
38:1,7,14 39:9
40:11,13,16,18,19
47:6,9 48:5,7,22
49:1,4 50:11

**houses** 41:24

**housing** 23:7 26:25
27:6 35:16 58:13,17
83:10 87:3

**human** 11:12,15,19

**hundred** 62:7

**hurt** 81:7

---

                    I
**I'd** 25:21 57:24 61:6
75:4

**idea** 52:11,21 69:8
89:6

**ideas** 79:6

**identification** 56:20
93:10

**identified** 79:9,15
83:5,14 84:6

**identify** 83:2

**I'll** 6:16 8:24 77:21
92:17

**Illinois** 2:5 5:7

**I'm** 5:7,11 8:18
9:11,15,19,21,22
10:2,5,10,15,16,20
11:23 14:10,23
20:9,17 24:13 27:2,5
31:5,9,14 33:11,12
38:17 40:8 42:3
43:21 44:3 50:23
55:2 56:5,6 60:11
63:8 66:20 67:8

73:13,17,20,25 74:20
75:2 76:4 77:19,20
78:24 79:2,21
85:9,19,20,21 86:19
87:18 88:4,5,14
89:11,12,20

**immediately** 26:14

**impact** 70:7 71:1

**implement** 86:7

**implemented** 86:11
87:14

**important** 8:19

**Improve** 87:2

**incident** 11:8,9 24:16
30:8 31:1 32:2 50:12
51:13 80:21,23,25
81:13

**incidents** 71:15,22
80:14

**include** 30:11 44:12
81:2 82:13

**included** 79:11

**including** 15:4 21:6
30:2 46:14 76:13

**increase** 51:3,8,11
52:4,6,12 55:7,13
61:20 64:10 72:9,25
74:8 76:7,11,16,17
83:14,21

**increased** 53:2,3,5
58:19,22 59:24
60:2,7 64:17 68:7
75:22,23 83:24
85:12,16

**increases** 15:6 55:19
60:23 67:5,6 76:6,10

**increasing** 53:10 55:5
65:11 83:10

**INDEX** 3:1

**indicated** 95:19

**indicates** 13:20 58:16

**individual** 33:17 38:10
89:5

**information** 11:7 13:15
14:8 49:25 50:15

**Initially** 20:5

**injury** 81:10

**inmate** 9:15 15:6
23:18,23
24:1,3,4,7,16,18,21
25:15,16,22 26:2,6
28:15,18 29:2 39:12
43:5 51:3 55:13 76:7
81:2,6 87:3,4,7

**inmates** 9:14 12:6,8
23:2,11,15,16
25:5,11
27:14,16,18,21,23,25
28:5,8,19
29:4,6,8,13,19 30:4
32:25 33:5 34:5,12
35:7,12
36:1,12,16,17 37:3,7
41:20 42:22 43:20
45:3,22 46:6,12,14
48:8 50:3,6,10
52:15,18 53:14,16,24
54:9,11,14,16,19
55:8 60:8,16
61:5,15,18,20,21,24
62:2,8,17 68:13
71:15,22
72:9,19,20,23 74:10
76:23 77:2
82:8,14,21 83:10
84:21 85:13,17

**inmate's** 28:14

**Inmates** 81:23 82:1
83:9

**instance** 27:1 28:12
43:24 52:14 61:14



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

instructed 50:21

insufficient 64:4

intake 49:5

interactions 36:1

interested 94:15

Interesting 69:4

interrupt 8:20

involved 94:14

involving 8:11

isn't 8:20 62:9

issues 50:22 76:12

it's 6:5,10,14 7:23
    8:19 10:18 13:4
    14:10 21:11 22:1
    23:6 24:14,15
    25:17,20,21
    31:2,8,17,18,19
    34:7,15 36:20 44:18
    45:6 48:10 49:20,21
    54:11,19 58:12,13
    59:10 68:5 69:7
    71:10 73:11,18 77:22
    80:5 81:21 87:16
    88:9 89:25 92:5,17

I've 11:8 13:16 56:1

──────────
J
──────────

jail 8:12,16 9:16 11:9
    13:24 15:4
    18:3,16,17,18,23,24
    19:3,13,15,18,19
    20:5,8,9,10,20
    21:17,23 22:17,18
    23:7 33:9 35:16
    37:15 38:1,3 39:17
    42:10 43:4 44:20,22
    45:7,8 47:19
    50:16,23,24 51:3
    53:10,23 54:1,3 61:3
    63:20 64:5,11
    65:16,17 66:6,17

