

*SHERIFF* **OPERATIONS**

**Marion County**

| 6766.00 | Reference: |
|---|---|
|  | **FCAC:** Chapter 14 |
| **CLASSIFICATION OF INMATES** | **FMJS:** 4.07; 4.08; 4.10; 4.14; 18.01; 18.02 |
| **Effective date: 04/10/96**    **Last revision: 02/16/17** | |

**6766.00  CLASSIFICATION OF INMATES**

**A.** The policy of the Marion County Sheriff's Office is to segregate inmates housed in the Marion County Jail to ensure the safety and security of the individual inmates, as well as the smooth operation of the facility. The classification system evaluates the following:

1. Mental and emotional stability;
2. Escape history;
3. History of assaultive behavior by reviewing current charges, past criminal conviction and institutional behavior;
4. Medical status;
5. Age; and
6. Need to keep separate.

**B.** The purpose of this directive is to establish criteria for the segregation of inmates by the following:

   1. Ensuring each inmate is classified as soon as practical after admission. The Classification system is uniform for all inmates and follows each inmate throughout his/her incarceration.

   2. Written policy and procedure provide for inmate classification in terms of the level of custody required, housing assignment and participation in detention programs.

   3. The inmate classification plan specifies criteria and procedures for determining and changing the status of an inmate, including custody, transfers and major changes in programs. The plan includes an appeals process for classification decisions.

   4. Juveniles who are subject to trial as adults are separated by sight and sound from adult inmates, although they may be in the same facility structure. Juveniles who are not subject to trial as adults or have not been adjudicated as adults are not housed in the facility except under court order.

   5. A juvenile may only be housed as an adult when the following criteria is met:

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

    **a.** The courts have certified the juvenile for prosecution as an adult.

    **b.** The juvenile has been tried as an adult.

    **c.** The juvenile was found guilty as an adult.

    **d.** The juvenile was sentenced as an adult.

  **6.** Juveniles who are being housed with adult sanctions are only housed with inmates of the same classification.

### 6766.05  DEFINITIONS

**A.** Initial Classification - The first step in the classification process where, through the use of risk assessment criteria, initial housing placement is determined at intake.

**B.** Primary Classification- The process of providing consistent and fair guidelines in determining inmate security classification, housing assignments and program services using the Northpointe 9 Custody Level Decision Tree.

**C.** Classification Review- The process of reviewing an inmate's security/custody level periodically, or as a result of disciplinary action, change in legal status, new pertinent information, a change in mental health, program or work record, or by staff request.

**D.** Re-Classification- The process of changing an inmate's classification designation as a result of a classification review.

**E.** Special Need Inmates - Includes drug addicts, drug abusers, alcoholics, alcohol abusers, emotionally disturbed, mentally disabled, mentally ill, deaf, blind, sex offenders, aged and physically disabled inmates. Special need inmates are also those inmates who present a high risk to themselves and/or others, and inmates who require protective custody.

**F.** Classification - A systematic process for determining the needs and level of security of inmates in order to objectively and consistently assign them to housing units.

**G.** Classification Specialist - An individual assigned to the Classifications Unit who makes decisions for the inmates housing assignments based on custody level, needs of the inmates and existing resources.

**H.** LGBIT- An acronym for an umbrella term referring to a group of sexual or gender minorities. Lesbian Gay, Bisexual, Transgender, Intersex.

**6766.10    INITIAL CLASSIFICATION OF INMATES**

**A.** The classification process is uniform for all inmates, and follows the inmate throughout his/her incarceration.

**B.** At the initial interview, the inmate is questioned to determine obvious social, psychological and disabilities, and to identify inmates who have distinct behavioral patterns. The PREA Screening form, Inmate Activation form, along with the officer's own observation and knowledge of the inmate's attitude, social behavior and classification of crimes committed is required, as it aids in determining the initial housing of the inmates.

**C.** Classifications personnel shall use the following data and techniques to determine special needs of the inmates:

1. Criminal history

2. Interviews

3. Medical and Psychological screening and examination

4. Observation

5. PREA Screening Form and follow up information.

\*\* After the Initial Classification at intake, Classification Staff will conduct the Primary Classification for the inmates using the Northpointe Decision Tree, this is usually done when the inmate has been in jail for 72 hours.

**D.** The Classifications Specialist will complete and/or maintain an inmate record which is kept confidential from other inmates. The record contains at a minimum:

1. Legal authority for commitment to include the offense with which the inmate is charged, or held for other agencies, or for which the inmate has been sentenced;

2. All information contained in the booking record to include full name and known aliases, date admitted, current or last known address, name and address of next of kin; and marital status; race, height, weight, the signature of persons delivering and receiving inmate; and a written descriptive, or electronically captured, inventory of all monies, valuables or other personal property. All items allowed to be kept by the inmate and those taken and stored will be recorded.

