# *SHERIFF*
# MARION COUNTY
### *DETENTION BUREAU*

# INMATE RULES AND REGULATIONS HANDBOOK

**The Marion County Sheriff's Office has a <u>ZERO TOLERANCE</u> towards all forms of sexual abuse and sexual harassment of inmates!**

**This is a Non-Smoking Facility**

**Address:**
**Marion County Jail**
**700 NW 30th Avenue**
**Ocala, FL 34475**
**(352) 351-8077**

Revised: December 2017

EXHIBIT
27

PL MERCHANT 001673

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

## <u>INTRODUCTION</u>

You are located in the Marion County Jail
700 NW 30th Avenue, Ocala, Florida 34475

This handbook is provided to assist you while you are housed at the Marion County Jail**.** This handbook is a general guide to operations and programs, and it explains the rules and regulations concerning inmate behavior, disciplinary actions, and the range of sanctions imposed.

The guidelines contained in this handbook are based on existing Florida State Statutes, the Florida Model Jail Standards, and the standards of the Florida Corrections Accreditation Commission. All inmates, whether convicted or awaiting trial, are treated under humane conditions in a structured and accountable no frills environment. The inmate handbook is reviewed at least once each year, and necessary revisions made.

The rules and regulations in this handbook are subject to change at the discretion of the Sheriff and/or his designee.

**<u>You are responsible for knowing and obeying the Rules and Regulations. If you violate these rules you will be subject to disciplinary action being taken against you.</u>**

**If you have any questions, contact any on-duty Detention Deputy for clarification.**

**NOTE:** It is your responsibility to maintain this handbook in good condition. It is the property of the Marion County Sheriff's Office and any loss, damage, or destruction of this handbook is a violation of the rules of this facility and you will be required to pay for its replacement and may be subject to disciplinary action. You are required to surrender your copy before departure from the facility.

If a serious problem develops, do not try to solve it yourself. You should direct the problem to the Detention Deputy assigned to your area.

If you need to discuss a problem with any member of the staff, an Inmate Request Form is provided for your use in corresponding with that staff member.

PL MERCHANT 001674

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

**TABLE OF CONTENTS**

**Section I.**

Inmate Rights                                         Page 04
PREA (Prison Rape Elimination Act Orientation        Page 04
Personal Property                                    Page 05
Inmate Welfare Fund                                  Page 06
Work Time                                            Page 07

**Section II.**

Admissions and Classification                        Page 07

**Section III.**

Rules and Regulations                                Page 08

**Section IV.**

Rules and Regulations for
Inmate Work Details                                  Page 13

**Section V.**

Discipline                                           Page 14
Prohibited Acts                                      Page 15
Inmate Grievance Procedures                          Page 19

**Section VI.**

Programs and Services                                Page 20
Telephones                                           Page 26
Canteen                                              Page 29

PL MERCHANT 001675

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

## SECTION I. – INMATE RIGHTS

## PRISON RAPE ELIMINATION ACT ORIENTATION

## HARASSMENT, SEXUAL ABUSE, and/or SEXUAL/ASSAULT

The Marion County Sheriff's Office has a **ZERO TOLERANCE** towards all forms of sexual abuse, sexual harassment and sexual conduct (with or without consent). We are to protect and promote the safety and constitutional rights of inmates, and to seek a balance between the expression of individual rights and the preservation of the facility, security and order.

Inmates are not subjected to harassment, sexual abuse or assaults. Detention staff will make every effort to ensure the safety of the inmate population but it is also your responsibility to make sure your conduct does not, directly or indirectly; make you a subject of harassment, sexual abuse or assaults.

Some ways you can protect yourself include:

1. Refrain from engaging in verbal or written jokes, remarks or slurs of an ethnic, racial, or religious nature which could reasonably be expected to offend others.
2. Do not show or disseminate any article, object, picture, or drawing of an ethnic, racial or religious nature which could reasonably be expected to offend others.
3. Do not engage in physical or verbal actions which have the purpose or effect of creating a hostile, offensive or intimidating environment, or have an ethnic, racial or religious basis.
4. Do not accept gifts or favors with strings attached to them.
5. Do not accept offers for protection as that is what the correctional staff is here for.
6. Be direct and firm when saying "NO" to unwanted activity.

If the situation is such that you need the assistance of staff members, you should immediately report any inappropriate actions of other inmates. The on-duty Detention Deputy or the Detention supervisory personnel will intervene and ensure the inappropriate conduct is stopped.

**Any inmate who feels he/she is being sexually harassed or sexual abused by anyone to include, other inmates, staff members or volunteers should such actions immediately.**
**Below are some of the ways available to you for reporting sexual abuse or sexual harassment.**

1. **On-duty Detention, Medical or Mental Health staff.**
2. **Program staff or volunteers.**
3. **Submit a request.**
4. **Dial 502 on the inmate phone to reach the in-house PREA tip line.**
5. **Dial 510 to reach the Ocala Rape Crisis Center, 352-622-5919 or by mail.**
6. **TO: Marion County Rape Crisis Center, 2001 SW 3rd Avenue, Ocala FL 34471.**
7. **Have a third party contact the Jail Watch Commander at (352) 351-8077 or the PREA Coordinator at mforte@marionso.com**

PL MERCHANT 001676

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

The Sheriff's Office investigates any and all complaints of harassment, sexual abuse, or sexual assaults to determine the nature and extent of the misconduct. You will be asked to give a statement and if criminal charges are brought against the assailant, you may be asked to testify. The Sheriff's Office has a **ZERO TOLERENCE** towards any inmate(s) who act out in a sexual aggressive behavior. This behavior can and will lead to disciplinary charges as well as criminal charges.

Any inmate who has, or thinks they may be the object of harassment, sexual abuse, or assaults can receive counseling and/or treatment by contacting the Sector Sergeant who will refer the inmate to the Ocala Community Care for proper disposition. Inmates may also contact the Ocala Community Care directly using the available Medical Request Form and giving it directly to the Nurse as he/she makes their medication rounds.

No inmate shall be discriminated against in regard to program access or work assignments. Administrative decisions are made without regard to the inmate's race, religion, national origin, sex, disabilities or political views.

Inmates are not subjected to personal abuse or injury, corporal punishment, disease, property damage, and/or harassment. Furthermore, inmates are expected to treat each other with mutual respect, be mindful of each other's rights, without discrimination, violence, or threat of violence.

In addition, inmates have the following rights:
1. Access to courts and legal counsel.
2. Access to legal materials if pro-se.
3. Ability to communicate and correspond.
4. Protection from unreasonable searches (searches shall only be conducted to maintain security and order).
5. Freedom in personal grooming, with considerations for safety, security, identification and hygiene.
6. Access to a grievance procedure.
7. Ability to participate in religious practices which do not threaten or disrupt facility security and order.

The policies and procedures for exercising these rights are contained in this handbook.

As per Florida State Statue 944.241, The Marion County Sheriff's Office does not use restraints on female inmates who are known to be pregnant during labor, delivery, and postpartum recovery; unless the Detention Officials makes an individualized determination that the inmate presents an extraordinary circumstance.

**PERSONAL PROPERTY**
Upon admittance to the Marion County Jail, all personal property, including civilian clothing, shall be stored for you until your release or transfer. An "Initial Subsistence Fee" of $ 22.00 and a "Medical Intake Fee" of $10.00 will be charged to each inmate to cover the administrative costs of the expenses of the booking process.

The following personal items may be kept in general population cells:
1. Toilet articles (issued or purchased through the Canteen Office).
2. Four (4) pairs of white socks.
3. Four (4) changes of white underclothing (tank tops and boxers are not allowed items for

Page 5 of 29

PL MERCHANT 001677

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

females).

4. Prescription eyeglasses and/or hearing aid (kept on your person at your own risk).
5. Letters and legal items, six (6) items each. Any additional materials will be disposed of or may be mailed out at your own expense.
6. Paper, pens, envelopes and stamps that have been purchased through the Canteen or provided by Indigent Services.
7. One (1) bible or other type of religious scripture (provided and/or approved by the Jail Chaplain, as availability exists, upon request).
8. No more than three (3) of any other type of reading materials. Examples include books, a bible, periodicals, newspapers or magazines. Books may be checked out from the Jail Library or purchased directly from the publisher or book store.
9. One (1) pair of shower slides (clogs).
10. One (1) pair of tennis shoes.
11. One (1) pair of shoes or boots as approved by the staff (steel toed boots are not permitted).

