COPY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE ❙ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

**CASE NO.: 5:23-CA-00661**

**KRYSTI MERCHANT, ET AL.**

**V.**

**BILLY WOODS, ET AL.**

**DEPONENT:**

**CAPTAIN MATTHEW MCNEELY**

**ON BEHALF OF THE**

**MARION COUNTY SHERIFF'S OFFICE**

**DATE:**

**JANUARY 8, 2025**

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

1  UNITED STATES DISTRICT COURT

2  MIDDLE DISTRICT OF FLORIDA

3  OCALA DIVISION

4  CASE NO.: 5:23-CA-00661

5

6  KRYSTI MERCHANT, AS PERSONAL

7  REPRESENTATIVE FOR THE

8  ESTATE OF CORY MERCHANT,

9  DECEASED,

10  Plaintiff

11

12  V.

13

14  BILLY WOODS, SHERIFF OF MARION

15  COUNTY, FLORIDA, IN HIS OFFICIAL

16  CAPACITY; DEPUTY JUSTIN KOSINSKI;

17  DEPUTY JOSEPH MILLER; SERGEANT

18  JEROME DUKES,

19  Defendants

20

21

22  DEPONENT:  CAPTAIN MATTHEW MCNEELY ON BEHALF OF THE

23            MARION COUNTY SHERIFF'S OFFICE

24  DATE:       JANUARY 8, 2025

25  REPORTER:  BOBBIE SERENA

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                           APPEARANCES

 2

    ON BEHALF OF THE PLAINTIFF, KRYSTI MERCHANT, AS PERSONAL
 3  REPRESENTATIVE FOR THE ESTATE OF CORY MERCHANT:
    Sam Harton, Esquire
 4  Romanucci & Blandin, LLC
    321 North Clark Street
 5  Suite 900
    Chicago, Illinois 60654
 6  Telephone No.: (312) 458-1000
    E-mail: sharton@rblaw.net
 7  (Appeared via videoconference)

 8

    ON BEHALF OF THE DEFENDANTS, BILLY WOODS, SHERIFF OF
 9  MARION COUNTY, FLORIDA; DEPUTY JUSTIN KOSINSKI; DEPUTY
    JOSEPH MILLER AND SERGEANT JEROME DUKES:
10  Bruce R. Bogan, Esquire
    Hilyard, Bogan & Palmer, P.A.
11  105 East Robinson Street
    Suite 201
12  Orlando, Florida 32802
    Telephone No.: (407) 425-4251
13  E-mail: bbogan@hilyardlawfirm.com
    (Appeared via videoconference)

14

15  Also Present: Haley Chytka, Sam Harton, Esquire's
    Assistant

16

17

18

19

20

21

22

23

24

25
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1                        INDEX

 2                                            Page

 3    PROCEEDINGS                               5

 4    DIRECT EXAMINATION BY MS. HARTON          6

 5    CROSS-EXAMINATION BY MR. BOGAN          132

 6    REDIRECT EXAMINATION BY MS. HARTON      139

 7    RECROSS-EXAMINATION BY MR. BOGAN        141

 8

 9                      EXHIBITS

10    Exhibit                                  Page

11    58 - Amended Federal Rules of Civil

12         Procedure 30(b)(6) Rider Marion County    11

13    32 - Post Assignment, November 6, 2021    39

14    59 - 6164 Policy Titled Headcount of Inmates    82

15    27 - Inmate Rules and Regulations Handbook    94

16

17

18

19

20

21

22

23

24

25
```

III  MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1                        STIPULATION

 2

 3   The 30(b)(6) deposition of CAPTAIN MATTHEW MCNEELY ON

 4   BEHALF OF THE MARION COUNTY SHERIFF'S OFFICE was taken

 5   at MILESTONE REPORTING COMPANY, 315 EAST ROBINSON

 6   STREET, SUITE 510, ORLANDO, FLORIDA 32801, via

 7   videoconference in which all participants attended

 8   remotely, on WEDNESDAY the 8th day of JANUARY 2025 at

 9   11:00 a.m. (ET); said deposition was taken pursuant to

10   the FEDERAL Rules of Civil Procedure. It is agreed that

11   BOBBIE SERENA, being a Notary Public and Court Reporter

12   for the State of FLORIDA, may swear the witness and that

13   the reading and signing of the completed transcript by

14   the witness is not waived.

15

16

17

18

19

20

21

22

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              PROCEEDINGS
 2       THE REPORTER:  We are on the record.  Will all
 3  parties please state your appearance, how you're
 4  attending, and the location that you're attending
 5  from, starting with Plaintiff's Counsel?
 6       MS. HARTON:  Sam Harton for the plaintiff, in
 7  Chicago, Illinois.
 8       MR. BOGAN:  And this is Bruce Bogan for the
 9  defendants, in Ocala, Florida.
10       THE REPORTER:  Thank you.  Mr. McNeely, will
11  you please state your full name for the record?
12       THE WITNESS:  Matthew McNeely.
13       THE REPORTER:  Thank you.  And do all parties
14  agree that the witness is, in fact, Matthew McNeely?
15       MS. HARTON:  Yes.
16       MR. BOGAN:  Agreed.
17       THE REPORTER:  Thank you.  Mr. McNeely, will
18  you please raise your right hand.  Do you solemnly
19  swear or affirm that the testimony you're about to
20  give will be the truth, the whole truth, and nothing
21  but the truth?
22       THE WITNESS:  I do.
23       THE REPORTER:  Thank you.  You can lower your
24  hand, and we can proceed.
25              DIRECT EXAMINATION
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1   BY MS. HARTON:
 2        Q.   Captain McNeely, have you ever given a
 3   deposition before?
 4        A.   I have once or twice.  It's been a long time.
 5        Q.   Were you a defendant, or were you a corporate
 6   witness?
 7        A.   I was with the -- with the sheriff's office,
 8   like we are right now.
 9        Q.   You were testifying on behalf of the sheriff's
10   office?
11        A.   Yes, ma'am.
12        Q.   Okay.  Do you recall what kind of case you
13   were testifying in?
14        A.   No.  It was a -- it was a battery by a
15   detainee type of a -- type of case.
16        Q.   So one detainee had attacked another one?
17        A.   No.  Had attacked a fellow officer.
18        Q.   Okay.  So it was a criminal case?
19        A.   I believe it was.  If I had to venture a
20   guess, it was 2007, 2008.  Been a long time.
21        Q.   So you were a -- you were a fact witness like
22   you had witnessed the incident?
23        A.   Right.  I was there when it happened.
24        Q.   Okay.  Excuse me.  I'm going to close the
25   blinds behind me because the light is very -- that way
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   the light won't be going back and forth the entire time.
 2   Okay.  Well, I'm going to go through some of the ground
 3   rules that apply to depositions, just so that we're on
 4   the same page.  You're -- it's very important that you
 5   provide verbal answers, like you've been doing. With the
 6   court reporter, she's going to be taking everything
 7   down.  Uh-uhs and uh-huhs aren't going to work.  We need
 8   yeses, nos, or if it's a longer answer, then the full
 9   answer.  Shaking the head, nodding the head is not going
10   to work.  Does that make sense?
11       A.   Yes, ma'am.
12       Q.   Okay.  And depositions often feel like a
13   conversation, but they have a lot more of a rigid
14   format, in which you need to let me give my whole
15   question before you provide your answer, and I need to
16   let you give your full answer before I ask my question.
17   I will do my best to make sure that I'm not talking over
18   you, if you do your best to make sure that you're not
19   talking over me.  Does that make sense?
20       A.   Yes, ma'am.
21       Q.   Okay.  Throughout this deposition, I'm going
22   to refer to people who were in the custody of the -- of
23   the Marion County Sheriff's Office and the Marion County
24   Jail, as detainees.  I also will probably use the word,
25   inmates, quite a bit.  I'm going to be using those words
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   interchangeably. So if I ever use the word, detainee, or
 2   inmate, you can go ahead and assume that I am referring
 3   to the people who are in the custody of the Marion
 4   County Jail; is that fair?
 5        A.   Yes, ma'am.
 6        Q.   Okay.  I'm also going to ask you about a few
 7   different time periods.  A lot of times my questions are
 8   long and they have multiple clauses in them.  And so I
 9   don't always put in the date that I am specifying. So if
10   you are confused about what time period I am referring
11   to, you can always clarify what time period I'm
12   referring to, or you can just assume that I am
13   referencing November 2021; is that fair?
14        A.   Yes, ma'am.
15        Q.   Okay.  So unless I'm specifically saying --
16   referring to some sort of policy or procedure in 2007,
17   or some other year, if I'm asking you about the policies
18   and procedures related to the Marion County Jail, you
19   can go ahead and assume that I am asking about what they
20   were in November of 2021; is that fair?
21        A.   Yes, ma'am.
22        Q.   Okay.  I have to ask a few questions that are
23   quite uncomfortable or rude, but I ask them of everyone.
24   Have you ever been convicted of a felony?
25        A.   I have not.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1        Q.   Great.  Never -- I've never had a yes to that
 2   one with a law enforcement officer.  Have you taken any
 3   sort of medication, or is there any other reason why you
 4   might not be able to testify completely and truthfully
 5   today?
 6        A.   No, ma'am.
 7        Q.   Okay.  Okay.  And then the last ground rule
 8   that I just want to cover is I have my outline here and
 9   -- but like most lawyers, I tend to deviate pretty
10   significantly from my outline, because you're going to
11   say something, and I'm going to want to follow up.  And
12   that means that a lot of times the questions that I'm
13   asking are coming off from the top of my head.  And so
14   that means that sometimes the questions that I'm asking
15   aren't articulated in the most sensical way. So if you
16   don't understand the question that I'm asking, it's very
17   important that you ask me to either repeat it, or
18   clarify, because if you go ahead and answer the
19   question, I'm going to assume that means that you
20   understood the question; is that fair?
21        A.   Yes, ma'am.
22        Q.   Okay.  And on the same -- on the same note,
23   I'm never going to ask you to speculate or guess.  I
24   might ask you to approximate, but for the most part, I'm
25   going to ask you to just testify to your knowledge, as
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   you're speaking on behalf of Marion County, or the
 2   Marion County Sheriff's Office.  And if you don't know
 3   the answer to a question in that capacity, the answers,
 4   I don't know, or I don't recall, are perfectly
 5   acceptable. This isn't a test or a quiz, as long as
 6   those answers are truthful; is that fair?
 7        A.   Yes, ma'am.
 8        Q.   Okay.  And you understand that today, you are
 9   testifying on behalf of the Marion County Sheriff,
10   correct?
11        A.   Yes, ma'am.
12        Q.   The words coming out of your mouth are going
13   to be as if they are coming out of the sheriff's mouth,
14   correct?
15        A.   Yes, ma'am.
16        Q.   And if you admit or deny something, that means
17   that the sheriff has admitted it or denied it, correct?
18        A.   Yes, ma'am.
19        Q.   And if you don't know something, that means
20   that the sheriff and Marion County do not know that,
21   correct?
22        A.   Yes, ma'am.
23        Q.   Okay.  And you, Captain McNeely, testify --
24   consent to testifying on behalf of the sheriff and
25   Marion County, correct?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1        A.   I do.

 2        Q.   Okay.  I'm going to show you a document, very

 3   briefly.  This is Exhibit 58.  Oh, my gosh.  I have so

 4   many tabs open.  Hold on.  Let me -- so that we don't

 5   get frozen.  So this is Exhibit 58.  This is the amended

 6   30(b)(6) rider that we sent over in relation to your

 7   deposition.  Have you seen this document before?

 8             (EXHIBIT 58 MARKED FOR IDENTIFICATION)

 9        A.   I have.

10   BY MS. HARTON:

11        Q.   Okay.  And you've consented to testify on

12   behalf of the sheriff regarding topics 2, 6, 7, and 8,

13   correct?

14        A.   Correct.

15        Q.   Okay.  And you're -- and you've read through

16   these eight -- these four topics, correct?

17        A.   I have.

18        Q.   And you're prepared to testify on behalf of

19   the sheriff, regarding those topics, correct?

20        A.   Yes, ma'am.

21        Q.   Okay.  Is anyone else in the room with you,

22   besides your attorney?

23        A.   No, ma'am.

24        Q.   Do you have any documents in front of you?

25        A.   I have a copy of the incident report, and I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    have a copy of the G Pod post orders.
 2         Q.   Okay.  Did you review anything in preparation
 3    for this deposition?
 4         A.   I've reviewed the -- the post orders and the
 5    incident report.
 6         Q.   Okay.  Did you review any other policies or
 7    procedures?
 8         A.   Not specific to this.  No, ma'am.
 9         Q.   Okay.  Did you meet with your -- Mr. Bogan or
10    any of your other attorneys in preparation for this
11    deposition?
12         A.   Yes, ma'am.
13         Q.   For about how long?  I don't want to know
14    anything that you spoke about, just how long.
15         A.   An hour.
16         Q.   Hour.  What's your current position at Marion
17    County?
18         A.   Captain.
19         Q.   And in the chain of command -- can you kind of
20    describe where that is in the chain of command?
21         A.   I am the second in charge of the Marion County
22    Jail.
23         Q.   And is the first the sheriff?
24         A.   Well, no.  There's the -- me -- there's me and
25    the major.  There's -- we have -- there's three
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    captains.  I'm one of three.  Above me is the major, and
 2    that is the -- the jail chain of command.  Above the
 3    major is the chief of staff, and then, the sheriff.
 4        Q.   How long have you been a captain?
 5        A.   14 months.
 6        Q.   And before that, you were a lieutenant?
 7        A.   Correct.
 8        Q.   And what is your official -- captain of what?
 9    Is there -- is there some sort of program that you're in
10    charge of?
11        A.   Jail security.
12        Q.   Jail security.  What are the other three
13    captains?
14        A.   The other two?  There's three captains --
15        Q.   Right.
16        A.   -- three total.  We have a support and a
17    services, jail services and jail support.
18        Q.   What is jail support responsible for?
19        A.   Jail support is our classifications unit, our
20    warrants unit, our transportation unit.
21        Q.   What else?
22        A.   I believe that's about it for support.
23        Q.   What other units are within service?
24        A.   Service is our inmate work farm, our kitchen,
25    our facility services, our maintenance programs.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      Q.    Programs are like education for the inmates,

2    and things like that?

3      A.    Yes, ma'am.

4      Q.    Jail security, what are the units within that?

5      A.    I supervise -- we have four more shifts.  I

6    supervise the four shifts, the watch commanders over

7    those four shifts.  I also supervise our jail

8    investigations, and our jail K9, and our jail detention

9    response team.

10     Q.    So that first unit that you described, with

11   the commanders, that is the day-to-day supervision of

12   the inmates, that unit?

13     A.    Yes, ma'am.

14     Q.    So just -- can you describe to me the chain of

15   command as it pertains to the jail security, day-to-day

16   supervision of inmates unit?

17     A.    The -- each shift is supervised by one

18   lieutenant, at the time, four sergeants, and any number

19   of detention deputies and civilian staff.

20     Q.    Well, I think before we get into the specifics

21   of this case, I want to ask you a few questions that I

22   think that we'll probably be able to agree on.  Would

23   you agree that the policies and procedures set forth by

24   the sheriff and the jail are the jail administrators'

25   formal mechanisms of communicating with staff about

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

960743 Captain McNeely Matthew 001-June 2025
15

```
 1    their expectations?

 2         A.   Yes, ma'am.

 3         Q.   And one of the core functions of the sheriff

 4    and the jail is to ensure that the safety and wellbeing

 5    of the people in their custody is provided for?

 6         A.   Yes, ma'am.

 7         Q.   But it is not uncommon within a jail that

 8    detainees pose a risk of violence to others, correct?

 9              MR. BOGAN:  Object to form.  Go ahead.

10              THE WITNESS:  It's not uncommon.

11    BY MS. HARTON:

12         Q.   And some detainees pose a higher risk of

13    violence than other detainees; is that fair?

14         A.   Correct.

15         Q.   And that's why jailers conduct screenings at

16    intake, to make sure they're aware of the level of risk

17    that that detainee could pose in a correctional setting?

18         A.   Correct.

19         Q.   And those screenings allow jailers to

20    determine whether one inmate is a higher risk of

21    committing violence than others fair?

22         A.   They aid in that.  Yes.

23         Q.   Yes.  The screening does?

24         A.   Correct.

25         Q.   Well, what else can aid in determining whether
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  one inmate is a higher risk of violence, than others?

2      A.   Their -- the history while they're here.  The

3  classification screening classifies them and it takes --

4  the classifications captain can speak better on that,

5  but -- but it takes multiple facets into -- into

6  consideration when classifying an inmate.

7      Q.   Yeah.  And I'm trying to -- since you are

8  speaking on behalf of the sheriff's office, I understand

9  there are many things.  But anytime that you say there

10 are many things, I'm going to ask you to specifically

11 name each one.  So what I have down so far in how the

12 jail determines whether one inmate is a higher risk of

13 violence, than another inmate, there are two things that

14 you do.  You look at their history while they're in the

15 jail, and you screen them when they come into the jail.

16 Is there anything else that jail administrators do?

17        MR. BOGAN:  Object to the -- Sam, just to --

18     for the record, I think this is not on the topic,

19     which he's been designated.  And actually this is

20     the topic, I think, that Captain Peterson, if I

21     recall -- well, already -- previously was designated

22     and spoke to, so I just want to preserve objection.

23     It appears to be going outside the topic of what

24     he's intended, for a 30(b)(6) witness.  But he can

25     -- I'm not telling him not to answer, but --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1            MS. HARTON:  Yeah.  Thank you.  I understand.
 2            THE WITNESS:  The -- the inmate's criminal
 3       history and the inmate's jail history are two
 4       deciding factors on how they're classified.
 5  BY MS. HARTON:
 6       Q.   And that is -- and you learn that information
 7  through the screening or if some sort of incident occurs
 8  while they're in the jail?
 9       A.   Correct.
10       Q.   And it is important that detainees are housed
11  in a manner that accounts for their risk of being a
12  perpetrator or a victim of violence, right?
13            MR. BOGAN:  Object to form.  Go ahead.
14            THE WITNESS:  Correct.
15  BY MS. HARTON:
16       Q.   If detainees are not classified according to
17  their risk of being a perpetrator or victim of violence,
18  that puts inmate safety at risk, correct?
19            MR. BOGAN:  Object to form.  Go ahead.
20            THE WITNESS:  Correct.
21  BY MS. HARTON:
22       Q.   And it also makes it harder for the jail
23  security officers to do their jobs in maintaining the
24  safety of inmates, correct?
25            MR. BOGAN:  Object to form.  Go ahead.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1            THE WITNESS:  Correct.
 2   BY MS. HARTON:
 3       Q.   Would you agree with me that correctional
 4   staff are responsible for maintaining control of
 5   inmates?
 6       A.   Yes, ma'am.
 7       Q.   And maintaining control of inmates is
 8   essential for preserving inmate safety, right?
 9       A.   Correct.
10       Q.   And maintaining control of inmates can only be
11   achieved if the inmates are adequately supervised and
12   monitored, correct?
13       A.   Correct.
14       Q.   And maintaining control of inmates cannot be
15   achieved if policies, procedures, and rules are not
16   consistently enforced, correct?
17       A.   Correct.
18       Q.   Failure to consistently enforce the rules
19   creates an environment where inmates believe they are
20   free to behave in any manner that they please, correct?
21            MR. BOGAN:  Object to form.  You can answer
22       that.
23            THE WITNESS:  I can't venture to say how an
24       inmate thinks, but we -- but we have to enforce our
25       rules and enforce our policies.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Case 5:23-cv-00661-JSM-PRL   Document 50-18   Filed 06/27/25   Page 20 of 163
96741 Captain McNeely Matthew 001-000006
PageID 1265

19

BY MS. HARTON:

   Q.   And why is it important to enforce those rules

and policies, just as a general matter?

   A.   To maintain consistency, liability.

   Q.   And when you -- and because, when -- you

understand that if inmates -- if rules are not enforced

by correctional staff, they essentially don't exist,

right?

        MR. BOGAN:  Object to form.

        THE WITNESS:  I -- I understand what you're

     saying, that -- that the rules are there for a

     reason, obviously.  Yes.

BY MS. HARTON:

   Q.   Yeah.  And I just want to be very specific

about the reason is -- it's that if you don't enforce

the rules, there's no reason for the inmates to follow

the rules, right?

        MR. BOGAN:  Object to form.  Go ahead.

        THE WITNESS:  The rules are -- are there to

     maintain care, custody, and control.  Again, I can't

     speculate on -- on why people do or don't enforce

     rules. I can't speculate on what happens when rules

     are or are not enforced, but rules are there to

     maintain care, custody, and control.

BY MS. HARTON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

 1      Q.   Okay.  Because if -- because you --
 2  correctional staff is more likely to be able to control
 3  inmate behavior when they're enforcing the rules and
 4  policies, right?
 5          MR. BOGAN:  Object to form.
 6          THE WITNESS:  Correct.
 7  BY MS. HARTON:
 8      Q.   They're more likely to be able to ensure that
 9  inmates act in a positive manner, as opposed to a
10  violent or harmful manner, right?
11          MR. BOGAN:  Object to form.
12          THE WITNESS:  Correct.
13  BY MS. HARTON:
14      Q.   And that would -- and these rules that we're
15  talking about, that are necessary to ensure inmate
16  safety, would include making sure that inmates are in
17  their bunks during lockdown, right?
18          MR. BOGAN:  Object to form.
19          THE WITNESS:  Inmates are -- are not mandated
20      to be on their bunks after lockdown.  Inmates are
21      allowed to come and go from the bathroom, as needed.
22      So to insinuate that everybody's going to be on
23      their bunk from lockdown until lights-on, is -- is
24      not accurate.
25  BY MS. HARTON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1      Q.   Okay.  So I want to go back, just to sort of

 2   lay the foundation for what we're talking about, because

 3   I've been in other depositions and you work in the jail,

 4   but I just wanted to make it clear for the record that

 5   we all know what we're talking about.  So at night, the

 6   jail goes on -- or the dorms go on lockdown, right?

 7      A.   Correct.

 8      Q.   And lockdown is when the -- it occurs at

 9   either 10:00 or 11:00 at night, and the deputies kind of

10   go into the dorms, and each inmate stands by their bunk,

11   and the deputy does a headcount, right?

12      A.   Correct.

13      Q.   And after the deputy does a headcount and

14   makes sure that everyone is okay, from there, the inmate

15   is -- each inmate is expected to stay in their bunk,

16   except if they need to go to the bathroom, right?

17      A.   Correct.

18      Q.   Okay.  Is there any reason, during that

19   lockdown period, that an inmate can get out of their

20   bunk, except to go to the bathroom?

21      A.   Yes.  It depends on the approach of the

22   detention staff that are working the housing unit.  If

23   -- if an inmate is in need of something, they can get up

24   and go to the -- to the section door to get the

25   officer's attention.  They can come and go from the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   bathroom.  They can come and go from the water fountain.
 2   So -- so it is a -- more of a controlled environment,
 3   but it is not a you're not allowed to move environment.
 4        Q.   During lockdown, are inmates allowed to sort
 5   of hang around each others' bunks and chat with each
 6   other?
 7        A.   No.
 8        Q.   Okay.  So really, the only time that inmates
 9   are allowed to get out of their bunks is if they have a
10   -- sort of a need that they need to fulfill.  Whether
11   it's going to the bathroom, getting some water, getting
12   some medical attention, they have a purpose for getting
13   up.  They can't just get out of their bunk and hang out
14   with other inmates, right?
15        A.   Correct.
16        Q.   Okay.  And it's not at the discretion of the
17   deputy to decide whether or not they can allow an inmate
18   to just hang out outside their bunk during lockdown,
19   right?
20            MR. BOGAN:  Object to form.  Go ahead.
21   BY MS. HARTON:
22        Q.   I can rephrase that, if that was confusing.
23        A.   Every deputy has the -- the -- the
24   responsibility to enforce the rules that they -- that
25   they -- as they interpret them, right?  And some -- some
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   deputies are extremely stringent on you're not allowed

2   out of your bunk.  Some deputies are more flexible.

3   There's times that a -- that some deputies will have a

4   -- a lockdown headcount at 2200, and have an increasing

5   expectancy of people being on their bunk as time passes,

6   so there is individual implementation. I mean, they're

7   not individual implementation, but everybody views the

8   rules in their own perspective, and -- and everybody

9   runs things -- it's not a black- and-white on how things

10  are run.  But the expectation is lockdown is you're on

11  your bunk, unless you have a need.

12       Q.   Okay.  I think -- we'll come back to this

13  topic in a little bit, but I want to get back to sort of

14  the things that we can agree on, because we're starting

15  to disagree a little bit, I think.  So -- I am not still

16  sharing my screen, am I?  No.  Okay. Would you agree

17  that staff presence in inmate- occupied areas improves

18  the jail's ability to control inmate behavior?

19       A.   Yes.

20       Q.   And would you agree that positive staff

21  interaction with inmates results in more positive inmate

22  behavior?

23       A.   Yes.

24       Q.   Would you agree that providing consistent

25  supervision of inmates minimizes the frequency of

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    inmate-on-inmate assaults?

 2              MR. BOGAN:  Object to form.

 3              THE WITNESS:  Yes.

 4    BY MS. HARTON:

 5        Q.   Would you agree that frequent physical

 6    presence of correctional staff in inmate-occupied areas

 7    and minimizes the frequency of inmate-on-inmate

 8    assaults?

 9              MR. BOGAN:  Object to form.

10              THE WITNESS:  Yes.

11    BY MS. HARTON:

12        Q.   Would you agree that insufficient physical

13    presence of correctional staff in inmate-occupied areas

14    increases the risk of violence between inmates?

15              MR. BOGAN:  Object to form.

16              THE WITNESS:  Yes.

17    BY MS. HARTON:

18        Q.   Would you agree that one way to keep inmates

19    safe is to not house violent inmates with nonviolent

20    inmates?

21              MR. BOGAN:  Object to form.

22              THE WITNESS:  Yes.

23    BY MS. HARTON:

24        Q.   Would you agree that housing violent inmates

25    with nonviolent inmates poses a risk of harm to inmates?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Object to form.
 2              THE WITNESS:  Yes.
 3    BY MS. HARTON:
 4         Q.   And would you agree that when violent inmates
 5    are housed with nonviolent inmates, it makes it
 6    difficult for deputies responsible for monitoring them,
 7    to prevent violence?
 8              MR. BOGAN:  Object to form.
 9              THE WITNESS:  Yes.
10    BY MS. HARTON:
11         Q.   You'd agree with me that you, nor any
12    correctional staff, can predict every instance of
13    inmate-on-inmate violence that occurs within the jail,
14    correct?
15         A.   Correct.
16         Q.   Okay.  You cannot always predict, or any other
17    correctional officer cannot always predict, when an
18    inmate-on-inmate attack or fight is going to occur,
19    fair?
20         A.   Correct.
21         Q.   And when a violent incident occurs between two
22    or more inmates, you cannot always ensure that there
23    will be enough time for an officer to intervene before
24    someone gets seriously injured or killed, right?
25         A.   Correct.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

26

```
 1        Q.   But it is still the responsibility of the
 2   jail, its administrators, and its officers to keep
 3   inmates safe, correct?
 4             MR. BOGAN:  Object to form.  Go ahead.
 5             THE WITNESS:  Correct.
 6   BY MS. HARTON:
 7        Q.   And so it's important for the jail, its
 8   administrators, and its officers to do everything they
 9   can to prevent those violent incidents in advance?
10        A.   Correct.
11             MR. BOGAN:  Object to form.  Go ahead.
12             MS. HARTON:  Did you get that answer, Bobbie?
13             THE REPORTER:  Yes, ma'am.
14             MS. HARTON:  Okay.  Thank you.
15   BY MS. HARTON:
16        Q.   And it's important for the jail, its
17   administrators, and its officers to have policies and
18   procedures in place that inhibit inmates from attacking
19   each other, correct?
20        A.   Correct.
21        Q.   Because you know there's always a risk of
22   violence within a jail, right?
23        A.   Absolutely.
24        Q.   And the jail can't abdicate responsibility to
25   prevent violence, just because there's always a risk of
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 5:23-cv-00661-JSM-PRL   Document 50-18   Filed 06/27/25   Page 28 of 163
PageID 1273
960741 Captain McKinney Matthew 001 - 05/09/25

27

```
 1    violence, right?
 2              MR. BOGAN:  Object to form.  Go ahead.
 3              THE WITNESS:  It's our responsibility.
 4    BY MS. HARTON:
 5         Q.   And so it's important the deputies are
 6    following the policies and procedures that are in place
 7    to prevent violent incidents, right?
 8              MR. BOGAN:  Object to form.  Go ahead.
 9              THE WITNESS:  Correct.
10    BY MS. HARTON:
11         Q.   And it's important that supervisors within the
12    jail are ensuring that their deputies are following
13    those policies and procedures that are in place to
14    prevent violent incidents, correct?
15         A.   Correct.
16         Q.   So what measures on any given shift -- well,
17    let me -- let me walk back for a second.  At the Marion
18    County Jail, it's divided up into multiple different
19    pods where inmates are housed, correct?
20         A.   Correct.
21         Q.   One of those pods is G Pod, correct?
22         A.   Correct.
23         Q.   And within G Pod, there are four dorms,
24    correct?
25         A.   Four housing units.  Yes.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      Q.   Yes.  There --

2      A.   G Pod is a dorm.  Each section is a section

3  within that dorm, right.