68:12,16,19,22,25
69:1,2 70:3,8,24
71:2,8,9,16 72:8,10
73:5 74:15,17,23,24
75:5,6,10,24
76:8,13,14 77:18,25
78:6 79:10 80:22
83:3,15,21,25
84:2,9,10 85:11
86:5,7,17,21,22 87:6
91:18 92:7,11

jailers 73:4

January 19:12
    61:15,18,21,24
    62:2,5 75:6

JEROME 1:13 2:9

JIMENEZ 1:18 4:11
    93:16 94:6,23

JOSEPH 1:12 2:9

jump 8:22 52:22

June 52:14 62:16

justice 86:6

justification 69:10

JUSTIN 1:12 2:9

──────────
K
──────────

knew 82:21

knowledge 13:13 14:3
    66:22 67:2

knowns 46:21 47:10

Kosinski 1:12 2:9
    33:22

KRYSTI 1:5 2:2

──────────
L
──────────

laptop 8:5

Large 94:7

larger 52:22 54:1

last 11:2,14 68:8,9

89:11

later 6:15 80:8

laundry 80:10 88:2,7

law 9:9 16:12

lead 24:21 32:20

learn 71:21

least 28:4 87:4

leave 65:4

less 54:21 65:11 89:1

let's 57:23 62:13 69:4

Letter 96:5

level 25:21,22 29:4
    32:23 33:4 36:14
    41:20,21 42:14
    47:10,15 49:17,19,23
    73:5 74:9 81:7 91:17

levels 27:22 40:18
    55:17

level's 5:24

license 41:17

lieutenant 15:19,21,23
    16:15 17:1,13
    18:15,24 19:9,14
    20:12,14

lieutenants 16:14
    53:22

life 37:22

lift 11:24

light 80:5

likely 80:11

limits 79:25

line 62:1 95:3

list 83:22 86:1

listed 34:15 43:16

lists 21:5 23:9 83:4

little 6:2,11 7:23



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

10:3,21 33:21 53:19
58:12 80:8 91:7

**live** 92:9

**LLC** 2:4

**local** 21:3

**location** 5:5

**long** 8:25 10:12
15:17,21 16:2,7
18:18 19:8

**longer** 53:14,15,19

**lot** 9:9 33:7,19 49:25

**loud** 6:16

**low** 66:25

**lower** 29:1 38:12 40:5
54:3

---

M

**ma'am** 7:4,7,12,21,24
8:1,17 9:3,8 12:16
13:25 14:1 20:16
21:15 22:12 31:20
43:6 45:15 50:13
58:16 59:8 60:5
72:13 84:8,14 88:23

**Mainly** 37:20

**maintain** 64:4 65:17
72:22

**maintenance** 80:2,4

**male**
27:14,16,18,21,23,25
36:16

**man** 23:16 35:23

**manage** 54:2

**management** 50:16

**manipulative** 82:8

**manning** 65:2

**manpower** 65:11 71:8

**March** 1:17 4:7 70:1

**Marion** 1:11 2:8
8:11,16 9:12,16
12:10,15,16,19
13:1,8,23 14:13,20
15:4,15 16:11,13
21:23 22:18 23:6
25:3 33:8 37:14 38:1
43:5 50:23,24 51:2
53:9,23 55:6,12
60:14 61:11 62:25
63:2,20 64:5,11
66:17,24 71:16 75:10
77:17,24 87:6