3. Classification information and progress reports;

4. Sustained disciplinary reports including investigation and disposition;

5. All absences from the facility;

**MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE**

  **6.** Photograph;

  **7.** Records or any detainer or other civil or criminal process;

  8. Personal property records;

  **9.** Date and terms of condition of release, the authority for the release, and the signature of the releasing employee;

  **10.** Name of attorney, if known; and

  **11.** Religion.

**E.** After the initial interview and housing assignment, the inmate will be turned over to Custody and Security for further processing and placement in the assigned housing unit.

**F.** Exigent circumstances requiring immediate placement of an inmate, such as maximum, may be made at the discretion of the Jail Watch Commander, until such time as the Classifications Specialist can evaluate the inmate.

**6766.15  SCREENING OF INMATES**

**A.** Screening of inmates who are potentially vulnerable, and/or dangerous, or present a security risk shall include:

  **1.** A review of the frequency, recentness and severity of both community and facility violent behavior by the inmate.

  **2.** Material witnesses, persons awaiting sanity hearings and other special needs inmates may be separated from other populations. Housing of these individuals will be made on an individual basis.

    **a.** Inmates classified with disabilities as described in 6766.05 (B) will be housed accordingly.

  **3.** Inmates who are potentially vulnerable and/or aggressive will be housed according to their classification, and may need to be separated from other inmates.

  **4.** Females must be kept separate from all males by normal sight and sound acoustics.

  **5.** Sex Offenders, witnesses and LGBTQ inmates may need protection, and may need to be separated from other inmates.

  **6.** Juveniles must be kept separate from all adults by normal sight and sound acoustics. Juveniles not subject to trial as adults are not housed in this facility except under court order.

When a juvenile is housed as an adult the juvenile must have been sentenced as an adult and housed only with inmates of the same classification.

7. Within a set time period, not to exceed 30 days from the inmate's arrival at the facility, the facility will reassess the inmates' risk of victimization or abusiveness based upon any additional, relevant information received by the facility since the intake screening. This assessment is done by classification when conducting the primary classification and any reclassifications that may be required; classification takes into consideration any additional, relevant information that may not have been known at the initial intake screening completed by booking. Referrals are made to Mental Health as appropriate. 115.41 (f)

### 6766.20  SECURITY OF CLASSIFICATION FILES

**A.** The security of the classification files is the responsibility of the Classifications Specialist on duty. Only Classifications personnel are to perform the appropriate filing. No inmate is to be allowed access to the files.

**B.** These files are kept in a filing cabinet and maintained in the Classification Office. They are filed alphabetically by inmate name, and are to be updated daily or as needed.

### 6766.25 CLASSIFICATION ASSIGNMENTS

There are three Classification Categories which consist of Minimum, Medium and Maximum Security.  Each Category is broken down into smaller Custody Levels.

A.  Minimum Security Levels- Includes inmates designated as Custody Levels of 6, 7, 8 or 9. Those inmates assigned to a minimum security level may be unsentenced inmates who will be likely sentenced to county time or time served, sentenced misdemeanor or selected sentenced felons.  Minimum Security Inmates must have no felony holds or other pending felony court action against them.  Minimum security inmates must display a cooperative attitude toward the staff and the rules and regulations of the facility.  Minimum security inmates will be eligible for inmate worker status and additional programs as appropriate.

B.  Medium Security Levels- Includes inmates designated as Custody Levels 3 Medium High, 4 or 5.  Inmates assigned to the medium security level will include sentenced misdemeanors and felons who do not qualify for minimum security and do not require a maximum level of security.  In addition, inmates awaiting trial or sentencing and likely prison bound who do not require a maximum level of security will be placed in medium security.  Medium High 3 inmates do not qualify for inmate worker status and may be limited to programs in their assigned housing area. Custody Levels 4 and 5 may qualify for inmate worker status and programs outside of their assigned housing area.

C.  Maximum Security Levels- Includes inmates designated as Custody Levels 1-High and 2-Close.  Inmates who are assigned to maximum security will be those who have been charged with serious assaultive felony crimes or have a history of assaultive felony violent

**MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE**

convictions. They also have other holds or detainers concerning such types of crimes or may be individuals who have displayed a significant disciplinary problem within the facility or display a need for a maximum amount of supervision and may have limited out of cell time. They will have limited access to programs that will be reviewed on a case by case basis. Maximum Security Inmates who are High Risk Security/Escape Risk will be placed in a solid red uniform and housed in confinement.

**A.** Single Cell occupancy shall be made available, when indicated, for the following:

  1. Inmates with severe medical disabilities

  2. Inmates suffering from serious mental illness

  3. Sexual predators

  4. Inmates likely to be exploited or victimized by others

  5. Inmates who have other special needs for single housing

  6. Inmates who exhibit or have a demonstrated history of aggressiveness toward other inmates, or who have special classification needs to be housed appropriately.