You are responsible for your own personal property that you keep in your possession. The Marion County Sheriff's Office will not be responsible for an inmate's personal property that becomes lost, stolen, misused, or damaged.

**Releasing Personal Property**
Inmates may release their personal property and any available money within the first 30 days of incarceration only. Property maybe released by filling out the "Inmate Property Release Authorization" form. The only time you may release all of your property (to include clothing) is if you have been sentenced to the Department of Corrections (DOC). The Property Release form is only valid for five (5) days. If the property you are releasing is not picked up before you are transported to DOC, another agency or released from our facility then all of your property will be sent with you.

**INMATE WELFARE FUND**
By Florida Statute, Canteen profits are set at a gross profit not to exceed the fair market value. Also by statute, these profits are reserved in the Inmate Welfare Fund; an account from which certain items in the correctional facility are purchased and/or maintained for the welfare of the inmates. These include, but are not limited to:

1. Resources for programs.
2. Books and publications for the library.
3. Law library (legal) materials.
4. Public telephones in the cellblocks.
5. Recreational items.

Abused and damaged items (as listed above) are repaired and replaced with monies from the Inmate Welfare Fund.  Therefore...***VANDALISM HURTS YOU AND OTHER INMATES***

Additional items cannot be purchased if the Inmate Welfare Fund is expended on the repair or replacement of broken equipment.

**GOOD CONDUCT/GAIN TIME**
Inmates who have been sentenced to incarceration in the Marion County Jail are eligible to receive a one (1) day deduction from their sentence for every thirty (30) days served in the Marion County Jail, irrespective of the number of years of their sentence.  Where no charge of misconduct is sustained against an inmate, the one (1) day deduction shall be deemed earned and the inmate shall be

PL MERCHANT 001678

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

entitled to credit for a month as soon as the inmate has served such time as, when added to the one (1) day deduction, will equal thirty (30) days.

## WORK TIME/MERITORIOUS CONDUCT OR EXCEPTIONAL INDUSTRY

Those inmates who qualify and participate in the inmate work program will be eligible to receive an extra good-time deduction from their sentence at the rate of five (5) days per thirty (30) full days of work. Inmates classified as habitual criminals or violent inmates are not eligible to participate in the inmate work program. For each sustained charge of escape or attempted escape, mutinous conduct or other serious misconduct, all the commutation which shall have accrued in the favor of an inmate up to that day shall be forfeited, except that in case of escape if the inmate voluntarily returned without expense to the state or county then such forfeiture may be set aside if the inmate's subsequent conduct entitles him or her thereto.

It may not be possible for some inmates to be assigned to Inmate Worker status due to medical reasons, the nature of their crime(s), or other factors. For this type of inmate, sentenced to do time in the Marion County Jail, they will serve 100% of their sentence. Each case will be reviewed on an individual bases to ensure everyone has the opportunity to participate as an Inmate Worker, if appropriate.

 **All inmate workers are subject to random drug testing.**

## SECTION II - ADMISSIONS AND CLASSIFICATIONS

## BOOKING
The Booking process includes being searched, photographed, fingerprinted, completion of all necessary paperwork, and being dressed in an inmate uniform. All inmates are afforded the opportunity to make telephone calls to contact friends, family members, or an attorney.

## BONDS
The bond that you put up, or cause to be put up, is to ensure that you will appear in court at the appointed date and time.

**Types of bonds available in Marion County include:**
1. **Cash** – Actual cash money, money order, or a certified check in the full amount of the bond. No personal checks will be accepted.
2. **Surety** – It is the responsibility of your family to make arrangements through a licensed bondsman to obtain your release.
3. **Released on Own Recognizance (ROR**) - the release of an inmate to appear in court without an exchange of money or any other item of value - releasing a person "on his/her word" to appear in court and this type of release usually requires the approval of a Judge.
4. **Purge** – this type of release requires you to pay, or make arrangement to pay, the specific amount of money necessary for the release. It usually involves a Civil Contempt case (most often associated with child support cases).

## CLASSIFICATION
The primary objective of classification is the placement of inmates in the type of housing that best meet their needs. Each inmate will be classified during the booking process. The classification decision will be based on all information available regarding past criminal/incarceration history,

PL MERCHANT 001679

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

current and past behavior social, legal, and self reported medical history, as well an intake medical screening.

## SECTION III - RULES AND REGULATIONS

All inmates shall obey the facility rules and regulations, or shall be subject to disciplinary action.

If a serious problem(s) develops, you should not attempt to deal with the problem(s) in any manner that might disrupt facility order; you should refer such problems to the on duty Detention Deputy.

General rules and expectations for inmate behavior include:

1. **Obeying Orders –** All inmates are required to promptly obey the lawful orders and directions given by a staff member.

2. **Identification Card** - All inmates are issued an ID card during the Booking process. This card shall be worn on the collar at **ALL** times, without exception. Failure to wear the ID card will result in disciplinary action to include loss of privileges and/or work time. There is a $5.00 charge against your inmate canteen account for the replacement of any ID card.

3. **Inmate Count** - Any time a count is called, all inmates are required to proceed to their assigned cells without delay and remain quiet until the count is completed. You are to be dressed in full uniform and stand in line as directed. Talking during headcount may subject you to disciplinary action.

4. **Inmate Searches** - All inmates will cooperate with searches of their persons and property at all times.

5. **Behavior** - General "horseplay" or conduct, which disrupts the orderly running of the facility, will not be tolerated.

6. **Issued Clothing** - All inmates will dress in the County issued clothing (with the exception of that noted under personal property) at all times. Alterations are not allowed. Every attempt is made to fit the inmate with the correct size. Civilian clothing is not permitted in the housing areas.

7. **Laundry** - All County issued clothing will be exchanged at least twice weekly. Sheets and pillowcases will be exchanged at least once weekly and blankets will be exchanged on a quarterly basis. Personal items are laundered twice a week in the laundry bag provided.
   a. Blankets may be exchanged more frequently by asking the Laundry Clerk as he/she is conducting linen exchange.

8. **Visitation** - The following information is provided for your personal knowledge and so you can inform family and friends of facility rules prior to their visit.
   a. The Jail Information and Visitation Center is located on SW 10th Street just past the Juvenile Detention Center at the Marion County Criminal Justice Complex. We are approximately one mile east of interstate 75 off of Silver Springs Boulevard (Hwy 40).
   b. All visits within the Marion County Jail have the capability of being monitored and recorded for security purposes.

PL MERCHANT 001680

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

   **c.** Regulations concerning dress and conduct for all visitors are posted at the entrance of the facility. Failure to follow visitor rules and regulations may result in loss of visitation privileges for the visitor.

      **1.** Visitors will be dressed appropriately.

         **a)** No swim suits

         **b)** No see through clothing of any kind.

      **2.** No property or money will be transferred between the inmate and the visitor.

      **3.** Visitors will not bring any personal item(s) other than identification. No personal property will be allowed in the visitation area.

      **4.** Money for deposit into an inmate's account will be entered into the kiosk machine located at the Jail Information and Visitation Center.

   **d.** Attorneys may visit at any time.

   **e.** Special Visits - The Jail Watch Commander may authorize special visits based on the following criteria:

      **1.** The visitor has traveled a long distance. Proof of distance traveled is required (such as a plane ticket, bus ticket, or a driver's license showing that the visitor has traveled at least 50 miles).

      **2.** Inmate is hospitalized.

      **3.** Sufficient cause exists to indicate an emergency.

      **4.** Situations that arise which may cause undue hardship to the inmate or his/her family.

      **5.** Any visit which involves a high risk/red suit inmate.

      **6.** Suicide Precaution inmates.

      **7.** Any visit authorized to take place at times other than the normal visitation schedule.

      **8.** Any extended visit that exceeds the thirty (30) minute time frames.

   **f.** Visiting hours are as follows:

      Sunday though Saturday
      8:00 A.M.  -  11:30 A.M.
      1:00 P.M.  -  4:30 P.M.
      7:00 P.M.  -  9:45 P.M.

   **g.** Inmates are allowed to have one (1) thirty (30) minute scheduled visit, 4 times a week, for a total of two hours of visitation per week.