4      Q.   Right.  And so -- and there are four sections

5  within G Pod.  Each one is about the same size, correct?

6      A.   Correct.

7      Q.   And there -- and it's -- within each section,

8  there are a number of bunk beds, some picnic tables, and

9  some space for inmates to kind of mill around and talk

10  to each other, right?

11      A.   Correct.

12      Q.   This is not a cell environment.  They're not

13  in their individual cells, right?

14      A.   Correct.

15      Q.   Okay.  And in November of 2021, Gulf Pod had

16  one section that was specifically designated for sex

17  offenders, right?

18      A.   Correct.

19      Q.   And that was, Gulf Alpha, correct?

20      A.   Correct.

21      Q.   Okay.  And remind me about how many people can

22  -- how many bunks are there, within -- were there, in

23  each section of Gulf Pod, in November of 2021?

24      A.   I'm not 100 percent on the number, roughly 70,

25  75.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   It would not be unusual for Gulf Pod to house
 2   upwards of 200 inmates at a time, right?
 3        A.   Correct.
 4        Q.   And Gulf Pod would be monitored by two
 5   deputies at a time, correct?
 6        A.   Typically.  Yes.
 7        Q.   Okay.  Two deputies would be assigned to a
 8   shift, and then they would have their sergeant
 9   supervisor, right?
10        A.   Correct.
11        Q.   And that sergeant supervisor is not just
12   responsible for a Gulf Pod, he would also have been
13   responsible for a number of other pods within his
14   platoon, right?
15        A.   Correct.
16        Q.   Okay.  So I want to talk about those two
17   deputies that are assigned to Gulf Pod.  Their sort of
18   home base during their shift is this rover area that's
19   in the middle of all four sections, right?
20        A.   Correct.
21        Q.   Okay.  And in there, there's a computer, where
22   they can video-surf.  They can kind of see videos that
23   are showing the sections, right?
24        A.   Correct.
25        Q.   And there's also windows, that they can see
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

    1   into the sections, right?

    2        A.   Correct.

    3        Q.   Okay.  But they are expected to also, on an at

    4   least hourly basis, do what's called a security check,

    5   right?

    6        A.   Correct.

    7        Q.   Okay.  So we talked -- we both agreed that

    8   it's the Marion County Jail and the sheriffs, and it's

    9   all of its staff to -- it's their responsibility to

   10   ensure inmate safety and prevent inmate-on-inmate

   11   violence, right?

   12        A.   Correct.

   13        Q.   And so when we're talking about the deputies

   14   that are responsible for monitoring and surveilling, for

   15   example, Gulf Pod during their shift.  What measures are

   16   they expected to take each shift to prevent inmate-on-

   17   inmate violence?

   18             MR. BOGAN:  Object to form.  Go ahead.

   19             THE WITNESS:  Consistent interaction with the

   20        inmate population, consistent monitoring of inmate

   21        activities, addressing of infractions that they see.

   22   BY MS. HARTON:

   23        Q.   Are those -- are there any other measures that

   24   deputies are expected to take each shift to prevent

   25   inmate-on-inmate violence?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Object to form.  Go ahead.
 2              THE WITNESS:  It's an extremely broad question.
 3        Consistent observation.  Always being in the housing
 4        unit.  As -- as -- as broad a question as it is,
 5        that's -- that's my answer.
 6   BY MS. HARTON:
 7        Q.   Okay.  You said consistent interaction,
 8   consistent monitoring, and consistent observation.  Can
 9   you tell me what you mean by consistent interactions?
10        A.   Prior to that lockdown head count that happens
11   in the 10:00 hour -- prior to that, the detention staff
12   are consistently in and out of the section for multiple
13   reasons: they're feeding, they're resetting video
14   monitors.  They're always in and out of the section, so
15   there is a consistent detention staff presence in the
16   four sections.  It's pretty consistent for those awake
17   hours of the evening.
18        Q.   And what about the night hours during the --
19        A.   Night -- night hours, they do hourly security
20   checks.
21        Q.   Okay.
22        A.   At -- at a minimum.
23        Q.   Okay.  And is that the only form of
24   interaction with the inmates that they should have
25   during lockdown? The hourly checks?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1            MR. BOGAN:  Object to form.  Go ahead.
 2            THE WITNESS:  They can be more consistent than
 3       hourly, if that's what you're asking.
 4  BY MS. HARTON:
 5       Q.   I -- I'm asking what's expected by policy of
 6  the sheriff, so --
 7       A.   Hour -- hourly security checks after lockdown.
 8       Q.   Okay.  That is what is expected as far as
 9  interaction with the inmates during the lockdown period?
10       A.   Correct.
11       Q.   Okay.  What about monitoring; what is expected
12  of deputies during the lockdown period in terms of
13  monitoring?
14       A.   Well, as you referenced, we have big glass
15  windows that the detention staff, when they're in the
16  rovers area, they can see through the windows to see
17  what's going on in the housing units.  We have cameras.
18  We have camera monitors in the rovers area.  So those
19  two detention staff are monitoring the four sections
20  consistently via the windows and -- and -- and cameras.
21       Q.   Anything else?
22       A.   You're always listening for noises that don't
23  belong, anything that seems out of the ordinary, but
24  those things are picked up on through your -- your
25  monitoring.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Case 5:23-cv-00661-JSM-PRL   Document 50-18   Filed 06/27/25   Page 34 of 163
PageID 1279
960741 Captain McNeely Matthew 001-1 06.2025

33

 1      Q.   What do you mean those things are picked up

 2  through your monitoring?  Can you explain?

 3      A.   Well, when -- as you monitor the sections, if

 4  there's a loud noise, you hear it, and then you look

 5  into it.

 6      Q.   Can you hear that through the video monitor,

 7  or you have to hear it kind of coming through the wall?

 8      A.   At the time, there was no audio on the cameras

 9  so you hear it through the wall, through the door.

10      Q.   Is there audio on the cameras now?

11      A.   There are -- in a lot of the cameras, yes.

12  Not all, but we're working towards it.

13      Q.   Is there a particular reason why the sheriff

14  wanted to make that change?

15          MR. BOGAN:  Objection.  Form.  Go ahead.

16          THE WITNESS:  Increased technology.  Better --

17      better technology.

18  BY MS. HARTON:

19      Q.   Yeah.  What about the technology is better in

20  terms of, for example, ensuring inmate safety?

21          MR. BOGAN:  Object to form.  Go ahead.

22          THE WITNESS:  Higher resolution cameras, audio,

23      better monitors in the officer station.

24  BY MS. HARTON:

25      Q.   You mentioned addressing infractions by the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   deputies as one of the ways that they can prevent inmate
 2   violence.  How are deputies expected to address
 3   infractions?
 4            MR. BOGAN:  Object to form.  Go ahead.
 5            THE WITNESS:  When the deputy witnesses,
 6        encounters an infraction, the deputy documents it on
 7        an incident report, completes a disciplinary report,
 8        forwards that disciplinary report to their
 9        supervisor and then to a discipline report committee
10        that -- that investigates and -- and hands out
11        discipline accordingly.
12   BY MS. HARTON:
13        Q.   If an -- if a deputy does not personally
14   witness some sort of infraction, how would you expect
15   the deputy to go about learning that the infraction
16   occurred?
17            MR. BOGAN:  Object to form.  Go ahead.
18            THE WITNESS:  Word of mouth.  If they hear that
19        something had occurred and they can go back and look
20        at the video and determine that -- that something
21        did occur, then they document what that they find on
22        the -- on the -- the monitors.  They -- they have to
23        -- they have to be able to verify that it did
24        happen, and then they document it on an incident
25        report.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

BY MS. HARTON:

    Q.   We talked about consistent monitoring and
observation of the inmates by the deputies.  Who on
shift is responsible for making sure that the deputies
are adequately monitoring and observing the inmates?

    A.   The ultimate responsible fall --
responsibility falls on the lieutenant.

    Q.   Okay.  So what is the lieutenant supposed to
do to make sure that the deputies are actually
monitoring and observing the inmates?

    A.   Lieutenants are expected to know the policies
and enforce the policies.

    Q.   Okay.  How would a lieutenant learn, for
example, that a deputy is not conducting their security
checks?

        MR. BOGAN:  Object to form.  Go ahead.

        THE WITNESS:  The -- the sergeant is the first
   line supervisor and the sergeant is responsible for
   monitoring their deputies' actions.  And if that
   sergeant discovers that deputies are errant in their
   actions, then that sergeant would advise the
   lieutenant.

BY MS. HARTON:

    Q.   Okay.  So the lieutenant would be unlikely to
learn that there was an issue with a particular deputy's

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1    performance unless the sergeant made the lieutenant

 2    aware?

 3            MR. BOGAN:  Object to form.  You can answer.

 4            THE WITNESS:  That is one way the -- the

 5        lieutenant would learn.  The lieutenant also has

 6        access to cameras, so the lieutenant could see an

 7        infraction or -- or see a rule violation on his or

 8        her own.  But typically, the sergeant makes the

 9        lieutenant aware of it.

10    BY MS. HARTON:

11        Q.   What measures are sergeants expected to take

12    each shift to prevent inmate-on-inmate violence?

13            MR. BOGAN:  Object to form.  Go ahead.

14            THE WITNESS:  Consistent involvement with their

15        housing units that they're responsible for,

16        consistent interaction with their detention staff.

17    BY MS. HARTON:

18        Q.   Anything else?

19        A.   Being involved.  Just the consistent

20    interaction.

21        Q.   Is each sergeant required to visit each pod

22    during their shift?

23        A.   The pods that they're responsible for, yes.

24        Q.   Okay.  Are they responsible for having

25    physical presence amongst the inmates in each pod that

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1    they're responsible for?
 2              MR. BOGAN:  Object to form.  Go ahead.
 3              THE WITNESS:  They're responsible to interact
 4         in the housing units.  I don't believe there is a
 5         specific policy that there is -- yes, they are
 6         expected to interact with the staff and the inmates.
 7    BY MS. HARTON:
 8         Q.   Okay.  So -- sorry, I just want to be clear on
 9    that question.  The sergeants are expected to interact
10    with both the staff and inmates in each pod that they're
11    responsible for during a shift?
12         A.   Correct.
13         Q.   Where is that written?  How does a sergeant
14    know that that's part of his responsibilities?
15         A.   Operational directives on policy and
16    procedure.
17         Q.   Do you know which one?
18         A.   I don't off-hand.  No, ma'am.
19         Q.   How is it decided that certain deputies will
20    be assigned to certain pods?
21         A.   The sergeant on a daily basis completes a post
22    assignment, a roster for the shift, and the sergeant is
23    responsible for assigning detention deputies to housing
24    units.  And then the lieutenant oversees those
25    assignments.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 5:23-cv-00661-JSM-PRL   Document 50-18   Filed 06/27/25   Page 39 of 163
PageID 1284
960743 Captain McNeely, Matthew 04-01-2025

38

 1        Q.   So the sergeant makes the sheet that says
 2   which pod each deputy is assigned to, right?
 3        A.   Correct.
 4        Q.   And is the lieutenant expected to review and
 5   approve that?
 6        A.   The lieutenant is ultimately responsible, so
 7   yes.
 8        Q.   Is the lieutenant expected, per sheriff
 9   policy, to look at and review those assignments every
10   shift?
11             MR. BOGAN:  Object to form.  Go ahead.
12             THE WITNESS:  Yes.
13   BY MS. HARTON:
14        Q.   Okay.  So the sergeant makes that sheet and
15   then hands it to the lieutenant or sends it to the
16   lieutenant and the lieutenant says, yes, this is okay.
17   We're good to go, right?
18        A.   Right.
19        Q.   Okay.  And that happens every shift?
20        A.   Yes.
21        Q.   How are sergeants assigned to their platoons?
22        A.   The jail security captain is responsible for
23   assigning sergeants per platoon.
24        Q.   Does that happen every shift, or are sergeants
25   generally on the same platoon each shift?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A.   No.  Platoon -- the sergeants are assigned to
 2   a shift, to a platoon and that's where they're assigned.
 3   It doesn't -- there's no differentiation.  If you're a
 4   -- an A company day shift sergeant, then you're an A
 5   company day shift sergeant; it doesn't vary.
 6        Q.   Okay.  I am going to show you Exhibit 32.  Do
 7   you recognize this document?
 8        A.   Yes, ma'am.
 9        Q.   Okay.  What is this document?
10        A.   That's the post assignment.
11        Q.   Yeah.  And it's dated 11-6-2021, correct?  I
12   can zoom in for you.
13        A.   Yeah, please do.  Yes.
14        Q.   Okay.  And this is Shift A2, which means that
15   it's the night shift, right?
16        A.   Correct.
17        Q.   Okay.  And so it says here under Sector 1 --
18   Sector 1, Sergeant Dukes.  And then below him, it says G
19   Dorm rover, H Dorm rover, Medical Dorm rover, and
20   there's a few other pods, right?
21        A.   Correct.
22        Q.   Okay.  So this is what we were just talking
23   about earlier.  This -- Sergeant Dukes was the sergeant
24   assigned to Sector 1, Shift A2.  That would've been his
25   shift and sector every shift, right?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1         A.    Well, that would be his shift.  Every shift
 2    the lieutenant can change the sectors as he or she sees
 3    fit.
 4         Q.    Okay.  Well, was it typical for the sergeants
 5    to be assigned to the same sector though, every shift?
 6              MR. BOGAN:  Object to form.  Go ahead.
 7              THE WITNESS:  I'd say no.
 8    BY MS. HARTON:
 9         Q.    Okay.
10         A.    The lieutenant has that flexibility.
11         Q.    Okay.  So when you were saying there's no
12    variation, what were you talking about?
13         A.    On the sergeant's assignments?
14         Q.    Yeah.  I asked you if they would be assigned
15    to a -- the same platoon and you said yes.  So what were
16    you talking about?  What am I missing?
17         A.    A2.  The A2 sergeants are A2 sergeants.  What
18    sector they're over is the lieutenant's discretion.
19         Q.    Okay, great.  On --
20              MR. BOGAN:  Was that marked as exhibit, or did
21         you just showed it to him?
22              MS. HARTON:  That was Exhibit 32.
23              MR. BOGAN:  32.  Okay, thank you.
24              (EXHIBIT 32 MARKED FOR IDENTIFICATION)
25    BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  Do you know who the lieutenant was on
 2   November 6, 2021, that would've been in charge of Gulf
 3   Pod?
 4        A.   The lieutenant was Lieutenant Johnson.  She
 5   was the shift watch commander.
 6        Q.   What's her first name?
 7        A.   Kristin.
 8        Q.   Are -- who determines the staffing levels in
 9   each platoon?
10             MR. BOGAN:  Object to form.
11             THE WITNESS:  Each platoon has a roughly
12        similar number of staff dependent on the numbers for
13        the detention bureau.  The detention bureau is
14        divided by four and -- and everybody has roughly the
15        same number of staff.
16   BY MS. HARTON:
17        Q.   There's -- but every pod within each sector --
18   so let's go back.  So there's kind of a hierarchy here.
19   The -- there's the jail, which is the broadest facility,
20   right?
21        A.   Uh-huh.
22        Q.   And then within it -- within the jail there
23   are multiple platoons, right?
24        A.   Correct.
25        Q.   How many of those are there?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1          A.    There's four platoons.

 2          Q.    And are they A, B, C and D?

 3          A.    A1, A2, B1, B2.

 4          Q.    A1, okay.  And oh, so the platoons are

 5     referencing the staff shifts, right?

 6          A.    Correct.

 7          Q.    Okay.  And is this -- what is is a sector in

 8     terms of the Exhibit 32 that we just looked at?

 9          A.    A sector is a grouping of housing units --

10          Q.    Housing units.

11          A.    -- that one sergeant can oversee.

12          Q.    Okay.  And within those sectors, there are

13     multiple pods?

14          A.    Correct.

15          Q.    Okay.  How -- who decides what the staffing

16     levels will be in each of those sectors?

17               MR. BOGAN:  Object to form.  Go ahead.

18               THE WITNESS:  The post assignment you showed

19          has a -- a number in parentheses, that is the

20          minimum for each one of those housing units.

21     BY MS. HARTON:

22          Q.    And who makes that decision on what the

23     minimum number of detention deputies in each housing

24     unit is?

25          A.    It's -- it's often accreditation driven.  It's

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   often -- there's -- there's -- it's PREA -- PREA related

 2   or Florida Model Jail Standards or accreditation based.

 3            THE REPORTER:  I'm sorry, did you say --

 4   BY MS. HARTON:

 5       Q.  Okay.  Those -- so it's -- I understand it's

 6   based -- sorry, go ahead, Bobbie.

 7            THE REPORTER:  I'm sorry.  Did you say PREA

 8       related?  I just want to make sure that we make it -

 9       -

10            THE WITNESS:  PREA, P-R-E-A.

11            THE REPORTER:  Thank you.

12            THE WITNESS:  PREA.

13            THE REPORTER:  Sorry to interrupt.

14            THE WITNESS:  Uh-huh.

15            THE REPORTER:  Go ahead.

16   BY MS. HARTON:

17       Q.  So I understand that they're relying on these

18   outside sources to make those decisions as to what the

19   minimum amount should be, but who's making that

20   decision?  Is it a lieutenant, a captain, the sheriff

21   himself?

22            MR. BOGAN:  Object to form.  You can answer if

23       you know.

24            THE WITNESS:  The number of the -- the minimum

25       number?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   BY MS. HARTON:
 2        Q.   Yeah.
 3        A.   The minimum number is predetermined by our
 4   accreditation standards by -- by our governing standards
 5   of -- of different accreditations.
 6        Q.   So there's a physical document besides this
 7   post order that is telling you exactly how many deputies
 8   needs to be on each pod?
 9             MR. BOGAN:  Object to form.  And again, this is
10        outside the scope of the topics that he was
11        designated here to speak to, so he was not prepared
12        to speak on these issues.  So I just -- I just want
13        to -- I'm not telling him not to answer, but I don't
14        think it's appropriate for him to have to respond to
15        a lot of questions regarding this, the staffing
16        issue.  You can answer, if you know.
17             THE WITNESS:  The sergeant posts the shift with
18        those minimums in place.
19   BY MS. HARTON:
20        Q.   Are the same deputies typically assigned to
21   the same pods every shift?
22        A.   Not by rule, no.  They can be, or they can be
23   moved.
24        Q.   I want to talk about sergeants for a minute.
25   We can agree that sergeants are responsible for making
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