**mark** 56:14,16 90:13

**marked** 56:20 57:12
77:22

**match** 87:13

**matter** 39:8 54:14
95:17

**max** 23:11 26:5 35:9,11

**maximum** 22:18,21
23:2,12 26:5,19
27:21,24 35:1 36:11
43:11 45:22 46:11

**may** 4:12 6:24 9:13
10:8 12:5 42:12,13
61:8 74:16 77:3 80:9
87:14

**maybe** 5:18 6:3 11:24
28:14,17 38:19
88:10,16 89:8

**me.I** 95:18

**mean** 7:16 13:12,14
16:21 28:11 32:5
37:6 43:9 49:9 53:12
54:21 64:22 66:20
70:13,14 72:17 81:24
87:22

**meaning** 49:15

**means** 13:1,7 87:16

**measures** 74:22 75:18

**medical** 32:16 68:13

**medication** 11:1

**medium** 22:19 27:20
28:6,21,23
36:11,12,15 37:2

**meet** 71:6

**meeting** 21:4 78:4,14
79:9

**meetings** 21:17 44:5
66:11 78:7,11,12

**member** 24:25

**mentioned** 20:6 62:16

**MERCHANT** 1:5,6 2:2

**met** 78:5

**methodology** 21:2

**MIDDLE** 1:2

**MILESTONE** 4:4

**Miller** 1:13 2:9 33:22
79:2

**mind** 56:17 73:22

**minimum** 22:18 36:10
43:7 44:1 45:12

**mission** 70:20

**misspeaking** 39:23

**mitigate** 75:23

**mixture** 68:5

**moment** 57:1

**monitor** 26:9 29:21
30:1 45:21 84:21

**monitoring** 29:22 33:4
34:5,8 35:6,10,12
40:3,4 46:5 50:6
74:9 76:22

**month** 19:25 63:25

**monthly** 27:8 61:12



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

months 18:7 61:8

morning 29:14 52:16

motivation 66:1

mouth 12:19

move 6:14,16 8:3,5
    34:3

moved 19:2,3,19

moving 33:21

multiple 24:16 44:14
    62:6

murder 29:8 41:14

---

**N**

natural 47:18

nature 44:6

necessarily 13:14
    24:21,24 28:9,11
    37:6 41:5 44:13
    47:21 75:12

necessary 65:17 70:3

newly 36:17

NIC 21:2

night 11:2,11 18:11
    30:6,10 31:1 32:2
    50:11

nine 81:22

Nix 1:16 4:3 5:9
    6:9,18 7:2 14:19
    21:6 90:11

nodding 9:6

nomenclature 33:8

nor 94:14

normal 8:20

North 2:4

Northpointe 28:25
    40:15

Notary 4:11 93:17

94:6,24

note 10:7

notepad 78:17,22

notes 15:3
    78:7,10,11,16,20,21,
    25 79:3

note-taking 78:19

nothing 6:21

notice 50:20

November 9:24 27:3,7
    29:25 30:6,7 34:18
    35:3 38:10 50:5
    51:13,14
    61:1,15,18,22,25
    62:3 63:7,14,23 90:1

---

**O**

OATH 93:1

object 13:3,10 14:15
    23:25 25:6 37:16
    39:2 42:1 48:1 51:5
    52:8 53:4,11 54:4,23
    60:18 63:12 64:7,21
    66:9 67:1 69:9
    70:4,9 71:3,17,23
    72:11,16
    73:7,12,14,18
    74:11,18 75:1 76:9
    77:5 80:19 81:3,8,25
    82:6,15,23 83:16
    84:1 85:18 86:13,24
    87:8,19 91:21

objecting 73:13

objection 73:11,12
    74:5 75:1

objective 71:7

OCALA 1:2

occupancy 86:6,22,23

occur 39:17 54:10
    76:13 86:23

occurred 51:13 83:20
    90:22

occurring 74:9,16

occurs 47:16,18 73:5

October
    27:7,8,10,11,13
    29:25 57:16,21
    58:1,6 63:23,24
    67:17

offender 37:1 38:18
    40:10,14

offenders 36:13
    38:5,7,8 40:8,11
    41:3 46:14 49:17
    50:7

offense 39:4,8,9
    42:5,11 48:21

offenses 37:24 73:1
    76:13

offer 33:3

office
    12:11,15,16,17,20
    13:2,8,14,19
    14:13,20 25:4 61:11
    64:14 68:21

officer 16:7,11 22:15
    26:10 43:4 80:6

officers 22:10
    26:8,11,14 68:22
    77:4

official 1:12 2:8 7:17

officials 21:3 86:6

oh 5:24 31:4,16 39:22
    62:18

okay 5:20,25 6:6,12,13
    7:2,5,8,10,13,22
    8:3,6,10,14,18
    9:4,11,19
    10:1,7,14,18,24 11:5
    12:2,9,13,18



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

14:2,4,10,19,23
15:9,12 16:2,7,14,25
17:15,25 18:5,10
19:17 20:3,10,23
21:1,14,16 22:21
23:1,6,8 24:25 25:3
26:4,8 27:5 28:2
29:24 30:3,14,18,22
31:4,11,22 33:7
34:2,7,14,23 35:1,9
36:25 37:8 38:6
39:10,19,24 43:3
44:9,16 45:16,19
46:3,5,9,14,18
50:3,10,14,20,25
51:1,7,21,23
52:2,11,17,24 53:7
54:1,8 55:1,10,18
56:1,4,24 57:6,20
58:5,7,11,18
59:1,5,13,22 60:6,12
63:18 64:9,16,19
66:4,19 67:15
68:2,21 69:4,24 70:7
71:20 73:19 74:14,22
75:8 77:9,15,20
78:10 79:18 81:6,15
82:20 83:8,13,19
84:13,19 86:4 88:24
89:14,20,25
90:4,8,18,25 91:5,10
92:2,11,14,19,22