**B.** Dangerous felons are housed separately from misdemeanants.

**C.** Juveniles being housed with adult sanctions are only housed with inmates of the same classifications. Juveniles, transferred for prosecution as adults, and juveniles wanted for prosecution as adults in another jurisdiction, are prohibited from being housed with adults.

**6766.30  HOUSING CLASSIFICATION**

**A.** Due to the necessity of reclassifying sections within the jail to accommodate for growth in inmate population, a listing of the housing classification plan shall be maintained in the Classifications Unit and is available for review upon request.

**6766.35  PROGRAM PARTICIPATION**

**A.** Various programs are available to the inmates in the Marion County Jail.

**B.** Inmates on the work program shall be housed together in a single pod or area.

**C.** Inmates allowed to participate in other programs shall be housed as determined by their classification status.

**D.** If an inmate is removed from the work program, his/her classification shall be reviewed and he/she shall be reassigned housing accordingly.

### 6766.40  CRITERIA FOR CHANGING INMATE STATUS

**A.** The change in status of an inmate, including custody, transfers and changes in programs shall be determined by the following criteria:

  **1.** A juvenile inmate who has reached the age of 18 shall be moved to the appropriate adult housing unit.

  **2.** When felony charges are filed on a minimum security inmate, the inmate will be reclassified and moved, if appropriate.

   **a.** Anytime another agency confirms a felony charge on a minimum security inmate in our facility, the inmate will be reclassified and moved if appropriate.

   **b.** The inmate shall not be moved until we have received an official confirmation, not a teletype hit from the agency requesting the hold.

   **c.** If confirmation is not received, an incident report will be initiated. Copies of the incident report shall be sent to the inmate's file, the on-coming shift and Classifications so follow up action can be conducted.

   **d.** Once the confirmation is received, it shall be attached to the hold order.

  **3.** When there is a change in the inmate's legal status, ex: felony charges are reduced to misdemeanor, or when felony charges are dismissed, and the inmate is being held on misdemeanor charges.

  **4.** Upon written request from a detention deputy, the Classifications Specialist will review an inmate's status and the circumstances surrounding the officer's request, and shall make the necessary changes to facilitate the smooth, orderly operation of the jail.

  **5.** Upon written request from the medical staff, the Classifications Specialist shall make the necessary changes in an inmate's status to comply with the request.

  **6.** Inmates with disciplinary sanctions will be monitored for reclassification if appropriate.

  **7.** Periodic review by Classification.

### 6766.45 CLASSIFICATION REVIEW STATUS

The purpose of the classification review procedure is to assure that the inmate's classification assignment remains current. If no aggravating or mitigating event triggers a review, a fair and consistent periodic review of the inmate's classification will occur at designated intervals during incarceration.

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**A.** A Classifications Specialist shall review the classification file to determine if increased or decreased custody level is required.

**B.** Should relocation be necessary, the Classifications Specialist shall initiate the cell change.

### 6766.50  INMATE APPEALS OF CLASSIFICATION

**A.** An inmate may appeal classification decisions for his/her housing assignment, in writing, to the Classifications Supervisor.

   **1.** The appeal must be received by the Classifications Supervisor within seven (7) working days of the initial classification assignment.

      **a.** If an inmate encounters difficulties in his/her assignment at a later date, an Inmate Request Form should be sent to the Classifications Supervisor, outlining the difficulties.

   **2.** The appeal should be answered immediately by the Classifications Supervisor whenever possible, taking into account that some appeals may take longer to evaluate than others.

**B.** If discussion with the Classifications Supervisor results in no change in classification, and the inmate still disagrees with the classification and housing assignment, he/she may appeal, in writing, to the Detention Bureau Chief. The decision of the Detention Bureau Chief shall be final.

### 6766.55  DISCIPLINARY REPORTS

**A.** Completed Disciplinary Report (DR) shall be forwarded to the Classification Office for filing.

**B.** A Classifications Specialist shall prepare copies of all Disciplinary Reports to accompany the inmate should he/she be sent to the Florida Department of Corrections.

### 6766.60  INMATE TRANSFERS TO OTHER FACILITIES

**A.** Any time an inmate is transferred to another correctional facility, a Classification Information Transfer Summary shall be completed and accompany the inmate.

**B.** In the event an up-dated case file is not readily available, the Classification Information Transfer Summary shall be sent to the receiving agency within seventy-two (72) hours.

### 6766.65  POLICY REVIEW

**A.**  This policy shall be updated as necessary and subject to at least an annual review by the Detention Bureau Chief and/or his/her designee.

**-END-**