   **h.** Visitors are required either to:

      **1.** Call and make an appointment by dialing the Sheriff's Office phone number and pressing option #3.

      **2.** Make an appointment by logging on their computer at: www.Securustech.net/VideoVisitation

      **3.** Make an appointment by scheduling it on the visitation terminal at the conclusion of their visit.

   **i.** All visitors must present a valid, current photo card (Drivers License, I.D. card, military

   **j.** Visitors, 17 years of age and under, must be accompanied by a parent or legal guardian.

   **k.** Inmate's Appearance for Visitation - Full uniform (trousers and shirt), and shoes or sandals shall be worn for all visits, and any other event that requires the inmates to leave the cellblock. No inmates are permitted to trade/or allow a scheduled visit for another inmate. Any violation of this may result in terminal of the visit, disciplinary charges, and/or suspension of visits.

PL MERCHANT 001681

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

**l.** Clergy visits are granted to clergy members who are licensed/ordained staff members or approved by their local church which they are affiliated within Marion County and require a valid driver's license or picture I.D.

    **1.** Clergy visits may be scheduled by calling and making an appointment for Video Visitation. Only the scheduled Clergy who made the appointment will be permitted to visit.

    **2.** The clergy visit does not count against your two (2) hour per week visit limitation rule.

**m.** Internet video visitation is provided through Securus Technologies Inc. and is a web based video on-line visitation used in detention facilities. This system provides an easy and more accessible environment for interactions with inmates who are currently incarcerated. Inmates can visit family or friends in 15 minute blocks of time for $5.00 or 30 minute blocks of time for $10.00. A visitor can visit with an inmate from anywhere in the world as long as they have a computer, tablet, Smartphone, internet access, an email account, a web cam and a credit card. The benefits to the family and friends of the inmate are that it manages the inconvenience of incarceration. It eliminates the need for childcare, it eliminates travel expenses associated with inmate visits, increases the opportunities to visit with loved ones, expands inmate's visitation list, and visits no longer require pre approval. How the system works:

    **1.** The visitor will go to the Securus Technologies Inc. website and schedule their own visits during the schedule of time slots based on Eastern Standard Time that have been approved.

    **2.** The visitor pays for the visit at the time of scheduling. The visit must be scheduled one day in advance.

    **3.** During the visit, there will be no nudity or illegal behavior or the visit can be terminated at the discretion of the facility.

    **4.** Each morning a list of scheduled visits for inmates will be posted on the visitation terminal in the inmate housing area. The inmates must view the list and are responsible for being at the monitor at the schedule time of the visit. Visitors can get more information by logging onto www.securustech.net/videovisitation or by calling 1-877-578-3657.

**Marion County Jail, FL Visitation**
**RULES and REGULATIONS**

Participation in visitation is a privilege, not a right. Both visitor and inmate are expected to conduct themselves in an appropriate fashion at all times during a visit. MARION COUNTY JAIL reserves the right to cancel a visit prior to or during a session based upon visitor or inmate misconduct. MARION COUNTY JAIL also reserves the right to restrict visitors from participating in all future visits.

- All family member/friend video visits are recorded and subject to electronic monitoring. Your use of this video visitation system constitutes consent to this recording and monitoring.
- All visitors must have a valid government issued photo I.D. (driver's license, I.D. card, military I.D., etc.).
- Visitors under the age of 18 must be accompanied by a legal guardian and must be supervised at all times.
- Only the visitor(s) who are scheduled to visit may visit. If you visit an inmate and your name is not on the visitation list this constitutes misconduct and the visit will be terminated without notice.

PL MERCHANT 001682

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

- Visitors are not allowed to record visitation sessions for any purpose. This constitutes misconduct; the visit will be terminated without notice and may result in termination of your visitation privileges, both onsite and home visits.
- Any visit where the visitor schedules with one inmate, but in turn visits another inmate, will result in the visit being terminated without notice. This constitutes misconduct and will result in termination of your visitation privileges, both onsite and home visits.
- Visitors are only allowed to visit the inmate they are scheduled to see, other inmates are not permitted on the visit for any length of time. This constitutes misconduct and the visit will be terminated without notice and may result in the termination of your visitation privileges, both onsite and home visits.
- Any visitor who is currently suspended and schedules visits with another inmate will result in the visit being terminated without notice. This constitutes misconduct and will result in the indefinite termination of your visitation privileges, both onsite and home visits.
- No NUDITY, the visit will be terminated without notice. This constitutes misconduct and will result in termination of your visitation privileges, both onsite and home visits for a minimum of 30 days.
- No lingerie, swimsuits, see-through, provocative or tight fitting clothing will be allowed during the visit. . This constitutes misconduct; the visit will be terminated without notice and may result in termination of your visitation privileges, both onsite and home visits.
- ONSITE visits are limited to 1 per day and 4 per week per inmate. When scheduling an appointment, if it says unavailable, the inmate has reached their daily or weekly limit.
- When scheduling ONSITE appointments include all visitors FIRST and LAST names. If you do not, your visits will be cancelled without notice.
- ONSITE visitors are limited to 2 adults and 1 child or 1 adult and 2 children.
- NO CELL PHONES in the visitation center. If you use a cell phone during a visit, your visit will be terminated without notice. This includes taking or showing cell phone pictures/videos. This constitutes misconduct and may result in termination of your visitation privileges, both onsite and home visits.
- If an inmate has been moved to Disciplinary Confinement, all visits during that time will be cancelled without notice and will not be rescheduled if they are released from DC early. To receive notification of cancellations, please include your e-mail address when scheduling visits.
- Do not damage or deface the visitation equipment. If you damage or deface the equipment, you could be prosecuted.
- Please only schedule visits a week out from the current date. Excessive scheduling and blocking the inmate's availability for several weeks will result in the excessive visits being cancelled without notice.
- Visitors appearing to be under the influence of alcohol or drugs are not allowed. This constitutes misconduct; the visit will be terminated without notice and may result in termination of your visitation privileges, both onsite and home visits.
- Loud talking, excessive emotionalism, or any type of disruptive behavior will not be permitted. This constitutes misconduct and the visit will be terminated without notice.
- The visitation center is a busy area; it is the visitor's responsibility to show up in plenty of time in advance to get checked in before their visit is scheduled to start. Visitors arriving late will only receive the balance of the remaining visiting time, or may not be allowed to visit, depending on the circumstances.
- Home visits with juvenile inmates are not permitted.
- Visits may be interrupted or cancelled at any time at the discretion of the Visitation Staff.

PL MERCHANT 001683

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

9. **Inmate Welfare** – The Marion County Jail has a telephone line which will serve as the primary method available to the public to make the inquiries about the welfare of inmates housed in the Jail. Citizens can now call 352-351-8077 and press option #1 or send an inquiry online at www.marionso.com when they have questions or concerns regarding inmates' care.

10. **General Housekeeping** - Each cell and the immediate area shall remain neat and clean at all times. All bunks will be fully made when not in use. Each inmate will be held responsible for the cleanliness of his/her cell and immediate area. Privileges may be suspended if cleanliness is not maintained.

11. **Dayroom** - All inmates share the responsibility for keeping the dayroom, shower, and lavatory areas neat and clean at all times.

12. **Trash Receptacles** - All inmates share the responsibility for the proper disposal of all trash, wastepaper, etc. Paper bags are not to be used as trash bags in the cells or bunk area.

13. **Games** - All games (chess, checkers, etc.) are to be stored neatly in the dayroom, in the area provided, when not in use.

14. **Personal Items** - Personal items shall be neatly arranged. Attaching anything to any surface is prohibited. This includes windows, doors, walls, vents. Writing or drawing on any surface will not be tolerated. All personal items are to be contained in the basket provided during the Booking process.

15. **Food** - Only food items purchased through the Canteen shall remain in the cell. All food not consumed at meal times are to be disposed of in the trash receptacle. Inmates are charged $3.00 per day for meals, sanitation and hygiene items. Inmates will receive meals, whether or not they have funds in their accounts. This $3.00 fee will be waived for inmate workers.

16. **Inmate Personal Money Account** - Inmates are not permitted to keep money, checks, money orders, or any other type of legal tender on their person. The facility deposits all money during the Booking process into an inmate personal money account. Canteen items may be purchased from this account. Only certified checks, cash, and money orders will be accepted for deposit into your personal account. Money orders and cashier checks will be treated as cash and deposited into your account with or without your signature. (See Canteen, Section IV) Upon your release, debit card or a check will be provided to reimburse you for any funds remaining on your account.
    1. If you have a hold/lien on your account, from a previous incarceration, when you are booked into the Marion County Jail, 100% of all the money you had on your person during the booking process is applied towards your negative account balance
    2. After the booking process, if you continue to have a negative account balance, 50% of all money placed into your account will be applied towards your debt and 50% will be available for your use to purchase canteen items.
    3. Family and friends can deposit money into your inmate account for a small fee by using a Kiosk machine located in the jail's video visitation building lobby. Internet depositors can visit the secure Access secure deposit website www.accesscorrections.com to set up an on line account. Telephone payments using a toll free number, 1-866-345-1884 can be done 24 hours a day seven days a week using a Visa, MasterCard, debit, or credit card.