960741 Captain McKecuen Matthew301-1jep2025
45

```
 1   sure that their deputies are doing their safety checks,
 2   correct?
 3        A.   Correct.
 4        Q.   They are responsible for monitoring the
 5   quality of security checks, correct?
 6        A.   Correct.
 7        Q.   They're responsible for letting the lieutenant
 8   know if a deputy is not adequately doing their security
 9   checks, right?
10        A.   Correct.
11        Q.   They are responsible for making sure that
12   deputies enforce the lockdown policies, correct?
13        A.   Correct.
14        Q.   They're responsible for making sure that
15   deputies either discipline or admonish inmates who are,
16   you know, inappropriately out of their bunks during
17   lockdown, correct?
18        A.   Correct.
19        Q.   The sergeants are responsible for letting the
20   lieutenant know if a deputy is failing to enforce the
21   lockdown policies, correct?
22        A.   Correct.
23        Q.   Is the lieutenant expected to be in each pod
24   during his shift?
25        A.   Yes.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  Can you explain -- can you explain that

 2   a little bit more in detail?  Explain to me what the

 3   lieutenant is supposed to do as it pertains to having a

 4   physical presence in each pod during their shift.

 5        MR. BOGAN:  Object to form.  Go ahead.

 6        THE WITNESS:  The lieutenant is expected to

 7     physically show up in each housing unit on any given

 8     shift.

 9   BY MS. HARTON:

10        Q.   And are they expected to speak with the

11   inmates?

12        MR. BOGAN:  Object to form.  Go ahead.

13        THE WITNESS:  The lieutenant or designee, yes.

14   BY MS. HARTON:

15        Q.   Who's the designee?

16        A.   The sergeant.

17        Q.   Okay.  So the lieutenant can delegate the duty

18   to have physical presence in the pod to his or her

19   sergeant?

20        A.   Not the physical presence aspect, but the --

21   the -- the interaction with the inmates aspect.

22        Q.   So both the lieutenant and the sergeant are

23   expected to, at some point, have physical presence in

24   each section of each pod; is that right?

25        A.   Yes.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1      Q.   Okay.  Is it the sergeant's responsibility to

 2   audit security checks conducted by their deputies?

 3           MR. BOGAN:  Object to form.  Go ahead.

 4           THE WITNESS:  Yes.

 5   BY MS. HARTON:

 6      Q.   Okay.  What are sergeants expected to do in

 7   terms of auditing their deputy's security checks?

 8           MR. BOGAN:  Object to form.  Go ahead.

 9           THE WITNESS:  Ensure that they're being

10      conducted.

11   BY MS. HARTON:

12      Q.   How are -- how do they ensure that they're --

13   strike that.  What does the sheriff's policy require of

14   sergeants to do in terms of making sure that the

15   security checks are conducted?

16      A.   I can't quote the policy, but each -- each

17   sergeant is responsible to ensure that security checks

18   are done in a timely manner.  They can do that by being

19   in the housing unit, or they can do that by viewing the

20   cameras to ensure that the checks are being done.  But

21   it's the sergeant's responsibility to see to it that

22   they're being done.

23      Q.   So is the sergeant responsible for reviewing a

24   sample of the security checks that were done on camera

25   every shift?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1            MR. BOGAN:  Object to form.  Go ahead.

 2            THE WITNESS:  Not a specific criteria to be

 3       reviewed.  The -- the sergeants are responsible to

 4       ensure that the checks are being done.  If -- let's

 5       say, if the checks aren't being done, then the

 6       sergeants are going to be held accountable for their

 7       subordinates not doing what they're supposed to be

 8       doing.

 9  BY MS. HARTON:

10       Q.   And you're a corporate designee that is here

11  to testify about the policies and procedures within the

12  Marion County Jail that pertain to monitoring and

13  supervision of inmates; is that fair?

14       A.   Correct.  Yes.

15       Q.   And whether or not deputies are properly

16  conducting their security checks is one of the main

17  policies that pertain to supervision and monitoring of

18  inmates, correct?

19            MR. BOGAN:  Object to form.  Go ahead.

20            THE WITNESS:  Can you say that -- can you

21       repeat the question?

22  BY MS. HARTON:

23       Q.   Well, whether or not deputies are conducting

24  their security checks is one of the main issues related

25  to supervision and monitoring of inmates, right?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Object to form.  Go ahead.
 2              THE WITNESS:  Correct.
 3   BY MS. HARTON:
 4       Q.   Right.  And so what is -- what is the policy
 5   at the Marion County Jail that explains how sergeants
 6   are supposed to go about auditing their deputies'
 7   security checks?
 8              MR. BOGAN:  Object to form.  You -- are you
 9       asking for a policy number?  Is that what you're
10       asking?
11              MS. HARTON:  I'm asking him to tell me what the
12       policy is.  That's what he's here to do.
13              MR. BOGAN:  I think he did that.  Okay.  Go
14       ahead.  You can answer.
15              THE WITNESS:  The sergeants are responsible to
16       ensure that the security checks are being conducted.
17   BY MS. HARTON:
18       Q.   And does Marion County have any sort of policy
19   or procedure that explains how they are supposed to be
20   doing that?
21              MR. BOGAN:  Object to form.  Go ahead.
22              THE WITNESS:  There's policy explaining how the
23       detention staff are expected to do their security
24       checks.  The sergeant is responsible to ensure that
25       policy is adhered to.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

BY MS. HARTON:

    Q.   Is there any policy requiring sergeants to periodically review video surveillance and confirm whether their deputies are performing adequate security checks?

        MR. BOGAN:  Object to form.  Go ahead.

        THE WITNESS:  Specifically, I do not believe that it's written that they are required to review X amount.

BY MS. HARTON:

    Q.   Are they required to review a certain amount of videos surveillance of their deputies performing security checks?

    A.   I don't believe there is a set amount that they're supposed to be reviewing.  They are responsible to ensure that it's being done.

    Q.   Are there -- are is there any requirement that they review any video surveillance, other deputies doing security checks to confirm that those checks are adequate?

        MR. BOGAN:  Object to form.

        THE WITNESS:  Yeah.  Again, I'm -- they are responsible to ensure those checks are being done.

BY MS. HARTON:

    Q.   That's not my -- that's not my question.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Let him finish, please.
 2              THE WITNESS:  If they do it via video or if
 3        they do it in person, it's the sergeant's
 4        responsibility to see to it that the checks are
 5        being done.
 6   BY MS. HARTON:
 7        Q.   Okay.  Each sergeant is responsible for at
 8   least five pods, right?
 9        A.   Not necessarily.  Sometimes there's --
10   sometimes it's three.
11        Q.   Okay.
12        A.   Sometimes four.  It -- it varies.
13        Q.   Well, each sergeant is responsible for
14   multiple pods that have multiple --
15        A.   Correct.
16        Q.   -- deputies conducting security checks within
17   multiple sections, right?
18        A.   Correct.
19        Q.   And it would not be possible for a sergeant to
20   be physically present for every security check that
21   occurs within their pods on a given shift, right?
22        A.   Correct.
23        Q.   So the only other way to know whether or not
24   those security checks are being adequately done would be
25   to review video surveillance, right?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Object to form.  Go ahead.
 2              THE WITNESS:  Correct.
 3   BY MS. HARTON:
 4       Q.   Okay.  So again, is there any requirement by
 5   the sheriff or the county that sergeants conduct a video
 6   surveillance review of the security checks that were
 7   done on a given shift?
 8              MR. BOGAN:  Object to form.  Go ahead.
 9              THE WITNESS:  I don't believe there is a policy
10       that requires video surveillance checks.
11   BY MS. HARTON:
12       Q.   Meaning there is no policy that requires a
13   sergeant to review the video surveillance footage to
14   determine whether or not their deputies are conducting
15   adequate security checks, fair?
16              MR. BOGAN:  Form.  Go ahead.
17              THE WITNESS:  I believe that's fair.
18   BY MS. HARTON:
19       Q.   And you're here to -- you're here as the
20   designee to testify on behalf of the County and the
21   Sheriff regarding monitoring and the supervision of
22   inmates, right?
23       A.   Correct.
24              MS. HARTON:  Okay.  Can we take a break real
25       quick?
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Okay.
 2              MS. HARTON:  Thanks.
 3              MR. BOGAN:  How long you going to be?
 4              THE REPORTER:  Okay.  We're off the record.
 5                (OFF THE RECORD)
 6              THE REPORTER:  Okay.  It is 12:22 p.m.  Eastern
 7       Standard Time.  And we're back on the record.
 8    BY MS. HARTON:
 9         Q.   Is there any policy that requires sergeants to
10    review -- strike that.  There are written logs in which
11    deputies are required to notate when they've taken their
12    security checks, right?
13         A.   Correct.
14         Q.   Okay.  Is there any policy requiring deputies
15    or, sorry, sergeants to review those logs to ensure that
16    the security checks were properly documented?
17         A.   There are procedures that require the sergeant
18    monitoring all detention staffs' activities.  The
19    procedure is for them to check throughout their shifts
20    to ensure that required activities are being conducted.
21    So that is the procedure that they are expected to
22    follow.
23         Q.   Right.  My question is more specific.  I'm
24    asking specifically about the logs.
25         A.   Uh-huh.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        Q.   Are sergeants required to review those logs

 2   each shift to make sure that they are properly filled

 3   out by the deputies?

 4        A.   Yes.

 5        Q.   Okay.  Every shift sergeants are required to

 6   review the logs to make sure that security checks were

 7   properly documented?

 8        A.   That is the procedure, yes.

 9        Q.   Okay.  And what is the purpose of that

10   procedure?

11        A.   To ensure the housing units are being properly

12   operated.

13        Q.   And that policy or procedure specifically is

14   in place to ensure that security checks are being done

15   because security checks are important for inmate safety,

16   right?

17        A.   Correct.

18        Q.   Okay.  Is that procedure written or documented

19   anywhere?

20        A.   The procedure of the sergeant checking the

21   housing logs?

22        Q.   Yes.

23        A.   The -- specifically written?  I don't believe

24   so.  It is a procedure that is taught and expected.  The

25   adherence is expected, but I don't believe it's
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   documented in a policy.
 2       Q.   Okay.  How does -- what measures does the jail
 3   take to make sure that that procedure in which the
 4   sergeant reviews the housing logs is followed?
 5       A.   The sergeant's responsible for the operation
 6   of their housing units.  The lieutenant is responsible
 7   for the -- the performance of the sergeant's
 8   responsibilities.  So the accountability is there's
 9   accountability if those are not adhered to.
10       Q.   And so is the lieutenant required to review
11   the sergeant's review of the logs?
12           MR. BOGAN:  Object to form.  Go ahead.
13           THE WITNESS:  Specifically, the -- the -- the
14       lieutenant is responsible for anything and
15       everything that happens on his or her shift.
16   BY MS. HARTON:
17       Q.   Okay.  But does the lieutenant -- is one of
18   their responsibilities when they come into work to audit
19   the sergeant's review of those housing logs?
20           MR. BOGAN:  Object to form.  Go ahead.
21           THE WITNESS:  Per policy, it's not written. Per
22       procedure, it is -- it should be done on a regular
23       basis.  The sergeant should be seeing to it that the
24       deputies are doing their job.  The lieutenant should
25       be seeing to it that the sergeants are doing their
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        job.
 2   BY MS. HARTON:
 3        Q.    But there's no written policy or procedure
 4   explaining the frequency with which lieutenants or
 5   sergeants need to be reviewing these housing lots,
 6   correct?
 7             MR. BOGAN:  Object to form.  Go ahead.
 8             THE WITNESS:  I believe that's correct.
 9   BY MS. HARTON:
10        Q.    And there's nowhere for the sergeants or
11   lieutenants to document that they have performed an
12   audit of those housing logs according to this procedure,
13   right?
14             MR. BOGAN:  Object to form.
15             THE WITNESS:  For general housing -- housing
16        areas, that's correct.
17   BY MS. HARTON:
18        Q.    And that would include G Pod, right?
19        A.    Correct.
20        Q.    So there's no way for supervisors, captains
21   such as yourself, to know whether or not those security
22   checks are being adequately conducted, and then reviewed
23   by the sergeant, and reviewed by the lieutenant,
24   correct?
25             MR. BOGAN:  Object to form.  Go ahead.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1            THE WITNESS:  Not necessarily correct.  I have
 2       access to the cameras, and I have access to the
 3       housing logs.
 4  BY MS. HARTON:
 5       Q.   When was the last time you went through and
 6  watched a video to confirm whether or not security
 7  checks were being done appropriately?
 8       A.   Yesterday.
 9       Q.   Okay.  Do you do that frequently as a captain?
10       A.   I do.
11       Q.   Okay.  Is there a procedure that requires you
12  to do that?
13            MR. BOGAN:  Object to form.  Go ahead.
14            THE WITNESS:  The fact that I am responsible
15       for the activities of the lieutenants who are
16       responsible for the activities of the sergeant, make
17       me trust but verify.  I check that the job's getting
18       done. So that is -- that is the procedure that I
19       follow.
20  BY MS. HARTON:
21       Q.   And is there documentation reflecting that you
22  performed that review of the video surveillance?
23       A.   No.
24       Q.   All right.  Is there any policy that outlines
25  -- strike that.  So is it at the discretion of
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1   supervisors to decide whether or not to review whether
 2   security checks are being adequately performed?
 3            MR. BOGAN:  Object to form.  Go ahead.
 4            THE WITNESS:  The supervisors are required to
 5       ensure that the checks are being done.  The -- the
 6       method in which they verify is at their discretion.
 7       What checks they verify is at their discretion.
 8   BY MS. HARTON:
 9       Q.   And how -- and whether -- but -- and just to
10   be clear, we're -- you're talking about the method.
11   Whether or not a sergeant, or lieutenant, or captain, or
12   any supervisor decides to audit either the written
13   housing logs or the video surveillance footage to
14   determine whether or not a security check has been
15   appropriately completed, that's discretionary?  That's
16   at the discretion of the supervisor, right?
17            MR. BOGAN:  Object to form.
18            THE WITNESS:  That is a procedure that is
19       expected by the housing sergeant.  The housing
20       sergeant is expected to ensure that they are being
21       done.
22   BY MS. HARTON:
23       Q.   But there is no policy that outlines how
24   frequently that should be done or how to document that
25   that review was completed, right?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1              MR. BOGAN:  Object to form.

 2              THE WITNESS:  Correct.

 3    BY MS. HARTON:

 4       Q.    Sergeants are responsible for the performance

 5    of the deputies in their pods, right?

 6       A.    Correct.

 7       Q.    And if there's an issue or a concern, the

 8    sergeant is responsible for escalating that to their

 9    lieutenant or another supervisor, right?

10       A.    If needed --

11              MR. BOGAN:  Object to form.  Go ahead.

12              THE WITNESS:  If needed.  Correct.

13    BY MS. HARTON:

14       Q.    What do you mean if needed?

15       A.    The sergeant is the first line supervisor.  If

16    there is a -- if there is a -- an issue that the first-

17    line supervisor can handle, then that's their

18    responsibility to handle it.  If it needs to be

19    escalated, it -- it's their job to escalate it.

20       Q.    So if there was an issue with the deputy

21    failing to complete their security checks, a sergeant

22    could decide to handle that himself and address the

23    issue himself, right?

24       A.    Yes.

25       Q.    And if the sergeant chooses not to escalate

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   the issue, higher supervisors are unlikely to become
 2   aware of the issue, right?
 3            MR. BOGAN:  Object to form.  Go ahead.
 4            THE WITNESS:  There is a discipline policy that
 5        we adhere to.  That discipline policy incorporates
 6        all aspects of the chain of command.  There's levels
 7        of discipline that the sergeant is capable of
 8        implementing, and then there's levels of discipline
 9        that rise up above the -- the sergeant's capability.
10   BY MS. HARTON:
11        Q.   And is there specific criteria or policies
12   that determine when an issue surpasses the sergeant's
13   capability?
14            MR. BOGAN:  Object to form.
15            THE WITNESS:  The policy dictates the level of
16        discipline -- dictates who is responsible for what
17        level of discipline.
18   BY MS. HARTON:
19        Q.   So again, if a sergeant is confronted with an
20   issue on shift, that, for example, he learns that a
21   security check was not properly completed, is there
22   criteria that he can look at in the policy to determine
23   whether this is something that he needs to escalate to a
24   higher up or something that he can make the final
25   decision on?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1          A.   His or her responsibility is to communicate

2    the ongoings of the shift with the lieutenant.  If it is

3    something that's going to be handled with a verbal

4    counseling, that can be done at the sergeant level.  If

5    it's going to rise above that, we have a system that

6    discipline is documented.  So every supervisor has

7    access to that system to be able to do the research and

8    figure out has a specific -- has a particular deputy

9    been disciplined in the past.

10         Q.   But the sergeant has discretion to choose to

11   just issue a verbal reprimand himself as opposed to

12   escalating the issue to a supervisor for a higher level

13   of discipline, right?

14             MR. BOGAN:  Object to form.  Go ahead.

15             THE WITNESS:  Dependent on the deputy's

16     history.

17   BY MS. HARTON:

18         Q.   Is that -- is this criteria outlined somewhere

19   in a policy?

20         A.   We have a discipline policy --

21         Q.   And how does the sergeant know whether --

22         A.   -- and progressive discipline.

23         Q.   Okay.  So how does the sergeant know whether

24   or not he can handle the issue himself or he needs to

25   escalate it to a supervisor?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   The sergeant can research in our database
 2   whether or not the subordinate has been disciplined in
 3   the past.  And under the guides of progressive
 4   discipline, that tells you where you're going next.
 5        Q.   That sort of tier -- there's multiple tiers of
 6   progressive discipline.  Some of those tiers of
 7   progressive discipline can be doled out by the sergeant
 8   without any assistance from a higher supervisor, right?
 9        A.   Correct.
10        Q.   And so the supervisor -- or the sergeant can
11   go into the system, and look at the prior discipline
12   history, and decide that he wants to handle it himself
13   as the sergeant, or he wants to involve a lieutenant or
14   a higher supervisor to address the issue, correct?
15             THE REPORTER:  It looks like we lost them.
16        Would you like to go off record?
17             MS. HARTON:  Yeah.  In the middle of a very
18        important question.
19             THE REPORTER:  We're off the record.
20              (OFF THE RECORD)
21             THE REPORTER:  So we are back on the record.
22              The question that was posed before the witness
23   fell of the Zoom call was:
24             (REPORTER READS BACK REQUESTED QUESTION)
25             MR. BOGAN:  Object to the form.  Go ahead.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1              THE WITNESS:  That is correct with the
 2      procedure being that the -- the sergeant keep the
 3      lieutenant informed as to what's going on.
 4  BY MS. HARTON:
 5      Q.   And there's no policy -- strike that.  Here it
 6  is.  Are sergeants expected to proactively identify
 7  risks to -- risks regarding inmate violence and
 8  implement additional state -- safeguards when they think
 9  a risk might be present?
10              MR. BOGAN:  Object to form.  You can answer.
11              THE WITNESS:  Yes.  The sergeants are
12      responsible for the housing units, so -- so yes.
13  BY MS. HARTON:
14      Q.   Yeah.  And are they expected by policy to
15  identify that certain pods include more high-risk
16  inmates than others and implement certain safeguards to
17  address that higher risk?
18              MR. BOGAN:  Object to form.  Go ahead.
19              THE WITNESS:  We have a classifications housing
20      plan that dictates what is considered high risk,
21      high security as opposed to minimum medium.  And
22      that is determined by our -- our fiscal plan and our
23      classifications unit.
24  BY MS. HARTON:
25      Q.   Would that be -- it -- was Gulf Pod Alpha a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    high risk section in 2021?
 2              MR. BOGAN:  Object to form.  Go ahead.
 3              THE WITNESS:  Gulf Alpha was a sex offender
 4       section.  Gulf Pod is a medium custody housing unit.
 5    BY MS. HARTON:
 6       Q.   Okay.  So Gulf Alpha is where the sex
 7    offenders are housed and that's considered a medium
 8    security unit, correct?
 9       A.   Correct.
10       Q.   Okay.  And there is no expectation that the
11    sergeants identify that there may be a particularly
12    violent inmate in Gulf Alpha that they need to keep an
13    extra eye on, right?
14              MR. BOGAN:  Object to form.  Go ahead.
15              THE WITNESS:  It's every detention staff's
16       responsibility to monitor the inmate population.
17    BY MS. HARTON:
18       Q.   And again, some inmate populations require a
19    higher level of monitoring than others, right?
20              MR. BOGAN:  Object to form.  Go ahead.
21              THE WITNESS:  That's accurate.
22    BY MS. HARTON:
23       Q.   And within sections, there are some inmates
24    that require a higher level of monitoring than other
25    inmates in that section, right?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Case 5:23-cv-00661-JSM-PRL    Document 50-18    Filed 06/27/25    Page 66 of 163
PageID 1311
9607413 Captain McNeese Matthews 01-16-2025

65

 1              MR. BOGAN:  Object to form.

 2              THE WITNESS:  I would say that's not accurate

 3        that if -- if an inmate is classified as minimum

 4        medium, then they are amongst other inmates that are

 5        classified as minimum medium.  And they -- they all

 6        qualify for the same level of supervision.

 7   BY MS. HARTON:

 8        Q.   So the -- it's fair to say that there's no

 9   policy or procedure by which a sergeant is required to

10   say, hey, there is a particularly violent inmate in this

11   medium security section, we need to implement an

12   additional safeguard to ensure there are no

13   altercations; is that fair?

14              MR. BOGAN:  Object to form.

15              THE WITNESS:  The classifications unit

16        reclassifies inmates.  They classify inmates, that's

17        what they do.  And if an inmate is classified to a

18        different security level, then a plan is implemented

19        to relocate that individual.

20   BY MS. HARTON:

21        Q.   Does -- is there a policy or a procedure that

22   requires the sergeant to notify classifications if they

23   believe that there is a particularly violent inmate who

24   may be misclassified as a medium security inmate?

25              MR. BOGAN:  Object to form.  Go ahead.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

990741-Captain McNeely Matthews-01-5-2025
66

```
 1              THE WITNESS:  Again, it's everybody's
 2      responsibility to monitor the behavior of the
 3      inmates and to document the behaviors that they see
 4      that -- that might rise to the level of a concern.
 5      So it's everybody's responsibility to -- every
 6      housing unit has officers that that's their
 7      responsibility.  When they see something that needs
 8      to be documented, they write a report.  That report
 9      goes to their sergeant.  Their sergeant approves it.
10      The classifications unit is involved in those
11      reports.  And those reports factor into the -- the
12      potential reclassification of any inmate that might
13      be problematic.
14  BY MS. HARTON:
15      Q.   Are sergeants ever required to conduct their
16  own security checks?
17      A.   In general housing?  In -- in --
18      Q.   In G Pod.
19      A.   In G Pod?  No.
20           MS. HARTON:  Did you get all that, Bobbie?
21           THE REPORTER:  Actually, just for
22      clarification, can you repeat the question and the
23      answer please?
24  BY MS. HARTON:
25      Q.   I said: Is there any requirement that
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   sergeants conduct their own security checks independent
 2   of the deputy security checks in G Pod?
 3        A.   No.
 4        Q.   Is there any requirement that sergeants are
 5   physically present for a certain number of the security
 6   checks that occur within the pods that they are
 7   responsible for in a given shift?
 8        A.   No.
 9        Q.   A sergeant could not be physically present for
10   any security check conducted by the deputies in their
11   pods on that shift and not be in violation of any
12   policy, correct?
13            MR. BOGAN:  Object to form.  Go ahead.
14            THE WITNESS:  I believe -- yeah, I believe
15        that's correct.  There is a procedure, that the
16        procedure is that they will be present, but the
17        written policy is -- the -- the procedure is that
18        they will be present.  The -- the written policy
19        doesn't dictate when or how often.
20   BY MS. HARTON:
21        Q.   The procedure dictates that who will be
22   present when?
23        A.   That a sergeant will be present in their
24   housing units periodically throughout the shift.
25        Q.   Right.  But there's no procedure or policy
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

960743 Captain McKeever Matthew 001 - 5-9-2025                68

```
 1   that requires them to be present during security checks

 2   --

 3        A.   Correct.

 4        Q.   -- by the deputies?

 5        A.   Correct.

 6        Q.   Okay.  If a sergeant observes that security

 7   checks are not being conducted or adequately conducted,

 8   what are they required to do per policy?

 9        A.   They are to ensure that the problem is

10   rectified, and they are to ensure that the discrepancy

11   is documented in accordance with our discipline policy.

12        Q.   You said ensure the problem is rectified.  How

13   are they -- how does policy require them to rectify the

14   problem?

15        A.   To see to it that a security check is being

16   conducted.

17        Q.   Okay.  So the security check was already

18   skipped, right?

19        A.   Okay.

20        Q.   That's the situation that I'm talking about.

21        A.   Okay.

22        Q.   So how do they rectify that after they learn

23   those security check has been skipped?

24        A.   If the sergeant determines that a security

25   check was skipped ten minutes ago, the answer is, get it
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   done right now.  If the security check -- if it's late,
 2   then it needs to be done right now.  If it was skipped,
 3   then documentation and -- and the progressive discipline
 4   is -- is -- comes into play.
 5        Q.   And that progressive discipline would be where
 6   the sergeant looks at their prior discipline history and
 7   decides whether he can handle issuing the discipline or
 8   he needs to escalate it to a supervisor, correct?
 9        A.   Correct.
10        Q.   Deputies are only required -- or sorry, strike
11   that.  Correctional staff, whether it's a deputy, a
12   sergeant, or a lieutenant, are only required to conduct
13   security checks at night, correct?
14        A.   Correct.
15        Q.   And deputies are required to conduct those
16   security checks every hour at least, during lockdown,
17   correct?
18        A.   Correct.
19        Q.   And are sergeants required to also do a
20   security check of each pod during their shift?
21             MR. BOGAN:  Object to form.
22             THE WITNESS:  A security check of the pod or in
23        the housing unit, which?
24   BY MS. HARTON:
25        Q.   Well, what's -- is there a security --
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   Yes.  They -- they -- they check their pods,
 2    they check their housing units, but do they physically
 3    go in and do security checks in the housing areas?  They
 4    don't necessarily.  They're not required to.
 5        Q.   So just to be clear, my -- when I use the term
 6    security check, I'm talking about what we spoke about
 7    earlier, where the deputy is required to go into the
 8    dorm --
 9        A.   Uh-huh.
10        Q.   -- and confirm the wellbeing of each
11    individual inmate in the dorm.
12        A.   Got you.
13        Q.   Okay.  So when I -- when I say security check,
14    you understand that I'm referring to those -- that
15    formal requirement that deputies, every hour during
16    lockdown, identify the wellbeing of each inmate in their
17    pod.  Do you understand that?
18        A.   Correct.
19        Q.   Okay.  And I've articulated that requirement
20    accurately, right?
21        A.   That the detention staff are required to do a
22    security check hourly --
23        Q.   Yes.
24        A.   -- between -- during the -- the nighttime
25    hours; that's accurate.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        Q.    Yes.

 2        A.    Yes, that's accurate.

 3        Q.    And I'm also accurate in saying, that those

 4   security checks require the deputy to confirm the

 5   wellbeing of each individual inmate within the pod,

 6   correct?

 7        A.    Correct.

 8        Q.    Those security checks can't be completed by

 9   glancing into the dorm, for example, right?

10        A.    Correct.

11        Q.    They can only be completed by going throughout

12   the sections of the pod and looking into each bunk to

13   make sure that each individual in their bunks are safe

14   and well, right?

15        A.    Correct.

16        Q.    But they -- those security checks are not

17   required to occur throughout the entire 24-hour cycle of

18   the day, right?

19        A.    Correct.

20        Q.    Deputies do not have discretion whether or not

21   to conduct those security checks, correct?

22        A.    Correct.

23        Q.    They are required by policies and procedures

24   of the jail, correct?

25        A.    Correct.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1        Q.   And they don't have discretion whether to

 2   conduct them by just looking into the section, they have

 3   to conduct them by going to each individual bunk and

 4   confirming the wellbeing and safety of each individual

 5   inmate, correct?

 6        A.   Correct.

 7        Q.   Okay.  And in Gulf Pod, the number of

 8   detainees whose wellbeing must be confirmed during the

 9   security checks can be well over 200 inmates, correct?

10        A.   Correct.

11        Q.   And in one dorm in Alpha, the number in Gulf

12   Alpha, the number of inmates that the deputy has to

13   check on and confirm their safety and wellbeing can

14   exceed 70 inmates, right?

15        A.   It can, yes.

16        Q.   Okay.  How long would you expect a proper

17   security check of Gulf Pod in 2021 to take?

18             MR. BOGAN:  Object to form.  Go ahead.

19             THE WITNESS:  Minimum, I'd say ten minutes, 15.

20   BY MS. HARTON:

21        Q.   Okay.  Okay.  Is that true if there are 256

22   inmates housed within Gulf Pod?

23             MR. BOGAN:  Object to form.  Go ahead.

24             THE WITNESS:  I would say that's accurate.

25   BY MS. HARTON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   So your testimony is that a deputy can go

2  through Gulf Pod and identify each inmate's wellbeing

3  and safety -- let me strike that. Let me start -- let me

4  start that all over.  I don't want to get confused.

5  It's your testimony that a deputy can conduct an

6  adequate security check of the entire Gulf Pod, when

7  there are 256 inmates in Gulf Pod, in ten to 15 minutes?

8          MR. BOGAN:  Object to form.  Go ahead.

9          THE WITNESS:  I would say, 15.  Yeah, 15 to 20

10  --

11  BY MS. HARTON:

12    Q.   Okay.

13    A.   -- is more accurate.

14    Q.   15 to 20.  Okay.

15    A.   15 to 20 is probably more accurate.

16    Q.   You would agree with me that, that security

17  check could probably not -- let's strike that.  You

18  would agree with me that, that security check could not

19  be adequately completed for over 200 inmates in one

20  minute, right?

21    A.   I couldn't do it in one minute.

22    Q.   Do you think any deputy could complete an

23  adequate security check of over 200 inmates in one

24  minute?

25    A.   No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1      Q.   Okay.  Do you think any deputy could complete

 2   an adequate security check in Gulf Pod of over 200

 3   inmates in two minutes?

 4          MR. BOGAN:  Object to form.  You can answer.

 5          THE WITNESS:  No.

 6   BY MS. HARTON:

 7      Q.   Do you think that a -- any deputy could

 8   complete an adequate security check in Gulf Pod, that is

 9   housing over 200 inmates, in three minutes?

10          MR. BOGAN:  Object to form.  You can answer.

11          THE WITNESS:  No.

12   BY MS. HARTON:

13      Q.   Do you believe that any deputy could complete

14   an adequate security check of Gulf Pod housing over 200

15   inmates in four minutes?

16          MR. BOGAN:  Objection.  Form.  Go ahead.

17          THE WITNESS:  No.

18   BY MS. HARTON:

19      Q.   How about in five minutes?

20          MR. BOGAN:  Object to form.

21          THE WITNESS:  No.

22   BY MS. HARTON:

23      Q.   Six minutes?

24      A.   The original -- I mean, not to be difficult,

25   the original question was answered with 15 to 20.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      Q.    I know.

2      A.    Okay.

3      Q.    I know.  I want to make my record very, very

4  clear.

5      A.    Okay.

6      Q.    So do you believe that an adequate security

7  check of Gulf Pod housing over 200 inmates could

8  possibly be completed in six minutes?

9      A.    In my opinion, no.

10     Q.    What about seven minutes?

11          MR. BOGAN:  Object to form.  Go ahead.

12          THE WITNESS:  No.

13 BY MS. HARTON:

14     Q.    Eight?

15          MR. BOGAN:  Object to form.  Go ahead.

16          THE WITNESS:  No.

17 BY MS. HARTON:

18     Q.    Nine?

19          MR. BOGAN:  Object to form.

20          THE WITNESS:  No.

21 BY MS. HARTON:

22     Q.    Ten?

23     A.    Potentially.

24     Q.    Potentially in ten?

25     A.    Potentially.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  Anything -- any security check of Gulf
 2   Pod conducted in under ten minutes would not be
 3   compliant with policy, correct?
 4            MR. BOGAN:  Object to form.  Go ahead.
 5            THE WITNESS:  Not correct.  We don't have a
 6        policy that dictates how long a security check
 7        should take in a -- in a time frame.
 8   BY MS. HARTON:
 9        Q.   But the policy does require each security
10   check to account for the wellbeing and safety of each
11   inmate, right?
12        A.   Correct.
13        Q.   And it would not be possible for a deputy to
14   do that in the entire Gulf Pod in under ten minutes,
15   right?
16            MR. BOGAN:  Object to form.
17            THE WITNESS:  It wouldn't be possible for me to
18        do it.
19   BY MS. HARTON:
20        Q.   Would it be possible for any deputy to do
21   that?
22        A.   I --
23            MR. BOGAN:  Object to form.  Go ahead.
24            THE WITNESS:  It wouldn't be possible for me to
25        do it.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    BY MS. HARTON:

2        Q.   You are testifying on behalf of the entire

3    county and sheriff.

4        A.   Right.

5        Q.   So you -- and so you understand what is

6    feasible for your deputies on a shift in terms of

7    maintaining the wellness and safety of their inmates,

8    right?

9        A.   Correct.

10       Q.   Okay.  So if you were to review a log in which

11   a deputy said that he completed a security check in

12   under ten minutes of the entire Gulf Pod with over 200

13   inmates, would you find that to be an adequate security

14   check under the policy?

15           MR. BOGAN:  Object to form.

16           THE WITNESS:  Probably not.

17   BY MS. HARTON:

18       Q.   Because it would not be possible for any

19   deputy to account for the individual safety and

20   wellbeing of over 200 inmates in Gulf Pod in under ten

21   minutes, right?

22           MR. BOGAN:  Object to speculation.  Go ahead.

23           THE WITNESS:  That's probably accurate.

24   BY MS. HARTON:

25       Q.   And so if a sergeant were to review a log that

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900         www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1     reflected that Gulf -- that the security check in Gulf

2     Pod was done in under ten minutes, what would they be

3     expected to do?

4               MR. BOGAN:  Object to form.

5               THE WITNESS:  Review the video to -- to see

6          what was being conducted in that time frame.

7     BY MS. HARTON:

8          Q.   Is there a policy, a written policy that

9     explains that procedure anywhere?

10         A.   What procedure?

11         Q.   The one that you just described in which

12    sergeants should go check the surveillance after seeing

13    that a --

14         A.   It's --

15         Q.   Let me finish my that question, after seeing

16    that a logged security check was deficient?

17         A.   It's procedure.

18              MR. BOGAN:  Hold on one second.  You can -- I

19         just want to object to that.  Go ahead.

20              THE WITNESS:  It's -- it's procedure that the

21         supervisor ensure that the checks are adequately

22         done. So it is -- it is procedure.  There's not a

23         policy time frame that says nine minutes is not

24         acceptable, but ten minutes is.  There's -- there's

25         not that in policy.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

BY MS. HARTON:

    Q.   You keep saying there is a procedure that the checks are adequately done, right?  I mean, that -- that's been your testimony, right?  Okay.

    A.   Correct.

    Q.   And that's -- that is -- that is the procedure of the Marion County Jail that these security checks need to be done, and that's it, right?

    A.   Correct.

    Q.   Okay.  You understand that how those security checks are actually done in a way that keeps inmates safe requires a lot more detail than just they need to be done, right?

        MR. BOGAN:  Object to form.

        THE WITNESS:  Can you rephrase it?

BY MS. HARTON:

    Q.   If you just picked someone out on the street and said, hey, you're going to be a correctional officer now, and you're going to -- and your job is to make sure that these security checks are done, and that's all you said, that would not be an adequate way to make sure that those security checks would be done in a way that kept the inmates safe, right?

    A.   Correct.

        MR. BOGAN:  Object to form.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

960743 Captain McNeely Mathews 01 - 5-6-2025
80

```
 1              THE WITNESS:  Correct.
 2   BY MS. HARTON:
 3       Q.   You have -- you have to provide specific
 4   guidelines, and policies, and rules as to how those
 5   security checks are done, such that they ensure the
 6   safety of inmates, correct?
 7       A.   Correct.
 8       Q.   So what are those rules?
 9            MR. BOGAN:  Object to form.  Rules of what?
10   BY MS. HARTON:
11       Q.   What are the rules that are laid out in a
12   specific written policy or procedure, within the Marion
13   County Jail, that explain to deputies exactly what they
14   need to be doing during their security checks to ensure
15   that inmates wellbeing and safety are accounted for?
16       A.   There are rules in -- all deputies are taught
17   in the training process how to properly conduct a
18   security check by their field training officers.
19       Q.   Okay.
20       A.   Each post assignment articulates the -- the
21   check of inmates' wellbeings during those security
22   checks.
23       Q.   And so there is a written policy that explains
24   that these security checks must be done.  I see that
25   you're looking at a piece of paper.  I'm going to ask
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    you to put it down because I want to ask you as your --

2    as your actual testimony is, okay?

3         A.   Yes.

4         Q.   So there is a written policy that says when

5    deputies conduct their security checks, they must do so

6    by individually accounting for the safety and wellbeing

7    of each individual inmate, right?

8              MR. BOGAN:  So first of all, he can -- he can

9         look at a piece of paper.  You can't tell him, he

10        can't look at a post order.  He identified it

11        earlier here today that he had it with him.  So if

12        he needs to look at a post order to refresh his

13        memory, he can do so.

14             So and secondly, I think, and from the

15        standpoint of your question, it's not -- it's not

16        fair for him to expect him not to be able to look at

17        something if he doesn't have a, you know, a memory

18        of every policy and procedure.  So, you know, it's -

19        -

20             MS. HARTON:  He's a 30(b)(6) witness.  His --

21        that's his whole job.