**Older** 84:17

**open** 12:23 23:21 58:17

**opened** 58:21

**opening** 32:21

**operate** 85:11

**operations** 81:16

**opportunities** 54:10
82:9

**opposed** 26:1 42:25

**ORANGE** 93:4 94:4

**order** 25:12 80:3 87:14
92:20

**ordered** 92:17

**original** 95:21

**Orlando** 2:12 4:5

**otherwise** 9:23 14:10

**outcome** 69:15,18 90:19

**outlined** 69:20

**outlines** 57:10

**output** 5:24

**outside** 68:14
73:8,14,18 74:18
91:8

**overall** 59:14

**overhead** 84:19 85:3

**oversaw** 18:17 19:6

**oversee** 35:19

**overseeing** 20:9

**overtime** 65:3,8,12,19
71:6,10,12

**owes** 25:18

---

### P

**P.A** 2:10

**p.m** 18:8 89:7 92:24

**page** 3:3,10
21:1,7,9,11,15 33:15
69:17 77:22,23 78:8
79:8 83:1,6 84:15,16
85:9 86:1 88:24
89:11,12,13,20 95:3

**pages** 84:15

**pair** 43:19

**Palmer** 2:10

**paragraph** 85:20

**participants** 4:6

79:9,15 83:1

**participate** 29:18

**participation** 21:3

**particular** 16:18
17:1,21 20:3 24:3
29:3 32:6 40:17
43:4,8,12 45:6 77:7
88:17

**parties** 5:3 94:13

**past** 62:15 68:10 70:18

**patrol** 68:21

**pattern** 63:4

**PDF** 21:12 77:22 84:16

**people** 9:12,15 21:6
28:4 31:25 34:7,19
35:10 37:9,10,14
38:13 40:4,16 44:1
45:17 47:21 49:13,18
62:11 68:22 83:4
92:8

**per** 58:14

**perfectly** 10:11

**perhaps** 28:16

**period** 9:21 10:2,5
17:13 18:2 62:8
63:21 67:24 77:13

**periods** 9:20

**permission** 79:25

**person** 30:11 37:25
38:23 40:14 46:24
47:19 48:5,12 53:8
60:13 88:20

**personal** 1:5 2:2 13:13
25:19 78:16

**personally** 64:14,16
78:20 87:4 93:7

**personnel** 11:20,21
15:4 21:23 22:7
57:10 59:6 60:3

---



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900        www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS



63:20 64:3,11 65:16
66:13 67:17,19,25
68:3,17,18 76:18,19
78:6

**phone** 6:3,9 29:17 57:1

**physicians** 33:3

**picture** 56:17

**PIN** 28:14,15

**pitching** 89:6

**placed** 27:14,16,19,24
28:1

**plaintiff** 1:7 2:2 5:7

**Plaintiff's** 5:5

**plan** 23:7 26:25 27:6
44:5 60:22 89:16

**planning** 91:17

**platoons** 22:9

**please** 5:3 6:18 92:21

**pod** 17:21 22:23
23:10,13 26:11,15,17
30:1 32:6,24
33:5,11,16,18,20
34:3,5,8,10,11
35:2,5,7,9,11,21,24
36:3,8,10,25 40:25
41:15 43:8,15 45:3
46:6 49:16 58:15
80:6 84:17 89:22

**Pod-G** 89:21 90:2

**pods** 21:25 22:9 23:9
28:3 30:16,25 33:24
35:15,17 58:14,20,21
68:13

**Pod's** 45:22

**point** 10:1 40:9,12
42:8 47:3 48:18
80:13 81:15,23 91:16

**point-based** 28:24

**points** 78:1 79:11

**policies** 12:2 86:8,10
87:5,11

**policy** 87:6 88:10

**population** 15:7
26:20,23 27:21 28:8
29:7,13,19 32:14
37:3 38:8 51:4,15
53:10 54:2,3 55:5,13
58:21,23 59:3,24
60:2,7 64:24 86:17

**pornography** 38:20,23

**pose** 24:8

**posed** 39:12

**position** 18:14 19:2
43:14 68:7

**positions** 32:10 44:18
55:20 59:5,17
60:9,15 62:20
63:3,24 65:2,6 67:12
68:8,9,15
69:18,20,22 70:15
90:21 91:1,10,12,18

**possession** 38:19

**possible** 6:4

**post** 11:11 22:1,7 30:5
43:7,16,22,23
44:12,24 45:19 90:1

**posts** 22:2

**potential** 41:21

**potentially** 24:15

**Potts** 31:24

**practices** 86:8,10

**PREA** 45:8

**pre-class** 40:21 41:6,8

**pre-classification**
36:16 50:8

**preparation** 76:1

**prepared** 13:22 15:9
42:24 50:22 75:9

**present** 88:8

**presented** 85:12,16
90:20 91:24

**presumably** 49:14

**pre-trial** 37:5

**pretty** 21:21 48:16
52:4 62:24

**previous** 24:4 42:9
47:4,5,8
48:7,8,21,25 85:20

**primarily** 68:3

**primary** 32:10

**printout** 21:11

**prior** 43:13 48:5,6
49:25 50:19

**priority** 87:14

**prison** 37:22

**privileges** 29:17

**privy** 75:17 76:3

**probably** 7:9 10:3
42:14 66:12 79:23
81:12

**problem** 32:19

**Procedure** 4:9

**procedures** 12:3,6
19:21 75:13 87:12
88:10

**proceeding** 94:9,10

**PROCEEDINGS** 3:4 5:1

**process** 44:7 47:16

**processing** 36:22

**produced** 56:7,9 93:10

**program** 22:15

**programs** 29:18



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

promoted 15:23 16:4,25

property 19:21 20:7

proposed 59:10
  89:15,16,22

provide 9:2 88:25

provided 50:21 57:9
  70:2 91:13

provides 92:8

Public 4:11 93:17
  94:7,24

pull 30:22 50:17 57:20

pulled 51:12

punched 25:14

pure 87:22

purpose 66:1

pursuant 4:8

puts 11:19

putting 47:11 48:10

---
Q
---

qualify 80:25

quality 87:3

question 8:23,24 9:1
  10:15,16,20 11:11
  13:9 14:11 38:15
  40:7 41:10 46:19
  59:22 63:9 73:20,23
  74:1,3 87:19 89:11