PL MERCHANT 001684

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

17. **Fire and Ventilation Regulations** - Light fixtures, doorways, ventilators, and windows shall remain clear. Sheets, blankets, clothing or towels will not be used as rugs, drapes, hammocks or tenting.

18. **Lockdown** - Each night at approximately 9:45 P.M., "Lockdown" will be announced by a Detention Deputy. By 10:00 P/M. you are ordered to stand by your assigned cell/bunk. The Detention Deputy's will conduct a headcount at this time and secure you in your cell. All cell lights must be off by 10:00 P.M. Inmates in open by housing are to be on their bunk by 10:00 P.M. No inmates are to get off their bunk during lockdown except to use the bathroom. All lights will be turned off and excessive noise will not be tolerated. Lights are turned on at approximately 5:30 A.M. At this time, you are to get ready for breakfast with starts at approximately 6:00 A.M.

19. **Housing -** Each inmate's housing assignment is based on the charge(s) filed against you, your past convictions, current and past behavior and information received during the booking process. The Classification Division reviews this information to determine proper placement in the jail. If you have reason to believe your housing assignment is incorrect, you may file an appeal with Classifications.
    a. Sitting on the tabletops in the dayroom is not permitted.

## SECTION IV - RULES AND REGULATIONS FOR INMATE WORK DETAILS

Listed below are the rules and regulations for inmate workers when working outside the facility.

**Note: All inmate workers are subject to random drug testing while assigned to the program.**

1. Inmate labor (workers) will only be used for projects supporting local, state or federal government and will not be used for personal benefit or projects supporting private enterprise.

2. No telephone call(s) or visits are made or received by inmate workers while working.

3. Inmate Workers are not allowed to converse with nor have direct contact with the public, family, friends, or active communication with the general public while working.

4. No alcoholic beverages and/or food, other than the food and drink provided by the jail.

5. No smoking or tobacco products of any kind are to be in an Inmate Worker's possession.

6. No Inmate Worker is to be used or taken to another place or job site than previously authorized without permission from the Marion County Jail (includes trips to convenience stores, etc.).

7. No possession of currency. No monetary enumeration may be made to the Inmate Worker or the facility for work performed.

8. Complete uniforms, including shirts, will be worn at all times, in the manner they were designed for (in other words, pants pulled up around the waist, shirts/pants not rolled up).

PL MERCHANT 001685

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

**9.** No correspondence mailed from or received at work site for Inmate Workers.

**10.** The proper use and wear of safety equipment is required. (Protective eye wear, hearing and breathing protection must be proved and work accordingly while operating power equipment).

**11.** Inmate Workers are limited to working a maximum of 60 hours per week.

**12.** Un-sentenced Inmate Workers may request to be removed from worker status at any time by submitting an Inmate Request form to Classifications. Classifications will remove them from worker status on the next available workday (Monday through Friday, excluding holidays). Inmate Workers who refuse to work and require removal from worker status will be subject to disciplinary action. Sentenced inmates are required to work or disciplinary action will be taken.
    **a.** Non-sentenced inmates may be required to work to maintain the cleanliness and good order of their own area and the common areas of the facility.

**13.** Inmate Workers earn from one (1) to five (5) days of work time for every 30 full days they actually work.

**14.** All inmate workers will be clean-shaven and have their hair cut to meet agency standards.
    **a.** Braids or spiked hair are not permitted.
    **b.** Neatly groomed mustaches are permissible.

**15.** If you become injured while at any work detail, it is your responsibility to report it to your job supervisor so he/she can ensure your medical needs are met and that the proper notification is made to the Sheriff's office.

**16.** All inmates identified as having a history or drug/alcohol use and/or a domestic violence history are required to attend substance abuse or other associated program to participate in the work program.

## SECTION V - DISCIPLINE

Inmates shall live together in harmony, following all facility rules and comply with all lawful orders.

Disciplinary actions will be taken for violations of these Rules and Regulations. Your most important level of discipline is **SELF-DISCIPLINE.** Coping successfully with difficult situations and maintaining self-control are the two best ways of avoiding problems.

Should problems arise, the Marion County Jail has policies and procedures for maintaining order and security.

There are three (3) classes of rule violations. The following shows the established maximum penalties for the indicated type of violation. As used in the table, any portion of any penalty may be applied.

1. **CLASS "A" VIOLATION** - Thirty (30) days in disciplinary confinement (DC), and/or loss of all Meritorious Gain Time/Work Time, and/or loss of all or some privileges.
2. **CLASS "B" VIOLATION** - Fifteen (15) days in disciplinary confinement (DC), and/or loss of

PL MERCHANT 001686

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

all Meritorious Gain Time/Work Time, and/or loss of all or some privileges.

3. **CLASS "C" VIOLATION** - Ten (10) days in disciplinary confinement (DC), and/or loss of all Meritorious Time/Work Time, and/or loss of all or some privileges. If an inmate is found guilty of three (3) disciplinary violations within six (6) months, the Disciplinary Hearing Officer/Committee may impose Class B sanctions, regardless of the class of the violations.

All violations are documented by a Detention staff member in the form of a Disciplinary Report, and you shall be liable to a Disciplinary Hearing.

All Disciplinary Reports are investigated.

An inmate may be placed in Administrative Confinement prior to the Disciplinary Hearing, to maintain facility order and security.

The inmate will be informed of the alleged violations with which he/she is being charged at least 24 hours in advance of the Disciplinary Hearing, to permit you the time to prepare a defense.

The Disciplinary Hearing may be held within the 24 hours of you receiving the notification of alleged rule violation(s), if you waive this right in writing.

If there is a language or literacy barrier, or if you are otherwise unable to properly collect evidence or present yourself at the Disciplinary Hearing, **you** may request staff assistance and an employee will be assigned to assist you.

The Disciplinary Hearing shall be held no later than seven (7) days after the alleged violation, excluding weekends and holidays. A hearing may be extended beyond the seven (7) days for extenuating circumstances. In no case may a hearing be postponed beyond ten (10) working days after the incident.

An accused inmate has the following rights:

1. The right to be present at the Disciplinary Hearing, unless you waive this right in writing, or are removed from the Disciplinary Hearing Due to disruptive or unmanageable behavior, or during the testimony of any person whose testimony is to be given in confidence.
2. The right to make a statement of defense, present evidence, and request witnesses, so long as these witnesses can provide information that was not already given during the investigation of the disciplinary report.
3. The right to remain silent.
4. The right to be informed of the decision of the Disciplinary Hearing Officer or Disciplinary Committee in Writing.
5. The right to appeal to the Detention Bureau Chief and/or his/her designee within 5 days. (Refer to Appealing Disciplinary Sanctions)

If an accused inmate is found guilty of the rule violation, sanctions will be imposed.

If an accused inmate is found not guilty of the rule violation, it will be so noted in the records.

PL MERCHANT 001687

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

## PROHIBITED ACTS AND SANCTIONS

The following acts are considered **CLASS "A"** violations of facility rules and regulations.

**CLASS "A"**
1. **Assault, Battery, Threat and Disrespect**
   a. Assault or attempted assault, with or without a weapon.
   b. Battery or attempted battery, with or without a weapon.
   c. Disrespect to officials, employees or other persons of constituted authority, expressed by means of words, gestures and the like.
   d. Sexual battery or attempted sexual battery.

2. **Riots, Strikes, Mutinous Acts and Disturbances**
   a. Participating in or inciting riots, strikes, mutinous acts or other major/minor disturbance.
   b. Inciting or attempting to incite riots, strikes, mutinous acts or disturbances, conveying any inflammatory, riotous or mutinous communication.
   c. Conduct which disrupts or interferes with the security or orderly running of the facility.

3. **Contraband**
   a. Possession of any weapon, ammunition or explosives.
   b. Possession of escape paraphernalia.
   c. Possession of narcotics, unauthorized drugs and drug paraphernalia.
   d. Trafficking/manufacture of drugs or unauthorized beverages.
   e. Possession of unauthorized beverages.
   f. Possession of aromatic stimulants or depressants.
   g. Counterfeiting, forging, the unauthorized reproduction or possession of any document, article or identification, money security or official paper.
   h. Possession or misuse of authorized or unauthorized medication.
   i. Possession of any type of tobacco, tobacco products, or tobacco paraphernalia.
   j. Smoking.
   k. Possession of tattoo devices or paraphernalia.
   l. Tampering with a razor.