22             MR. BOGAN:  There's like 100 different topics

23        you've listed here too.  So well, I won't say 100,

24        but in each of the six set categories, there's like

25        mini subtopics, so it's not fair.  And I think he's

```
 1        entitled to look at the post order if he wants to.
 2             MS. HARTON:  It -- okay.  Well, it's his --
 3        that's one of the problems here is that it's his
 4        whole job to testify on these policies and
 5        procedures and he doesn't know half of them.  So --
 6             MR. BOGAN:  No, that's not true.  That's not
 7        true.
 8   BY MS. HARTON:
 9        Q.   So let's go to -- okay.  I'm going to share my
10   document that I'm looking at.  I'm going to -- I'm
11   sharing Exhibit 59.  Okay.  Do you recognize this
12   document?
13             (EXHIBIT 59 MARKED FOR IDENTIFICATION)
14        A.   I recognize it as a policy.  Can you zoom in
15   on it?  Okay.
16   BY MS. HARTON:
17        Q.   Okay.  This document says, "Effective date,
18   2024."  Do you see that?
19        A.   I do.
20        Q.   Are you aware of any changes that have been
21   made to this policy between 2021 and 2024?
22        A.   Not without researching, I'm not aware, no.
23        Q.   Okay.  I'm going to go down to --
24             MS. HARTON:  And just for the record, this is
25        Exhibit 59, and it's a policy 6164, titled, "Head
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1        Count of Inmates."

 2    BY MS. HARTON:

 3        Q.   On Page 3 of this policy, at the bottom, it

 4    says -- it has this heading called "Security Checks." Do

 5    you see that?

 6        A.   I do.

 7        Q.   Okay.  And are you familiar with this policy

 8    regarding security checks?

 9        A.   I am familiar.

10        Q.   This is the policy that outlines the security

11    checks that we've been discussing for most of the

12    deposition, right?

13        A.   Go ahead.

14        Q.   Correct?

15        A.   Sure.  Yes.

16        Q.   And it says, "When conducting a security

17    check, all flashlights will be used sparingly, but with

18    enough light thrown on the inmate to leave no doubt as

19    to whether a human is actually in the bunk.  The

20    detention deputy must be certain of seeing flesh in all

21    cases rather than counting an inmate on the basis of

22    seeing any part of his clothing, hair, or shoes,"

23    correct?

24        A.   Correct.

25        Q.   So as a general matter, this policy requires

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1    the security checks to occur where the officer or deputy

2    is actually seeing the flesh of the inmate and

3    accounting for their wellbeing and safety before moving

4    on to the next inmate, right?

5         A.   Correct.

6         Q.   Okay.  And you'd agree with me that -- this

7    policy provides -- it doesn't just say the security

8    checks must be done, it provides details as to how the

9    deputy is supposed to perform those security checks,

10   right?

11        A.   As to what -- it -- it provides detail as to

12   what they're looking for, yes.

13        Q.   Yes.  Is there any policy set forth by the

14   Marion County Sheriff that similarly explains how

15   sergeants are supposed to confirm that those security

16   checks are being done appropriately?

17            MR. BOGAN:  Object to form.  Asked and

18       answered.  Go ahead.

19            THE WITNESS:  Again, it's in the -- the

20       procedure is that the sergeants ensure that they are

21       done.

22   BY MS. HARTON:

23        Q.   What's your understanding of the difference

24   between a policy and a procedure?

25        A.   A policy is in writing.  The procedure is --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   is what we do.  Policy and procedure is what we do as a
 2   -- and what is written.
 3        Q.   Okay.  So procedure is a -- is a custom
 4   understood amongst staff that is not written down
 5   anywhere, right?
 6             MR. BOGAN:  Object to form.  Go ahead.
 7             THE WITNESS:  May or may not be written down,
 8        not necessarily that it's not written down.  When
 9        you follow policy, that is procedure, right?  For
10        the sergeant to ensure that checks are being done in
11        a timely manner is procedure.
12   BY MS. HARTON:
13        Q.   Right.  But there's no -- you're -- there --
14   what are the -- okay.  Sorry. Is it your testimony that
15   the procedure regarding the sergeant's oversight of
16   whether security checks are being done is that the
17   sergeant must ensure that the security checks are being
18   done?
19        A.   Yes.  In a timely manner, yes.
20        Q.   And is there any policy or procedure that
21   explains to a sergeant how he is supposed to go about
22   ensuring that the security check is completed
23   adequately?
24             MR. BOGAN:  Object to form.  Go ahead.
25             THE WITNESS:  I don't believe there is a
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1          specific policy that addresses the sergeant ensuring
 2          that the security check policy is being adhered to.
 3   BY MS. HARTON:
 4          Q.    Thank you.  Would you say that there are
 5   differences in how jails need to be monitored depending
 6   -- or how inmates need to be monitored, depending on
 7   whether or not they are housed in a cell setting or a
 8   dorm setting?
 9          A.    Yes.
10          Q.    Can you explain what the differences are
11   between the needs of inmates who are being monitored in
12   a cell setting versus inmates who are being monitored in
13   a dorm setting?
14          A.    The open dorm setting is more of a minimum
15   medium type of custody.  The -- the cell settings are
16   typically our higher security.  They require more -- if
17   they're housed in a cell, they require more -- more
18   frequent checks, more frequent security checks when
19   they're housed in a cell --
20          Q.    And why --
21          A.    -- in a lockdown type of environment.
22          Q.    -- why do inmates who are housed in cells need
23   more frequent security checks than those housed in a
24   dorm style setting?
25          A.    Well, let me -- let me clarify that a little
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    bit.  Those that are in the higher security aspect of

2    our jail, if they are still in open population, then

3    they adhere -- then we adhere to the same hourly

4    security check.  If they're in a cell or if they're in

5    an open bay, we still adhere to the same hourly --

6    minimum hourly security check.  Those that reside --

7    that live solely in a cell, get more frequent checks.

8         Q.   Would you agree with me that a dorm style

9    setting presents a higher risk of inmate-on-inmate

10   violence than a cell setting?

11            MR. BOGAN:  Object to form.

12            THE WITNESS:  No, not -- not that simply.  No.

13   BY MS. HARTON:

14        Q.   Why not?

15        A.   The -- the cell type of setup has more blind

16   spots.  It's -- it's harder to -- to -- to -- to monitor

17   the cell aspect, you have to be cell front, looking into

18   the cell.  In the dormitory type environment we're

19   looking at here is more observable from a centralized

20   location.

21        Q.   But in the cell, there are not -- if a -- if a

22   -- if an inmate is housed by himself in a cell, he has

23   no one to get into an altercation with, right?

24        A.   Correct.

25        Q.   And if the -- an inmate is cell -- is housed

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   with two, three or four, you know, cellmates in a cell,

2   that's a smaller number of people that he could possibly

3   get into an altercation with than if he were in a dorm

4   style, right?

5           MR. BOGAN:  Object to form.

6           THE WITNESS:  If that -- if that cell were

7       closed and those two, three, four were the only ones

8       in there, then that is accurate.

9   BY MS. HARTON:

10      Q.   Right.

11      A.   If the cell doors are open and people are in

12   the -- the -- if they're not in a lockdown type of

13   environment, then people come and go from those cells

14   all the time.

15      Q.   Are there particular procedures that Marion

16   County puts in place -- strike that.  Marion County has

17   dorm style pods and cell pods, right?

18      A.   Dorm style, meaning open bay, yes.  And cell

19   type, yes.

20      Q.   Yeah.  And I assume there are differences

21   between the monitoring procedures for the dorm style

22   pods versus the cell front pods, right?

23      A.   Correct.

24      Q.   What are those differences?

25      A.   The cell housing units have civilian personnel

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

 1   that are -- that are monitors that are -- that are

 2   looking into the sections that are monitoring activity.

 3   The -- the -- the dormitory open bay style does not have

 4   that civilian monitor.

 5       Q.   So the cell -- a cell style have one extra

 6   monitor, and it's the civilian, right?

 7       A.   There's -- there's one civilian that works in

 8   an observation type of an area.  And that one civilian

 9   is a detention assistant.  They monitor the ongoings in

10   the sections.  They communicate with the detention staff

11   as to what they're seeing.

12       Q.   Would you agree with me that it is cheaper to

13   house inmates in a dorm style open bay setting than in a

14   cell setting?

15           MR. BOGAN:  Object to form.

16           THE WITNESS:  I'm not sure of the cost.  I

17       can't speak to that.

18   BY MS. HARTON:

19       Q.   Who within Marion County Jail would be aware

20   of those economic considerations?

21           MR. BOGAN:  Object to form.  You can answer if

22       you know.

23           THE WITNESS:  I don't know if there is a

24       specific person that -- that would know the economic

25       -- all the -- the -- all the factors that factor

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        into it between, you know, construction cost versus
 2        staffing. I'm not -- I'm not 100 percent sure on --
 3        on who -- on which one person would be the go-to
 4        person for all of that.
 5   BY MS. HARTON:
 6        Q.   I want to go back to the security checks that
 7   happened in the dorm style Gulf Pod.  Are -- deputies
 8   are required to do them every hour on -- during
 9   lockdown, right; we covered that?
10        A.   Yeah.
11        Q.   Okay.  Are they required to stagger when those
12   checks occur within the hour?
13        A.   Not required, encouraged.
14        Q.   Okay.
15        A.   To -- to not promote predictability or
16   complacency, they are encouraged to stagger.
17        Q.   But there's no policy or procedure requiring
18   them to complete their security checks at staggered
19   intervals, right?
20             MR. BOGAN:  Object to form.
21             THE WITNESS:  Correct.
22   BY MS. HARTON:
23        Q.   So if a deputy were completing their security
24   checks at the top of the hour every hour, that would not
25   be a violation of any policy or procedure set forth by
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Marion County or the sheriff, right?

2         A.   I believe that's accurate, yes.

3         Q.   Why do you encourage unpredictability?

4         A.   To maintain unpredictability.  So as to not be

5    patterned.

6         Q.   What -- how does maintaining unpredictability

7    in the intervals of the security checks promote the

8    goals of the jail?

9         A.   If you -- if -- if a detention deputy shows up

10   in unpredicted intervals, then the inmate population is

11   less likely to pattern those detention deputies and the

12   detention deputies are more likely to be able to

13   circumvent any type of potentially criminal behavior or

14   rule violations.

15        Q.   By maintaining an unpredictable schedule of

16   security checks, you are ensuring that inmates can't

17   time when they are being surveilled and when they are

18   not, correct?

19             MR. BOGAN:  Object to form.

20             THE WITNESS:  We're not ensuring that they

21        can't, we are we're -- we're making it more

22        difficult to do so.

23   BY MS. HARTON:

24        Q.   Yeah, you're making it more difficult for

25   potential perpetrators to identify the times where they

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  can safely carry out some sort of rule violation or a

2  criminal act in the jail, right?

3            MR. BOGAN:  Object to form.

4            THE WITNESS:  Correct.

5  BY MS. HARTON:

6       Q.   You said that you encourage that

7  unpredictability.  What measures does the jail and its

8  administrators take to encourage that unpredictability?

9       A.   When our detention staff go through the state

10  certification classes, it is taught that it is

11  beneficial to stagger, you know, to be unpredictable.

12  And again, then in our -- in our FTO program, the

13  deputies are again encouraged to -- to vary their check

14  times and to vary the order in which they do their

15  checks for that unpredictability.

16       Q.   When a -- when a -- when a deputy completes a

17  round, or sorry, when a deputy completes a security

18  check, where do they document that that security check

19  was completed?

20       A.   In a housing log.

21       Q.   Right.  And we talked about that housing log

22  earlier, right?

23       A.   Correct.

24       Q.   And those housing logs can be audited by the

25  sergeants, but they are not required to be audited by

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   the sergeant, correct?
 2        A.   Correct.
 3        Q.   Okay.  Are those housing logs within like a
 4   physical hard copy book, or is it on computer?
 5        A.   It's digital on the computer.
 6        Q.   It is the ultimate -- it is the responsibility
 7   of the sergeant to ensure that his deputies are
 8   completing their security checks accurately, correct?
 9        A.   Correct.
10        Q.   And it's the responsibility of the sergeant to
11   initiate the process of investigating or disciplining a
12   deputy who has not completed his required security
13   check, correct?
14        A.   Correct.
15        Q.   It is the responsibility of the sergeant to
16   ensure that his deputies are adequately supervising and
17   monitoring the inmates within their pod, correct?
18        A.   Correct.
19        Q.   We talked at the beginning of the deposition
20   about how -- about lockdown and whether inmates are
21   allowed out of their bunks, correct?
22        A.   Correct.
23        Q.   Is there a -- is there a written policy that
24   explains whether or not inmates are allowed to get out
25   of their bunks during lockdown for certain purposes?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   There's an inmate handbook.
 2        Q.   Okay.  And that inmate handbook says that they
 3   are supposed to stay in their bunk throughout lockdown
 4   except to use the restroom, right?
 5        A.   I'm not exactly sure of the wording, but yes.
 6        Q.   One second, I'm about to share a document.  I
 7   just want to pull it up here.  Okay.  This is going to
 8   be Exhibit 27.  Do you see my document right here?
 9             (EXHIBIT 27 MARKED FOR IDENTIFICATION)
10        A.   Yeah.  Yes, ma'am.
11   BY MS. HARTON:
12        Q.   Do you recognize this document?
13        A.   Yes, ma'am.
14        Q.   Okay.  What is this document?
15        A.   It's the inmate handbook.
16        Q.   Okay.  This is the inmate handbook that we
17   were just talking about, where they -- it sets up the
18   rules that the inmates have to follow when they are in
19   the jail?
20        A.   Yes, ma'am.  Yes.
21        Q.   And the inmates can get -- will get in trouble
22   if they violate the rules in this handbook, right?
23             MR. BOGAN:  Object to form.  Go ahead.
24             THE WITNESS:  Correct.
25   BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   And it's the responsibility of the deputies to

2   enforce the rules that the inmates are supposed to

3   follow that are set out in this handbook, right?

4      A.   Correct.

5      Q.   And that is -- it's important that the

6   deputies enforce these rules because they help keep

7   inmates safe, right?

8      A.   Correct.

9      Q.   And it's the sergeant's responsibility to make

10  sure that his deputies are enforcing the rules that are

11  set out in this handbook, right?

12     A.   Correct.

13     Q.   Okay.  I'm going to go to Page 13.  Do you see

14  this paragraph where it says number 18 lockdown?

15     A.   Yes, ma'am.

16     Q.   Okay.  It says, "Each night at approximately

17  9:45 p.m. lockdown will be announced by a detention

18  deputy.  By 10:00 p.m. you are ordered to stand by your

19  assigned cell bunk.  The detention deputies will conduct

20  a head count at this time and secure you in your cell.

21  All cell lights might be off by 10:00 p.m.  Inmates in

22  open"  it says, "open by housing" I understand that

23  should probably mean open bay housing, right?

24     A.   Correct.

25     Q.   Yeah.  And that -- and that's referring to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    those dorm style housing that we were referring to,
 2    right?
 3         A.   Correct.
 4         Q.   That would be Gulf Alpha, for example, right?
 5         A.   Correct.
 6         Q.   Okay.  So "Inmates in open bay housing are to
 7    be on their bunk by 10:00 p.m.  No inmates are to get
 8    off their bunk during lockdown except to use the
 9    bathroom"; do you see that?
10         A.   Yes, ma'am.
11         Q.   Okay.  Is that how you understood the policy
12    or the rule to be in November of 2021?
13         A.   Yes.
14         Q.   Okay.  And that policy only -- says that the
15    only reason they're allowed out of their bunk is to go
16    use the bathroom, right?
17         A.   That's -- Yes, ma'am.
18         Q.   But that's not the procedure that is followed
19    by deputies and sergeants, correct?
20         A.   The procedure is if they have an emergency,
21    they can obviously get off their bunks.  If they need
22    medical attention, they can get off their bunks.
23    Bathroom, water fountain, emergencies is the typical
24    procedure.
25         Q.   But the policy doesn't articulate any reason
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  that the inmates can be off their bunk besides going to

2  the bathroom, right?

3       A.   Correct.

4       Q.   So the policy isn't quite accurate.  Would you

5  agree with that?

6            MR. BOGAN:  Object to form.  Go ahead.

7  BY MS. HARTON:

8       Q.   Or sorry, I can strike that.  The policy isn't

9  quite consistent with the daily procedure, right?

10      A.   Correct.

11      Q.   Okay.  Besides water or medical attention or

12 the bathroom, is there any other reason why inmates

13 would be allowed to be off of their bunk during lockdown

14 based on the daily procedure at the jail?

15      A.   No, ma'am.

16      Q.   Okay.  Neither the policy or the procedure

17 would allow an inmate to be fraternizing with other

18 inmates within the dorm during lockdown, right?

19      A.   Correct.

20      Q.   Okay.  And it is the responsibility of

21 deputies to make sure that the inmates are following

22 that rule and not fraternizing with each other during

23 lockdown?

24      A.   Correct.

25      Q.   And it's the sergeant's responsibility to make

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1    sure that inmates -- to make sure that the deputies are

 2    enforcing that rule, right?

 3         A.   Correct.

 4         Q.   Why is that rule important?

 5         A.   For the security of the housing unit.  The

 6    lights are -- the lights go out at lockdown.  So to

 7    maintain the -- the care and the -- the -- the control

 8    aspect of the housing unit with the lights out, inmates

 9    need to be on their bunks for accountability.

10         Q.   Right.  When the lights go out in the housing

11    unit, it's harder for the deputies to see inside of each

12    dorm and see kind of what's going on between inmates,

13    right?

14              MR. BOGAN:  Object to form.  Go ahead.

15              THE WITNESS:  Correct.

16    BY MS. HARTON:

17         Q.   Right.  And so the deputies need the inmates

18    to stay in their bunks so that with that limited

19    visibility, they can still ensure there's nothing

20    nefarious going on, right?

21              MR. BOGAN:  Object to form.

22              THE WITNESS:  They do a better job of ensuring,

23       yes.

24    BY MS. HARTON:

25         Q.   Yeah, yeah.  And they need to make sure that
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    the inmates remain in their bunks and aren't
 2    fraternizing with each other so that they can ensure
 3    that no violent altercations occur, right?
 4              MR. BOGAN:  Object to form.
 5              THE WITNESS:  To better prevent altercations,
 6        yes.
 7    BY MS. HARTON:
 8        Q.   And it's their responsibility to take those to
 9    enforce the policies that are there to ensure that those
10    violent altercations are prevented, right?
11              MR. BOGAN:  Object to form.
12              THE WITNESS:  It's their responsibility is to
13        -- to -- to take preventative measure to try to
14        minimize the opportunity for those violent
15        interactions, yes.
16    BY MS. HARTON:
17        Q.   Which would include keeping inmates in their
18    bunks during lockdown, right?
19              MR. BOGAN:  Object to form.
20              THE WITNESS:  Correct.
21    BY MS. HARTON:
22        Q.   Okay.  Can deputies be disciplined for failing
23    to enforce the rule that inmates must stay in their
24    bunks during lockdown?
25        A.   Yes.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.    Okay.  Is it -- does the sergeant have

2  discretion as to whether he wants to initiate an

3  investigation or discipline of a deputy who's not

4  enforcing the lockdown rule?

5          MR. BOGAN:  Objection.  Go ahead.

6          THE WITNESS:  Initially, yes.

7  BY MS. HARTON:

8      Q.    Okay.  What -- okay.

9      A.    The sergeant has the discretion to administer

10  a verbal counseling.  And if it -- if it rises above the

11  level of a verbal counseling, then the lieutenant gets

12  involved and -- and that progressive discipline takes

13  effect.

14      Q.    The sergeant also has discretion to do

15  nothing, right?

16          MR. BOGAN:  Object to form.

17          THE WITNESS:  No, the -- the sergeant has a

18      responsibility to address issues.

19  BY MS. HARTON:

20      Q.    Including whether in -- whether a deputy is

21  failing to enforce the lockdown rule, right?

22      A.    Correct.

23      Q.    So is there a written policy that explains

24  that a -- that a deputy is required to initiate a

25  disciplinary process for a deputy who is not enforcing a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   lockdown rule?
 2           MR. BOGAN:  Object to form.
 3           THE WITNESS:  I believe that inmate handbook
 4       that you have says that inmates will be subjected to
 5       disciplinary action for failure to adhere.
 6   BY MS. HARTON:
 7       Q.    But I -- I'm not talking about the inmates.
 8       A.    Okay.
 9       Q.    I'm talking about when -- okay, in a scenario
10   where the deputy is not enforcing the lockdown rule and
11   inmates are milling around the dorm without any
12   admonishment from the deputy.  That's the scenario I'm
13   talking about; do you understand that?
14       A.    Sure.
15       Q.    Okay.  And the sergeant becomes aware that the
16   deputy is allowing these inmates to be out of their
17   bunks during lockdown.
18       A.    Okay.
19       Q.    Is it -- is it written somewhere that the
20   sergeant is responsible for disciplining the deputy in
21   that scenario?
22           MR. BOGAN:  Object to form.
23           THE WITNESS:  Yes.
24   BY MS. HARTON:
25       Q.    Where?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1          A.   It is -- it is written in broader terms that
 2     the sergeant is responsible for disciplining the deputy.
 3     Not -- not in that specific incident, but the sergeant
 4     is responsible for the deputy's actions.  The sergeant
 5     is responsible to -- to discipline the deputy.  And if
 6     the sergeant fails to do so, the sergeant is liable.
 7          **Q.   Is it written anywhere that the -- that the**
 8     **deputy can be subject to discipline for failing to**
 9     **enforce the lockdown rule?**
10          A.   It's written that the deputy can be liable for
11     failing to follow policy, which the inmate handbook is
12     policy.  So specifically lockdown, no, I don't believe
13     so.  But in a broader scope, if the deputy fails to
14     adhere to policy, then yes.
15          **Q.   Is there a policy or procedure that requires**
16     **sergeants to audit, periodically, whether or not their**
17     **deputies are enforcing the lockdown rule?**
18          MR. BOGAN:  Object to form.  Asked and
19          answered.
20          THE WITNESS:  Specifically, no.  Yes, the
21          sergeants are required to ensure the deputies are
22          performing their function, their tasks, but
23          specifically lockdown, no.
24     BY MS. HARTON:
25          **Q.   There's no requirement that they review**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    surveillance footage periodically to see whether the

2    lockdown rule was being enforced by the deputies on any

3    given shift?

4         A.   Correct.  I believe that's correct, yes.

5         Q.   Would you agree that if inmates are allowed to

6    be out of their bunk at night during lockdown, there's a

7    higher risk that there will be a physical altercation

8    between two inmates?

9              MR. BOGAN:  Object to form.

10             THE WITNESS:  Yes.

11   BY MS. HARTON:

12        Q.   One of the ways that deputies are expected to

13   monitor inmates in Gulf Pod are the surveillance

14   cameras, right?

15        A.   Correct.

16        Q.   But those surveillance cameras do not capture

17   every square inch of the dorm, correct?

18        A.   Correct.

19        Q.   There are blind spots within the surveillance

20   footage, right?

21        A.   Correct.

22        Q.   And so it's important that in addition to the

23   surveillance footage, deputies are also maintaining a

24   physical presence in the pods, correct?

25        A.   Correct.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1      Q.   Because if they just relied on the

 2  surveillance footage, they would miss important

 3  information about what's going on in the pod, right?

 4           MR. BOGAN:  Objection to form.

 5           THE WITNESS:  Correct.

 6  BY MS. HARTON:

 7      Q.   The surveillance footage in 2021 provided live

 8  -- a live feed to the deputies, right?

 9      A.   Yes.

10      Q.   Did it also automatically record what had

11  happened?

12           MR. BOGAN:  Object to form.

13           THE WITNESS:  I -- I believe it did.

14  BY MS. HARTON:

15      Q.   Right.  Surveillance cameras are a really

16  important element of monitoring and surveilling inmates

17  within Marion County, right?

18      A.   Yes.  They are a -- yes, they're an important

19  tool.  Yes.

20      Q.   Okay.  And you're here to testify about the

21  monitoring and surveillance of inmates at the Marion

22  County Jail and you can't -- you don't know whether or

23  not the surveillance cameras recorded footage of the

24  dorms that they were surveilling?

25      A.   We've had significant upgrade over the last

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   five years, four years.  I believe that every camera we

2   have, even from the onset of the cameras, I believe

3   everything was recorded and -- and was archivable.  I

4   think it -- it was maybe a 30-day archive window, I

5   believe is where -- where we were at the time.

6        Q.   Okay.  So if a sergeant was going to audit and

7   review that surveillance footage, he would have to do so

8   within 30 days, right?

9        A.   Correct.  I believe that's accurate, yes.

10       Q.   Okay.  Where is -- where are those archives

11  stored?  Is there like a file on the computer that

12  everyone can access?

13       A.   Supervisors have -- have access to the system

14  and can go back and review that during that window of

15  time while they're being archived.  After that the jail

16  investigations unit will save footage indefinitely that

17  needs to be saved, that they determine needs to be

18  saved.

19       Q.   And I -- and I would think that would be so --

20       A.   No, I'm sorry.  To answer your question, any

21  supervisor can do so from their desktop.

22       Q.   Okay.  And I would assume that those files

23  that needed to be saved for a longer period of time

24  beyond 30 days, are those incidents where something

25  significant occurred, like an inmate altercation, right?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A.   Correct.
 2        Q.   Okay.  Would you expect that every inmate
 3   altercation captured on video surveillance would be
 4   saved for a longer period than 30 days?
 5             MR. BOGAN:  Object to form.
 6             THE WITNESS:  I would think yes.
 7   BY MS. HARTON:
 8        Q.   Why is that?
 9        A.   Litigation.
10        Q.   That -- that's it?
11        A.   I -- that's speculation as to -- to why I
12   think it would be archived.  I mean, it's -- it's an
13   investigative tool.  It is future litigation.  We need
14   to, we potentially charge inmates that are involved in
15   physical altercation.  So for evidentiary purposes, it's
16   -- it's important.
17        Q.   Who is responsible for ensuring that there are
18   policies and procedures in place that relate to the
19   supervision and monitoring of inmates?
20             MR. BOGAN:  Object to form.  Go ahead.
21             THE WITNESS:  Who's responsible for the policy?
22   BY MS. HARTON:
23        Q.   Correct.
24        A.   The  Sheriff.
25        Q.   Do you know how -- like for -- I showed you,
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    you know, that headcount of inmates policy a while ago.

 2    Those sorts of policies that are implemented at the

 3    jail, do you know what the process is for developing and

 4    writing those policies and coming to an agreement on

 5    what the policy should be?

 6         A.   I do.

 7         Q.   Okay.  And what is that process?

 8         A.   The policy is authored in a -- in somewhat of

 9    a rough draft form.  It is sent out to command staff.

10    The command staff reviews, approves, disapproves, makes

11    comments, and -- and hits -- you -- you -- you either

12    approve it or you disapprove it, you make comments, you

13    hit submit.  And -- and it's either approved by you and

14    moved on, or it's disapproved and it's opened up for

15    conversation about what needs to be changed.

16         Q.   Approved or disapproved by who?  The Sheriff?

17    Or is there some sort of board?

18         A.   There is.  Right now it is the -- the chain of

19    command supervisors that are over that, whatever policy

20    we're talking about, that are over that area.  Those

21    supervisors are implemented in the approval process and

22    they either approve, disapprove, and -- and move it on.

23         Q.   Well, some of these policies are jail-wide,

24    right?

25         A.   Correct.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        Q.    So when it's a jail-wide policy, who would be
2    responsible for approving or disapproving it?
3        A.    Jail captains and up.
4        Q.    So as a jail captain, you -- have you been
5    personally involved in developing policies and
6    procedures for the jail?
7        A.    I have been within the last year, yes.
8        Q.    Okay.  Who was in your position before you?
9        A.    Captain Robert Walters.
10       Q.    And was that -- was he the jail security
11   captain in 2021?
12       A.    Yes, ma'am.
13       Q.    Are you aware -- remind me, how long have you
14   worked for the Marion County Jail?  Marion County
15   Sheriff?
16       A.    2004.  A little over 20 years.
17       Q.    Yeah.  And in your little over 20 years of
18   working in the Marion County Jail, have you ever learned
19   of any of the pods or dorms within the jail being
20   considered particularly violent and prone to
21   inmate-on-inmate violence?
22           MR. BOGAN:  Object to form.
23           THE WITNESS:  No, ma'am.  None -- none more
24       than -- none more than any other.
25           MS. HARTON:  Guys, I'm almost done, I think.  I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1        want to go through my outline.  I can save us time
 2        that way.  And can we take five, ten minutes?
 3               MR. BOGAN:  Okay.  We'll take a five-minute
 4        break.  Ten minutes.
 5               THE REPORTER:  We're off the record.
 6                 (OFF THE RECORD)
 7               THE REPORTER:  We are back on the record.
 8  BY MS. HARTON:
 9        Q.   Captain, are you -- is it your understanding
10  that violent -- potentially violent inmates need to be
11  observed and monitored more frequently?
12               MR. BOGAN:  Object to form.
13               THE WITNESS:  Known potentially violent
14        inmates?  Yes, it is -- it is my experience that all
15        inmates are potentially violent.
16  BY MS. HARTON:
17        Q.   What sorts of things can indicate to you that
18  one inmate is more likely to cause a violent altercation
19  than another?
20               MR. BOGAN:  Object to form.
21               THE WITNESS:  In the detention deputy's
22        observation of their -- of their areas of
23        responsibility, when you see inmates arguing a lot
24        with other inmates, when you see inmates attempting
25        to exert their authority over inmates, when you see
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1          them try to bully, that's when you have a -- that's
 2          when you know that you have a potential problem.
 3   BY MS. HARTON:
 4      **Q.   And when someone who is a potential problem,**
 5   **as you put it, in terms of potential violence to other**
 6   **inmates, that person should not be housed with someone**
 7   **who is not considered to be a potential violent issue,**
 8   **right?**
 9          MR. BOGAN:  Object to form.
10          THE WITNESS:  Well, again, in my -- in my
11          experience, all inmates are potentially violent.  We
12          have a discipline process.  When inmates exhibit
13          indicators that they're going to become violent, we
14          have a process to remove them from that situation if
15          it's foreseeable.
16   BY MS. HARTON:
17      **Q.   So your position is that every single inmate**
18   **in the jail has potential to be violent, correct?**
19      A.   That's my training and experience, yes.
20      **Q.   But you cannot house inmates together based on**
21   **just that knowledge or understanding, because there are**
22   **some that have a much higher risk of becoming violent**
23   **than others, right?**
24          MR. BOGAN:  Object to form.
25          THE WITNESS:  Correct.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    BY MS. HARTON:
 2         Q.   Are people who are accused of sex crimes, do
 3    they all have a higher risk of becoming violent?
 4         A.   Without looking at specific cases, I would say
 5    they all have the -- they're all -- they're all treated
 6    with the same propensity to become violent.
 7         Q.   There's no distinction amongst this class of
 8    accused sexual offenders as to which ones are a higher
 9    risk of violence compared to others.
10         A.   Correct.
11              MR. BOGAN:  Object.  Form.  Go ahead.
12              THE WITNESS:  In our classification, there is
13         no distinction within the sex offender category.
14    BY MS. HARTON:
15         Q.   You would agree with me, though, in your
16    experience, 20 years working in corrections, that there
17    are sex offenders who present a much higher risk of
18    violence than others, right?
19              MR. BOGAN:  Object to form.
20              THE WITNESS:  Not as a group, no.
21    BY MS. HARTON:
22         Q.   I mean, within the group, there will be people
23    who are a higher risk of violence than other people
24    within that group, right?
25         A.   There are obviously individuals that are more
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    violent than others, but I don't know that those

2    individuals fall into any type of subcategory. There are

3    sex offenders that we house in our jail, that -- that

4    could become violent, that have a propensity to become

5    violent.  There are shoplifters in our jail that have a

6    propensity to become violent.  So -- so to say that some

7    do and some don't, that -- that's -- that's accurate.

8         Q.   **Right, but all the sex offenders are housed**

9    **and classified together based on their status as a sex**

10   **offender, right?**

11        A.   Correct.

12        Q.   **Not based on their propensity for violence,**

13   **correct?**

14        A.   Correct.

15        Q.   **Does anyone audit the number of reported**

16   **inmate-on-inmate assaults that occur within the jail?**

17             MR. BOGAN:  Object to form.

18             THE WITNESS:  Yes.

19   BY MS. HARTON:

20        Q.   **Who?**

21        A.   We, our administrative assistant.  Our -- our

22   investigations unit sends a report to our administrative

23   assistant.

24        Q.   **Is that annually?**

25        A.   That is bi-annually.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1           MS. HARTON:  I'm so sorry.  I have to go off

2       video.  Give me one second.  Sorry.  I just had

3       something in my contact.

4   BY MS. HARTON:

5       Q.   So bi-annually, meaning twice a year or every

6   two years?

7       A.   Twice a year.  Our investigations unit sends a

8   report monthly that documents inmate-on-inmate

9   batteries.  Those reports go into a stat meeting that is

10  held every six months.

11      Q.   When did the jail implement that practice of

12  sending a report monthly regarding inmate-on-inmate

13  assaults?

14          MR. BOGAN:  Object to form.

15  BY MS. HARTON:

16      Q.   Is it before 2021?

17      A.   The only thing I know is it was prior to me

18  assuming this position.  So prior to that, I don't know.

19  I know that -- I know that it's been done for the last

20  year and couple months that I've been in this position.

21      Q.   So again, you've been designated to testify

22  about monitoring and surveillance of inmates in this

23  case, right?  And you understand this case is about an

24  inmate-on-inmate assault, right?

25      A.   Correct.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        Q.   And sitting here today, you have no idea if at
 2   the time of the assault subject to this case, those
 3   monthly audits were happening?
 4             MR. BOGAN:  So just for clarification, that is
 5        not a topic for which you've asked him to be
 6        designated. So I don't think it's fair for you to
 7        criticize him for not sitting here and having that
 8        information.
 9             MS. HARTON:  Well, I'm just asking him
10        questions, but it's okay.
11             MR. BOGAN:  Okay.
12             MS. HARTON:  You got to -- he still has to
13        answer the question if he doesn't --
14             THE WITNESS:  Okay.  The it's my understanding
15        that they are, I know that we have tracked inmate-
16        on- inmate batteries for quite some time.  I know
17        that those reports have been filed for quite some
18        time.  And I know that I have been involved in the
19        process for the last 14 months.
20   BY MS. HARTON:
21        Q.   You as you sit here today, you have no idea if
22   those audits had been happening prior to the assault on
23   Cory Merchant, correct?
24        A.   I can say that I'm confident they are, but I
25   can't give you a date.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q.   You're confident that these audits were
 2  happening prior to the assault of Cory Merchant?
 3      A.   Yes.
 4      Q.   Okay.  So it's your testimony that you're
 5  confident that prior to Cory Merchant's death and
 6  assault the -- that Marion County had been conducting
 7  audits of inmate-on-inmate assaults within the jail and
 8  was aware of rate at which inmates were assaulting other
 9  inmates?
10          MR. BOGAN:  Object to form.
11          THE WITNESS:  Yes.
12  BY MS. HARTON:
13      Q.   Okay.
14          I'm assuming as you sit here today, you don't
15  know what the rate of inmate-on-inmate assaults or the
16  number of inmate-on-inmate assaults was in the year
17  prior to Cory Merchant's assault?
18      A.   That's right.
19          MR. BOGAN:  Object to form.
20          THE WITNESS:  I don't have it in front of me,
21     you're right.
22  BY MS. HARTON:
23      Q.   Okay.  And you don't know it?
24      A.   Correct.
25      Q.   You said that those reports are made monthly
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   and then every six months they're sent to a board

2   meeting?

3          A.   Every six months there is a statistics meeting

4   that those numbers are reviewed by the -- by the chain

5   of command.

6          Q.   Who's the chain of command?

7          A.   The sheriff, the chief, the major.

8          Q.   Have you been in those meetings before?

9          A.   I have.

10         Q.   And when you review those audits every six

11  months, what are you looking for?

12             MR. BOGAN:   Object to form.

13             THE WITNESS:   The -- the initial review is

14         comparative -- a -- a comparative analysis the six

15         months prior, you know, versus prior six months, how

16         many are being criminally charged?   An overall

17         evaluation of the goings on, of what's going on.

18  BY MS. HARTON:

19         Q.   Are you looking to see whether the number of

20  inmate-on-inmate assaults within the jail has increased

21  or decreased?

22         A.   Yes.

23         Q.   Are you looking to identify any pods or dorms

24  or sections that appear to be particularly prone to

25  inmate-on-inmate assaults?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

 1           MR. BOGAN:  Object to form.

 2           THE WITNESS:  The report is not broken down by

 3     housing unit.

 4  BY MS. HARTON:

 5      Q.   Are you looking to identify any believed

 6  causes of why inmate-on-inmate assaults are happening in

 7  a more frequent or less frequent rate?

 8      A.   At those six month meetings, no, because

 9  that's the -- that's the jail investigator's job that

10  they're -- they're reviewing these videos, they're

11  reviewing these reports daily, you know, as they come

12  out and that's the investigator's job is to -- to figure

13  out the why.

14      Q.   So you're not identifying any sort -- any

15  policy violations that might be related to these

16  inmate-on-inmate assault reports?

17           MR. BOGAN:  Object to form.  Go ahead.

18           THE WITNESS:  What do you mean?  What are you

19     asking about as far as policy?

20  BY MS. HARTON:

21      Q.   You're not looking at these reports and

22  saying, wow, inmate-on-inmate assaults are up 30 percent

23  from the last six months, are there any issues with

24  following policy that are causing that uptick in inmate-

25  on-inmate assaults?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.    The conversation is -- is had as to what's the
 2   consensus as to why these numbers are up?  What's the
 3   consensus as to why the numbers are down?  So yes, we
 4   do.
 5        Q.    Okay.  So you --
 6        A.    We do have those conversations.
 7        Q.    Okay.  And what do you, in those conversations
 8   that you've been in, what have you typically found as --
 9   well, let me -- let me take a step back.  You've only --
10   you've been -- you've been the captain for a little over
11   a year now, right?
12        A.    Correct.
13        Q.    So you've participated in two of these
14   meetings thus far in which you're addressing these six
15   month audits of inmate-on-inmate assault, correct?
16        A.    Correct.
17        Q.    And during those meetings, have you found that
18   inmate-on-inmate assaults have been increasing or
19   decreasing within the jail?
20            MR. BOGAN:  Object to form.  Go ahead.
21            THE WITNESS:  The -- the report's not in front
22        of me, so I'm not -- I'm not -- I can't speak for
23        certain on whether the numbers went up or went down
24        because I'm not looking at the report.
25   BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1        Q.    If there's a -- if there's an increase in

 2   inmate-on-inmate assaults within the jail, that would be

 3   a major concern for you, wouldn't it, as the jail

 4   security captain?

 5             MR. BOGAN:  Object to form.

 6             THE WITNESS:  Yes.

 7   BY MS. HARTON:

 8        Q.    Okay.  And if you were made aware of -- strike

 9   that.  Whether or not inmate-on-inmate assaults are

10   happening at an increased rate -- sorry, I'm trying to,

11   this is one of those questions where I'm taking it out

12   of my brain instead of my outline. The occurrence of

13   inmate-on-inmate assaults within the jail is very

14   important to the captain of jail security, right?

15        A.    Correct.

16        Q.    Okay.  And so at these six month meetings

17   where you're discussing the frequency of inmate-on-

18   inmate assaults, that's a pretty important part of the

19   meeting for you, the captain of jail security, right?

20        A.    Correct.

21        Q.    And as you sit here today, you don't have an

22   inkling of whether inmate-on-inmate assaults had been

23   increasing or a decreasing at either of those meetings?

24             MR. BOGAN:  Object to form.

25             THE WITNESS:  That's accurate.  The

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1        documentation process, the -- the -- the way they
 2        were documented has changed in the last
 3        year-and-a-half to where previously every
 4        inmate-on-inmate encounter was classified as a -- as
 5        a battery, and -- and the way we've classified, the
 6        way we've -- the way we -- the way we investigate,
 7        the way we break them down has been more intricately
 8        broken down as opposed to just calling everything a
 9        battery. Now we -- we classify some as a -- as a
10        mutual encounter, we classify some as -- as a
11        battery.  So the -- the reporting, the way the
12        numbers are reported has been improved.  So to tell
13        you whether the numbers have gone up or down, I
14        can't do that without the report here in front of
15        me.
16   BY MS. HARTON:
17        Q.   But all of those incidents, whether they're a
18   battery or a fight, they're all very serious issues
19   regarding safety of inmates, right?
20             MR. BOGAN:  Object to form.
21             THE WITNESS:  Correct.
22   BY MS. HARTON:
23        Q.   Would it surprise you to learn that in 2017,
24   there were only four incidents of inmate-on-inmate
25   violence in Gulf Pod?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Object to form.
 2              THE WITNESS:  No.
 3    BY MS. HARTON:
 4         Q.   Why not?
 5              MR. BOGAN:  Object to form.
 6              THE WITNESS:  When -- because the officers do a
 7         good job, because they -- they monitor and manage
 8         the inmate population.
 9    BY MS. HARTON:
10         Q.   You would presume that a low level of violence
11    in the jail can be attributable to the deputies and the
12    sergeants and other jail personnel following the
13    policies that are in place to protect inmates, right?
14              MR. BOGAN:  Object to form.
15              THE WITNESS:  Correct.
16    BY MS. HARTON:
17         Q.   Now, would it surprise you to learn that in
18    2020, the number of assaults that had occurred within
19    Gulf Pod had risen to 45?
20              MR. BOGAN:  Object to form.
21              THE WITNESS:  What year was that?
22    BY MS. HARTON:
23         Q.   2020.
24         A.   2020?  No, it wouldn't surprise me.
25         Q.   And why is that?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Object to form.
 2              THE WITNESS:  There wasn't --
 3              MS. HARTON:  You're muted.
 4              MR. BOGAN:  I don't know what happened.  We've
 5      lost the screen.  Can you hear us?
 6              MS. HARTON:  Yeah.
 7              MR. BOGAN:  Okay.
 8              THE WITNESS:  Our screen looks different.
 9              MR. BOGAN:  It looks different, yeah.
10              THE WITNESS:  Why wouldn't it surprise me?
11      Because human nature.  Sometimes people fight.
12      Sometimes -- sometimes inmates fight.
13  BY MS. HARTON:
14      Q.   Okay.  You understand that 45 is more than 11
15  times -- sorry.  If there were only four incidents of
16  inmate-on-inmate violence in Gulf Pod in 2017 and 45 in
17  2020, that means that the incidents of violence had
18  increased by over 11 times, right?
19      A.   Correct.
20      Q.   That -- that's quite significant, wouldn't you
21  agree?
22              MR. BOGAN:  Object to form.
23              THE WITNESS:  That's quite the increase,
24      percentage-wise.
25  BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1        Q.   Yes, yeah.  And as the captain of security,

 2    that would have been quite concerning to you, if you

 3    were the captain at the time, right?

 4             MR. BOGAN:  Object to form.

 5             THE WITNESS:  Yes.

 6    BY MS. HARTON:

 7        Q.   And what was your position at the time?

 8    Remind me.

 9        A.   I was a jail lieutenant.

10        Q.   Okay.  And so even as a jail lieutenant, you

11    would have been pretty concerned to learn that a pod's

12    level of violence had increased that significantly,

13    right?

14             MR. BOGAN:  Object to form.

15             THE WITNESS:  Yes.

16    BY MS. HARTON:

17        Q.   Okay. And so again, you said that you would --

18    you wouldn't be surprised that the level had increased

19    to 45 by 2020 because of human nature and people fight,

20    right?

21             MR. BOGAN:  Objection, asked and answered.

22             THE WITNESS:  People -- people fight.

23    BY MS. HARTON:

24        Q.   Yeah.  But when I asked you about 2017, you

25    said it was because your officers were doing such a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1    great job in following policy, right?

2         A.   That's one thing that it could be attributed

3    to.  I'm -- I'm assuming that's what it could be

4    attributed to.  Not sure what else it could be

5    attributed to.  What was the average population of

6    inmate in 2017 when there were only four?  That has a

7    lot to do with it.  What was the overall population of

8    the jail in 2017?  That has a lot to do with it.  What

9    were our staffing numbers in 2017?  There's a lot of

10   factors.

11        Q.   You would agree that whether or not there had

12   been an increase in population in 2020, would -- if

13   there was an increase in population in 2020, that would

14   create more opportunities and risks of inmate-on-inmate

15   altercations, fair?

16             MR. BOGAN:  Object to form.

17             THE WITNESS:  If our inmate population was

18        higher, yes.

19   BY MS. HARTON:

20        Q.   Okay.  And so if your inmate -- if the jail's

21   inmate-on-inmate -- or sorry, if the jail's inmate

22   population increases significantly, it's important that

23   the jail implement standards regarding the supervision

24   and monitoring of inmates that comport with that

25   increase inmate population, right?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              MR. BOGAN:  Object to form.
 2   BY MS. HARTON:
 3        Q.   And that higher risk?
 4              MR. BOGAN:  Object to form.
 5              THE WITNESS:  To the best of our abilities,
 6      yes.
 7   BY MS. HARTON:
 8        Q.   Yeah.  If there's an increased inmate
 9   population, there's an increased risk of
10   inmate-on-inmate violence, and so the jail has to adjust
11   its practices or procedures to account for that higher
12   population, right?
13              MR. BOGAN:  Object to form.
14              THE WITNESS:  Yes.
15   BY MS. HARTON:
16        Q.   They have to adjust their policies and
17   procedures to account for that higher risk of
18   inmate-on-inmate altercations, right?
19              MR. BOGAN:  Object to form.
20              THE WITNESS:  Yes.
21   BY MS. HARTON:
22        Q.   Okay.  Do you know if the inmate-on-inmate --
23   or -- I keep saying that.  Do you know if the inmate
24   population increased between 2017 and 2020?
25              MR. BOGAN:  Object to form.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

126