questions 10:20 42:21
  55:1,4 73:17 77:21
  90:5 92:15

quick 5:14 14:24 20:17
  90:7

quiet 5:12

quieter 6:11

quite 55:11

---
R
---

radio 32:18

raise 6:18

range 39:20 42:12

rather 89:2

ratio 43:5

reading 4:13 59:2
  73:22 85:19 92:17

real 5:13 14:24 20:17
  90:7

realized 12:22

really 7:23 47:24 53:1
  55:4 56:19 65:25
  81:7 91:8

reason 10:24 11:4 19:1
  25:17 36:2 42:2
  59:21 95:3

reasonable 54:6

reasons 95:19

recall 10:11 13:18
  21:16 39:12 49:11
  60:1 71:5 78:21 79:4
  81:18 83:23

recent 85:11

recess 57:4

recollection 23:4

recommendation
  86:4,5,12,18,20
  87:16 88:17,22 89:4

recommendations 86:2

recommends 86:21

record 5:2,13 14:12
  33:10 55:23,24
  57:1,2,5 92:23 94:10
  95:19

records 13:16

red 46:25 47:1

REDIRECT 3:7 92:3

redone 67:16

reduce 73:5 86:5,21
  87:12

reduced 59:16

reduction 86:22

refer 9:12 30:25 49:7

reference 11:20

referenced 20:21 66:24

referencing 10:2,5
  38:20 57:18,22
  58:2,14 60:10 68:18
  80:18 81:20 85:22

referred 17:6

referring 9:15 27:5
  32:1 33:11,13 56:5
  84:20 85:15 88:5

reflects 83:6

refresh 23:3

regarding 8:15 11:7
  77:17 83:21 88:21

regardless 41:24

related 20:20 38:13
  42:7,17,18 50:22
  75:9 94:13

relates 90:19

relating 15:3 42:21

releases 52:20

relied 65:2 71:10

rely 65:11 71:12

remain 63:19

remainder 30:16 31:15

remember 10:11 49:9,10
  61:4 78:23 79:18

remind 10:4 26:16
  36:10 75:4



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

**remotely** 4:6

**repeat** 86:19

**rephrase** 38:16

**report** 11:8 13:20
  20:20 59:19 61:9
  67:3,15 69:17
  70:1,3,23,24
  77:21,23,24 79:1,2
  84:10 88:21 89:17
  94:8

**reported** 71:21

**Reporter** 1:18 4:12
  5:2,13,19
  6:8,13,17,24 57:3,5
  73:21,24 92:19,22
  93:17 94:6,24

**REPORTING** 4:4

**reports** 11:12,15,18,19
  24:17 56:2 77:11

**REPRESENTATIVE** 1:5 2:2

**request** 14:6 69:7,10
  95:18

**requested** 69:8 74:1

**require** 22:10 87:5

**required** 22:3

**requirement** 36:4

**requirements** 45:13

**requiring** 65:18 87:6

**rereading** 87:18

**research** 50:18 75:25

**reserve** 92:16

**reserved** 34:19

**resources** 11:12,15,19
  70:17 91:13,18 92:7

**respect** 90:12,18 91:10

**respond** 26:14

**response** 86:11

**responsibility** 32:10

**responsible** 17:23
  22:4,5 30:15,20 34:4
  35:6 40:3 46:5,11
  50:5 53:23 76:22
  77:1

**rest** 26:20,22 29:22
  36:7 38:8

**restroom** 56:15

**results** 69:15

**retired** 18:24

**return** 75:6

**review** 11:5 12:2 36:19
  61:10 69:19

**reviewed** 11:8,9,11
  13:16 20:23

**reviewing** 60:20

**Revise** 87:11

**rider** 14:25

**rise** 74:16

**rises** 74:24

**risk** 23:14,15
  24:5,6,7,9 25:25
  28:5,7,11,16,18,22,2
  3 39:11,16 40:5,6
  46:20 47:4,5,14,24
  48:22,24 85:16

**risks** 39:14,15 46:7,15
  85:12

**Robinson** 2:11 4:4

**Rod** 79:2

**Romanucci** 2:4

**room** 15:13 32:7 33:1
  35:18,23

**rose** 81:7

**roster** 22:6

**rotate** 18:7,8

**round** 79:5

**rover** 26:12 30:10,19
  31:24 32:1 33:22