4. **Unauthorized Area**
   a. Escape, attempted escape, planning to escape, or assisting another with the planning and/or execution of an escape.
   b. An unauthorized absence from assigned area, including housing, job, or other designated area.

5. **Count Procedure Violation**
   a. Missing count or encouraging others to miss count.
   b. Interfering with the taking of count.

6. **Disobeying Orders**
   a. Disobeying written or verbal order(s) (any order given to an inmate(s) by staff members or other authorized persons).

7. **Destruction, Misuse, or Waste of Property**

PL MERCHANT 001688

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

    **a.** Destruction of county property or property belonging to another.
    **b.** Arson or attempted arson.

8. <u>**Miscellaneous Infractions**</u>
    **a.** Obscene or profane act (indecent exposure), gesture or statement, oral or written or signified.
    **b.** Bribery or attempted bribery.
    **c.** Breaking and entering or attempted breaking and entering.
    **d.** Attempt, conspiracy, or attempted conspiracy to commit any crime or violation of the Rules of Prohibited Conduct.
    **e.** Theft.
    **f.** Any sex acts or unauthorized physical contact- with or without consent.
    **g.** Mail regulation violations.
    **h.** Visitation regulation violations.
    **i.** Refusing to work or encouraging others to refuse to work.
    **j.** Disorderly conduct.
    **k.** Presenting false testimony before the Disciplinary Committee or Disciplinary Hearing Officer.
    **l.** Extortion or attempted extortion.
    **m.** Fraud or attempted fraud.
    **n.** Telephone regulation violations.
    **o.** Wearing a disguise or mask.
    **p.** Tampering with or blocking any locking device.
    **q.** Failure to perform work as instructed by a supervisor.
    **r.** Fighting.
    **s.** Using a pin number other than the number assigned to you.

9. <u>**Community Release Program, Inmate Worker, Work, or Study Release Program Violations**</u>
    **a.** Failure to directly and promptly proceed to/return from designated area by approved method.
    **b.** Failure to remain within designated area of release plan.
    **c.** Failure to return if plan terminated.
    **d.** Violations of terms and conditions of the work/study agreement.
    **e.** Any violations of these programs could result in loss of the programs in addition to any action taken by the Disciplinary Committee or Disciplinary Hearing Officer.

10. <u>**Misuse of Canteen Privileges**</u>
    **a.** Having someone put money in another inmate's Canteen account for your use.
    **b.** Ordering items from the Canteen Office and giving the items to another inmate.
    **c.** Bartering or gambling with canteen items.
    **d.** Holding Canteen money in your account for another inmate.

The following acts are considered **CLASS "B"** violations of the facility rules and regulations.

**CLASS "B"**
1. <u>**Contraband**</u> - Same definition as in a Class "A" Violation.
    **a.** Possession of negotiable - possession of any cash, checks, credit cards, or any other unauthorized item(s).

PL MERCHANT 001689

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

    **b.** Possession of unauthorized or altered identification.
    **c.** Possession of unauthorized clothing or linen, county or personal.
    **d.** Possession of stolen property.
    **e.** Possession of any contraband.
    **f.** Possession of any Canteen item(s) not purchased by the inmate from the Canteen Office.
    **g.** Possession of more than the $50.00 limit in canteen items.

**2. <u>Miscellaneous Infractions</u>**
    **a.** Being in an unauthorized area.
    **b.** Failure to comply with count regulations.
    **c.** Disobeying facility regulations.
    **d.** Destruction, misuse, altering, defacing, or willful waste of county property or the property of another.
    **e.** Bartering with others.
    **f.** Loaning or borrowing money or anything of value.
    **g.** Using equipment or machinery contrary to instructions or posted safety regulation.

**3. <u>Hygiene</u>**
    **a.** Failure to maintain acceptable hygiene or appearance of housing area.

The following acts are considered **CLASS "C"** violations of facility rules and regulations.

**CLASS "C"**
**1. <u>Miscellaneous Infractions</u>**
    **a.** Tattooing or self-mutilation.
    **b.** Lying to a staff member or other official or falsifying records.
    **c.** Feigning illness or malingering as determined by a physical or medical authority.
    **d.** Gambling or possession of gambling paraphernalia.
    **e.** Insufficient work - constituted by an inmate not working up to expectation, taking into consideration the degree of difficulty of assignment and the average performance by fellow inmates assigned the same task.
    **f.** Failure to wear I.D. Bracelet.

**2. <u>Community Release Program, Inmate Worker, Work or Study Release Program Violations</u>**
    **a.** Making any unauthorized contact with any individual, either for yourself or another inmate.
    **b.** Deviating from or changing approved plan without permission.
    **c.** Making purchases without approval.
    **d.** Failure to deposit the amount of funds required by the court, each pay period.
    **e.** Any violations of these programs could result in loss of program, in addition to any action taken by the Disciplinary Committee or Disciplinary Hearing Officer.

**IF YOU VIOLATE A LOCAL, STATE, OR FEDERAL LAW, YOU WILL BE FORMALLY CHARGED.**
Such criminal charges will be in addition to sanctions imposed by the Disciplinary Hearing Committee or Disciplinary Hearing Officer.

According to FSS 951.23, an inmate may be charged with a 2nd degree misdemeanor offense if he/she

Page 18 of 29

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

knowingly violates a posted jail rule on 2 or more occasions.

**Appealing Disciplinary Sanctions**
You may appeal the Disciplinary Hearing Committee's or the Disciplinary Hearing Officer's recommendations to the Detention Bureau Chief or his/her designee.

The appeal must be in writing and must state why the disposition of the Disciplinary Hearing Officer or the Disciplinary Committee should be changed.

The appeal must be presented to the Detention Bureau Chief or his/her designee, within five (5) days of the Disciplinary Hearing Committee's or Disciplinary Officer's report.

The Detention Bureau Chief, or his/her designee, may affirm, reverse, or lower the decision of the Disciplinary Hearing Committee or the Disciplinary Hearing Officer within fifteen (15) business days of the appeal.

## INMATE GRIEVANCE PROCEDURES
Definitions:
1. An **Inmate Request** is a written notification requiring the answer to a question, e.g. how much money is in my canteen account? What is my release date? An inmate may submit a request by using the Inmate Request Form
2. A formal **Grievance** is an electronic notification regarding a circumstance or action considered to be unjust and grounds for complaint or resentment. A formal Grievance must be submitted by using the grievance computer located in each pod.

Whenever possible, you should attempt to resolve any complaint informally, by discussing it with either the staff member(s) involved or other appropriate facility staff. This is referred to as an informal resolution and may be accomplished by personal contact, general conversation, letter, or the submission of an Inmate Request form. All inmates are required to address any problems in an informal manner by submitting an Inmate Request Form before resorting to a formal grievance.

If you cannot resolve your complaint through informal channels and desire to file a formal grievance, you must adhere to the following procedures:

1. Obtain an Inmate Request Form from the on duty Detention Deputy.

2. Fill out the form in its entirety requesting to speak to the Sector Sergeant briefly describing the problem. Do not write in the lower portion of the form as this area is used to provide your response.

3. Upon the receipt of the Request Form, the Sector Sergeant will make personal contact with you and attempt to rectify the situation.
    a. If the Sector Sergeant handles the situation, the process ends here. The Sergeant will note the corrective action taken on the Inmate Request Form and give you the yellow copy.
    b. If the complaint is beyond the realm of responsibility for the Sector Sergeant he/she will direct the inmate to the electronic grievance computer located in each pod.

PL MERCHANT 001691

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

**4.** If the Sector Sergeant/appropriate supervisor is unable to rectify the situation, he/she will provide you with access to the grievance computer.
   **a.** The supervisor may not give you access to the grievance computer if you have not attempted to handle the complaint formally or if the complaint is beyond the authority of the jail.

**5.** Fill out the form in its entirety stating the problem and remedy wanted.

**6.** The grievance may be returned to you if it:
   **a.** Contains more than one issue.
   **b.** Does not follow the prescribed format.
   **c.** Seeks a remedy beyond the agency's control.
   **d.** Contains profanity, unless quoting.
   **e.** Is not submitted within appropriate time lines.
   **f.** Is not handled in accordance with the directions outlined in this handbook.
   **g.** Is in reference to the results of a disciplinary hearing. (An inmate cannot grieve the results of a disciplinary hearing as it has a built in appeal process).