```
 1              THE WITNESS:  I don't have the numbers in front
 2       of me, no.
 3   BY MS. HARTON:
 4       Q.   Are you aware of any new policies, procedures,
 5   or adjustments to policies and procedures that the jail
 6   implemented in 2020 to address any sort of rising inmate
 7   population?
 8       A.   I'm not aware.
 9       Q.   Okay.  What about in 2019?
10       A.   No, not aware.
11       Q.   Okay.  You're not aware of any policies or
12   procedures that were changed, adjusted, or added by the
13   jail to address an increase in inmate population between
14   2017 and 2021, correct?
15              MR. BOGAN:  Object to form.
16              THE WITNESS:  Correct.
17   BY MS. HARTON:
18       Q.   So I -- when you said it would not surprise
19   you to learn in 2020 that there were -- there was such
20   an increase in inmate-on-inmate assaults in Gulf Pod,
21   would you say that you -- would you say that that
22   increase could be properly attributable to the deputies
23   and sergeants failing to abide by the policies and
24   procedures that are in place to protect inmates?
25              MR. BOGAN:  Object to form.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1              THE WITNESS:  No.

 2   BY MS. HARTON:

 3        Q.   Why not?

 4        A.   Because our staff are held accountable.  When

 5   they violate, when they fail to perform, that we have a

 6   discipline process.

 7        Q.   Are you aware of any steps taken by the

 8   sheriff or the jail administrators to address the rising

 9   inmate- on-inmate assaults in Gulf Pod between 2017 and

10   2021?

11              MR. BOGAN:  Objection to form.

12              THE WITNESS:  No.

13   BY MS. HARTON:

14        Q.   Are you -- strike that.  But the jail, the

15   jail administrators and the sheriff would've had the

16   information showing how many inmate-on-inmate assaults

17   had been happening each year, right?

18        A.   Yes.

19        Q.   We talked earlier about how long it would take

20   for a deputy to complete an adequate security check of

21   the Gulf Pod; do you remember that conversation?