  50:4 89:21,22

**rovers** 30:14 32:8,18
  33:2 90:2

**rude** 10:18,21

**rules** 4:8 8:19
  28:13,16,20

**run** 70:3

**running** 36:9 71:8,9
  72:8,10

----

                   **S**

**safe** 46:7 65:14 66:12

**safely** 79:24 86:5

**safety** 53:23 54:3 64:4

**Sam** 2:3 5:6

**scale** 41:25

**scan** 56:17

**schedule** 22:5

**scheduling** 88:1,11

**scope** 73:8,15,18 74:18

**screen** 14:23 39:24

**scroll** 31:14,22 84:15

**scrolling** 21:1

**search** 24:2

**second** 11:22 12:23
  31:23 34:15 57:3
  73:24 78:12 89:20
  92:22

**section** 23:13,16,17,18
  26:6
  27:13,16,18,20,23,25
  29:7,12 30:20 32:19
  33:12,17,19,20
  36:13,15,19,20,22
  37:1,2



**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

40:20,21,22,23
41:7,16 47:1

**sections** 26:13,16,24
28:3 32:8,13,14,21
33:12,17,25
34:11,16,18 35:2
36:7,14 37:1 38:3,5

**securely** 71:9

**security** 12:7 16:21,22
17:4,20 20:8,9
22:19,21 23:2,12,15
24:6,7,8 25:25
26:5,6,20 27:21,24
28:5,7,11,15,18,21,2
3 29:2 32:24
36:11,12 37:3
39:11,14 40:5,6
44:15,19,22 45:8
46:7,15,20
47:4,5,14,24 48:21
53:24 54:3 64:4,25
72:22 75:13,18

**seeing** 55:22 73:23
78:21

**seems** 88:16

**selected** 19:1

**send** 56:18

**sense** 9:2,9,17 36:9

**sentenced** 37:7

**sentencing** 37:21

**separate** 83:10

**sergeant** 1:13 2:9
15:25 16:2,5,8,17,20
22:4

**sergeants** 16:14 17:23
22:3 53:22

**serious** 29:10
37:14,23,24

**seriously** 25:4,8

**seriousness** 38:12

48:20

**service** 77:4

**services**
18:16,18,23,24 19:3
92:8

**seven** 81:22

**sex** 34:24 36:13
37:1,9,11,13,22
38:1,5,7,11,18,25
39:4,8,19
40:7,10,11,14
41:2,24 42:5,11
46:14 49:17 50:7

**sexually** 34:20

**Shaking** 9:6

**share** 14:23 30:23

**sharing** 39:24

**sharton@rblaw.net** 2:6

**sheet** 57:22 58:2,7
95:20

**sheets** 57:17 58:8,13

**sheriff** 1:11 2:8 14:12
45:14 59:9
64:12,18,19
65:14,22,25 66:4
69:7 74:23 90:21

**sheriff's**
12:11,15,16,17,19
13:2,8,14,19
14:13,20 25:4 42:23
59:14 61:11 64:14
68:21

**shift** 16:20
17:4,5,7,9,16,18,23
18:6,11 22:5,6 44:14
87:13 89:2,9

**shifts** 17:19 44:14
89:6,7

**short** 21:21 81:23 82:1

**shortfalls** 81:17

**short-staffed** 82:21

**showed** 47:7

**showing** 48:24

**shows** 45:1

**sic** 9:12

**sick** 11:1

**Sign** 96:5

**signed** 22:16 95:19

**significant** 52:5,17
67:5 72:9 80:24 81:9

**signing** 4:13 92:17

**silly** 55:2

**similar** 10:7 42:10
58:8

**single** 23:15,16 37:25

**sit** 69:21 70:1 76:5

**six** 26:18,19 34:10
69:24,25 81:22

**sleep** 11:2

**slight** 62:3

**slip** 9:13

**small** 21:5,17 78:5

**smooth** 72:7,10

**smoothly** 71:8

**solely** 62:11

**solemnly** 6:19

**somebody** 28:12
41:14,17 46:22

**somebody's** 28:14

**someone** 18:25 24:21
28:10 38:18,25 39:19
48:10 78:25 81:7

**somewhere** 13:15,20
14:7 50:14


**MILESTONE** | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    **www.MILESTONEREPORTING.com**    Toll Free 855-MYDEPOS