**7.** All grievances must be filed and responded to within the following established time frames:
   **a.** Inmates must file a grievance within thirty (30) days from the date of the incident.
   **b.** If extenuating circumstances prevents you from filing a grievance within the thirty (30) day period, it is your responsibility to provide a complete explanation for the delay.
   **c.** All grievances will be returned to the inmate within ten (10) business days from the date the Grievance Officer receives it. The Grievance Officer will date stamp each grievance form with the date he/she receives it from the Grievance Box.
      **1.** Business days are defined as Monday through Friday excluding weekends and holidays.

**8.** Upon notification from the Sector Sergeant/appropriate supervisor that a grievance form has been issued, the Administrative Watch Commander will check the grievance computer and retrieve the grievance.
   **a.** Upon receipt he/she will maintain a record of the grievance and forward it to the supervisor best capable of handling the complaint.

**9.** If you are dissatisfied with the response given to your complaint, you may file an appeal to the response. You must file the appeal within three (3) business days of receipt of the response. This should be done on a separate Inmate Request Form and must include the original grievance number. The appeal is then forwarded back to the Administrative Watch Commander.
   **a.** Upon receipt of the appeal the Administrative Watch Commander will date stamp it and will ensure it is sent to the appropriate supervisor of the staff member who originally responded to your grievance.
   **b.** If you are dissatisfied with the second response received, the same process will apply and the appeal will be forwarded to the next level of supervision.

## SECTION VI. - PROGRAMS AND SOCIAL SERVICES

Social service programs are in place at this Detention Facility.  All inmates have access to trained counselors, i.e., Chaplain, Mental Health personnel, etc., who will assist you. These counselors are for

PL MERCHANT 001692

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

your benefit.  Schedules for all programs are available in each dayroom.

1. **Jail-to-Work Program -** Programs designed to provide inmates with the skills necessary to gain meaningful employment upon release from the facility. Inmates are allowed to work in specific areas and earn a certificate in their given field. All Jail-to-Work programs are designed to reduce recidivism. Statistics have shown that productive employment deters repeat offenders. All inmate workers will undergo drug testing prior to outside assignment and are subject to random drug testing while assigned to the program. Some examples of Jail-to-Work programs include Custom Garment Making, Culinary, and Agriculture. The $3.00 meal fee will be waived for inmate workers.

2. **Alcoholics Anonymous** - See meeting schedules.

3. **Religious Services** - Religious guidance and scripture study are provided by the Chaplaincy Program. See posted meeting schedules. Religious diets may be provided upon receipt of a written request and approval of the Chaplain.
    a. Special religious diets shall only be provided to those inmates who are members of an organized religious group requiring adherence to religious dietary laws.
    b. Affiliation with recognized religious groups must be verified by the Chaplain prior to approval of the religious diet.
    c. All requests for religious diets must be submitted, in writing, to the Chaplain within 30 days of arrival at the facility.

4. **Medical Care** – During the booking process, all inmates are medically screened and a medical history taken. A medical intake processing fee of $ 10.00 is charged to each inmate during the booking process. Sick call is conducted daily. Inmates are charged a minimal fee for sick call and other medical services. The nurse can provide you a current listing of all costs**.** Medical services are provided for those inmates who are indigent. If you feel ill, request a Medical Form and give it to the nurse as he/she makes their normal rounds. If your needs are urgent, e.g., a medical emergency exists, notify a staff member immediately.
    a. The Marion County Jail uses the Keep on Person (KOP) program. This program allows certain inmates to maintain possession of certain prescribed medications. The Medical Unit, in conjunction with Jail Administration, determines which medications and inmates can use this program.
    b. Medical personnel will interview and screen each inmate to determine suitability for the program.
    c. Any medication provided to you will have your name on the prescription packet.
    d. Medical staff will routinely check your supply of existing medication for compliance.
    e. You are responsible for reporting to security staff and the Medical Department of any medication that is lost, stolen, damaged, or misplaced. Failure to comply will constitute removal from the program.
    f. You are prohibited from giving, exchanging, sharing, selling, bartering, or in any other way, conveying to the other inmates medications they provided under this program.
    g. Failure, on your part, to comply with the rules of the program will result in your removal from the program and disciplinary action as appropriate.

5. **Substance Abuse** - Substance abuse programs are available during your incarceration. If you desire to participate, send an Inmate Request Form to the Program's Office. Inmates arrested on a substance abuse charge or have a history of substance abuse and wish to be an

Page 21 of 29

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

Inmate Worker must attend a substance abuse class/program.

6. **Life Building Programs** - Several programs are available to assist you dealing with day-to-day life. Life skills programs teach decision making and other vital issues. These classes are provided on a continuing basis. The class is limited and notification will be posted in each dayroom when applications are being accepted. Examples of this type of class include Women Enhancing Spiritual Traits (WEST) and Men In Transformation Education (MITE).

7. **Educational Programs** – GED programs are provided by the Community Technical and Adult Education Center. These classes are provided on a continuing basis. If interested in attending an educational program, send an Inmate Request form to the Programs Office.

8. **Pre-Release Program** – A pre-release program is available to inmates approximately two weeks prior to your release. This program may provide you with information to obtain a job, education, a place to sleep, food, and clothing.

9. **Jail Diversion Programs**- Jail Diversion Programs are available and are court supervised. An application must be completed and turned in for approval to be accepted into any Diversionary Program.
   a. **Drug Courts** – are court-supervised, comprehensive drug treatment courts for eligible non-violent defendants. These voluntary programs include, but are not limited to, frequent appearances before the Drug Court judge or magistrate, substance abuse treatment, Peer Support meetings, and frequent, random drug testing for substance abuse. Drug Courts exist to provide participants with the opportunity to become productive, drug free members of the community while increasing public safety and reducing crime in a cost efficient manner. The length of the program is normally 12 to 18 months. Application can be requested from the Programs Office at the jail.
   b. **Mental Health Court** – Is a court supervised program for those arrested in Marion County who has a mental illness. The mission is to divert non-violent defendants with mental illness from the jail and active criminal prosecution to appropriate community based treatment and support services. A defendant must be represented by counsel to participate in the program. If you are interested in participating in the Marion County Mental Health Court Program, please notify your attorney.
   c. **Marion County Veteran Treatment Court** – Is a court-supervised program for those veterans arrested who qualify in Marion County who have a mental illness and/or substance abuse, which need treatment and other services, and who choose to participate in the program instead of having their case go through the regular court process. The Marion County VTC is a problem-solving and hybrid court meaning it will handle misdemeanor cases, felony cases, cases in pre-trial diversion and cases in which sentences have been imposed. There is a particular high prevalence of Post-traumatic Stress disorder (PTSD) and Traumatic Brain Injury (TBI) and Major Depressive Disorder among combat veterans. VTC recognize the unique challenges facing veterans with PTSD and TBI and help link the veterans to services. If you are in interested in MCVTC, please contact your attorney

10. **Law Library** – At a minimum, pro-se inmates, who are actively participating in a case, will be provided reasonable access to legal research through Legal Research Associates (LRA) by submitting a request form to the law library clerk (FCAC 12.20, FMJS 9.09).
    a. Any inmate may request to view the law books available in the pods. Only those

Page 22 of 29

PL MERCHANT 001694

**MARION COUNTY JAIL
INMATE RULES AND REGULATIONS HANDBOOK**

inmates who are designated as Pro-Se may receive legal information from the Law Library by sending an Inmate Request form to library stating what information you need. The requested materials will be returned to you within five (5) business days, excluding weekends and holidays. Please use the following rules when requesting information:

1. One request, per inmate, three (3) times a week per day (a week is defined as Sunday – Saturday). The library will only copy 25 pages (including front and back) three (3) times a week, per inmate. If, after your receive the materials, your request exceeded the 25 page limitation, you may submit another request for rest of the case by sending another request to the Law Library. Example: Lewis v. Casey, pages 50 through 75.
   a) Any requests beyond the three (3) per week will not be honored.
2. Four (4) cases/statutes per request.

b. Legal Copies - If you are pro-se and need copies of legal documents, you must attach the documents to an Inmate Request form and send to the library. They will be copied and returned to you. The Marion County Sheriff's Office will not be responsible for any documents that may be lost or damaged during transit. If you wish to have copies of confidential information, you will have to:

1. Submit a request to the law library.
   a) 25 pages per day rules applies to legal copies.
2. Create your own handwritten copies.
3. Make arrangements to send the documents to an outside source for copying services at your own expense.

c. If requested, indigent Pro-Se inmates will be provided two (2) envelopes and four (4) pieces of paper each week that can be used to correspond with the courts and/or attorneys.