22        A.   Yes, ma'am.

23        Q.   Okay.  Would it surprise you to learn that

24   deputies within the jail in Gulf Pod were able to

25   conduct security checks of Gulf Pod in under ten minutes

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

```
 1   without any sergeant intervening?
 2          MR. BOGAN:  Object to form.
 3          THE WITNESS:  I don't know that it would
 4      surprise me to hear that -- that it could be done.
 5      It's -- I don't, I don't know that it would surprise
 6      me.
 7   BY MS. HARTON:
 8      Q.   Why not?
 9      A.   Some people walk faster than others.
10      Q.   Well, you said earlier that you couldn't
11   possibly conduct those checks in under ten minutes in a
12   way that comported with policy, right?
13      A.   Right.  I don't believe that I could, and --
14   and -- yeah, right.
15      Q.   Well, I -- no, I asked you specifically about
16   whether a deputy could conduct those checks of over 200
17   inmates in under ten minutes.
18      A.   Right.
19      Q.   And -- but it would not -- would it surprise
20   you to learn that deputies could conduct those checks in
21   under ten minutes, log in their log, housing logs, that
22   they had conducted those checks in under ten minutes,
23   and not have any sergeant initiate any sort of
24   investigation or discipline?
25          MR. BOGAN:  Object to form.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1              THE WITNESS:  Truthfully, I don't know that it
 2       would surprise me.  I might want to see it done.  I
 3       might, when I -- if I were to look at the log and
 4       see that it was done in less than ten minutes, I
 5       might review the video and see what that looks like
 6       if I'm -- if I'm the sergeant.  But again, everybody
 7       works at their own pace.  Different people cover
 8       ground more quickly than others.
 9  BY MS. HARTON:
10       Q.   And there would be no requirement that the
11  sergeant investigate or discipline an officer or a
12  deputy after learning that he had logged his security
13  checks as occurring within a time that seemed
14  unreasonably short to complete those security checks?
15              MR. BOGAN:  Object to form.
16              THE WITNESS:  Correct.
17              MS. HARTON:  Just give me one second.  I think
18       I'm done.
19              (OFF THE RECORD)
20  BY MS. HARTON:
21       Q.   Okay.  Captain, I'm so sorry, just one or two
22  more.  There's no policy in the sheriff -- by the
23  sheriff or in Marion County that would require a
24  sergeant to investigate or discipline an officer after
25  learning that he had conducted a security check of Gulf

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1   Pod in less than ten minutes, correct?

 2        A.   That's accurate.

 3        Q.   Okay.  There is no policy that would require a

 4   sergeant to investigate or discipline an officer after

 5   learning that he had conducted a security check that was

 6   not adequate under the policy, correct?

 7             MR. BOGAN:  Object to form.

 8             THE WITNESS:  That's not accurate.  If the

 9        sergeant learns that the detention deputy is not

10        doing an adequate check, then they are in violation

11        of not doing what they've been told to do.

12   BY MS. HARTON:

13        Q.   But a check within Gulf Pod by a deputy that

14   occurs in less than ten minutes --

15        A.   Right.

16        Q.   -- would not be adequate under the policy that

17   says they have to individually account for the wellbeing

18   of each individual inmate, right?

19             MR. BOGAN:  Object to form.

20             THE WITNESS:  I -- I don't know that to be

21        accurate.  I don't know if it can be done in nine

22        minutes or if it takes 11.  I -- I don't, I don't

23        know.

24   BY MS. HARTON:

25        Q.   Well, earlier you said it would take at least
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   15 to 20, right?

 2        A.    It -- for me to do it, yes.  Okay, I mean, I

 3   would have -- I -- I would think that if I were to go

 4   down there right now and do a security check, it would

 5   take me 15 minutes.  If somebody can do it in nine, is

 6   that a policy violation?  No. If the supervisor deems it

 7   a -- an improper security check, then that supervisor

 8   can -- can discipline that employee.  But there's not a

 9   -- a policy that says this is exactly right and this is

10   exactly wrong.

11        Q.    There is a -- there is a policy that says that

12   the security checks must occur by seeing flesh of each

13   individual inmate, correct?

14        A.    Correct, yes.

15        Q.    Okay.  And there is no policy that would

16   require the sergeant to review periodically the security

17   checks done by each deputy to see if those security

18   checks are happening according to that policy, correct?

19             MR. BOGAN:  Object to form.

20             THE WITNESS:  The procedure is the supervisors

21        ensure the deputies do their job.  Is there a

22        specific policy that says the sergeant has to ensure

23        that deputies are doing these security checks?  I

24        don't -- I can't quote you a policy number that says

25        that.  But the procedure is the sergeants ensure the
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1       deputies do their security checks.
 2  BY MS. HARTON:
 3       Q.   And -- but there's no procedure that requires
 4  sergeants to specifically review their deputy's security
 5  checks to see whether they are adequate, right?
 6            MR. BOGAN:  Object to form.
 7       Mischaracterization.  Go ahead.
 8            THE WITNESS:  Correct.
 9            MS. HARTON:  That's all I have.
10                 CROSS-EXAMINATION
11  BY MR. BOGAN:
12       Q.   Okay.  So I have just a couple follow-ups,
13  Captain.  First of all, with respect to, I guess, the
14  whole issue about how long it takes to perform a
15  security check, and what a deputy logs in on the
16  security check is the amount of time he completes a
17  security check, let me just follow up here. Obviously
18  some deputies walk faster than others; would that be
19  fair?
20       A.   Correct.
21       Q.   And in order to perform a security check, you
22  walk through the bay area, and you walk through the
23  aisles in which each of the bunks are situated.  You're
24  looking down to see if, in fact, there's the person
25  laying in the bunk.  You're not waking up the person.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   You're not having a conversation with him.  You're
 2   looking to see if that person is in the bunk; is that
 3   correct?
 4       A.   Correct.
 5       Q.   Okay.  And so the deputy, then, would walk
 6   through the bay area and complete that by -- and unless
 7   there were some reason he had to stop, then he could
 8   walk through at a variable rate that could be some
 9   faster than others; would that be fair?
10       A.   Correct.
11       Q.   Okay.  And so the fact that you believe that
12   someone would take longer than ten minutes doesn't
13   necessarily mean that someone didn't perform a security
14   check; would that be fair?
15       A.   Correct.
16       Q.   So Counsel asked you a number of questions
17   about policies and procedures of the jail back in 2017,
18   and then later in 2020 when the increase of the jail
19   population occurred.  And so I just have a couple of
20   questions that with respect to. First of all, policies
21   and procedures at the Marion County Jail are established
22   in accordance with several standards; is that fair?
23       A.   Correct.
24       Q.   And one of the standards is the Florida Model
25   Jail Standards?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        A.    Yes, sir.

2        Q.    And another standard is the Florida Commission

3   on Correctional Accreditation?

4        A.    Correct.

5        Q.    And so the Marion County Jail is subject to an

6   audit by the Florida Commission on Correctional

7   Association?

8        A.    Yes, sir.

9        Q.    And there's a procedure by which its policies

10  are audited and looked at to see if they meet minimum

11  standards?

12       A.    Yes, sir.

13       Q.    And the Marion County Jail in 2020 and in 2021

14  met those accreditation standards?

15       A.    Yes, sir.

16       Q.    And --

17            MS. HARTON:  Object to form.

18  BY MR. BOGAN:

19       Q.    And so as respect to the Marion County Jail's

20  policies and procedures, they were in accordance with

21  any applicable standards that were required to be

22  followed within the state of Florida for a jail,

23  correct?

24            MS. HARTON:  Object to form.

25            THE REPORTER:  I'm sorry, could you please

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1          repeat your answer?

2                THE WITNESS:  Correct.

3    BY MR. BOGAN:

4          Q.   Now -- and those standards that apply in both

5    2017, 2018, 2019, and 2020, are the same whether or not

6    the inmate population increased during that time frame?

7          A.   Correct.

8          Q.   And now when I say the standards, we're

9    talking about the standards by which the jail is

10   governed in terms of its policies and procedures?

11         A.   Correct.

12         Q.   So I wanted to, you know, go back real quickly

13   to this issue about the policies and procedures for

14   sergeants. First of all, is it correct that all the

15   duties and responsibilities of a sergeant are not

16   written in a formal policy?

17         A.   Correct.

18         Q.   And that there are certain procedures that a

19   sergeant is required to perform that are not in writing?

20         A.   Correct.

21         Q.   And those procedures are trained to the

22   sergeants?

23         A.   Yes.

24         Q.   And the procedures that they learn, not only

25   are they trained, but it's part of the on-the-job

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1    training when they assume the role of a sergeant here at
2    the jail?
3         A.   Yes.
4         Q.   And part of that on-the-job training and part
5    of the training itself, that, whether it's annual
6    training or otherwise, includes the fact that their role
7    is to supervise and make sure that the correction
8    deputies are performing their duties?
9         A.   Correct.
10        Q.   But one of the duties which is, in fact, a
11   written policy, is that the deputies have to perform
12   security checks?
13        A.   Correct.
14        Q.   And they have to do those security checks on
15   an hourly basis?
16        A.   Correct.
17        Q.   So part of the correctional sergeant's duty is
18   to make sure that the deputies are performing those
19   security checks; is that fair?
20        A.   Correct.  Yes.
21        Q.   And that is a procedure that is trained to the
22   correction sergeants in order to -- for them to properly
23   do their job?
24        A.   Correct.
25        Q.   And the correction sergeant can check or --
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    let me restate that.  Corrections sergeants have

2    multiple ways in which they can check on the performance

3    of the corrections officers in performing security

4    checks?

5         A.   Correct.

6         Q.   And what would be the different ways that a

7    sergeant could analyze or look to see if the deputies

8    were performing the security check?

9         A.   They can verify in person by being in the

10   housing unit when the check is being conducted.  They

11   can check the housing log that the deputy maintains that

12   documents the security check, or they can check the

13   video footage of the -- of the deputy conducting the

14   video check, of the security check.

15        Q.   Okay.  And so there, those three things can be

16   done at the discretion of the sergeant in terms of his

17   verifying whether security checks are being done?

18        A.   Correct.

19        Q.   Okay.  And -- but that is a procedure that is

20   expected of the sergeant to perform in terms of his

21   supervision of the deputies?

22        A.   Correct.

23        Q.   And in terms of that responsibility to perform

24   a supervisory role over the deputies in their

25   responsibility to perform security checks, that is not

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1    something that is in writing, but it is strictly a

 2    procedure that is trained and it is required to be

 3    followed?

 4        A.   Absolutely.  Correct.

 5        Q.   So throughout the deposition today, Counsel

 6    has asked you a number of questions regarding written

 7    policies, and some even regarding the procedure policies

 8    of the sheriff, and in doing so, she characterizes that

 9    these various policies and procedures are done to,

10    "ensure" some particular activity in, within the inmate

11    population.  You --

12            MS. HARTON:  Object to form.

13            THE WITNESS:  Yes, correct.

14    BY MR. BOGAN:

15        Q.   To follow that, the use of the word ensure

16    here today?

17        A.   Correct.  Yes.

18        Q.   Okay.  Based on your position as the sheriff's

19    representative here today for these various topics, is

20    it your understanding that the Marion County Sheriff's

21    Office ensures that there will be no inmate-on-inmate

22    violence at any time while an inmate is in this jail?

23        A.   No.

24        Q.   And as far as you are aware, are there any

25    policies and procedures that are in place here at this

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1   jail or any jail in the state of Florida that "ensures"
 2   that at no point there will be inmate-on-inmate
 3   violence?
 4        A.   No, sir.
 5             MR. BOGAN:  That's all, that's all the
 6        questions I have.
 7                     REDIRECT EXAMINATION
 8   BY MS. HARTON:
 9        Q.   It's your -- it's the jail's responsibility to
10   take reasonable measures to prevent inmate-on-inmate
11   violence, correct?
12        A.   Yes.
13        Q.   Okay.  Even though you may not be able to
14   prevent every instance of violence, the jail is still
15   required to implement policies and procedures that
16   account for that responsibility to prevent
17   inmate-on-inmate violence, right?
18        A.   Yeah.  Correct.
19             MR. BOGAN:  Object to form.  Go ahead.
20   BY MS. HARTON:
21        Q.   Okay.  You cannot just throw --
22             THE REPORTER:  I'm sorry.  I didn't, I didn't
23        catch the answer to that last question.
24             THE WITNESS:  Correct.
25             THE REPORTER:  Thank you.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

BY MS. HARTON:

Q. You cannot just throw up your hands as jail administrators and say that violence is inevitable and not take reasonable measures to prevent violence, right?

A. Correct.

Q. Okay. You just talked about some different ways to -- that a sergeant can check on the performance of the deputy in conducting his security checks; do you remember that?

A. Yes, ma'am.

Q. And that included looking at the logs, reviewing surveillance footage, and being present during security checks, right?

A. Correct.

Q. If a sergeant chooses to do any of those things, there is no place that the sergeant is expected to document that that he has confirmed the adequacy of those security checks, correct?

A. Correct, with the exception of if the sergeant was in the housing unit when the check was conducted, then he would be logged in to the daily log of the housing unit.

Q. If he reviewed the surveillance footage for the adequacy of the security check, that would not be documented anywhere?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1         A.   Correct.
 2         Q.   If he reviewed the log book for the adequacy
 3    of the security check, that would not be logged
 4    anywhere, correct?
 5         A.   Correct.
 6         Q.   And there is no requirement by the jail that
 7    he review the video, review the video surveillance or
 8    the log book for adequacy and quality of the security
 9    check, right?
10         A.   Correct.
11              MS. HARTON:  That is all I have.
12                    RECROSS-EXAMINATION
13    BY MR. BOGAN:
14         Q.   So just one more question.  Captain, is it
15    your understanding that the Marion County Jail has
16    implemented reasonable measures to prevent inmate-on-
17    inmate violence in accordance with the Florida Model
18    Jail Standards, the Florida Commission on Jail
19    Accreditation, and any other jail -- applicable jail
20    standards in -- within the state of Florida?
21              MS. HARTON:  Object to form.
22              MR. BOGAN:  All right.  Okay.  That's all --
23              THE REPORTER:  I'm sorry, I didn't get the
24         answer to that last question.
25              THE WITNESS:  Correct.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          MR. BOGAN:  That's all I have.

 2          MS. HARTON:  That's all I have.

 3          THE REPORTER:  Okay.

 4          MR. BOGAN:  All right.  Cool.

 5          THE REPORTER:  Okay.  Mr. McNeely, would you

 6     like to read or waive today?

 7          MR. BOGAN:  Yeah, he's going to reserve reading

 8     and signing, and I'll --

 9          THE REPORTER:  So reserve reading means he'd

10     like to read, correct?

11          MR. BOGAN:  Yes, he would like to read.  And so

12     if the deposition is ordered, then I'll take a copy,

13     and I'll arrange to get him a copy of the transcript

14     for reading and signing.

15          THE REPORTER:  So you would like that to go to

16     you, the read and sign to go to you, sir?

17          MR. BOGAN:  Yes.

18          THE REPORTER:  Okay.  And Ms. Harton, would you

19     like to order?

20          MS. HARTON:  Yes, thank you.

21          THE REPORTER:  All right.  Thank you very much.

22               (DEPOSITION CONCLUDED AT 2:59 P.M. ET)

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1                      CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA

 4   COUNTY OF ORANGE

 5

 6        I, the undersigned, certify that the witness in the

 7   foregoing transcript personally appeared before me and

 8   was duly sworn.

 9

10   Identification:  Produced Identification

11

12

13

14

15   _____

16        BOBBIE SERENA

17        Court Reporter, Notary Public

18        State of Florida

19        Commission Expires: 09/14/2024

20        Commission Number:  HH 042456

21

22

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1                  C E R T I F I C A T E

 2

 3    STATE OF FLORIDA)

 4    COUNTY OF ORANGE)

 5

 6         I, BOBBIE SERENA, Court Reporter and Notary Public

 7    for the State of Florida at Large, do hereby certify

 8    that I was authorized to and did report the foregoing

 9    proceeding, and that said transcript is a true record of

10    the said proceeding.

11

12         I FURTHER CERTIFY that I am not of counsel for,

13    related to, or employed by any of the parties or

14    attorneys involved herein, nor am I financially

15    interested in said action.

16

17    Submitted on: January 23, 2025.

18

19

20

21

22         _____

23         BOBBIE SERENA

24         Court Reporter, Notary Public

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**1**

**1** 39:17,18,24

**100** 28:24
81:22,23 90:2

**10:00** 21:9
31:11 95:18,21
96:7

**11** 122:14,18
130:22

**11-6-2021**
39:11

**11:00** 21:9

**12:22** 53:6

**13** 95:13

**14** 13:5 114:19

**15** 72:19 73:7,9,
14,15 74:25
131:1,5

**18** 95:14

**2**

**2** 11:12

**20** 73:9,14,15
74:25 108:16,
17 111:16
131:1

**200** 29:2 72:9
73:19,23 74:2,
9,14 75:7
77:12,20
128:16

**2004** 108:16

**2007** 6:20 8:16

**2008** 6:20

**2017** 120:23
122:16 123:24
124:6,8,9
125:24 126:14
127:9 133:17
135:5

**2018** 135:5

**2019** 126:9

135:5

**2020** 121:18,
23,24 122:17
123:19 124:12,
13 125:24
126:6,19
133:18 134:13
135:5

**2021** 8:13,20
28:15,23 41:2
64:1 72:17
82:21 96:12
104:7 108:11
113:16 126:14
127:10 134:13

**2024** 82:18,21

**2200** 23:4

**24-hour** 71:17

**256** 72:21 73:7

**27** 94:8,9

**2:59** 142:22

**3**

**3** 83:3

**30** 105:8,24
106:4 117:22

**30(b)(6)** 11:6
16:24 81:20

**30-day** 105:4

**32** 39:6 40:22,
23,24 42:8

**4**

**45** 121:19
122:14,16
123:19

**5**

**58** 11:3,5,8

**59** 82:11,13,25

**6**

**6** 11:12 41:2

**6164** 82:25

**7**

**7** 11:12

**70** 28:24 72:14

**75** 28:25

**8**

**8** 11:12

**9**

**9:45** 95:17

**A**

**A1** 42:3,4

**A2** 39:14,24
40:17 42:3

**abdicate** 26:24

**abide** 126:23

**abilities** 125:5

**ability** 23:18

**Absolutely**
26:23 138:4

**acceptable**
10:5 78:24

**access** 36:6
57:2 61:7
105:12,13

**accordance**
68:11 133:22
134:20 141:17

**account** 76:10
77:19 125:11,
17 130:17
139:16

**accountability**
55:8,9 98:9

**accountable**
48:6 127:4

**accounted**
80:15

**accounting**
81:6 84:3

**accounts**
17:11

**accreditation**
42:25 43:2 44:4
134:3,14
141:19

**accreditations**
44:5

**accurate** 20:24
64:21 65:2
70:25 71:2,3
72:24 73:13,15
77:23 88:8 91:2
97:4 105:9
112:7 119:25
130:2,8,21

**accurately**
70:20 93:8

**accused**
111:2,8

**achieved**
18:11,15

**act** 20:9 92:2

**action** 101:5

**actions** 35:19,
21 102:4

**activities**
30:21 53:18,20
57:15,16

**activity** 89:2
138:10

**actual** 81:2

**added** 126:12

**addition**
103:22

**additional**
63:8 65:12

**address** 34:2
59:22 62:14
63:17 100:18

126:6,13 127:8

**addresses**
86:1

**addressing**
30:21 33:25
118:14

**adequacy**
140:17,24
141:2,8

**adequate** 50:4,
20 52:15 73:6,
23 74:2,8,14
75:6 77:13
79:21 127:20
130:6,10,16
132:5

**adequately**
18:11 35:5 45:8
51:24 56:22
58:2 68:7 73:19
78:21 79:3
85:23 93:16

**adhere** 60:5
87:3,5 101:5
102:14

**adhered** 49:25
55:9 86:2

**adherence**
54:25

**adjust** 125:10,
16

**adjusted**
126:12

**adjustments**
126:5

**administer**
100:9

**administrative**
112:21,22

**administrators**
16:16 26:2,8,17
92:8 127:8,15
140:3

**administrators
'** 14:24

**admit** 10:16

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**admitted** 10:17

**admonish** 45:15

**admonishment** 101:12

**advance** 26:9

**advise** 35:21

**affirm** 5:19

**agree** 5:14 14:22,23 18:3 23:14,16,20,24 24:5,12,18,24 25:4,11 44:25 73:16,18 84:6 87:8 89:12 97:5 103:5 111:15 122:21 124:11

**agreed** 5:16 30:7

**agreement** 107:4

**ahead** 8:2,19 9:18 15:9 17:13,19,25 19:18 22:20 26:4,11 27:2,8 30:18 31:1 32:1 33:15,21 34:4, 17 35:16 36:13 37:2 38:11 40:6 42:17 43:6,15 46:5,12 47:3,8 48:1,19 49:1, 14,21 50:6 52:1,8,16 55:12,20 56:7, 25 57:13 58:3 59:11 60:3 61:14 62:25 63:18 64:2,14, 20 65:25 67:13 72:18,23 73:8 74:16 75:11,15 76:4,23 77:22 78:19 83:13 84:18 85:6,24 94:23 97:6 98:14 100:5 106:20 111:11 117:17 118:20 132:7 139:19

**aid** 15:22,25

**aisles** 132:23

**allowed** 20:21 22:3,4,9 23:1 93:21,24 96:15 97:13 103:5

**allowing** 101:16

**Alpha** 28:19 63:25 64:3,6,12 72:11,12 96:4

**altercation** 87:23 88:3 103:7 105:25 106:3,15 109:18

**altercations** 65:13 99:3,5,10 124:15 125:18

**amended** 11:5

**amount** 43:19 50:9,11,14 132:16

**analysis** 116:14

**analyze** 137:7

**and-white** 23:9

**announced** 95:17

**annual** 136:5

**annually** 112:24

**answers** 7:5 10:3,6

**anytime** 16:9

**appearance** 5:3

**appears** 16:23

**applicable** 134:21 141:19

**apply** 7:3 135:4

**approach** 21:21

**appropriately**

57:7 58:15 84:16

**approval** 107:21

**approve** 38:5 107:12,22

**approved** 107:13,16

**approves** 66:9 107:10

**approving** 108:2

**approximate** 9:24

**approximately** 95:16

**archivable** 105:3

**archive** 105:4

**archived** 105:15 106:12

**archives** 105:10

**area** 29:18 32:16,18 89:8 107:20 132:22 133:6

**areas** 23:17 24:6,13 56:16 70:3 109:22

**arguing** 109:23

**arrange** 142:13

**articulate** 96:25

**articulated** 9:15 70:19

**articulates** 80:20

**aspect** 46:20, 21 87:1,17 98:8

**aspects** 60:6

**assault** 113:24 114:2,22 115:2, 6,17 117:16

118:15

**assaulting** 115:8

**assaults** 24:1, 8 112:16 113:13 115:7, 15,16 116:20, 25 117:6,22,25 118:18 119:2,9, 13,18,22 121:18 126:20 127:9,16

**assigned** 29:7, 17 37:20 38:2, 21 39:1,2,24 40:5,14 44:20 95:19

**assigning** 37:23 38:23

**assignment** 37:22 39:10 42:18 80:20

**assignments** 37:25 38:9 40:13

**assistance** 62:8

**assistant** 89:9 112:21,23

**Association** 134:7

**assume** 8:2, 12,19 9:19 88:20 105:22 136:1

**assuming** 113:18 115:14 124:3

**attack** 25:18

**attacked** 6:16, 17

**attacking** 26:18

**attempting** 109:24

**attending** 5:4

**attention** 21:25 22:12 96:22 97:11

**attorney** 11:22

**attorneys** 12:10

**attributable** 121:11 126:22

**attributed** 124:2,4,5

**audio** 33:8,10, 22

**audit** 47:2 55:18 56:12 58:12 102:16 105:6 112:15 134:6

**audited** 92:24, 25 134:10

**auditing** 47:7 49:6

**audits** 114:3, 22 115:1,7 116:10 118:15

**authored** 107:8

**authority** 109:25

**automatically** 104:10

**average** 124:5

**awake** 31:16

**aware** 15:16 36:2,9 60:2 82:20,22 89:19 101:15 108:13 115:8 119:8 126:4,8,10,11 127:7 138:24

---

**B**

**B1** 42:3

**B2** 42:3

**back** 7:1 21:1 23:12,13 27:17

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900    www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

34:19 41:18
53:7 62:21,24
90:6 105:14
109:7 118:9
133:17 135:12