SOPs 12:3

sorry 5:11,19,25 7:25
  12:3,22 19:9 21:10
  24:13 31:14 43:18
  50:4 51:25 57:3,17
  60:11 63:8
  73:20,21,25 75:16
  82:18 85:19 86:19
  91:8

sort 10:25 16:16 38:12
  39:16 51:3

sorts 53:9

sound 55:2

sounds 28:3

space 25:19

span 55:21

speak 6:16 7:23 13:17
  27:3 42:15 44:15
  75:9 84:3 85:23 91:6

speaker 5:16

speaking 9:23
  39:14,15,16 49:21
  64:12 73:11

special 22:10

specialized 42:24

specialty 22:11

specific 16:16 22:14
  43:15 50:18

specifically 29:20
  30:12,20 34:19 42:24
  76:7 79:19

Specify 87:13

speculate 10:8 88:14

speculation 87:23

spoke 39:10

SPOs 12:3

spots 64:1

staff 21:3
  24:8,13,14,25
  25:4,10,12,23 26:1
  43:3 49:3 53:22
  54:20 62:22 68:4
  70:2,13,23 80:24
  84:21 85:12,16

staffed 26:8 35:5 82:2

staffing 8:16 11:9
  13:23 15:4,5
  20:10,21 21:18 43:1
  44:5 50:22 53:8
  55:7,13,16,17
  57:8,11 60:2,14,21
  63:20 64:2,17 65:9
  66:6,15,16,21,23,24
  67:6,9,11 69:5,6,11
  75:10,12,22 76:6,12
  77:12,16,17,25 81:16
  86:20 89:16 90:14,15

stands 58:23

stars 44:25

start 5:5 16:17
  21:20,22

started 16:9

state 4:12 5:3 7:17,18
  8:2 93:3,18 94:3,7

states 1:1 21:2

stayed 61:25

steadily 53:1,10 55:5

steady 55:13

Step 85:10

stick 43:5

STIPULATION 4:1

stolen 28:17

stop 27:3

stopped 18:13

strange 31:19

Street 2:4,11 4:4

strike 40:1 63:1 86:16

stuff 21:20

style 32:6

subheading 83:9

Submitted 94:17

subspecialty 16:19
  17:2 19:17 20:4

substance 11:1

sufficient 60:15

suicide 80:23

Suite 2:5,11 4:5

summary 83:6 85:10

supervise 26:9 45:2

supervising 40:25
  41:1,2,20

supervision 12:8 16:22
  43:14 87:3

supervisor 19:20

supervisors 87:12

supply 87:13 88:5

support 19:19 20:5
  35:24 44:20 45:7

sure 10:4 20:18 31:6
  32:14 40:8 42:3 46:6
  55:24 78:24 79:2
  85:21

surprise 71:20

surprising 71:24,25
  72:2,3

surveil 45:21 84:21

surveillance 33:4 34:4
  74:9 76:23 77:1

surveilling 35:6,10,12
  40:3 46:6

survey 89:5



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

**suspended** 41:17

**swear** 4:12 6:19

**swing** 89:8

**switched** 18:22

**sworn** 93:8

**system** 28:24 39:11
    40:9,12,15 42:8 47:5
    50:17

------------------------
T
------------------------

**table** 79:5

**taking** 78:21,25 79:3

**talk** 34:14 43:1 55:11
    58:11 69:4

**talked** 71:5 78:1

**talking** 9:21 20:18
    21:20,22 38:17 57:8
    75:3 85:24 89:8

**tasked** 75:25

**team** 16:22

**telephone** 2:6,12 28:13

**ten** 60:8,14 67:22
    70:14 76:19 81:22

**testified** 8:14 66:5
    91:1

**testify** 10:25 13:22
    14:20,25 15:9 53:8
    60:13 65:22

**testifying** 12:10,14

**testimony** 6:20

**text** 56:22

**Thank** 73:25 92:21

**that'd** 16:9 82:7

**that's** 5:11,18
    6:2,6,10 8:8 21:7
    23:14 24:23 26:5
    30:4 31:2,4 33:23

36:22 38:8 41:6
43:11 47:2 49:5
50:20 52:17
54:5,6,22 55:23
56:13 62:21 65:21
66:22 68:17
72:3,5,20 73:1 77:15
80:24 88:11 92:2

**there'd** 80:3

**there's** 29:20 30:19
    33:7 54:9,12,21
    61:4,5 62:6 63:24
    68:14,24 72:25 84:16
    86:1 89:22 91:7

**they're** 11:19
    25:9,10,11,14 26:15
    28:5,6,7 29:15 32:13
    37:20 39:9 41:14,15
    42:13,14,16,17 44:13
    47:13
    48:6,19,21,22,24,25
    49:3,24 62:10,11,21
    81:19 88:5