1. If you require indigent Pro-Se supplies, submit an Inmate Request Form to the Library with the name and address to whom the legal documents are being sent. NOTE: This for legal mail only. Paperwork must be completed before request for legal envelopes is submitted.
   a) After confirming your indigent and Pro-Se status, the Library Clerk will verify that the person receiving the mail falls within the guidelines of privileges communication, pre-address the envelopes, and bring them to you.
   b) Organizations or individuals who meet the Florida Model Jail Standards definition of privileged communication include:
      1. Attorneys
      2. The Court and/or
      3. An elected official
   c) If the mail is not being sent to one of the above listed recipients, the Library Clerk will not provide the envelope(s) to you. Inmates fraudulently obtaining envelopes and paper may be subject to disciplinary action.
2. If you have more than one (1) current case, the Library Clerk is authorized to issue you a total of two extra envelopes and four (4) pieces of paper per week for each case you are required to mail.

11. **Library** - General reading materials are available. Inmates are allowed to check out two (2) books on at least a weekly basis. Books shall be returned in the same condition. No more than

Page 23 of 29

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

3 books or magazines (including one religious scripture) may be kept in the cell/bunk area. Any excess of reading materials will be confiscated as contraband and disposed of accordingly.

12. **Recreation** - Every effort is made to ensure each inmate is provided the opportunity for outside recreation/exercise for three (3) hours weekly, weathers permitting. If the weather is inclement, you are expected to pursue recreational or leisure time activities in the dayroom.

13. **Mail** – Effective January 1, 2018 for the safety & security of the Inmates and the Department of the Jail all <u>Incoming</u> and <u>Outgoing</u> mail, with the EXCEPTION of Privileged/Legal mail, must be in the form of a POST CARD ONLY. All incoming and outgoing mail is inspected by staff members, as provided for by law. – Privileged mail (letters to attorney, courts, and elected officials); will be inspected for contraband, not written content, in the presence of the inmate. The inmate will then seal the envelope in the presence of the officer.  When the inmate bears the costs, there is no restriction on the amount of mail that may be sent or received. Inmates without funds in their accounts may request writing materials. Eight pre-stamped post cards will be provided once a month, so you can correspond with family members or friends, or other persons. Ink pens are provided on a monthly basis and may be exchanged if they expire prior to the end of the month. Inmates who are found to be sending or receiving contraband in the correspondence are liable to any applicable Florida State Statutes and the rules and regulations of the facility. Packages shall not be accepted without prior approval. Inmates are not permitted to send mail to inmates in other correctional facilities without prior approval from the Detention Bureau Chief, or his/her designee, and the facility the mail is being sent to. Mail to inmates in other correctional facilities is limited to people of a direct blood relationship or current husband and/or wife. Inmates are not allowed to correspond with other inmates within the Marion County Jail. For security purposes, written correspondence is subject to being monitored. All outgoing mail must have the inmate's full name, PIN Number, and the Jail's complete address. If not, then it will be rejected and not processed. Pre-Stamped postcards, Stamps, envelopes for Legal Mail, paper/stationary must be purchased/received from the Canteen Service provider. All incoming letters/packages must have the name of the person sending it and a return address on the envelope. Any cash, money orders, etc. received will be placed into the inmate's canteen account. Any checks received, except government checks, will be returned to sender. Money orders may still be received in an envelope (NO letters permitted with money order) and will be opened by the Jail Mailroom staff for inspection. Any letters/packages not meeting these criteria will be returned to the postal service to be handled as per their rules and regulations. Other restrictions which may cause the Pre-stamped postcards to be returned to the sender include, but are not limited to:

    a. All Postcards must meet the following requirements:
        1. Postcard size- minimum: 3 ½" x 4 ¼", no larger than 4 ¼" x 6".
        2. Pre-stamped.
        3. Must include Inmates' full name and Inmate pin number.
        4. Must include a complete return address.
    b. Unacceptable Postcards not meeting requirements will be RETURN TO SENDER.
        1. Defaced or altered Postcards.
        2. Staples, Plastic or any type of wrappings on the Postcards.
        3. Postcards marked with paint, marker, fingernail polish, crayon or colored pencil.
        4. Postcards with ANY type of sticker, label, including stamps/address labels.
        5. Postcards with stains or watermarks.
        6. Postcards with ANY lipstick, perfumes or biohazards.
        7. Postcards depicting nudity, weapons, gang references or that are tattoo

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

suggestive.
8. Oversized Postcards.
9. Postcards that have any type of personal pictures/photographs attached to it.
10. Any additional material that may jeopardize the Security or orderly running of the facility.

14. **Periodicals/Publications** – Newspapers and books are furnished by the Jail. Sufficient material is available for all. Any paperback books, newspapers, magazines, or any other type of periodicals received through the mail must be sent directly from the publisher or a book store. The Jail reserves the right to restrict those periodicals, which interfere with the secure operation of the facility.

   a. You may only receive a total of two (3) paperback books/magazines per Calendar month through the mail. Only paperback books are accepted and the invoice for the book(s) must clearly identify who is sending the book(s) to you. Any hardcover books/periodicals received will be returned to the sender. Any books/periodicals that do not clearly identify the sender, all items sent will be returned to sender, at your expense or disposed of as contraband.

   b. Inmates may only have a total of 3 items (reading materials) at any one time in their possession. This may be either books, newspapers, magazines, religious material and/or any other periodicals/publications. (Example: 1 book, 1 magazine/newspaper, and 1 bible*** totaling #3) All materials must be kept in your storage basket when not in use. Excess reading materials will not be placed in an inmate's property. Excess reading materials can be donated to the jail's library. If confiscated, excess reading materials will be disposed of as contraband.

      1. If donated to the jail's library, the inmate will fill out an inmate request form indicating his/her intent to donate the book to the library and give the form and the book(s) to the pod officer.

   c. Any inmate who receives books, newspapers, magazines or other periodicals must keep the shipping invoice or mailing label on the periodical for as long as he/she has the materials in their possession to prove ownership. Inmates may not give their materials to another inmate. Any book or periodical without the shipping invoice and/or mailing label will be confiscated and disposed of as contraband.

15. **Notary Public** – Notary services can be obtained by contacting the Sector Sergeant. A self notary or perjury stamp is available in each pod for inmate use. Request this from the pod officer. To have a document notarized, you will need to have one of the following:

   a. Florida Department of Correction Id with photograph or
   b. Current Florida Driver License or Florida Identification Card

16. **Request For Public Information** - In the event you would like to request copies of public records maintained by this agency, you may do so by filling out an Inmate Request Form. This form may be obtained from the on duty Detention Deputy. Upon completion, the form will be sent to the Agency's Record Division who will handle the request and forward the information to you. Fees for public records will be in accordance with F.S.S. Chapter 119, Public Records and Sheriff's Office procedures. All associated fees for the request must be paid prior to any documents being provided. Being indigent does not preclude an inmate from having to pay for requested copies.

17. **Veteran's Justice Outreach** – If you are a veteran and would like to find out about possible

Page 25 of 29

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

resources for you. You need to submit a "Request" to the Programs Office and a VA representative will be notified.

## TELEPHONES

1. There is a telephone located in each dayroom for your convenience.

2. The following is a list of restrictions associated with using the jail's telephone system.
   a. All calls will be made on a "Collect Call" basis.  There are three ways a call can be made to family and/or friends:
      1. **Instant pay** – which is only one time phone call; they accept at a higher rate.
      2. **Collect Calls** – your family and/or friends must set-up an account with the Inmate Phone Company at 1-972-734-1111, in order to receive collect calls from the jail.
      3. **Debit System** – calls are deducted from your Commissary Account.
   b. Telephone "DEBIT SYSTEM" is available through the Inmate Phone System (you must have money in your Commissary account). This may be used in lieu of calling collect.
   c. When calling cell phone, some cell phones may not be authorized to accept collect calls from the Jail; however, you can use the "DEBIT SYSTEM" to make these calls. You may experience more frequent disconnects, when calling a cell phone. If you are disconnected while calling a cell phone before the 15 minutes is over, you will be charged for the entire 15 minutes. Neither the phone service provider nor the Marion County Sheriff's Office is responsible for disconnects when calling cell phones.
   d. Refunds are not available.
   e. You are responsible for the safe keeping of your calls, voice biometric and PIN Number. If another inmate gets your voice biometric and PIN Number, there is nothing the jail can do about it.
   f. You are not permitted to charge your call to a credit card or another telephone number.
   g. No calls may be placed to 1-800 or 1-900 numbers.
   h. You can only use the DEBIT SYSTEM to make out of the country phone calls.
   i. No three way calls.
   j. Calls are limited to 15 minutes and will automatically disconnect after that time. You will be provided ample warning prior to disconnect.
   k. No inmate shall use the pin number of another inmate to place a telephone call. Disciplinary charges and possible suspension of phone numbers may be imposed.