**base** 29:18

**based** 43:2,6
97:14 110:20
112:9,12
138:18

**basis** 30:4
37:21 55:23
83:21 136:15

**bathroom**
20:21 21:16,20
22:1,11 96:9,
16,23 97:2,12

**batteries**
113:9 114:16

**battery** 6:14
120:5,9,11,18

**bay** 87:5 88:18
89:3,13 95:23
96:6 132:22
133:6

**beds** 28:8

**beginning**
93:19

**behalf** 6:9
10:1,9,24
11:12,18 16:8
52:20 77:2

**behave** 18:20

**behavior** 20:3
23:18,22 66:2
91:13

**behaviors**
66:3

**believed** 117:5

**belong** 32:23

**beneficial**
92:11

**bi-annually**
112:25 113:5

**big** 32:14

**bit** 7:25 23:13,
15 46:2 87:1

**black-** 23:9

**blind** 87:15
103:19

**blinds** 6:25

**board** 107:17
116:1

**Bobbie** 26:12
43:6 66:20

**Bogan** 5:8,16
12:9 15:9 16:17
17:13,19,25
18:21 19:9,18
20:5,11,18
22:20 24:2,9,
15,21 25:1,8
26:4,11 27:2,8
30:18 31:1 32:1
33:15,21 34:4,
17 35:16 36:3,
13 37:2 38:11
40:6,20,23
41:10 42:17
43:22 44:9
46:5,12 47:3,8
48:1,19 49:1,8,
13,21 50:6,21
51:1 52:1,8,16
53:1,3 55:12,20
56:7,14,25
57:13 58:3,17
59:1,11 60:3,14
61:14 62:25
63:10,18 64:2,
14,20 65:1,14,
25 67:13 69:21
72:18,23 73:8
74:4,10,16,20
75:11,15,19
76:4,16,23
77:15,22 78:4,
18 79:14,25
80:9 81:8,22
82:6 84:17
85:6,24 87:11
88:5 89:15,21
90:20 91:19
92:3 94:23 97:6
98:14,21 99:4,
11,19 100:5,16
101:2,22
102:18 103:9

104:4,12 106:5,
20 108:22
109:3,12,20
110:9,24
111:11,19
112:17 113:14
114:4,11
115:10,19
116:12 117:1,
17 118:20
119:5,24
120:20 121:1,5,
14,20 122:1,4,
7,9,22 123:4,
14,21 124:16
125:1,4,13,19,
25 126:15,25
127:11 128:2,
25 129:15
130:7,19
131:19 132:6,
11 134:18
135:3 138:14
139:5,19
141:13,22
142:1,4,7,11,17

**book** 93:4
141:2,8

**bottom** 83:3

**brain** 119:12

**break** 52:24
109:4 120:7

**briefly** 11:3

**broad** 31:2,4

**broader** 102:1,
13

**broadest**
41:19

**broken** 117:2
120:8

**Bruce** 5:8

**bully** 110:1

**bunk** 20:23
21:10,15,20
22:13,18 23:2,
5,11 28:8 71:12
72:3 83:19 94:3
95:19 96:7,8,15
97:1,13 103:6

132:25 133:2

**bunks** 20:17,
20 22:5,9 28:22
45:16 71:13
93:21,25 96:21,
22 98:9,18
99:1,18,24
101:17 132:23

**bureau** 41:13

___

**C**

**call** 62:23

**called** 30:4
83:4

**calling** 120:8

**camera** 32:18
47:24 105:1

**cameras**
32:17,20 33:8,
10,11,22 36:6
47:20 57:2
103:14,16
104:15,23
105:2

**capability**
60:9,13

**capable** 60:7

**capacity** 10:3

**captain** 6:2
10:23 12:18
13:4,8 16:4,20
38:22 43:20
57:9 58:11
108:4,9,11
109:9 118:10
119:4,14,19
123:1,3 129:21
132:13 141:14

**captains** 13:1,
13,14 56:20
108:3

**capture** 103:16

**captured**
106:3

**care** 19:20,24
98:7

**carry** 92:1

**case** 6:12,15,
18 14:21
113:23 114:2

**cases** 83:21
111:4

**catch** 139:23

**categories**
81:24

**category**
111:13

**causing**
117:24

**cell** 28:12 86:7,
12,15,17,19
87:4,7,10,15,
17,18,21,22,25
88:1,6,11,17,
18,22,25 89:5,
14 95:19,20,21

**cellmates** 88:1

**cells** 28:13
86:22 88:13

**centralized**
87:19

**certification**
92:10

**chain** 12:19,20
13:2 14:14 60:6
107:18 116:4,6

**change** 33:14
40:2

**changed**
107:15 120:2
126:12

**characterizes**
138:8

**charge** 12:21
13:10 41:2
106:14

**charged**
116:16

**chat** 22:5

**cheaper** 89:12

**check** 30:4

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

51:20 53:19
57:17 58:14
60:21 67:10
68:15,17,23,25
69:1,20,22
70:1,2,6,13,22
72:13,17 73:6,
17,18,23 74:2,
8,14 75:7 76:1,
6,10 77:11,14
78:1,12,16
80:18,21 83:17
85:22 86:2
87:4,6 92:13,18
93:13 127:20
129:25 130:5,
10,13 131:4,7
132:15,16,17,
21 133:14
136:25 137:2,8,
10,11,12,14
140:7,20,24
141:3,9

**checking**
54:20

**checks** 31:20,
25 32:7 35:15
45:1,5,9 47:2,7,
15,17,20,24
48:4,5,16,24
49:7,16,24
50:5,13,19,23
51:4,16,24
52:6,10,15
53:12,16 54:6,
14,15 56:22
57:7 58:2,5,7
59:21 66:16
67:1,2,6 68:1,7
69:13,16 70:3
71:4,8,16,21
72:9 78:21
79:3,7,11,20,22
80:5,14,22,24
81:5 83:4,8,11
84:1,8,9,16
85:10,16,17
86:18,23 87:7
90:6,12,18,24
91:7,16 92:15
93:8 127:25
128:11,16,20,
22 129:13,14
131:12,17,18,
23 132:1,5

136:12,14,19
137:4,17,25
140:8,13,18

**Chicago** 5:7

**chief** 13:3
116:7

**choose** 61:10

**chooses** 59:25
140:15

**circumvent**
91:13

**civilian** 14:19
88:25 89:4,6,7,
8

**clarification**
66:22 114:4

**clarify** 8:11
9:18 86:25

**class** 111:7

**classes** 92:10

**classification**
16:3 111:12

**classifications**
13:19 16:4
63:19,25 65:15,
22 66:10

**classified**
17:4,16 65:3,5,
17 112:9 120:4,
5

**classifies** 16:3

**classify** 65:16
120:9,10

**classifying**
16:6

**clauses** 8:8

**clear** 21:4 37:8
58:10 70:5 75:4

**close** 6:24

**closed** 88:7

**clothing** 83:22

**command**
12:19,20 13:2
14:15 60:6

107:9,10,19
116:5,6

**commander**
41:5

**commanders**
14:6,11

**comments**
107:11,12

**Commission**
134:2,6 141:18

**committee**
34:9

**committing**
15:21

**communicate**
61:1 89:10

**communicating** 14:25

**company** 39:4,
5

**comparative**
116:14

**compared**
111:9

**complacency**
90:16

**complete**
59:21 73:22
74:1,8,13 90:18
127:20 129:14
133:6

**completed**
58:15,25 60:21
71:8,11 73:19
75:8 77:11
85:22 92:19
93:12

**completely**
9:4

**completes**
34:7 37:21
92:16,17
132:16

**completing**
90:23 93:8

**compliant**

76:3

**comport**
124:24

**comported**
128:12

**computer**
29:21 93:4,5
105:11

**concern** 59:7
66:4 119:3

**concerned**
123:11

**CONCLUDED**
142:22

**conduct** 15:15
52:5 66:15 67:1
69:12,15 71:21
72:2,3 73:5
80:17 81:5
95:19 127:25
128:11,16,20

**conducted**
47:2,10,15
49:16 53:20
56:22 67:10
68:7,16 76:2
78:6 128:22
129:25 130:5
137:10 140:20

**conducting**
35:14 48:16,23
51:16 52:14
83:16 115:6
137:13 140:8

**confident**
114:24 115:1,5

**confirm** 50:3,
19 57:6 70:10
71:4 72:13
84:15

**confirmed**
72:8 140:17

**confirming**
72:4

**confronted**
60:19

**confused** 8:10
73:4

**confusing**
22:22

**consensus**
118:2,3

**consent** 10:24

**consented**
11:11

**consideration**
16:6

**considerations** 89:20

**considered**
63:20 64:7
108:20 110:7

**consistency**
19:4

**consistent**
23:24 30:19,20
31:3,7,8,9,15,
16 32:2 35:2
36:14,16,19
97:9

**consistently**
18:16,18 31:12
32:20

**construction**
90:1

**contact** 113:3

**control** 18:4,7,
10,14 19:20,24
20:2 23:18 98:7

**controlled**
22:2

**conversation**
7:13 107:15
118:1 127:21
133:1

**conversations**
118:6,7

**convicted** 8:24

**Cool** 142:4

**copy** 11:25
12:1 93:4
142:12,13

**core** 15:3

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**corporate** 6:5
48:10

**correct** 10:10,
14,17,21,25
11:13,14,16,19
13:7 15:8,14,
18,24 17:9,14,
18,20,24 18:1,
9,12,13,16,17,
20 20:6,12
21:7,12,17
22:15 25:14,15,
20,25 26:3,5,
10,19,20 27:9,
14,15,19,20,21,
22,24 28:5,6,
11,14,18,19,20
29:3,5,10,15,
20,24 30:2,6,12
32:10 37:12
38:3 39:11,16,
21 41:24 42:6,
14 45:2,3,5,6,
10,12,13,17,18,
21,22 48:14,18
49:2 51:15,18,
22 52:2,23
53:13 54:17
56:6,8,16,19,24
57:1 59:2,6,12
62:9,14 63:1
64:8,9 67:12,15
68:3,5 69:8,9,
13,14,17,18
70:18 71:6,7,
10,15,19,21,22,
24,25 72:5,6,9,
10 76:3,5,12
77:9 79:5,9,24
80:1,6,7 83:14,
23,24 84:5
87:24 88:23
90:21 91:18
92:4,23 93:1,2,
8,9,13,14,17,
18,21,22 94:24
95:4,8,12,24
96:3,5,19 97:3,
10,19,24 98:3,
15 99:20
100:22 103:4,
15,17,18,21,24,
25 104:5 105:9
106:1,23
107:25 110:18,

25 111:10
112:11,13,14
113:25 114:23
115:24 118:12,
15,16 119:15,
20 120:21
121:15 122:19
126:14,16
129:16 130:1,6
131:13,14,18
132:8,20 133:3,
4,10,15,23
134:4,23 135:2,
7,11,14,17,20
136:9,13,16,20,
24 137:5,18,22
138:4,13,17
139:11,18,24
140:5,14,18,19
141:1,4,5,10,25
142:10

**correction**
136:7,22,25

**correctional**
15:17 18:3 19:7
20:2 24:6,13
25:12,17 69:11
79:18 134:3,6
136:17

**corrections**
111:16 137:1,3

**Cory** 114:23
115:2,5,17

**cost** 89:16 90:1

**Counsel** 5:5
133:16 138:5

**counseling**
61:4 100:10,11

**count** 31:10
83:1 95:20

**counting**
83:21

**county** 7:23
8:4,18 10:1,2,9,
20,25 12:17,21
27:18 30:8
48:12 49:5,18
52:5,20 77:3
79:7 80:13
84:14 88:16

89:19 91:1
104:17,22
108:14,18
115:6 129:23
133:21 134:5,
13,19 138:20
141:15

**couple** 113:20
132:12 133:19

**court** 7:6

**cover** 9:8
129:7

**covered** 90:9

**create** 124:14

**creates** 18:19

**crimes** 111:2

**criminal** 6:18
17:2 91:13 92:2

**criminally**
116:16

**criteria** 48:2
60:11,22 61:18

**criticize** 114:7

**CROSS-
EXAMINATIO
N** 132:10

**current** 12:16

**custody** 7:22
8:3 15:5 19:20,
24 64:4 86:15

**custom** 85:3

**cycle** 71:17

———————

**D**

———————

**daily** 37:21
97:9,14 117:11
140:21

**database** 62:1

**date** 8:9 82:17
114:25

**dated** 39:11

**day** 39:4,5
71:18

**day-to-day**
14:11,15

**days** 105:8,24
106:4

**death** 115:5

**decide** 22:17
58:1 59:22
62:12

**decided** 37:19

**decides** 42:15
58:12 69:7

**deciding** 17:4

**decision** 42:22
43:20 60:25

**decisions**
43:18

**decreased**
116:21

**decreasing**
118:19 119:23

**deems** 131:6

**defendant** 6:5

**defendants**
5:9

**deficient** 78:16

**delegate** 46:17

**denied** 10:17

**deny** 10:16

**dependent**
41:12 61:15

**depending**
86:5,6

**depends** 21:21

**deposition** 6:3
7:21 11:7 12:3,
11 83:12 93:19
138:5 142:12,
22

**depositions**
7:3,12 21:3

**deputies** 14:19
21:9 23:1,2,3
25:6 27:5,12
29:5,7,17

30:13,24 32:12
34:1,2 35:3,4,9,
20 37:19,23
42:23 44:7,20
45:1,12,15 47:2
48:15,23 50:4,
12,18 51:16
52:14 53:11,14
54:3 55:24 59:5
67:10 68:4
69:10,15 70:15
71:20 77:6
80:13,16 81:5
90:7 91:11,12
92:13 93:7,16
95:1,6,10,19
96:19 97:21
98:1,11,17
99:22 102:17,
21 103:2,12,23
104:8 121:11
126:22 127:24
128:20 131:21,
23 132:1,18
136:8,11,18
137:7,21,24

**deputies'**
35:19 49:6

**deputy** 21:11,
13 22:17,23
34:5,6,13,15
35:14 38:2
45:8,20 59:20
61:8 67:2 69:11
70:7 71:4 72:12
73:1,5,22 74:1,
7,13 76:13,20
77:11,19 83:20
84:1,9 90:23
91:9 92:16,17
93:12 95:18
100:3,20,24,25
101:10,12,16,
20 102:2,5,8,
10,13 127:20
128:16 129:12
130:9,13
131:17 132:15
133:5 137:11,
13 140:8

**deputy's** 35:25
47:7 61:15
102:4 109:21
132:4



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

describe 12:20
14:14

designated
16:19,21 28:16
44:11 113:21
114:6

designee
46:13,15 48:10
52:20

desktop
105:21

detail 46:2
79:12 84:11

details 84:8

detainee 6:15,
16 8:1 15:17

detainees 7:24
15:8,12,13
17:10,16 72:8

detention
14:8,19 21:22
31:11,15 32:15,
19 36:16 37:23
41:13 42:23
49:23 53:18
64:15 70:21
83:20 89:9,10
91:9,11,12 92:9
95:17,19
109:21 130:9

determine
15:20 34:20
52:14 58:14
60:12,22
105:17

determined
63:22

determines
16:12 41:8
68:24

determining
15:25

developing
107:3 108:5

deviate 9:9

dictate 67:19

dictates 60:15,

16 63:20 67:21
76:6

difference
84:23

differences
86:5,10 88:20,
24

differentiation
39:3

difficult 25:6
74:24 91:22,24

digital 93:5

DIRECT 5:25

directives
37:15

disagree 23:15

disapprove
107:12,22

disapproved
107:14,16

disapproves
107:10

disapproving
108:2

disciplinary
34:7,8 100:25
101:5

discipline
34:9,11 45:15
60:4,5,7,8,16,
17 61:6,13,20,
22 62:4,6,7,11
68:11 69:3,5,6,
7 100:3,12
102:5,8 110:12
127:6 128:24
129:11,24
130:4 131:8

disciplined
61:9 62:2 99:22

disciplining
93:11 101:20
102:2

discovers
35:20

discrepancy

68:10

discretion
22:16 40:18
57:25 58:6,7,16
61:10 71:20
72:1 100:2,9,14
137:16

discretionary
58:15

discussing
83:11 119:17

distinction
111:7,13

divided 27:18
41:14

document
11:2,7 34:21,24
39:7,9 44:6
56:11 58:24
66:3 82:10,12,
17 92:18 94:6,
8,12,14 140:17

documentatio
n 57:21 69:3
120:1

documented
53:16 54:7,18
55:1 61:6 66:8
68:11 120:2
140:25

documents
11:24 34:6
113:8 137:12

doled 62:7

door 21:24
33:9

doors 88:11

dorm 28:2,3
39:19 70:8,11
71:9 72:11
86:8,13,14,24
87:8 88:3,17,
18,21 89:13
90:7 96:1 97:18
98:12 101:11
103:17

dormitory
87:18 89:3

dorms 21:6,10
27:23 104:24
108:19 116:23

doubt 83:18

draft 107:9

driven 42:25

Dukes 39:18,
23

duties 135:15
136:8,10

duty 46:17
136:17

E

earlier 39:23
70:7 81:11
92:22 127:19
128:10 130:25

Eastern 53:6

economic
89:20,24

education
14:1

effect 100:13

Effective
82:17

element
104:16

emergencies
96:23

emergency
96:20

employee
131:8

encounter
120:4,10

encounters
34:6

encourage
91:3 92:6,8

encouraged
90:13,16 92:13

enforce 18:18,

24,25 19:2,15,
21 22:24 35:12
45:12,20 95:2,6
99:9,23 100:21
102:9

enforced
18:16 19:6,23
103:2

enforcement
9:2

enforcing 20:3
95:10 98:2
100:4,25
101:10 102:17

ensure 15:4
20:8,15 25:22
30:10 47:9,12,
17,20 48:4
49:16,24 50:16,
23 53:15,20
54:11,14 58:5,
20 65:12 68:9,
10,12 78:21
80:5,14 84:20
85:10,17 93:7,
16 98:19 99:2,9
102:21 131:21,
22,25 138:10,
15

ensures
138:21 139:1

ensuring
27:12 33:20
85:22 86:1
91:16,20 98:22
106:17

entire 7:1
71:17 73:6
76:14 77:2,12

entitled 82:1

environment
18:19 22:2,3
28:12 86:21
87:18 88:13

errant 35:20

escalate
59:19,25 60:23
61:25 69:8

escalated

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

59:19

**escalating**
59:8 61:12

**essential** 18:8

**essentially**
19:7

**established**
133:21

**evaluation**
116:17

**evening** 31:17

**everybody's**
20:22 66:1,5

**evidentiary**
106:15

**EXAMINATIO
N** 5:25 139:7

**exceed** 72:14

**exception**
140:19

**Excuse** 6:24

**exert** 109:25

**exhibit** 11:3,5,
8 39:6 40:20,
22,24 42:8
82:11,13,25
94:8,9 110:12

**exist** 19:7

**expect** 34:14
72:16 81:16
106:2

**expectancy**
23:5

**expectation**
23:10 64:10

**expectations**
15:1

**expected**
21:15 30:3,16,
24 32:5,8,11
34:2 35:11
36:11 37:6,9
38:4,8 45:23
46:6,10,23 47:6
49:23 53:21

54:24,25 58:19,
20 63:6,14 78:3
103:12 137:20
140:16

**experience**
109:14 110:11,
19 111:16

**explain** 33:2
46:1,2 80:13
86:10

**explaining**
49:22 56:4

**explains** 49:5,
19 78:9 80:23
84:14 85:21
93:24 100:23

**extra** 64:13
89:5

**extremely**
23:1 31:2

**eye** 64:13

_____

F

**facets** 16:5

**facility** 13:25
41:19

**fact** 5:14 6:21
57:14 132:24
133:11 136:6,
10

**factor** 66:11
89:25

**factors** 17:4
89:25 124:10

**fail** 127:5

**failing** 45:20
59:21 99:22
100:21 102:8,
11 126:23

**fails** 102:6,13

**failure** 18:18
101:5

**fair** 8:4,13,20
9:20 10:6
15:13,21 25:19
48:13 52:15,17

65:8,13 81:16,
25 114:6
124:15 132:19
133:9,14,22
136:19

**fall** 35:6 112:2

**falls** 35:7

**familiar** 83:7,9

**farm** 13:24

**faster** 128:9
132:18 133:9

**feasible** 77:6

**feed** 104:8

**feeding** 31:13

**feel** 7:12

**fell** 62:23

**fellow** 6:17

**felony** 8:24

**field** 80:18

**fight** 25:18
120:18 122:11,
12 123:19,22

**figure** 61:8
117:12

**file** 105:11

**filed** 114:17

**files** 105:22

**filled** 54:2

**final** 60:24

**find** 34:21
77:13

**finish** 51:1
78:15

**first-** 59:16

**fiscal** 63:22

**fit** 40:3

**five-minute**
109:3

**flashlights**
83:17

**flesh** 83:20

84:2 131:12

**flexibility**
40:10

**flexible** 23:2

**Florida** 5:9
43:2 133:24
134:2,6,22
139:1 141:17,
18,20

**follow** 9:11
19:16 53:22
57:19 85:9
94:18 95:3
102:11 132:17
138:15

**follow-ups**
132:12

**footage** 52:13
58:13 103:1,20,
23 104:2,7,23
105:7,16
137:13 140:12,
23

**foreseeable**
110:15

**form** 15:9
17:13,19,25
18:21 19:9,18
20:5,11,18
22:20 24:2,9,
15,21 25:1,8
26:4,11 27:2,8
30:18 31:1,23
32:1 33:15,21
34:4,17 35:16
36:3,13 37:2
38:11 40:6
41:10 42:17
43:22 44:9
46:5,12 47:3,8
48:1,19 49:1,8,
21 50:6,21
52:1,8,16
55:12,20 56:7,
14,25 57:13
58:3,17 59:1,11
60:3,14 61:14
62:25 63:10,18
64:2,14,20
65:1,14,25
67:13 69:21
72:18,23 73:8

74:4,10,16,20
75:11,15,19
76:4,16,23
77:15 78:4
79:14,25 80:9
84:17 85:6,24
87:11 88:5
89:15,21 90:20
91:19 92:3
94:23 97:6
98:14,21 99:4,
11,19 100:16
101:2,22
102:18 103:9
104:4,12 106:5,
20 107:9
108:22 109:12,
20 110:9,24
111:11,19
112:17 113:14
115:10,19
116:12 117:1,
17 118:20
119:5,24
120:20 121:1,5,
14,20 122:1,22
123:4,14
124:16 125:1,4,
13,19,25
126:15,25
127:11 128:2,
25 129:15
130:7,19
131:19 132:6
134:17,24
138:12 139:19
141:21

**formal** 14:25
70:15 135:16

**format** 7:14

**forwards** 34:8

**found** 118:8,17

**foundation**
21:2

**fountain** 22:1
96:23

**frame** 76:7
78:6,23 135:6

**fraternizing**
97:17,22 99:2

**free** 18:20

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

**frequency** 23:25 24:7 56:4 119:17

**frequent** 24:5 86:18,23 87:7 117:7

**frequently** 57:9 58:24 109:11

**front** 11:24 87:17 88:22 115:20 118:21 120:14 126:1

**frozen** 11:5

**FTO** 92:12

**fulfill** 22:10

**full** 5:11 7:8,16

**function** 102:22

**functions** 15:3

**future** 106:13

---

**G**

---

**general** 19:3 56:15 66:17 83:25

**generally** 38:25

**get all** 66:20

**give** 5:20 7:14, 16 113:2 114:25 129:17

**glancing** 71:9

**glass** 32:14

**go-to** 90:3

**goals** 91:8

**goings** 116:17

**good** 38:17 121:7

**gosh** 11:3

**governed** 135:10

**governing** 44:4

**great** 9:1 40:19 124:1

**ground** 7:2 9:7 129:8

**group** 111:20, 22,24

**grouping** 42:9

**guess** 6:20 9:23 132:13

**guidelines** 80:4

**guides** 62:3

**Gulf** 28:15,19, 23 29:1,4,12,17 30:15 41:2 63:25 64:3,4,6, 12 72:7,11,17, 22 73:2,6,7 74:2,8,14 75:7 76:1,14 77:12, 20 78:1 90:7 96:4 103:13 120:25 121:19 122:16 126:20 127:9,21,24,25 129:25 130:13

**Guys** 108:25

---

**H**

---

**hair** 83:22

**half** 82:5

**hand** 5:18,24

**handbook** 94:1,2,15,16,22 95:3,11 101:3 102:11

**handle** 59:17, 18,22 61:24 62:12 69:7

**handled** 61:3

**hands** 34:10 38:15 140:2

**hang** 22:5,13, 18

**happen** 34:24 38:24

**happened** 6:23 90:7 104:11 122:4

**happening** 114:3,22 115:2 117:6 119:10 127:17 131:18

**hard** 93:4

**harder** 17:22 87:16 98:11

**harm** 24:25

**harmful** 20:10

**Harton** 5:6,15 6:1 11:10 15:11 17:1,5,15,21 18:2 19:1,13,25 20:7,13,25 22:21 24:4,11, 17,23 25:3,10 26:6,12,14,15 27:4,10 30:22 31:6 32:4 33:18,24 34:12 35:1,23 36:10, 17 37:7 38:13 40:8,22,25 41:16 42:21 43:4,16 44:1,19 46:9,14 47:5,11 48:9,22 49:3, 11,17 50:1,10, 24 51:6 52:3, 11,18,24 53:2,8 55:16 56:2,9,17 57:4,20 58:8,22 59:3,13 60:10, 18 61:17 62:17 63:4,13,24 64:5,17,22 65:7,20 66:14, 20,24 67:20 69:24 72:20,25 73:11 74:6,12, 18,22 75:13,17, 21 76:8,19 77:1,17,24 78:7 79:1,16 80:2,10 81:20 82:2,8, 16,24 83:2 84:22 85:12

86:3 87:13 88:9 89:18 90:5,22 91:23 92:5 94:11,25 97:7 98:16,24 99:7, 16,21 100:7,19 101:6,24 102:24 103:11 104:6,14 106:7, 22 108:25 109:8,16 110:3, 16 111:1,14,21 112:19 113:1,4, 15 114:9,12,20 115:12,22 116:18 117:4, 20 118:25 119:7 120:16, 22 121:3,9,16, 22 122:3,6,13, 25 123:6,16,23 124:19 125:2,7, 15,21 126:3,17 127:2,13 128:7 129:9,17,20 130:12,24 132:2,9 134:17, 24 138:12 139:8,20 140:1 141:11,21 142:2,18,20

**head** 7:9 9:13 31:10 82:25 95:20

**headcount** 21:11,13 23:4 107:1

**heading** 83:4

**hear** 33:4,6,7,9 34:18 122:5 128:4

**held** 48:6 113:10 127:4

**hey** 65:10 79:18

**hierarchy** 41:18

**high** 63:20,21 64:1

**high-risk** 63:15

**higher** 15:12, 20 16:1,12 33:22 60:1,24 61:12 62:8,14 63:17 64:19,24 86:16 87:1,9 103:7 110:22 111:3,8,17,23 124:18 125:3, 11,17

**history** 16:2,14 17:3 61:16 62:12 69:6

**hit** 107:13

**hits** 107:11

**Hold** 11:4 78:18

**home** 29:18

**hour** 12:15,16 31:11 32:7 69:16 70:15 90:8,12,24

**hourly** 30:4 31:19,25 32:3,7 70:22 87:3,5,6 136:15

**hours** 31:17, 18,19 70:25

**house** 24:19 29:1 89:13 110:20 112:3

**housed** 17:10 25:5 27:19 64:7 72:22 86:7,17, 19,22,23 87:22, 25 110:6 112:8

**housing** 21:22 24:24 27:25 31:3 32:17 36:15 37:4,23 42:9,10,20,23 46:7 47:19 54:11,21 55:4, 6,19 56:5,12,15 57:3 58:13,19 63:12,19 64:4 66:6,17 67:24 69:23 70:2,3 74:9,14 75:7 88:25 92:20,21,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
Toll Free 855-MYDEPOS

24 93:3 95:22,
23 96:1,6 98:5,
8,10 117:3
128:21 137:10,
11 140:20,22

**human** 83:19
122:11 123:19

--- I ---

**idea** 114:1,21

**IDENTIFICATI
ON** 11:8 40:24
82:13 94:9

**identified**
81:10

**identify** 63:6,
15 64:11 70:16
73:2 91:25
116:23 117:5

**identifying**
117:14

**Illinois** 5:7

**implement**
63:8,16 65:11
113:11 124:23
139:15

**implementatio
n** 23:6,7

**implemented**
65:18 107:2,21
126:6 141:16

**implementing**
60:8

**important** 7:4
9:17 17:10 19:2
26:7,16 27:5,11
54:15 62:18
95:5 98:4
103:22 104:2,
16,18 106:16
119:14,18
124:22

**improper**
131:7

**improved**
120:12

**improves**
23:17

**inappropriatel
y** 45:16

**inch** 103:17

**incident** 6:22
11:25 12:5 17:7
25:21 34:7,24
102:3

**incidents** 26:9
27:7,14 105:24
120:17,24
122:15,17

**include** 20:16
56:18 63:15
99:17

**included**
140:11

**includes** 136:6

**Including**
100:20

**incorporates**
60:5

**increase** 119:1
122:23 124:12,
13,25 126:13,
20,22 133:18

**increased**
33:16 116:20
119:10 122:18
123:12,18
125:8,9,24
135:6

**increases**
24:14 124:22

**increasing**
23:4 118:18
119:23

**indefinitely**
105:16

**independent**
67:1

**indicators**
110:13

**individual**
23:6,7 28:13
65:19 70:11

71:5,13 72:3,4
77:19 81:7
130:18 131:13

**individually**
81:6 130:17

**individuals**
111:25 112:2

**inevitable**
140:3

**information**
17:6 104:3
114:8 127:16

**informed** 63:3

**infraction**
34:6,14,15 36:7

**infractions**
30:21 33:25
34:3

**inhibit** 26:18

**initial** 116:13

**Initially** 100:6

**initiate** 93:11
100:2,24
128:23

**injured** 25:24

**inkling** 119:22

**inmate** 8:2
13:24 15:20
16:1,6,12,13
17:18 18:8,24
20:3,15 21:10,
14,15,19,23
22:17 23:18,21
30:10,17,20
33:20 34:1
54:15 63:7
64:12,16,18
65:3,10,17,23,
24 66:12 70:11,
16 71:5 72:5
76:11 81:7
83:18,21 84:2,4
87:22,25 91:10
94:1,2,15,16
97:17 101:3
102:11 105:25
106:2 109:18
110:17 114:16

119:18 121:8
124:6,17,20,21,
25 125:8,23
126:6,13
130:18 131:13
135:6 138:10,
22 141:17

**inmate's** 17:2,
3 73:2

**inmate-** 23:17
114:15 117:24
127:9

**inmate-
occupied** 24:6,
13

**inmate-on-**
30:16 119:17
141:16

**inmate-on-
inmate** 24:1,7
25:13,18 30:10,
25 36:12 87:9
108:21 112:16
113:8,12,24
115:7,15,16
116:20,25
117:6,16,22
118:15,18
119:2,9,13,22
120:4,24
122:16 124:14,
21 125:10,18,
22 126:20
127:16 138:21
139:2,10,17

**inmates** 7:25
14:1,12,16
17:24 18:5,7,
10,11,14,19
19:6,16 20:9,
16,19,20 22:4,
8,14 23:21,25
24:14,18,19,20,
24,25 25:4,5,22
26:3,18 27:19
28:9 29:2 31:24
32:9 35:3,5,10
36:25 37:6,10
45:15 46:11,21
48:13,18,25
52:22 63:16
64:23,25 65:4,

16 66:3 72:9,
12,14,22 73:7,
19,23 74:3,9,15
75:7 77:7,13,20
79:11,23 80:6,
15 83:1 86:6,
11,12,22 89:13
91:16 93:17,20,
24 94:18,21
95:2,7,21 96:6,
7 97:1,12,18,21
98:1,8,12,17
99:1,17,23
101:4,7,11,16
103:5,8,13
104:16,21
106:14,19
107:1 109:10,
14,15,23,24,25
110:6,11,12,20
113:22 115:8,9
120:19 121:13
122:12 124:24
126:24 128:17

**inmates'** 80:21

**inside** 98:11

**insinuate**
20:22

**instance** 25:12
139:14

**insufficient**
24:12

**intake** 15:16

**intended** 16:24

**interact** 37:3,6,
9

**interaction**
23:21 30:19
31:7,24 32:9
36:16,20 46:21

**interactions**
31:9 99:15

**interchangeab
ly** 8:1

**interpret** 22:25

**interrupt** 43:13

**intervals** 90:19
91:7,10



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900    www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

Case 5:23-cv-00661-JSM-PRL    Document 50-18    Filed 06/27/25    Page 155 of 163
504741 Captain Meneley Interview 01-05-2023    PageID 1400

154

**intervene** 25:23

**intervening** 128:1

**intricately** 120:7

**investigate** 120:6 129:11, 24 130:4

**investigates** 34:10

**investigating** 93:11

**investigation** 100:3 128:24

**investigations** 14:8 105:16 112:22 113:7

**investigative** 106:13

**investigator's** 117:9,12

**involve** 62:13

**involved** 36:19 66:10 100:12 106:14 108:5 114:18

**involvement** 36:14

**issue** 35:25 44:16 59:7,16, 20,23 60:1,2, 12,20 61:11,12, 24 62:14 110:7 132:14 135:13

**issues** 44:12 48:24 100:18 117:23 120:18

**issuing** 69:7

---

**J**

**jail** 7:24 8:4,18 12:22 13:2,11, 12,17,18,19 14:4,7,8,15,24 15:4,7 16:12,

15,16 17:3,8,22 21:3,6 25:13 26:2,7,16,22,24 27:12,18 30:8 38:22 41:19,22 43:2 48:12 49:5 55:2 71:24 79:7 80:13 87:2 89:19 91:8 92:2,7 94:19 97:14 104:22 105:15 107:3 108:3,4,6,10, 14,18,19 110:18 112:3,5, 16 113:11 115:7 116:20 117:9 118:19 119:2,3,13,14, 19 121:11,12 123:9,10 124:8, 23 125:10 126:5,13 127:8, 14,15,24 133:17,18,21, 25 134:5,13,22 135:9 136:2 138:22 139:1, 14 140:2 141:6, 15,18,19

**jail's** 23:18 124:20,21 134:19 139:9

**jail-wide** 107:23 108:1

**jailers** 15:15,19

**jails** 86:5

**job** 55:24 56:1 59:19 79:19 81:21 82:4 98:22 117:9,12 121:7 124:1 131:21 136:23

**job's** 57:17

**jobs** 17:23

**Johnson** 41:4

---

**K**

**K9** 14:8

**keeping** 99:17

**killed** 25:24

**kind** 6:12 12:19 21:9 28:9 29:22 33:7 41:18 98:12

**kitchen** 13:24

**knowledge** 9:25 110:21

**Kristin** 41:7

---

**L**

**laid** 80:11

**late** 69:1

**law** 9:2

**lawyers** 9:9

**lay** 21:2

**laying** 132:25

**learn** 17:6 35:13,25 36:5 68:22 120:23 121:17 123:11 126:19 127:23 128:20 135:24

**learned** 108:18

**learning** 34:15 129:12,25 130:5

**learns** 60:20 130:9

**leave** 83:18

**letting** 45:7,19

**level** 15:16 60:15,17 61:4, 12 64:19,24 65:6,18 66:4 100:11 121:10 123:12,18

**levels** 41:8 42:16 60:6,8

**liability** 19:4

**liable** 102:6,10

**lieutenant** 13:6 14:18 35:7,8,13,22,24 36:1,5,6,9 37:24 38:4,6,8, 15,16 40:2,10 41:1,4 43:20 45:7,20,23 46:3,6,13,17,22 55:6,10,14,17, 24 56:23 58:11 59:9 61:2 62:13 63:3 69:12 100:11 123:9, 10

**lieutenant's** 40:18

**lieutenants** 35:11 56:4,11 57:15

**light** 6:25 7:1 83:18

**lights** 95:21 98:6,8,10

**lights-on** 20:23

**limited** 98:18

**listed** 81:23

**listening** 32:22

**litigation** 106:9,13

**live** 87:7 104:7, 8

**location** 5:4 87:20

**lockdown** 20:17,20,23 21:6,8,19 22:4, 18 23:4,10 31:10,25 32:7, 9,12 45:12,17, 21 69:16 70:16 86:21 88:12 90:9 93:20,25 94:3 95:14,17 96:8 97:13,18, 23 98:6 99:18, 24 100:4,21 101:1,10,17

102:9,12,17,23 103:2,6

**log** 77:10,25 92:20,21 128:21 129:3 137:11 140:21 141:2,8

**logged** 78:16 129:12 140:21 141:3

**logs** 53:10,15, 24 54:1,6,21 55:4,11,19 56:12 57:3 58:13 92:24 93:3 128:21 132:15 140:11

**long** 6:4,20 8:8 10:5 12:13,14 13:4 53:3 72:16 76:6 108:13 127:19 132:14

**longer** 7:8 105:23 106:4 133:12

**looked** 42:8 134:10

**lost** 62:15 122:5

**lot** 7:13 8:7 9:12 33:11 44:15 79:12 109:23 124:7,8, 9

**lots** 56:5

**loud** 33:4

**low** 121:10

**lower** 5:23

---