**they've** 24:7,13,14
    37:9,11 67:25

**third** 80:13

**thoroughness** 81:16

**throughout** 9:8,11
    68:15 87:25

**throwing** 79:6

**title** 7:2

**today** 11:5 12:9 13:1
    14:25 15:10 52:15
    69:21 70:1,13 71:11
    76:5 91:1

**toilet** 80:5

**token** 10:14

**top** 77:24 89:21

**topic** 15:1,3,10 16:19
    73:16,18 74:19

**topics** 15:3

**total** 34:7 50:10 91:1

**totally** 55:23 56:13

**touching** 36:2

**Tower** 84:17

**towers** 84:19

**track** 26:24 44:19
    54:13

**trained** 22:13

**training** 22:10,14,15

**transcript** 4:14 92:20
    93:7 94:9 95:16,21

**transferred** 18:16
    19:5,12,15,18 20:8
    75:5

**transport** 53:16

**transportation** 19:21
    20:7 68:7 77:3

**transporting** 68:12

**trial** 8:14 37:9

**tries** 43:5

**trouble** 11:23

**true** 22:24 34:21 41:23
    94:9

**truth** 6:21,22 10:12

**truthfully** 10:25

**try** 6:16

**trying** 11:24 43:3 55:2
    75:23 79:21

**TUESDAY** 4:6

**turn** 5:15 34:2

**turned** 5:18

**type** 11:8 24:8 47:7
    79:5 80:14,21 88:7
    89:9

**types** 89:9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

407.423.9900    www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

typically 23:2,19 24:1
35:5 37:8 54:2

_____

U

uh-huhs 9:6

uh-uhs 9:6

unclear 88:18

undersigned 93:6

understand 10:19 12:9
13:1 38:15 39:25
40:15 70:12 71:4
72:12

understanding 40:2
63:19 65:21 69:14
87:15 88:15,17
89:4,18,25 90:19
91:12 92:5

understood 10:16

uniform 47:2

unit 19:7 22:13 23:2
26:5,20 28:25 34:24
36:11 39:20 48:17
68:24 69:2

UNITED 1:1

units 22:19,21
35:15,16 43:12
58:13,17 87:3

unless 9:22

unpredictable 25:15

unruly 24:16

upon 30:4 41:13 42:9
49:5 65:2,9 69:17
71:10,12 95:18

upstairs 32:7 33:1

usually 36:20

_____

V

vacancies 11:21 23:22
63:19

vacant 19:2

varies 30:3

verbal 9:4

versus 33:24 36:3
52:20 54:21

via 2:7,13 4:5 5:7,8

videoconference 2:7,13
4:5

view 85:3 87:4,7

violated 28:16

violation 28:13,20

violence 38:13 39:16
72:9 73:5 74:16,24
75:23 76:8 81:2,6
83:11,14,21,24 84:7

violent 38:24,25
71:15,21 72:4 73:1
76:13

_____

W

wait 8:23 48:11

waiting 37:9

waived 4:14

walk 29:14

warrant 77:4

warrants 19:20 20:7

wasn't 91:23

watch 17:3,10,16,22,25
18:2,11,13,22 30:12

watching 30:15

ways 65:1

weapon 29:9 46:23

week 68:10

we'll 5:5 24:4 63:9

Wells 31:24

we're 10:2 16:17

20:18,19 24:17
39:14,15 41:16 47:11
48:10,16 57:5 62:20
63:10 70:14 72:21
75:3 79:5 81:23 82:1

we've 33:19,24 61:2
68:8,10 70:14,18

whatever 6:15 82:10

whereas 25:16 35:11
36:7 46:9 71:11

whether 25:14,17 80:5

white 47:1

whoa 62:18

whoever 44:2

whole 6:21

who's 5:23 22:5
38:23,25 39:19

wild 41:7 47:22
49:7,10,13

willing 25:10,11

windows 32:9

witness 4:13,14 5:3,20
6:1,4,5,23
7:11,17,18 8:2,7
13:5,12 14:17 24:1
25:7 37:17 39:3 42:2
48:2 51:7 52:9
53:5,12 54:5,24
60:19 63:14 64:22
66:10 67:2 69:10
70:5,10,13
71:5,18,24 72:13,17
73:8,15
74:6,12,19,20 75:2
76:10 77:6 80:21
81:4,9,11
82:1,7,16,24 83:17
84:2 85:19 86:14,25
87:9,21 93:6

witnesses 42:23



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

**woefully** 66:25

**wonder** 31:3

**Woods** 1:11 2:8 64:18
  69:7

**work** 9:7 22:13,16
  26:11 35:19 43:8
  65:18 68:12,22 80:3

**worked** 16:12 17:23

**workers** 65:16

**working** 21:5,17 75:19
  78:5 79:9,14 80:17
  83:5,14 84:6 86:6

**works** 27:12

**workshops** 66:11,13

**worry** 25:14

**would've** 67:16
  76:22,24 79:22 81:18
  84:6 85:16

**wow** 62:19

_____
          Y
_____

**yearly** 59:7 61:12

**yellow** 17:6,9,16,18

**Yep** 6:5 51:20

**yet** 41:9 49:14 55:11

**you'll** 43:23,24

**yourself** 21:6 57:13

**you've** 57:9 61:13

_____
          Z
_____
**zoom** 5:7,8 57:23



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**