3. All telephones are turned on at approximately 8:00 AM and will be turned off at 9:30 PM each night. Telephones will only be turned on if the cells and/or dayroom areas are clean and pass inspection.

4. Your family members may call 1-972-734-1111 regarding questions for service or blocked numbers.

5. Inmates may not receive incoming calls, faxes, or any other type of electronic communication. You should notify your family/friends that calls, or any other type of communication, will not be accepted. Only emergency messages will be accepted. Examples of emergency messages include a death in your immediate family or a family member admitted into the hospital.

6. Inmates with hearing and/or speech disabilities are afforded access to a telecommunications

PL MERCHANT 001698

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

device for the deaf.  TTY/TDD telephones are provided for the inmates housed within the Jail, upon request.  Inmates utilizing TTY/TDD machines are allowed unlimited time for their call (FCAC 9.17).

**All inmate telephones within the Marion County Jail have the capability of being monitored and the conversation(s) recorded for security purposes.**

### ***ATTENTION ALL INMATES ***
### INFORMATION REGARDING THE INMATE PHONES

1. USE A RAG TO CLEAN THE PHONES - DO <u>NOT</u> SPRAY THE PHONES OR RECEIVERS WITH ANY CHEMICALS!

2. YOUR FAMILY AND FRIENDS <u>MUST</u> SETUP AN ACCOUNT WITH THE PHONE COMPANY (SECURUS TECHNOLOGIES INC.) BEFORE YOU CAN MAKE ANY COLLECT CALLS. THEY NEED TO CALL CORRECTIONAL BILLING AT 1-972-734-1111.

3. ALSO YOUR FAMILY AND FRIENDS <u>CANNOT</u> HAVE ANY SPECIAL FEATURES ON THEIR PHONES (i.e., CALL WAITING, CALLER ID, CALL FORWARD AND/OR ETC.) IF THEY DO, YOUR CALLS ARE NOT GUARNTEE TO GO THROUGH OR STAY CONNECTED. IF YOUR CALL IS DROPPED, YOU WILL NOT RECEIVE ANY CREDIT.

4. YOU MUST STATE YOUR FULL NAME (FIRST AND LAST) LOUDLY AND CLEARLY, ALONG WITH YOUR PIN NUMBER AND YOUR TWO DIGIT BIRTH MONTH AND YEAR (EXAMPLE – MAY 1963 – WILL BE 0563). DO NOT BLOW IN THE PHONE OR ANY OTHER SOUNDS FOR YOUR NAME. THIS COULD RESULT IN YOUR PHONE PREVILEGES BEING TEMPORARILY SUSPENDED.

5. REMEMBER ALL CALLING CALLS ARE YOUR RESPONSIBILITY. IF AN ANOTHER INMATE GETS YOUR PIN NUMBER OFF, THERE IS NOTHING THE JAIL CAN DO ABOUT IT; YOU ARE RESPONSIBLE FOR THE SAFE KEEPING OF YOUR CALLS.

6. NO 3-WAY CALLS ARE PREMITTED. YOUR CALL WILL BE DISCONNECTED AND POSSIBLE DISCIPLINARY CHARGES WILL BE INPOSED AGAINST YOU.

7. WE HAVE SETUP SIX FREE SPEED DIALS TO BETTER ACCOMMODATE SOME OF YOUR NEEDS - PLEASE CALL ONE OF THE FOLLOWING:

    **SPEED DIALS**
    a. 500 – MARION COUNTY CRIME STOPPERS HOTLINE
    b. 501 – TDY REFERAL SERVICE LINE – unlimited time frame (deaf interpretation) – (Must use the phone in the Rover's area)
    c. 502 – MARION COUNTY JAIL INHOUSE TIP AND PREA LINE
    d. 504 – MARION COUNTY SHERIFF'S OFFICE WARRANTS TIP LINE
    e. 510 – MARION COUNTY RAPE CRISIS HOTLINE #1
    f. 511 – MARION COUNTY RAPE CRISIS HOTLINE #2

**Inmate Phone - Debit Western Union Refund Instructions**

PL MERCHANT 001699

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

Upon your release, your unused Inmate Debit account balance will be available to collect at any Western Union retail/agent location. A Western Union fee or minimum fee may apply, reducing your balance available for refund.

Your refund should be available for collection within 15-30 minutes of your release. **NOTE: refund balances that exceed $100 require validation and will be made available at Western Union within 24 hours**. Your refund will be available for collection for 90 days. No refund will be issued after 90 days. Only you can collect your refund.

If you have difficulty collecting your refund or if the Western Union Agent requires information other that what is listed below, instruct them to contact their Western Union Agent support line at 1-800-354-0005. If this does not resolve your issue, please call Securus Technologies Inmate Debit refund hotline at 1-855-273-7292.

To collect your refund you will need to call Western Union at 1-800-325-6000 to get your **Transfer Number (MTCN)**. Once you listen to the opening message follow these steps to speak with an agent:
1. Select # 1 for English or #2 for Spanish.
2. Say "No".
3. Say "More options".
4. Say "More options".
5. Say "Operator".
6. Say "None of these".

Inform the agent that you are receiving a "Quick Cash" transaction and you do not know the **MTCN** since the sender does not have it. Supply the following information to the Western Union agent to get your **MTCN**:
1. Your first and last name.
2. Sender name: Securus Technologies.
3. Approximate amount of your refund.
4. Expected payout location: Ocala, FL.
5. Date the transaction was sent: Date of your release.

The western Union agent will then provide your Transfer Number (MTCN), which you must have in order to collect your refund. When you arrive at Western Union, you must fill out a 'Money Transfer Receive" form with the following information:
1. Transfer Number (MTCN).
2. "Your Information": Your first and last name.
3. "Sender Information": Securus Technologies in Dallas, TX.
4. "Test Question": your Inmate Debit calling PIN – the same number you would enter to make phone calls from the jail.

**<u>CANTEEN</u>**

PL MERCHANT 001700

**MARION COUNTY JAIL**
**INMATE RULES AND REGULATIONS HANDBOOK**

1. Canteen operations at the Marion County Jail are provided by contractual agreement._The Canteen Office operates for the benefit of **all** the inmates. A list of items for sale, and their prices are available in each dayroom. Orders, including clothing items, will be passed once weekly.

   a. The schedule for Canteen Orders is posted in each dayroom.

2. Each canteen order must not exceed $50.00. Any order that exceeds this allotted amount will not be filled. All canteen items will be properly stored in your personal basket provided to you upon your admission into the facility. Any canteen items not stored in their personal basket may be confiscated as contraband.

3. At no time will an inmate possess more than $50.00 in canteen items. Items exceeding the $50.00 limit are considered contraband and may be confiscated.

4. Inmates are allowed to place an order once a week with the canteen being delivered the following week. All sales in the Canteen are final. **NO REFUNDS!**

5. If you order canteen and get out prior to it being delivered, the canteen will be held for 72 hours (business days). You should contact the jail Canteen Office and make arrangements to pick up your order during normal business hours (Monday – Thursday). Any canteen left beyond the 72 hours is donated to the Salvation Army or other charitable organization.

6. Examples on how to fill out the canteen order form are available in each pod. Follow these instructions carefully. If you do not, the computer voids the order and you will not received any canteen until the following week when orders are placed again.

7. Misuse of canteen privileges will not be tolerated. Any violation of the above can result in penalties being invoked. Canteen violations are considered a Class "A" violation of the disciplinary procedures. (See section on A Prohibited Acts and Sanctions).

8. Indigent inmates found with canteen items are subject to having the items confiscated and disciplinary action.

9. It is the inmate's responsibility to notify the Canteen Office once an inmate is released from D/C status, A.K.A. Lockdown. Failure to do so could result in canteen order not having food items.

PL MERCHANT 001701