**M**

**made** 36:1 82:21 115:25 119:8

**main** 48:16,24

**maintain** 19:4, 20,24 91:4 98:7

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**maintaining**
17:23 18:4,7,
10,14 77:7
91:6,15 103:23

**maintains**
137:11

**maintenance**
13:25

**major** 12:25
13:1,3 116:7
119:3

**make** 7:10,17,
18,19 15:16
21:4 33:14 35:9
43:8,18 54:2,6
55:3 57:16
60:24 71:13
75:3 79:19,21
95:9 97:21,25
98:1,25 107:12
136:7,18

**makes** 17:22
21:14 25:5 36:8
38:1,14 42:22
107:10

**making** 20:16
35:4 43:19
44:25 45:11,14
47:14 91:21,24

**manage** 121:7

**mandated**
20:19

**manner** 17:11
18:20 20:9,10
47:18 85:11,19

**Marion** 7:23
8:3,18 10:1,2,9,
20,25 12:16,21
27:17 30:8
48:12 49:5,18
79:7 80:12
84:14 88:15,16
89:19 91:1
104:17,21
108:14,18
115:6 129:23
133:21 134:5,
13,19 138:20
141:15

**marked** 11:8
40:20,24 82:13
94:9

**matter** 19:3
83:25

**Matthew** 5:12,
14

**Mcneely** 5:10,
12,14,17 6:2
10:23 142:5

**meaning** 52:12
88:18 113:5

**means** 9:12,
14,19 10:16,19
39:14 122:17
142:9

**measure** 99:13

**measures**
27:16 30:15,23
36:11 55:2 92:7
139:10 140:4
141:16

**mechanisms**
14:25

**medical** 22:12
39:19 96:22
97:11

**medication**
9:3

**medium** 63:21
64:4,7 65:4,5,
11,24 86:15

**meet** 12:9
134:10

**meeting** 113:9
116:2,3 119:19

**meetings**
116:8 117:8
118:14,17
119:16,23

**memory** 81:13,
17

**mentioned**
33:25

**Merchant**
114:23 115:2

**Merchant's**
115:5,17

**met** 134:14

**method** 58:6,
10

**middle** 29:19
62:17

**mill** 28:9

**milling** 101:11

**mini** 81:25

**minimize**
99:14

**minimizes**
23:25 24:7

**minimum**
31:22 42:20,23
43:19,24 44:3
63:21 65:3,5
72:19 86:14
87:6 134:10

**minimums**
44:18

**minute** 44:24
73:20,21,24

**minutes** 68:25
72:19 73:7
74:3,9,15,19,23
75:8,10 76:2,14
77:12,21 78:2,
23,24 109:2,4
127:25 128:11,
17,21,22 129:4
130:1,14,22
131:5 133:12

**Mischaracteriz
ation** 132:7

**misclassified**
65:24

**missing** 40:16

**Model** 43:2
133:24 141:17

**monitor** 33:3,6
64:16 66:2
87:16 89:4,6,9
103:13 121:7

**monitored**

18:12 29:4
86:5,6,11,12
109:11

**monitoring**
25:6 30:14,20
31:8 32:11,13,
19,25 33:2
35:2,5,10,19
45:4 48:12,17,
25 52:21 53:18
64:19,24 88:21
89:2 93:17
104:16,21
106:19 113:22
124:24

**monitors**
31:14 32:18
33:23 34:22
89:1

**month** 117:8
118:15 119:16

**monthly** 113:8,
12 114:3
115:25

**months** 13:5
113:10,20
114:19 116:1,3,
11,15 117:23

**mouth** 10:12,
13 34:18

**move** 22:3
107:22

**moved** 44:23
107:14

**moving** 84:3

**multiple** 8:8
16:5 27:18
31:12 41:23
42:13 51:14,17
62:5 137:2

**muted** 122:3

**mutual** 120:10

**N**

**nature** 122:11
123:19

**necessarily**

51:9 57:1 70:4
85:8 133:13

**needed** 20:21
59:10,12,14
105:23

**nefarious**
98:20

**night** 21:5,9
31:18,19 39:15
69:13 95:16
103:6

**nighttime**
70:24

**nodding** 7:9

**noise** 33:4

**noises** 32:22

**nonviolent**
24:19,25 25:5

**nos** 7:8

**notate** 53:11

**note** 9:22

**notify** 65:22

**November**
8:13,20 28:15,
23 41:2 96:12

**number** 14:18
28:8,24 29:13
41:12,15 42:19,
23 43:24,25
44:3 49:9 67:5
72:7,11,12 88:2
95:14 112:15
115:16 116:19
121:18 131:24
133:16 138:6

**numbers**
41:12 116:4
118:2,3,23
120:12,13
124:9 126:1

**O**

**object** 15:9
16:17 17:13,19,
25 18:21 19:9,
18 20:5,11,18



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900    www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

22:20 24:2,9,
15,21 25:1,8
26:4,11 27:2,8
30:18 31:1 32:1
33:21 34:4,17
35:16 36:3,13
37:2 38:11 40:6
41:10 42:17
43:22 44:9
46:5,12 47:3,8
48:1,19 49:1,8,
21 50:6,21
52:1,8 55:12,20
56:7,14,25
57:13 58:3,17
59:1,11 60:3,14
61:14 62:25
63:10,18 64:2,
14,20 65:1,14,
25 67:13 69:21
72:18,23 73:8
74:4,10,20
75:11,15,19
76:4,16,23
77:15,22 78:4,
19 79:14,25
80:9 84:17
85:6,24 87:11
88:5 89:15,21
90:20 91:19
92:3 94:23 97:6
98:14,21 99:4,
11,19 100:16
101:2,22
102:18 103:9
104:12 106:5,
20 108:22
109:12,20
110:9,24
111:11,19
112:17 113:14
115:10,19
116:12 117:1,
17 118:20
119:5,24
120:20 121:1,5,
14,20 122:1,22
123:4,14
124:16 125:1,4,
13,19,25
126:15,25
128:2,25
129:15 130:7,
19 131:19
132:6 134:17,
24 138:12

139:19 141:21

**objection**
16:22 33:15
74:16 100:5
104:4 123:21
127:11

**observable**
87:19

**observation**
31:3,8 35:3
89:8 109:22

**observed**
109:11

**observes** 68:6

**observing**
35:5,10

**Ocala** 5:9

**occupied**
23:17

**occur** 25:18
34:21 67:6
71:17 84:1
90:12 99:3
112:16 131:12

**occurred**
34:16,19
105:25 121:18
133:19

**occurrence**
119:12

**occurring**
129:13

**occurs** 17:7
21:8 25:13,21
51:21 130:14

**off-hand** 37:18

**offender** 64:3
111:13 112:10

**offenders**
28:17 64:7
111:8,17 112:3,
8

**office** 6:7,10
7:23 10:2 16:8
138:21

**officer** 6:17 9:2

25:17,23 33:23
79:18 84:1
129:11,24
130:4

**officer's** 21:25

**officers** 17:23
26:2,8,17 66:6
80:18 121:6
123:25 137:3

**official** 13:8

**on-** 114:16

**on-inmate**
117:25 127:9

**on-the-job**
135:25 136:4

**ongoings** 61:2
89:9

**onset** 105:2

**open** 11:4
86:14 87:2,5
88:11,18 89:3,
13 95:22,23
96:6

**opened** 107:14

**operated**
54:12

**operation** 55:5

**Operational**
37:15

**opinion** 75:9

**opportunities**
124:14

**opportunity**
99:14

**opposed** 20:9
61:11 63:21
120:8

**order** 44:7
81:10,12 82:1
92:14 132:21
136:22 142:19

**ordered** 95:18
142:12

**orders** 12:1,4

**ordinary** 32:23

**original** 74:24,
25

**others'** 22:5

**outline** 9:8,10
109:1 119:12

**outlined** 61:18

**outlines** 57:24
58:23 83:10

**oversee** 42:11

**oversees**
37:24

**oversight**
85:15

_____

**P**

**P-R-E-A** 43:10

**p.m.** 53:6
95:17,18,21
96:7 142:22

**pace** 129:7

**paper** 80:25
81:9

**paragraph**
95:14

**parentheses**
42:19

**part** 9:24 37:14
83:22 119:18
135:25 136:4,
17

**participated**
118:13

**parties** 5:3,13

**passes** 23:5

**past** 61:9 62:3

**pattern** 91:11

**patterned** 91:5

**people** 7:22
8:3 15:5 19:21
23:5 28:21
88:2,11,13
111:2,22,23

122:11 123:19,
22 128:9 129:7

**percent** 28:24
90:2 117:22

**percentage-
wise** 122:24

**perfectly** 10:4

**perform** 84:9
127:5 132:14,
21 133:13
135:19 136:11
137:20,23,25

**performance**
36:1 55:7 59:4
137:2 140:7

**performed**
56:11 57:22
58:2

**performing**
50:4,12 102:22
136:8,18 137:3,
8

**period** 8:10,11
21:19 32:9,12
105:23 106:4

**periodically**
50:3 67:24
102:16 103:1
131:16

**periods** 8:7

**perpetrator**
17:12,17

**perpetrators**
91:25

**person** 51:3
89:24 90:3,4
110:6 132:24,
25 133:2 137:9

**personally**
34:13 108:5

**personnel**
88:25 121:12

**perspective**
23:8

**pertain** 48:12,
17


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900        www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

**pertains** 14:15
46:3

**Peterson**
16:20

**physical** 24:5,
12 36:25 44:6
46:4,18,20,23
93:4 103:7,24
106:15

**physically**
46:7 51:20
67:5,9 70:2

**picked** 32:24
33:1 79:17

**picnic** 28:8

**piece** 80:25
81:9

**place** 26:18
27:6,13 44:18
54:14 88:16
106:18 121:13
126:24 138:25
140:16

**plaintiff** 5:6

**Plaintiff's** 5:5

**plan** 63:20,22
65:18

**platoon** 29:14
38:23,25 39:1,2
40:15 41:9,11

**platoons** 38:21
41:23 42:1,4

**play** 69:4

**pod** 12:1 27:21,
23 28:2,5,15,23
29:1,4,12,17
30:15 36:21,25
37:10 38:2
41:3,17 44:8
45:23 46:4,18,
24 56:18 63:25
64:4 66:18,19
67:2 69:20,22
70:17 71:5,12
72:7,17,22
73:2,6,7 74:2,8,
14 75:7 76:2,14
77:12,20 78:2

90:7 93:17
103:13 104:3
120:25 121:19
122:16 126:20
127:9,21,24,25
130:1,13

**pod's** 123:11

**pods** 27:19,21
29:13 36:23
37:20 39:20
42:13 44:21
51:8,14,21 59:5
63:15 67:6,11
70:1 88:17,22
103:24 108:19
116:23

**point** 46:23
139:2

**policies** 8:17
12:6 14:23
18:15,25 19:3
20:4 26:17
27:6,13 35:11,
12 45:12,21
48:11,17 60:11
71:23 80:4 82:4
99:9 106:18
107:2,4,23
108:5 121:13
125:16 126:4,5,
11,23 133:17,
20 134:9,20
135:10,13
138:7,9,25
139:15

**policy** 8:16
32:5 37:5,15
38:9 47:13,16
49:4,9,12,18,
22,25 50:2
52:9,12 53:9,14
54:13 55:1,21
56:3 57:24
58:23 60:4,5,
15,22 61:19,20
63:5,14 65:9,21
67:12,17,18,25
68:8,11,13
76:3,6,9 77:14
78:8,23,25
80:12,23 81:4,
18 82:14,21,25
83:3,7,10,25

84:7,13,24,25
85:1,9,20 86:1,
2 90:17,25
93:23 96:11,14,
25 97:4,8,16
100:23 102:11,
12,14,15
106:21 107:1,5,
8,19 108:1
117:15,19,24
124:1 128:12
129:22 130:3,6,
16 131:6,9,11,
15,18,22,24
135:16 136:11

**population**
30:20 64:16
87:2 91:10
121:8 124:5,7,
12,13,17,22,25
125:9,12,24
126:7,13
133:19 135:6
138:11

**populations**
64:18

**pose** 15:8,12,
17

**posed** 62:22

**poses** 24:25

**position** 12:16
108:8 110:17
113:18,20
123:7 138:18

**positive** 20:9
23:20,21

**possibly** 75:8
88:2 128:11

**post** 12:1,4
37:21 39:10
42:18 44:7
80:20 81:10,12
82:1

**posts** 44:17

**potential** 66:12
91:25 110:2,4,
5,7,18

**potentially**
75:23,24,25

91:13 106:14
109:10,13,15
110:11

**practice**
113:11

**practices**
125:11

**PREA** 43:1,7,
10,12

**predetermined**
44:3

**predict** 25:12,
16,17

**predictability**
90:15

**preparation**
12:2,10

**prepared**
11:18 44:11

**presence**
23:17 24:6,13
31:15 36:25
46:4,18,20,23
103:24

**present** 51:20
63:9 67:5,9,16,
18,22,23 68:1
111:17 140:12

**presents** 87:9

**preserve**
16:22

**preserving**
18:8

**presume**
121:10

**pretty** 9:9
31:16 119:18
123:11

**prevent** 25:7
26:9,25 27:7,14
30:10,16,24
34:1 36:12 99:5
139:10,14,16
140:4 141:16

**preventative**
99:13

**prevented**
99:10

**previously**
16:21 120:3

**prior** 31:10,11
62:11 69:6
113:17,18
114:22 115:2,5,
17 116:15

**proactively**
63:6

**problem** 68:9,
12,14 110:2,4

**problematic**
66:13

**problems** 82:3

**procedure**
8:16 37:16
49:19 53:19,21
54:8,10,13,18,
20,24 55:3,22
56:3,12 57:11,
18 58:18 63:2
65:9,21 67:15,
16,17,21,25
78:9,10,17,20,
22 79:2,6 80:12
81:18 84:20,24,
25 85:1,3,9,11,
15,20 90:17,25
96:18,20,24
97:9,14,16
102:15 131:20,
25 132:3 134:9
136:21 137:19
138:2,7

**procedures**
8:18 12:7 14:23
18:15 26:18
27:6,13 48:11
53:17 71:23
82:5 88:15,21
106:18 108:6
125:11,17
126:4,5,12,24
133:17,21
134:20 135:10,
13,18,21,24
138:9,25
139:15

**proceed** 5:24

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**PROCEEDINGS** 5:1

**process** 80:17 93:11 100:25 107:3,7,21 110:12,14 114:19 120:1 127:6

**program** 13:9 92:12

**programs** 13:25 14:1

**progressive** 61:22 62:3,6,7 69:3,5 100:12

**promote** 90:15 91:7

**prone** 108:20 116:24

**propensity** 111:6 112:4,6, 12

**proper** 72:16

**properly** 48:15 53:16 54:2,7,11 60:21 80:17 126:22 136:22

**protect** 121:13 126:24

**provide** 7:5,15 80:3

**provided** 15:5 104:7

**providing** 23:24

**pull** 94:7

**purpose** 22:12 54:9

**purposes** 93:25 106:15

**put** 8:9 81:1 110:5

**puts** 17:18 88:16

---

**Q**

**qualify** 65:6

**quality** 45:5 141:8

**question** 7:15, 16 9:16,19,20 10:3 31:2,4 37:9 48:21 50:25 53:23 62:18,22,24 66:22 74:25 78:15 81:15 105:20 114:13 139:23 141:14, 24

**questions** 8:7, 22 9:12,14 14:21 44:15 114:10 119:11 133:16,20 138:6 139:6

**quick** 52:25

**quickly** 129:8 135:12

**quiz** 10:5

**quote** 47:16 131:24

---

**R**

**raise** 5:18

**rate** 115:8,15 117:7 119:10 133:8

**read** 11:15 142:6,10,11,16

**reading** 142:7, 9,14

**READS** 62:24

**real** 52:24 135:12

**reason** 9:3 19:12,15,16 21:18 33:13 96:15,25 97:12 133:7

---

**reasonable** 139:10 140:4 141:16

**reasons** 31:13

**recall** 6:12 10:4 16:21

**reclassification** 66:12

**reclassifies** 65:16

**recognize** 39:7 82:11,14 94:12

**record** 5:2,11 16:18 21:4 53:4,5,7 62:16, 19,20,21 75:3 82:24 104:10 109:5,6,7 129:19

**recorded** 104:23 105:3

**RECROSS-EXAMINATION** 141:12

**rectified** 68:10, 12

**rectify** 68:13, 22

**REDIRECT** 139:7

**refer** 7:22

**referenced** 32:14

**referencing** 8:13 42:5

**referring** 8:2, 10,12,16 70:14 95:25 96:1

**reflected** 78:1

**reflecting** 57:21

**refresh** 81:12

**regular** 55:22

**relate** 106:18

---

**related** 8:18 43:1,8 48:24 117:15

**relation** 11:6

**relied** 104:1

**relocate** 65:19

**relying** 43:17

**remain** 99:1

**remember** 127:21 140:9

**remind** 28:21 108:13 123:8

**remove** 110:14

**repeat** 9:17 48:21 66:22 135:1

**rephrase** 22:22 79:15

**report** 11:25 12:5 34:7,8,9, 25 66:8 112:22 113:8,12 117:2 118:24 120:14

**report's** 118:21

**reported** 112:15 120:12

**reporter** 5:2, 10,13,17,23 7:6 26:13 43:3,7, 11,13,15 53:4,6 62:15,19,21,24 66:21 109:5,7 134:25 139:22, 25 141:23 142:3,5,9,15, 18,21

**reporting** 120:11

**reports** 66:11 113:9 114:17 115:25 117:11, 16,21

**representative** 138:19

**reprimand**

---

61:11

**REQUESTED** 62:24

**require** 47:13 53:17 64:18,24 68:13 71:4 76:9 86:16,17 129:23 130:3 131:16

**required** 36:21 50:8,11 53:11, 20 54:1,5 55:10 58:4 65:9 66:15 68:8 69:10,12, 15,19 70:4,7,21 71:17,23 90:8, 11,13 92:25 93:12 100:24 102:21 134:21 135:19 138:2 139:15

**requirement** 50:17 52:4 66:25 67:4 70:15,19 102:25 129:10 141:6

**requires** 52:10,12 53:9 57:11 65:22 68:1 79:12 83:25 102:15 132:3

**requiring** 50:2 53:14 90:17

**research** 61:7 62:1

**researching** 82:22

**reserve** 142:7, 9

**resetting** 31:13

**reside** 87:6

**resolution** 33:22

**respect** 132:13 133:20 134:19

---



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900    www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

**respond** 44:14

**response** 14:9

**responsibilitie
s** 37:14 55:8,18
135:15

**responsibility**
22:24 26:1,24
27:3 30:9 35:7
47:1,21 51:4
59:18 61:1
64:16 66:2,5,7
93:6,10,15
95:1,9 97:20,25
99:8,12 100:18
109:23 137:23,
25 139:9,16

**responsible**
13:18 18:4 25:6
29:12,13 30:14
35:4,6,18
36:15,23,24
37:1,3,11,23
38:6,22 44:25
45:4,7,11,14,19
47:17,23 48:3
49:15,24 50:15,
23 51:7,13
55:5,6,14
57:14,16 59:4,8
60:16 63:12
67:7 101:20
102:2,4,5
106:17,21
108:2

**restate** 137:1

**restroom** 94:4

**results** 23:21

**review** 12:2,6
38:4,9 50:3,8,
11,18 51:25
52:6,13 53:10,
15 54:1,6
55:10,11,19
57:22 58:1,25
77:10,25 78:5
102:25 105:7,
14 116:10,13
129:5 131:16
132:4 141:7

**reviewed** 12:4
48:3 56:22,23

**reviewing**
47:23 50:15
56:5 117:10,11
140:12

**reviews** 55:4
107:10

**rider** 11:6

**rigid** 7:13

**rise** 60:9 61:5
66:4

**risen** 121:19

**rises** 100:10

**rising** 126:6
127:8

**risk** 15:8,12,16,
20 16:1,12
17:11,17,18
24:14,25 26:21,
25 63:9,17,20
64:1 87:9 103:7
110:22 111:3,9,
17,23 125:3,9,
17

**risks** 63:7
124:14

**Robert** 108:9

**role** 136:1,6
137:24

**room** 11:21

**roster** 37:22

**rough** 107:9

**roughly** 28:24
41:11,14

**round** 92:17

**rover** 29:18
39:19

**rovers** 32:16,
18

**rude** 8:23

**rule** 9:7 36:7
44:22 91:14
92:1 96:12
97:22 98:2,4

116:4 140:23
141:2

99:23 100:4,21
101:1,10 102:9,
17 103:2

**rules** 7:3 18:15,
18,25 19:2,6,
11,16,17,19,22,
23 20:3,14
22:24 23:8
80:4,8,9,11,16
94:18,22 95:2,
6,10

**run** 23:10

**runs** 23:9

———————

**S**

**safe** 24:19 26:3
71:13 79:12,23
95:7

**safeguard**
65:12

**safeguards**
63:8,16

**safely** 92:1

**safety** 15:4
17:18,24 18:8
20:16 30:10
33:20 45:1
54:15 72:4,13
73:3 76:10
77:7,19 80:6,15
81:6 84:3
120:19

**Sam** 5:6 16:17

**sample** 47:24

**save** 105:16
109:1

**saved** 105:17,
18,23 106:4

**scenario**
101:9,12,21

**schedule**
91:15

**scope** 44:10
102:13

**screen** 16:15
23:16 122:5,8

**screening**
15:23 16:3 17:7

**screenings**
15:15,19

**section** 21:24
28:2,7,16,23
31:12,14 46:24
64:1,4,25 65:11
72:2

**sections** 28:4
29:19,23 30:1
31:16 32:19
33:3 51:17
64:23 71:12
89:2,10 116:24

**sector** 39:17,
18,24,25 40:5,
18 41:17 42:7,9

**sectors** 40:2
42:12,16

**secure** 95:20

**security** 13:11,
12 14:4,15
17:23 30:4
31:19 32:7
35:14 38:22
45:5,8 47:2,7,
15,17,24 48:16,
24 49:7,16,23
50:4,13,19
51:16,20,24
52:6,15 53:12,
16 54:6,14,15
56:21 57:6
58:2,14 59:21
60:21 63:21
64:8 65:11,18,
24 66:16 67:1,
2,5,10 68:1,6,
15,17,23,24
69:1,13,16,20,
22,25 70:3,6,
13,22 71:4,8,
16,21 72:9,17
73:6,16,18,23
74:2,8,14 75:6
76:1,6,9 77:11,
13 78:1,16
79:7,10,20,22
80:5,14,18,21,
24 81:5 83:4,8,
10,16 84:1,7,9,

15 85:16,17,22
86:2,16,18,23
87:1,4,6 90:6,
18,23 91:7,16
92:17,18 93:8,
12 98:5 108:10
119:4,14,19
123:1 127:20,
25 129:12,14,
25 130:5 131:4,
7,12,16,17,23
132:1,4,15,16,
17,21 133:13
136:12,14,19
137:3,8,12,14,
17,25 140:8,13,
18,24 141:3,8

**sees** 40:2

**sending**
113:12

**sends** 38:15
112:22 113:7

**sense** 7:10,19

**sensical** 9:15

**sergeant** 29:8,
11 35:17,18,20,
21 36:1,8,21
37:13,21,22
38:1,14 39:4,5,
18,23 42:11
44:17 46:16,19,
22 47:17,23
49:24 51:7,13,
19 52:13 53:17
54:20 55:4,23
56:23 57:16
58:11,19,20
59:8,15,21,25
60:7,19 61:4,
10,21,23 62:1,
7,10,13 63:2
65:9,22 66:9
67:9,23 68:6,24
69:6,12 77:25
85:10,17,21
86:1 93:1,7,10,
15 100:1,9,14,
17 101:15,20
102:2,3,4,6
105:6 128:1,23
129:6,11,24
130:4,9 131:16,
22 135:15,19

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

**136:**1,25 137:7,
16,20 140:7,15,
16,19

**sergeant's**
40:13 47:1,21
51:3 55:5,7,11,
19 60:9,12
85:15 95:9
97:25 136:17

**sergeants**
14:18 36:11
37:9 38:21,23,
24 39:1 40:4,17
44:24,25 45:19
47:6,14 48:3,6
49:5,15 50:2
52:5 53:9,15
54:1,5 55:25
56:5,10 59:4
63:6,11 64:11
66:15 67:1,4
69:19 78:12
84:15,20 92:25
96:19 102:16,
21 121:12
126:23 131:25
132:4 135:14,
22 136:22
137:1

**service** 13:23,
24

**services**
13:17,25

**set** 14:23 50:14
81:24 84:13
90:25 95:3,11

**sets** 94:17

**setting** 15:17
86:7,8,12,13,
14,24 87:9,10
89:13,14

**settings** 86:15

**setup** 87:15

**sex** 28:16 64:3,
6 111:2,13,17
112:3,8,9

**sexual** 111:8

**Shaking** 7:9

**share** 82:9
94:6

**sharing** 23:16
82:11

**sheet** 38:1,14

**sheriff** 10:9,17,
20,24 11:12,19
12:23 13:3
14:24 15:3 32:6
33:13 38:8
43:20 52:5,21
77:3 84:14 91:1
106:24 107:16
108:15 116:7
127:8,15
129:22,23
138:8

**sheriff's** 6:7,9
7:23 10:2,13
16:8 47:13
138:18,20

**sheriffs** 30:8

**shift** 14:17
27:16 29:8,18
30:15,16,24
35:4 36:12,22
37:11,22 38:10,
19,24,25 39:2,
4,5,14,15,24,25
40:1,5 41:5
44:17,21 45:24
46:4,8 47:25
51:21 52:7
54:2,5 55:15
60:20 61:2
67:7,11,24
69:20 77:6
103:3

**shifts** 14:5,6,7
42:5 53:19

**shoes** 83:22

**shoplifters**
112:5

**short** 129:14

**show** 11:2 39:6
46:7

**showed** 40:21
42:18 106:25

**showing** 29:23
127:16

**shows** 91:9

**sign** 142:16

**significant**
104:25 105:25
122:20

**significantly**
9:10 123:12
124:22

**signing** 142:8,
14

**similar** 41:12

**similarly** 84:14

**simply** 87:12

**single** 110:17

**sir** 134:1,8,12,
15 139:4
142:16

**sit** 114:21
115:14 119:21

**sitting** 114:1,7

**situated**
132:23

**situation** 68:20
110:14

**size** 28:5

**skipped** 68:18,
23,25 69:2

**smaller** 88:2

**solely** 87:7

**solemnly** 5:18

**sort** 8:16 9:3
13:9 17:7 21:1
22:4,10 23:13
29:17 34:14
49:18 62:5 92:1
107:17 117:14
126:6 128:23

**sorts** 107:2
109:17

**sources** 43:18

**space** 28:9

**sparingly**
83:17

**speak** 16:4
44:11,12 46:10
89:17 118:22

**speaking** 10:1
16:8

**specific** 12:8
19:14 37:5 48:2
53:23 60:11
61:8 80:3,12
86:1 89:24
102:3 111:4
131:22

**specifically**
8:15 16:10
28:16 50:7
53:24 54:13,23
55:13 102:12,
20,23 128:15
132:4

**specifics**
14:20

**speculate** 9:23
19:21,22

**speculation**
77:22 106:11

**spoke** 12:14
16:22 70:6

**spots** 87:16
103:19

**square** 103:17

**staff** 13:3
14:19,25 18:4
19:7 20:2 21:22
23:17,20 24:6,
13 25:12 30:9
31:11,15 32:15,
19 36:16 37:6,
10 41:12,15
42:5 49:23
69:11 70:21
85:4 89:10 92:9
107:9,10 127:4

**staff's** 64:15

**staffing** 41:8
42:15 44:15
90:2 124:9

**staffs'** 53:18

**stagger** 90:11,
16 92:11

**staggered**
90:18

**stand** 95:18

**standard** 53:7
134:2

**standards**
43:2 44:4
124:23 133:22,
24,25 134:11,
14,21 135:4,8,9
141:18,20

**standpoint**
81:15

**stands** 21:10

**start** 73:3,4

**starting** 5:5
23:14

**stat** 113:9

**state** 5:3,11
63:8 92:9
134:22 139:1
141:20

**station** 33:23

**statistics**
116:3

**status** 112:9

**stay** 21:15 94:3
98:18 99:23

**step** 118:9

**steps** 127:7

**stop** 133:7

**stored** 105:11

**street** 79:17

**strictly** 138:1

**strike** 47:13
53:10 57:25
63:5 69:10
73:3,17 88:16
97:8 119:8
127:14

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**stringent** 23:1

**style** 86:24
87:8 88:4,17,
18,21 89:3,5,13
90:7 96:1

**subcategory**
112:2

**subject** 102:8
114:2 134:5

**subjected**
101:4

**submit** 107:13

**subordinate**
62:2

**subordinates**
48:7

**subtopics**
81:25

**supervise**
14:5,6,7 136:7

**supervised**
14:17 18:11

**supervising**
93:16

**supervision**
14:11,16 23:25
48:13,17,25
52:21 65:6
106:19 124:23
137:21

**supervisor**
29:9,11 34:9
35:18 58:12,16
59:9,15,17
61:6,12,25
62:8,10,14 69:8
78:21 105:21
131:6,7

**supervisors**
27:11 56:20
58:1,4 60:1
105:13 107:19,
21 131:20

**supervisory**
137:24

**support** 13:16,
17,18,19,22

**supposed**
35:8 46:3 48:7
49:6,19 50:15
84:9,15 85:21
94:3 95:2

**surpasses**
60:12

**surprise**
120:23 121:17,
24 122:10
126:18 127:23
128:4,5,19
129:2

**surprised**
123:18

**surveillance**
50:3,12,18
51:25 52:6,10,
13 57:22 58:13
78:12 103:1,13,
16,19,23 104:2,
7,15,21,23
105:7 106:3
113:22 140:12,
23 141:7

**surveilled**
91:17

**surveilling**
30:14 104:16,
24

**swear** 5:19

**system** 61:5,7
62:11 105:13

**T**

**tables** 28:8

**tabs** 11:4

**takes** 16:3,5
100:12 130:22
132:14

**taking** 7:6
119:11

**talk** 28:9 29:16
44:24

**talked** 30:7
35:2 92:21
93:19 127:19

140:6

**talking** 7:17,19
20:15 21:2,5
30:13 39:22
40:12,16 58:10
68:20 70:6
94:17 101:7,9,
13 107:20
135:9

**tasks** 102:22

**taught** 54:24
80:16 92:10

**team** 14:9

**technology**
33:16,17,19

**telling** 16:25
44:7,13

**tells** 62:4

**ten** 68:25 72:19
73:7 75:22,24
76:2,14 77:12,
20 78:2,24
109:2,4 127:25
128:11,17,21,
22 129:4 130:1,
14 133:12

**tend** 9:9

**term** 70:5

**terms** 32:12
33:20 42:8
47:7,14 77:6
102:1 110:5
135:10 137:16,
20,23

**test** 10:5

**testify** 9:4,25
10:23 11:11,18
48:11 52:20
82:4 104:20
113:21

**testifying** 6:9,
13 10:9,24 77:2

**testimony**
5:19 73:1,5
79:4 81:2 85:14
115:4

**thing** 113:17

**124:2**

**things** 14:2
16:9,10,13
23:9,14 32:24
33:1 109:17
137:15 140:16

**thinks** 18:24

**throw** 139:21
140:2

**thrown** 83:18

**tier** 62:5

**tiers** 62:5,6

**time** 6:4,20 7:1
8:7,10,11 14:18
22:8 23:5 25:23
29:2,5 33:8
53:7 57:5 76:7
78:6,23 88:14
91:17 95:20
105:5,15,23
109:1 114:2,16,
18 123:3,7
129:13 132:16
135:6 138:22

**timely** 47:18
85:11,19

**times** 8:7 9:12
23:3 91:25
92:14 122:15,
18

**titled** 82:25

**today** 9:5 10:8
81:11 114:1,21
115:14 119:21
138:5,16,19
142:6

**told** 130:11

**tool** 104:19
106:13

**top** 9:13 90:24

**topic** 16:18,20,
23 23:13 114:5

**topics** 11:12,
16,19 44:10
81:22 138:19

**total** 13:16

**tracked** 114:15

**trained** 135:21,
25 136:21
138:2

**training** 80:17,
18 110:19
136:1,4,5,6

**transcript**
142:13

**transportation**
13:20

**treated** 111:5

**trouble** 94:21

**true** 72:21 82:6,
7

**trust** 57:17

**truth** 5:20,21

**truthful** 10:6

**truthfully** 9:4
129:1

**type** 6:15
86:15,21 87:15,
18 88:12,19
89:8 91:13
112:2

**typical** 40:4
96:23

**typically** 29:6
36:8 44:20
86:16 118:8

**U**

**Uh-huh** 41:21
43:14 53:25
70:9

**uh-huhs** 7:7

**Uh-uhs** 7:7

**ultimate** 35:6
93:6

**ultimately** 38:6

**uncomfortable**
8:23

**uncommon**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900   www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

15:7,10

**understand**
9:16 10:8 16:8
17:1 19:6,10
43:5,17 70:14,
17 77:5 79:10
95:22 101:13
113:23 122:14

**understanding**
84:23 109:9
110:21 114:14
138:20 141:15

**understood**
9:20 85:4 96:11

**unit** 13:19,20
14:10,12,16
21:22 31:4
42:24 46:7
47:19 63:23
64:4,8 65:15
66:6,10 69:23
98:5,8,11
105:16 112:22
113:7 117:3
137:10 140:20,
22

**units** 13:23
14:4 27:25
32:17 36:15
37:4,24 42:9,
10,20 54:11
55:6 63:12
67:24 70:2
88:25

**unpredictabilit
y** 91:3,4,6 92:7,
8,15

**unpredictable**
91:15 92:11

**unpredicted**
91:10

**unreasonably**
129:14

**unusual** 29:1

**upgrade**
104:25

**uptick** 117:24

**upwards** 29:2

---

## V

**variable** 133:8

**variation**
40:12

**varies** 51:12

**vary** 39:5
92:13,14

**venture** 6:19
18:23

**verbal** 7:5
61:3,11 100:10,
11

**verify** 34:23
57:17 58:6,7
137:9

**verifying**
137:17

**versus** 86:12
88:22 90:1
116:15

**victim** 17:12,17

**video** 31:13
33:6 34:20
50:3,18 51:2,25
52:5,10,13
57:6,22 58:13
78:5 106:3
113:2 129:5
137:13,14
141:7

**video-surf**
29:22

**videos** 29:22
50:12 117:10

**viewing** 47:19

**views** 23:7

**violate** 94:22
127:5

**violation** 36:7
67:11 90:25
92:1 130:10
131:6

**violations**
91:14 117:15

---

**violence** 15:8,
13,21 16:1,13
17:12,17 24:14
25:7,13 26:22,
25 27:1 30:11,
17,25 34:2
36:12 63:7
87:10 108:21
110:5 111:9,18,
23 112:12
120:25 121:10
122:16,17
123:12 125:10
138:22 139:3,
11,14,17 140:3,
4 141:17

**violent** 20:10
24:19,24 25:4,
21 26:9 27:7,14
64:12 65:10,23
99:3,10,14
108:20 109:10,
13,15,18 110:7,
11,13,18,22
111:3,6 112:1,
4,5,6

**visibility** 98:19

**visit** 36:21

---

## W

**waive** 142:6

**waking** 132:25

**walk** 27:17
128:9 132:18,
22 133:5,8

**wall** 33:7,9

**Walters** 108:9

**wanted** 21:4
33:14 135:12

**warrants**
13:20

**watch** 14:6
41:5

**watched** 57:6

**water** 22:1,11
96:23 97:11

**ways** 34:1

---

103:12 137:2,6
140:7

**wellbeing** 15:4
70:10,16 71:5
72:4,8,13 73:2
76:10 77:20
80:15 81:6 84:3
130:17

**wellbeings**
80:21

**wellness** 77:7

**window** 105:4,
14

**windows**
29:25 32:15,16,
20

**witnessed**
6:22

**witnesses**
34:5

**word** 7:24 8:1
34:18 138:15

**wording** 94:5

**words** 7:25
10:12

**work** 7:7,10
13:24 21:3
55:18

**worked** 108:14

**working** 21:22
33:12 108:18
111:16

**works** 89:7
129:7

**would've**
39:24 41:2
127:15

**wow** 117:22

**write** 66:8

**writing** 84:25
107:4 135:19
138:1

**written** 37:13
50:8 53:10
54:18,23 55:21
56:3 58:12

---

67:17,18 78:8
80:12,23 81:4
85:2,4,7,8
93:23 100:23
101:19 102:1,7,
10 135:16
136:11 138:6

**wrong** 131:10

---

## Y

**year** 8:17 108:7
113:5,7,20
115:16 118:11
121:21 127:17

**year-and-a-
half** 120:3

**years** 105:1
108:16,17
111:16 113:6

**yeses** 7:8

**Yesterday**
57:8

---

## Z

**zoom** 39:12
62:23 82:14

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS