

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS
MILESTONE I REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
CASE NO.: 5:23-CV-00661

KRYSTI MERCHANT, AS
PERSONAL REPRESENTATIVE FOR THE
ESTATE OF CORY MERCHANT,
DECEASED,
Plaintiff

V.

BILLY WOODS, SHERIFF OF MARION COUNTY,
FLORIDA, IN HIS OFFICIAL CAPACITY;
DEPUTY JUSTIN KOSINSKI;
DEPUTY JOSEPH MILLER,
SERGEANT JEROME DUKES,
Defendant

DEPONENT: SERGEANT JEROME DUKES
DATE: SEPTEMBER 12, 2024
REPORTER: JESSICA ETHRIDGE

401 EAST JACKSON STREET,
SUITE 2370
**TAMPA, FL 33602**

315 EAST ROBINSON STREET,
SUITE 510
**ORLANDO, FLORIDA 32801**
**CORPORATE**

342976 Dukes Sergeant Jerome 09-12-2024 Page 2

APPEARANCES

ON BEHALF OF THE PLAINTIFF, KRYSTI MERCHANT AS THE PERSONAL REPRESENTATIVE FOR THE ESTATE OF CORY MERCHANT, DECEASED:
Sam Harton, Esquire
Romanucci & Blandin, LLC
321 North Clark Street
Suite 900
Chicago, Illinois 60654
Telephone No.: (312) 458-1000
E-mail: sharton@rblaw.net

AND

James M. Slater, Esquire
Slater Legal PLLC
2296 Henderson Mill Road Northeast
Suite 116
Atlanta, Georgia 30345
Telephone No.: (305) 523-9023
E-mail: james@slater.legal
(Appeared via videoconference)

ON BEHALF OF THE DEFENDANT, SERGEANT JEROME DUKES:
Bruce R. Bogan, Esquire
Hilyard, Bogan & Palmer P.A.
105 East Robinson Street
Suite 201
Orlando, Florida 32801
Telephone No.: (407) 425-4251
E-mail: bbogan@hilyardlawfirm.com
(Appeared via videoconference)

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 3

INDEX

| | Page |
|---|---|
| PROCEEDINGS | 5 |
| DIRECT EXAMINATION BY MS. HARTON | 6 |

EXHIBITS

| Exhibit | Page |
|---|---|
| 1 - Orientation | 80 |
| 15 - Camera View of G-Pod A Section | 133 |
| 16 - Video of Pod Marion County Jail | 144 |
| 17 - Video of Pod at Marion County Jail | 148 |
| 18 - Defendant Jerome Dukes Answers to Interrogatories | 153 |
| 27 - The Inmate Rules and Regulations Handbook | 113 |
| 31 - Excel Spreadsheet Platoon Roster | 118 |
| 32 - Detention Personnel Post Assignments | 123 |
| 34 - Incident Report | 51 |
| 35 - Incident Report 210004401 | 61 |
| 36 - Incident Report 210004389 | 68 |
| 37 - Incident Report 210004366 | 70 |

FORMAL REQUEST

1 - Order for G-Pod

2 - Policy for monitoring and surveilling inmates

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 4

STIPULATION

The VIDEO deposition of SERGEANT JEROME DUKES was taken at MILESTONE REPORTING COMPANY, 315 EAST ROBINSON STREET, SUITE 510, ORLANDO, FLORIDA 32801, via videoconference in which all participants attended remotely, on THURSDAY the 12th day of SEPTEMBER 2024 at 10:07 a.m. (CT); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure.

It is agreed that JESSICA ETHRIDGE, being a Notary Public and Court Reporter for the State of FLORIDA may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 5

PROCEEDINGS

THE REPORTER: Okay. We're now on record. My name is Jessica Ethridge. I'm the online video technician and court reporter today representing Milestone Reporting Company located in Orlando, Florida. Today is the 12th day of September 2024. And the current time is 10:07 a.m. Central Standard Time. We're convened by videoconference to take the deposition of Sergeant Jerome Dukes in the matter of Krysti Merchant, as personal representative for the estate of Cory Merchant v. Billy Woods, Sheriff of Marion County, Florida in his official capacity, Deputy Justin Kosinski, Deputy Joseph Miller, and Sergeant Jerome Dukes, pending in the Circuit Court of -- or pending in the District Court of Ocala. Case number 5:23-CV-00661.

Will everyone but the witness, please state your name, your appearance, and how your attending, starting with Plaintiff's Counsel?

MS. HARTON: This is Sam Harton for the plaintiff.

MR. BOGAN: Morning. Bruce Bogan for the defendants. Are you able to hear me okay?

THE REPORTER: I can hear you perfectly. Thank you. All right. And thank you so much. Sergeant

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

 342976 Dukes Sergeant Jerome 09-12-2024 Page 6

Dukes, would you please state your full name for the record.

THE WITNESS: Jerome Dukes.

THE REPORTER: Thank you. And we identified you off record, so if you would go ahead and raise your right hand. Do you solemnly swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth? Can you hear me?

THE WITNESS: Can you hear me?

THE REPORTER: I didn't hear you. If you just --

THE WITNESS: I -- I do.

THE REPORTER: Okay. You may proceed.

DIRECT EXAMINATION

BY MS. HARTON:

Q. Okay. Good morning, Sergeant Dukes. My name is Sam Harton. I represent Krysti Merchant and the estate of Cory Merchant. Have you ever given a deposition before?

A. Yes.

Q. Okay. How many depositions have you given?

A. Two.

Q. Two. And were you defendants in those lawsuits?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 7

A. No.

Q. Okay. So I want to go over just a few ground rules with you today. Okay. A few ground rules with you on how depositions are conducted. Basically, it'll be question-answer format. The court reporter is going to be taking down everything that you say. So it's very, very important that when I ask a question, you give verbal answers like you've been given -- you've been giving. I usually don't have this problem with law enforcement officials, but just make sure that we're not getting uh-huhs and nuh-huhs, we're getting yeses and nos. Does that make sense?

MS. HARTON: Oh, he looks frozen.

MR. BOGAN: You froze up a little.

MS. HARTON: Yeah, they're -- are they freezing for you, Jessica?

THE REPORTER: They're freezing for me as well. Yes. Yes, ma'am.

MS. HARTON: Okay.

MR. BOGAN: Can you hear us now?

MS. HARTON: Yeah. But you guys are kind of going in and out with both your video and your audio.

MR. BOGAN: Yeah. I -- you know, if it's the -- I did get a message here, it says that the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 8

bandwidth was low for a second there.

MS. HARTON: Okay. Yeah. You guys are going -- you guys are freezing a lot. I don't think we're going to be able to get through a whole deposition like this. Are we freezing for you guys? Jessica, we can go off the record for this.

THE REPORTER: I was just going to ask you. I'll take us off record. One second.

(OFF THE RECORD)

THE REPORTER: Okay. We're back on record.

BY MS. HARTON:

Q. Okay. So I think we left off going over some of the deposition ground rules. Sergeant Dukes, I'm going to be asking you questions, and your job is to just answer the question truthfully. The way that we speak in normal conversation is probably not going to work. Uh-huhs and nuh-huhs, shaking the head, nodding the head, the court reporter can't take down, so please be sure to give verbal answers. Does that make sense?

A. Yes.

Q. Okay. This is especially tricky given that we're on Zoom, but it's very important that you let me finish my question before you give your answer and that I let you finish your answer before I ask my next question. And that will just make it easier for the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

 342976 Dukes Sergeant Jerome 09-12-2024 Page 9

court reporter to get everything down, so then we're not talking over each other and nothing's all garbled up. Does that make sense?

A. Yes.

Q. Okay. I'm going to be asking you a number of questions and some of them you might not know the answer to. I'll never ask you to speculate. I will never ask you to guess. I might ask you to give me an approximation or an estimation, but throughout the deposition, if you truly do not know the answer to a question, "I don't know" or "I don't recall" is a perfectly fine answer as long as that's the truth. This is not a quiz or a test. Does that make sense?

A. Yes.

Q. Okay. So I'm going to ask first -- before we get started on the substantive stuff, I'm going to ask you a few questions that may seem a bit rude, but I asked them of everyone. Have you ever been convicted of a felony?

A. No.

Q. Okay. And is there any reason why today you may not be able to answer my questions truthfully or completely, such as taking some sort of medication or maybe you didn't get enough sleep last night, anything like that?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 10

A. No.

Q. Okay. Can you please just tell me a little bit about your position at the Marion County Jail today?

A. I'm a supervisor of Alpha Platoon.

Q. Sorry?

A. I'm a supervisor of Alpha Platoon.

Q. Alpha Platoon. That's A platoon?

A. Yes.

Q. Okay. And that -- you're a Sergeant, correct?

A. Yes.

Q. How long have you been a Sergeant?

A. Six years.

Q. And when were you initially hired at the Marion County Jail?

A. January 2008.

Q. 2008. And were you hired as a detention deputy?

A. Yeah.

Q. Okay. And so then you were promoted to sergeant in 2018; is that right?

A. That is correct.

Q. Okay. And have you ever held any rank higher than sergeant?

A. No.

Q. Before you worked for the Marion County

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 11

Sheriff's Office, did you work at any other law enforcement agencies?

A. Yes.

Q. Where did you work?

A. Coleman Federal Prison -- FWC.

Q. Can you just state for the record what FWC is?

A. Florida Fish and Wildlife.

Q. When did you work at the BOP?

A. 2003 to 2004.

Q. 2003 to 2008?

A. 2004.

Q. Okay. And were you a guard at a federal prison?

A. Yes.

Q. In 2004, where did you work after you left the BOP?

A. Marion County School Board.

Q. What did you do for the Marion County School Board?

A. --information technology.

Q. How long did you do that for?

A. Until 2008.

Q. Okay. And where -- when did you work for the Fish and Wildlife?

A. 1990 something until 2000.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 12

Q. 2000?

A. Yes. I -- I left Fish and Wildlife to go federal. So it's -- when I started, I don't remember.

Q. That would've been 2003 when you started at the federal prison?

A. Yes.

Q. Did you graduate from high school?

A. Yes.

Q. What high school did you go to?

A. The one I graduated from?

Q. Yeah.

A. North Marion High School.

Q. So you're from Marion County?

A. I live in Marion County.

Q. My question was: Are you from Marion County? Did you grow up there?

A. No.

Q. Okay. Where'd you grow up?

A. In Germany.

Q. Oh. And when did you move to the United States?

A. I'm trying to think. Sorry. Go back here. '96, I believe.

Q. And did you go to college?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 13

Q. Where'd you go to college?
A. AIU.
Q. Can you state for the record what that is?
A. American InterContinental University, Hoffman Estates.
Q. What did you study in college?
A. Computer systems.
Q. Okay. Did you get any -- did you get your degree from AIU?
A. Yes.
Q. And did you get your bachelor's or your associates?
A. Bachelor's.
Q. And did you get any other degrees after that?
A. No.
Q. Have you ever been in the military?
A. Yes.
Q. When were you in the military?
A. From '87 until '92.
Q. And what rank did you hold while you were in the military?
A. Corporal.
Q. Were you ever deployed?
A. Yes.
Q. Where were you deployed to?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 14

A. Germany, Kuwait, Saudi Arabia. I'm a Gulf War Veteran on one end, so everything that dealt with the Gulf War. And other operations.

Q. Thank you. When did you graduate from college?

A. 2003 or '04.

Q. So you were in the military before you went to college?

A. Yes.

Q. Okay. What did you do in the military? What were your duties?

A. Communication.

Q. Okay. And you are still an employee at the Marion County Sheriff's Office, correct?

A. Yes.

Q. And you're -- and you're currently a sergeant?

A. Yes.

Q. Okay. I want to talk a little bit about your just general role as a sergeant. What is -- who's your direct supervisor?

A. A lieutenant.

Q. Okay. Is it the same lieutenant every shift or does it change every shift?

A. It rotates every six months or -- yeah. Every six months.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 15

Q. Every six months. Who was your direct supervisor in November of 2021?

A. Lieutenant Johnson.

Q. I'm going to refer back to November 2021 for most of my questions going forward. So if I ask a question and you're not sure what date I'm referring to, you can assume that I'm referring to November 2021, but you can always ask me to clarify. Does that make sense?

A. Yes.

Q. Okay. And what -- sorry, one ground rule that I forgot to mention is that sometimes your attorney is going to object to some of my questions. If he does that, he needs to make his record, but unless he instructs you not to answer, you'll still have to answer the question in light of his objection. Does that make sense?

A. Yes.

Q. Okay. And you know, I've got my outline that I, you know, have all the questions that I want to ask you, but like most attorneys, I -- I'm not very good at sticking to my outline. And so there may be times where I'm asking a question because I'm just following up on something that you've said, and I -- I'm making the question up as I go. And that means that a lot of times my questions don't make sense. They are just kind of

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 16

stream of consciousness or they're not fully flushed out. So if I ever ask you a question and you do not understand what I'm asking, please let me know. Because if you answer the question, I'm going to go ahead and assume that you understood the question. Does that make sense?

A. Yes.

Q. Okay. Great. So can you please tell me what a typical shift was like for you as a Sergeant in November of 2021?

A. Typical shift. Drive to work, do roll call, job assignments, do supervisor checks, leave -- get relief and then leave.

Q. What is roll call?

A. That's when officers arrive, we give them a briefing, make sure they're on post.

Q. What do you mean by on post?

A. Check job assignments.

Q. Okay. As a sergeant, do you have any authority over what post or job assignment a particular deputy may be assigned to?

A. It would depend if I'm the scheduling sergeant.

Q. Okay. In November of 2021, were you ever the scheduling Sergeant?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 17

A. I do not recall.

Q. Okay. Were you the scheduling sergeant for the shift on the date that Cory Merchant died?

A. I do not recall.

Q. Okay. You mentioned supervisor checks. What are those?

A. That's where we randomly, unannounced, go through our pods to check on the wellbeing of the individual.

Q. And how often would you do those?

A. It's random.

Q. Would it be per -- would it be more than five times a shift?

A. Minimum one -- one time a shift.

Q. Minimum one time a shift. Okay. And that just consists of you sort of walking around the dorms and looking at the -- at the inmates and making sure that everyone's okay?

A. Yes.

Q. Okay. Do you physically walk into the dorms, or are you looking out from another room?

A. Could you clarify?

Q. Yeah. So obviously the detainees are housed in -- and we'll get to sort of the layout of the jail, but they're house in their own spaces, right, their own

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

dorms, their own cells. When you are checking in on them during supervisory checks, are you physically going into these spaces that they inhabit, or are you kind of looking through a window into their space?

A. During a supervisor check, I do walk into the section to speak with the inmates to see if they have something they wish me to address.

Q. Okay. Do you speak to every inmate in every dorm that you walk into?

A. We go ahead and make a broad announcement. So if anyone has anything they need to say, they can ask to speak to me and get it addressed.

Q. Okay. And do detainees typically, you know, on a usual supervisor check to, do detainees typically ask you for anything?

A. Yes.

Q. Okay. What kind of things might they ask you for?

A. Signing documents of release, finding out the next court date. That's typically it.

Q. Okay. They don't usually come to you for medical issues?

A. No. That's medical.

Q. Okay. Are those supervisor checks, are those the only times that you interact with detainees during

542976 Dukes Sergeant Jerome 09-12-2024 Page 19

your shift?

A. No.

Q. When else might you interact with a detainee during your shift?

A. When escorting them from one location to another.

Q. Okay. Where are you typically escorting detainees to, to court, to another cell, to another dorm?

A. It would depend on where they're going.

Q. Okay. I want to -- I think it'd be helpful for us to go through sort of how the Marion County Jail is set up. Can you describe for me the general layout of the MCJ?

A. We consist of A through H housing areas. Some housing areas might have six sections, some may have four. We have a dining facility, medical infirmary clinic, mental health side facility, booking. That's general.

Q. So in the housing areas, they are labeled Alpha A, B, C, D, E, F, G, right?

A. They're listed phonetically as Alpha, Bravo, Charlie, Delta, Echo, Foxtrot, Hotel, Medical, Clinic, Infirmary.

Q. Medical, Infirmary and what was the last one?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 20

Booking?

A. Booking is -- it is not listed as a housing --

Q. What was the last word that you said in your list then?

A. Clinic.

Q. Clinic. Thank you. Alpha -- so Alpha, Bravo, Charlie, Delta and so on, those are all -- those are referred to as pods, correct?

A. That is correct.

Q. And within those pods, there are sections, correct?

A. That is correct.

Q. And Alpha, how many sections does Alpha Pod have?

A. Six.

Q. How many does Bravo have?

A. Six.

Q. Charlie?

A. Six.

Q. Delta?

A. Six.

Q. Echo?

A. Four.

Q. Foxtrot?

A. Four.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 21

Q. Golf?

A. Four.

Q. Hotel?

A. Four.

Q. For the four pods that have six sections, how many individuals are typically housed in each of those sections?

A. That would depend.

Q. Okay. Let me ask a more specific question. Is -- are those -- are those sections cell blocks or are they more dorm style where you've got multiple bunks out in an open space?

A. What's cell block?

Q. So when I think of a cell block, it's -- you know, you're -- you've got a hallway when you're walking down, and on each side there's going to be multiple cells that are closed off from the hallway. But, you know, in other -- in other jails, they have more dorm style sections, where they've just got an open space with multiple bunks that the inmates are sleeping in.

So I'm asking in Alpha, Bravo, Charlie, and Delta, are those sections more dorm style or are the -- are the detainees in individual cells?

A. It's mixed.

Q. Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 22

A. The -- the -- there -- the housing area has rooms and sleeping areas on the -- on the floor.

Q. So maybe it would just -- and I know this is going to be tedious. I know there's a lot of -- this is a -- this is a big jail but explain to me how Alpha is set up with all of the bunks. How -- where the inmates live, how is it set up?

A. Alpha's different.

Q. Can you please explain?

A. Alpha has our maximum security, which is in the AE. Those -- there -- that's a lockdown facility. Foxtrot is where we have our protective custody. It's a -- a room setting. Bravo section, Alpha section, Charlie, Delta also. Yes.

Q. Is that -- sorry. You said what about Bravo and Charlie?

A. They're all -- they're room settings, but we don't put in -- there's no one on the floor. They're -- they're in rooms.

Q. So cells?

A. Yes.

Q. So how many in -- which of these -- of these pods, which are room based, which are cell based? You said Bravo, Charlie. What other ones?

A. No. Those are sections I was describing in

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

Alpha. You asked about Alpha.

Q. I see. I see. So within Alpha, you've got A, B, C, D sections. And one of those sections is maximum, one is protective custody, and some other ones are cell blocks?

A. Yes.

Q. Okay. Okay. Is everyone in Alpha though maximum security or just that one section?

A. It depends on their charges.

Q. Okay. Can you explain that?

A. You have those that are death row or those that have been -- those are our maximum security. Then you have those that have committed multiple homicides, are a threat to security, they're in Delta. Then you have those that have violated the rules of the facility, which they're in lockdown in the other sections. And Foxtrot is administrative protective custody from -- by the State or by the feds who need to be placed away from others that they might not get harmed, like an officer who may have been arrested.

Q. You said that in Alpha they've committed homicides. Are these post-conviction inmates, or are they -- are they awaiting trial?

A. It depends.

Q. Okay. Where are your post-conviction inmates

542976 Dukes Sergeant Jerome 09-12-2024 Page 24

housed in Alpha? Do you not understand my question?

A. No, I do not. I -- clarity.

Q. Thank you. So in Alpha, where are your post -- which section of Alpha Pod are your post-conviction inmates housed

A. For what charge?

Q. Okay. Well, let me ask this question first. In Alpha Pod, are you mixing convicted inmates with pretrial detainees in the same housing area?

MR. BOGAN: Object to form.

THE WITNESS: All right. We have -- in one side where we have the disciplinary side, where someone who has the same classification that's housed together. Then we have those that are back for court housed in the section.

BY MS. HARTON:

Q. Okay.

A. Okay? Those that's waiting a disposition of their case is in a whole different pod. So it's -- it's --

Q. Okay.

A. -- it depends. That's a -- that's a classification question.

Q. Okay. But you mean you've worked at the jail since 2008, correct?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 25

A. Yes.

Q. So you have a general understanding of how -- of where certain inmates live and how they're typically classified, correct?

A. Yes.

Q. Okay. So -- okay. So in Alpha Pod, there is Alpha Pod, Alpha section, correct? And that is where --

A. Yes.

Q. -- that's maximum security inmates, correct?

A. No.

Q. Okay. Explain?

A. That is administrative or disciplinary confinement.

Q. And are those cells or dorms?

A. Cells.

Q. What about Alpha, Bravo?

A. That's disciplinary and administrative confinement.

Q. Cells?

A. Yes.

Q. Alpha, Charlie?

A. That's disciplinary or administrative confinement.

Q. Okay. Alpha, Delta?

A. Those are those that are awaiting trial

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 26

pending their -- they're murderers or severe -- or hard felons.

Q. But they haven't been convicted of a crime at that point because they're awaiting trial, right?

A. They're waiting to -- they -- they are waiting to go to prison or have already had the cases pending resolution.

Q. Okay. So they've been convicted of their crimes and they're waiting for sentencing or they're waiting to be transferred to the DOC?

A. Yes.

Q. Okay. You're not -- you're not putting pretrial detainees in Alpha, Delta?

A. I have to get with Classifications. I --

Q. That's okay. That's okay. "I don't know" is a perfectly fine answer. Alpha, Echo. Is there Alpha, Echo?

A. Yes.

Q. Okay. Who's housed there?

A. Maximum -- maximum security. Closed enclosure.

Q. Okay. And Alpha, Foxtrot?

A. Protective custody.

Q. Okay. How does one get to protective custody?

A. That's either through investigation or the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 27

courts.

Q. Okay. If someone is fearful of violence by another inmate, they could be put into Alpha, Foxtrot protective custody; is that correct?

A. I -- it depends on investigation or the courts.

Q. Let's go through Bravo. Bravo, Alpha, who's housed there?

A. Inmates.

Q. What kind of inmates?

A. In Bravo Pod?

Q. Yeah.

A. My gosh, it could be -- it's -- bravo, Alpha can -- it's based on classification. But as far as I -- sometimes it is males that are in overflow. Sometimes it's relocated to females in overflow. It's an overflow.

Q. Bravo is an overflow?

A. Yes.

Q. Okay. That's helpful. What about Charlie Pod, who's housed there?

A. Those are females.

Q. Okay. And Delta Pod, who's housed there?

A. Orange and whites and red and whites.

Q. What are orange and whites?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 28

A. Those that are non-felons, or I mean, not -- like they're not hard felons, like they're not murderer or sex offenders, okay? The -- those are orange and whites. They're in there for pretrial based on the charges -- Classifications.

Q. And when you say orange and whites, are you -- does that refer to the clothing that they're wearing?

A. Yes.

Q. Okay, or so orange and whites are people who have never been convicted of a crime like murder or sexual assault?

A. That is correct.

Q. Okay.

A. Not -- I -- clarity?

Q. Sure.

A. They're not currently there on that charge.

Q. I see. So someone could be in an orange and white even though they have been convicted of sexual assault ten years ago?

A. Right. If they're not there on that charge -- okay? Say they got arrested for a ticket, they're not there for this -- a violation of sex offense, so then they're not a sex offense predator, or -- or so forth, they can go into orange.

Q. Okay. But that doesn't necessarily mean they

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 29

don't have some sort of violent conviction in their past, correct?

A. That is correct.

Q. Okay. I -- I'm really just trying to get information. You're our first deposition in this case, unfortunately, so I just don't have as much information as I will in the last deposition. So you're just going to have to bear with me on how this is -- how everything's set up over there. So red and whites, what are those?

A. Either those that have been charged or convicted with murder or those that are sex offense against -- they're sex offenders. Those two charges are red and --

Q. Okay. And is it -- can you be red and white on any sex offense, or are there sort of like more serious sex offenses that would put you in red and white versus in orange and white?

MR. BOGAN: Objection.

THE WITNESS: All right.

MS. HARTON: Bruce, are you objecting? I'm sorry. I want to make sure you get yours on the record. I can't hear you.

MR. BOGAN: Yeah.

MS. HARTON: Oh, I can't hear you. I can't

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 30

hear you. Bruce, we can't hear you at all. Like, nothing is coming through.

MR. BOGAN: Like, you can't hear me at all when I'm, like --

MS. HARTON: There you are.

THE REPORTER: We --

MS. HARTON: We can hear you now.

MR. BOGAN: Yeah. Okay. So yeah. I guess the problem is that when I object, I need to move over in front of the -- of the computer because apparently it's not picking up my voice off to the side, so -- but I thank you for letting me know. But -- so yeah. I did object to the last question, just so you know.

MS. HARTON: Oh, what were the grounds?

MR. BOGAN: I don't think he's -- it's established that he has, you know, knowledge regarding classification, so that's my concern, that, you know, you're -- you haven't lack -- there's a lack of predicate for him to give the testimony concerning, you know, what you're asking.

MS. HARTON: Okay.

BY MS. HARTON:

Q. Sergeant Dukes, if you remember my instruction earlier, that if you don't -- or if you don't know the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 31

answer to a question, you can say, "I don't know," correct?

A. Yes.

Q. Okay. In Delta Pod, are there -- are the orange and whites housed with the red and whites?

A. No.

Q. Okay. So in Delta Alpha -- who's housed in Delta Alpha?

A. Orange and whites.

Q. And Delta Bravo?

A. Orange and whites.

Q. Delta Charlie?

A. Orange and whites.

Q. Delta Delta?

A. Orange and whites.

Q. Delta Foxtrot?

A. Orange and whites. Oh, you said Delta Echo?

Q. Foxtrot. Oh, sorry.

A. Delta --

Q. I skipped -- I skipped Echo. You're right. Echo?

A. Orange and whites.

Q. Foxtrot is red and whites?

A. Yes, ma'am.

Q. Okay. And then Golf Pod is red and whites?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 32

A. Pardon me?
Q. Delta Golf is red and whites?
A. There is no Delta Golf Pod.
Q. Oh, you are right. Okay. Great. So tell me about Echo Pod then. Who is housed there?
A. Inmates.
Q. Thank you for that. What kind of inmates?
A. Misdemeanors, which are green and whites, and orange and whites.
Q. I forgot to ask you, in Delta Alpha, are -- or sorry. Just in the Delta Pod, generally, are all of those sections this dorm based layout that we were talking about, or are they -- are they individuals in their own cells?
A. Mixed.
Q. Okay. Which ones have their own cells? Which sections?
A. Clarity -- clarify?
Q. Okay. So in Delta Alpha, what is the layout of that? Is it dorm style, or is it cell block style?
A. Both.
Q. Okay.
A. You have --
Q. Go ahead.
A. The -- the entire pod is that way.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 33

Q. Entire pod is mixed?
A. Yes. You have --
Q. Okay. Go --
A. -- dorms on the floor, and you have cells.
Q. Okay. And not every individual is assigned to a cell, right? A lot of them are assigned to bunks on the floor, correct?
A. Clarity -- clarify?
Q. Yeah. Yeah. Yeah. So let's start with this. About how -- on the floor where there are bunks, about how many bunks are there?
A. That would be a Classifications.
Q. Okay. So you don't know?
A. That is correct.
Q. Okay. Do you know whether it's more than 15?
A. I do not know.
Q. Okay. But you know generally, that some individuals are sleeping in the bunks on the floor and some are sleeping in cells in that pod?
A. In they're assigned areas. Yes.
Q. Okay. Echo Pod, those are -- you said those are misdemeanors and orange and whites, correct?
A. Yes.
Q. Okay. And then is that mixed with cells and dorm style?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 34

A. No. It's just dorm style.

Q. Okay. And in Echo Pod, do you know about how many bunks there are in each section?

A. I do not.

Q. Okay. Is it more than five?

A. Yes.

Q. Is it more than ten?

A. Yes.

Q. Is it more than 15?

A. Yes.

Q. Is it more than 20?

A. Yes.

Q. Is it more than 30?

A. Yes.

Q. Is it more than 40?

A. Yes.

Q. More than 50?

A. Yes.

Q. More than 60?

A. Yes.

Q. More than 70?

A. That's a Classifications. I don't know.

Q. Okay.

A. And the --

Q. That's fine. I'm really just trying to get a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 35

sense, so I appreciate -- I appreciate it. Okay. So then Foxtrot Pod, what kind of inmates are housed there?

A. As of when? Clarify?

Q. Yeah. In November of 2021?

A. FA was sex offenders. FB, orange and whites. FC, orange and whites. And FD, orange and whites.

Q. And by sex offenders, you mean people who have been arrested for a sex based crime, correct?

A. That is correct.

Q. They have not been convicted by a jury or pled guilty to any sex crime at that time that they are put in Foxtrot Alpha?

A. That depends.

Q. Okay. Can you explain how -- what it depends on?

A. Some are convicted, and they're housed in that particular unit. Think like for violation of their charge.

Q. Okay. So in Foxtrot Alpha, there are people who are currently waiting trial on their sex offense who are being housed with people who have already been convicted on a sex offense charge?

A. Yes.

Q. Okay. And isn't that a -- is that dorm style?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 36

Q. And is it about the same size as the Echo Pods we were talking about earlier?

A. Yes.

Q. Okay. So it's, you know, around 60, 70 bunks?

A. Yes.

Q. Okay. Golf Pod, what kind of inmates are housed there?

A. In Golf Pod, GA, sex offenders, B, orange and whites, C, orange and whites, D, new intake.

Q. Okay. So the Golf Pod, again, is -- it's the same characteristics as those in Foxtrot A? Golf A and Foxtrot A have the same kind of inmates?

A. Yes.

Q. Okay. And that will include people who are awaiting trial on their sex offense and people who have been convicted of their sex offense, correct?

A. Yes.

Q. Okay.

MR. BOGAN: I'm going to object to --.

MS. HARTON: Did you object, Bruce?

MR. BOGAN: --.

MS. HARTON: I can't hear you.

MR. BOGAN: All right. Give me one second, and I'm going to turn off --

MS. HARTON: I can hear you now. You're good.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 37

MR. BOGAN: Okay. Let me --

MS. HARTON: You're good.

MR. BOGAN: I'm just going to turn off the audio one second and find out what he wants to talk about, and then I'll go back. I'm not -- I don't think there's any questions pending here, but I just want to ask him one question.

MS. HARTON: Okay.

MR. BOGAN: Okay. He needs to clarify, I think, what the last answer was related to, you know, the situation of Delta. Back in November of '21, it was different than what it is -- I guess what he just testified to, so --

MS. HARTON: Okay. That's fine. He can -- he can clarify that.

THE WITNESS: All right. Delta in '21 was not populated as Foxtrot is not populated now. Delta is Foxtrot. So do you understand me?

BY MS. HARTON:

Q. Well, yeah. I mean, do you have anything else you'd like to put on the record about that?

A. No. As far as one is under maintenance.

Q. So --

A. So that --

Q. So when --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

A. So that's --

Q. Go ahead. Sorry.

A. So since the Foxtrot Pod of '21 is what was explained, in '21, Delta was not open. So Delta -- when you're asking me questions about what's housed in Delta, Delta is what Foxtrot was, and this is where Foxtrot currently exists.

Q. So Delta in 2021 was under maintenance?

A. Yes.

Q. And now Foxtrot is under maintenance?

A. Yes.

Q. Great. And then last one that we got to get through is Hotel Pod. What kind of inmates were housed there in 2021, November?

A. Black and whites and orange and whites

Q. Black -- what are black and whites?

A. Those are inmate workers.

Q. Okay. Are black and whites sometimes referred to as trustees?

A. Yes.

Q. And which section are they housed in?

A. Currently or --

Q. In 20 -- in November of 2021. Thank you.

A. I do not recall.

Q. Okay. Well, this -- let me just ask you this.

PageID 1447
542976 Dukes Sergeant Jerome 09-12-2024 Page 39

Do black and whites have their own section in Hotel Pod?

A. Yes.

Q. So all inmate workers live together?

A. Yes.

Q. Okay. Are there any -- in Golf Alpha, are there any -- I know it's dorm style. Are there any cells in there at all?

A. No.

Q. Okay. I want to talk about the layout of Golf Alpha now. Is there a station where -- well, let me ask you this. Strike that. In Golf Alpha, are there correctional officers or deputies who are tasked with supervising and monitoring the detainees at that time?

A. Yes.

Q. Okay. In Golf Pod, how many detention deputies are monitoring, in November, 2021, all four sections on a given shift?

A. Two is assigned.

Q. Two are assigned to monitor the four sections within Golf Pod in November of 2021?

A. Yes.

Q. Okay. And -- sorry. We talked about the size of Golf Alpha, but we didn't talk about the size of the other. So Golf Bravo, is that dorm style, or are there cells?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 40

A. Golf -- dorm style.

Q. Dorm style. Okay. And is it similar to Golf Alpha, 60, 70 bunks?

A. Yes.

Q. Is that the same as Golf Charlie?

A. Yes.

Q. Okay. And then what about Golf Delta?

A. Yes.

Q. 60, 70 bunks --

A. Yes.

Q. -- dorm style? Okay. And so if -- so if all four of those sections are full, then the two officers would be tasked with monitoring up to 280 detainees at a time?

A. Yes.

Q. Okay. And so tell me about the layout of how they do that.

Is there -- is there like a station where they can kind of see into each section of the pod?

A. Yes.

Q. Okay. Do they have videos showing what's going on in the pod, or are they just looking in from the window?

A. Both.

Q. Both. Okay. Are two -- are the two officers

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 41

always expected to stay in that station throughout the entire shift?

A. No.

Q. Okay. When can they leave?

A. Lunch, pee break.

Q. Okay. Are they required to have at least one officer in that station at all times?

A. Yes. In the pod.

Q. In the pod?

A. Yes.

Q. What -- what's the -- what distinction are you making there?

A. Well, because that there's -- the pod has -- by its layout, that officer could be going back to the back to get snacks. The issue, he's in the pod, and he might not be at the station.

Q. So there may be times where an officer -- one of -- one of the officers has gone on his break and another officer has gone to get snacks in the pod and there's no one in the station, correct?

MR. BOGAN: Object to the form. You can answer.

THE WITNESS: Right. The -- if you see the layout, he's -- it's -- it's not -- he -- he's not in the center on the -- in that rovers area.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

BY MS. HARTON:

Q. Okay.

A. He -- the fridge is like from here to where your back wall is, but he has to leave that officer walkway to go to the fridge.

Q. Okay. So why don't you tell me a little bit about -- so you refer to this surveillance area as the rover station, correct?

A. Yes.

Q. Can you describe the layout of the rover station for me?

A. It's in the center of the -- the -- the pod, and it's a little bit elevated with two steps to where you can peer into four sections. There's an entry door, a law office, a video visitation center for like attorneys to -- to video, and then there's a warehouse, an inmate worker, where we would sit, and then the fridge.

Q. And that's all in the rover station?

A. That's when -- that rovers area. As far as in the rovers section, there is a platform that's elevated. You got two steps down, but you can see that -- those areas.

Q. And that rover station that you're referring to, that is where officers physically sit to watch what

542976 Dukes Sergeant Jerome 09-12-2024 Page 43

is going on in all of the sections; is that fair?

A. Partly.

Q. Okay. What's the other part?

A. It is that they can also walk on the -- where it was floor like kind of step down on the floor and still look around.

Q. Okay. And I just want to be clear. By watching the sections, they are either watching through a window or through a video, correct?

A. That is correct.

Q. Okay. And what's the shape of the rovers area? Is --

A. Clarify?

Q. Is it a square? Is it a circle? Is it an octagon? Like, what's the shape?

A. I never passed geometry.

Q. Okay. I guess my real -- my real question -- I'm just trying to figure out, you know -- you've got -- you've got the rover section in the middle, and then you've got four different sections that you're supposed to be surveilling from that area, correct?

A. Uh-huh.

Q. Okay. Are all -- can you -- can you see all four of those areas just by sitting there, or are -- if you're sitting one way, there's going to be two behind

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 44

you?

A. Yes.

Q. Okay. So can you just kind of describe that layout for me a little bit?

A. Depending on which place you're sitting, you can see two sections, and then you have, on each side, an array of cameras that you can see. So it's on each -- on each side, it's like an -- it's in -- it's like an egg.

Q. An egg?

A. That -- that's -- best way I can describe it.

Q. Okay. So the videos that the rovers at the station are watching, do those -- how many cameras are in each section?

A. I don't know.

Q. You don't know?

A. I know -- well, let's see. Two to three.

Q. Two to three in each section of the Golf Pod sections?

A. Yeah. In the sections.

Q. Okay. So there's two to three cameras in Golf Alpha, two to three cameras in Golf Bravo, et cetera.; is that fair?

A. Yes.

Q. Okay. And do those cameras show the entire

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 45

pod that they're surveilling?

A. It's an overview because you can't see the toilets, the -- the -- you know like the shower area due to privacy.

Q. Besides toilets and showers, are there any other blind spots in the -- in the cameras?

MR. BOGAN: I'm going to object to the form of that question and the term blind.

THE WITNESS: There's limited visibility in certain areas.

BY MS. HARTON:

Q. Okay. Can you explain that, specifically as it relates to Golf Alpha?

A. Well, the far back corner, you have poor visibility to see who that is in that back corner.

Q. Is it poor visibility, or is it just not in the frame of the camera?

A. Poor visibility.

Q. You said that you were the sergeant on A Platoon. Were you the sergeant on A Platoon at the time of Cory Merchant's death?

A. Yes.

Q. And what is A Platoon?

A. We have an A1, A2, B1.

Q. And what is the difference between A Platoon

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 46

and B Platoon?

A. The days on and days off.

Q. I see. So it just has to do with your shift. It doesn't have to do with the part of the jail that you're supervising?

A. That is --

Q. Okay. Is that the same for A1 and A2 Platoon?

A. Yes. And one is day, and one is night.

Q. So A2 is night?

A. Yes.

Q. Okay. So you still work night shifts?

MR. BOGAN: --.

THE WITNESS: Based on scheduling.

BY MS. HARTON:

Q. Okay.

MR. BOGAN: So Sam, I -- the only thing I was just going to point out just for clarification, you're using the -- and I know you're not doing this intentionally, but you're saying the date of his death. But Cory Merchant didn't die --

MS. HARTON: That's --

MR. BOGAN: -- on the -- on November 7th --

MS. HARTON: Yeah.

MR. BOGAN: -- of 2021. He died several days later. So just for clarification, when you say date

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 47

of death, you're referring to date of November 7th of 2021?

MS. HARTON: Yes. Thank you. That's actually a really good clarification. Thank you, Bruce.

BY MS. HARTON:

Q. So how about throughout this deposition, I'm going to refer to it as the incident or the incident involving Cory Merchant. When I say that, Sergeant Dukes, do you understand that I'm talking about November 7, 2021, when Cory Merchant was attacked in Golf Alpha?

A. Clarify? I don't -- as far as when you're saying he was attacked, I just know it was an incident.

Q. Okay. So throughout this deposition, just so that I don't have to restate the whole phrase, we can make this a lot shorter. If I say the incident or the incident involving Cory Merchant, we -- you understand that I -- I'm referring to the incident involving Cory Merchant on November 7, 2021, in Golf Alpha?

A. Yes.

Q. Okay. As a deputy or sergeant at the Marion County Jail, have you ever had to break up a fight between two inmates?

A. Clarify?

Q. What part of my question don't you understand?

A. Because a fight can be also oral, or you mean

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

 542976 Dukes Sergeant Jerome 09-12-2024 Page 48

physical.

Q. Okay. Thank you. As a deputy or a sergeant at the Marion County Jail, have you ever had to break up a physical altercation between two inmates?

A. Yes.

Q. Okay. When have you had to do that?

A. The date?

Q. Well, I mean, have there been -- do you remember the dates of any physical altercations that you've had to break up?

A. I don't remember the date. I know where I was posted. And I was in -- a deputy, and it was in A-Pod.

Q. Okay. Do you know the approximate year, month, date?

A. No.

Q. Okay. That -- and that's the only time that you, as a deputy, have ever -- or a sergeant, have ever had to physically break up an altercation between two detainees?

A. To the best of my --

Q. Okay.

A. -- recollection.

Q. Okay. As a deputy or sergeant at MCJ, have you ever learned that a physical altercation has taken place between two inmates or more?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 49

A. Yes.

Q. Okay. And I take it that's happened multiple times, correct?

MR. BOGAN: Object to form. You can answer.

THE WITNESS: Over my years of experience? Yeah.

BY MS. HARTON:

Q. Yeah. Between 2008 and 2024, you've had to -- you've learned about several physical altercations between inmates and detainees, correct?

MR. BOGAN: Object to form. You can answer.

THE WITNESS: Yes.

BY MS. HARTON:

Q. Okay. Can you estimate in the year 2021 about how many physical altercations were reported to you at the Marion County Jail?

MR. BOGAN: Object to form. You can answer.

THE WITNESS: I don't remember. I don't know. I -- I -- I don't do the statistics.

BY MS. HARTON:

Q. Yeah. I'm not asking for a statistic. I'm just trying to get a sense, you know, is -- you know, in a -- in the year of 2021, was it -- were you getting, you know, maybe one or two reports throughout the whole year, or were you getting dozens of reports of physical

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 50

altercations between detainees?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: Maybe one or two.

BY MS. HARTON:

Q. Oh, just one or two in a whole year?

A. You're asking me what I remember, so it's --

Q. Okay. And does that include the incident involving Cory Merchant when you say one or two?

A. Yeah.

Q. Okay. As you sit here today, do you remember -- can you think of any other physical altercations between detainees or inmates that you remember learning about in 2021?

A. Not that I can recall.

Q. Okay.

MR. BOGAN: Is this a good time for a restroom break?

MS. HARTON: Sure.

MR. BOGAN: Take five minutes?

MS. HARTON: Uh-huh.

MR. BOGAN: Okay. Thank you.

(OFF THE RECORD)

THE REPORTER: Okay. We're back on record.

BY MS. HARTON:

Q. Okay. I'm going to show you an exhibit. This

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 51

is previously marked Exhibit 34. Can you see this PDF?

(EXHIBIT 34 MARKED FOR IDENTIFICATION)

A. It's small, but yes.

BY MS. HARTON:

Q. Yes. Okay. I'll zoom in for you as you need. So just at the top, it's labeled Incident Report, dated August 1, 2019. Does this generally look like an incident report out of the Marion County Sheriff's Office?

A. No. That's from Investigations.

Q. Okay. So this was conducted -- this looks like an incident report created by the Investigations Department of MCSO?

A. Yes.

Q. Okay. Do you have any recollection of an investigation into an incident that occurred on August 1, 2019?

A. Not that I can recall.

Q. Okay. And -- but you see here it says, "Offense Description: sexual battery," correct?

A. Yes.

Q. Okay. So I'm going to scroll down to Page 34. And actually, what I'm going to do is I'm going to first go to Page 32, and I'm going to give you an opportunity -- if you'll just read that largest paragraph on the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 52

screen there that starts with, "I responded to the Marion County Jail." Just -- you can just read it to yourself.

A. Okay.

Q. After reading that paragraph, did that jog your memory at all as to this incident?

A. No.

Q. Okay. But it's fair to say that this paragraph describes an investigation into an incident at the Marion County Jail where some individuals assaulted another individual in custody sexually?

MR. BOGAN: Object to form. You can answer.

THE WITNESS: According to this report.

BY MS. HARTON:

Q. Okay. And it also describes -- it says, "There were numerous unknown individuals who assisted by placing blankets across the bunk beds to conceal the altercation taking place." Do you see that?

A. I do see it in the -- in --

Q. In the report. Yeah. Have you ever heard of inmates -- or have you ever seen inmates place blankets across their bunk beds to conceal whatever is going on in their bunk bed?

MR. BOGAN: Object to form.

THE WITNESS: Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 53

BY MS. HARTON:

Q. Okay. Would you describe it as a common occurrence at the Marion County Jail?

MR. BOGAN: Object to form.

THE WITNESS: No.

BY MS. HARTON:

Q. Okay. About how many shifts in, say, a month would you see inmates hang blankets across their bunk beds to conceal whatever is going on?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: Maybe five or six times a month.

BY MS. HARTON:

Q. Okay. And when -- are they -- are they allowed to do that?

A. No.

Q. Okay. And so when they do that, what do you -- what do you do?

A. We have them remove the blanket.

Q. Okay. So each time that you see them place a blanket over their bunk bed, you go and you tell them to take it down, or some other officer goes and tells them to take it down?

A. Yes.

Q. Okay. And why do you do that?

A. Because they're not in plain view.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 54

Q. Okay.
A. It obstructs --
Q. And why -- go ahead.
A. Pardon.
Q. Go ahead. You can finish your answer.
A. It -- it obstructs our view.
Q. Okay. Why is it important for officers to not have an obstructed view of the detainees?
A. You can't see them.
Q. Sure. And so would you agree with me that if your view of the detainee is obstructed, then it limits your ability as an officer or a sergeant to maintain the safety of that detainee, fair?
MR. BOGAN: Object to form. You can answer.
THE WITNESS: Not fair.
BY MS. HARTON:
Q. Okay.
A. Sometimes they're -- they're covered. Like, they sleep underneath their blanket to go to sleep, but -- and we still have them remove it so we can see them.
Q. And for what purpose do you need to see them? Is it for their own safety?
A. Accountability.
Q. What's the difference between safety and accountability?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 55

A. An escape and no escape.

Q. Okay. So the reason that you need to make sure you see the detainees is just so that you can make sure that they haven't escaped?

A. One of the reasons.

Q. Okay. What are some of the other reasons?

A. That they're breathing, they're there.

Q. They're not being attacked by another inmate?

A. That is correct.

Q. Okay. So safety would be one of the reasons why you need an unobstructed view of the detainees, fair?

A. It would be one, yes.

Q. Okay. So now I'm going to go to this bottom paragraph that starts with, "Cesar DeLeon advised." Do you see that paragraph? This is on Page 34. Sergeant Dukes, I asked, did you see that paragraph?

A. I'm -- I'm reading it right now.

Q. Oh, okay. So -- oh, I'm going to read it for the record.

A. Oh, okay.

Q. That's okay. So it says, "Cesar DeLeon advised he heard screaming and thought there was a fight going on. DeLeon advised he was playing cards in the front of the section and was minding his own business.

 542976 Dukes Sergeant Jerome 09-12-2024 Page 56

DeLeon advised the fight started at approximately 20:30 to 21:00 hours and lasted ten to 15 minutes. DeLeon had no further information." Do you see that?

A. Yes.

Q. Did I read all that accurately?

A. Yes.

Q. Okay. So if this account is true -- so I recognize it's just a -- it's a statement, but if this account is true, would it surprise you that a fight was able to occur in one of the dorms for ten to 15 minutes without an officer intervening?

MR. BOGAN: Object to form.

THE WITNESS: No. I -- I -- I don't know as far as the -- the -- yeah, the date of when this was, I may not have been working or even there, so I don't know.

BY MS. HARTON:

Q. I -- I'm not asking if you were there.

A. Yeah.

Q. I'm asking, based on your experience for 16 years at the Marion County Jail, would it surprise you, if it were true, that an inmate was able to be attacked for ten to 15 minutes without officer intervention?

MR. BOGAN: Object to form.

THE WITNESS: Depending on where they were

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 57

located, as far as where they were.

BY MS. HARTON:

Q. Okay. So there are certain places where they were located where it wouldn't surprise you?

MR. BOGAN: Object to form.

MS. HARTON: What -- what's the form objection? Like, what's the --

MR. BOGAN: The form is -- it's entirely speculation as to where you're asking him the circumstances of the -- not only that statement, but the statement as to whether anyone in the jail can go ten minutes without being observed and have a fight. I mean, it's just -- it's rank speculation and speculation, he has no personal knowledge, so I think it's an inappropriate question.

BY MS. HARTON:

Q. Okay. Sergeant Dukes, go -- do you need me to repeat my question?

A. Yes.

Q. Okay. You have worked in the Marion County Jail for 16 years, correct?

A. Yes.

Q. You have a fair understanding of how things work and are supposed to work at the Marion County Jail, right?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 58

A. Yes.

Q. Okay. So would it surprise you, knowing everything that you know about the Marion County Jail, to learn that an individual was able to be attacked for ten to 15 minutes without any officer intervention?

MR. BOGAN: Object to form.

THE WITNESS: Well, during that time, as far as -- I don't know what -- how -- what cameras were in place, as far as where they were, as far as how many was there in that pod or in that section.

BY MS. HARTON:

Q. Okay. So in 2019, you're not sure what cameras existed in which pods of the -- of the jail?

A. Yes.

Q. Okay.

A. As far as where -- where they -- if it was one or two -- where -- where -- where the camera was because they were being installed then.

Q. Sure. But again, I mean, officers and sergeants are -- at the Marion County Jail are responsible for ensuring that people are safe that are in custody, right?

A. Yes.

Q. Okay. So -- and I can take this -- let's just take this down. And if you learned that someone was

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

being attacked by another inmate, you would not allow that fight to occur for ten to 15 minutes, would you?

A. That is correct.

Q. Okay. So my question is: In the Marion County Jail, if you did learn that someone was able to be attacked for ten to 15 minutes, would that surprise you?

MR. BOGAN: Object to form.

THE WITNESS: Yes.

BY MS. HARTON:

Q. Okay. And why would that surprise you?

MR. BOGAN: Object to form.

THE WITNESS: Because it took ten to 15 minutes. Though, I just want to add. Because someone should have come to the door, especially if the officer did not see, to say this was occurring.

BY MS. HARTON:

Q. Okay. So a detainee should have let the officers know that the assault was occurring?

A. That -- if -- if it was out of view, yes.

Q. Okay. So there are certain places in the pods and the sections within the pods that are out of view of the officers surveilling those sections, correct?

A. Yes.

Q. And so officers who are responsible for monitoring the inmates have to rely on the other

542976 Dukes Sergeant Jerome 09-12-2024 Page 60

detainees in the pod to let them know when there is a safety issue?

A. No.

Q. Okay.

THE REPORTER: I apologize. Mr. Bogan --

BY MS. HARTON:

Q. Can you explain?

THE REPORTER: And your objection didn't go -- I didn't hear you.

MR. BOGAN: Yeah. I'm sorry. I did object. Go ahead.

THE WITNESS: Like, if the officer at the side of you sits behind where the toilets are, okay, you can't see that. So you don't know it's occurring, or say it's in the backside of the shower, a guy passed out in the shower, you can't see that, okay? Because it's not on camera. And you can -- it's the angle, okay? And then due to privacy.

BY MS. HARTON:

Q. Okay. But those aren't the only parts of the jail that officers have an obstructed view of, correct?

MR. BOGAN: Object to form.

THE WITNESS: That is correct.

BY MS. HARTON:

Q. Okay. So when --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 61

A. Of the jail.

Q. So when an assault occurs inside of a pod section and there is an obstructed view of the assault, officers rely on detainees to let them know that there is an assault occurring, fair?

MR. BOGAN: Object to form.

THE WITNESS: They do not depend on it, okay? As far as -- because everyone wants safety. They'll say, there's something going on over there, or man down. They use phrases to get the officer's attention because it may be out of view.

BY MS. HARTON:

Q. Besides the other detainees, how else would officers be made aware that an assault is occurring?

MR. BOGAN: Object to form.

THE WITNESS: By seeing movement on the camera and looking through the area, using the monitoring and walking.

MS. HARTON: Okay. Okay. I'm going to show you what I've previously marked as Exhibit 36. And just to be clear, I have just marked all of these myself in advance of these depositions and I'm not actually going to show you 36 documents, so they're just kind of marked out of order.

(EXHIBIT 36 MARKED FOR IDENTIFICATION)

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 62

BY MS. HARTON:

Q. Okay. So do you see my PDF here?

A. Yes.

Q. I'm trying to zoom in for you. It's not wanting to. There it goes. Okay. And this is another incident report from the Marion County Sheriff's Office, correct?

A. Yes.

Q. Okay. Would you mind just -- you can -- you can read that paragraph to yourself, that large paragraph, the -- under, "Narrative"?

A. Okay.

Q. Okay. So this paragraph mentions Sergeant Dukes. That's you, correct?

A. Yes.

Q. Okay. And this narrative describes a fight that occurred in Golf Alpha, correct?

A. No.

Q. Okay. What am I missing?

MR. BOGAN: Object to form.

THE WITNESS: It says, "Golf Pod, Charlie section."

BY MS. HARTON:

Q. Sorry. Yeah, you're right. You're absolutely right. So it occurred in Golf Charlie. And reading

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 63

this narrative, do you recall this incident?

A. No. Well, after reading it, I -- I still don't recall it, but it's a -- it's an incident report.

Q. Okay. And this occurred on September 10, 2021, correct?

A. Yes.

Q. And this individual, according to this narrative, was beaten by another inmate so that he had bruising on the left side of his face, correct?

MR. BOGAN: Object to form.

THE WITNESS: He was hit on the left side of his face --

BY MS. HARTON:

Q. Okay.

A. -- causing a bruise.

Q. Okay. And -- but you have no -- you have no recollection of this incident whatsoever?

A. I wasn't the supervisor. I was the responding.

Q. Okay. Again, my question is: you have no recollection of learning about this incident?

A. I don't remember it, but I'm mentioned in the -- the report, but --

Q. Okay. That's fine. At the end, it says, "Inmate Cuntiz was seen by Pod Nurse Jones and cleared

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 64

to be housed in Bravo Pod, Echo section for AC confinement pending disciplinary report." Can you explain what a disciplinary report is?

A. That's a report -- because a violation of the inmate handbook, the rules and -- of the Marion County Jail.

Q. The rules of Marion County Jail. Is that what you said?

A. Yes. Which are in line with the Florida Model Jail Standards.

Q. The Florida Model Jail Standards are the rules of Marion County Jail?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: Yes. Those are the basis that say what can -- someone can be locked down for for an infraction.

BY MS. HARTON:

Q. Okay. If someone is -- if someone strikes another inmate, assaults another inmate, physically harms another inmate, at the Marion County Jail, are officers always expected to create a disciplinary report for that inmate?

MR. BOGAN: Object to form.

THE WITNESS: Once known.

BY MS. HARTON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 65

Q. Once known? Okay. So there are times that inmates get into fights or assault another inmate and no officer ever learns about it; is that fair?

MR. BOGAN: Object to form.

THE WITNESS: It's possible.

BY MS. HARTON:

Q. Okay. Why do you say it's possible?

MR. BOGAN: Object to form.

THE WITNESS: You -- we may not see everything.

BY MS. HARTON:

Q. So -- but once known, officers -- once an officer learns of a fight with an inmate or, you know, an attack on another inmate, there is supposed to be a disciplinary report; is that fair?

A. Not -- not necessarily, because we ensure they get checked by a nurse and if it's something that we feel -- they'll get moved to a different section.

Q. Okay. So is the disciplinary report for the victim or is it for the person who caused the assault?

A. The antagonizer.

Q. Right.

A. The one who started.

Q. Okay. So what does the fact that the person goes to medical have anything to do with whether there's a disciplinary report drafted?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 66

MR. BOGAN: Object to form.

THE WITNESS: Any type of altercation, we want to make sure there's -- there's medical involved, so we get them assessed.

BY MS. HARTON:

Q. Yeah. Yeah. And will you always draft -- will an officer always also draft a disciplinary report for the person who caused the assault?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: It's when the assault occurred, if -- if he could see it, then yes, he can do the disciplinary report. If he heard about it and then -- then he can do one, but it carries, an inmate told me, okay? That he -- that this altercation occurred, so it -- it -- it levies.

BY MS. HARTON:

Q. Okay. If an officer witnesses firsthand an assault, they would be expected to draft a disciplinary report for the antagonizer, correct?

A. Yes.

Q. Okay. Thank you. And what kind of discipline might the antagonizer receive for causing a physical assault on another inmate?

A. 30 days lockdown.

Q. 30 days lockdown? What is 30 days lockdown?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 67

A. It's 30 days confinement, and the -- it's also reviewed by Investigations for outside charges.

Q. Is that the only discipline that someone can receive for assaulting another inmate?

A. No. I also said that they can -- they'll get reviewed by investigation for pending outside charges.

Q. Okay. Besides the pending outside charges or the 30 days confinement, is there any other discipline they could receive?

A. No.

Q. Okay. So -- now, if an officer is told that one inmate attacked another inmate, what is the process by which it's determined whether a disciplinary report needs to be created?

A. It's forwarded to Investigations to review the camera because when it was -- when it may have occurred.

Q. Okay.

A. We -- we can't stop whatever we're doing to go back and research cameras.

Q. Sure. And so if the investigation goes back and finds that the allegation was corroborated, the appropriate discipline would be 30 days confinement and then it would be reviewed for investigation for outside charges?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 68

Q. Okay. So that last -- sorry, let me just pull that back up. That disciplinary report is from September 10, 2021, correct?

A. Yes.

Q. Okay. I'm going to show you --

A. You mean the incident report?

Q. Yeah.

A. Yeah. Well, you said disciplinary report. I just wanted to get clarity.

MS. HARTON: Oh, I see. Thank you. So -- and I'm going to show you Exhibit 35.

(EXHIBIT 35 MARKED FOR IDENTIFICATION)

BY MS. HARTON:

Q. So just -- this is also from September 10, 2021. It's an incident report from September 10, 2021; do you see that?

A. Yes.

Q. Okay. And if you wouldn't mind just reading the narrative section?

A. "At 9-10-21 at approximately 17:30 hours, Inmate Anthony" -- I have no idea how to pronounce that -- "stepped out of G-Pod Charlie section, stated that he was jumped by multiple inmates. Inmate identified on paper was evaluated by Pod Nurse Jones. And she was -- she noted that he had multiple bruises on his face area.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 69

Inmate none on paper was escorted to -- by Deputy Jones to the infirmary for further observation."

Q. Okay. So this -- based on this report, this attack occurred on the same day as the attack that we just spoke about in Exhibit 36, fair?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: It appears.

BY MS. HARTON:

Q. Okay. And the narrative describes an inmate reporting to other -- to another officer that he was jumped by other inmates in the pod, correct?

A. That -- that's what it reads. Yes.

Q. Okay. Now, I'm assuming that it would not surprise you, based on our prior questions and answers, that an inmate might be attacked by other inmates and officers would not know about that until the inmate reported it; is that fair?

MR. BOGAN: Object to form.

THE WITNESS: This one says that he stated he was jumped by multiple people.

BY MS. HARTON:

Q. Right. And it -- based on this, there's nothing in here that officers witnessed this -- him being jumped, correct?

A. That is correct.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 70

Q. Okay. So if it were true that he was jumped by multiple people in the -- in the pod, would it surprise -- it wouldn't surprise you that he was able to be jumped by multiple people without an officer witnessing it in real time, fair?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: It's always possible.

MS. HARTON: Okay. I'm going to go to Exhibit 37.

(EXHIBIT 37 MARKED FOR IDENTIFICATION)

BY MS. HARTON:

Q. Okay. So this is another incident report from September 8, 2021; do you see that?

A. Yes.

Q. Okay. And if you wouldn't mind just reading the narrative section for me again.

MS. HARTON: He can just read it to himself.

MR. BOGAN: Okay. Thank you.

THE WITNESS: Okay.

BY MS. HARTON:

Q. So this involves an allegation that an inmate was involved in a fight, correct?

A. Yes.

Q. Okay. And this is, again, in Golf pod, correct?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 71

A. Yes.

Q. Okay. So we have now -- and then it says that it was reviewed and it was confirmed that there was a fight in the day room area, correct?

A. Yes.

Q. Okay. Where's the day room area?

A. In this particular section, up front and to the right.

Q. Okay. Is it a separate room or is it just a part of the dorm area?

A. It's a part of the dorm area.

Q. Okay. It's not like a separate room where you go through a door to another space?

A. Clarity. Clarify?

Q. To go to -- like a lot of, like -- a lot of cell -- or a lot of jails like the day room area is like a totally separate room where you leave your cell and you go to the day room area. But here, the day room area is just another section of the dorm, right?

A. That is correct.

Q. Okay. So Exhibit 37 describes a fight that occurred on September 8, 2021, in Golf Pod. Exhibit 35 describes a fight that occurred in Golf Pod on September 10, 2021, and Exhibit 36 describes a fight in Golf Pod on September 10, 2021.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 72

So that is three reported fights or assaults in a matter of three days in the same pod; is that fair?

A. Yes. They're in the same pod.

Q. Yeah. And so if -- would that be unusual to you if three fights or assaults occurred in the span of three days in one pod?

MR. BOGAN: Object to form.

BY MS. HARTON:

Q. In the matter of three days, excuse me.

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: One took place in an intake section when they had just came in, and they're fighting each other from just -- they're coming in to the jail.

BY MS. HARTON:

Q. Okay.

A. Okay? The other two in that one section over two days where they're doing multiple, from what I'm reading, okay, is either due to a -- a canteen -- it -- there was a reason, probably, behind it, okay? But yes, that is unusual.

Q. About how many -- in 2021 -- strike that. I'm going to move on.

Are there any pods or sections within pods that are particularly prone to inmates fighting or

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 73

assaulting each other?

MR. BOGAN: Object to form.

THE WITNESS: Yes.

BY MS. HARTON:

Q. Okay. In 2021, was that true?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: Yes.

BY MS. HARTON:

Q. Okay. In 2021, which pods or sections would you describe as being particularly prone to inmates fighting or assaulting each other?

MR. BOGAN: Object to form.

THE WITNESS: Med Pod, Delta Section.

BY MS. HARTON:

Q. Which pod?

A. Med Pod, Delta section.

Q. Why is that?

A. Because it's the suicide watch where they're coming in off of drugs, and they push each other and they fight.

Q. Okay. Is that the only one that you -- that you would describe as particularly prone to fights?

MR. BOGAN: Object to form.

THE WITNESS: Yes.

BY MS. HARTON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 74

Q. Okay. Do you know who David Dillberg (phonetic) is?

A. Who? No.

Q. Okay. That's fine.

Are there -- is there -- are there gang members that are housed in the Marion County Jail?

A. Yes.

Q. Okay. And are gang members typically housed together, or does the jail make any efforts to try to separate them?

MR. BOGAN: Object to form.

THE WITNESS: That's Investigations. That falls under Investigations because we -- they don't self identify that they're with a gang, then it has to go through Investigations to identify if they're a gang.

BY MS. HARTON:

Q. Okay. Are you aware of any occurrences where there have been physical altercations between individuals related to gang activity?

A. Verify.

Q. Yeah. I mean, your general understanding of how gangs work is that some people are in certain gangs and others are in other gangs, and sometimes those gangs don't get along very well, correct?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

A. Yes.

Q. Okay. And have you ever -- have you ever responded to, or otherwise been involved in, an altercation between two individuals based on the gang affiliation of either of those individuals?

A. I -- I still need you to clarify. Are we talking Marion County Jail? Because you're saying whenever.

Q. Oh, yeah. Yeah

A. Or have I?

Q. Yeah. We're talking about you in the Marion County Jail.

A. Okay. Yes.

Q. When has that happened?

A. I can remember one.

Q. Okay. Tell me about it. You said -- you said you can remember one, so why don't you tell me about that one?

A. There was a guy who had an inmate on the outside shoot a -- one of our deputies at his home, and he wanted to confess to the crime. So when he was confessing to the crime of the shooting, he was attacked.

Q. Okay. And did you witness the attack?

A. No.

Q. Okay. Did you write a report related to the attack?

A. Yes.

Q. Okay. What -- about when did that attack occur?

A. Let's see. 2012, '13, '14. You can look up when Damon was murdered. The two people that murdered him are doing life in prison and the person who reported it.

Q. It's your understanding of Marion County Jail policy that if you witness a physical altercation between detainees, you are expected to write a report; is that fair?

A. That is correct.

Q. Okay. Have you ever witnessed a physical altercation between detainees and not written a report?

A. No.

Q. Okay. Have you ever learned of a physical altercation between detainees from another detainee, or another officer, and then not written a report?

A. Nope.

Q. Okay. Anytime you learn of a physical altercation, you write a report, fair?

A. Clarify?

Q. Any time that you learn about a physical

542976 Dukes Sergeant Jerome 09-12-2024 Page 77

altercation between two detainees at the Marion County Jail, you write a report, fair?

A. I write a report or does the deputies write a report?

Q. Well, I'm asking you if --

A. A report is general -- there's a -- you said if I see one, yes, I write a report --

Q. Okay.

A. Okay? As far as if there's a fight and I learn about it, the deputies write the report.

Q. Okay. And as a supervisor, do you review those reports?

A. Yes.

Q. Okay. What do you -- what -- when you review them, what are you looking for?

A. Date, time, incident, sign-up, checked by medical, disposition of the inmate, if it's a pending DR. The who, what, why, the seven elements. Who, what, when, where, how, what did you do --

Q. Okay.

A. -- to make sure that everything is --

Q. And as the supervisor, what are you expected to do with that information when you review the report?

A. Look for a -- a DR, make sure -- to ensure one is done, and to make sure the inmate was seen by

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 78

medical.

Q. Okay. And by DR, you mean disciplinary report, fair?

A. Yes.

Q. Okay. Can you tell me what kind of training you go through when you first -- strike that. Tell me what kind of training you went through when you first got hired at the Marion County Jail.

A. PowerDMS Introduction to the Sheriff Department. That's a training. It was a lot. It's like 40 hours, then it -- it's continuous every year. So it's -- can't go in specifics, but yes, it's -- it's referencing training.

Q. And did you go to the police academy or anything like that?

A. Yes. You -- but you said when I first came to the Sheriff's Department.

Q. Yeah. I know I'm asking a different question.

A. Oh, okay.

Q. So when did you go to the police academy?

A. The correctional one, 2000 -- because it was a year-long training. So it's, '12 is when I was sworn, then it's in that Christmas or '13, so a year from then, from 2011 -- 2010, 2009, somewhere in there. I'm -- I'm not sure on dates, but training would have that.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 79

Q. Okay. You started at the Marion County Jail in 2008 though, right?

A. Yes. I started at the Sheriff's Department in -- in -- yes, 2008.

Q. Okay. And that was before you went to the police academy or during -- or while you were at the police academy?

A. Be more -- clarify.

Q. So I -- I'm sorry. I'm really asking you a very simple question. You started at the Marion County Jail --

A. Yes.

Q. -- as a deputy before you completed your police academy training; is that fair?

A. No.

Q. Okay. Can you please clarify?

A. Clarify when? For the Marion County Sheriff?

Q. Okay. Let's start over. The police academy is not run by the Marion County Jail, correct? You went to some sort of state-run training that you colloquially refer to as a police academy, fair?

A. Yes.

Q. Okay. When did you go to that?

A. That was in -- I was at the Sheriff's Department as a DA, then I went to that, and that's when

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 80

I went to the academy for the corrections for Marion County Sheriff's Department, which is sometime in 2010 to 2011.

Q. Okay. So what were your -- what were your duties at the Marion County Jail when you first got there before you had completed your police academy training?

A. I was -- I worked the towers, monitoring phone calls, visitations.

Q. Okay. They were more administrative tasks?

A. Yes.

Q. Okay. So when you started at the Marion County Jail, you did an initial 40-hour training, fair?

A. Yes.

Q. Okay. And every year since you've been there, you've gone through different annual trainings?

A. Yes.

MS. HARTON: Okay. Going to show you what I've marked as Exhibit 1.

(EXHIBIT 1 MARKED FOR IDENTIFICATION)

BY MS. HARTON:

Q. Okay. Do you see this document up on my screen?

A. Yes.

Q. Can you describe to me what this document is?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 81

A. It's detention training.

Q. Okay.

A. It's a directive.

Q. Okay. When you were hired on to Marion County Sheriff's Office, did you -- were you given like a handbook to review all these sort of policies and directives set forth by the Marion County Jail?

MR. BOGAN: Are you marking that number 1, did you say?

MS. HARTON: Yeah, this is number 1.

THE WITNESS: All right. Restate your question.

BY MS. HARTON:

Q. Sure. Do you -- do you need me to restate it, or do you need me to say it differently?

A. The -- no -- no. Just I -- I -- just repeat what you asked.

Q. Okay. When you -- when you first became an employee for the Marion County Sheriff's Office, did they give you like a booklet or a handbook or a PDF of all of the policies and directives that you as an employee were expected to review and understand?

A. We had PowerDMS, yes.

Q. Say that again?

A. We -- we have PowerDMS, which is the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 82

electronic training.

Q. Okay. So that's like a module based training where you're kind of going through and going through each policy and it's explaining each policy to you?

A. Yes.

Q. Okay. And was this detention training one of them?

A. No.

Q. Okay.

A. I that -- when I first got hired, this is from '96, when I -- this is for those that are on the floor, not in the tower. DA is a -- it's a totally different post than this one.

Q. Okay. You --

A. This one's after sworn.

Q. You've reviewed this directive though at some point while you've been employed at the Marion County Sheriff's Office?

A. Yes.

Q. And would it be fair to say that you reviewed it prior to 2021?

A. Yes.

Q. Okay. I'm going to scroll down to Page 3. Okay. Do you see this header that says, "New Employee Orientation"?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 83

A. Yes.

Q. And then it says, "All new employees and volunteers receive basic orientation of the facility and operating policies and procedures to include, at a minimum," and then it lists a bunch of different topics; do you see that?

A. Yes.

Q. Okay. I want to ask you about some of these topics. Have -- Number 2, have you received training on security procedures?

A. Yes.

Q. Okay. Do you recall when the first time you were trained on security procedures was?

A. April of -- of 2008.

Q. 2008?

A. Yes.

Q. Okay. And tell me a little bit about what you learned about security procedures at that time.

A. Let's see. People coming in and out of the jail should be monitored, don't open the gate for any inmate entering and exiting through the kitchen, because I was a DA at that point.

Q. Okay. And then when you became an officer, were you retrained on security procedures?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 84

Q. Okay. And when was that, approximately?
A. When I became an officer?
Q. Uh-huh. Well, when you were trained on security procedures.
A. Let's see. January the 26th of 2012, yes.
Q. And what did you -- when did you learn in 2012 about security procedures as an officer?
A. Accountability, pat searches, introduction to contraband to the jail, knives, shanks, razor blades. Let's see. Hidden locations of where potential weapons could be stored, drugs, security of doors, how to open a lock with a key.
Q. Okay. Is there anything else?
A. How to walk a perimeter.
Q. Anything else?
A. That's all I can recall at this time.
Q. Okay. When you say accountability, you said that earlier, what do you what do you mean by you were trained on accountability as it relates to security procedures?
A. Head counts, number of inmates in a section, safety, welfare, care, custody, and control. Those measurements.
Q. What are head counts?
A. That's when you run off a list of those people

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

         542976 Dukes Sergeant Jerome 09-12-2024 Page 85

assigned to your housing area with their name and location where they're sleeping.

Q. How often were you trained to do headcounts in 2021?

A. At the beginning of shift and at lockdown.

Q. Is that it?

A. Yes.

Q. Okay. What's lockdown?

A. When they're going to be secured for the night.

Q. It's bedtime, right?

A. Yes.

Q. What are they expected to do on lockdown?

A. Report to their assigned area. Go to sleep.

Q. By assigned area, do you mean their bed?

A. Yes.

Q. And about what time does that happen?

A. It starts at about 9:45. That -- that's at night.

Q. And once they go on lockdown around 9:45, are they allowed to leave their bunk again for the rest of the night?

A. I need clarity.

Q. On what?

A. You -- you're saying lockdown, right? They're

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

put on their bunks in a general housing area and they can go to the restroom, but they are not -- the general -- the general population is that locked in their room.

Q. Sure. But you refer to it as lockdown, right?

A. Do I -- I refer to it as the night count.

Q. Well, okay. So two minutes ago you referred to it as lockdown; did you not?

A. I'm not going to argue if -- if I said that, but it's -- you are asking me, I'm replying.

Q. Oh, I just need to know what the proper label is.

A. It's -- it -- when you're -- one is behind a door, okay? Like, say you're in a secure pod, you're closing it. They're -- they're locked behind a door. If they're in a general pod, okay? They have to get up to get off their bunks to go to a restroom. Those who are behind a door are secure behind a door, so they have the restroom and everything in their room.

Q. Okay. So people that go -- so once this nighttime lockdown starts where you do the head count and everyone is supposed to be on their bunk at 9:45, you refer to that as lockdown; is that -- is that true?

A. Depending on where they're housed, yes.

Q. Okay. What about on Golf, Alpha, do they go on lockdown?

542976 Dukes Sergeant Jerome 09-12-2024 Page 87

A. They -- they're -- they're asked -- they're put on their bunks.

Q. Okay.

A. Okay. Because they -- they're not -- there's no door --

Q. Sure.

A. -- keeping them there. They can get up and move freely to the restroom. Unlike A-Pod, they're behind a door.

Q. They are required to stay in their bunks for the night though, except to go to the bathroom; is that fair?

A. They're expected.

Q. Okay. What's the difference?

A. Well, as far as they may get up to -- to have to go to a -- a med pass, then there could be call out to go to different locations. And we still have other things that get done before they can get up in the morning, but they have movement, there's still movement.

Q. But they're not allowed to just like mill around the dorm, right?

A. That's correct.

Q. Okay. They're not allowed to chat with other inmates out of their bunk, fair?

MR. BOGAN: Object to form. Go ahead.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 88

THE WITNESS: They can talk, but we would like them in their bunking -- in their area.

BY MS. HARTON:

Q. Okay.

A. As far as what their assigned area is.

Q. Do you know what the purpose of requiring them to stay in bunks after 9:45 is?

A. Repeat the question?

Q. Yeah. What is the purpose that Marion County Jail requires inmates to get in their bunks and for the most part, stay in their bunks throughout the night?

MR. BOGAN: Object to form.

THE WITNESS: Accountability.

BY MS. HARTON:

Q. Why is them staying in their bunks throughout the night important for accountability?

A. Because if they're up and they're going towards a door, the lights are -- are down low, they're not high lights because they're in the sleep mode lights to prevent escape.

Q. Is another reason why that might be important is to prevent anything from occurring that might be a risk to the inmates safety?

MR. BOGAN: Object to form.

THE WITNESS: That could also be one of the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 89

cause, yes.

BY MS. HARTON:

Q. Okay. So at that 9:45 period, the lights go down in the dorm; is that fair?

A. It depends.

Q. Okay. What does it depend on?

A. Head count starts, as far as when it's completed is when the lights go down.

Q. Okay.

A. Once it's been cleared.

Q. Right. So once the inmates are kind of locked down in their bunks for the night, for the most part, that's when the lights go down, right?

A. Once head count is cleared, yes.

Q. Okay. And that point, visibility into the sections of the pod is more limited than before because the lights are down, right?

MR. BOGAN: Object to form.

THE WITNESS: Not necessarily, because everyone's laying down, you can see someone standing up. So -- and then -- but it goes to distance. So --

BY MS. HARTON:

Q. So it might be harder to see things going on towards the back of the -- of the section, fair?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 90

MR. BOGAN: Object to form.

THE WITNESS: It depends on where you're standing and where you're looking.

BY MS. HARTON:

Q. Okay. You sat in these -- in these --

A. Can I --

Q. Sure. Go ahead.

MR. BOGAN: He needs to use the restroom.

MS. HARTON: I do have a --

MR. BOGAN: Maybe you can finish that question.

BY MS. HARTON:

Q. Yeah. Sorry. I do have a quick question pending.

A. I -- I'm sorry. My mind was on --

Q. That's okay. You sat in one of those stations, those observation stations in the Rover areas, correct?

A. Yes.

MS. HARTON: Okay. We can take a break.

THE REPORTER: One second. I'll take us off record.

(OFF THE RECORD)

THE REPORTER: Okay. We're back on record.

BY MS. HARTON:

Q. Okay. So we left off talking about this sort

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 91

of nighttime lockdown. And I asked you if you had ever sat in the observation area and surveilled the inmates. So is that true that you have -- you have sat in the station yourself and surveilled and monitored the inmates from that Rover area?

A. Yes.

Q. Okay. And that observation includes looking at the videos and watching through the windows, fair?

A. Yes.

Q. Okay. And at night when the lights go down, it's fair to say that the visibility into the pods, the pod sections, at least to some extent, is lesser than when the lights are on, fair?

A. Yes.

Q. Okay. If you are observing, you or another officer, are observing the inmates from the Rover area and you see that one of them is out of their bunk, chatting with another inmate, at another bunk after this lockdown period, what are you expected to do?

MR. BOGAN: Object to form.

THE WITNESS: It depends on how long they're -- they're up. Because they could be walking across, going to the restroom and asking someone for toilet paper. We -- it's a hypothetical, okay? So when -- when it becomes excessive, then yes, you address it,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 92

tell them to get over to their bunk.

BY MS. HARTON:

Q. How do you address it?

A. We have a speaker that's in the Rover area, where you can turn on a speaker to speak to the -- the section.

Q. Okay. And what would you say over the speaker in that scenario?

A. Get on your bunk.

Q. Okay. And why does it matter whether or not an inmate is up and chatting outside of their bunk during the lockdown period?

A. You want to control how many people are up at -- at lockdown versus who's moving and at what location.

Q. And why do you want to control that? Why is that important?

A. Because we have people that are either coming out for medical reasons, coming out to -- they have -- there's different call outs going on during that lockdown period where they got to get blood draws, get some -- with special medication. There's a lot of things going on even after lockdown.

Q. Okay. You discussed earlier that you were trained on safety, welfare, care, custody, and control. Do you recall that?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 93

A. Yes.

Q. What else were you, within that kind of category, what specifically were you trained?

A. Care, custody, control?

Q. Yeah.

A. And safety? You asked in that category. I'm just trying to -- to make sure I understand your question.

Q. Yeah. What did you learn when you were trained, what did you learn about safety, welfare, care, custody, and control?

A. That it's our fundamental responsibility.

Q. Were you ever trained specifically on inmate-on-inmate violence?

MR. BOGAN: Object to form.

THE WITNESS: Was I trained on inmate-inmate violence? We know it -- it will occur. We respond to any incidents accordingly.

BY MS. HARTON:

Q. And were you trained on how to respond to those incidents?

A. We get annual refreshers, we look at videos, and, yes.

Q. What are you trained to do in response to inmate -- an incident of inmate-on-inmate violence?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 94

A. Respond appropriately and put deescalate the situation -- by de-escalation first.

Q. You said respond appropriately; what does that mean?

A. As far as assess the situation, find out who's the -- what's the situation about, where -- who's the instigator, who's the -- who's antagonizing? Who's the one who's creating the incident? Try to deescalate the situation to resolve it, you know, who's the person, see what's wrong. Because they, sometimes a lot of your inmate-on-inmate can be someone who's having who's having a mental crisis, and that's causing issues for someone else.

Q. Were you trained at all on how -- on ways that you can prevent inmate-on-inmate violence from occurring in the first place?

MR. BOGAN: Object to form.

THE WITNESS: Could you rephrase the question?

BY MS. HARTON:

Q. Were you ever trained on any methods or strategies that officers and sergeants can employ to prevent incidents of inmate-on-inmate violence?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: To prevent them?

BY MS. HARTON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 95

Q. Uh-huh.

A. We're -- we're trained on how to recognize and mitigate possibility, but as far as we're always trained on how to -- we're -- on -- on how to -- to engage a situation, okay? It -- it's not one of those walking down the street, you know, this is going to happen. So I -- I -- I'm not understanding your direct question.

Q. I think you said recognize and mitigate inmate-on-inmate violence?

A. Yes. As far as, say there's -- you have something going on in front of you, you see that they're getting loud, okay? You intervene because they're getting loud. You tell them, "Okay, step away." That will resolve that issue. You're separating them, okay? Now, you're figuring out who's -- who's the antagonist and who's the -- you want -- you're separating the -- the two, the lesser two evils.

Q. When you say intervene, what do you mean?

A. You're -- if there's two people yelling, before they become -- becomes a violent situation, you're telling them to separate. That's intervening. You're -- you're preventing the action.

Q. Okay. Would you agree that keeping a close eye on the videotapes and the sections would be one way to mitigate and recognize potential incidents of inmate-

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

 542976 Dukes Sergeant Jerome 09-12-2024 Page 96

on-inmate violence?

MR. BOGAN: Object to form.

THE WITNESS: It's a tool that you can use to look at a section, okay? As far as -- and then you're looking straight ahead, but that's -- it's a tool to help.

BY MS. HARTON:

Q. What do you mean -- what do you mean you're looking straight ahead?

A. Well, it's like -- well, you have two -- when you're facing one -- this direction, you'll have two cells, two, like GB and GA. Then you have your monitor. You're looking at these two sections. You're looking at the video of what's going on in the -- all sections. So it's, you know, you're looking. But as far as when you say video recording, it's -- it's a monitoring.

Q. Okay. That's fair. So -- but you would agree with me that keeping an eye on the video monitor and looking out into the pods is a tool that you can use to help recognize and mitigate inmate-on-inmate violence?

A. Yes.

Q. Are there any other tools that you're trained to use to recognize and mitigate inmate-on-inmate violence?

A. Officer presence.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 97

Q. Okay. Can you explain more about that?

A. You open the door and you stand right there.

Q. Okay. There are only two deputies surveilling and monitoring a pod at any given time, correct? Strike that. I can rephrase. There are only -- on any -- on a shift -- strike that. I'm sorry. This is what I told you, sometimes I have to think of my questions on the fly and they get confusing.

So in Golf pod, on one shift, there will only be two deputies assigned to monitoring and surveilling the inmates in that pod, correct?

A. Incorrect.

Q. Okay. Explain.

A. You need me to explain?

Q. I do.

A. Is that what you said? Oh, I'm -- I didn't hear you. I just heard that -- your head go down.

Q. Okay.

A. All right. There can be a trainee there, which we put three in the particular section. So the minimum is two.

Q. The minimum is two, although sometimes the deputy goes on a break, and there's only one, fair?

A. That is correct.

Q. Okay. So when were you trained to -- strike

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 98

that. Under what circumstances is it your understanding that an officer should establish officer presence, as you put it, in a particular section to recognize and mitigate inmate-on-inmate violence?

A. Before it starts. That -- you asked in training. That's what we learned in training.

Q. Yeah.

A. As far as standing at a door, okay? To -- because you can yell, there's officer presence.

Q. Okay. By officer presence, you just mean having one of the deputies step out of the Rover area and stand in the dorm, correct?

A. No. Open the door and yell. Instead of using the loudspeaker, you're actually opening the door and you're giving direct orders.

Q. I see. And then they'll just go back to the Rover area when they're done yelling, fair?

A. No.

Q. Okay. So what do they do after that?

A. Call on the radio for assistance.

Q. I see. Okay. So this officer presence will likely only be established if that officer recognizes that, hey, a fight is about to happen right now, fair?

A. It's high potential, yes.

Q. Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 99

A. You ask for additional officers.

Q. And how were you trained to ensure that if there is a fight that's about to start, you're -- you know about it and you don't miss it?

A. By the radio.

Q. The radio trained you?

A. Pardon me?

Q. Let me ask my question again. How were you trained as an officer and a sergeant to ensure that if a fight is about to occur, you, while monitoring the inmates, do not miss that the fight is about to occur?

MR. BOGAN: Object to form.

THE WITNESS: They call us on the radio.

BY MS. HARTON:

Q. Who calls you on the radio?

A. The rovers. I need a sergeant to -- to -- to --

Q. Okay. So before you were a sergeant, you were a detention deputy, fair?

A. Yes.

Q. And you would be assigned to be a rover as a detention deputy, correct?

A. Yes.

Q. Okay. So when you were performing those rover functions, how were you trained to make sure that if a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 100

fight was about to occur, you became aware of it and you knew about it?

MR. BOGAN: Object to form.

THE WITNESS: My housing location when I was a deputy was housed -- was different than that of G-Pod.

BY MS. HARTON:

Q. Okay. That's fine. I still need an answer to my question.

A. I had a -- a -- three -- so I worked lockdown. So I had someone that was always in AE. I have a control person constantly in my tower, and two on the floor.

Q. Okay.

A. So we were notified by the person in the tower.

Q. So you have no experience at being a detention deputy surveilling and monitoring inmates in G-Pod as the Rover, fair?

A. Not fair.

Q. Okay. Explain.

A. I have worked G-Pod as -- but as far as my dominant time is in the A-Pod. I have worked all the pods.

Q. Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 101

A. So as far as sitting there doing that job, I have done that.

Q. Okay. So you've been the rover in G-Pod before?

A. Yes.

Q. So you have sat in the rover area of G-Pod with the responsibility of surveilling and monitoring the inmates in G-Pod before, fair?

A. Yes.

Q. Before you did that, how were you trained to ensure that if there was an emergency or an altercation, you became aware of it?

A. By the radio.

Q. Explain.

A. I would get on the radio to contact my sergeant. When I was working G-Pod, there were not cameras there, okay? So I would contact my supervisor for assistance.

Q. Right. That's after you recognized that something's occurring, right?

A. Yes.

Q. Okay. I'm talking about when you are sitting there as the rover and you're monitoring and you're keeping -- you're supposed to be keeping an eye on the inmates, how were you trained to recognize potential

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

that a -- that a fight is about to occur?

A. I would listen for the sound of yelling.

Q. Okay.

A. Okay? And then I would go and investigate the sound of yelling. I would contact my supervisor by the radio.

Q. The rover area, that is a -- that is a space that is closed off via walls, windows, and doors to the sections in the pod, fair?

A. Yes.

Q. Okay. Were there ever times that there was yelling in the sections while you were a rover in G-Pod and you didn't hear it?

MR. BOGAN: --.

THE REPORTER: Mr. Bogan, your objections aren't coming through.

MR. BOGAN: Object to form. Sorry. I was just checking to see if there's a way to --

MS. HARTON: You're muted.

MR. BOGAN: I thought there's a setting somewhere on the microphone. Okay. I couldn't --

MS. HARTON: I didn't hear that.

MR. BOGAN: I said I tried to adjust the microphone and then I failed.

MS. HARTON: I mean, it's okay. I think -- I

542976 Dukes Sergeant Jerome 09-12-2024 Page 103

mean, it's been coming through for the most part and --

MR. BOGAN: Oh, okay.

MS. HARTON: -- we'll just let you know if it doesn't. When you lean in, it -- we can usually hear it. At least I can usually hear it. Are we ready?

MR. BOGAN: Yes.

MS. HARTON: Okay. Jessica, would you mind reading back the last question that I asked?

THE REPORTER: Sure. Give me just one moment.

MS. HARTON: Sure.

(REPORTER READS BACK REQUESTED QUESTION)

THE WITNESS: I can answer? Oh, okay. Yes.

BY MS. HARTON:

Q. When were you a rover at G-Pod, approximately?

A. I can't recall. Prior to 2018, and after 2012.

Q. Okay. That's helpful. Thank you. Does the Marion County Jail have standard operating procedures?

A. We have policies.

Q. Okay. Nothing called a standard operating procedure or anything like that? SOP?

A. We have policies.

Q. Okay. And the policies, are those like the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 104

one directive that I just sent you or just showed you?

A. Yes.

Q. Okay. Are there any -- besides the directives implemented by the MCSO, are there any other policies that officers and sergeants and lieutenants are expected to understand and follow?

A. Post orders.

Q. What's a post order?

A. The orders for -- for that particular pod.

MS. HARTON: Bruce, I'm just going to put this on the record so that I don't forget. I -- I'll send you a request in writing, but I don't think we have the post order for G-Pod, and we -- we're going to request that.

MR. BOGAN: Okay.

MS. HARTON: Unless I'm incorrect and you have produced it. I don't think that I have that.

MR. BOGAN: You know, I can't tell you today whether I -- we produced so much in this case, so --

MS. HARTON: Right.

MR. BOGAN: -- we'll certainly go back and look.

MS. HARTON: Thank you.

BY MS. HARTON:

Q. Can you tell me anything about the post orders

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 105

in G-Pod in 2021?

A. Yes.

Q. Okay. What can you tell me?

A. It tells how many -- as far as when there's going to be rec, when canteen is going to come down, when -- the time the nursing will take place, what time laundry's going to come through. It tells you those -- when these -- these things will occur for night and day. It sets up when someone's going to go to Med Pod, what time the nurse is going to -- to come in. It tells you the orders for that particular post or when things are going to happen, or suggested to happen.

Q. And that -- does that post order change every shift?

A. Nope.

Q. Okay. It's a standard document. It doesn't change depending on who's in the pod?

A. That is correct.

Q. Okay. The post order, it is mandatory, correct? You don't have discretion to choose whether or not you as an officer or sergeant want to follow what the post order says?

A. That is correct.

Q. Okay. And that's the same with the directives that I showed you, for example in Exhibit 1, directives

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

 5429976 Dukes Sergeant Jerome 09-12-2024 Page 106

by -- implemented by the sheriff. You don't have discretion on whether or not you want to follow those, fair?

A. That is correct.

Q. What about the Model Jail Standards? You referenced those earlier.

A. Yes.

Q. Are you trained on those?

A. I'm familiar with them. I'm not a certified -- certified. Which, we have people that are certified in Florida Model Jail Standards.

Q. Do you know what it means to be certified in the Model Jail Standards?

A. No.

Q. Okay. But you were expected to have a -- as an officer and sergeant, you're expected to have a general understanding on what the Model Jail Standards require?

MR. BOGAN: Object to form.

THE WITNESS: Yes.

BY MS. HARTON:

Q. And are the -- are the Model Jail Standards mandatory directives, or are they just sort of guidelines as to how you, as an officer, are supposed to behave?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 107

MR. BOGAN: Object to form.

THE WITNESS: They're a model of recommendations.

BY MS. HARTON:

Q. Okay. So it's your understanding as a sergeant that if you were to do something contrary to the Model Jail Standards, you would not be breaking any sort of Marion County policy, fair?

MR. BOGAN: Object to form.

THE WITNESS: We followed the Florida Model Jail standards.

BY MS. HARTON:

Q. Okay. But if you deviated from the -- them, that's not necessarily a violation of Marion County policy because they're guidelines, fair?

MR. BOGAN: Object to form.

THE WITNESS: It would -- it would have to be extenuating circumstances to violate, to go against that, because it lines up with the policy. It -- would -- it would take a lot.

BY MS. HARTON:

Q. Yeah. But -- go ahead. But the model --

A. You -- you would have --

Q. Sorry. Go ahead. You go ahead.

A. You would have to have a serious reason for

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 108

infringing upon the Florida Model Jail Standards because our -- that's one of our models for Florida, is --

Q. If you --

A. It's a basic standard.

Q. Are you required to follow what is stated in the Model Jail Standards as a sergeant and officer?

MR. BOGAN: Object to form.

THE WITNESS: It is the basic standards.

BY MS. HARTON:

Q. That is not my question, sir. I asked you: Are you required as a sergeant or a detention deputy to follow what is ordered in the Model Jail Standards?

MR. BOGAN: Object to form.

THE WITNESS: You are using the word "ordered," okay? It is a standard of, this is the best practice that will be implemented. It is not a written, this is what you will do. Now, our policies line up with the Florida Model Jail Standards, such as our post orders. When you showed me the directive that you showed me, it referenced the Florida Model Jail Standards.

BY MS. HARTON:

Q. If you were to deviate from a standard in the Florida Model Jail Standard, would you be violating Marion County Jail policy?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 109

MR. BOGAN: Object to form.

THE WITNESS: Yes.

BY MS. HARTON:

Q. Okay. So you are required as a sergeant and an officer to follow the standards of the Marion County Jail Standards, or sorry, the Florida Model Jail standards?

A. Uh-huh. Yes.

Q. Do you know if there is a written policy or directive implemented by the Marion County Sheriff's Office that has to do with the surveillance of inmates?

A. Yes.

Q. Okay. What -- can you summarize for me what you understand that policy to say?

MR. BOGAN: Object to form.

THE WITNESS: Because I don't have it in front of me, I don't want to mislead or misguide by adding or taking away from.

BY MS. HARTON:

Q. Can you give me the gist of -- I mean, you've reviewed -- you've reviewed the policy that has to do with monitoring and surveilling inmates, fair?

A. Yes.

Q. Okay. Can you give me the gist of what it says?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 110

A. That monitoring can be done visually or electronically.

Q. Okay. And visually meaning I'm watching through the window of the pod, and electronically meaning via video; is that fair?

A. Fair.

Q. Okay. Anything else that you can think of right now that's in that monitoring and surveilling inmates policy?

A. Not at this time.

Q. That's fine. And I'm assuming you don't -- you don't know what the number directive that is, by any chance?

A. No.

Q. Okay. But you have read a written policy describing how you, as an officer or a sergeant, are supposed to go about monitoring and surveilling inmates, fair?

A. Yes.

Q. Okay.

MS. HARTON: And just for the record, we're going to request that policy because I don't think we have it.

MR. BOGAN: Sure.

BY MS. HARTON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 111

Q. Can you think of -- sorry. Going back to that policy that we were just discussing, the written policy that has to do with monitoring and surveilling inmates, are there any other written policies that you're aware of that cover the issue of how to monitor and surveil inmates, or is it just the one?

A. All of the jail policies is for covering and securing inmates.

Q. Okay. All the jail policies have to do with covering and securing inmates?

A. That's the purpose of the jail.

Q. Okay. Are there any policies written down -- policies or procedures that are written down that specifically explain how to monitor and surveil inmates from the rover area of any pod?

A. Yes.

Q. Okay. Would that be a different policy than the one that you just described?

A. No.

Q. Okay. As far as you know, that one written policy that you just described is the -- is the policy that tells you how a rover is supposed to monitor and surveil inmates in the pod?

A. Yes.

Q. Okay. Is there a written policy on what

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 112

you're supposed to do if you learned that there's a physical altercation between detainees?

A. Yes.

Q. And you've reviewed that policy?

A. Yes.

Q. Can you just give me a -- the gist of what that policy says?

A. If an inmate has been subject to a battery or injured, then they must be checked out by medical and cleared. Let's see, housed appropriately, and that's just the gist.

Q. Okay. And that's your understanding of what you're supposed to do if you learn of a -- of an inmate altercation?

A. You said a gist. That's not the totality.

Q. Right. But that's one of the things you're expected to do?

A. Yes.

Q. Okay. Do you know if there's a written policy on that nighttime lockdown period?

A. Rephrase.

Q. Have you ever reviewed a written policy, or procedure, or standard on how officers are supposed to go about conducting that nighttime headcount lockdown that occurs around 9:45 every night?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 113

A. Yes. It's in the post orders.

Q. It's in the post order. Okay.

A. Yes.

Q. It's not in any sort of operations directive?

A. Yes, it is mentioned in one of them. I think it's Headcount, or in Inmate Accountability, one of those. I believe it's also in the Inmate Handbook.

MS. HARTON: Okay. You just referenced the Inmate Handbook. I'm going to show you Exhibit 27. Do you see my screen?

(EXHIBIT 27 MARKED FOR IDENTIFICATION)

THE WITNESS: Yep.

BY MS. HARTON:

Q. Okay. Is this the Inmate Handbook that you're referring to?

A. Yes.

Q. And for the record, this is the Inmate Rules and Regulations Handbook. So do you see this number 18 on Page 13?

A. Yes.

Q. Where I've highlighted?

A. Yes.

Q. Would you mind reading that paragraph into the record for me?

A. "Each night, at approximately 9:45 p.m.,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 114

'lockdown,' will be announced by the detention deputy by 10:00 p.m. You are ordered to stand by your assigned cell bunk. The detention deputy will conduct a headcount at the time and secure you in your cell. All cell lights must be off by 10:00 p.m. Inmates in open housing areas should be on their bunk by 10:00 p.m. No inmate are to get off their bunk during lockdown except to use the bathroom. All lights will be turned off and excessive noise will be" -- "will not be tolerated. Lights are to be turned on at 5:30 a.m. At this time, you are getting ready for breakfast. Will start at approximately 6:00 a.m."

Q. Okay. Is that your understanding of the requirements of the nighttime lockdown?

A. Yes.

Q. Is there anything missing from that description that you -- that you understand to be a part of the procedure for nighttime lockdown?

A. No.

Q. Do you know what a keep-away is?

A. Yes.

Q. What's a keep-away?

A. That's someone who is to be away from someone due to a case or based on an investigation.

Q. Due to a case. What do you mean by that?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 115

A. If the State says this person is a co-defendant in a crime, they put a keep-away on them, so they can't be together. So they can stay apart, so they don't communicate and discuss their crime.

Q. Oh.

A. Or one could be a witness in a crime, and has done an infraction. So the person they're being a witness from, we don't want to expose them to each other. So they will be a keep-away. One could be State evidence in a case against someone else in a federal case, so we will develop a keep-away.

Q. Is there any other way for a keep-away to be implemented?

A. That's based on Investigations.

Q. Okay. Explain.

A. The -- our investigation department may put a keep-away on someone based on information that they know.

Q. What kind of information?

A. That's based -- that's on -- Investigations doesn't clear it with you. They just put in the keep-away, so that's through Investigations.

Q. So you have no -- you have -- you don't know one way or the other what might -- what kinds of issues might arise that would cause Investigations to implement

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 116

a keep-away?

A. That is correct. It could be Classifications, Investigations, court ordered. There could be -- they can put keep-aways onto them.

Q. Can an inmate request his own keep-away?

A. Through Investigations.

Q. What do you mean, "through Investigations"?

A. He'd write a request to Investigations, they'll come and interview him and talk to him about why he needs the keep-away, or he writes Classifications.

Q. Do you know one way or the other whether -- strike that. If an inmate is believed to be particularly violent, is there anything that the jail can do to restrict them from other inmates?

MR. BOGAN: Form.

THE WITNESS: If -- if it's known to us, they go in administrative confinement.

BY MS. HARTON:

Q. The inmate who's a -- who's a danger to the other inmates?

A. Yes.

Q. How does that information typically become known to you or any other officer?

MR. BOGAN: Object to form.

THE WITNESS: Through Investigations or

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 117

Classifications.

BY MS. HARTON:

Q. Okay. And do you have any idea how Classifications or Investigations would get that information?

A. That would be -- no. They can get it from any source. As far as, for instance, a court, Investigations doing an investigation.

Q. If you witnessed one inmate attack another and -- could you report that to Investigations and tell them that you believe that inmate is violent and should be kept away from other inmates?

A. They go into a 30-day lockdown, as far as -- and then they investigate that -- they get reviewed by -- all incidents in the jail goes to Investigations to be reviewed.

Q. Does an altercation between two inmates need to be particularly severe to warrant a 30-day lockdown?

MR. BOGAN: Object to form.

THE WITNESS: Any interaction between two -- they will -- they will get -- the aggressor will get 30 days lockdown.

BY MS. HARTON:

Q. If it becomes known to staff, fair?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 118

Q. I'm going to move to the day of the incident. Was there anything different about your shift or your responsibilities as a sergeant on the day that Cory Merchant was attacked by an inmate in November, 2021?

A. Not that I can recall.

MS. HARTON: Okay. I'm going to show you a document I've marked Exhibit 31.

(EXHIBIT 31 MARKED FOR IDENTIFICATION)

BY MS. HARTON:

Q. This is an Excel sheet.

Do you recognize this document?

A. Yes.

Q. What is it?

A. It's a platoon roster.

Q. What is a platoon roster?

A. It breaks down each one of the platoons and who -- like A, A1, A2, B1, B2, and every -- the chain of command of the jail, and the assignments.

Q. And on this roster is for October, 2021 to December, 2021, fair?

A. Yes.

Q. Is this something that you look at before every shift?

A. No.

Q. You are listed under A Platoon A2, "Sergeant

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 119

Jerome Dukes." Do you see that?

A. Yes.

Q. Okay. And you said that A2 is the nighttime A Platoon, fair?

A. Yes.

Q. Okay. A few individuals on this list are highlighted in that brown color?

A. Yes.

Q. Do you know what that means?

A. Yes.

Q. What does that mean?

A. It's at the top. See it right there, "DRT"?

Q. No. Oh, right here?

A. Where's your mouse? Go to the right. Yes, "DRT."

Q. What does that mean?

A. Disturbance and -- Response Team.

Q. What is the Disturbance Response Team?

A. If there's a disturbance, they respond to it. And those are team members.

Q. Okay. So an individual may be would be assigned to a particular post for their shift, but they are also assigned to the DRT so that they're required to respond to, for example, an emergency?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 120

Q. And so if we look down here, Justin Kosinski was assigned to that response team in October, 2021 to December, 2021, fair?

A. Yes.

Q. Okay. And next to his name it says, "FTO, field training officer." Is that fair?

A. Yes.

Q. What's a field training officer?

A. An officer who trains new deputies on the policies and procedures.

Q. And then let's see. Next to Dylan Miller, it says "SD." Do you see that?

A. Yes.

Q. And that means Shakedown Team?

A. Yes.

Q. What does Shakedown Team mean?

A. That's someone that goes and shakes down -- well, they walk through the sections looking for anything that might constitute a security hazard, a fire hazard -- a nuisance, yes.

Q. How often per shift does a shakedown happen?

A. Per shift or -- I -- I need clarity.

Q. Yeah. Well, does a shakedown happen every shift in every pod?

A. No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 121

Q. Okay. How is it determined that a shakedown needs to occur?

A. It's determined -- they do it once a rotation. They have to -- they -- they do a shakedown in a section.

Q. What's a rotation?

A. Based on the schedule.

Q. Okay. Can you explain that to me?

A. Sure. You can work -- we work 12-hour shifts. And we have Monday, Tuesday; off Wednesday, Thursday; work Friday, Saturday, Sunday. The following, we're working on Wednesday, Thursday. And we're -- what happened? Oh, hello?

Q. You're fine. I see you.

A. Oh, okay. Yes. But there's -- it's -- it's a rotation of shifts. As far as who's on when you have an A1, A2, a B1, B2, those shifts are relieving each other as far as what they -- who's working what shifts.

Q. When these individuals conduct their shakedown -- well, strike that. So Dylan Miller was assigned to the shakedown team, correct?

A. That is correct.

Q. But he also would've been assigned to a post, fair?

A. That is correct.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 122

Q. Okay. So when he goes to -- does he only conduct his shakedowns in his post that he's assigned to?

A. For that day, yes.

Q. Okay. So he doesn't leave his pod to conduct a shakedown in another pod?

A. No, not for that day.

Q. Okay. But to conduct a shakedown, he would need to leave the rover area to go conduct a shakedown at whatever bunk he needs to do it at, fair?

A. Clarity. Clarify.

Q. You can't conduct a shakedown from the rover area, fair?

A. That is correct.

Q. Okay.

A. And you can't do it -- well, that is correct.

Q. And you can't do it at a bunk?

A. You're -- you're not going to be doing it alone.

Q. Oh, I see. Okay. So there's some other responsibilities in addition to sitting at the rover area and monitoring the inmates. Detention deputies also have other responsibilities that they need to complete while they're on their shift; is that fair?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 123

Q. Okay. Such as, for example, a shakedown, fair?

A. Yes.

Q. You also described someone might need to go get snacks during a shift. Are there -- what are some other responsibilities that officers might need to complete during their shift that is not sitting at the rover area and surveilling the inmates?

A. Pass supplies, escort the nurse. There's a -- a -- a lot of them that, you know, depends on what's assigned for that day and during those timeframes.

Q. If an officer has to go tend to another responsibility, is their sort of partner on that post required to stay and surveil the inmates?

A. Yes. The post has to be manned.

Q. Okay. There has to be someone in the rover area watching the video and watching the sections, fair?

A. There has to be someone there monitoring the cameras or looking at the sections, yes.

MS. HARTON: Thank you. I'm going to show you Exhibit 32. Why is this not letting me zoom in? Oh, that's why.

Do you see this document, Sergeant Dukes?

(EXHIBIT 32 MARKED FOR IDENTIFICATION)

THE WITNESS: Yes, I do.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 124

BY MS. HARTON:

Q. Okay. Do you recognize it?

A. Yes. It's a post assignment.

Q. Okay. And so at the top, this is the post assignment for November 6, 2021; do you see that?

A. Yes. Yes.

Q. Okay. And so this would have described the post for the evening of November 6, 2021, into the early morning of November 7, 2021, fair?

A. Yes.

Q. Okay. And here, you are listed as the sergeant over sector one, fair?

A. Yes.

Q. And sector one, it looks like it includes G dorm, H dorm, medical dorm, infirmary, med obs, video visitation, clinic, and staff dining, fair?

A. Yes.

Q. Okay. So you as the sergeant that evening were in charge of all of those locations?

A. Yes.

Q. Okay. And so on this particular shift, you described how you would go in once a shift, and you would announce your presence and say that you're here if anyone needs anything; do you remember that?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 125

Q. Okay. So you -- would you do that for all of these places under sector one on November 6th?

A. I would be at one of these locations on that day.

Q. Explain?

A. All right. Say one day is the 6th and I went and I observed H pod. I would be doing -- waiting there for H pod while they're doing their procedures. The next day, I would be doing key dorm, okay? And then each -- it would be a different one per day. And then -- but I would walk through all the sections within the course of my hours, but I would only be addressing one section during that period.

Q. Do you remember which one you addressed on November 6, 2021?

A. It would probably be -- I'm going to say it is med pod.

Q. Okay. Why would you -- why do you believe that?

A. because med pod has those -- it has med D, our suicide, on both sides, and it has those with special needs, and it has old people who need medical attention. So I would actually go there and speak to them because they are one of our critical needs sections.

Q. So under G dorm rover, it says Miller and

5429976 Dukes Sergeant Jerome 09-12-2024 Page 126

Kosinski; do you see that?

A. Yes.

Q. They're the only two listed as G dorm rovers, fair?

A. Yes.

Q. There was no trainee or anyone else like that that was assigned to be a G dorm rover?

A. That is correct.

Q. And their assignment as a G dorm rover means that they're assigned to monitor and surveil the inmates in G pod?

A. Yes.

Q. Okay. And next to all of the locations, there is a number in parentheses and a star. Does that mean that that's how many officers are required to be on that post during the shift?

A. Yes. The minimum, yes.

Q. The minimum. Okay. Do you recall speaking -- prior to the incident involving Cory Merchant, do you recall speaking to Officer Miller or Officer Kosinski at any time on that shift?

A. Yeah, I talked to them.

Q. Okay. Do you remember any conversations that you had?

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

     542976 Dukes Sergeant Jerome 09-12-2024 Page 127

Q. Okay. Tell me about what conversations you had with them that day?

A. Thank you for coming. Have a great shift. Let's all go home safe.

Q. Do you say that at the beginning of all of your shifts?

A. Yes.

Q. Okay. Do you recall responding to the incident involving Cory Merchant?

A. Yes.

Q. What do you recall?

A. Going into the section, Konopinski's there. A few others responded with me. My nurse looked at Cory Merchant, and he instructed me to call 911. Call 911.

Q. So you were the one who called 911, fair?

A. Yes.

Q. And what did you tell them?

A. I'm pretty sure you have the -- the recording. I have an -- an inmate down, and I need -- I don't believe it's verbatim, but I need a -- an ambulance at the jail. And then they wanted to know the address. I used some excitement words to let them know it's only one jail and I need someone there now.

Q. What do you mean by excitement words, profanity?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 128

A. Yeah. Excitement words. I didn't use profanity, I used excitement words, okay?

Q. Why did you feel the need to use excitement words at the time?

A. Because my charge nurse said he needs to go out now.

Q. Okay. Did you observe Cory Merchant when you arrived?

A. No. My officers were -- were already down there tending care with the charge nurse. I looked, and while my nurse is down paying attention to him, and then he said he needs 911.

Q. So you didn't physically look at Cory after he had --

A. I helped escort him out, but as far as did I do an assessment on him? No.

Q. I'm just asking -- I'm literally just asking when you got there before you called 911, did you physically lay eyes on Cory?

A. I -- I -- he was -- I seen him on the floor, but yeah, so --

Q. So you did see him?

A. Yes.

Q. Okay. And what did you observe about him when you saw him?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 129

A. He was on the floor with numerous officers around him with my charge nurse.

Q. Was he moving at all?

A. I couldn't tell due to my angle and where I am.

Q. Did you hear him make any noises?

A. Not that I -- I -- I can't recall.

Q. Had you ever spoken to Cory Merchant before this incident?

A. Ever, ever?

Q. Yeah.

A. Clarify. Like, I -- yes.

Q. When?

A. Let's see. I think he was an inmate worker once in 2011. I talked to him then a few times. Yeah. I don't remember the conversation, but yes, I've spoken with him.

Q. Do you remember any of your conversations specifically?

A. No.

Q. Do you remember really anything about him, about any opinions you had about him, thoughts?

A. Nice kid.

Q. Did -- have you ever met Eric Lutterloah?

A. No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 130

Q. Had you ever been made aware of Eric Lutterloah prior to this incident?

A. No.

Q. Okay. When you arrived at the -- at the scene, it was your understanding that no one had called 911 yet, correct?

A. That is correct.

Q. Okay. Did anyone explain to you what had happened to Cory?

A. When?

Q. At any time while you were initially on the scene?

A. Someone said he fell off his bunk, is what they were -- what -- what we initially had.

Q. Who told you that; was it an inmate or an officer?

A. It was the officer relying that that's what the numerous inmates were also saying, that he fell off his bunk.

Q. That wasn't true, was it?

A. In hindsight or what I know then?

Q. You know now that that was not true that he fell off his bunk, fair?

A. Fair.

Q. Okay. Do you remember which officer told you

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 131

that he fell off of his bunk?

A. No.

Q. Did you hear any inmates say that he fell off of his bunk while you were there?

A. No.

Q. While you were on scene, did you hear anyone else say anything about what had happened or Cory's condition?

A. No.

Q. So after you got off the phone with 911, what did you next?

A. Instructed them to do an investigation and roll the cameras.

Q. By them, you mean the other officers?

A. Yes.

Q. Okay. Did -- and you said you left the scene with Cory?

A. Yes. And I was still on the phone with -- with 911 --

Q. Okay.

A. -- when I left.

Q. Okay. And when you were leaving, was -- Cory was on a stretcher, fair?

A. Yes.

Q. Okay. And did you observe anything about Cory

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 132

while you were leaving with him?

A. That he was laying on the bunk with my nurse doing medical attention.

Q. Okay. Was he blue in the face?

A. No.

Q. Did he appear to be breathing?

A. I don't remember.

Q. Okay. Did he make any movements?

A. I don't remember.

Q. Did he say anything?

A. I don't remember.

MS. HARTON: I'm going to show you a video. Okay. Do you guys need a break? Because my video is not working. I got to -- I got to fix this. Is this a good time to take a break, or should I try another line of questioning and then come back to the video later?

MR. BOGAN: I guess it depends on how long you want to take. I mean, obviously, we're -- we want to move forward. So if you need -- if you -- if you just need some minutes, then we'll take a break, but if you --

MS. HARTON: Okay. Sounds good. I'm almost -- I'm almost done.

MR. BOGAN: Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 133

BY MS. HARTON:

Q. Okay. There it goes. Can you see my screen?

A. Yes.

MS. HARTON: Okay. What are we looking at here? This is Exhibit 15.

(EXHIBIT 15 MARKED FOR IDENTIFICATION)

THE WITNESS: We're looking at a camera showing the sleeping area in GA.

BY MS. HARTON:

Q. And you see at the bottom, it's labeled November 7, 2021, at approximately one eight -- 1:08 a.m., fair?

A. Yes.

Q. Okay. So this is the video that captures Cory Merchant's death, fair?

A. (No verbal response.)

Q. Well, we'll get there. It's fine. This is a -- this is an accurate depiction of G pod, A section on November 7, 2021, fair?

A. Yes. Okay.

Q. I'm going to have you watch this video.

(VIDEO RECORDING WAS PLAYED)

BY MS. HARTON:

Q. Now, this is -- this video is occurring after they're supposed to be on their nighttime lockdown,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 134

fair?

A. Yes.

Q. And there are inmates who are standing up around the bunks, fair?

A. Yes.

Q. Okay. That is not allowed at this time, fair?

A. Yes.

Q. Okay. Do you recognize this man with the white headband and no shirt on near the top right?

A. No.

Q. Okay. So I want you to keep an eye on him. Did you see that altercation occur?

A. Yes.

Q. Okay. I'm going to go back just a little bit to when it started. So the altercation occurs between the man in the white headband and another man that he's speaking to next to the bunk, fair? Up here.

A. Yes, I'm looking.

Q. Did -- can you answer my question?

A. I seen them move back, so I was waiting on you.

Q. Yeah. And the -- this man in the white headband is the one who starts the altercation, fair?

A. (No verbal response.)

Q. Can you answer my question, sir?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 135

A. I'm -- I'm waiting on you to push play --
Q. Okay.
A. -- so I could see it.
Q. Okay. Do you see that?
A. I do see movement and he -- and a reaction to it, yes.
Q. Okay. That occurs at around 1:09:06 a.m. And where -- in relation to where that movement occurred with the man in the white headband, where is the rover station?
A. See where the table is cut off at the -- at the lower -- lower right?
Q. Yes.
A. Okay. There would be -- the rovers area would be at a -- an angle of 45 or 30 degrees that way, because that should be where the doors come in. So it would be at an angle.
Q. Okay. So the -- fair to say the -- this altercation starts at approximately 1:09:06 a.m., fair?
A. Yes.
Q. Okay. So let's watch the rest.
(VIDEO RECORDING WAS PLAYED)
BY MS. HARTON:
Q. Now, at this time after the altercation is over, there is no officer that's entered the section,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 136

fair?

A. Okay.

Q. Would you agree with me on that?

A. Yes.

Q. Okay. So after this interaction, you've seen several inmates kind of get up and see what's going on, fair?

A. Yes.

Q. When you see this inmate to the right, you saw, did you see him walking out of frame towards the rover area?

A. Yes. Yes.

Q. And that's at approximately 1:09:57, fair?

A. Yes.

Q. So we are now at 1:10:43 a.m., and no officer has come into frame yet, fair?

A. Yes.

Q. Okay. So at approximately 1:11:11 a.m., you saw that officer come into frame, true?

A. Yes. Yes.

Q. Okay. Do you know which officer that is?

A. That's Kosinski.

Q. Okay. And so at approximately 1:11:20, he arrives at where the altercation took place; is that fair?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 137

A. Yes.

Q. Are -- watch -- have you watched this video before?

A. No.

Q. Okay. Watching this video, are you surprised that it took about two minutes for an officer to respond to the scene?

MR. BOGAN: Object to form.

THE WITNESS: No.

BY MS. HARTON:

Q. Why not?

A. According -- according to the time, he's doing -- they're doing a security check, okay? So he would be walking around the pod, is my suggestion, and then coming out before he went in -- back to that section.

Q. Okay. What do you mean he was doing -- he would've been doing a security check in another pod, you mean?

A. Another section like the -- we had different sections in there, so he -- he was probably already in that section, and then when he went out is when -- going to another section is when this probably occurred, while he's in another section. Because yes, he's doing a check.

Q. And what about this time makes you think he

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 138

was doing a security check at -- in another section?

MR. BOGAN: Object to form. Go ahead.

THE WITNESS: Because how close it is to the -- the 1:00 as far as the one -- the -- the -- the hourly check, and as far as walking through each one of the sections would be my guess.

BY MS. HARTON:

Q. If you -- if he wasn't doing a security check in another section, if he was sitting at the rover area, would you have expected him to responded quickly to this, based on how your understanding of how things work at the Marion County jail?

MR. BOGAN: Object to form.

THE WITNESS: I think -- I would think it's an -- if he was at -- even at the desk, it was a -- a reasonable amount of time, especially since he's by himself.

BY MS. HARTON:

Q. Why do you say he's by himself?

A. Because he's the only one that came in at that time.

Q. Okay. Let's keep watching the video.

(VIDEO RECORDING WAS PLAYED)

BY MS. HARTON:

Q. Okay. So we're at 1:13:51, and you see

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 139

another officer come into view there on the right; is that fair?

A. Yes.

Q. Real quick, is there any other way to access this section other than going through the rover area?

A. No.

Q. Okay. And do you know who this officer to the right is?

A. You stopped it. I can only tell by the walk.

Q. Okay. So I'll play it, and -- but just before I do that, this is the first officer that's come into view since Officer Kosinski came in, right?

A. Uh-huh.

Q. At 1:13:51 a.m. Can you tell who that is?

A. I'm going to say Savage.

Q. Okay. And can you tell who was carrying that board?

A. Could you back it up a little?

Q. Yes.

A. That's Nurse Little.

Q. And then who's this person coming in here?

A. Konopinski.

Q. Okay. And then a black and white is bringing in a stretcher.

A. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 140

Q. Or it looks -- not really a stretcher, it's more like a medical chair. I'm going to go back a little bit. So approximately 1:14:10, is that you coming into frame?

A. Yes.

Q. And then who's behind you?

A. Valdez.

Q. Okay. So you go up and then you quickly turn around; do you see that?

A. Yes.

Q. Do you -- do you remember what you saw when you initially got there and then turned around?

A. All these people up.

Q. Okay. Do you know why you decided to turn around so quickly?

A. To get the stretcher.

Q. Okay. Did you see -- when you first a approached, did you see Cory?

A. No.

Q. Okay. You just saw kind of a group of inmates?

A. Yes.

Q. Okay. Okay. So where -- you just walked out of screen. Where are you going now?

A. To let the other people in at the front door,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 141

because the charge nurse and two other people are back there. So then we sent Valdez to go back there, because our thinking is, he -- he fell off the bunk. Do we need -- we're looking -- thinking about a neck brace.

Q. Okay. So at approximately 1:15:01, they're carrying him out on the board; do you see that?

A. Yes.

Q. Okay. All right. Sorry. I do have to bring that up one more time. I'm so sorry. All right. Looking -- okay. So looking back at a -- can you see my screen? No, you can't, can you? Okay. Can you see my video again?

A. Yes.

Q. Okay.

(VIDEO RECORDING PLAYED)

BY MS. HARTON:

Q. So the rover area is to the bottom right of this video picture, fair?

A. Yes.

Q. And there are, it looks like, three rows of bunks, fair?

A. Where -- where are you counting?

Q. Well, okay. So this -- there's like this first row of bunks, and there's nine bunks in this first row, fair?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 142

A. Yes.

Q. And then there's another row of nine behind it, fair?

MR. BOGAN: Objection. Go ahead.

THE WITNESS: No.

BY MS. HARTON:

Q. Okay. Why no?

A. Because there's -- there's nine in front, yes?

Q. Yes.

A. Right. Look at the row behind it. There's one offset.

Q. Okay.

A. So that means that would be two more, correct?

Q. Sure. I mean, you would you agree that it's kind of hard to tell how many bunks are in there?

A. No.

Q. Okay. Where are these offset bunks? Are they to the right?

A. See the green wall? The visitation wall right there?

Q. Uh-huh.

A. See -- see that -- where that -- the towel is? Yes?

Q. Yeah.

A. All right. So we count that as one set, two,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 143

three, four, five, six, seven, eight, nine, yes?

Q. Sure.

A. All right. The row behind it, see the guy that's on the top? Look to your --

Q. Uh-huh.

A. -- right, okay?

Q. Uh-huh.

A. So that's one row, okay? And even on this side. So that means there's two more bunks extra, so that would be that next row, ten.

Then you look in the back, you'll see it's a row with two to the wall, all the way over to the other wall, and then another set behind that with two to the wall, all the way over to the other side.

Q. Why don't you tell me how many bunks you're counting in this video?

MR. BOGAN: Object to form.

THE WITNESS: 80.

BY MS. HARTON:

Q. 80 bunks. And by, 80, you mean -- there's not 80 bunk beds, there's 40 bunk beds and then 80 places to sleep, fair?

A. Fair.

Q. Okay. Just want to make sure we're clear. Okay. But you would agree that looking at -- through

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 144

this video, there is some obstructed view of the inmates due to the bunks being in the way; is that fair?

MR. BOGAN: Object to form.

THE WITNESS: As far as bunks or the towels?

BY MS. HARTON:

Q. Either one. I mean, there's -- you can't see every inmate that is in this pod in this video, fair?

MR. BOGAN: Object to form.

THE WITNESS: That is correct.

BY MS. HARTON:

Q. Okay. And that's because there are objects, whether they're bunks or towels, that are obstructing the view of the person watching the video, fair?

MR. BOGAN: Objection.

THE WITNESS: Yes.

BY MS. HARTON:

Q. Okay. And additionally, the bunks are quite a bit of distance away from where the camera is, fair?

MR. BOGAN: Object to form.

THE WITNESS: Yes, by what you're stating.

(VIDEO RECORDING STOPPED)

MS. HARTON: I'm going to show you Exhibit 16. Can you see my screen?

(EXHIBIT 16 MARKED FOR IDENTIFICATION)

THE WITNESS: I can now.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 145

BY MS. HARTON:

Q. Okay. So this is a video of a pod in the Marion County Jail; is that fair?

A. It's plausible.

Q. Sorry?

A. It's plausible. I'm -- I'm trying to -- looking for some distinguishing marks that it is our jail.

Q. Okay. Does this look like the Marion County Jail to you?

A. We have similar characteristics. I can't say definitely this is the Marion County Jail, but it looks similar.

Q. Okay. I'm going to represent to you that this is the Marion County Jail.

A. All right.

Q. Okay. If -- well -- so I'm going to go to timestamp 50, and I want you to kind of look at the top area of the -- of the video, okay? I'm going to play it.

(VIDEO RECORDING WAS PLAYED)

BY MS. HARTON:

Q. Okay. Did you see, at approximately 59, this man strike another man?

A. Nope. Can you play it back?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 146

Q. Sure.

(VIDEO RECORDING WAS PLAYED)

BY MS. HARTON:

Q. Go back a little further. I'm going to go back even further.

So watch this man sitting -- at the top, sitting down at this dining table.

A. Uh-huh.

Q. He's sitting down. And you see him strike someone?

A. No. I seen him throw something.

Q. Okay. You saw him throw something. Okay.

A. And I seen some guy strike him then, yes.

Q. Okay. So there -- so fair to say that there was a physical altercation between two inmates in this video, fair?

A. Yes.

Q. Okay. Okay. So that physical altercation ends -- or, sorry, the video ends about 30 seconds after the altercation occurs, correct?

A. Okay.

MR. BOGAN: Object to --

BY MS. HARTON:

Q. Okay. And you did not see any officer come into view to address that a physical altercation had

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

 5429976 Dukes Sergeant Jerome 09-12-2024 Page 147

just occurred, fair?

MR. BOGAN: Object to --

THE WITNESS: That's correct.

BY MS. HARTON:

Q. Okay. Is that unusual to you that an officer wouldn't immediately respond to a physical altercation that occurred in the pod?

A. He may not be aware of it, as far as because of the people that's in front of them.

Q. Okay.

A. -- so --

Q. Sorry. You said, because there are people that are in front of them?

A. Yes. They were --

Q. Unless --

A. -- getting trays --

Q. Okay.

A. -- so the -- if there's no indication that there's something, then he's not aware that something just occurred.

Q. But because he can't -- because he can't see it happen, because there are -- there are individuals in front of him; is that what you're saying?

MR. BOGAN: Object to form.

Go ahead.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 148

THE WITNESS: Yes.

BY MS. HARTON:

Q. Okay. But the officer is supposed to be watching the video, isn't he?

MR. BOGAN: Objection.

THE WITNESS: At the time of feeding, he -- is he to be in two places at once?

BY MS. HARTON:

Q. Okay. So the officer is busy feeding people, so he can't be watching the video, fair?

A. That is correct.

Q. And there's no one else watching the video while he's feeding, fair?

MR. BOGAN: Objection.

THE WITNESS: That is correct, because most likely, the other officer is feeding on the other side.

MS. HARTON: I'm going to show you Exhibit 17.

(EXHIBIT 17 MARKED FOR IDENTIFICATION)

BY MS. HARTON:

Q. Okay. Do you recognize -- oh. You can't see this, can you? Okay. Do you see my screen?

A. Yes.

Q. Do you recognize this area?

A. It appears to be the Marion County Jail.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 149

Q. Okay. And if at the top left corner, that looks like the area where the rover is, fair?

A. Yes.

Q. Okay. And this is Exhibit 17, just for the record.

(VIDEO RECORDING WAS PLAYED)

BY MS. HARTON:

Q. Okay. So you would agree with me that watching this video, you cannot see every bunk and every inmate that is in this pod, fair?

A. From -- could you repeat the question?

Q. This video does not depict every inmate and every bunk that is in this pod, fair?

A. That is correct.

Q. Okay. I'm going to go ahead to timestamp 2:18, and I want you to keep an eye sort of to the top, a little bit to the right, these three men that are standing together; do you see that?

A. Yes.

Q. Okay. So at approximately 2:22, did you see one of the inmates strike the other inmate?

A. Yes.

Q. And that's towards the top of the video, and this inmate continues to strike that inmate, fair?

A. Okay. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 150

Q. And the inmate begins to run away, right?

A. Yes.

Q. Okay. And this guy is chasing him, and he continues to strike him on the other side of the jail -- or the other side of the section, fair?

A. Yes.

Q. Okay. And when he strikes him that last time, they're closer to -- they're kind of in front of the rover area, right?

MR. BOGAN: Object to form.

THE WITNESS: Yes.

BY MS. HARTON:

Q. Okay. Okay. And so the man continues to walk around the cell, or the dorm. Okay. So the video ends about a minute-and-a-half after the altercation began, and you did not see an officer come into view at any point out of the rover area in this video, fair?

A. Fair.

Q. Okay. Did you -- does that surprise you, that even though there was an altercation that occurred kind of across the pod, that no officer came in and responded to the incident?

MR. BOGAN: Object to form.

THE WITNESS: No. That -- what it -- and there's a reason.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900
www.MILESTONEREPORTING.com
Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 151

BY MS. HARTON:

Q. Sure. Go ahead.

A. All right. I -- it looks like he's doing medication pass, okay, or whoever is there. And when the person came up to him, they -- they could've said there, because it's evident that the video was pulled, that he complained, that he told the officer then what occurred. That's what this came in to where it was researched to where it was pulled.

Q. Okay.

A. So there was something done.

Q. So if he's -- but if he's doing medication pass, he's -- there's no one at the rover station, watching the video; is that fair?

A. That -- that -- I -- I can't answer that, because I don't know what's going on on the other side of that -- during this time frame on this particular day.

Q. Okay. The fact that -- you said that the -- because this video was pulled, that means it was reported?

A. Yes.

MR. BOGAN: --.

BY MS. HARTON:

Q. So these videos are only -- are only pulled if

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

 5429976 Dukes Sergeant Jerome 09-12-2024 Page 152

officers are made aware of the altercation, fair?

A. No.

Q. Okay. Explain?

A. Well, because he walked to the door, he tell -- he informed the officer. So I didn't see him go back. So I'm -- that he told the officer what occurred, officer set him out, reviewed the -- the incident report on this particular date and time. Investigations look at all the videos, so they look at all incidents, so that's them.

Q. Investigations watch all the videos of all the pods?

A. Yes.

Q. They watch every single minute of surveillance?

A. If there's an incident report or there's something they're looking at, yes.

Q. Only if it's reported, though. Investigations isn't going through every video and watching what's happening unless there's a report, fair?

MR. BOGAN: Object to form.

THE WITNESS: If they're looking for -- they have -- if they're looking for something or an individual, they will always monitor that area.

BY MS. HARTON:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 153

Q. Let me show you Exhibit 18.

(EXHIBIT 18 MARKED FOR IDENTIFICATION)

BY MS. HARTON:

Q. Do you see my screen, Sergeant?

A. Yes.

Q. Do you recognize this document?

A. Yes.

Q. Okay. And you signed -- these are your interrogatories that you -- the interrogatories that you answered, that we issued, correct?

A. Yes.

Q. Okay. And when you answered these interrogatories, did you -- did you go over them -- I don't want to know anything that you spoke about with your attorney, but did you review them yourself, the answers to them?

A. Yes.

Q. And at the bottom, you signed them and said that everything in here is true and correct, fair?

A. Yes.

Q. And as you sit here today, you understand that everything that you put into these interrogatories is true and correct, fair?

A. Yes. Well, I have a -- back.

Q. You want to clarify something on there?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 154

A. Yes.

Q. Okay. What do you want to clarify?

A. All right. The -- see the -- the, "I have been employed with since January 23 of '12"? That's sworn, not my start, okay?

Q. Understood.

A. Start was -- was January of 2008.

Q. Do you believe that inmates may be reluctant to report that they were the victim of violence by another inmate?

MR. BOGAN: Object to form.

THE WITNESS: They may be reluctant, but they do speak to -- they have an opportunity to speak to a supervisor, so -- and a lot of inmates do speak to me.

BY MS. HARTON:

Q. Why might an inmate be reluctant to report that they were a victim of a crime?

MR. BOGAN: Object to form.

THE WITNESS: Them being labeled as a snitch or other stereotypical comments.

BY MS. HARTON:

Q. This -- strike that. Have you ever been disciplined by the Marion County Jail?

A. I -- explain discipline, clarity.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 155

Q. Well, I know you've been investigated.

A. Yes.

Q. I'm asking, have you been -- have any of those investigations led to you being disciplined in any way?

MR. BOGAN: Object to form.

THE WITNESS: I don't know if it would be disciplined, but I was placed, while investigation was ongoing, in a DA position. So --

BY MS. HARTON:

Q. After the disposition of any of those investigations, were you -- were you disciplined?

A. No. Not that I can remember

MS. HARTON: Guys, I'm about done. Can I just have five minutes to check my notes and make sure? I will pass the witness.

MR. BOGAN: Okay. I don't have any questions. So he'll reserve reading and signing, and we'll --

MS. HARTON: You're my favorite type of opposing counsel, Bruce.

MR. BOGAN: Yeah. I tend to -- I don't like to try my cases in deposition. I prefer to do it in the courtroom. So we'll reserve his right to read and sign, and we'll take a copy if it's ordered, and we'll go from there.

THE REPORTER: Okay. Did you want to order,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 156

Ms. Horton? Or, Harton, I'm sorry.

MS. HARTON: That's okay. It happens all the time. We'll take a copy, and I'll get you my exhibits --

THE REPORTER: Okay. Did you want the video as well?

MS. HARTON: Yeah. Actually, Bruce, would you be okay if instead of sending her the actual files, I just did a placeholder document and reference the Bates number or the document generally?

MR. BOGAN: Yeah. So just as long as we get a -- I mean, I'm going to order a copy of the deposition, then, you know, so I'll get whatever exhibits, I guess, you're sending her. So I guess you don't need to send them to me separately, then.

MS. HARTON: Yeah. I just -- and rather than attaching like a really big video file to the dep, I'd prefer -- I mean, I think it would just be easier to -- I like to do placeholders for videos. But if you don't want that, because we know what the video is, and we can reference it later; does that make sense?

MR. BOGAN: So yeah, I'm pretty sure that -- I just don't know if I have those videos marked the way you have them marked. That's the only thing

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 157

that I want to make sure that, you know -- 17 easily.

MS. HARTON: Yeah.

MR. BOGAN: So I don't know how you want to be able to make me aware of that. That's the only thing. I don't know.

MS. HARTON: I can just send her a link to the video, then, just to make it easier, because you didn't Bates stamp your videos, so -- which is fine. It's just -- I'll just have to send her the video.

MR. BOGAN: Okay. All right. That works. All right.

THE REPORTER: And I will take us off record real quick. One second.

MR. BOGAN: Okay.

(DEPOSITION CONCLUDED AT 2:37 P.M. CT)

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 158

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF ORANGE

I, the undersigned, certify that the witness in the foregoing transcript personally appeared before me and was duly sworn.

Identification: Produced Identification

Jessica Ethridge
Court Reporter, Notary Public
State of Florida
Commission Expires: 09/21/2026
Commission Number: #HH 314140

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429976 Dukes Sergeant Jerome 09-12-2024 Page 159

C E R T I F I C A T E

STATE OF FLORIDA)
COUNTY OF ORANGE)

I, Jessica Ethridge, Court Reporter and Notary Public for the State of Florida at Large, do hereby certify that I was authorized to and did report the foregoing proceeding, and that said transcript is a true record of the said proceeding.

I FURTHER CERTIFY that I am not of counsel for, related to, or employed by any of the parties or attorneys involved herein, nor am I financially interested in said action.

Submitted on: September 24, 2024.

_______________________________
Jessica Ethridge
Court Reporter, Notary Public

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542976 Dukes Sergeant Jerome 09-12-2024 Page 160

ERRATA

PAGE LINE CHANGE REASON

I have read the entire transcript of my deposition taken in the captioned matter or the same has been read to me.I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the Errata Sheet and authorize you to attach the changes to the original transcript.

______________________ _________________________

Date NAME

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

**September 24, 2024**

**Bruce Bogan, Esquire**
Hilyard, Bogan & Palmer, P.A.
105 East Robinson Street
Suite 201
Orlando, FL 32801

RE: Deposition of **Sergeant Jerome Dukes** taken on **9/12/2024**
Krysti Merchant et. al. v. Billy Woods, Sheriff of Marion County et. al.

Dear Mr. **Bogan**,

**IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN**

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter, as considered reasonable under Federal Rules*.

_x__ **Attorney - Copy of Transcript Enclosed:** Signature of the Deponent is required. Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated. Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum. If you have any questions, please call our offices.

___ **Attorney - No Copy Ordered:** Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

___ **Deponent:** At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet. Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum. Please call our offices if you have any questions.

___ **Deponent:** At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same. Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

___ The attached executed copies of the Errata Sheet(s) are sent to you for your files. If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 342976

cc: Sam Harton, Esquire
James M. Slater, Esquire

Waiver:
I, Sergeant Jerome Dukes, hereby waive the reading and signing of my deposition transcript.

____________________________________ __________________

Deponent Signature Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

342970 Dukes Sergeant Jerome 09-12-2024 Page 162

0

**04** 14:6
**09/21/2026** 158:24

1

**1** 3:8,24 51:7,17 80:19,20 81:8,10 105:25
**1:00** 138:4
**1:08** 133:11
**1:09:06** 135:7,19
**1:09:57** 136:13
**1:10:43** 136:15
**1:11:11** 136:18
**1:11:20** 136:23
**1:13:51** 138:25 139:14
**1:14:10** 140:3
**1:15:01** 141:5
**10** 63:4 68:3,14,15 71:24,25
**10:00** 114:2,5,6
**10:07** 4:8 5:7
**105** 2:14
**113** 3:15
**116** 2:10
**118** 3:16
**12** 1:24 78:22 154:4
**123** 3:17
**12-hour** 121:9
**12th** 4:7 5:6
**13** 76:6 78:23 113:19
**133** 3:9
**14** 76:6
**144** 3:10
**148** 3:11
**15** 3:9 33:15 34:9 56:2,10,23 58:5 59:2,6,12 133:5,6
**153** 3:13
**16** 3:10 56:20 57:21 144:22,24
**17** 3:11 148:18,19 149:4 157:1
**17:30** 68:20
**18** 3:12 113:18 153:1,2
**1990** 11:25

2

**2** 3:25 83:9
**2:18** 149:16
**2:22** 149:20
**2:37** 157:16
**20** 34:11 38:23
**20:30** 56:1
**2000** 11:25 12:1 78:21
**2003** 11:9,10 12:4 14:6
**2004** 11:9,11,15
**2008** 10:15,16 11:10,22 24:25 49:8 79:2,4 83:14,15 154:7
**2009** 78:24
**201** 2:15
**2010** 78:24 80:2
**2011** 78:24 80:3 129:15
**2012** 76:6 84:5,6 103:18
**2018** 10:20 103:17
**2019** 51:7,17 58:12
**2021** 15:2,4,7 16:10,24 35:4 38:8,14,23 39:16,20 46:24 47:2,10,18 49:14,23 50:13 63:5 68:3,15 70:13 71:22,24,25 72:22 73:5,9 82:21 85:4 105:1 118:4,19,20 120:2,3 124:5,8,9 125:15 133:11,19
**2024** 1:24 4:7 5:6 49:8 159:17
**21** 37:12,16 38:3,4
**21:00** 56:2
**210004366** 3:21
**210004389** 3:20
**210004401** 3:19
**2296** 2:9
**23** 154:4
**24** 159:17
**26th** 84:5
**27** 3:14 113:9,11
**280** 40:13

3

**3** 82:23
**30** 34:13 66:24,25 67:1,8,22 117:22 135:15 146:19
**30345** 2:10
**305** 2:11
**30-day** 117:13,18
**31** 3:16 118:7,8
**312** 2:6
**314140** 158:25
**315** 4:4
**32** 3:17 51:24 123:21,24
**321** 2:4

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

**32801** 2:15 4:5
**34** 3:18 51:1,2,22 55:16
**35** 3:19 68:11,12
**36** 3:20 61:20,23,25 69:5
**37** 3:21 70:9,10

4

**40** 34:15 78:11 143:21
**407** 2:16
**40-hour** 80:13
**425-4251** 2:16
**45** 135:15
**458-1000** 2:6

5

**5** 3:3
**5:23-CV-00661** 1:4 5:16
**5:30** 114:10
**50** 34:17 145:18
**51** 3:18
**510** 4:5
**523-9023** 2:11
**59** 145:23

6

**6** 3:4 124:5,8 125:15
**6:00** 114:12
**60** 34:19 36:4 40:3,9
**60654** 2:5
**61** 3:19
**68** 3:20
**6th** 125:2,6

7

**7** 47:10,18 124:9 133:11,19
**70** 3:21 34:21 36:4 40:3,9
**7th** 46:22 47:1

8

**8** 70:13 71:22
**80** 3:8 143:18,20,21
**87** 13:19

9

**9:45** 85:18,20 86:21 88:7 89:3 112:25 113:25
**900** 2:5
**9-10-21** 68:20
**911** 127:14,15 128:12,18 130:6 131:10,19
**92** 13:19
**96** 12:23 82:11

A

**a.m** 4:8 5:7 114:10,12 133:12 135:7,19 136:15,18 139:14
**A1** 45:24 46:7 118:17 121:17
**A2** 45:24 46:7,9 118:17,25 119:3 121:17
**ability** 54:12
**able** 5:23 8:4 9:22 56:10,22 58:4 59:5 70:3 157:5
**absolutely** 62:24
**AC** 64:1
**academy** 78:14,20 79:6,7,14,18,21 80:1,6
**access** 139:4
**according** 52:13 63:7 137:12
**accordingly** 93:18
**account** 56:7,9
**accountability** 54:23,25 84:8,17,19 88:13,16 113:6
**accurate** 133:18
**accurately** 56:5
**across** 52:17,22 53:8 91:22 150:21
**action** 95:22 159:15
**activity** 74:20
**actual** 156:8
**actually** 47:3 51:23 61:23 98:14 125:23 156:7
**add** 59:13
**adding** 109:17
**addition** 122:21
**additional** 99:1
**additionally** 144:17
**address** 18:7 91:25 92:3 127:21 146:25
**addressed** 18:12 125:14
**addressing** 125:12
**adjust** 102:23
**administrative** 23:17 25:12,17,22 80:10 116:17
**advance** 61:22
**advised** 55:15,23,24 56:1
**AE** 22:11 100:11

342970 Dukes Sergeant Jerome 09-12-2024 Page 164

**affiliation** 75:5

**affirm** 6:6

**against** 29:13 107:18 115:10

**agencies** 11:2

**aggressor** 117:21

**ago** 28:19 86:6

**agreed** 4:11

**ahead** 6:5 16:4 18:10 32:24 38:2 50:2 53:10 54:3,5 60:11 64:13 66:9 69:6 70:6 72:10 73:6 87:25 90:7 94:23 96:5,9 107:22,24 138:2 142:4 147:25 149:15 151:2

**AIU** 13:2,9

**allegation** 67:21 70:21

**allow** 59:1

**allowed** 53:14 85:21 87:20,23 134:6

**alone** 122:19

**Alpha** 10:4,6,7 19:21,22 20:6,13 21:21 22:5,10,13 23:1,2,7,21 24:1,3,4,8 25:6,7,16,21,24 26:13,16,22 27:3,7,13 31:7,8 32:10,19 35:12,19 39:5,10,11,23 40:3 44:22 45:13 47:10,18 62:17 86:24

**Alpha's** 22:8

**already** 26:6 35:21 128:9 137:20

**altercation** 48:4,18,24 52:18 66:2,14 75:4 76:11,16,19,23 77:1 101:11 112:2,14 117:17 134:12,15,23 135:19,24 136:24 146:15,18,20,25 147:6 150:15,20 152:1

**altercations** 48:9 49:9,15 50:1,11 74:19

**am** 62:19 129:5 159:12,14

**ambulance** 127:20

**American** 13:4

**amount** 138:16

**angle** 60:18 129:4 135:15,17

**announce** 124:23

**announced** 114:1

**announcement** 18:10

**annual** 80:16 93:22

**answer** 8:15,23,24 9:6,10,12,22 15:14 16:4 26:16 31:1 37:10 41:22 49:4,11,17 52:12 54:5,14 100:8 103:14 134:19,25 151:15

**answered** 153:10,12

**answers** 3:12 7:8 8:19 69:14 153:16

**antagonist** 95:15

**antagonizer** 65:20 66:19,22

**antagonizing** 94:7

**Anthony** 68:21

**anyone** 18:11 57:11 124:24 126:6 130:8 131:6

**anything** 9:24 18:11,15 37:20 65:24 78:15 84:13,15 88:22 103:23 104:25 110:7 114:16 116:13 118:2 120:19 124:24 129:21 131:7,25 132:10 153:14

**Anytime** 76:22

**apart** 115:3

**A-Pod** 48:12 87:8 100:23

**apologize** 60:5

**apparently** 30:11

**appear** 132:6

**appearance** 5:18

**APPEARANCES** 2:1

**appeared** 2:12,17 158:7

**appears** 69:7 148:25

**appreciate** 35:1

**approached** 140:18

**appropriate** 67:22

**appropriately** 94:1,3 112:10

**approximate** 48:13

**approximately** 56:1 68:20 84:1 103:16

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 165

113:25 114:12 133:11 135:19 136:13,18,23 140:3 141:5 145:23 149:20

**approximation** 9:9

**April** 83:14

**Arabia** 14:1

**area** 22:1 24:9 41:25 42:7,20 43:12,21 45:3 61:17 68:25 71:4,6,10,11,16,18,19 85:1,14,15 86:1 88:2,5 91:2,5,16 92:4 98:11,17 101:6 102:7 111:15 122:9,13,22 123:8,17 133:8 135:14 136:11 138:9 139:5 141:17 145:19 148:24 149:2 150:9,17 152:24

**areas** 19:15,16,20 22:2 33:20 42:23 43:24 45:10 90:16 114:6

**aren't** 60:20 102:16

**argue** 86:8

**arise** 115:25

**array** 44:7

**arrested** 23:20 28:21 35:8

**arrive** 16:15

**arrived** 128:8 130:4

**arrives** 136:24

**assault** 28:11,19 59:18 61:2,3,5,14 65:2,19 66:8,10,18,23

**assaulted** 52:10

**assaulting** 67:4 73:1,11

**assaults** 64:19 72:1,5

**assess** 94:5

**assessed** 66:4

**assessment** 128:16

**assigned** 16:21 33:5,6,20 39:18,19 85:1,14,15 88:5 97:10 99:21 114:2 119:22,23 120:2 121:20,23 122:2 123:11 126:7,10

**assignment** 16:20 124:3,5 126:9

**assignments** 3:17 16:12,18 118:18

**assistance** 98:20 101:18

**assisted** 52:16

**associates** 13:12

**assume** 15:7 16:5

**assuming** 69:13 110:11

**Atlanta** 2:10

**attach** 160:20

**attaching** 156:17

**attack** 65:13 69:4 75:24 76:2,4 117:9

**attacked** 47:10,12 55:8 56:22 58:4 59:1,6 67:12 69:15 75:23 118:4

**attended** 4:6

**attending** 5:18

**attention** 61:11 125:22 128:11 132:3

**attorney** 15:11 153:15

**attorneys** 15:20 42:16 159:14

**audio** 7:23 37:4

**August** 51:7,16

**authority** 16:20

**authorize** 160:20

**authorized** 159:8

**awaiting** 23:23 25:25 26:4 36:15

**aware** 61:14 74:18 100:1 101:12 111:4 130:1 147:8,19 152:1 157:5

**away** 23:18 95:13 109:18 114:23 115:22 117:12 144:18 150:1

B

**B1** 45:24 118:17 121:17

**B2** 118:17 121:17

**bachelor's** 13:11,13

**backside** 60:15

**bandwidth** 8:1

**based** 22:23 27:14 28:4 32:12 35:8 46:13 56:20 69:3,14,22 75:4 82:2 114:24 115:14,17,20 121:7 138:11

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 166

**basic** 83:3 108:4,8
**Basically** 7:4
**basis** 64:14
**Bates** 156:10 157:9
**bathroom** 87:11 114:8
**battery** 51:20 112:8
**bbogan@hilyardlawfirm.com** 2:16
**bear** 29:8
**beaten** 63:8
**became** 81:18 83:23 84:2 100:1 101:12
**become** 95:20 116:22
**becomes** 91:25 95:20 117:24
**bed** 52:23 53:20 85:15
**beds** 52:17,22 53:9 143:21
**bedtime** 85:11
**beginning** 85:5 127:5
**begins** 150:1
**BEHALF** 2:2,13
**behave** 106:25
**behind** 43:25 60:13 72:20 86:12,14,17 87:9 140:6 142:2,10 143:3,13
**believe** 12:23 113:7 117:11 125:18 127:20 154:8
**believed** 116:12
**besides** 45:5 61:13 67:7 104:3
**best** 44:11 48:20 108:15
**Billy** 1:14 5:11
**bit** 9:17 10:3 14:18 42:6,13 44:4 83:17 134:14 140:3 144:18 149:17
**black** 38:15,16,18 39:1 139:23
**blades** 84:9
**Blandin** 2:4
**blanket** 53:18,20 54:19
**blankets** 52:17,21 53:8
**blind** 45:6,8
**block** 21:13,14 32:20
**blocks** 21:10 23:5
**blood** 92:20
**blue** 132:4
**board** 11:17,19 139:17 141:6
**Bogan** 2:13,14 5:22 7:14,20,24 24:10 29:19,24 30:3,8,16 36:19,21,23 37:1,3,9 41:21 45:7 46:12,16,22,24 49:4,11,17 50:2,16,19,21 52:12,24 53:4,10 54:14 56:12,24 57:5,8 58:6 59:7,11 60:5,10,22 61:6,15 62:20 63:10 64:13,23 65:4,8 66:1,9 69:6,18 70:6,18 72:7,10 73:2,6,12,23 74:11 81:8 87:25 88:12,24 89:18 90:1,8,10 91:20 93:15 94:17,23 96:2 99:12 100:3 102:14,15,17,20,23 103:3,8 104:15,18,21 106:19 107:1,9,16 108:7,13 109:1,15 110:24 116:15,24 117:19 132:18,25 137:8 138:2,13 142:4 143:17 144:3,8,14,19 146:22 147:2,24 148:5,14 150:10,23 151:23 152:21 154:11,19 155:5,16,20 156:11,23 157:4,11,15
**booking** 19:18 20:1,2
**booklet** 81:20
**BOP** 11:8,16
**bottom** 55:14 133:10 141:17 153:18
**brace** 141:4
**bravo** 19:22 20:6,16 21:21 22:13,15,24 25:16 27:7,11,13,18 31:10 39:24 44:22 64:1
**break** 41:5,18 47:21 48:3,10,18 50:17 90:19 97:23 132:13,15,21
**breakfast** 114:11

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 167

**breaking** 107:7
**breaks** 118:16
**breathing** 55:7 132:6
**briefing** 16:16
**bring** 141:8
**bringing** 139:23
**broad** 18:10
**brown** 119:7
**Bruce** 2:13 5:22 29:21 30:1 36:20 47:4 104:10 155:19 156:7
**bruise** 63:15
**bruises** 68:25
**bruising** 63:9
**bunch** 83:5
**bunk** 52:17,22,23 53:8,20 85:21 86:21 87:24 91:17,18 92:1,9,11 114:3,6,7 122:10,17 130:13,19,23 131:1,4 132:2 134:17 141:3 143:21 149:9,13
**bunking** 88:2
**bunks** 21:11,20 22:6 33:6,10,11,18 34:3 36:4 40:3,9 86:1,16 87:2,10 88:7,10,11,15 89:12 134:4 141:21,24 142:15,17 143:9,15,20 144:2,4,12,17
**business** 55:25
**busy** 148:9

C

**camera** 3:9 45:17 58:17 60:17 61:16 67:16 133:7 144:18
**cameras** 44:7,13,21,22,25 45:6 58:8,13 67:19 101:17 123:19 131:13
**canteen** 72:19 105:5
**capacity** 1:15 5:12
**captioned** 160:17
**captures** 133:14
**cards** 55:24
**care** 84:22 92:24 93:4,10 128:10
**carries** 66:13
**carrying** 139:16 141:6
**case** 1:4 5:16 24:19 29:5 104:19 114:24,25 115:10,11
**cases** 26:6 155:21
**category** 93:3,6
**cause** 89:1 115:25
**caused** 65:19 66:8
**causing** 63:15 66:22 94:12
**cell** 19:8 21:10,13,14 22:23 23:4 32:20 33:6 71:16,17 114:3,4,5 150:14
**cells** 18:1 21:17,23 22:20 25:14,15,19 32:14,16 33:4,19,24 39:7,25 96:12
**center** 41:25 42:12,15
**Central** 5:7
**certain** 25:3 45:10 57:3 59:20 74:23
**certainly** 104:21
**CERTIFICATE** 158:1
**certified** 106:9,10,12
**certify** 158:6 159:8,12
**Cesar** 55:15,22
**cetera** 44:22
**chain** 118:17
**chair** 140:2
**chance** 110:13
**change** 14:23 105:13,17 160:3
**changes** 160:18,21
**characteristics** 36:11 145:11
**charge** 24:6 28:16,20 35:18,22 124:19 128:5,10 129:2 141:1
**charged** 29:11
**charges** 23:9 28:5 29:13 67:2,6,7,24
**Charlie** 19:23 20:7,18 21:21 22:14,16,24 25:21 27:20 31:12 40:5 62:21,25 68:22
**chasing** 150:3
**chat** 87:23
**chatting** 91:18

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 168

92:11
**check** 16:18 17:8 18:5,14 137:13,17,24 138:1,5,8 155:14
**checked** 65:16 77:16 112:9
**checking** 18:1 102:18
**checks** 16:12 17:5 18:2,24
**Chicago** 2:5
**choose** 105:20
**Christmas** 78:23
**circle** 43:14
**Circuit** 5:14
**circumstances** 57:10 98:1 107:18
**Civil** 4:9
**clarification** 46:17,25 47:4
**clarify** 15:8 17:22 32:18 33:8 35:3 37:9,15 43:13 47:11,23 71:14 75:6 76:24 79:8,16,17 122:11 129:12 153:25 154:2
**clarity** 24:2 28:14 32:18 33:8 68:9 71:14 85:23
120:22 122:11 154:25
**Clark** 2:4
**classification** 24:13,23 27:14 30:18
**Classifications** 26:14 28:5 33:12 34:22 116:2,10 117:1,4
**classified** 25:4
**clear** 43:7 61:21 115:21 143:24
**cleared** 63:25 89:10,14 112:10
**clinic** 19:18,23 20:5,6 124:16
**close** 95:23 138:3
**closed** 21:17 26:20 102:8
**closer** 150:8
**closing** 86:14
**clothing** 28:7
**co** 115:1
**Coleman** 11:5
**college** 12:24 13:1,6 14:5,8
**colloquially** 79:20
**color** 119:7
**coming** 30:2
72:13 73:19 83:19 92:17,18 102:16 103:1 127:3 137:15 139:21 140:4
**command** 118:18
**comments** 154:21
**Commission** 158:24,25
**committed** 23:13,21
**common** 53:2
**communicate** 115:4
**Communication** 14:12
**Company** 4:4 5:5
**complained** 151:7
**complete** 122:24 123:7
**completed** 4:14 79:13 80:6 89:8
**completely** 9:23
**computer** 13:7 30:10
**conceal** 52:17,22 53:9
**concern** 30:18
**concerning** 30:21
**CONCLUDED** 157:16
**condition** 131:8
**conduct** 114:3 121:19 122:2,5,8,9,12
**conducted** 7:4 51:11
**conducting** 112:24
**confess** 75:21
**confessing** 75:22
**confinement** 25:13,18,23 64:2 67:1,8,22 116:17
**confirmed** 71:3
**confusing** 97:8
**consciousness** 16:1
**consist** 19:15
**consists** 17:16
**constantly** 100:12
**constitute** 120:19
**contact** 101:15,17 102:5
**continues** 149:24 150:4,13
**continuous** 78:11
**contraband** 84:9
**contrary** 107:6
**control** 84:22

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 169

92:13,15,24 93:4,11 100:12

**convened** 5:8

**conversation** 8:16 129:16

**conversations** 126:23 127:1 129:18

**convicted** 9:18 24:8 26:3,8 28:10,18 29:12 35:10,16,22 36:16

**conviction** 29:1

**copy** 155:23 156:3,12

**corner** 45:14,15 149:1

**Corporal** 13:22

**correct** 10:9,21 14:14 20:8,9,11,12 24:25 25:4,7,9 27:4 28:12 29:2,3 31:2 33:7,14,22 35:8,9 36:16 41:20 42:8 43:9,10,21 49:3,10 51:20 55:9 57:21 59:3,22 60:21,23 62:7,14,17 63:5,9 66:19 68:3 69:11,24,25 70:22,25 71:4,20 74:25 76:14 79:19 87:22 90:17 97:4,11,24 98:12 99:22 105:18,20,23 106:4 116:2 121:21,22,25 122:14,16 126:8 130:6,7 142:13 144:9 146:20 147:3 148:11,15 149:14 153:10,19,23

**correctional** 39:12 78:21

**corrections** 80:1

**corroborated** 67:21

**Cory** 1:8 2:2 5:11 6:19 17:3 45:21 46:20 47:8,10,16,17 50:8 118:3 126:19 127:9,13 128:7,13,19 129:8 130:9 131:17,22,25 133:14 140:18

**Cory's** 131:7

**could've** 151:5

**counsel** 5:19 155:19 159:12

**count** 86:5,20 89:7,14 142:25

**counting** 141:22 143:16

**counts** 84:21,24

**County** 1:14 3:10,11 5:12 10:3,14,25 11:17,18 12:13,14,15 14:14 19:12 47:21 48:3 49:16 51:8 52:2,10 53:3 56:21 57:20,24 58:3,20 59:4 62:6 64:5,7,12,20 74:6 75:7,12 76:10 77:1 78:8 79:1,10,17,19 80:2,5,13 81:4,7,19 82:17 88:9 103:20 107:8,14 108:25 109:5,10 138:12 145:3,9,12,15 148:25 154:24 158:4 159:4

**course** 125:12

**court** 1:1 4:12 5:4,14,15 7:5 8:18 9:1 18:20 19:8 24:15 116:3 117:7 158:22 159:6,25

**courtroom** 155:22

**courts** 27:1,6

**cover** 111:5

**covered** 54:18

**covering** 111:7,10

**create** 64:21

**created** 51:12 67:14

**creating** 94:8

**crime** 26:3 28:10 35:8,11 75:21,22 115:2,4,6 154:18

**crimes** 26:9

**crisis** 94:12

**critical** 125:24

**CT** 4:8 157:16

**Cuntiz** 63:25

**current** 5:7

**currently** 14:16 28:16 35:20 38:7,22

**custody** 22:12 23:4,17 26:23,24 27:4 52:11 58:22 84:22 92:24 93:4,11

**cut** 135:11

D

**DA** 79:25 82:12 83:22 155:8

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 170

**Damon** 76:7
**danger** 116:19
**date** 1:24 15:6 17:3 18:20 46:19,25 47:1 48:7,11,14 56:14 77:16 152:8 160:25
**dated** 51:6
**dates** 48:9 78:25
**David** 74:1
**day** 4:7 5:6 46:8 69:4 71:4,6,16,18 105:8 118:1,3 122:4,7 123:11 125:4,6,9,10 127:2 151:18
**days** 46:2,24 66:24,25 67:1,8,22 72:2,6,9,18 117:22
**dealt** 14:2
**death** 23:11 45:21 46:20 47:1 133:15
**DECEASED** 1:9 2:3
**December** 118:20 120:3
**decided** 140:14
**deescalate** 94:1,8
**de-escalation** 94:2
**defendant** 1:19 2:13 3:12 115:2
**defendants** 5:23 6:24
**definitely** 145:12
**degree** 13:9
**degrees** 13:14 135:15
**DeLeon** 55:15,22,24 56:1,2
**Delta** 19:23 20:7,20 21:22 22:14 23:14 25:24 26:13 27:23 31:4,7,8,10,12,14,16,17,19 32:2,3,10,11,19 37:11,16,17 38:4,5,6,8 40:7 73:13,16
**dep** 156:17
**department** 51:13 78:10,17 79:3,25 80:2 115:16
**depend** 16:22 19:10 21:8 61:7 89:6
**depending** 44:5 56:25 86:23 105:17
**depends** 23:9,24 24:22 27:5 35:13,14 89:5 90:2 91:21 123:10 132:18
**depict** 149:12
**depiction** 133:18
**deployed** 13:23,25
**DEPONENT** 1:23
**deposition** 4:3,8 5:9 6:20 8:4,13 9:10 29:5,7 47:6,13 155:21 156:13 157:16 160:16
**depositions** 6:22 7:4 61:22
**deputies** 39:12,16 75:20 77:3,10 97:3,10 98:11 120:9 122:22
**deputy** 1:16,17 5:13 10:17 16:21 47:20 48:2,12,17,23 69:1 79:13 97:23 99:19,22 100:5,18 108:11 114:1,3
**describe** 19:13 42:10 44:3,11 53:2 73:10,22 80:25
**described** 111:18,21 123:4 124:7,22
**describes** 52:9,15 62:16 69:9 71:21,23,24
**describing** 22:25 110:16
**description** 51:20 114:17
**desk** 138:15
**detainee** 19:3 54:11,13 59:17 76:19
**detainees** 17:23 18:13,14,25 19:8 21:23 24:9 26:13 39:13 40:13 48:19 49:10 50:1,12 54:8 55:3,11 60:1 61:4,13 76:12,16,19 77:1 112:2
**detention** 3:17 10:16 39:15 81:1 82:6 99:19,22 100:17 108:11 114:1,3 122:22
**determined** 67:13 121:1,3
**develop** 115:11
**deviate** 108:23
**deviated** 107:13
**die** 46:20
**died** 17:3 46:24
**difference**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 171

45:25 54:24 87:14
**different** 22:8 24:19 37:12 43:20 65:17 78:18 80:16 82:12 83:5 87:17 92:19 100:5 111:17 118:2 125:10 137:19
**differently** 81:15
**Dillberg** 74:1
**dining** 19:17 124:16 146:7
**direct** 3:4 6:15 14:20 15:1 95:7 98:15
**direction** 96:11
**directive** 81:3 82:16 104:1 108:20 109:10 110:12 113:4
**directives** 81:7,21 104:3 105:24,25 106:23
**disciplinary** 24:12 25:12,17,22 64:2,3,21 65:14,18,25 66:7,12,18 67:13 68:2,8 78:2
**discipline** 66:21 67:3,8,22 154:25
**disciplined** 154:24 155:4,7,11
**discretion** 105:20 106:2
**discuss** 115:4
**discussed** 92:23
**discussing** 111:2
**disposition** 24:18 77:17 155:10
**distance** 89:21 144:18
**distinction** 41:11
**distinguishing** 145:7
**District** 1:1,2 5:15
**disturbance** 119:17,18,19
**DIVISION** 1:3
**DOC** 26:10
**document** 80:22,25 105:16 118:7,11 123:23 153:6 156:9,10
**documents** 18:19 61:23
**dominant** 100:23
**done** 77:25 87:18 98:17 101:2 110:1 115:7 132:24 151:11 155:13
**door** 42:14 59:14 71:13 86:13,14,17 87:5,9 88:18 97:2 98:8,13,14 140:25 152:4
**doors** 84:11 102:8 135:16
**dorm** 18:9 19:9 21:11,18,22 32:12,20 33:25 34:1 35:24 39:6,24 40:1,2,11 71:10,11,19 87:21 89:4 98:12 124:15 125:9,25 126:3,7,9 150:14
**dorms** 17:16,20 18:1 25:14 33:4 56:10
**dozens** 49:25
**DR** 77:18,24 78:2
**draft** 66:6,7,18
**drafted** 65:25
**draws** 92:20
**Drive** 16:11
**DRT** 119:12,15,23
**drugs** 73:19 84:11
**due** 45:3 60:18 72:19 114:24,25 129:4 144:2
**Dukes** 1:18,23 2:13 3:12 4:3 5:9,14 6:1,3,17 8:13 30:24 47:9 55:17 57:17 62:14 119:1 123:23
**duly** 158:8
**during** 18:2,5,25 19:4 58:7 79:6 92:12,19 114:7 123:5,7,11 125:13 126:16 151:17
**duties** 14:11 80:5
**Dylan** 120:11 121:20

E

**earlier** 30:25 36:2 84:18 92:23 106:6
**early** 124:8
**easier** 8:25 156:19 157:8
**easily** 157:2
**East** 2:14 4:4

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

942970 Dukes Sergeant Jerome 09-12-2024 Page 172

**Echo** 19:23 20:22 26:16,17 31:17,20,21 32:5 33:21 34:2 36:1 64:1
**efforts** 74:9
**egg** 44:9,10
**eight** 133:11 143:1
**either** 26:25 29:11 43:8 72:19 75:5 92:17 144:6
**electronic** 82:1
**electronically** 110:2,4
**elements** 77:18
**elevated** 42:13,21
**else** 19:3 37:20 61:13 84:13,15 93:2 94:13 110:7 115:10 126:6 131:7 148:12
**E-mail** 2:6,11,16
**emergency** 101:11 119:24
**employ** 94:21
**employed** 82:17 154:4 159:13
**employee** 14:13 81:19,22 82:24
**employees** 83:2
**enclosure** 26:21
**enforcement** 7:10 11:2
**engage** 95:4
**ensure** 65:15 77:24 99:2,9 101:11
**ensuring** 58:21
**entered** 135:25 160:18
**entering** 83:21
**entire** 32:25 33:1 41:2 44:25 160:16
**entirely** 57:8
**entry** 42:14
**Eric** 129:24 130:1
**Errata** 160:1,20
**escape** 55:1 88:20
**escaped** 55:4
**escort** 123:9 128:15
**escorted** 69:1
**escorting** 19:5,7
**especially** 8:21 59:14 138:16
**Esquire** 2:3,8,13
**establish** 98:2
**established** 30:17 98:22
**estate** 1:8 2:2 5:11 6:19
**Estates** 13:5
**estimate** 49:14
**estimation** 9:9
**et** 44:22
**Ethridge** 1:25 4:11 5:3 158:21 159:6,24
**evaluated** 68:24
**evening** 124:8,18
**everyone** 5:17 9:18 23:7 61:8 86:21
**everyone's** 17:18 89:20
**everything** 7:6 9:1 14:2 58:3 65:9 77:21 86:18 153:19,22
**everything's** 29:9
**evidence** 115:10
**evident** 151:6
**evils** 95:17
**EXAMINATION** 3:4 6:15
**example** 105:25 119:24 123:1
**Excel** 3:16 118:10
**except** 87:11 114:7
**excessive** 91:25 114:9
**excitement** 127:22,24 128:1,2,3
**excuse** 72:9
**exhibit** 3:7 50:25 51:1,2 61:20,25 68:11,12 69:5 70:9,10 80:19,20 105:25 113:9,11 118:7,8 123:21,24 133:5,6 144:22,24 148:18,19 149:4 153:1,2
**Exhibit 35** 71:22
**Exhibit 36** 71:24
**Exhibit 37** 71:21
**exhibits** 3:6 156:4,14
**existed** 58:13
**exists** 38:7
**exiting** 83:21
**expected** 41:1 64:21 66:18 76:12 77:22 81:22 85:13 87:13 91:19

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 173

104:5 106:15,16 112:17 138:10

**experience** 49:5 56:20 100:17

**Expires** 158:24

**explain** 22:5,9 23:10 25:11 35:14 45:12 60:7 64:3 97:1,13,14 100:21 101:14 111:14 115:15 121:8 125:5 130:8 152:3 154:25

**explained** 38:4

**explaining** 82:4

**expose** 115:8

**extent** 91:12

**extenuating** 107:18

**extra** 143:9

**eye** 95:24 96:18 101:24 134:11 149:16

**eyes** 128:19

F

**FA** 35:5

**face** 63:9,12 68:25 132:4

**facility** 19:17,18 22:11 23:15 83:3

**facing** 96:11

**fact** 65:23 151:19

**failed** 102:24

**fair** 43:1 44:23 52:8 54:13,15 55:12 57:23 61:5 65:3,14 69:5,17 70:5 72:2 76:13,23 77:2 78:3 79:14,21 80:13 82:20 87:12,24 89:4,25 91:8,11,13 96:17 97:23 98:17,23 99:19 100:19,20 101:8 102:9 106:3 107:8,15 109:22 110:5,6,18 117:24 118:20 119:4 120:3,6 121:24 122:10,13,24 123:2,17 124:9,12,16 126:4 127:15 130:23,24 131:23 133:12,15,19 134:1,4,6,17,23 135:18,19 136:1,7,13,16,25 139:2 141:18,21,25 142:3 143:22,23 144:2,7,13,18 145:3 146:14,16 147:1 148:10,13 149:2,10,13,24 150:5,17,18 151:14 152:1,20 153:19,23

**falls** 74:13

**familiar** 106:9

**favorite** 155:18

**FB** 35:5

**FC** 35:6

**FD** 35:6

**fearful** 27:2

**federal** 4:9 11:5,12 12:3,5 115:10

**feds** 23:18

**feeding** 148:6,9,13,16

**feel** 65:17 128:3

**fell** 130:13,18,23 131:1,3 141:3

**felons** 26:2 28:2

**felony** 9:19

**females** 27:16,22

**field** 120:6,8

**fight** 47:21,25 55:23 56:1,9 57:13 59:2 62:16 65:12 70:22 71:4,21,23,24 73:20 77:9 98:23 99:3,10,11 100:1 102:1

**fighting** 72:13,25 73:11

**fights** 65:2 72:1,5 73:22

**figure** 43:18

**figuring** 95:15

**file** 156:17

**files** 156:8

**financially** 159:14

**finding** 18:19

**finds** 67:21

**fine** 9:12 26:16 34:25 37:14 63:24 74:4 100:8 110:11 121:14 133:17 157:9

**finish** 8:23,24 54:5 90:10

**fire** 120:19

**first** 9:15 24:7 29:5 51:23 78:6,7,16 80:5 81:18 82:10 83:12 94:2,16 139:11 140:17 141:24

**firsthand** 66:17

**Fish** 11:7,24

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

12:2

**five** 17:12 34:5 50:19 53:11 143:1 155:14

**fix** 132:14

**floor** 22:2,18 33:4,7,10,18 43:5 82:11 100:13 128:20 129:1

**Florida** 1:2,15 2:15 4:5,12 5:6,12 11:7 64:9,11 106:11 107:10 108:1,2,18,21,24 109:6 158:3,23 159:3,7

**flushed** 16:1

**fly** 97:8

**foregoing** 158:7 159:9

**forget** 104:11

**forgot** 15:11 32:10

**form** 24:10 41:21 45:7 49:4,11,17 50:2 52:12,24 53:4,10 54:14 56:12,24 57:5,6,8 58:6 59:7,11 60:22 61:6,15 62:20 63:10 64:13,23 65:4,8 66:1,9 69:6,18 70:6 72:7,10 73:2,6,12,23 74:11 87:25 88:12,24 89:18 90:1 91:20 93:15 94:17,23 96:2 99:12 100:3 102:17 106:19 107:1,9,16 108:7,13 109:1,15 116:15,24 117:19 137:8 138:2,13 143:17 144:3,8,19 147:24 150:10,23 152:21 154:11,19 155:5

**FORMAL** 3:23

**format** 7:5

**forth** 28:23 81:7

**forward** 15:5 132:20

**forwarded** 67:15

**Foxtrot** 19:23 20:24 22:12 23:17 26:22 27:3 31:16,18,23 35:2,12,19 36:11,12 37:17,18 38:3,6,10

**frame** 45:17 136:10,16,19 140:4 151:17

**freely** 87:8

**freezing** 7:15,17 8:3,5

**Friday** 121:11

**fridge** 42:3,5,18

**front** 30:10 55:25 71:7 95:11 109:16 140:25 142:8 147:9,13,23 150:8

**froze** 7:14

**frozen** 7:13

**FTO** 120:5

**full** 6:1 40:12

**fully** 16:1

**functions** 99:25

**fundamental** 93:12

**FWC** 11:5,6

G

**GA** 36:8 96:12 133:8

**gang** 74:5,8,14,16,20 75:4

**gangs** 74:23,24

**garbled** 9:2

**gate** 83:20

**GB** 96:12

**general** 14:19 19:13,19 25:2 74:22 77:6 86:1,2,3,15 106:17

**generally** 32:11 33:17 51:7 156:10

**geometry** 43:16

**Georgia** 2:10

**Germany** 12:19 14:1

**getting** 7:11 49:23,25 95:12,13 114:11 147:16

**gist** 109:20,24 112:6,11,15

**given** 6:19,22 7:8 8:21 39:17 81:5 97:4

**giving** 7:9 98:15

**Golf** 21:1 31:25 32:2,3 36:6,8,10,11 39:5,9,11,15,20,23,24 40:1,2,5,7 44:18,21,22 45:13 47:10,18 62:17,21,25 70:24 71:22,23,24 86:24 97:9

**gone** 41:18,19 80:16

**gosh** 27:13

542976 Dukes Sergeant Jerome 09-12-2024 Page 175

**G-Pod** 3:9,24 68:22 100:18,22 101:3,6,8,16 102:12 103:16 104:13 105:1

**graduate** 12:7 14:4

**graduated** 12:10

**great** 16:8 32:4 38:12 127:3

**green** 32:8 142:19

**ground** 7:2,3 8:13 15:10

**grounds** 30:15

**group** 140:20

**grow** 12:16,18

**guard** 11:12

**guess** 9:8 30:8 37:12 43:17 132:18 138:6 156:14

**guidelines** 106:24 107:15

**guilty** 35:11

**Gulf** 14:1,3

**guy** 60:15 75:19 143:3 146:13 150:3

**guys** 7:21 8:2,3,5 132:13 155:13

H

**hallway** 21:15,17

**hand** 6:6

**handbook** 3:15 64:5 81:6,20 113:7,9,14,18

**hang** 53:8

**happen** 85:17 95:6 98:23 105:12 120:21,23 147:22

**happened** 49:2 75:14 121:13 130:9 131:7

**happens** 156:2

**hard** 26:1 28:2 142:15

**harder** 89:24

**harmed** 23:19

**harms** 64:20

**Harton** 2:3 3:4 5:20 6:16,18 7:13,15,19,21 8:2,11 24:16 29:21,25 30:5,7,15,22,23 36:20,22,25 37:2,8,14,19 42:1 45:11 46:14,21,23 47:3,5 49:7,13,20 50:4,18,20,24 51:4 52:14 53:1,6,12 54:16 56:17 57:2,6,16 58:11 59:9,16 60:6,19,24 61:12,19 62:1,23 63:13 64:17,25 65:6,10 66:5,16 68:10,13 69:8,21 70:8,11,17,20 72:8,15 73:4,8,14,25 74:17 80:18,21 81:10,13 88:3,14 89:2,23 90:4,9,11,19,24 92:2 93:19 94:19,25 96:7 99:14 100:7 102:19,22,25 103:4,9,12,15 104:10,16,20,23,24 106:21 107:4,12,21 108:9,22 109:3,19 110:21,25 113:8,13 116:18 117:2,23 118:6,9 123:20 124:1 132:12,23 133:1,4,9,23 135:23 137:10 138:7,18,24 141:16 142:6 143:19 144:5,10,16,22 145:1,22 146:3,23 147:4 148:2,8,18,20 149:7 150:12 151:1,24 152:25 153:3 154:16,22 155:9,13,18 156:1,2,7,16 157:3,7

**haven't** 26:3 30:19 55:4

**having** 94:11,12 98:11

**hazard** 120:19,20

**head** 8:17,18 84:21,24 86:20 89:7,14 97:17

**headband** 134:9,16,23 135:9

**headcount** 112:24 113:6 114:4

**headcounts** 85:3

**header** 82:24

**health** 19:18

**hear** 5:23,24 6:9,10,11 7:20 29:23,25 30:1,3,7 36:22,25 60:9 97:17 102:13,22 103:6 129:6 131:3,6

**heard** 52:20 55:23 66:12

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 176

97:17

**He'd** 116:8

**held** 10:22

**he'll** 155:17

**hello** 121:13

**help** 96:6,20

**helped** 128:15

**helpful** 19:11 27:20 103:19

**Henderson** 2:9

**hereby** 159:7

**herein** 159:14

**he's** 30:16 41:15,24 122:2 134:16 137:12,23 138:16,19,20 146:9 147:19 148:13 151:3,12,13

**hey** 98:23

**HH** 158:25

**Hidden** 84:10

**high** 12:7,9,12 88:19 98:24

**higher** 10:22

**highlighted** 113:21 119:7

**Hilyard** 2:14

**hindsight** 130:21

**hired** 10:13,16 78:8 81:4 82:10

**hit** 63:11

**Hoffman** 13:4

**hold** 13:20

**home** 75:20 127:4

**homicides** 23:13,22

**Horton** 156:1

**Hotel** 19:23 21:3 38:13 39:1

**hourly** 138:5

**hours** 56:2 68:20 78:11 125:12

**house** 17:25

**housed** 17:23 21:6 24:1,5,14,15 26:19 27:8,21,23 31:5,7 32:5 35:2,16,21 36:7 38:5,13,21 64:1 74:6,8 86:23 100:5 112:10

**housing** 19:15,16,20 20:2 22:1 24:9 85:1 86:1 100:4 114:6

**hypothetical** 91:24

I

**I'd** 156:18

**idea** 68:21 117:3

**Identification** 51:2 61:25 68:12 70:10 80:20 113:11 118:8 123:24 133:6 144:24 148:19 153:2 158:10

**identified** 6:4 68:23

**identify** 74:14,15

**I'll** 8:8 9:7 37:5 51:5 90:20 104:11 139:10 156:3,13 157:10

**Illinois** 2:5

**I'm** 5:3 8:13 9:5,15,16 10:4,6 12:22 14:1 15:4,6,7,20,22,23 16:3,4,22 21:21 29:4,21 30:4 34:25 36:19,24 37:3,5 43:18 45:7 47:6,9,17 49:21 50:25 51:22,23,24 55:14,18,19 56:18,20 60:10 61:19,22 62:4 63:22 68:5,11 69:13 70:8 72:18,22 77:5 78:18,24 79:9 82:23 86:8,9 90:14 93:6 95:7 97:6,16 101:22 104:10,16 106:9 110:3,11 113:9 118:1,6 123:20 125:16 127:18 128:17 132:12,23,24 133:21 134:14,18 135:1 139:15 140:2 141:9 144:22 145:6,14,17,19 146:4 148:18 149:15 152:6 155:3,13 156:1,12,23

**immediately** 147:6

**implement** 115:25

**implemented** 104:4 106:1 108:16 109:10 115:13

**important** 7:7 8:22 54:7 88:16,21 92:16

**inappropriate** 57:15

**incident** 3:18,19,20,21 47:7,12,15,16,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 177

17 50:7 51:6,8,12,16 52:6,9 62:6 63:1,3,17,21 68:6,15 70:12 77:16 93:25 94:8 118:1 126:19 127:9 129:9 130:2 150:22 152:7,16

**incidents** 93:18,21 94:22 95:25 117:15 152:9

**include** 36:14 50:7 83:4

**includes** 91:7 124:14

**incorrect** 97:12 104:16

**INDEX** 3:1

**indicated** 160:19

**indication** 147:18

**individual** 17:9 21:23 33:5 52:11 58:4 63:7 119:21 152:24

**individuals** 21:6 32:13 33:18 52:10,16 74:20 75:4,5 119:6 121:19 147:22

**infirmary** 19:17,24,25 69:2 124:15

**information** 11:20 29:5,6 56:3 77:23 115:17,19 116:22 117:5

**informed** 152:5

**infraction** 64:16 115:7

**infringing** 108:1

**inhabit** 18:3

**initial** 80:13

**initially** 10:13 130:11,14 140:12

**injured** 112:9

**inmate** 3:14 18:8 27:3 38:17 39:3 42:17 55:8 56:22 59:1 63:8,25 64:5,19,20,22 65:2,12,13 66:13,23 67:4,12 68:21,23 69:1,9,15,16 70:21 75:19 77:17,25 83:21 91:18 92:11 93:13,25 95:25 112:8,13 113:6,7,9,14,17 114:7 116:5,12,19 117:9,11 118:4 127:19 129:14 130:15 136:9 144:7 149:10,12,21,24 150:1 154:10,17

**inmate-inmate** 93:16

**inmate-on-inmate** 93:25 94:11,15,22 95:9 96:20,23 98:4

**inmates** 3:25 17:17 18:6 21:20 22:6 23:22,25 24:5,8 25:3,9 27:9,10 32:6,7 35:2 36:6,12 38:13 47:22 48:4,25 49:10 50:12 52:21 53:8 59:25 65:2 68:23 69:11,15 72:25 73:10 84:21 87:24 88:10,23 89:11 91:2,5,16 97:11 99:11 100:18 101:8,25 109:11,22 110:9,17 111:3,6,8,10,14,23 114:5 116:14,20 117:12,17 122:22 123:8,14 126:10 130:18 131:3 134:3 136:6 140:21 144:1 146:15 149:21 154:8,14

**inside** 61:2

**installed** 58:18

**instance** 117:7

**instead** 98:13 156:8

**instigator** 94:7

**instructed** 127:14 131:12

**instruction** 30:24

**instructs** 15:14

**intake** 36:9 72:11

**intentionally** 46:19

**interact** 18:25 19:3

**interaction** 117:20 136:5

**InterContinental** 13:4

**interested** 159:15

**interrogatories** 3:13 153:9,13,22

**intervene**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542970 Dukes Sergeant Jerome 09-12-2024 Page 178

95:12,18
**intervening** 56:11 95:21
**intervention** 56:23 58:5
**interview** 116:9
**introduction** 78:9 84:8
**investigate** 102:4 117:14
**investigated** 155:1
**investigation** 26:25 27:5 51:16 52:9 67:6,20,23 114:24 115:16 117:8 131:12 155:7
**investigations** 51:10,12 67:2,15 74:12,13,15 115:14,20,22,25 116:3,6,7,8,25 117:4,8,10,15 152:8,11,18 155:4,11
**involved** 66:3 70:22 75:3 159:14
**involves** 70:21
**involving** 47:8,16,17 50:8 126:19 127:9
**isn't** 35:24 148:4 152:19
**issue** 41:15 60:2 95:14 111:5
**issued** 153:10
**issues** 18:22 94:12 115:24
**it'd** 19:11
**it'll** 7:4
**I've** 15:18 61:20 80:18 113:21 118:7 129:16

J

**jail** 3:10,11 10:3,14 17:24 19:12 22:5 24:24 46:4 47:21 48:3 49:16 52:2,10 53:3 56:21 57:11,21,24 58:3,13,20 59:5 60:21 61:1 64:6,7,10,11,12,20 72:14 74:6,9 75:7,12 76:10 77:2 78:8 79:1,11,19 80:5,13 81:7 83:20 84:9 88:10 103:20 106:5,11,13,17,22 107:7,11 108:1,6,12,18,21,24,25 109:6 111:7,9,11 116:13 117:15 118:18 127:21,23 138:12 145:3,8,10,12,15 148:25 150:4 154:24
**jails** 21:18 71:16
**James** 2:8
**james@slater.legal** 2:11
**January** 10:15 84:5 154:4,7
**Jerome** 1:18,23 2:13 3:12 4:3 5:9,14 6:3 119:1
**Jessica** 1:25 4:11 5:3 7:16 8:5 103:9 158:21 159:6,24
**job** 8:14 16:12,18,20 101:1
**jog** 52:5
**Johnson** 15:3
**Jones** 63:25 68:24 69:1
**Joseph** 1:17 5:13
**jumped** 68:23 69:11,20,24 70:1,4
**jury** 35:10
**Justin** 1:16 5:13 120:1

K

**keep-away** 114:20,22 115:2,9,11,12,17 116:1,5,10
**keep-aways** 116:4
**key** 84:12 125:9
**kid** 129:23
**kinds** 115:24
**kitchen** 83:21
**knew** 100:2
**knives** 84:9
**knowledge** 30:17 57:14
**known** 64:24 65:1,11 116:16,23 117:24
**Konopinski** 139:22
**Konopinski's** 127:12
**Kosinski** 1:16 5:13 120:1 126:1,20 136:22 139:12
**Krysti** 1:6 2:2 5:10 6:18
**Kuwait** 14:1

L

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

5429970 Dukes Sergeant Jerome 09-12-2024 Page 179

**label** 86:10
**labeled** 19:20 51:6 133:10 154:20
**lack** 30:19,20
**large** 62:10 159:7
**largest** 51:25
**last** 9:24 19:25 20:3 29:7 30:13 37:10 38:12 68:1 103:10 150:7
**lasted** 56:2
**later** 46:25 132:17 156:21
**laundry's** 105:7
**law** 7:9 11:1 42:15
**lawsuits** 6:25
**lay** 128:19
**laying** 89:20 132:2
**layout** 17:24 19:13 32:12,19 39:9 40:16 41:14,24 42:10 44:4
**lean** 103:5
**learn** 58:4 59:5 76:22,25 77:10 84:6 93:9,10 112:13
**learned** 48:24 49:9 58:25 76:18 83:18 98:6 112:1
**learning** 50:12 63:21
**learns** 65:3,12
**least** 41:6 91:12 103:6
**leave** 16:12,13 41:4 42:4 71:17 85:21 122:5,9
**leaving** 131:22 132:1
**led** 155:4
**Legal** 2:9
**lesser** 91:12 95:17
**let's** 27:7 33:9 44:17 58:24 76:6 79:18 83:19 84:5,10 112:10 120:11 127:4 129:14 135:21 138:22
**Letter** 161:5
**letting** 30:12 123:21
**levies** 66:15
**lieutenant** 14:21,22 15:3
**lieutenants** 104:5
**life** 76:8
**light** 15:15
**lights** 88:18,19 89:3,8,13,17 91:10,13 114:5,8,10
**likely** 98:22 148:16
**limited** 45:9 89:16
**limits** 54:11
**line** 64:9 108:18 132:16 160:3
**lines** 107:19
**link** 157:7
**list** 20:4 84:25 119:6
**listed** 19:22 20:2 118:25 124:11 126:3
**listen** 102:2
**lists** 83:5
**literally** 128:17
**little** 7:14 10:2 14:18 42:6,13 44:4 83:17 134:14 139:18,20 140:3 146:4 149:17
**live** 12:14 22:7 25:3 39:3
**LLC** 2:4
**located** 5:5 57:1,4
**location** 19:5 85:2 92:14 100:4
**locations** 84:10 87:17 124:19 125:3 126:13
**lock** 84:12
**lockdown** 22:11 23:16 66:24,25 85:5,8,13,20,25 86:4,7,20,22,25 91:1,19 92:12,14,20,22 100:10 112:20,24 114:1,7,14,18 117:13,18,22 133:25
**locked** 64:15 86:3,14 89:11
**long** 9:12 10:11 11:21 91:21 132:18 156:11
**lot** 8:3 15:24 22:4 33:6 47:15 71:15,16 78:10 92:21 94:10 107:20 123:10 154:14
**loud** 95:12,13
**loudspeaker** 98:14
**low** 8:1 88:18
**lower** 135:12
**Lunch** 41:5
**Lutterloah** 129:24 130:2

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542970 Dukes Sergeant Jerome 09-12-2024 Page 180

M

**ma'am** 7:18 31:24

**maintain** 54:12

**maintenance** 37:22 38:8,10

**males** 27:15

**man** 61:9 134:8,16,22 135:9 145:24 146:6 150:13

**mandatory** 105:19 106:23

**manned** 123:15

**Marion** 1:14 3:10,11 5:12 10:3,14,25 11:17,18 12:12,13,14,15 14:14 19:12 47:20 48:3 49:16 51:8 52:2,10 53:3 56:21 57:20,24 58:3,20 59:4 62:6 64:5,7,12,20 74:6 75:7,11 76:10 77:1 78:8 79:1,10,17,19 80:1,5,12 81:4,7,19 82:17 88:9 103:20 107:8,14 108:25 109:5,10 138:12 145:3,9,12,15 148:25 154:24

**marked** 51:1,2 61:20,21,24,25 68:12 70:10 80:19,20 113:11 118:7,8 123:24 133:6 144:24 148:19 153:2 156:24,25

**marking** 81:8

**marks** 145:7

**matter** 5:9 72:2,9 92:10 160:17

**maximum** 22:10 23:3,8,12 25:9 26:20

**may** 4:12 6:14 9:17,22 15:21 16:21 19:16 23:20 41:17 56:15 61:11 65:9 67:16 87:15 115:16 119:21 147:8 154:8,12

**maybe** 9:24 22:3 49:24 50:3 53:11 90:10

**MCJ** 19:14 48:23

**MCSO** 51:13 104:4

**me.I** 160:18

**mean** 16:17 24:24 28:1,25 35:7 37:20 47:25 48:8 57:13 58:19 68:6 74:22 78:2 84:18 85:15 94:4 95:18 96:8 98:10 102:25 103:1 109:20 114:25 116:7 119:11,16 120:16 126:14 127:24 131:14 132:19 137:16,18 142:14 143:20 144:6 156:12,18

**meaning** 110:3,5

**means** 15:24 106:12 119:9 120:14 126:9 142:13 143:9 151:20

**measurements** 84:23

**med** 73:13,16 87:16 105:9 124:15 125:17,20

**medical** 18:22,23 19:17,23,25 65:24 66:3 77:17 78:1 92:18 112:9 124:15 125:22 132:3 140:2

**medication** 9:23 92:21 151:4,12

**members** 74:6,8 119:20

**memory** 52:6

**men** 149:17

**mental** 19:18 94:12

**mention** 15:11

**mentioned** 17:5 63:22 113:5

**mentions** 62:13

**Merchant** 1:6,8 2:2 5:10,11 6:18,19 17:3 46:20 47:8,10,16,18 50:8 118:4 126:19 127:9,14 128:7 129:8

**Merchant's** 45:21 133:15

**message** 7:25

**met** 129:24

**methods** 94:20

**microphone** 102:21,24

**middle** 1:2 43:19

**Milestone** 4:4 5:5

**military** 13:16,18,21 14:7,10

**mill** 2:9 87:20

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 181

**Miller** 1:17 5:13 120:11 121:20 125:25 126:20

**mind** 62:9 68:18 70:15 90:14 103:9 113:23

**minding** 55:25

**minimum** 17:14,15 83:5 97:21,22 126:17,18

**minute** 152:14

**minute-and-a-half** 150:15

**minutes** 50:19 56:2,10,23 57:12 58:5 59:2,6,13 86:6 132:21 137:6 155:14

**misdemeanors** 32:8 33:22

**misguide** 109:17

**mislead** 109:17

**miss** 99:4,11

**missing** 62:19 114:16

**mitigate** 95:3,8,25 96:20,23 98:4

**mixed** 21:24 32:15 33:1,24

**mixing** 24:8

**mode** 88:19

**model** 64:9,11 106:5,11,13,17,22 107:2,7,10,22 108:1,6,12,18,21,24 109:6

**models** 108:2

**module** 82:2

**moment** 103:11

**Monday** 121:10

**monitor** 39:19 96:12,18 111:5,14,22 126:10 152:24

**monitored** 83:20 91:4

**monitoring** 3:25 39:13,16 40:13 59:25 61:17 80:8 96:16 97:4,10 99:10 100:18 101:7,23 109:22 110:1,8,17 111:3 122:22 123:18

**month** 48:14 53:7,11

**months** 14:24,25 15:1

**morning** 5:22 6:17 87:19 124:9

**mouse** 119:14

**move** 12:20 30:9 72:23 87:8 118:1 132:20 134:20

**moved** 65:17

**movement** 61:16 87:19 135:5,8

**movements** 132:8

**moving** 92:14 129:3

**multiple** 21:11,16,20 23:13 49:2 68:23,25 69:20 70:2,4 72:18

**murder** 28:10 29:12

**murdered** 76:7

**murderer** 28:2

**murderers** 26:1

**muted** 102:19

**myself** 61:22

N

**narrative** 62:11,16 63:1,8 68:19 69:9 70:16

**necessarily** 28:25 65:15 89:19 107:14

**neck** 141:4

**Nice** 129:23

**night** 9:24 46:8,9,11 85:10,19,22 86:5 87:11 88:11,16 89:12 91:10 105:8 112:25 113:25

**nighttime** 86:20 91:1 112:20,24 114:14,18 119:3 133:25

**nine** 141:24 142:2,8 143:1

**nodding** 8:17

**noise** 114:9

**noises** 129:6

**none** 69:1

**non-felons** 28:1

**Nope** 76:21 105:15 145:25

**nor** 159:14

**normal** 8:16

**North** 2:4 12:12

**Northeast** 2:9

**nos** 7:12

**Notary** 4:11 158:22 159:6,25

**noted** 68:25

**notes** 155:14

**nothing** 6:8 30:2 69:23 103:22

**nothing's** 9:2

**notified** 100:15

**November** 15:2,4,7 16:10,24 35:4 37:11 38:14,23 39:16,20 46:22

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342976 Dukes Sergeant Jerome 09-12-2024 Page 182

47:1,9,18 118:4 124:5,8,9 125:2,15 133:11,19

**nuh-huhs** 7:11 8:17

**nuisance** 120:20

**numerous** 52:16 129:1 130:18

**nurse** 63:25 65:16 68:24 105:10 123:9 127:13 128:5,10,11 129:2 132:2 139:20 141:1

**nursing** 105:6

O

**OATH** 158:1

**object** 15:12 24:10 30:9,13 36:19,20 41:21 45:7 49:4,11,17 50:2 52:12,24 53:4,10 54:14 56:12,24 57:5 58:6 59:7,11 60:10,22 61:6,15 62:20 63:10 64:13,23 65:4,8 66:1,9 69:6,18 70:6 72:7,10 73:2,6,12,23 74:11 87:25 88:12,24 89:18 90:1 91:20 93:15 94:17,23 96:2 99:12 100:3 102:17 106:19 107:1,9,16 108:7,13 109:1,15 116:24 117:19 137:8 138:2,13 143:17 144:3,8,19 146:22 147:2,24 150:10,23 152:21 154:11,19 155:5

**objecting** 29:21

**objection** 15:15 29:19 57:6 60:8 142:4 144:14 148:5,14

**objections** 102:15

**objects** 144:11

**obs** 124:15

**observation** 69:2 90:16 91:2,7

**obstructed** 54:8,11 60:21 61:3 144:1

**obstructing** 144:12

**obstructs** 54:2,6

**obviously** 17:23 132:19

**Ocala** 1:3 5:15

**occur** 56:10 59:2 76:5 93:17 99:10,11 100:1 102:1 105:8 121:2 134:12

**occurred** 51:16 62:17,25 63:4 66:10,15 67:16 69:4 71:22,23 72:5 135:8 137:22 147:1,7,20 150:20 151:8 152:6

**occurrence** 53:3

**occurrences** 74:18

**occurring** 59:15,18 60:14 61:5,14 88:22 94:15 101:20 133:24

**occurs** 61:2 112:25 134:15 135:7 146:20

**octagon** 43:15

**October** 118:19 120:2

**offenders** 28:3 29:13 35:5,7 36:8

**offense** 28:22,23 29:12,16 35:20,22 36:15,16 51:20

**offenses** 29:17

**office** 11:1 14:14 42:15 51:9 62:6 81:5,19 82:18 109:11

**officer** 23:19 41:7,14,17,19 42:4 53:21 54:12 56:11,23 58:5 59:15 60:12 65:3,12 66:7,17 67:11 69:10 70:4 76:20 83:23 84:2,7 91:16 96:25 98:2,9,10,21,22 99:9 105:21 106:16,24 108:6 109:5 110:16 116:23 120:6,8,9 123:12 126:20 130:16,17,25 135:25 136:15,19,21 137:6 139:1,7,11,12 146:24 147:5 148:3,9,16 150:16,21 151:7 152:5,6,7

**officers** 16:15 39:12 40:12,25 41:18 42:25

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 183

54:7 58:19 59:18,22,24 60:21 61:4,14 64:21 65:11 69:16,23 94:21 99:1 104:5 112:23 123:6 126:15 128:9 129:1 131:14 152:1

**officer's** 61:10

**official** 1:15 5:12

**officials** 7:10

**offset** 142:11,17

**oh** 7:13 12:20 29:25 30:15 31:17,18 32:4 50:5 55:19,21 68:10 75:9 78:19 86:10 97:16 103:3,14 115:5 119:13 121:13,15 122:20 123:22 148:21

**okay** 5:2,23 6:14,17,22 7:2,3,19 8:2,10,12,21 9:5,15,21 10:2,9,19,22 11:12,23 12:18 13:8 14:10,13,18,22 15:10,18 16:8,19,24 17:2,5,15,18,20 18:8,13,17,21,24 19:7,11 21:9,25 23:7,10,25 24:7,17,18,21,24 25:6,11,24 26:8,12,15,19,22,24 27:2,20,23 28:3,9,13,21,25 29:4,15 30:8,22 31:4,7,25 32:4,16,19,22 33:3,5,13,15,17,21,24 34:2,5,23 35:1,14,19,24 36:4,6,10,14,18 37:1,8,9,14 38:18,25 39:5,9,15,22 40:2,7,11,16,21,25 41:4,6 42:2,6 43:3,7,11,17,23 44:3,12,21,25 45:12 46:7,11,15 47:13,20 48:2,6,13,16,21,23 49:2,14 50:7,10,15,21,23,25 51:5,11,15,19,22 52:4,8,15 53:2,7,13,16,19,24 54:1,7,17 55:2,6,10,14,19,21,22 56:7 57:3,17,20 58:2,12,15,24 59:4,10,17,20 60:4,13,16,18,20,25 61:7,19 62:2,5,9,12,13,16,19 63:4,14,16,20,24 64:18 65:1,7,18,23 66:14,17,21 67:7,11,17 68:1,5,18 69:3,9,13 70:1,8,12,15,18,19,24 71:2,6,9,12,21 72:16,17,19,20 73:5,9,21 74:1,4,8,18 75:2,13,16,24 76:1,4,15,18,22 77:8,9,11,14,20 78:2,5,19 79:1,5,16,18,23 80:4,10,12,15,18,22 81:2,4,18 82:2,6,9,14,23,24 83:8,12,17,23 84:1,13,17 85:8 86:6,13,15,19,24 87:3,4,14,23 88:4 89:3,6,9,15 90:5,15,19,23,25 91:7,10,15,24 92:7,10,23 95:5,12,13,14,23 96:4,17 97:1,3,13,18,25 98:8,10,19,21,25 99:18,24 100:8,14,21,25 101:3,17,22 102:3,4,11,21,25 103:3,9,14,19,22,25 104:3,15 105:3,16,19,24 106:15 107:5,13 108:15 109:4,13,24 110:3,7,15,20 111:9,12,17,20,25 112:12,19 113:2,8,14 114:13 115:15 117:3 118:6 119:3,6,21 120:5 121:1,8,15 122:1,5,8,15,20 123:1,16 124:2,4,7,11,18,21 125:1,9,18 126:13,18,23 127:1,8 128:2,7,24 130:4,8,25 131:16,20,22,25

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 184

132:4,8,13,23, 25
133:2,4,14,20
134:6,8,11,14
135:2,4,7,14,1 8,21
136:2,5,18,21, 23 137:5,13,16
138:22,25
139:7,10,16,23
140:8,14,17,20 ,23
141:5,8,10,11, 14,23
142:7,12,17
143:6,8,24,25
144:11,17
145:2,9,14,17, 19,23
146:12,14,18,2 1,24
147:5,10,17
148:3,9,21,22
149:1,4,8,15,2 0,25
150:3,7,13,14, 19 151:4,10,19
152:3 153:8,12
154:2,5
155:16,25
156:2,5,8
157:11,15

**old** 125:22

**ones** 22:24 23:4 32:16

**one's** 82:15

**ongoing** 155:8

**on-inmate** 93:14 96:1

**online** 5:3

**onto** 116:4

**open** 21:12,19 38:4 83:20 84:11 97:2 98:13 114:5

**opening** 98:14

**operating** 83:4 103:20,22

**operations** 14:3 113:4

**opinions** 129:22

**opportunity** 51:24 154:13

**opposing** 155:19

**oral** 47:25

**orange** 27:24,25 28:3,6,9,17,24 29:18 31:5,9,11,13,1 5,17,22 32:9 33:22 35:5,6 36:8,9 38:15 158:4 159:4

**order** 3:24 61:24 104:8,13 105:13,19,22 113:2 155:25 156:12

**ordered** 108:12,14 114:2 116:3 155:23

**orders** 98:15 104:7,9,25 105:11 108:19

113:1

**orientation** 3:8 82:25 83:3

**original** 160:21

**Orlando** 2:15 4:5 5:5

**others** 23:19 74:24 127:13

**otherwise** 75:3

**outline** 15:18,21

**outs** 92:19

**outside** 67:2,6,7,23 75:20 92:11

**overflow** 27:15,16,17,18

**overview** 45:2

P

**P.A** 2:14

**p.m** 113:25 114:2,5,6 157:16

**Page** 3:2,7 51:22,24 55:16 82:23 113:19 160:3

**Palmer** 2:14

**paper** 68:24 69:1 91:24

**paragraph** 51:25 52:5,9 55:15,16,17 62:10,11,13 113:23

**Pardon** 32:1 54:4 99:7

**parentheses** 126:14

**participants** 4:6

**particular** 16:20 35:17 71:7 97:20 98:3 104:9 105:11 119:22 124:21 151:17 152:8

**particularly** 72:25 73:10,22 116:13 117:18

**parties** 159:13

**Partly** 43:2

**partner** 123:13

**pass** 87:16 123:9 151:4,13 155:15

**passed** 43:16 60:16

**past** 29:2

**pat** 84:8

**paying** 128:11

**PDF** 51:1 62:2 81:20

**pee** 41:5

**peer** 42:14

**pending** 5:14,15 26:1,6 37:6 64:2 67:6,7 77:17 90:13

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

542970 Dukes Sergeant Jerome 09-12-2024 Page 185

**people** 28:9 35:7,19,21 36:14,15 58:21 69:20 70:2,4 74:23 76:7 83:19 84:25 86:19 92:13,17 95:19 106:10 125:22 140:13,25 141:1 147:9,12 148:9

**per** 17:12 120:21,22 125:10

**perfectly** 5:24 9:12 26:16

**performing** 99:24

**perimeter** 84:14

**period** 89:3 91:19 92:12,20 112:20 125:13

**person** 65:19,23 66:8 76:8 94:9 100:12,15 115:1,7 139:21 144:13 151:5

**personal** 1:7 2:2 5:10 57:14

**personally** 158:7

**Personnel** 3:17

**phone** 80:8 131:10,18

**phonetic** 74:2

**phonetically** 19:22

**phrase** 47:14

**phrases** 61:10

**physical** 48:1,4,9,24 49:9,15,25 50:11 66:22 74:19 76:11,15,18,22,25 112:2 146:15,18,25 147:6

**physically** 17:20 18:2 42:25 48:18 64:19 128:13,19

**picking** 30:11

**picture** 141:18

**placed** 23:18 155:7

**placeholder** 156:9

**placeholders** 156:19

**places** 57:3 59:20 125:2 143:21 148:7

**placing** 52:17

**plain** 53:25

**plaintiff** 1:10 2:2 5:21

**Plaintiff's** 5:19

**platform** 42:21

**platoon** 3:16 10:4,6,7 45:20,23,25 46:1,7 118:14,15,25 119:4

**platoons** 118:16

**plausible** 145:4,6

**play** 135:1 139:10 145:19,25

**PLAYED** 133:22 135:22 138:23 141:15 145:21 146:2 149:6

**playing** 55:24

**please** 5:17 6:1 8:18 10:2 16:3,8 22:9 79:16

**pled** 35:10

**PLLC** 2:9

**pod** 3:10,11 20:13 24:4,8,19 25:6,7 27:11,21,23 31:4,25 32:3,5,11,25 33:1,19,21 34:2 35:2 36:6,8,10 38:3,13 39:1,15,20 40:19,22 41:8,9,13,15,19 42:12 44:18 45:1 58:10 60:1 61:2 62:21 63:25 64:1 68:24 69:11 70:2,24 71:22,23,24 72:2,3,6 73:13,15,16 86:13,15 89:16 91:12 97:4,9,11 100:6 102:9 104:9 105:9,17 110:4 111:15,23 120:24 122:5,6 125:7,8,17,20 126:11 133:18 137:14,17 144:7 145:2 147:7 149:10,13 150:21

**pods** 17:8 20:8,10 21:5 22:23 36:1 58:13 59:20,21 72:24 73:9 91:11 96:19 100:24 152:12

**point** 26:4 46:17 82:17 83:22 89:15 150:17

**police** 78:14,20 79:6,7,14,18,21 80:6

**policies** 81:6,21 83:4 103:21,24,25 104:4 108:18

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

111:4,7,9,12,13 120:10

**policy** 3:25 76:11 82:4 107:8,15,19 108:25 109:9,14,21 110:9,15,22 111:2,17,21,25 112:4,7,19,22

**poor** 45:14,16,18

**populated** 37:17

**population** 86:3

**position** 10:3 155:8

**possibility** 95:3

**possible** 65:5,7 70:7

**post** 3:17 16:16,17,20 24:3 82:13 104:7,8,13,25 105:11,13,19,22 108:19 113:1,2 119:22 121:23 122:2 123:13,15 124:3,4,8 126:16

**post-conviction** 23:22,25 24:4

**posted** 48:12

**potential** 84:10 95:25 98:24 101:25

**PowerDMS** 78:9 81:23,25

**practice** 108:16

**predator** 28:23

**predicate** 30:20

**prefer** 155:21 156:18

**presence** 96:25 98:2,9,10,21 124:23

**pretrial** 24:9 26:13 28:4

**pretty** 127:18 156:23

**prevent** 88:20,22 94:15,22,24

**preventing** 95:22

**previously** 51:1 61:20

**prior** 69:14 82:21 103:17 126:19 130:2

**prison** 11:5,13 12:5 26:6 76:8

**privacy** 45:4 60:18

**probably** 8:16 72:20 125:16 137:20,22

**problem** 7:9 30:9

**procedure** 4:9 103:23 112:23 114:18

**procedures** 83:4,10,13,18,24 84:4,7,20 103:20 111:13 120:10 125:8

**proceed** 6:14

**proceeding** 159:9,10

**PROCEEDINGS** 3:3 5:1

**process** 67:12

**produced** 104:17,19 158:10

**profanity** 127:25 128:2

**promoted** 10:19

**prone** 72:25 73:10,22

**pronounce** 68:21

**proper** 86:10

**protective** 22:12 23:4,17 26:23,24 27:4

**Public** 4:12 158:22 159:7,25

**pull** 68:1

**pulled** 151:6,9,20,25

**purpose** 54:21 88:6,9 111:11

**pursuant** 4:8

**push** 73:19 135:1

**putting** 26:12

Q

**question** 7:7 8:15,23,25 9:11 12:15 15:6,15,22,24 16:2,4,5 21:9 24:1,7,23 30:13 31:1 37:7 43:17 45:8 47:24 57:15,18 59:4 63:20 78:18 79:10 81:12 88:8 90:10,12 93:8 94:18 95:7 99:8 100:9 103:10,13 108:10 134:19,25 149:11

**question-answer** 7:5

**questioning** 132:16

**questions** 8:14 9:6,17,22 15:5,12,19,25 37:6 38:5 69:14 97:7 155:16

**quick** 90:12 139:4 157:14

**quickly** 138:10 140:8,15

342976 Dukes Sergeant Jerome 09-12-2024 Page 187

**quite** 144:17
**quiz** 9:13

R

**radio** 98:20 99:5,6,13,15 101:13,15 102:6
**raise** 6:5
**random** 17:11
**randomly** 17:7
**rank** 10:22 13:20 57:13
**rather** 156:16
**razor** 84:9
**reaction** 135:5
**reading** 4:13 52:5 55:18 62:25 63:2 68:18 70:15 72:19 103:10 113:23 155:17
**reads** 69:12 103:13
**ready** 103:7 114:11
**real** 43:17 70:5 139:4 157:14
**really** 29:4 34:25 47:4 79:9 129:21 140:1 156:17
**reason** 9:21 55:2 72:20 88:21 107:25 150:25 160:3
**reasonable** 138:16
**reasons** 55:5,6,10 92:18 160:19
**rec** 105:5
**recall** 9:11 17:1,4 38:24 50:14 51:18 63:1,3 83:12 84:16 92:25 103:17 118:5 126:18,20 127:8,11 129:7
**receive** 66:22 67:4,9 83:3
**received** 83:9
**recognize** 56:8 95:2,8,25 96:20,23 98:3 101:25 118:11 124:2 134:8 148:21,24 153:6
**recognized** 101:19
**recognizes** 98:22
**recollection** 48:22 51:15 63:17,21
**recommendations** 107:3
**record** 5:2 6:2,5 8:6,8,9,10 11:6 13:3 15:13 29:23 37:21 50:22,23 55:20 90:21,22,23 104:11 110:21 113:17,24 149:5 157:13 159:10 160:19
**recording** 96:16 127:18 133:22 135:22 138:23 141:15 144:21 145:21 146:2 149:6
**red** 27:24 29:9,14,15,17 31:5,23,25 32:2
**refer** 15:4 28:7 42:7 47:7 79:21 86:4,5,22
**reference** 156:9,21
**referenced** 106:6 108:20 113:8
**referencing** 78:13
**referred** 20:8 38:18 86:6
**referring** 15:6,7 42:24 47:1,17 113:15
**refreshers** 93:22
**regarding** 30:18
**Regulations** 3:14 113:18
**related** 37:10 74:20 76:1 159:13
**relates** 45:13 84:19
**relation** 135:8
**release** 18:19
**relief** 16:13
**relieving** 121:17
**relocated** 27:16
**reluctant** 154:8,12,17
**rely** 59:25 61:4
**relying** 130:17
**remember** 12:3 30:24 48:9,11 49:18 50:6,10,12 63:22 75:15,17 124:24 125:14 126:23 129:16,18,21 130:25 132:7,9,11 140:11 155:12
**remotely** 4:7
**remove** 53:18 54:20
**repeat** 57:18 81:16 88:8 149:11
**rephrase** 94:18 97:5 112:21

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 188

**replying** 86:9

**report** 3:18,19,20,21 51:6,8,12 52:13,20 62:6 63:3,23 64:2,3,4,21 65:14,18,25 66:7,12,19 67:13 68:2,6,8,15 69:3 70:12 76:1,12,16,20,23 77:2,3,4,6,7,10,23 78:3 85:14 117:10 152:7,16,20 154:9,17 159:8

**reported** 49:15 69:17 72:1 76:8 151:21 152:18

**reporter** 1:25 4:12 5:2,4,24 6:4,11,14 7:5,17 8:7,10,18 9:1 30:6 50:23 60:5,8 90:20,23 102:15 103:11,13 155:25 156:5 157:13 158:22 159:6,25

**reporting** 4:4 5:5 69:10

**reports** 49:24,25 77:12

**represent** 6:18 145:14

**representative** 1:7 2:2 5:10

**representing** 5:4

**request** 3:23 104:12,14 110:22 116:5,8 160:18

**REQUESTED** 103:13

**require** 106:18

**required** 41:6 87:10 108:5,11 109:4 119:23 123:14 126:15

**requirements** 114:14

**requires** 88:10

**requiring** 88:6

**research** 67:19

**researched** 151:9

**reserve** 155:17,22

**resolution** 26:7

**resolve** 94:9 95:14

**respond** 93:17,20 94:1,3 119:19,24 137:6 147:6

**responded** 52:1 75:3 127:13 138:10 150:21

**responding** 63:19 127:8

**response** 93:24 119:17,18 120:2 133:16 134:24

**responsibilities** 118:3 122:21,23 123:6

**responsibility** 93:12 101:7 123:13

**responsible** 58:21 59:24

**rest** 85:21 135:21

**restate** 47:14 81:11,14

**restrict** 116:14

**restroom** 50:16 86:2,16,18 87:8 90:8 91:23

**retrained** 83:24

**review** 67:15 77:11,14,23 81:6,22 153:15

**reviewed** 67:2,6,23 71:3 82:16,20 109:21 112:4,22 117:14,16 152:7

**risk** 88:23

**Road** 2:9

**Robinson** 2:14 4:4

**role** 14:19

**roll** 16:11,14 131:13

**Romanucci** 2:4

**room** 17:21 22:13,17,23 71:4,6,9,12,16,17,18 86:3,18

**rooms** 22:2,19

**roster** 3:16 118:14,15,19

**rotates** 14:24

**rotation** 121:3,6,16

**rover** 42:8,10,19,24 43:19 90:16 91:5,16 92:4 98:11,17 99:21,24 100:19 101:3,6,23 102:7,12 103:16 111:15,22 122:9,12,21 123:8,16 125:25 126:7,9 135:9 136:11 138:9 139:5 141:17 149:2 150:9,17

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 189

151:13
**rovers** 41:25 42:20,21 43:11 44:12 99:16 126:3 135:14
**row** 23:11 141:24,25 142:2,10 143:3,8,10,12
**rows** 141:20
**rude** 9:17
**rule** 15:10
**rules** 3:14 4:9 7:3 8:13 23:15 64:5,7,11 113:17
**run** 79:19 84:25 150:1

S

**safe** 58:21 127:4
**safety** 54:13,22,24 55:10 60:2 61:8 84:22 88:23 92:24 93:6,10
**Sam** 2:3 5:20 6:18 46:16
**sat** 90:5,15 91:2,3 101:6
**Saturday** 121:11
**Saudi** 14:1
**Savage** 139:15
**saw** 128:25 136:10,19 140:11,20 146:12
**scenario** 92:8
**scene** 130:5,12 131:6,16 137:7
**schedule** 121:7
**scheduling** 16:22,25 17:2 46:13
**school** 11:17,18 12:7,9,12
**screaming** 55:23
**screen** 52:1 80:23 113:10 133:2 140:24 141:11 144:23 148:22 153:4
**scroll** 51:22 82:23
**SD** 120:12
**searches** 84:8
**second** 8:1,8 36:23 37:4 90:20 157:14
**seconds** 146:19
**section** 3:9 18:6 22:13 23:8 24:4,15 25:7 34:3 38:21 39:1 40:19 42:21 43:19 44:14,18 55:25 58:10 61:3 62:22 64:1 65:17 68:19,22 70:16 71:7,19 72:12,17 73:13,16 84:21 89:25 92:6 96:4 97:20 98:3 121:5 125:13 127:12 133:18 135:25 137:15,19,21,22,23 138:1,9 139:5 150:5
**sections** 19:16 20:10,13 21:5,7,10,19,22 22:25 23:3,16 32:12,17 39:17,19 40:12 42:14 43:1,8,20 44:6,19,20 59:21,22 72:24 73:9 89:16 91:12 95:24 96:13,14 102:9,12 120:18 123:17,19 125:11,24 137:20 138:6
**sector** 124:12,14 125:2
**secure** 86:13,17 114:4
**secured** 85:9
**securing** 111:8,10
**security** 22:10 23:8,12,14 25:9 26:20 83:10,13,18,24 84:4,7,11,19 120:19 137:13,17 138:1,8
**seeing** 61:16
**seem** 9:17
**seen** 52:21 63:25 77:25 128:20 134:20 136:5 146:11,13
**self** 74:14
**send** 104:12 156:15 157:7,10
**sending** 156:8,14
**sense** 7:12 8:19 9:3,13 15:8,16,25 16:6 35:1 49:22 156:22
**sent** 104:1 141:2
**sentencing** 26:9
**separate** 71:9,12,17 74:10 95:21
**separately** 156:15
**separating** 95:14,16
**September** 1:24 4:7 5:6 63:4

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 190

68:3,14,15 70:13 71:22,23,25 159:17

**sergeant** 1:18,23 2:13 4:3 5:9,14,25 6:17 8:13 10:9,11,20,23 14:16,19 16:9,19,23,25 17:2 30:24 45:19,20 47:8,20 48:2,17,23 54:12 55:16 57:17 62:13 99:9,16,18 101:16 105:21 106:16 107:6 108:6,11 109:4 110:16 118:3,25 123:23 124:12,18 153:4

**sergeants** 58:20 94:21 104:5

**serious** 29:17 107:25

**sets** 105:9

**setting** 22:13 102:20

**settings** 22:17

**seven** 77:18 143:1

**several** 46:24 49:9 136:6

**severe** 26:1 117:18

**sex** 28:3,22,23 29:12,13,16,17 35:5,7,8,11,20 ,22 36:8,15,16

**sexual** 28:11,18 51:20

**sexually** 52:11

**shakedown** 120:14,16,21,2 3 121:1,4,19,21 122:6,8,9,12 123:1

**shakedowns** 122:2

**shakes** 120:17

**shaking** 8:17

**shanks** 84:9

**shape** 43:11,15

**sharton@rblaw.net** 2:6

**sheet** 118:10 160:20

**sheriff** 1:14 5:11 78:9 79:17 106:1

**Sheriff's** 11:1 14:14 51:8 62:6 78:17 79:3,24 80:2 81:5,19 82:18 109:10

**shift** 14:22,23 16:9,11 17:3,13,14,15 19:1,4 39:17 41:2 46:3 85:5 97:6,9 105:14 118:2,23 119:22 120:21,22,24 122:24 123:5,7 124:21,22 126:16,21 127:3

**shifts** 46:11 53:7 121:9,16,17,18 127:6

**shirt** 134:9

**shoot** 75:20

**shooting** 75:22

**shorter** 47:15

**showed** 104:1 105:25 108:19,20

**shower** 45:3 60:15,16

**showers** 45:5

**showing** 40:21 133:7

**sides** 125:21

**sign** 155:23 161:5

**signed** 153:8,18 160:19

**signing** 4:13 18:19 155:17

**sign-up** 77:16

**similar** 40:2

145:11,13

**simple** 79:10

**single** 152:14

**sir** 108:10 134:25

**sit** 42:17,25 50:10 153:21

**sits** 60:13

**sitting** 43:24,25 44:5 101:1,22 122:21 123:7 138:9 146:6,7,9

**situation** 37:11 94:2,5,6,9 95:5,20

**six** 10:12 14:24,25 15:1 19:16 20:15,17,19,21 21:5 53:11 143:1

**size** 36:1 39:22,23

**skipped** 31:20

**Slater** 2:8,9

**sleep** 9:24 54:19 85:14 88:19 143:22

**sleeping** 21:20 22:2 33:18,19 85:2 133:8

**small** 51:3

**snacks** 41:15,19 123:5

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 191

**snitch** 154:20

**solemnly** 6:6

**someone** 24:13 27:2 28:17 58:25 59:5,14 64:15,18 67:3 89:20 91:23 94:11,13 100:11 114:23 115:10,17 120:17 123:4,16,18 127:23 130:13 146:10

**someone's** 105:9

**something's** 101:20

**sometime** 80:2

**somewhere** 78:24 102:21

**SOP** 103:23

**sorry** 10:5 12:22 15:10 22:15 29:22 31:18 32:11 38:2 39:22 60:10 62:24 68:1 79:9 90:12,14 97:6 102:17 107:24 109:6 111:1 141:8,9 145:5 146:19 147:12 156:1

**sort** 9:23 17:16,24 19:12 29:1,16 79:20 81:6 90:25 106:23 107:8 113:4 123:13 149:16

**sound** 102:2,5

**Sounds** 132:23

**source** 117:7

**space** 18:4 21:12,19 71:13 102:7

**spaces** 17:25 18:3

**span** 72:5

**speak** 8:16 18:6,8,12 92:5 125:23 154:13,14

**speaker** 92:4,5,7

**speaking** 126:18,20 134:17

**special** 92:21 125:21

**specific** 21:9

**specifically** 45:12 93:3,13 111:14 129:19

**specifics** 78:12

**speculate** 9:7

**speculation** 57:9,13,14

**spoke** 69:5 153:14

**spoken** 129:8,16

**spots** 45:6

**Spreadsheet** 3:16

**square** 43:14

**staff** 117:24 124:16

**stamp** 157:9

**stand** 97:2 98:12 114:2

**standard** 5:7 103:20,22 105:16 108:4,15,23,24 112:23

**standards** 64:10,11 106:5,11,13,17,22 107:7,11 108:1,6,8,12,19,21 109:5,6,7

**standing** 89:20 90:3 98:8 134:3 149:18

**star** 126:14

**start** 33:9 79:18 99:3 114:11 154:5,7

**started** 9:16 12:3,4 56:1 65:22 79:1,3,10 80:12 134:15

**starting** 5:19

**starts** 52:1 55:15 85:18 86:20 89:7 98:5 134:23 135:19

**state** 4:12 5:17 6:1 11:6 13:3 23:18 115:1,9 158:3,23 159:3,7

**stated** 68:22 69:19 108:5

**statement** 56:8 57:10,11

**state-run** 79:20

**States** 1:1 12:21

**stating** 144:20

**station** 39:10 40:18 41:1,7,16,20 42:8,11,19,24 44:13 91:4 135:10 151:13

**stations** 90:16

**statistic** 49:21

**statistics** 49:19

**stay** 41:1 87:10 88:7,11 115:3 123:14

**staying** 88:15

**step** 43:5 95:13 98:11

**stepped** 68:22

**steps** 42:13,22

**stereotypical** 154:21

**sticking** 15:21

**STIPULATION** 4:1

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 192

**stop** 67:18
**stopped** 139:9 144:21
**stored** 84:11
**straight** 96:5,9
**strategies** 94:21
**stream** 16:1
**street** 2:4,14 4:5 95:6
**stretcher** 131:23 139:24 140:1,16
**strike** 39:11 72:22 78:6 97:4,6,25 116:12 121:20 145:24 146:9,13 149:21,24 150:4 154:23
**strikes** 64:18 150:7
**stuff** 9:16
**style** 21:11,19,22 32:20 33:25 34:1 35:24 39:6,24 40:1,2,11
**subject** 112:8
**Submitted** 159:17
**substantive** 9:16
**suggested** 105:12
**suggestion** 137:14
**suicide** 73:18 125:21
**Suite** 2:5,10,15 4:5
**summarize** 109:13
**Sunday** 121:11
**supervising** 39:13 46:5
**supervisor** 10:4,6 14:20 15:2 16:12 17:5 18:5,14,24 63:18 77:11,22 101:17 102:5 154:14
**supervisory** 18:2
**supplies** 123:9
**supposed** 43:20 57:24 65:13 86:21 101:24 106:24 110:17 111:22 112:1,13,23 133:25 148:3
**sure** 7:10 8:19 15:6 16:16 17:17 28:15 29:22 50:18 54:10 55:3,4 58:12,19 66:3 67:20 77:21,24,25 78:25 81:14 86:4 87:6 90:7 93:7 99:25 103:11,12 110:24 121:9 127:18 142:14 143:2,24 146:1 151:2 155:14 156:23 157:1
**surprise** 56:9,21 57:4 58:2 59:6,10 69:14 70:3 150:19
**surprised** 137:5
**surveil** 111:5,14,23 123:14 126:10
**surveillance** 42:7 109:11 152:15
**surveilled** 91:2,4
**surveilling** 3:25 43:21 45:1 59:22 97:3,10 100:18 101:7 109:22 110:8,17 111:3 123:8
**swear** 4:13 6:6
**sworn** 78:22 82:15 154:5 158:8
**systems** 13:7

T

**table** 135:11 146:7
**taking** 7:6 9:23 52:18 109:18
**talk** 14:18 37:4 39:9,23 88:1 116:9
**talked** 39:22 126:22 129:15
**talking** 9:2 32:13 36:2 47:9 75:7,11 90:25 101:22
**tasked** 39:12 40:13
**tasks** 80:10
**team** 119:17,18,20 120:2,14,16 121:21
**technician** 5:4
**technology** 11:20
**tedious** 22:4
**Telephone** 2:6,11,16
**ten** 28:19 34:7 56:2,10,23 57:12 58:5 59:2,6,12 143:10
**tend** 123:12 155:20
**tending** 128:10
**term** 45:8
**test** 9:13

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 193

**testified** 37:13

**testimony** 6:7 30:21

**thank** 5:24,25 6:4 14:4 20:6 24:3 30:12 32:7 38:23 47:3,4 48:2 50:21 66:21 68:10 70:18 103:19 104:23 123:20 127:3

**there's** 21:16 22:4,18 30:20 37:6 41:13,20 42:14,16 43:25 44:21 45:9 61:9 65:24 66:3 69:22 77:6,9 87:4,19 92:19,21 95:10,19 97:23 98:9 102:18,20 105:4 112:1,19 119:19 121:15 122:20 123:9 141:23,24 142:2,8,10 143:9,20,21 144:6 147:18,19 148:12 150:25 151:13 152:16,20

**they'll** 61:8 65:17 67:5 98:16 116:9

**they're** 7:15,17 16:1,16 17:25 19:10,22 22:17,18,19 23:14,16 25:3 26:1,4,5,9 28:2,4,7,16,20,21,23 29:13 33:20 35:16 45:1 53:25 54:18 55:7,8 61:23 72:3,12,13,18 73:18 74:14,15 85:2,9,25 86:14,15,23 87:1,4,8,13,20,23 88:17,18,19 91:21,22 95:11,12 98:17 107:2,15 115:7 119:23 122:24 125:8 126:3,10 133:25 137:13 141:5 144:12 150:8 152:17,22,23

**they've** 21:19 23:21 26:8

**thoughts** 129:22

**threat** 23:14

**throughout** 9:9 41:1 47:6,13 49:24 88:11,15

**throw** 146:11,12

**Thursday** 4:7 121:10,12

**ticket** 28:21

**timeframes** 123:11

**timestamp** 145:18 149:15

**today** 5:4,6 7:3 9:21 10:3 50:10 104:18 153:21

**toilet** 91:23

**toilets** 45:3,5 60:13

**tolerated** 114:9

**tool** 96:3,6,19

**tools** 96:22

**top** 51:6 119:12 124:4 134:9 143:4 145:18 146:6 149:1,16,23

**topics** 83:5,9

**totality** 112:15

**totally** 71:17 82:12

**towards** 88:18 89:25 136:10 149:23

**towel** 142:22

**towels** 144:4,12

**tower** 82:12 100:12,16

**towers** 80:8

**trained** 83:13 84:3,19 85:3 92:24 93:3,10,13,16,20,24 94:14,20 95:2,3 96:22 97:25 99:2,6,9,25 101:10,25 106:8

**trainee** 97:19 126:6

**training** 78:5,7,10,13,22,25 79:14,20 80:7,13 81:1 82:1,2,6 83:9 98:6 120:6,8

**trainings** 80:16

**trains** 120:9

**transcript** 4:14 158:7 159:9 160:16,21

**transferred** 26:10

**trays** 147:16

**trial** 23:23 25:25 26:4 35:20 36:15

**tricky** 8:21

**tried** 102:23

**true** 56:7,9,22 70:1 73:5 86:22 91:3 130:20,22 136:19 153:19,23 159:9

**truly** 9:10

**trustees** 38:19

**truth** 6:8 9:12

**truthfully** 8:15 9:22

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 194

**try** 74:9 94:8 132:15 155:21
**trying** 12:22 29:4 34:25 43:18 49:22 62:4 93:7 145:6
**Tuesday** 121:10
**turn** 36:24 37:3 92:5 140:8,14
**turned** 114:8,10 140:12
**type** 66:2 155:18
**typical** 16:9,11
**typically** 18:13,14,20 19:7 21:6 25:3 74:8 116:22

U

**Uh-huh** 43:22 50:20 84:3 95:1 109:8 139:13 142:21 143:5,7 146:8
**uh-huhs** 7:11 8:17
**unannounced** 17:7
**underneath** 54:19
**undersigned** 158:6
**understand** 16:3 24:1 37:18 47:9,16,24 81:22 93:7 104:6 109:14 114:17 153:21
**understanding** 25:2 57:23 74:22 76:10 95:7 98:1 106:17 107:5 112:12 114:13 130:5 138:11
**understood** 16:5 154:6
**unfortunately** 29:6
**unit** 35:17
**United** 1:1 12:20
**University** 13:4
**unknown** 52:16
**unless** 15:13 104:16 147:15 152:20
**Unlike** 87:8
**unobstructed** 55:11
**unusual** 72:4,21 147:5
**upon** 108:1 160:18
**usual** 18:14
**usually** 7:9 18:21 103:5,6

V

**Valdez** 140:7 141:2
**verbal** 7:8 8:19 133:16 134:24
**verbatim** 127:20
**Verify** 74:21
**versus** 29:18 92:14
**Veteran** 14:2
**via** 2:12,17 4:5 102:8 110:5
**victim** 65:19 154:9,18
**video** 3:10,11 4:3 5:3 7:22 42:15,16 43:9 96:14,16,18 110:5 123:17 124:15 132:12,13,17 133:14,21,22,24 135:22 137:2,5 138:22,23 141:12,15,18 143:16 144:1,7,13,21 145:2,19,21 146:2,16,19 148:4,10,12 149:6,9,12,23 150:14,17 151:6,14,20 152:19 156:5,17,21 157:8,10
**videoconference** 2:12,17 4:6 5:8
**videos** 40:21 44:12 91:8 93:22 151:25 152:9,11 156:19,24 157:9
**videotapes** 95:24
**view** 3:9 53:25 54:6,8,11 55:11 59:19,21 60:21 61:3,11 139:1,12 144:1,13 146:25 150:16
**violate** 107:18
**violated** 23:15
**violating** 108:24
**violation** 28:22 35:17 64:4 107:14
**violence** 27:2 93:14,17,25 94:15,22 95:9 96:1,20,24 98:4 154:9
**violent** 29:1 95:20 116:13 117:11
**visibility** 45:9,15,16,18 89:15 91:11
**visitation** 42:15 124:16 142:19
**visitations** 80:9

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

342970 Dukes Sergeant Jerome 09-12-2024 Page 195

**visually** 110:1,3
**voice** 30:11
**volunteers** 83:3

W

**waiting** 24:18 26:5,9,10 35:20 125:7 134:20 135:1
**waived** 4:14
**walk** 17:20 18:5,9 43:4 84:14 120:18 125:11 139:9 150:13
**walked** 140:23 152:4
**walking** 17:16 21:15 61:18 91:22 95:5 136:10 137:14 138:5
**walkway** 42:5
**wall** 42:4 142:19 143:12,13,14
**walls** 102:8
**War** 14:1,3
**warehouse** 42:16
**warrant** 117:18
**wasn't** 63:18 130:20 138:8
**watch** 42:25 73:18 133:21 135:21 137:2 146:6 152:11,14
**watched** 137:2
**watching** 43:8 44:13 91:8 110:3 123:17 137:5 138:22 144:13 148:4,10,12 149:9 151:14 152:19
**ways** 94:14
**weapons** 84:10
**wearing** 28:7
**Wednesday** 121:10,12
**welfare** 84:22 92:24 93:10
**we'll** 17:24 103:4 104:21 132:21 133:17 155:17,22,23,24 156:3
**wellbeing** 17:8
**we're** 5:2,8 7:10,11 8:3,10,22 9:1 50:23 67:18 75:11 90:23 95:2,3,4 104:13 110:21 121:11,12 132:19 133:7 138:25 141:4 143:24
**whatever** 52:22 53:9 67:18 122:10 156:13
**whatsoever** 63:17
**whenever** 75:8
**Where'd** 12:18 13:1
**Where's** 71:6 119:14
**whether** 33:15 57:11 65:24 67:13 92:10 104:19 105:20 106:2 116:11 144:12
**white** 28:18 29:15,17,18 134:9,16,22 135:9 139:23
**whites** 27:24,25 28:4,6,9 29:9 31:5,9,11,13,15,17,22,23,25 32:2,8,9 33:22 35:5,6 36:9 38:15,16,18 39:1
**whoever** 151:4
**whole** 6:8 8:4 24:19 47:14 49:24 50:5
**who's** 14:19 26:19 27:7,21,23 31:7 92:14 94:5,6,7,8,9,11 95:15,16 105:17 116:19 121:16,18 139:21 140:6
**Wildlife** 11:7,24 12:2
**window** 18:4 40:23 43:9 110:4
**windows** 91:8 102:8
**wish** 18:7
**witness** 4:13,14 5:17 6:3,10,13 24:11 29:20 37:16 41:23 45:9 46:13 49:5,12,18 50:3 52:13,25 53:5,11 54:15 56:13,25 58:7 59:8,12 60:12,23 61:7,16 62:21 63:11 64:14,24 65:5,9 66:2,10 69:7,19 70:7,19 72:11 73:3,7,13,24 74:12 75:24 76:11 81:11 88:1,13,25 89:19 90:2 91:21 93:16 94:18,24 96:3 99:13 100:4 103:14 106:20 107:2,10,17 108:8,14 109:2,16 113:12 115:6,8 116:16,25 117:20 123:25

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

# Incident Report

MARION COUNTY SHERIFF'S OFFICE
692 NW 30TH AVE
OCALA, FL 34475

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

## LOCATION(S)

| County | Location Type | Location Description |
|---|---|---|
| MARION | BOOKING FACILITY | MARION COUNTY JAIL GULF POD CHARLIE SECTION |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
|---|---|---|---|---|---|---|---|
| 700 | NW 30TH AVENUE | | OCALA | FL | 34475 | | |

## INVESTIGATION

| Nature of Incident | Sex Assault;CIS |
|---|---|

### Person: REPORTING PERSON

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Addresses

- **Local Residence**

### Person: VICTIM

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

| Comments: | |
|---|---|

Addresses

- **Local Residence /**

### Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| JUAN | | PAGAN-AYALA | | WHITE | MALE | 5'05" | 140 | BRO | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI046812 | | 03/07/1991 | 28 | , , | P254433910870 | FL | |

| Comments: | HAD BEARD DURING INCIDENT, SHAVED BEARD IMMEDIATELY AFTER // IN MARION COUNTY JAIL AT THE TIME OF INCIDENT |
|---|---|

EXHIBIT
34

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

Addresses
- **Other Address / 1110 S PINE AVENUE 31, OCALA, FL 34471 /**

**Person: SUSPECT**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **CECIL** | **EUGENE** | **WRYALS** | | **WHITE** | **MALE** | **601** | **170** | **BRO** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO16MNI005888** | | **07/10/1982** | **37** | , , | **W642105822500** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF THE INCIDENT // ARR: SEX BATTERY // AGG BATTERY**

Addresses
- **Local Residence / 19140 SW 49TH PL, DUNNELLON, FL 34432 / 352-258-0945**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments:

Addresses
- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **MICHAEL** | **LAWRENCE** | **DELUCIAN** | | **WHITE** | **MALE** | **511** | **180** | **BRO** | **HAZ** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO02MNI026765** | | **07/15/1974** | **45** | , , | **D425552742550** | **FL** | |

Comments: **HOMLESS // IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/ / 352-470-6074**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JACOB** | | **CRAFT** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI046816** | | **02/16/2001** | **18** | , , | | | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **Local Residence / 2590 NE 46TH LANE, OCALA, FL 34479 /**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

Offense Description
**71 SEXUAL BATTERY**

**Person: SUBJECT**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| JOHN | EDWARD | BREDA | | WHITE | MALE | 510 | 135 | BLK | BLU |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO18MNI016613 | | 05/20/1987 | 32 | , , | B630465871080 | FL | |

Comments: IM MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 13715 SE 8TH COURT, OCALA, FL 34480 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| KHALIF | | DAVIS | | BLACK | MALE | 601 | 175 | BLK | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI038151 | | 11/26/1995 | 23 | , , | D120501954260 | | |

Comments: IN MARION COUNTY JAIL AT THE TIME OF INCIDENT

Addresses
- / 2750 NE 49TH AVE 4, OCALA, FL 34470 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ANDREAS | | PANTER | | WHITE | MALE | 507 | 175 | GRY | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI034258 | | 11/17/1963 | 55 | , , NON US | P536000634170 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 18898 NW 60TH AVENUE, REDDICK, FL 32686 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ALEX | L. | HANSON | | WHITE | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO15MNI000733 | | 08/23/1995 | 23 | , , | H525012953030 | FL | |

Comments: IN MARION COUNTY JAIL AT THE TIME OF INCIDENT

Addresses
- / 18360 SE 56TH STREET, OCKLAWHA, FL 32179 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| MICHAEL | | BIERER | | WHITE | MALE | | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO17MNI022400** | | **06/02/1958** | **61** | , , | **B660542582020** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT // HOMELESS**

Addresses
- **/ / 352-274-0113**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT // 011720 RETURN FOR COURT**

Addresses
- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **SHANE** | | **FINCH** | | **WHITE** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI034189** | | **11/12/1981** | **37** | , , | **F520498681412O** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/ 8836 TURKEY BLUFF ROAD, NAVARRE, FL 32566 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **TYSON** | | **DANIELS** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI027791** | | **08/19/1997** | **21** | , , | **D542812972990** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/ 800 NE 78TH PLACE, ANTHONY, FL 32617 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **MICHAEL** | | **DURKIN** | | **WHITE** | **MALE** | **601** | **220** | **BRO** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI016653** | | **07/19/1976** | **43** | , , | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

| Comments: | IN MARION COUNTY JAIL AT THE TIME OF INCIDENT |
|---|---|

Addresses
- / 4200 1ST AVE N ST, ST PETE, FL 33713 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| PAUL | RICHARD | HARBERT | | WHITE | MALE | 508 | 140 | BRO | HAZ |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI028159 | | 03/19/1972 | 47 | , , | H616696720990 | FL | |

| Comments: | IN MARION COUNTY JAIL AT THE TIME OF INCIDENT |
|---|---|

Addresses
- / /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| CHRIS | CASEY | BRYANT | | WHITE | MALE | 601 | 170 | BLN | BLU |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI032223 | | 12/25/1991 | 27 | , FL, US | B653103914650 | FL | |

| Comments: | IN MARION COUNTY JAIL AT THE TIME OF INCIDENT |
|---|---|

Addresses
- / 9505 E HIGHWAY 25, SUMMERFIELD, FL 34491 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ROBERT | RAYMOND | HAWKS | | WHITE | MALE | 510 | 200 | BRO | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI025905 | | 05/12/1979 | 40 | MIAMI, FL, FL | H200776791720 | FL | |

| Comments: | IN MARION COUNTY JAIL AT THE TIME OF INCIDENT |
|---|---|

Addresses
- / 15635 SE 95TH COURT ROAD, SUMMERFIELD, FL 34491 / 352-553-9767

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| TERRAL | D. | WALKER | | BLACK | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO18MNI032119 | | 04/29/1984 | 35 | , , | W426804841490 | FL | |

| Comments: | IN MARION COUNTY JAIL AT THE TIME OF INCIDENT |
|---|---|

Addresses
- / 23 NW 21ST PLACE, OCALA, FL 34470 / 352-300-5605

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **LUCIAN** | **XAVIER** | **EVANS** | | **WHITE** | **MALE** | **509** | **155** | **BRO** | **BLU** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO05MNI028673** | | **06/20/1978** | **41** | , , | **E152539782200** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT // HOMELESS**

Addresses
- **/ FL /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **DAVID** | **JOHN** | **WOOD** | | **WHITE** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO05MNI010211** | | **10/21/1986** | **32** | , , | **W300170863810** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/ /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JOSHUA** | **WILLIAM** | **KINES** | | **WHITE** | **MALE** | **510** | **160** | **BRO** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO17MNI016621** | | **11/26/1985** | **33** | , , | **K520439854260** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/ 14990 NE 86TH LANE, SILVER SPRINGS, FL 34488 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **FEDERAL PRISONER // IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **CESAR** | | **DELEON-CASTILLO** | | **WHITE** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI046822** | | **06/01/1983** | **36** | , , | | | |

Comments: **FEDERAL PRISONER // IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/ 1601 JOHNS LAKE ROAD 722, FL 34711 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **FEDERAL PRISONER // IN MARION COUNTY JAIL AT TIME OF INCIDENT // SPANISH SPEAKING NEED INTERPERTUR**

Occupations
- **/**

Addresses
- **/ 1106 NW 113TH AVENUE, FL 33126 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **BARRY** | **KEITH** | **BOWLING** | | **WHITE** | **MALE** | **508** | **170** | **BRO** | **HAZ** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO92MNI001224** | | **06/26/1967** | **52** | , , | **B452071672260** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

Addresses

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| MARK | | GONZALEZ | | WHITE | MALE | 600 | 250 | BRO | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO14MNI020598 | | 07/14/1991 | 28 | , , | G524547912540 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 10942 SW 189TH TERACE, DUNNELLON, FL 34431 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: FEDERAL PRISONER // IN PRISON AT TIME OF INCIDENT

Addresses
- / /

**Person: SUBJECT**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| MISSAEL | | GONZALEZ-TERRAZAS | | WHITE | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI046825 | | 01/26/1996 | 23 | , , | | | |

Comments: FEDERAL PRISONER, IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 411 ANDREA COURT, GA 30721 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| DARREN | MICHAEL | BEATTY | | BLACK | MALE | 511 | 154 | BLK | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO12MNI008830 | | 07/20/1989 | 30 | , , | B300173892601 | FL | |

Addresses
- / 175 NW 175 ST, CITRA, FL 32113 /

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

**Person: SUSPECT**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **CHARLES** | **REYNALDO** | **MURILLO** | | **WHITE** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO16MNI006173** | | **12/10/1988** | **30** | , , | **M64015688450** | **FL** | |

Addresses

- **/ 1601 SW 27TH AVENUE 1403, OCALA, FL 34471 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JEREMY** | **J.** | **FLOWERS** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO14MNI014116** | | **05/10/1993** | **26** | , , | **F462430931700** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses

- **/ 4348 SW 110TH STREET, OCALA, FL 34476 /**

**Person: SUSPECT**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **STEVEN** | **ALEXANDER** | **VILLAFANE** | | **WHITE** | **MALE** | **509** | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO15MNI035113** | | **05/08/1985** | **34** | , , | **V415781851680** | **FL** | |

Addresses

- **/ 3818 MAIN ST, OCALA, FL 34475 / 352-426-2866**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **CARLOS** | **D.** | **GINLOCK** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO14MNI004339** | | **03/02/1997** | **22** | , , | | | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses

- **/ 13610 SW 61ST PLACE, OCALA, FL 34472 / 352-875-1512**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **KELVIN** | **M.** | **ANDERSON** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI046829** | | **06/01/1968** | **51** | , , | **A536513682010** | **FL** | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

| Comments: | **IN MARION COUNTY JAIL AT THE TIME OF THE INCIDENT** |
|---|---|

Addresses
- **/ 15 JUNIPER PASS TERRACE, OCALA, FL 34480 / 352-629-2855**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **CHRISTOPHER** | | **HOWARD** | | **BLACK** | **MALE** | **508** | **130** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI037681** | | **06/30/1999** | **20** | **, FL, US** | **H630116992301** | **FL** | |

| Comments: | **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT** |
|---|---|

Addresses
- **/ 1649 SW 9TH PLACE, OCALA, FL 34475 / 352-209-0537**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **LINN** | **DEWAYN** | **FRANKLIN** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO17MNI019986** | | **07/20/1978** | **41** | **, ,** | **F652524782600** | **FL** | |

| Comments: | **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT** |
|---|---|

Addresses
- **/ 1651 SW 3RD STREET, OCALA, FL 34471 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **CHRISTOPHER** | **MICHAEL** | **BERGMAN** | | **WHITE** | **MALE** | **507** | **135** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO17MNI005984** | | **01/27/1992** | **27** | **, ,** | **B625113920270** | **FL** | |

| Comments: | **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT // HOMELESS** |
|---|---|

Addresses
- **/ /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **MICHAEL** | | **GUELL** | | **WHITE** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI046830** | | **08/28/1981** | **37** | **, ,** | **G400556813080** | **FL** | |

| Comments: | **FEDERAL PRISONER // IN MARION COUNTY JAIL AT TIME OF INCIDENT** |
|---|---|

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED; Clearance: ARREST |

Offense Description
**71 SEXUAL BATTERY**

Addresses
- / 6615 FREEPORT DRIVE, FL 34608 / 201-719-6049

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| TREVONTE | Q. | LUKE | | BLACK | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO14MNI029989 | | 12/10/1991 | 27 | , , | | | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 2697 NW 27TH AVENUE, OCALA, FL 34475 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| WILLIE | JAMES | COHEN | | BLACK | MALE | 500 | 50 | XXX | XXX |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO99MNI066548 | | 10/23/1957 | 61 | , , | | | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 7463 W GROVER CLEVELAND BOULEVARD, HOMOSASSA, FL 34446 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| LUCAS | ALEXANDER | DEAN | | WHITE | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO11MNI028526 | | 08/02/1993 | 25 | , , | D500521932820 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 7043 SW 128TH STREET, OCALA, FL 34473 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| LEONARD | DEANGEALO | EPPS | | BLACK | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI014534 | | 01/08/2001 | 18 | , , | | | |

Comments: IN MARION COUNTY JAIL AT THE TIME OF INCIDENT

Addresses
- / 2779 SE 34TH STREET, OCALA, FL 34471 /

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description

**71 SEXUAL BATTERY**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **GARLAND** | **ROMELL** | **STEWARD** | | **BLACK** | **MALE** | **511** | **150** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI038543** | | **01/17/1994** | **25** | **, FL, US** | **S363296940170** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses

- **/ 5900 NW 1ST STREET, OCALA, FL 34482 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses

- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **RAUL** | | **ALFARO-MUNIZ** | | **WHITE** | **MALE** | **508** | **250** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI018738** | | **06/15/1975** | **44** | , , | **A416720752150** | **FL** | |

Comments: **FEDERAL PRISONER // IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses

- **/ 3931 SW 143RD LN RD, OCALA, FL 34473 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **CODY** | **VAIDEN** | **HALL** | | **WHITE** | **MALE** | **509** | **145** | **BRO** | **HAZ** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI004628** | | **09/29/1984** | **34** | , , | **H400118843490** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT // HOMELESS**

Addresses

- **/ /**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **FEDERAL INMATE // IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **MATTHEW** | **JAMES** | **ANDERSON** | | **WHITE** | **MALE** | **606** | **160** | **BLN** | **BLU** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI027778** | | **08/06/1992** | **26** | , , | **A532550922860** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/ 24985 NE 132ND LN, SALT SPRINGS, FL 32134 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JASON** | **D.** | **COPELAND** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO13MNI015242** | | **12/12/1977** | **41** | , , | **C145242477452** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/ 6158 SE 119TH STREET, BELLEVIEW, FL 34420 / 352-426-3360**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **MERQUETIO** | **A** | **STEVENSON** | | **BLACK** | **MALE** | **508** | **165** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO15MNI026681** | | **04/14/2000** | **19** | , , | **S315541001340** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/ 33 BANYAN DR, OCALA, FL 34480 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JOSHUA** | **THOMAS** | **BALLARD** | | **BLACK** | **MALE** | | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO12MNI019927** | | **08/25/1985** | **33** | **, ,** | **B463438853050** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/ 5480 SE 29TH PLACE B, OCALA, FL 34478 / 352-299-0100**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **JIMMY** | **JAQUALE** | **HARVIN** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO00MNI018980** | | **08/18/1996** | **22** | **, ,** | **H615430962980** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/ 3998 SW 110TH STREET, OCALA, FL 34476 / 352-426-7341**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **MICHAEL** | **ARLENE** | **LEWIS** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO13MNI024960** | | **07/30/1983** | **36** | **, ,** | **L200541832700** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/ 10901 SE 129TH STREET, BELLEVIEW, FL 34420 / 352-292-3383**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **ANDRE** | **DESMOND** | **HARRIS** | | **BLACK** | **MALE** | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO03MNI001250** | | **04/02/1983** | **36** | **, ,** | **H620004831220** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT THE TIME OF INCIDENT**

Addresses
- **/ 2912 NE 4TH COURT, OCALA, FL 34479 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **QUANDARIUS** | | **EVANS** | | **BLACK** | **MALE** | **60** | **220** | | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI026719** | | **02/28/1995** | **24** | **, ,** | **E152718950681** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

Offense Description

**71 SEXUAL BATTERY**

Addresses

- **/ 8575 NW 9 AV, OCALA, FL 34475 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses

- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| JAMES | L | OLIVER | IV | BLACK | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO12MNI015963 | | 04/18/1999 | 20 | , , | O416452991380 | FL | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses

- **/ 100 NW 23RD AVENUE 1701, OCALA, FL 34475 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | FL | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses

- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| CLINTON | DARNELLE | KAHAM | | BLACK | MALE | 600 | 130 | BLK | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO18MNI006897 | | 06/22/1999 | 20 | , , | K500104992220 | FL | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses

- **/ 2867 NE 7TH ST, OCALA, FL 34470 /**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **MICHAEL** | **WAYNE** | **HILL** | | **WHITE** | **MALE** | **505** | **180** | **GRY** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI029870** | | **05/02/1969** | **50** | **, FL, US** | **H400559691620** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/ 10185 SE 149TH LANE, SUMMERFIELD, FL 34491 / 352-470-8968**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **TRUMAN** | **DASHAWAN** | **GORE** | | **BLACK** | **MALE** | **508** | **180** | **BLK** | **BRO** |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| **MCSO19MNI022906** | | **06/29/1994** | **25** | **, ,** | **G600804942290** | **FL** | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/ 411 NW 19TH CT, OCALA, FL 34475 /**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | **, ,** | | | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- **/**

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| **TOMMY** | **DALE** | **STAHL** | | **WHITE** | **MALE** | **510** | **180** | **BRO** | **BLU** |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO17MNI030724 | | 06/06/1973 | 46 | , , | S340804732060 | | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 5840 SE ROBINSON RD, BELLEVIEW, FL 34420 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| STEVEN | THOMAS | CHRISTIAN | | WHITE | MALE | 508 | 150 | BLN | BLU |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI027825 | | 02/08/1992 | 27 | , TX, US | C623798920480 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 1912 NE 50TH STREET, OCALA, FL 34479 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| PARAMVEER | | SINGH | | INDIAN/NATIVE AMERICAN | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI046839 | | 06/21/1983 | 36 | , , | S520660832210 | FL | |

Comments: EAST INDIAN MALE // IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 2943 SW 32ND AVENUE, OCALA, FL 34474 / 202-407-6959

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| JERMAINE | | RILEY | | BLACK | MALE | 505 | 150 | BLK | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI010792 | | 02/25/1979 | 40 | , , | R400438790651 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 10919 SW 170TH ST, ARCHER, FL 32618 / 352-300-5257

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| MATTHEW | JON | DESIMONE | | WHITE | MALE | 507 | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI016146 | | 03/23/1984 | 35 | , , | D255550841030 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 5212 SE 108TH STREET, BELLEVIEW, FL 34420 /

**Person: SUBJECT**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| LUIS | | GONZALEZ | | WHITE | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO14MNI019765 | | 05/12/1995 | 24 | , , | G524520951720 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 1115 SILVER ROAD, OCALA, FL 34472 / 352-454-4594

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| JOVAN | D | FREDERICKS | | BLACK | MALE | 601 | 280 | BLK | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO05MNI023644 | | 08/17/1979 | 39 | , , | F636424792970 | FL | |

Comments: FEDERAL PRISONER // IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 9561 NW 110TH STREET, REDDICK, FL 32686 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| JOSEPH | BRANDON | SOUTH | | WHITE | MALE | 600 | 240 | BLN | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO09MNI023245 | | 12/14/1986 | 32 | , , | S300482864540 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED Clearance: ARREST |

Offense Description
**71 SEXUAL BATTERY**

Addresses
- / 8745 SE 158TH STREET, SUMMERFIELD, FL 34491 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ROBERT | W. | TARVER | | BLACK | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI046841 | | 02/15/1964 | 55 | , , | | | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 1 STERLING BROWN STREET, APOPKA, FL 32703 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| DANIEL | SANTAMARIA | HERNANDEZ | | WHITE | MALE | 503 | 110 | BLK | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO14MNI007082 | | 06/06/1999 | 20 | , , | H655177992060 | FL | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 11391 NW 20TH ST, OCALA, FL 34482 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| HARRY | JAMES | COVERT | | BLACK | MALE | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI008717 | | 01/09/1981 | 38 | , , | | | |

Comments: FEDERAL PRISONER // IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 3866 NW 170TH STREET, NEWBERRY, FL 32669 /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| EDWARD | | ROSADO | JR | WHITE | MALE | 506 | | BRO | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI007051 | | 09/20/1990 | 28 | , , | R230220903400 | | |

Comments: IN MARION COUNTY JAIL AT TIME OF INCIDENT

Addresses
- / 7509 EXTER WAY, TAMPA, FL 33615 /

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- /

**Person: WITNESS**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| | | | | , , | | | |

Comments: **IN MARION COUNTY JAIL AT TIME OF INCIDENT**

Addresses
- /

**Charge: S**

| Counts | Charge | Arrest Offense Code Description |
|---|---|---|
| 1 | 794.011.3 | SEX ASSLT |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| L | FELONY | COMMITTED |

| Charge Description |
|---|
| W WEAPON OR FORCE SEX BATT VICTIM 12 YOA OLDER |

**Charge: S**

| Counts | Charge | Arrest Offense Code Description |
|---|---|---|
| 1 | 784.045.2 | AGGRAV BATTERY |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| S | FELONY | COMMITTED |

| Charge Description |
|---|
| COMMIT AGGRAVATED BATTERY |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| MULTIPLE INTERVIEWS |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| INTERVIEW WITH |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| INTERVIEW WITH JUAN PAGAN-AYALA |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Biological Type | Quantity | Quantity Type |
|---|---|---|
| RAPE KIT | 1 | KIT(S) |

| Description |
|---|
| 6006-1 - FDLE SEXUAL ASSAULT KIT FOR |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Digital |
|---|

| Description |
|---|
| 781-5 PHOTOS OF VICTIM'S INJURIES |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| FINGERPRINT CARD | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | 1 | EACH | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| 5894-1 ONE LATENT FINGERPRINT LIFT CARD |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Biological Type | Quantity | Quantity Type |
|---|---|---|
| BLOOD | 1 | COTTON SWAB(S) |

| Description |
|---|
| 5894-2 SUSPECTED BLOOD SWAB ON FLOOR UNDER BUNK |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

**Property: EVIDENCE**

| Biological Type | Quantity | Quantity Type |
|---|---|---|
| BLOOD | 1 | COTTON SWAB(S) |

| Description |
|---|
| 5894-3 SUSPECTED BLOOD SWAB ON METAL BOTTOM BUNK AT BED |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Biological Type | Quantity | Quantity Type |
|---|---|---|
| BLOOD | 1 | COTTON SWAB(S) |

| Description |
|---|
| 5894-4 SUSPECTED BLOOD SWAB ON PAPER TAPED TO INMATE BASKET "BIERER,MICHAEL 1121" |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Biological Type | Quantity | Quantity Type |
|---|---|---|
| BLOOD | 1 | COTTON SWAB(S) |

| Description |
|---|
| 5894-5 SUSPECTED BLOOD SWAB MEDIUM INMATE PANTS AT BUNK ABOVE |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Biological Type | Quantity | Quantity Type |
|---|---|---|
| BLOOD | 1 | COTTON SWAB(S) |

| Description |
|---|
| 5894-6 SUSPECTED BLOOD SWAB INMATE PANTS IN TRASH CAN |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| MISCELLANEOUS | Clothing/Fur | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **5894-7 MEDIUM SIZE INMATE PANTS WITH SUSPECTED BLOOD ON BUNK ABOVE BUNK** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **MISCELLANEOUS** | **Clothing/Fur** | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **5894-8 INMATE PANTS WITH SUSPECTED BLOOD IN TRASH NEXT TO DOOR** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **BEDDING** | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **5894-9 BLANKET WITH SUSPECTED BLOOD BY DOOR IN TRASH CAN** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **MISCELLANEOUS** | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

| Description |
|---|
| **5894-10 TOWEL WITH SUSPECTED BLOOD IN TRASH NEXT TO DOOR** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **MISCELLANEOUS** | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **5894-11 TOWEL WITH SUSPECTED BLOOD TRASHCAN NEXT TO DOOR** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **BEDDING** | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **5894-12 BLANKET WITH SUSPECTED BLOOD TRASH CAN BY DOOR** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **DISK, VIDEO** | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **5894-13 DIGITAL IMAGES OF SCENE** |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| SHOE, WASHOVER | Clothing/Fur | nike | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | 1 | OTHER | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| 1 PAIR OF GRAY AND WHITE NIKE SHOES TAKEN FROM INMATE/SUSPECT BREDA |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| SHOE, WASHOVER | Clothing/Fur | athletic works (walmart) | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| GRAY AND BLACK SHOES WITH SUSPECTRED (DRIED) BLOOD ON THEM. TAKEN FROM INMATE/WITNESS GONZALEZ |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Digital |
|---|

| Description |
|---|
| DISC WITH MULTIPLE INTERVIEWS |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **WAIVER OF RIGHTS FORM CHRISTOPHER BERGMAN** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| | | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **WAIVER OF RIGHTS FORM STEVEN VILLAFANE** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **FORMS** | **Document** | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | **8** | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **PHOTO LINEUP CONTAINING SUSPECT MURILLO IN POSITION/PHOTO 2, ADMINISTERED TO WITNESS/RP ON 08/14/19.** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **FORMS** | **Document** | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | **8** | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **PHOTO LINEUP CONTAINING SUSPECT VILLAFANE IN POSITION/PHOTO 5, ADMINISTERED TO WITNESS/RP ON 08/14/19** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **DISK, VIDEO** | **Other (Article)** | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | **1** | **OTHER** | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **VIDEO OF INCIDENT AND GENETEC PLAYER ON DVD** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **DISK, VIDEO** | **Other (Article)** | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | **1** | **OTHER** | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| **JAIL SECURITY VIDEO FROM 7-30-19 ***NO SOUND*** VISITATION** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| **OTHER** | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| **DISK, VIDEO** | **Other (Article)** | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | **1** | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

| Description |
|---|
| JAIL SECURITY VIDEO FROM 7-30-19 ***WITH SOUND*** |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Article Code | Article Type | Article Brand | Model |
|---|---|---|---|
| DISK, VIDEO | Other (Article) | | |

| Serial Number | Owner Applied Number | Quantity | Quantity Type | Total Value ($) |
|---|---|---|---|---|
| | | 1 | | |

| HazMat Lot Number | HazMat Partial Lot Indicator | HazMat United Nations Number | HazMat Container |
|---|---|---|---|
| | | | |

| Description |
|---|
| CD COTAINING 82 SCREEN CAPTURES FROM JAIL SECURITY FOOTAGE |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Property: EVIDENCE**

| Biological Type | Quantity | Quantity Type |
|---|---|---|
| | | |

| Description |
|---|
| 5634-1 FDLE LAB BABY 1.9, DNA EXTRACTS FROM ITEM #4 FROM FDLE JAX ON 5DEC19 |

| Owner Type | Property Owner | Property Released To Person | Property Released By Officer |
|---|---|---|---|
| OTHER | | | |

**Narrative: INITIAL**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 8/1/2019 11:58:59 AM | REPORT IN REFERENCE TO A SEX BATTERY |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| MCLAIN, NATHAN G | CORPORAL | | DETENTION BUREAU |

| Officer Signature | Officer Agency |
|---|---|
| | MARION COUNTY SHERIFF'S OFFICE |

ON WEDNESDAY, 07/31/2019, AT 13:30 HOURS I WAS ADVISED BY THE MARION COUNTY JAIL PREA (PRISON RAPE ELIMINATION ACT) COORDINATOR MEYER CARTER THAT AN INMATE IN THE INFIRMARY (WITHIN THE MARION COUNTY JAIL) HAD POSSIBLY BEEN BEATEN AND OR SEXUALLY BATTERED. DURING MY INVESTIGATION, I DISCOVERED THAT THE INCIDENT OCCURRED ON 07/30/2019, FROM 20:24 HOURS TILL 20:39 HOURS ON THE SAME DATE, IN

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

, SECTION AT THE MARION COUNTY JAIL.

I MET COORDINATOR CARTER AND MADE CONTACT WITH INMATE IN THE INFIRMARY. I OBSERVED THAT INMATE (IDENTIFIED AS THE VICTIM IN THIS CASE) LEFT EYE WAS BADLY BRUISED AND SWOLLEN ALMOST SHUT. I THEN BROUGHT VICTIM TO THE JAIL INVESTIGATION OFFICE, TRANSPORTING HIM IN A WHEELCHAIR DUE TO IT BEING HARD FOR HIM TO WALK AT THAT TIME, TO SPEAK WITH HIM AND DETERMINE WHAT HAD OCCURRED.

I CONDUCTED AN UNSWORN AUDIO RECORDED INTERVIEW WITH VICTIM . DURING THE INTERVIEW, HE STATED THAT “THEY” SNATCHED HIM OFF OF HIS BUNK AND DRUG HIM TO THE BACK, AND WERE TELLING HIM TO “SHIT IT OUT”. HE STATED THAT HE DID NOT KNOW WHAT THEY WERE TALKING ABOUT, BUT THAT “THEY” WERE ASKING ABOUT DRUGS. HE STATED THAT THEY WERE “ACTUALLY STICKING THEIR FINGERS IN, TRYING TO STICK THEM IN MY ASS AND EVERYTHING ELSE”. HE SATED THAT THEY ABOUT KILLED HIM AND WERE CHOKING HIM OUT. I ASKED HIM IF HE KNEW WHO THEY WERE, AND HE STATED THAT HE DID, BUT THAT THEY HAD A LOT OF PULL AND WOULD MAKE HIS LIFE A LIVING HELL IF HE SAID ANYTHING. I THEN PRESSED HIM AS TO THE UNKNOWN SUSPECTS IDENTITY’S, AND HE TOLD ME HE DID NOT WISH TO PUT HIMSELF IN DANGER, THAT HE WANTED TO GET ON TRUSTEE AND GET THROUGH IT ALL AS SMOOTHLY AS POSSIBLE. I THEN ASKED ABOUT HIS HAND, WHICH I OBSERVED TO BE SWOLLEN AND APPARENTLY UNABLE TO BE OPENED. HE STATED IT WAS FROM WHEN HE HIT THE GROUND, THAT HE WAS LAYING ON HIS BUNK AND WHEN THEY PULLED HIM OFF, HE HIT THE GROUND ON HIS SIDE AND INJURED HIS SHOULDER. HE STATED THEY ALSO KICKED HIM IN HIS RIBS AND KNOCKED HIS TEETH OUT (POINTING TO HIS MOUTH WHERE I OBSERVED THAT HE APPEARED TO BE MISSING SOME TEETH). I THEN ASKED HIM IF THEY TOLD HIM NOT TO TALK ABOUT THE INCIDENT, AND HE REPLIED YES. I THEN ASKED HOW MANY PEOPLE WERE INVOLVED, AND HE REPLIED THAT THEIR WAS “TWO” OF THEM. HE ALSO STATED ONCE THEY SNATCHED HIM OFF OF THE BED WHILE HE WAS ASLEEP, THEY CHOKED HIM ALMOST THE WHOLE TIME, CLARIFYING THAT ONE WAS CHOKING HIM AND ONE WAS PUNCHING HIM AND KICKING HIM.

AT THIS POINT, I ASKED THE VICTIM IF ANYONE HAD ACTUALLY MANAGED TO GET A FINGER INSIDE HIM. HE STATED “WELL YEAH, THEY WERE, THEY WERE, THEY WERE LOOKING, I MEAN YEAH.” I THEN ASKED IF BOTH OF THEM DID THIS OR JUST ONE AND HE STATED “THE ONE, THE ONE DUDE, THE ONE SPANISH DUDE,” CONTINUING ON TO STATE THAT THE OTHER WAS HOLDING HIM IN A CHOKE HOLD. THE VICTIM STATED THAT HE WAS BEGGING TO GET AWAY ASKING FOR HELP, AND NO ONE WOULD HELP HIM. THE VICTIM STATED THIS OCCURRED BEFORE THE EVENING MEAL (THE DAY PRIOR 07/30/19), AND HE TOOK A SHOWER BEFORE THE MEAL, AND LOOKED DOWN TO GET BY WITHOUT THE OFFICER

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

REALLY SEEING HIM. THE VICTIM STATED THAT THE OFFICER AT HEAD COUNT DID NOTICE, BUT HE (THE VICTIM) JUST KEPT HIS HEAD DOWN. THE VICTIM CLARIFIED HE DID NOT KNOW IF THE ISSUE WAS GANG RELATED, BUT THAT THE TWO WERE "BIG" AND ALWAYS MAKING MOVES. UPON BEING ASKED HE STATED THAT THEY BOTH WERE TELLING HIM NOT TO REPORT IT, AND THAT THEY WOULD MAKE HIS LIFE A LIVING HELL. AFTER THIS, THE INTERVIEW CONTINUED ON FOR SEVERAL MINUETS AS I BEGAN REVIEWING JAIL SECURITY FOOTAGE, EVENTUALLY BEING ENDED WHILE WAITING FOR MAJOR CRIMES DETECTIVES TO RESPOND. THIS IS A SYNOPSIS OF THE INTERVIEW, WHICH WILL BE UPLOADED TO EVIDENCE.COM.

AS I REVIEWED THE SECTION VIDEO, I OBSERVED THAT THE INCIDENT DID NOT OCCUR PRIOR TO THE DINNER TRAYS BEING ISSUED TO THE SECTION AS DESCRIBED. I THEREFORE CONTINUED ON PAST DINNER TIME, AND EVENTUALLY LOCATED THE DESCRIBED INCIDENT STARTING AT 20:24:03 HOURS ON 07/30/19, AND ENDING AT 20:39:42 HOURS ON THE SAME DATE. I OBSERVED THAT THE INCIDENT STARTED WHEN A WHITE MALE (CLEAN SHAVEN, WEARING A WHITE RAG WRAPPED ON HIS HEAD, NO SHIRT, AND ORANGE AND WHITE PANTS) AND A HISPANIC MALE (FULL DARK BEARD AND HULL HEAD OF DARK HAIR, A WHITE SHORT SLEEVE SHIRT, ORANGE AND WHITE PANTS) APPROACHED THE VICTIMS ASSIGNED BED, . I OBSERVED THE WHITE MALE SUSPECT GRABBED THE VICTIM WHILE HE LAY ON THE TOP BUNK AND YANKED HIM OFF, DROPPING HIM TO THE CONCRETE FLOOR. I OBSERVED THAT BOTH DESCRIBED SUSPECTS THEN DRUG THE VICTIM TO THE REAR OF THE SECTION, BEHIND THE BACK ROW OF BUNKS, WHERE THE CAMERAS LINE OF SIGHT IS BLOCKED. OVER THE NEXT 14 MINUETS, VARIOUS UNCLEAR MOVEMENTS COULD BE SEEN OCCURRING, AND OTHER INMATES HUNG UP A SHEET AND A BLANKED, FURTHER BLOCKING THE VIEW FROM THE CAMERAS AND THE ROVERS AREA. EVENTUALLY THE WHITE MALE SUSPECT IS SEEN TO WALK THE VICTIM TO THE SHOWER AREA AT 20:49 HOURS, WHERE HE STAYS WITH THE VICTIM AS THE VICTIM APPEARS TO START SHOWERING OFF. AT 20:14 HOURS THE WHITE MALE SUSPECT WALKS AWAY. THIS AND ANY OTHER RELATED SECURITY FOOTAGE WILL BE UPLOADED TO EVIDENCE.COM AT A LATER TIME.

DURING THIS TIME JAIL PERSONAL CONTACTED MAJOR CRIMES, AND DETECTIVE FRANK SCALA, ID 781, RESPONDED AND ASSUMED CONTROL OF THE INVESTIGATION. I BRIEFED HIM ON WHAT I HAD LEARNED THUS FAR, TO INCLUDE POSSIBLE SUSPECT NAMES, INMATE CECIL WRYALS AND INMATE MISSAEL GONZALEZ -TERRAZAS. I CONTINUED TO ASSIST WITH THE INVESTIGATION AT DETECTIVE SCALA'S DIRECTION.

POD, SECTION WERE ALSO CLEARED OF ALL INMATES DURING THIS TIME, AND WAS LOCKED PENDING THE ARRIVAL OF MAJOR CRIMES, TO PRESERVE ANY

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

REMAINING EVIDENCE. MY FURTHER INVOLVEMENT IN THIS INVESTIGATION WILL BE THE SUBJECT OF A SEPARATE FOLLOW UP.

CASE PENDING ACTIVE

TIME: 0914-1127//PK//2651
TIME: 1251-1535//PK//2651
TIME: 0827//HB//6208 (NARR)

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 8/1/2019 2:47:09 PM | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| MILLER, JOSEPH PAUL | DEPUTY II | | COMMUNITY POLICING |

| Officer Signature | Officer Agency |
|---|---|
| [signature] | MARION COUNTY SHERIFF'S OFFICE |

****FOLLOW UP****

ON JULY 31, 2019, WHILE ASSIGNED TO THE MAJOR CRIMES UNIT, I WAS NOTIFIED BY SERGEANT MIKE MONGELUZZO, ID 691, TO ASSIST DETECTIVE FRANK SCALA, ID 781, AND DETECTIVE IAN SIMPSON, ID 2524, WITH A POSSIBLE SEX CASE THAT HAD OCCURRED INSIDE THE MARION COUNTY JAIL.

I RESPONDED TO THE MARION COUNTY JAIL WITH DETECTIVE SCALA AND DETECTIVE SIMPSON, WHERE WE MADE CONTACT WITH DETECTIVE NATHAN MCLAIN, WHO IS THE JAIL INVESTIGATOR. DETECTIVE MCLAIN ADVISED VICTIM HAD BEEN SLEEPING ON THE TOP BUNK OF HIS BED WHEN HE WAS DRAGGED OFF BY TWO INDIVIDUALS. THE VICTIM WAS DRAGGED TOWARDS THE BACK OF THE ROOM THEY WERE IN AND PHYSICALLY BATTERED BY THE INDIVIDUALS. ONE OF THE INDIVIDUALS INSERTED HIS HAND INTO THE VICTIM'S BUTTOCKS/RECTUM AREA IN AN ATTEMPT TO RETRIEVE DRUGS THAT THEY BELIEVED TO BE INSIDE. DETECTIVE MCLAIN EXPLAINED THERE WAS SURVEILLANCE VIDEO FROM THE JAIL WHICH CAPTURED THE INCIDENT AS WELL. THERE WERE NUMEROUS UNKNOWN INDIVIDUALS WHO ASSISTED BY PLACING BLANKETS ACROSS THE BUNK BEDS TO CONCEAL THE ALTERCATION TAKING PLACE.

THIS INCIDENT HAD TAKEN PLACE THE NIGHT BEFORE, JULY 30, 2019 AT APPROXIMATELY 2024 HOURS. WE WERE ADVISED THAT SINCE THE INCIDENT TOOK PLACE, TRASH HAD BEEN TAKEN OUT OF THE POD NUMEROUS TIMES AND EVIDENCE COULD HAVE POTENTIALLY

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

BEEN DISPOSED OF BY THE INMATES INSIDE.

I WAS THEN DIRECTED TO POD, SECTION, WHERE THE INCIDENT TOOK PLACE. THE SECTION HAD BEEN CLEARED OUT OF ALL INMATES AND WAS LOCKED DOWN AS A CRIME SCENE. I WAS ALSO INFORMED THAT SOME OF THE CLOTHING AND SHEETS THAT COULD POSSIBLY CONTAIN EVIDENCE RELEVANT TO THIS CASE POSSIBLY HAD BEEN DISPOSED OF BY INMATES ALREADY. LIEUTENANT B. NIX SHOWED ME WHERE THE TRASH IS TAKEN TO AND I CONFIRMED THAT ALL THE TRASH PREVIOUSLY REMOVED FROM THE POD/SECTION HAD ALREADY BEEN COMPACTED NUMEROUS TIMES (10 TO 15 TIMES OVER) IN THE LARGE DUMPSTER AT THE MARION COUNTY JAIL.

FORENSIC CRIME SCENE TECHNICIAN KATHERINE MILLER, ID 5894, ARRIVED TO PROCESS THE SCENE. I CONDUCTED A SEARCH OF THE INCIDENT LOCATION AND CHECKED ALL THE BUNK BEDS, PERSONAL BELONGINGS, AND COMMON AREAS FOR ANY POSSIBLE EVIDENCE. DETECTIVE SCALA AND DETECTIVE SIMPSON ASSISTED ME INITIALLY WITH SEARCHING THE BUNK BEDS IN THE SECTION.

THE SUSPECTED BUNK BED WHERE THE VICTIM WAS ORIGINALLY SLEEPING AND TAKEN OFF OF WAS LABELED AS " " ON THE BOTTOM BED. THE TOP BED, WHERE THE VICTIM HAD BEEN SLEEPING, NUMBER WAS PARTIALLY REMOVED AND " ..." WAS VISIBLE.

THE SUSPECTED BUNK BED WHERE THE VICTIM WAS TAKEN TO AND BATTERED WAS LOCATED ON THE BACK WALL NEAR THE CENTER OF THE ROOM. IT WAS LABELED AS " " ON THE BOTTOM SECTION. THERE WAS NO NUMBER ON THE TOP BUNK SECTION. IT WAS NEXT TO A METAL SUPPORT PILLAR. BLOOD WAS LOCATED ON THE FLOOR AT THE HEAD OF THE BED, WHICH WAS CLOSEST TO THE WALL. THERE WAS ALSO A WHITE BASKET AT THE HEAD OF THIS BED ON THE FLOOR WHICH HAD A PAPER NOTE ATTACHED IT. ON THE NOTE WAS SUSPECTED HUMAN BLOOD. THE CONTENT OF THE PAPER NOTE WAS IRRELEVANT TO THE CASE. ON THE METAL PLATFORM OF THE BOTTOM BUNK AREA WERE NUMEROUS SPOTS OF SUSPECTED HUMAN BLOOD. ON THIS SAME METAL PLATFORM WAS A SUSPECTED PALM PRINT WHICH WAS IMPRINTED IN SUSPECTED HUMAN BLOOD.

ON THE TOP BUNK OF THIS SAME BED WAS ANOTHER WHITE BASKET WEDGED BETWEEN THE WALL AND THE HEADBOARD. INSIDE WAS A SET OF ORANGE AND WHITE INMATE CLOTHES. THE PANTS HAD NUMEROUS STAINS OF SUSPECTED HUMAN BLOOD ON THEM.

I LOCATED A TRASH CAN NEAR THE ENTRANCE TO THE SECTION OF POD. IT WAS LOCATED IMMEDIATELY TO THE LEFT UPON ENTERING THROUGH THE DOOR INTO SECTION. INSIDE THIS TRASH CAN I OBSERVED AN ORANGE AND WHITE CLOTHING ARTICLE.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
| --- | --- | --- | --- | --- |
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
| --- | --- | --- | --- | --- |
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
| --- |
| **71 SEXUAL BATTERY** |

UPON EXAMINING IT CLOSER, IT WAS A SIZE MEDIUM PAIR OF STANDARD ISSUE INMATE PANTS. THE PANTS WERE COVERED IN RED STAINS WHICH WAS SUSPECTED HUMAN BLOOD.

UNDERNEATH THE PANTS INSIDE THE TRASH CAN, I LOCATED TWO WHITE BED SHEETS AND TWO SMALL WHITE HAND TOWELS. THEY WERE COVERED WITH REDDISH/BROWN COLORED STAINS. THE TOWELS WERE ALSO SATURATED IN WATER AND I COULD FAINTLY SMELL BLEACH ON THEM.

UPON THE CONCLUSION OF PROCESSING THE SCENE, THE SECTION OF POD WAS RELEASED TO THE DETENTION DEPUTIES WITHIN POD.

I THEN MADE TELEPHONE CONTACT WITH CRISIS INTERVENTION SPECIALIST CHRISTINE WELLS AND BRIEFED HER ON THE CASE. I ADVISED HER THAT THE VICTIM HAD BEEN TRANSPORTED TO ADVENT HEALTH HOSPITAL AND WAS CURRENTLY THERE BEING TREATED FOR INJURIES FROM THIS INCIDENT. THE VICTIM WAS ALSO WAITING ON THE SEXUAL ASSAULT NURSE TO ARRIVE THERE TO COMPLETE A SEXUAL ASSAULT KIT. I PROVIDED HER WITH THE APPROPRIATE INFORMATION SO SHE COULD MAKE CONTACT WITH THE VICTIM AND PROVIDE ASSISTANCE TO HIM. WELLS LATER CONTACTED ME BACK AND ADVISED ME THAT SHE ATTEMPTED TO MAKE CONTACT, BUT WAS UNSUCCESSFUL DUE TO THE VICTIM BEING OCCUPIED WITH DOCTORS AND UNABLE TO SPEAK.

I THEN RESPONDED TO POD OF THE JAIL, AND ASSISTED DETECTIVES SCALA, SIMPSON, AND MCLAIN WITH INTERVIEWING THE INMATES WHO WERE PRESENT IN THE SECTION DURING THIS INCIDENT. I CONDUCTED AUDIO RECORDED INTERVIEWS WITH THE INMATES.

I SPOKE WITH JIMMY HARVIN, WHO ADVISED HE WAS FAMILIAR WITH THIS INCIDENT, BUT HE DID NOT KNOW THE IDENTITIES OF ANYONE. HARVIN ADVISED HE HEARD SOMEONE YELLING FOR HELP AND THOUGHT INDIVIDUALS WERE PLAY-FIGHTING. HARVIN ADVISED HE WALKED OUTSIDE INTO THE RECREATION YARD AFTER 1 TO 2 MINUTES OF HEARING THE FIGHTING. HARVIN HAD NO FURTHER INFORMATION RELEVANT TO THE CASE.

CESAR DELEON ADVISED HE HEARD “SCREAMING” AND THOUGHT THERE WAS A FIGHT GOING ON. DELEON ADVISED HE WAS PLAYING CARDS IN THE FRONT OF THE SECTION AND WAS MINDING HIS OWN BUSINESS. DELEON ADVISED THE FIGHT STARTED AT APPROXIMATELY 2030 TO 2100 HOURS AND LASTED 10 TO 15 MINUTES. DELEON HAD NO FURTHER INFORMATION.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

I SPOKE WITH JERMAINE RILEY, WHO ADVISED HE OBSERVED A MALE SUBJECT (PRESUMABLY THE VICTIM) TO HAVE A SWOLLEN FACE ON THE NIGHT OF THE INCIDENT. RILEY ADVISED HE NOTICED IT AT ROLL CALL RIGHT BEFORE BED. RILEY HAD NO INFORMATION IN REGARDS TO THE ACTUAL INCIDENT AND ADVISED HE WAS IN AND OUT OF THE RECREATION YARD ALL EVENING.

ADVISED HE WITNESSED TWO INDIVIDUALS YANK SOMEONE OFF OF HIS BED. THEY BROUGHT HIM TO THE BACK AND AN ALTERCATION ENSUED. CLAIMED TO HAVE MORE INFORMATION, BUT WAS SCARED TO PROVIDE IT FOR FEAR OF RETALIATION FROM OTHER INMATES.

I THEN SPOKE WITH , WHO COULD NOT SPEAK FLUENT ENGLISH. DETENTION DEPUTY ORTIZ, ID 5167, WAS PRESENT TO HELP TRANSLATE. ADVISED HE WAS LYING IN HIS BUNK WHEN THIS INCIDENT OCCURRED. AT APPROXIMATELY 2000 HOURS, HE OBSERVED 2 INDIVIDUALS PULL THE VICTIM OFF OF THE BUNK BED AND BEGIN TO BATTER HIM. ADVISED THEY PULLED THE VICTIM'S PANTS DOWN AND HE REMEMBERED SEEING LOTS OF BLOOD. ADVISED HE SAW TWO MORE INDIVIDUALS COVERING THE OPENINGS WITH BED SHEETS IN AN ATTEMPT TO CONCEAL WHAT WAS HAPPENING. THOUGHT ONE OF THE NAMES OF THE INDIVIDUALS COVERING UP WITH THE BED SHEETS WAS STEVEN VILLAFANE. CLAIMED TO HAVE MORE INFORMATION AND ADVISED HE SAW EVERYTHING; HOWEVER, HE WAS SCARED TO PROVIDE FURTHER INFORMATION FOR FEAR OF RETALIATION FROM OTHER INMATES.

I ALSO SPOKE WITH MICHAEL LEWIS, MATTHEW ANDERSON, MICHAEL DELUCIAN, JOVAN FREDERICKS, CARLOS GIENCOCK, CHRISTOPHER BERGMAN, JAMES OLIVER, TRUMAN GORE, AND GARLAND STEWARD, WHO HAD NO INFORMATION RELEVANT TO THE CASE.

I ALSO ATTEMPTED TO SPEAK WITH JOSHUA BALLARD, BUT HE REFUSED TO EVEN SIT DOWN WITH ME OR PROVIDE ANY INFORMATION. THERE IS NO AUDIO RECORDING FROM THIS ENCOUNTER.

STATEMENTS CONTAINED IN THIS REPORT REGARDING INTERVIEWS OR RECORDINGS ARE ONLY SUMMARIES AND ARE NOT INTENDED TO BE USED AS A COMPREHENSIVE TRANSCRIPT.

THE AUDIO RECORDED INTERVIEWS WERE UPLOADED TO EVIDENCE.COM.

CASE REMAINS PENDING ACTIVE.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

M5834//JM
TIME: 1457//DEA 5510
TIME: 2024//JP//6292

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **8/1/2019 8:59:41 PM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **COX, TIFFANY** | | **6006** | **SUPPORT SERV** |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

EVIDENCE SUPPLEMENTAL REPORT
MCSO CASE: S19020557
8/1/19
Tiffany Cox #6006

REFERENCE:

This report is in reference to evidence received at Advent Health Emergency Department by T. Cox #6006 on Wednesday, July 31, 2019 at 2213 hours.

At 2148 hours on Wednesday, July 31, 2019, I was contacted by Detective F. Scala #781 who requested that I respond to the Advent Health Hospital to receive evidence in reference to a sexual assault.

SCENE:

SANE Nurse Daniela Cobb relinquished evidence she collected from to me.

EVIDENCE COLLECTED:

MCSO Item #
6006 -1 - FDLE Sexual Assault Kit for

REMARKS:

The above listed item was submitted into evidence at the MCSO Evidence Property Unit.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

Any additional analysis or processing will be the subject of a separate report.

Questions regarding this report should be addressed to forensiclab@marionso.com.

TC6006

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **8/2/2019 7:52:21 AM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **SCALA, FRANCESCO** | | | |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

**SUPPLEMENT**

ON JULY 31, 2019, I WAS CONTACTED BY SERGEANT M. MONGELUZZO WHO REQUESTED THAT I FOLLOW UP ON THIS CASE. DETECTIVES J. MILLER AND I. SIMPSON ALSO RESPONDED TO THE JAIL TO ASSIST ME ON THIS CASE.

UPON ARRIVAL AT THE JAIL, WE WERE BRIEFED BY DETECTIVE N. MCLAIN ON THE INCIDENT AND HE SHOWED US THE SURVEILLANCE VIDEO WHICH DEPICTED THE SUSPECTS PULLING THE VICTIM OFF HIS TOP BUNK AND BRINGING HIM TO THE BACKSIDE OF THE POD WHERE THE ASSAULT TOOK PLACE, WHICH WAS OUT OF CAMERA VIEW.

I THEN CONDUCTED AN AUDIO RECORDED INTERVIEW WITH THE VICTIM PRIOR TO HIM BEING TRANSPORTED TO THE HOSPITAL FOR MEDICAL ATTENTION. I OBSERVED THE VICTIM HAD A BLACK EYE AND ALSO HIS HAND WAS SWOLLEN AND HE BELIEVED HIS RIBS WERE POSSIBLY BROKEN, AND THEY KNOCKED HIS TEETH OUT. THE VICTIM SAID THAT ON MONDAY JULY 28, 2019, HE WAS BROUGHT INTO THE JAIL AND PLACED IN -POD, - SECTION. THE VICTIM SAID ON THE NIGHT OF THIS INCIDENT, HE WAS SLEEPING IN HIS TOP BUNK AND THE SUSPECTS PULLED HIM OFF THE BED AND DRAGGED HIM TO THE BACK OF THE POD. THE VICTIM SAID THE SUSPECTS THEN SAID, “SHIT IT OUT, SHIT IT OUT” AND HE DID NOT KNOW WHAT THEY WERE REFERRING TO. HE SAID THE SUSPECTS THEN BEGAN PUNCHING AND KICKING HIM. THE VICTIM SAID THE HISPANIC SUSPECT PUT HIS FINGERS INSIDE HIS RECTUM WHILE SUSPECT CECIL HAD HIM IN A “CHOKE HOLD”. THE VICTIM SAID ONE OF THE INMATES HANDED THE SUSPECT A LATEX GLOVE THAT THE SUSPECT PUT ON

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

HIS HAND. THE VICTIM DID NOT KNOW WHO HANDED THE SUSPECT THE GLOVES. THE SUSPECT BELIEVED THE ATTACK LASTED APPROXIMATELY 15 TO 20 MINUTES. HE ADVISED AFTER THE ATTACK, THE SUSPECTS TOLD HIM NOT TO SAY ANYTHING.

HE SAID THE ONE SUSPECT WAS “CECIL” AND THE OTHER WAS A HISPANIC SUSPECT THAT HE DID NOT KNOW HIS NAME. THE VICTIM BELIEVED THE SUSPECTS WERE LOOKING FOR DRUGS AND HE SAID THE SUSPECTS MAYBE HAD MISTAKEN HIM FOR SOMEONE ELSE. THE VICTIM SAID SUSPECT CECIL KNEW AN ACQUAINTANCE OF HIS WHO POSSIBLY TOLD CECIL THE VICTIM SELLS METH ON THE STREETS.

AFTER THE INTERVIEW, THE VICTIM WAS TRANSPORTED TO ADVENT HEALTH TO BE TREATED FOR HIS INJURIES AND THE SEXUAL ASSAULT NURSE RESPONDED TO THE HOSPITAL TO PERFORM A SEXUAL ASSAULT EXAM ON THE VICTIM. ALSO, CRISIS INTERVENTION SPECIALIST C. WELLS WAS NOTIFIED AND RESPONDED TO THE HOSPITAL.

DETECTIVE MCLAIN SAID A WITNESS HAD BEEN PULLED FROM THE POD WHO HAD REPORTED THE INCIDENT AND WAS IN THE BOOKING AREA. I RESPONDED TO BOOKING AND CONDUCTED A RECORDED INTERVIEW WITH . INMATE SAID THAT HE DID NOT WISH TO GIVE ME HIS NAME, BUT WROTE HIS NAME DOWN ON PAPER. INMATE SAID THAT EVERYBODY IN THE POD WAS ACTING SUSPICIOUS THE NIGHT OF THIS INCIDENT AND THEN HE WAS LATER AWAKENED BY THE NOISE IN THE POD. HE ASKED ANOTHER INMATE WHAT WAS GOING ON AND THE INMATE TOLD HIM TO MIND HIS OWN BUSINESS. INMATE SAID HE THEN ASKED SOME OTHER INMATES BY THE SHOWER WHAT WAS GOING ON AND THEY TOLD HIM THE SUSPECTS WERE ROBBING THE VICTIM OF SOME DRUGS THAT HE HAD IN HIS RECTUM. INMATE SAID HE HEARD THE VICTIM SCREAMING, “PLEASE STOP HIM, PLEASE STOP HIM, HELP ME, HELP ME”. INMATE BELIEVED THERE WERE A FEW INMATES WATCHING OUT FOR GUARDS, JOHN BREDA, AND OTHER INMATES HOLDING UP BLANKETS; ONE BEING STEVEN VILLAFANE. INMATE SAID ONE OF THE INMATES THAT WALKED OUT FROM BEHIND THE BLANKETS, WHERE THE ATTACK TOOK PLACE, WAS CECIL WRYALS AND HE WAS WALKING NEXT TO THE VICTIM TO THE SHOWER. HE NOTICED BLOOD ON SUSPECT WRYALS'S BOXERS AND THE VICTIM HAD BLOOD ALL OVER HIM. THE OTHER SUSPECT, WHO HE SAID IS A SHORT HISPANIC MALE WITH A LONG BEARD, CAME INTO THE SHOWER ALSO. HE SAID THE VICTIM WAS IN THE SHOWER CRYING FOR HELP. HE NOTICED BLOOD AND HUMAN FECES ON THE FLOOR WHERE THE INCIDENT TOOK PLACE. INMATE SAID HE SAW DRUGS IN THE POD THAT THE VICTIM HAD BROUGHT IN WITH HIM. HE WAS TOLD THE VICTIM BROUGHT IN AN “EIGHT BALL” OF “ICE”. HE SAID THE SCENE WAS CLEANED UP AND EVERYTHING WAS THROWN OUT WITH THE TRASH EARLY IN THE MORNING. HE SAID THE SUSPECTS WERE “BRAGGING” ABOUT BEATING UP THE VICTIM AND STICKING THEIR FINGERS UP THE VICTIM’S RECTUM.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

DETECTIVES SIMPSON, MILLER, AND I RESPONDED TO THE INCIDENT LOCATION WHICH WAS -POD, SECTION . WE CONDUCTED A PRELIMINARY SEARCH OF THE POD AND THEN DETECTIVE MILLER TOOK OVER THE SCENE WHILE DETECTIVE SIMPSON AND I BEGAN INTERVIEWING THE INMATES THAT WERE IN THE POD. I MADE CONTACT WITH EVIDENCE TECHNICIAN K. MILLER AND REQUESTED SHE RESPOND TO THE POD TO PHOTOGRAPH AND PROCESS THE SCENE (SEE DETECTIVE MILLER'S FOLLOW UP FOR DETAILS).

I CONDUCTED SWORN RECORDED INTERVIEWS WITH THE FOLLOWING INMATES, WHO ALLEGED THEY DID NOT WITNESS ANYTHING, ALTHOUGH SOME OF THEM HEARD COMMOTION:

LINN FRANKLIN
LUIS GONZALEZ
HARRY COVERT
TERRAL WALKER
KHALIF DAVIS
LUCIAN EVANS
JOSHUA KINES
DARREN BEATTY
JOHN BREDA (POSSIBLY INVOLVED)
MICHAEL GUELL
KELVIN ANDERSON
CHARLES MURILLO
PARAMVEER SINGH
TYSON DANIELS
MARK GONZALEZ
LUCAS DEAN
EDWARD ROSADO
ALEX HANSON
(SAW SUSPECT PAGAN-AYALA SHAVE HIS BEARD OFF WHILE WAITING ON US TO INTERVIEW)
(SAW SUSPECT PAGAN-AYALA SHAVE HIS BEARD OFF WHILE WAITING ON US TO INTERVIEW)
MICHAEL BIERER
ANDREAS PANTER
ANDRE HARRIS
(SAW STEVEN VILLAFANE HOLDING SHEET)

THE FOLLOWING INMATES WITNESSED THE INCIDENT.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

- INMATE SAID TWO INMATES PULLED THE VICTIM OFF HIS BED AND THEY "BEAT THE BRAKES OFF OF HIM". INMATE SAID THE INMATE THAT WAS INITIALLY PULLED OUT OF THE POD (MISSAEL GONZALEZ-TERRAZAS) WAS NOT THE INMATE THAT WAS INVOLVED IN THE ALTERCATION. HE SAID THE SUSPECTS THAT WERE INVOLVED ARE "PAGAN" AND THE OTHER WHITE MALE (CECIL WRYALS) THAT WE HAD PULLED OUT OF THE POD. INMATE SAID HE WITNESSED THE SUSPECTS PULL THE VICTIM OFF THE BED AND DRAG HIM TO THE BACK OF THE POD NEXT TO HIS BUNK, WHICH IS . HE SAID THE SUSPECTS DRAGGED HIM BETWEEN BUNKS AND AND ONE SUSPECT HAD THE VICTIM IN A CHOKE HOLD WHILE THEY WERE BATTERING HIM AND TELLING THE VICTIM TO "SHIT IT OUT". INMATE ALSO SAID WHEN THEY MOVED THE INMATES FROM -POD, SUSPECT PAGAN HAD SHAVED HIS BEARD.

- INMATE SAID HE SAW THE VICTIM BEING PULLED OFF HIS BUNK BY "CECIL" AND "JUAN" AND TOOK HIM TO THE BACK OF THE POD AND BATTERED HIM. INMATE SAID HE HEARD THE VICTIM YELLING FOR HELP AND ALSO SAW CECIL SODOMIZING THE VICTIM. HE SAID INMATE BREDA WAS WATCHING OUT AT THE WINDOW.

- INMATE SAID HE WITNESSED THE VICTIM BEING NAKED AND THE SUSPECTS TELLING HIM TO "SHIT IT OUT". INMATE SAID THAT CECIL AND A "LITTLE SPANISH GUY" THAT HAD A BEARD, BUT SHAVED IT OFF, WERE THE SUSPECTS INVOLVED AND HE COULD NOT SEE WHAT ELSE OCCURRED DUE TO THERE BEING SHEETS TIED UP TO BLOCK THE VIEW. INMATE SAID HE SAW A LOT OF BLOOD IN THE AREA OF WHERE THE INCIDENT TOOK PLACE AND THE VICTIM HAD GOTTEN UP AFTER THE INCIDENT AND WENT TO THE SHOWER.

- INMATE SAID HE WAS IN THE BUNK UNDER BUNK. HE SAID WHEN THE SUSPECTS PULLED THE VICTIM OFF THE BUNK, HE WAS HIT IN THE FOREHEAD. HE SAID THE SUSPECTS TOOK THE VICTIM TO THE BACK OF THE POD AND PUT UP SHEETS TO OBSTRUCT WHAT THEY WERE DOING. HE SAID THE SUSPECTS TOLD THE VICTIM TO "SHIT" AND THEY WERE BATTERING HIM. HE SAID THE "LITTLE PUERTO RICAN WITH THE 40 MM ON HIS FOREHEAD" TOLD HIM THAT HE BEAT THE VICTIM AND STUCK HIS FINGERS IN THE VICTIM'S RECTUM. HE SAID CECIL WAS INVOLVED IN THE ALTERCATION AND ALSO THE HISPANIC SUSPECT WHO HAD SHAVED HIS BEARD WHEN HE WAS MOVED TO THE POD. HE SAID PRIOR TO THE INCIDENT, THE SUSPECTS WERE NEXT TO HIS BUNK TALKING ABOUT GETTING DRUGS AND WERE SEARCHING FOR DRUGS. HE SAID THE INMATES THAT WERE HOLDING THE SHEETS UP GO BY THE NICKNAMES "WORM" (BIG BLACK MALE WITH DREADS) AND "VT" (45 AND BIRD TATTOO).

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

WHILE DETECTIVES SIMPSON AND MILLER WERE FINISHING UP WITNESS INTERVIEWS, I ATTEMPTED TO INTERVIEW THE SUSPECTS.

I ATTEMPTED TO INTERVIEW CECIL WRYALS, WHO IMMEDIATELY SAID HE HAD AN ATTORNEY PRIOR TO ENTERING THE INTERVIEW ROOM. HE WAS THEN RETURNED TO HIS POD.

I INTERVIEWED SUSPECT PAGAN-AYALA AND READ HIM HIS MIRANDA RIGHTS, WHICH HE WAIVED AND AGREED TO SPEAK TO ME. SUSPECT PAGAN ADMITTED TO TRADING FOOD TRAYS TO THE VICTIM FOR THE DRUGS. HE SAID THAT HE USED THE DRUGS ON MONDAY NIGHT AND ALLEGED THAT THE DRUGS HE TOOK MADE HIM NOT KNOW WHAT HE WAS DOING. SUSPECT PAGAN-AYALA SAID HE DID NOT RECALL WHAT HAD HAPPENED AND SAID THAT HE COULD NOT SAY FOR SURE WHETHER HE DID OR NOT BATTER THE VICTIM BECAUSE HE DID NOT KNOW FOR SURE. HE ALLEGED THAT HE WAS TOLD BY OTHER INMATES THE NEXT MORNING ABOUT WHAT HE HAD DONE. DETECTIVE SIMPSON ALSO INTERVIEWED SUSPECT PAGAN AND HE MAINTAINED THAT HE COULD NOT RECALL WHAT HAPPENED.

I PLACED THE RECORDED INTERVIEW INTO EVIDENCE AT CENTRAL.

CASE REMAINS PENDING ACTIVE.

TIME: 0759//DEA 5510
TIME: 0820//MM//6226

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **8/2/2019 6:47:01 PM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **SIMPSON, IAN L** | | | |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

***FOLLOW UP***

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
| --- | --- | --- | --- | --- |
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
| --- | --- | --- | --- | --- |
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
| --- |
| **71 SEXUAL BATTERY** |

ON 07/31/2019, WHILE WORKING AS A MAJOR CRIMES DETECTIVE, I WAS DIRECTED BY SERGEANT MONGELUZZO TO ASSIST DETECTIVE SCALA, ID 781, AND DETECTIVE MILLER, ID 5834, WITH A POSSIBLE SEXUAL BATTERY THAT OCCURRED IN THE JAIL BY INMATES.

DETECTIVE SCALA, MILLER, AND I ALL RESPONDED TO THE JAIL AND MET WITH JAIL DETECTIVE MCLAIN, WHO BRIEFED US ON THE CIRCUMSTANCES SURROUNDING HIS PRELIMINARY INVESTIGATION. I WAS ADVISED THAT AN INMATE HAD PULLED THE VICTIM OF HIS BUNK AND THEN TWO INMATES HAD BEATEN THE VICTIM AND POSSIBLY ONE OF THEM HAD PENETRATED THE VICTIM'S ANUS WITH HIS HAND.

I WAS ADVISED THAT THE INCIDENT OCCURRED IN POD, SECTION , AND I BRIEFLY WATCHED THE SURVEILLANCE VIDEO OF THE INCIDENT.

I WAS ADVISED THAT THERE WERE 81 INMATES IN THE POD WHEN THE INCIDENT OCCURRED. I WAS ADVISED THAT AS SOON AS THE INCIDENT WAS DISCOVERED, THE INMATES WERE REMOVED FROM THE POD AND WERE CURRENTLY BEING HOUSED IN THE RECREATION YARD. DUE TO THE TIME THAT THE POD WAS GOING TO BE HELD TO PROCESS THE SCENE, WE WERE ADVISED THE INMATES WERE GOING TO BE TRANSPORTED TO POD FOR TEMPORARY HOUSING.

DETECTIVE SCALA, MILLER, AND I ALSO RESPONDED TO THE INCIDENT LOCATION. THE SCENE WAS PROCESSED BY EVIDENCE TECHNICIANS; SEE DETECTIVE MILLER FOLLOW UP FOR DETAILS. I ASSISTED DETECTIVE MILLER AND DETECTIVE SCALA OF A SEARCH OF THE POD LOOKING FOR EVIDENCE.

I DID NOT LOCATE ANYTHING NOTABLE DURING MY SEARCH.

DETECTIVE SCALA AND I RESPONDED TO POD AND BEGAN INTERVIEWING POSSIBLE WITNESSES. I OBTAINED SWORN, AUDIO-TAPED STATEMENTS FROM THE LISTED INMATES TO WIT.

I SPOKE WITH WITNESS, DANIEL HERNANDEZ, WHO ADVISED THAT HE DID NOT SEE ANYTHING AND ONLY "HEARD THEY BEAT UP A DUDE."

I SPOKE WITH WITNESS, BARRY BOWLING, WHO STATED THAT HE HEARD A COMMOTION, LOOKED BACK, AND SAW SOMEONE HAD PUT UP A BLANKET.

I SPOKE WITH WITNESS , WHO WAS VERY UPSET AND SCARED. STATED THAT ON 7/29/19, HE WAS TO THE SUSPECT CECIL AND CECIL'S

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

BUNK MATE THAT HE ONLY DESCRIBED AS A HISPANIC MALE. STATED THAT ON THE 29TH, CECIL ASKED HIM TO WITH THE VICTIM, BECAUSE THE VICTIM HAD METH. STATED THAT HE SAW THE METH ON CECIL'S BUNK, BUT DID NOT GET INVOLVED AND WITH THE VICTIM FOR "TWO TRAYS."

ADVISED THAT THE VICTIM AGAIN SWITCHED BUNKS AND ON THE NIGHT OF THE INCIDENT, HE AND OTHER INMATES WERE MAKING A "BAKE" ON THE BUNK JUST BENEATH THE VICTIM, WHO HE KNOWS AS "GATOR." STATED THAT CECIL CAME UP AND PUT HIS FINGER UP TO HIS MOUTH, INDICATING FOR THEM TO BE QUIET. STATED THAT CECIL SNATCHED THE VICTIM OFF OF HIS TOP BUNK AND DRAGGED HIM TOWARDS THE BACK OF THE POD.

ADVISED A HEAVY-SET HISPANIC MALE STARTED PUTTING UP BLANKETS TO SHIELD WHAT WAS HAPPENING FROM ANYONE SEEING. ADVISED THAT A BLACK MALE WITH A "DO RAG" ON AND A BALD HISPANIC MALE BEGAN PERFORMING CROWD CONTROL. EXPLAINED THAT THE MEN BEGAN ORDERING PEOPLE TO STAY SEATED AND NOT LOOK BACK SO THEY WOULD CATCH THE GUARD'S ATTENTION. HE ADVISED THAT THESE MEN ALSO THREATENED PEOPLE THAT IF THEY DID NOT LISTEN, THEY WOULD BEAT THEIR ASSES TOO.

ADVISED THAT DURING THE ATTACK, HE SAW CECIL HAD THE VICTIM IN A HEADLOCK AND THE VICTIM WAS SCREAMING "HELP" REPEATEDLY. HE ADVISED AT ONE POINT, HE SCREAMED OUT, "YOU'RE SQUEEZING MY BALLS, YOU'RE GOING TO KILL ME."

ADVISED THAT AFTER THE ATTACK, CECIL WALKED THE VICTIM TO THE SHOWER AND SHOWERED WITH HIM. HE STATED THAT AFTER THE ATTACK, THE POD "SMELLED LIKE SHIT" AND HE HAD HEARD THE SUSPECTS HAD STUCK THEIR HANDS UP THE VICTIM ANUS LOOKING FOR DOPE. FURTHER ADVISED THAT OTHER INMATES HELPED CLEAN UP THE AREA BY WASHING CLOTHES AND SHEETS. HE ALSO ADVISED THAT THE SHEETS ON THE TWO BOTTOM BUNKS, NEXT TO WHERE THE ATTACK OCCURRED, HAD BEEN CHANGED.

ADVISED THAT THE HISPANIC MALE THAT WAS CECIL'S BUNK MATE AND ALSO THE ONE WHO ASSISTED IN BEATING THE VICTIM UP, WAS STILL IN GENERAL POPULATION AND HAS SHAVED HIS BEARD SINCE THEY HAD BEEN TRANSFERRED TO POD.

I THEN SPOKE WITH WITNESS, ROBERT TARVER, WHO ADVISED HE PARTIALLY SAW WHAT OCCURRED, BUT REFUSED TO GIVE A SWORN STATEMENT.

I THEN SPOKE WITH WITNESS, WHO ADVISED THAT HE WAS ON HIS TOP

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

BUNK AND SAW CECIL PULL THE VICTIM BACK DOWN AND COULD HEAR THE VICTIM SAY, "GOD, PLEASE CECIL STOP, HELP ME." FURTHER ADVISED HE SAW THE VICTIM BLOODIED UP.

I THEN MET WITH WITNESS, STEVEN VILLAFANE, WHO ADVISED THAT THE VICTIM CAME INTO THE POD WITH "ICE". HE ADVISED THAT THE VICTIM, CECIL, AND CECIL'S BUNKMATE (A SPANISH GUY) ALL GOT HIGH. STEVEN ADVISED THAT HE SAW CECIL GRAB THE VICTIM OFF THE BUNK AND HE SAW CECIL BEATING THE VICTIM. STEVEN ADVISED THAT THE HISPANIC MALE WAS INVOLVED, BUT WAS UNSURE HOW AND DID NOT SEE HIM DO ANYTHING. STEVEN SAID THE VICTIM AND TWO SUSPECTS ALL TOOK A SHOWER AND HE DID NOT SEE THEM FORCE THE VICTIM INTO THE SHOWER. STEVEN STATED THAT HE GAVE THE VICTIM A COUPLE OF NAPROXEN.

I THEN SPOKE WITH WITNESS, , WHO ADVISED THAT HE WAS PLAYING CHESS WHEN THE ATTACK STARTED. HE STATED THAT HE HEARD PEOPLE SAYING, "DON'T STAND UP, DON'T LOOK, MIND YOUR OWN BUSINESS" AND SOMEONE PUT UP A BLANKET. ADVISED THAT AT ONE POINT, HE BENT OVER AND LOOKED UNDER THE BUNKS AND SAW CECIL HITTING THE VICTIM.

ADVISED THAT HE LATER OVERHEARD "THE SPANISH DUDE", LATER IDENTIFIED AS SUSPECT JUAN PAGAN-AYALA, BRAGGING THAT HE PUT HIS HAND "UP THE VICTIM'S ASS", WHILE CECIL HELD THE VICTIM DOWN. ALSO ADVISED THAT YOU COULD SMELL THE VICTIM'S FECES.

I THEN MET WITH WITNESS WHO SPOKE SOME ENGLISH. DURING MY INTERVIEW, I HAD DEPUTY ORTIZ, ID 5167, INTERPRET OUR CONVERSATION. STATED THAT HE SAW THE SUSPECTS WITH METH AND ADVISED THEY WERE USING DRUGS. HE ADVISED HE DID NOT SEE THE ATTACK, BUT SAW THE VICTIM WALKING TO THE SHOWER. HE ALSO STATED THAT HE SAW BOTH SUBJECTS WITH A LOT OF BLOOD ON THEIR UNIFORMS AFTER THE ATTACK. STATED THAT THE HISPANIC SUSPECT WAS ORDERING OTHER INMATES TO CLEAN UP THE BLOOD AND MESS. HE ADVISED SOME CLOTHES AND SHEETS WERE THROWN OUT AND SOME WERE WASHED BY OTHER INMATES BEING ORDERED TO DO IT.

I THEN SPOKE WITH WITNESS STATED THAT HE HEARD SOMEONE YELLING FOR HELP AND WALKED OVER AND SAW CECIL HAD A GUY IN A HEADLOCK AND WAS HITTING HIM IN THE HEAD. HE ADVISED THAT HE SAW SUSPECT JUAN WITH A GLOVE ON HIS HAND AND THEN PENETRATE THE VICTIM ANUS WITH HIS HAND. DESCRIBED THAT THE SUSPECT INSERTED ALL FOUR OF HIS FINGERS PAST

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

ALL OF HIS KNUCKLES. STATED THAT THE VICTIM WAS CRYING OUT FOR HELP. HE ADVISED TWO OTHER INMATES HUNG SHEETS AND BLANKETS AND WATCHED TO MAKE SURE NO OFFICERS CAME IN. HE ADVISED THAT THE SUSPECT THEN TOOK THE VICTIM TO THE SHOWER TO WASH UP.

I THEN MET WITH WITNESS RAUL MUNIS, WHO ADVISED THAT HE DID NOT SEE ANYTHING.

I THEN ASSISTED DETECTIVE SCALA IN A DIGITALLY-RECORDED, POST MIRANDA STATEMENT WITH SUSPECT JUAN PAGAN-AYALA. JUAN ADMITTED TO USING DRUGS, BUT STATED THAT HE DID NOT REMEMBER DOING ANYTHING TO THE VICTIM.

ALL STATEMENTS WERE UPLOADED TO EVIDENCE.COM.

STATEMENTS CONTAINED IN THIS REPORT REGARDING INTERVIEWS OR RECORDINGS ARE ONLY SUMMARIES AND ARE NOT INTENDED TO BE USED AS A COMPREHENSIVE TRANSCRIPT.

CASE REMAINS PENDING ACTIVE.

M2524//IS
TIME: 1329//DEA 5510
TIME: 1424//MW//6327

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **8/3/2019 8:41:24 PM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **MCLAIN, NATHAN G** | **CORPORAL** | | **DETENTION BUREAU** |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

FOLLOW UP:

ON WEDNESDAY 07/31/19, AFTER DETECTIVE SCALA ASSUMED THE INVESTIGATION, I PRINTED HEAD COUNTS OF THE SECTION FOR THE MAJOR CRIMES DETECTIVES, TO

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

INCLUDE PICTORIAL HEAD COUNTS. COPIES OF THESE HEAD COUNTS WERE LATER ENTERED INTO EVIDENCE.

I THEN RESPONDED TO POD AND ENTERED SECTION WITH DETECTIVE SIMPSON. I POINTED OUT WHERE THE INCIDENT STARTED AND THE APPROXIMATE PATH TO THE BACK OF THE SECTION. I THEN RESPONDED BACK TO POD WHERE THE INMATES FROM WERE TEMPORARILY HOUSED, AND ASSISTED WITH INTERVIEWS OF INMATES WHO WERE IN THE POD, I CONDUCTED A TOTAL OF 24 WITNESS INTERVIEWS DURING THIS TIME. ALL INTERVIEWS DOCUMENTED IN THIS SUPPLEMENT ARE SYNOPSIS'S OF THE FULL INTERVIEWS. ALL WERE CONDUCTED DURING THE EVENING HOURS OF WEDNESDAY, 07/31/19, WERE SWORN AND AUDIO RECORDED, AND WERE LATER UPLOADED TO EVIDENCE.COM. I ALSO HAD SUSPECT JUAN PAGAN-AYALA OUT OF POD WHERE HE WAS WITH THE OTHER INMATES IN THE SECTION, AT THE REQUEST OF DETECTIVE SCALA, WHO ADVISED THAT HE HAD IDENTIFIED HIM AS A POSSIBLE SUSPECT.

WITNESS TOMMY STAHL STATED THAT HE HEARD A DISTURBANCE BUT DID NOT SEE ANYTHING.

WITNESS ROBERT HAWKS STATED THAT HE HEARD A DISTURBANCE, INCLUDING SCREAMING FOR HELP AND MOANING.

WITNESS MATTHEW DESIMONE STATED THAT HE WOULD NOT SPEAK WITHOUT ATTORNEY JEREMY POWERS PRESENT.

WITNESS STATED THAT HE WAS ON THE PHONE AND HEARD A COMMOTION AND SAW THE VICTIM SNATCHED OFF OF HIS BUNK. HE STATED THAT IT LOOKED LIKE CECIL WRYALS (SUSPECT) AND JUAN (UNSURE OF HIS LAST NAME) PEREZ. HE STATED THAT HE COULD NOT SEE WHAT WAS GOING ON BEHIND THE BUNKS. HE STATED THAT EVERYBODY WAS YELLING "MIND YOUR BUSINESS" AND THAT THEY DID NOT WANT ANY ONE LOOKING. HE STATED THAT JUAN HAD A BEARD PRIOR TO BEING MOVED, BUT DID NOT HAVE IT ONCE HE WAS MOVED (TO POD WITH THE OTHER INMATES). WITNESS STATED THAT HE HAD HEARD THAT BREDA (INMATE JOHN BREDA) WAS WATCHING THE DOOR, AND HE OVERHEARD HIM/INMATE BREDA STATE THAT HIS HOMEBOY ASKED HIM TO WATCH THE DOOR, AND THAT WAS WHAT HE WAS DOING. WITNESS STATED THAT HE HEARD THAT THE VICTIM HAD DRUGS AND SOLD SOME OF THEM TO "THEM" THAT DAY, AND THAT THEY WENT AND GOT THE REST OF THEM.

WITNESS STATED THAT HE SAW EVERYTHING FROM ABOUT TEN FEET

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

AWAY. HE STATED THAT THEY WERE FIGHTING OVER SOME METH THAT HAD BEEN SMUGGLED INTO THE JAIL. HE SATED THAT THEY THOUGHT HE HAD IT HIDDEN IN HIS ASS. HE STATED THAT THY BEAT HIM HALF TO DEATH, STRIPPED HIM NAKED, AND SHOVED A GOOD PART OF "THEIR" FIST AND HAND UP HIS "ASS" AND "TORE HIM TO FUCKING SHREDS TRYING TO GET THE METH OUT OF HIS ASS". THE WITNESS STATED THAT THEY BEAT THE VICTIM THE WHOLE TIME AND HELD A SHANK TO HIS THROAT. HE STATED THAT A COUPLE OF GUYS HUNG A SHEET OVER IT AND TOLD EVERYONE NOT TO GO NEAR IT, OR THEY WOULD BEAT THEIR ASS. I ASKED IF HE COULD IDENTIFY THE PARTICIPANTS AND HE STATED CECIL WRYALS (SUSPECT) AND THE INMATE I HAD JUST PULLED OUT OF POD SUSPECT JUAN PAGAN-AYALA. HE ALSO STATED THAT SUSPECT JUAN PAGAN-AYALA HAD A BEARD WHILE IN POD BUT DID NOT HAVE A BEARD WHEN HE WAS BROUGHT INTO POD. THE WITNESS ALSO STATED THAT SUBJECT MISSAEL GONZALEZ-TERRAZAS HAD NOTHING TO DO WITH THE INCIDENT. THE WITNESS STATED THAT SUSPECT JUAN PAGAN-AYALA WAS THE PERSON HOLDING THE VICTIM DOWN AND BEATING HIM AND THAT SUSPECT CECIL WAS THE ONE WHO PUT HIS FIST IN THE VICTIM. HE ALSO STATED THAT JUAN PAGAN-AYALA HAD THE BLADE/SHANK TO THE VICTIMS THROAT. HE DESCRIBED THE BLADE/SHANK AS A FILED AND MELTED DOWN SCREW. HE ALSO STATED THAT LATER THAT NIGHT SUSPECTS CECIL WRYALS AND JUAN PAGAN-AYALA SEARCHED HIM, HOLDING HIM DOWN AND PULLING DOWN HIS PANTS TO CHECK BEHIND HIS BALLS AND LOOK AT HIS ASS TO SEE IF HE WAS HOLDING THE DRUGS. HE ADVISED THAT THIS WAS AROUND MIDNIGHT. HE STATED THAT SUSPECT WRYALS HELD HIS ANKLES AND SUSPECT PAGAN-AYALA SEARCHED HIM. HE REQUEST THAT CHARGES BE FILED ON HIS BEHALF.

WITNESS LEONARD EPPS STATED THAT HE DID NOT SEE WHAT OCCURRED AND DID NOT HEAR ANYTHING.

WITNESS JACOB CRAFT STATED THAT HE DID NOT SEE WHAT OCCURRED.

WITNESS CODY HALL STATED THAT HE DID NOT SEE WHAT OCCURRED, BUT HEARD WHAT OCCURRED AFTER THE FACT.

WITNESS DAVID WOOD STATED THAT HE DID NOT SEE WHAT OCCURRED, BUT HEARD WHAT OCCURRED AFTER THE FACT.

WITNESS CHRIS BRYANT STATED THAT HE SAW SOMEONE SNATCHED OFF OF THE BUNK, BUT NOT WHO DID IT.

WITNESS STEVEN CHRISTIAN STATED THAT HE DID NOT SEE WHAT OCCURRED, BUT HEARD WHAT OCCURRED AFTER THE FACT.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

WITNESS QUANDARIUS  EVANS STATED THAT HE HEARD A DISTURBANCE, BUT DID NOT SEE WHAT OCCURRED.

WITNESS WILLIE COHEN STATED THAT HE HEARD A DISTURBANCE, BUT DID NOT SEE WHAT OCCURRED.

WITNESS PAUL HARBERT STATED THAT HE HEARD A DISTURBANCE, BUT DID NOT SEE WHAT OCCURRED.

WITNESS JEREMY FLOWERS JR STATED THAT HE DID NOT SEE WHAT OCCURRED.

WITNESS MICHAEL HILL STATED THAT HE HEARD A DISTURBANCE, BUT DID NOT SEE WHAT OCCURRED.

WITNESS SHANE FINCH STATED THAT HE HEARD A DISTURBANCE, BUT DID NOT SEE WHAT OCCURRED.

WITNESS MICHAEL DURKIN STATED THAT HE HEARD A DISTURBANCE, BUT DID NOT SEE WHAT OCCURRED.

WITNESS MERQETIO STEVENSON STATED THAT HE DID NOT SEE WHAT OCCURRED AND DID NOT HEAR ANYTHING.

WITNESS JASON COPELAND STATED THAT HE HEARD A FEW FIGHTS; BUT DID NOT SEE WHAT OCCURRED.

WITNESS JOSEPH SOUTH STATED THAT HE WAS ASLEEP.

WITNESS TREVONTE LUKE STATED DID HE AND I DID NOT HAVE ANYTHING TO TALK ABOUT.

WITNESS CHRISTOPHER HOWARD STATED THAT HE WAS ON THE REC YARD.

WITNESS CLINTON KAHAL STATED THAT HE DID NOT SEE WHAT OCCURRED AND DID NOT HEAR ANYTHING.

ALL FURTHER INVOLVEMENT WILL BE THE SUBJECT OF A SEPARATE SUPPLEMENTAL REPORT.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

CASE STATUS REMAINS UNCHANGED.

TIME: 2041//AH//6293

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **8/5/2019 9:51:51 AM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **SCALA, FRANCESCO** | | | |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

ON AUGUST 2, 2019 I DRAFTED PROBABLE CAUSE AFFIDAVITS FOR BOTH SUSPECTS, JUAN PAGAN-AYALA AND CECIL EUGENE WRYALS, FOR 1 COUNT SEXUAL BATTERY AND 1 COUNT AGGRAVATED BATTERY FOR EACH OF THEM. I DELIVERED THE AFFIDAVITS TO THE MARION COUNTY JAIL CLASSIFICATIONS DIVISION.

THE CASE WILL BE CLOSED BY ARREST.

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **8/6/2019 8:28:01 PM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **MILLER, KATHERINE ME** | | **5894** | **SUPPORT SERV** |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

CRIME SCENE PROCESSING REPORT
MCSO19OFF020557

---

**REFERENCE:**

This report is in reference to crime scene processing and documentation that was performed at the Marion County Sheriff's Office Jail - pod, section, by Forensic DNA Technician Katherine Medina Miller #5894 on Wednesday, July 31, 2019 from 1546 hours through 1800 hours.

At approximately 1540 hours, I was contacted by MCPS Communications Center and requested to

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

respond to a sexual assault investigation.

Crime scene processing was requested by Detective F. Scala #781.

**SCENE:**

Upon my arrival, contact was made with Detective J. Miller #5834 who advised the victim was sleeping in his bed, when two inmates approached him. The two inmates took the victim and his bedsheets and dragged him into a dark area in the room. The two inmates assaulted the victim and one inmate put his hands into the victim's rectum.

A visual observation revealed that once you walked into this section, in front of you would be tables and benches. Beyond these, on the far side were the restrooms. To the right of you, would be rows of bunkbeds. Next to the entrance door, was a large trashcan. The bed that belonged to the victim was in the , second bunk bed (bed labeled ). The victim's bunk was the upper bunk. This bunk bed was empty except for having a plastic spoon on it. The bottom bunk, that was not used by the victim, was furnished with a mattress, papers, and other items.

In the same row, against the right wall, was a partial structural wall and bunk beds labeled and . Bunk (lower bunk) is where the victim was taken, assaulted and raped. On this bunk, there was a mattress, pillow, and blanket. On the floor, near this bunk was a towel and a laundry basket with a paper taped to it. Written on the paper was "Bierer, Michael 1121". On the top bunk ( ) was a mattress, pillow, sheets, and a laundry basket.

**SCENE PROCESSING AND RESULTS:**

Digital images were collected.

While searching the area near bunks and , several areas of suspected blood were located:

On the floor, under bunk

On the paper labeled "Bierer, Michael 1121"

On the metal frame of the lower bunk

Separate suspected blood swabs were collected from each of these areas.

On the metal frame of bunk , I observed a suspected palm print in suspected blood. Photographs using a scale of measurement were taken of this print. Black powder application was then used on the print and was lifted.

On the top bunk ( ), inside the laundry basket was an inmate uniform (pants and shirt). On the

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

pants of the uniform, were red/brown stains that were suspected to be blood. A suspected blood swab was collected from the stains on the pants. The pants were then collected.

While searching the trashcan near the section door, several items of interest were located inside:
Medium size inmate pants with red/brown stains
*stains on these pants were tested using the presumptive test, phenolphthalein. This test gave a chemical reaction that indicated the stains were blood.
(2) Wet towels, each with red/brown stains
(2) Wet blankets, each with red/brown stains
A suspected blood swab was collected from the medium size inmate pants.
The pants, (2) towels, and (2) blankets were separately collected.

**EVIDENCE COLLECTED:**

(5894-1 ONE LATENT FINGERPRINT LIFT CARD)
(5894-2 SUSPECTED BLOOD SWAB ON FLOOR UNDER BUNK )
(5894-3 SUSPECTED BLOOD SWAB ON METAL BOTTOM BUNK AT BED )
(5894-4 SUSPECTED BLOOD SWAB ON PAPER TAPED TO INMATE BASKET "BIERER,MICHAEL 1121")
(5894-5 SUSPECTED BLOOD SWAB MEDIUM INMATE PANTS AT BUNK ABOVE )
(5894-6 SUSPECTED BLOOD SWAB INMATE PANTS IN TRASH CAN)
(5894-7 MEDIUM SIZE INMATE PANTS WITH SUSPECTED BLOOD ON BUNK ABOVE BUNK 104B)
(5894-8 INMATE PANTS WITH SUSPECTED BLOOD IN TRASH NEXT TO DOOR)
(5894-9 BLANKET WITH SUSPECTED BLOOD BY DOOR IN TRASH CAN)
(5894-10 TOWEL WITH SUSPECTED BLOOD IN TRASH NEXT TO DOOR)
(5894-11 TOWEL WITH SUSPECTED BLOOD TRASHCAN NEXT TO DOOR)
(5894-12 BLANKET WITH SUSPECTED BLOOD TRASH CAN BY DOOR)
(5894-13 DIGITAL IMAGES OF SCENE)

**REMARKS:**

The above listed items were submitted into evidence at the MCSO Property Evidence Section.

Any additional processing or analysis will be the subject of a separate report.

Questions regarding this report shall be addressed to forensiclab@marionso.com.

KMM5894

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 8/8/2019 5:17:27 PM | SAEK |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| DECKER, CHRISTOPHER | | | SPECIAL INVEST |

| Officer Signature | Officer Agency |
|---|---|
| | MARION COUNTY SHERIFF'S OFFICE |

**DNA SCREENING UNIT REPORT**
**MCSO19OFF020557**
**Christopher Decker #5728, Forensic DNA Technician**

**REFERENCE:**

This report is in reference to the following item, which was transferred to the MCSO Forensic DNA Screening Lab by Christopher Decker #5728.

In-house processing was requested on the listed items by Detective F. Scala #781 and processed on August 6, 2019 by Christopher Decker #5728.

This report may contain conclusions, opinions, and/or interpretations made by the author.

**ITEMS:**

Item #

4 SAEK from
- 4.1 Buccal swabs
- 4.2 Penile/Scrotum swabs
- 4.3 Anal/Perianal swabs
- 4.4 Pubic hair combings
- 4.5 Nose swabs
- 4.6 Left eye swabs
- 4.7 Left rib swabs

**RESULTS:**

Semen was not identified on Items 4.1, 4.2, or 4.3.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

No hair was noted on Item 4.4.

No analysis was performed on Items 4.5, 4.6, or 4.7.

**REMARKS:**

Item 4 will be transferred to the Florida Department of Law Enforcement crime laboratory for further analysis.

It is requested that buccal cell (cheek) swabs from any subject(s) developed be submitted for DNA analysis.

Any additional analysis/processing will be the subject of a separate report.

All items of evidence have been returned to the MCSO Property Evidence Unit.

Questions regarding this report shall be addressed to forensiclab@marionso.com.

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **8/12/2019 1:47:31 PM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **MCLAIN, NATHAN G** | **CORPORAL** | | **DETENTION BUREAU** |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

**FOLLOW UP**

ON THE NIGHT OF WEDNESDAY (07/31/2019), AFTER THE WITNESS INTERVIEWS WERE COMPLETED AND AFTER EVIDENCE HAD CLEARED THE JAIL, I WAS REVIEWING THE ARCHIVED FOOTAGE OF THE INCIDENT AND DISCOVERED A POINT, AT WHICH SUSPECT DEFENDANT PAGAN-AYALA WALKED CLOSE TO THE VISITATION CAMERA, WHICH SHOWED HIS SHOES TO BE GRAY SNEAKERS WITH WHITE BOTTOMS. DUE TO THIS, I WATCHED THE PREVIOUSLY INTERVIEWED WITNESSES/SUBJECTS/SUSPECTS AS THEY WERE RETURNED TO THE SECTION AS A CHECK OF HIS PROPERTY SHOWED HE CAME TO JAIL WITH BLACK SHOES, AND IN MY EXPERIENCE, INMATES OFTEN BORROW OR TRADE FOR A PAIR OF SHOES WHEN THEY ARE ABOUT TO FIGHT. I OBSERVED THREE INMATES TO BE WEARING SHOES FITTING THIS DESCRIPTION.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

INMATE/SUSPECT JOHN BREDA WAS WEARING A PAIR OF GRAY TOP/WHITE BOTTOM NIKE' BRAND SHOES. I TOOK PHOTOS OF THE SHOES AND OF INMATE BREDA, AND COLLECTED THE SHOES AS I WAS AWARE PER DETECTIVE SCALA THAT INMATE BREDA WAS A POTENTIAL SUSPECT IN THE CASE. THE SHOES WERE PHOTOGRAPHED, SEALED IN AN EVIDENCE BAG, AND LOCKED IN THE EVIDENCE SAFE IN THE INVESTIGATIONS OFFICE UNTIL THEY COULD BE SUBMITTED TO EVIDENCE.

INMATE/WITNESS LUIS GONZALEZ WAS WEARING A PAIR OF GRAY TOP/WHITE BOTTOM ATHLETIC WORKS BRAND SHOES. DURING A STRIP SEARCH, THE INMATE WAS VERY UNCOOPERATIVE AND TWO RAZORS (REMOVED FROM JAIL ISSUED SAFETY RAZORS) AND A SMALL PIECE OF PLASTIC OF UNKNOWN ORIGIN, WERE LOCATED IN HIS MOUTH. I THEN INSPECTED THE SHOES AND OBSERVED A REDDISH SUBSTANCE ON THE SIDES OF THE SHOE'S OUTSOLE, WHICH WAS CONSISTENT WITH BLOOD. THESE SHOES WERE COLLECTED, PHOTOGRAPHED, SEALED IN AN EVIDENCE BAG, AND LOCKED IN THE EVIDENCE SAFE IN THE INVESTIGATIONS OFFICE UNTIL THEY COULD BE SUBMITTED TO EVIDENCE.

INMATE/WITNESS TRUMAN GORE WAS WEARING A PAIR OF GRAY TOP/WHITE BOTTOM NIKE' BRAND SHOES. AS I WAS UNAWARE OF ANY POTENTIAL CONNECTION TO THE INCIDENT AND THERE WAS NOTHING SUSPICIOUS ABOUT THE SHOES, I COLLECTED A PHOTO OF THEM AND THE INMATE, AND RETURNED THEM TO HIM.

BOTH COLLECTED PAIRS OF SHOES AND ALL PHOTOS TAKEN AT THAT TIME WERE LATER SUBMITTED TO EVIDENCE.

CASE REMAINS CLOSED BY ARREST

TIME; 1340-1352//JD//2366

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 8/12/2019 1:55:57 PM | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| MCLAIN, NATHAN G | CORPORAL | | DETENTION BUREAU |

| Officer Signature | Officer Agency |
|---|---|
| | MARION COUNTY SHERIFF'S OFFICE |

**FOLLOW UP**

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

FROM MONDAY (08/05/19) THROUGH THURSDAY (08/08/19), I REVIEWED THE ARCHIVED JAIL SECURITY FOOTAGE FROM AROUND THE LISTED DATE AND TIME OF THIS INCIDENT. THIS WAS DONE TO TRACK THE MOVEMENTS OF AND IDENTIFY ANY AND ALL PERSONS/INMATES, WHO ASSISTED IN CONCEALING THE ACTIONS OF DEFENDANTS .

THE FOLLOWING INDIVIDUALS WERE IDENTIFIED AS SUSPECTS BY MEANS OF THE ARCHIVED FOOTAGE; INMATES/SUSPECTS STEVEN VILLAFANE (HELPED HANG SHEETS/ACTED AS A LOOKOUT), CHARLES MURILLO (HELPED HANG SHEETS), JOHN BREDA (ACTED AS A LOOKOUT), AND CHRISTOPHER BERGMAN (ACTED AS A LOOKOUT). FURTHER VERIFICATION OF SUSPECTS VILLAFANE, MURILLO, AND BERGMAN'S IDENTITY'S MAY BE NECESSARY TO ESTABLISH PROBABLE CAUSE FOR THEIR ARREST.

THE FOLLOWING IS MY OBSERVATIONS OF THE VIDEO FOOTAGE. PERSONS LISTED IN THE FOOTAGE (WITH THE EXCEPTION OF JUAN PAGAN-AYALA AND CECIL WRYALS), WERE IDENTIFIED AFTER THE FACT USING THE FOOTAGE AND OR SCREEN-CAPTURES FROM THE FOOTAGE. ALL FOOTAGE AND SCREEN-CAPTURES DESCRIBED IN THIS FOLLOW UP HAVE AND OR WILL BE SUBMITTED TO EVIDENCE.

-08:18:08PM SUSPECT WRYALS IS STANDING AT A BUNK WHEN THREE INMATES APPROACH HIM AND APPEAR TO HOLD A CONVERSATION WITH HIM. OF THE THREE, THE FIRST WAS IDENTIFIED AS SUSPECT JOHN BREDA, THE SECOND WAS IDENTIFIED AS SUSPECT CHRISTOPHER BERGMAN AND THE OTHER HAS NOT YET BEEN IDENTIFIED AND WILL BE REFERRED TO AS SUBJECT 1.
-08:18:52 SUSPECTS BREDA, BERGMAN, AND SUBJECT 1 SEPARATE FROM SUSPECT WRYALS AND CONTINUE TO TALK WITH EACH OTHER.
-08:19:03 SUSPECT WRYALS REJOINS THE THREE SUSPECTS/SUBJECT AND TALKS WITH THEM AGAIN.
-08:19:06 SUSPECT WRYALS AND SUSPECT BREDA SEPARATE FROM SUSPECT BERGMAN AND SUBJECT 1, AND CONTINUE TALKING AS THEY WALK SLOWLY TOWARDS THE ROVERS AREA DOOR FROM THE FRONT ROW OF BUNKS.
-08:19:22 SUSPECT WRYALS SEPARATE FROM SUSPECT BREDA. SUSPECT WRYALS HEADS TOWARD FAR SIDE OF THE TABLES IN THE COMMON AREA, AS SUSPECT BREDA CONTINUES TOWARDS THE ROVERS AREA DOOR.
-08:19:36 SUSPECT WRYALS STOPS AT A TABLE AND SPEAKS WITH INMATE JOVAN FREDRICKS.
-08:19:51 SUSPECT BREDA REACHES THE ROVERS AREA DOOR AND BEGINS LOOKING THROUGH A WINDOW (DIRECTLY LEFT OF IT) INTO THE ROVERS AREA. SUSPECT BREDA REMAINS WITHIN A FEW FEET OF THIS LOCATION UNTIL AFTER THE VICTIM IS WALKED TO

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

THE SHOWERS AND IS CONSTANTLY WATCHING THE ROVERS AREA AND THE SECTION DURING THAT TIME.
-08:20:08 SUSPECT PAGAN-AYALA IS AT A REAR DOOR BY THE BATHROOMS, PUTTING ON A PAIR OF GRAY TOP/WHITE BOTTOM SHOES.
-08:21:05 SUSPECT MURILLO STEPS INTO THE SECTION FROM THE ROVERS AREA. SUBJECT 1 ARRIVES AT THE ROVERS AREA DOOR. SUBJECT 1 ONLY STAYS AT THE REVERS AREA DOOR UNTIL 08:23:29 AND DOES NOT APPEAR TO PLAY A SIGNIFICANT PART IN WHAT OCCURS AFTER THAT POINT.
-08:21:26 SUSPECT WRYALS MOVES AWAY FROM THE INMATE HE WAS TALKING TO, TOWARDS THE BACK OF THE SECTION. SUSPECT MURILLO MOVES AWAY FROM THE ROVERS AREA DOOR AND TOWARDS THE VISITATION AREA (DIRECTLY IN FRONT OF THE VISITATION CAMERA).
-08:21:48 SUSPECT PAGAN-AYALA ENTERS THE SECTION FROM THE REC YARD DOOR. HE WALKS TO AND THEN DOWN THE SECOND ROW OF BUNKS, DIRECTLY PAST THE VICTIMS BUNK.
-08:22:11 SUSPECT WRYALS STOPS AT THE REAR OF THE SECTION WHERE THE VICTIM IS EVENTUALLY DRUG TO, WHERE HE STANDS AND LOOKS TOWARDS THE VICTIM, WHO IS CURRENTLY LYING ON HIS BUNK.
-08:22:24 SUSPECT PAGAN-AYALA PAUSES BY THE VICTIM'S BUNK AND LOOKS AT SUSPECT WRYALS. SUSPECT WRYALS THEN WALKS AWAY FROM WHERE HE WAS STANDING, AS SUSPECT MURILLO WALKS BACK INTO THE BUNKS, AND SUSPECT PAGAN-AYALA WALKS AWAY FROM THE VICTIMS BUNK.
-08:22:41 SUSPECT MURILLO TAKES OF HIS SHIRT AND LEAVES IT ON A BUNK, AS SUSPECTS WRYALS AND PAGAN-AYALA MEET AND TALK.
-08:23:10 SUSPECT BERGMAN ARRIVES AT THE SECTION DOOR. HE REMAINS AT THE SECTION DOOR WITH SUSPECT BREDA UNTIL AFTER THE VICTIM IS WALKED TO THE SHOWERS.
-08:23:12 SUSPECTS WRYALS AND PAGAN-AYALA FINISH TALKING WHILE WALKING TOWARDS THE ROVERS AREA DOOR AND SEPARATE, WITH SUSPECT WRYALS CONTINUING TO THE ROVERS AREA DOOR, AS PAGAN-AYALA GOES OUT THE REC DOOR.
-08:23:20 SUSPECT WRYALS ARRIVES AT THE ROVERS AREA DOOR AND BEGINS TALKING WITH SUSPECTS BREDA AND BERGMAN.
-08:23:31 SUSPECT PAGAN-AYALA RE-ENTERS THE SECTION FROM THE REC YARD FOLLOWED CLOSELY BY SUSPECT VILLAFANE.
-08:23:33 SUSPECT PAGAN-AYALA GLANCES AT SUSPECT WRYALS AS WRYALS LOOKS AT HIM. BOTH BEGAN WALKING QUICKLY TO THE BACK OF THE SECTION.
-08:23:39 SUSPECT WRYALS TAKES OFF HIS WHITE TEE-SHIRT AS HE WALKS TO THE BACK OF THE SECTION.
-08:23:43 SUSPECT PAGAN-AYALA STOPS AND PUTS ON A WHITE TEE-SHIRT OVER HIS

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

WHITE TANK-TOP.
-08:23:57 SUSPECT WRYALS ARRIVES AT THE VICTIMS BUNK.
-08:24:02 SUSPECT PAGAN-AYALA ARRIVES AT THE VICTIMS BUNK.
-08:24:03 SUSPECT WRYALS GRABS THE VICTIM, PULLS HIM FROM THE TOP BUNK, AND (ASSISTED BY SUSPECT PAGAN-AYALA) DRAGS HIM TO THE BACK WALL.
-08:24:09 SUSPECT VILLAFANE IS SEEN AND HEARD TO YELL “HEY, HEY, HEY, MIND YOUR BUSINESS, MIND YOUR FUCKING BUSINESS, WHILE IN THE COMMON AREA AND LOOKING TOWARDS WHERE THE VICTIM IS BEING ATTACKED.
-08:24:12 SUSPECTS WRYALS, PAGAN-AYALA AND THE VICTIM ARRIVE AT THE BACK WALL. SUSPECT WRYALS APPEARS TO SHOVE THE VICTIM INTO THE NARROW SPACE BETWEEN THE BUNK AND THE WALL, AS SUSPECT PAGAN-AYALA BREAKS AWAY AND GOES AROUND TO THE OTHER SIDE OF THE BUNK.
-08:24:21 SUSPECT MURILLO (WHO HAS BEEN MOVING AIMLESSLY AROUND THE BACK OF THE SECTION) STOPS AT A BUNK A FEW FEET AWAY FROM WHERE THE VICTIM IS TRAPPED, AND WATCHES WHAT IS OCCURRING INTENTLY.
-08:24:57 SUSPECT VILLAFANE STOPS NEXT TO SUSPECT MURILLO AND WATCHES WHAT IS OCCURRING.
-08:25:00 THE VICTIM AND BOTH SUSPECTS APPEAR TO FALL TO OUT FROM BEHIND THE BUNK.
-08:25:05 SUSPECT MURILLO LOOKS AWAY AND THEN MOVES FURTHER AWAY.
-08:25:18 A VOICE CAN BE HEARD, POSSIBLY YELLING OUCH.
-08:25:22 A SHORT CRY OF PAIN IS HEARD, FOLLOWED BY AN UNCLEAR STATEMENT. SUSPECTS MURILLO AND VILLAFANE MEET AND TALK IN THE BUNKS.
-08:25:33 THE SAME VOICE STATES “HELP”.
-08:25:48 A SHORT GRUNT OR SCREAM OF PAIN IS HEARD.
-08:26:00 SUSPECT MURILLO AGAIN STOPS A FEW FEET AWAY FROM WHAT IS OCCURRING.
-08:26:26 MUFFLED CRIES OF PAIN ARE HEARD.
-08:26:47 SUSPECT WRYALS APPEARS TO STAND THE VICTIM UP AGAINST THE BACK WALL AS UNCLEAR PLEADING IS HEARD.
-08:27:02 THE VICTIM APPEARS TO FALL TO THE GROUND AGAIN.
-08:27:28 SUSPECT MURILLO RETRIEVES A JAIL ISSUED BLANKET OFF OF A BUNK A FEW FEET FROM THE VICTIMS LOCATION AND PROCEEDS TO HANG IT BETWEEN TWO BUNKS WHERE THE VICTIM AND SUSPECTS ARE, BLOCKING THE VIEW FROM THE ROVERS AREA AND CONCEALING THE ONGOING ATTACK.
-08:27:45 SUSPECT VILLAFANE RETRIEVES A WHITE SHEET AND HANGS IT BETWEEN BUNKS, FROM THERE THE BLANKET STOPS TO THE NEXT BUNK. FURTHER CONCEALING THE ONGOING ATTACK.
-08:27:50 THE VICTIM APPEARS TO ATTEMPT TO FIGHT BACK AND OR ESCAPE, MOVING FROM WHERE HE ENDED UP WHEN HE FELL, BACK TO THE OTHER SIDE OF THE BUNK, AND

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

THEN DISAPPEARING BEHIND THE SHEET WHICH WAS JUST HUNG BY SUSPECT VILLAFANE. UNCLEAR PLEADING CAN BE HEARD AS IT OCCURS.
-08:28:05 SUSPECT MURILLO AND SUSPECT VILLAFANE FINISH HANGING THE SHEET AND BLANKET AND THEN MOVE AWAY FROM THE IMMEDIATE AREA.
-08:29:20 SUSPECT MURILLO AGAIN APPROACHES THE INGOING INCIDENT AND ADJUSTS THE SHEET. HE THEN TAKES THE BLANKET DOWN AND REPLACES IT WITH A WHITE SHEET (WHICH MATCHES THE WALL BEHIND IT AND IS LESS NOTICEABLE).
-08:29:52 SUSPECT VILLAFANE WALKS UP TO THE SHEET HE HUNG AND LOOKS OVER IT AND WHAT IS OCCURRING BEHIND IT. HE THEN STANDS WITH SUSPECT MURILLO AS MURILLO CONTINUES ADJUSTING THE SHEETS.
-08:30:30 SUSPECT VILLAFANE WALKS AWAY AND HEADS TO THE FRONT OF THE SECTION, THEN TO THE REC YARD.
-08:32:37 CRIES OF PAIN CAN BE HEARD.
-08:32:56 TWO MORE CRIES OF PAIN CAN BE HEARD.
-08:34:02 SUSPECT WRYALS HEAD AND BACK CAN BE SEEN WHERE ONE OF THE SHEETS HAS FALLEN DOWN.
-08:34:09 SUSPECT WRYALS IS SEEN MOVING AROUND WHEN TWO MORE CRIES OF PAIN CAN BE HEARD.
-08:34:55 THE VIDEO WITH AUDIO " -POD -SECTION" GOES OFFLINE UNTIL 08:35:58. THE SECOND VIDEO CONTINUES TO RECORD DURING THIS TIME.
-08:38:08 SUSPECT WRYALS STANDS UP INTO VIEW OF THE CAMERA.
-08:39:13 SUSPECT PAGAN-AYALA STANDS UP IN THE SAME LOCATION AS WRYALS.
-08:39:40 THE VICTIM STANDS UP IN THE SAME LOCATION AS THE SUSPECTS.
-08:34:07 THE VICTIM BEGINS WALKING TO THE SHOWERS, FOLLOWED CLOSELY BY SUSPECT WRYALS. SUSPECT PAGAN-AYALA GOES DIRECTLY TO THE FAR WALL AND LEANS AGAINST IT.
-08:40:11 THE VICTIM AND SUSPECT WRYALS REACH THE SHOWERS AND SUSPECT WRYALS POINTS HIM INTO THE FIRST SHOWER.
08:40:05 SUSPECT PAGAN-AYALA LEAVES THE WALL AND CROSSES THE SECTION TO THE SHOWERS, WHERE HE APPEARS TO SPEAK TO THE VICTIM AND OR SUSPECT WRYALS BEFORE SITTING OR CROUCHING DOWN BEHIND A WALL.

SAVED AND UPLOADED SECURITY FOOTAGE OF THE SECTION GOES FROM 2000 HOURS (08:00:00PM ON THE TIME STAMP) UNTIL 22:30 HOURS.

THE SUSPECTS IDENTIFIED IN THIS SUPPLEMENTAL REPORT WERE IDENTIFIED AS FOLLOWS;
-SUSPECT BREDA WAS RECOGNIZED/ IDENTIFIED BY ME, DUE TO PAST CONTACT WITH HIM IN MY ASSIGNED JOB AS THE JAIL INVESTIGATOR, TO INCLUDE WHEN I STRIP SEARCHED

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

HIM, SEIZED HIS SHOES (WHICH MATCHED WHAT HE WAS SEEN WEARING IN THE ARCHIVED FOOTAGE), AND CAPTURED A PHOTO OF HIM HOLDING THE SEIZED SHOES.
-SUSPECTS VILLAFANE AND MURILLO WERE TENTATIVELY IDENTIFIED FROM SCREEN CAPTURES (SAVED IN EVIDENCE) BY . HE ADVISED THAT HE COULD NOT BE ABSOLUTELY SURE BUT BELIEVED THAT THEY WERE THE PERSONS IN THE SCREEN CAPTURES.
-SUSPECT BERGMAN WAS TENTATIVELY IDENTIFIED FROM A SCREEN CAPTURE (SAVED IN EVIDENCE) BY , WHO HE WAS ALMOST CERTAIN IT WAS BERGMAN.

CASE REMAINS CLOSED BY ARREST

TIME; 1353-1407//J/D/2366

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **8/14/2019 9:28:15 AM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **SCALA, FRANCESCO** | | | |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

ON AUGUST 13, 2019, I WAS CONTACTED BY INVESTIGATOR N. MCLAIN, WHO ADVISED HE HAD REVIEWED THE VIDEO SURVEILLANCE AT THE JAIL AND ABLE TO IDENTIFY FOUR POTENTIAL INMATES THAT WERE INVOLVED IN THE INCIDENT.

I RESPONDED TO THE JAIL AND MET WITH INVESTIGATOR MCLAIN, WHO ADVISED THE SUSPECTS THAT WERE HOLDING UP THE BLANKETS WERE INMATES CHARLES MURILLO AND STEVEN VILLAFANE. HE ALSO ADVISED THAT INMATE JOHN BREDA AND CHRISTOPHER BERGMAN WERE THE SUBJECTS STANDING BY THE DOOR (SEE INVESTIGATOR MCLAIN'S FOLLOW UP FOR DETAILS).

DURING JAIL INTERVIEWS, WE DETERMINED THAT JOHN BREDA WAS POSSIBLY STANDING BY THE POD DOOR AS A LOOKOUT AND WE ALSO WERE GIVEN THE NAMES OF STEVEN VILLAFANE AS BEING ONE OF THE SUBJECTS HOLDING UP THE BLANKET.

INVESTIGATOR MCLAIN WAS GOING TO HAVE PHOTO LINE-UPS DONE WITH THE SUBJECTS INVOLVED AND SHOW THEM TO WITNESS ERROL PERRY.

WHILE INVESTIGATOR MCLAIN WAS SPEAKING TO THE WITNESS, I INTERVIEWED THE

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

INMATES WE BELIEVED WERE INVOLVED. I READ ALL FOUR OF THE INMATES THEIR MIRANDA RIGHTS PRIOR TO THE INTERVIEW AND IT WAS AUDIO RECORDED.

I SPOKE TO JOHN BREDA, WHO INVOKED HIS RIGHTS AND THE INTERVIEW WAS TERMINATED.

I SPOKE TO CHARLES MURILLO, WHO ALSO INVOKED HIS RIGHTS AND THE INTERVIEW WAS TERMINATED.

I INTERVIEWED CHRISTOPHER BERGMAN, WHO ADVISED HE WENT OVER TO THE DOOR TO SPEAK TO INMATE BREDA. HE SAID THEY BOTH DO TATTOO WORK AND HE WAS TALKING TO HIM ABOUT A TATTOO HE HAD DONE ON ANOTHER INMATE. INMATE BERGMAN DENIED ANY KNOWLEDGE OF WHAT INMATE BREDA WAS DOING AT THE DOOR AND DENIED HAVING ANY INVOLVEMENT IN ASSISTING WITH THE VICTIM BE BATTERED.

I INTERVIEWED STEVEN VILLAFANE, WHO WITNESSED THE INCIDENT AND INITIALLY DID NOT SAY THAT HE HAD TIED A BLANKET UP TO OBSTRUCT THE VIEW OF THE ALTERCATION. WHEN I CONFRONTED HIM ABOUT THE VIDEO SURVEILLANCE, HE THEN ADMITTED TO HANGING UP THE SHEET AND ALLEGED THAT THEY NORMALLY HANG UP SHEETS WHEN A FIGHT BREAKS OUT TO KEEP THE INMATES INVOLVED FROM GETTING IN TROUBLE. INMATE VILLAFANE ALSO DENIED TELLING OTHER INMATES TO MIND THEIR BUSINESS AND DENIED ANY INVOLVEMENT IN ASSISTING THE INMATES THAT BATTERED THE VICTIM.

AFTER THE INTERVIEWS, IT WAS DECIDED THAT STEVEN VILLAFANE AND CHARLES MURILLO WOULD BE CHARGED WITH PRINCIPAL TO AGGRAVATED BATTERY WITH A $10,000 BOND.

I DID IN-CUSTODY CHARGES ON BOTH INMATES.

I PLACED THE FORMS AND INTERVIEWS INTO EVIDENCE AT CENTRAL.

CASE REMAINS CLOSED BY ARREST.

TIME: 1028//DEA 5510
TIME: 2206//AT//6209

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED<br>Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 8/21/2019 4:12:59 PM | LATENT ANALYSIS |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| NADER, T | FORSNC PRN | 5199 | SUPPORT SERV |

| Officer Signature | Officer Agency |
|---|---|
| | MARION COUNTY SHERIFF'S OFFICE |

LATENT UNIT RESULTS: THIS CASE IS ASSIGNED TO TIFFANY NADER # 5199

___X___ THE LATENTS LIFTED BY MILLER # 5894 ARE OF VALUE **ITEM # 006

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 8/23/2019 1:55:46 AM | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| MCLAIN, N | CORPORAL | 5212 | DETENTION BUREAU |

| Officer Signature | Officer Agency |
|---|---|
| | MARION COUNTY SHERIFF'S OFFICE |

** SUPPLEMENT **

ON WEDNESDAY, 08/14/19, I GENERATED TWO SEPARATE PHOTO LINEUPS, ONE CONTAINING SUSPECT MURILLO IN POSITION #2, AND ONE CONTAINING SUSPECT VILLAFANE IN POSITION #5.

ON THE SAME DAY, REPORTEE/WITNESS WAS BROUGHT TO THE JAIL INVESTIGATION OFFICE TO HAVE PHOTO LINEUPS ADMINISTERED IN A VIDEO RECORDED INTERVIEW. I BROUGHT HIM INTO THE INTERVIEW ROOM AND ASKED HIM IF HE STILL RECALLED THIS INCIDENT, AND HE ADVISED THAT HE DID. I ASKED IF HE RECALLED BLANKETS/SHEETS BEING HUNG TO BLOCK THE VIEW OF OFFICERS AND HE ADVISED THAT HE DID. I THEN ASKED WHAT THEIR NAMES WERE (AS HE KNEW THEM), AND HE ADVISED “CHARLIE MURILLO” AND STEVEN VILLAFANE”. I ADVISED HIM THAT PHOTO LINEUPS WOULD BE SHOWN HIM IN AN ATTEMPT TO IDENTIFY THOSE PERSONS, AND THAN LEFT THE ROOM TO ALLOW DETENTION DEPUTY WILLIAM ARIAS #5941 TO ADMINISTER THE PHOTO LINEUPS.

I THEN PROVIDED DETENTION DEPUTY ARIAS WITH THE PHOTO LINEUP CONTAINING

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 8/1/2019 9:16:43 AM | MCSO19OFF020557 (13) | MCSO19OFF020557 / 1907310443 | CORPORAL / | MCLAIN, NATHAN G |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| FL0420000 | 7/30/2019 8:24:00 PM | 07/30/2019 20:24:00 - 07/30/2019 20:39:00 | | Status: CLOSED Clearance: ARREST |

| Offense Description |
|---|
| 71 SEXUAL BATTERY |

SUSPECT MURILLO, WHICH CONSISTED OF 6 TOTAL PHOTOS AND AN ADMONITION SHEET. I WATCHED DETENTION DEPUTY ARIES READ THE ADMONITION TO WITNESS . I OBSERVED THAT WITNESS REVIEWED THE PHOTOS AND STATED THAT HE RECOGNIZED SEVERAL PERSONS FROM THE LINEUP, AND THEN SELECTED PHOTO 2 STATING THAT IT WAS DEFINITELY SUSPECT MURILLO. HE ADVISED THAT THE OTHER PERSON/S HE RECOGNIZED WERE NOT RELATED TO THIS INCIDENT. WITNESS INITIALED PHOTO 2 AND SIGNED THE ADMONITION FORM.

I THEN PROVIDED DETENTION DEPUTY ARIES WITH THE PHOTO LINEUP CONTAINING SUSPECT VILLAFANE, WHICH CONSISTED OF 6 TOTAL PHOTOS AND AN ADMONITION SHEET. I OBSERVED THAT WITNESS REVIEWED THE PHOTOS AND STATED THAT HE RECOGNIZED SEVERAL PERSONS FROM THE LINEUP, AND THEN SELECTED PHOTO 5 STATING THAT IT WAS DEFINITELY SUSPECT VILLAFANE. ONCE AGAIN HE ADVISED THAT THE OTHER PERSON/S HE RECOGNIZED WERE NOT RELATED TO THIS INCIDENT. WITNESS INITIALED PHOTO 5 AND SIGNED THE ADMONITION FORM.

I THEN SPOKE WITH WITNESS BRIEFLY BEFORE RETURNING HIM TO HIS POD. THE VIDEO OF LINEUPS BEING ADMINISTERED WAS UPLOADED TO EVIDENCE. THE LINEUPS, LINEUP KEYS, AND ADMONITION FORMS WERE SUBMITTED TO EVIDENCE AT CENTRAL. HARD COPIES OF THE SECURITY FOOTAGE WERE ALSO SUBMITTED TO EVIDENCE AT CENTRAL.

CASE REMAINS CLOSED BY ARREST.

TIME: 0157//AT//6209

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 10/9/2019 3:19:24 AM | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| MCLAIN, N | CORPORAL | 5212 | DETENTION BUREAU |

| Officer Signature | Officer Agency |
|---|---|
| | MARION COUNTY SHERIFF'S OFFICE |

SUPPLEMENT:

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

ON WEDNESDAY, 08/28/19, I REVIEWED A FOLLOW UP TO THE ORIGINAL JAIL INCIDENT REPORT, BY PRE COORDINATOR MEYER CARTER IN REFERENCE TO AN INCIDENT WHICH OCCURRED ON TUESDAY, 08/27/2019, AT 13:20 HOURS, IN THE MARION COUNTY JAIL CLINIC.

THE TYPED REPORT STATED THAT ON MORNING OF THE 28TH CARTER RECEIVED A MESSAGE ON THE TIP LINE FROM VICTIM . CARTER THEN SPOKE WITH THE VICTIM IN PERSON. THE VICTIM STATED THAT ON THE 27TH HE WAS PLACED IN THE SAME HOLDING CELL, IN THE JAIL CLINIC, WITH DEFENDANT WRYALS. THE VICTIM STATED THAT IT WAS ONLY FOR A FEW MINUETS AND DEFENDANT WRYALS DID NOT SAY MUCH TO HIM, OTHER THAT TELLING HIM THAT HE KNEW THE VICTIM WAS NOT THE ONE WHO SNITCHED ON HIM. THE REPORT ADVISED THAT CARTER LOCATED VIDEO IN THE CLINIC WHICH SHOWED DEFENDANT WRYALS BEING PLACED IN THE HOLDING CELL WITH THE VICTIM AND OTHER INMATE ON THE 27TH AT 13:20 HOURS, WHERE THEY REMAINED TOGETHER UNTIL VICTIM EXITED THE CELL AT 14:11 HOURS.

I THEN CONTACTED DETECTIVE SCALA AND ASSISTANT STATE ATTORNEY LORI COTTON OF THIS INCIDENT. THE CHAIN OF COMMAND AT THE JAIL WAS ALSO MADE AWARE. ASA COTTON ALSO REQUESTED THAT I DETERMINE WHAT OTHER INMATES WERE IN THE CELL, AND ATTEMPT TO INTERVIEW THEM.

AT MY REQUEST OCC MEDICAL STAFF LOCATED NAMES OF INMATES THAT WERE LIKELY IN THE CLINIC AROUND THE SAME TIME THE AND WRYALS. THE INMATE NAMES PROVIDED WERE AS FOLLOWS; , JERRY CASH, RAYMOND CHIGLINSKI, JOSE ENRIQUEZ, GARY FINK, LARRY JACKSON, DARNELL HEADINGS, RICHARD LUNSBY, DANIEL NOVAC, EVAN MARIANO, SHANE MESTER, SEBASTIAN PITTMAN, DOUGLAS SAFFORD, NICHOLAS SMITH, MARK SMITH, SHANE STYER, EMANUEL TUGGERSON, JESUS GONZALEZ-VILLANUEVA, STANLEY WALKER. I WAS UNABLE TO VERIFY THE NAMES IN THE JAIL MANAGEMENT SYSTEM AS TO WHETHER THEY WERE IN THE CLINIC AT THE TIME, AS INMATES ARE ONLY THERE FOR A SHORT TIME AND ARE NOT NORMALLY CHECKED OUT IN THE JMS SYSTEM.

ALL OF THE FOLLOWING ARE SYNOPSIS'S OF THE INTERVIEWS I CONDUCTED. ALL OF THE INMATE WHO WOULD/WERE ABLE TO SIT FOR AN INTERVIEW WERE RECORDED AND SUBMITTED TO EVIDENCE.COM.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE LARRY JACKSON. I SHOWED HIM A PHOTO OF THE VICTIM'S FACE AND HE ADVISED HE RECALLED THE VICTIM BEING IN THE CELL. HE ADVISED THAT HE HEARD HIM TALKING TO THE OFFICER ABOUT BEING IN THE CELL WITH THE DEFENDANT IN HIS CASE. HE ADVISED HE HEARD NOTHING ELSE AS HE WAS OUTSIDE

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

THE HOLDING CELL.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE SEBASTIAN PITTMAN. HE ADVISED THAT HE WAS IN THE CLINIC IN THE MORNING, AND DID HOT RECOGNIZE THE PHOTO OF THE VICTIM'S FACE.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE GARY FRINK. HE ADVISED THAT HE HAS MEDICAL ISSUES AND DOES NOT RECALL ANYTHING ABOUT BEING IN THE CLINIC.

ON TUESDAY, 09/17/19, I ATTEMPTED TO SPEAK WITH INMATE MARK SMITH, HOWEVER HE HAS MEDICAL ISSUES AND WAS UN-COMMUNICATIVE.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE SHANE STYERS. HE ADVISED THAT HE RECALLED BEING IN THE CLINIC AND INDICATED HE RECALLED BEING THERE, BUT DID NOT RECALL ANYTHING ELSE.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE JESUS GONZALEZ-VILLANUEVA. HE WAS SHOWN THE VICTIM'S PHOTO AND DID NOT RECOGNIZE IT. HE ALSO STATED HE DID NOT RECALL ANYTHING FROM BEING DOWN THERE.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE DARNELL HEADINGS. HE STATED THAT HE DID NOT RECALL ANY CONVERSATIONS FROM THAT VISIT.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE DANIEL NOVAC. I SHOWED HIM THE VICTIM'S PHOTO AND HE ADVISED THAT HE DID SEE HIM IN THE "TANK". HE STATED THAT HE DID NOT RECALL ANYTHING ELSE.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE . HE STATED THAT HE DID RECOGNIZE THE VICTIM'S PHOTO AND THAT HE HAD WORKED WITH HIM IN THE JAIL THE YEAR PRIOR. I ASKED IF HE RECALLED CONVERSATIONS FROM THE CLINIC. HE STATED THAT THEY WERE CHATTING WHEN SEVERAL MORE INMATES CAME IN, AND THE VICTIM STOPPED TALKING. WITNESS STATED THAT THE VICTIM POINTED OUT ONE AS THE "THE GUY" WHO DID IT. HE STATED THAT A BLACK MALE WAS TALKING TO DEFENDANT WRYALS (WHO THE WITNESS REFERRED TO BY HIS FIRST NAME, AND DESCRIBED AS HAVING TATTOOS ON HIS EYES). WITNESS STATED THE BLACK MALE ASKED DEFENDANT WRYALS IF THEY REALLY PUT THEIR HAND UP HIS ASS? HE STATED THAT DEFENDANT WRYALS INDICATED THAT HE STUCK HIS FINGER IN UP TO HIS THUMB. AFTER THIS I CLARIFIED THIS WITH WITNESS AND HE STATED THAT THE DEFENDANT DID NOT STATE THIS, BUT DID POINT AT THE BLACK MALE WITH HIS RIGHT POINTER FINGER,

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

| Offense Description |
|---|
| **71 SEXUAL BATTERY** |

AND TOUCHED THE BASE OF HIS POINTER FINGER WITH HIS THUMB (AS IF TO INDICATE HOW DEEP IT WENT). WITNESS ADVISED THAT HE WAS CALLED OUT OF THE ROOM AFTER THIS.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE RAYMOND CHIGLINSKI. HE INDICATED THAT HE WAS IN THE CELL WITH THE VICTIM. HE STATED THAT ONE OF THE PERSONS WAS IN THE CELL WITH THEM WHO HAD KNOCKED HIS TEETH OUT. WITNESS CHIGLINSKI STATED THAT DEFENDANT WRYALS (WHO HE REFERRED TO BY NAME) WAS JOKING THAT COULD SUE OVER THEM BEING IN THE SAME CELL. WITNESS CHIGLINSKI STATED THAT HE DID NOT RECALL ANYTHING FURTHER.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE DOUGLAS SAFFORD. INMATE SAFFORD DID NOT RECALL ANYTHING IN RELATION TO THIS INVESTIGATION.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE SHANE MESTER. INMATE MESTER DID NOT RECALL ANYTHING IN RELATION TO THIS INVESTIGATION.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE STANLEY WALKER, WHO REFUSED TO SPEAK WITH ME.

ON TUESDAY, 09/17/19, I INTERVIEWED INMATE NICHOLAS SMITH. HE DID NOT RECALL ANYTHING

ON TUESDAY, 09/19/19, I ATTEMPTED TO INTERVIEW INMATE EMANUEL TUGGERSON. HOWEVER HE REFUSED TO SPEAK WITH ME.

ON TUESDAY, 09/19/19, I INTERVIEWED INMATE JERRY CASH. HE STATED THAT HE DID NOT RECALL SEEING THE VICTIM. HE STATED THAT HE HEARD THE STORY FROM A “DUDE” IN RED AND WHITE. HE STATED THAT THIS INMATE TALKED ABOUT HOLDING UP BLANKETS, AND A DUDE SEARCHING FOR DRUGS. HE STATED THAT HE ALSO TALKED ABOUT TELLING HIM TO SHUT UP AND DON’T SCREAM OR HE WOULD KILL HIM, AND ABOUT GOING IN HIS ASS FOR DRUGS. WITNESS CASH STATED THAT HE DID NOT RECALL ANY SPECIFIC STATEMENTS, JUST THAT HE WAS GOING TO KILL HIM IF HE SCREAMED. WITNESS CASH INDICATED THAT HE DID NOT RECALL ANYTHING BEING DEMONSTRATED.

ON TUESDAY, 09/19/19, I INTERVIEWED INMATE JOSE ENRIQUEZ. HE INDICATED THAT HE RECALLED BEING IN THE CLINIC. HE STATED THAT THE VICTIM TALKED ABOUT THE ALLEGED CRIME, BUT DID NOT HEAR THE DEFENDANT SAY ANYTHING ABOUT IT.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

ON TUESDAY, 09/19/19, I INTERVIEWED INMATE RICHARD LUNSBY. HE RECOGNIZED THE VICTIM'S PHOTO FROM BEING IN THE CLINIC, BUT DID NOT RECALL THE CONTENT OF ANY CONVERSATIONS.

ON TUESDAY, 09/19/19, I INTERVIEWED INMATE EVAN MARIANO. HE DID NOT RECALL ANYTHING AS HE WAS ONLY IN THE CELL FOR A MOMENT.

THIS CONCLUDES MY INTERVIEWS AND INVESTIGATION REGARDING THE INCIDENT IN THE CLINIC. VIDEO FOR THE CLINIC CAMERAS WAS UPLOADED TO EVIDENCE.COM

CASE REMAINS CLOSED BY ARREST.

TIME: 0325//SLS//6206

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| **12/5/2019 1:35:38 PM** | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| **DEWESE, A** | **DNASCREENI** | **5634** | **SPECIAL INVEST** |

| Officer Signature | Officer Agency |
|---|---|
| | **MARION COUNTY SHERIFF'S OFFICE** |

LAB BABY FROM FDLE – ITEM 1.9– TWO SEALED MANILA ENVELOPE CONTAINING DNA EXTRACTS DESCRIBED AS: DNA EXTRACTS FROM DEPT. ITEM #4. ITEM HAND DELIVERED FROM FDLE JACKSONVILLE BY A. DEWESE #5634 ON 5DEC19.

**Officer: Approving Supervisor (Supplement 13)**

| Officer Name | Officer Rank | Officer ID No | Officer Agency |
|---|---|---|---|
| **CALHOUN, T** | **LIEUTENANT** | **483** | **MARION COUNTY SHERIFF'S OFFICE** |

| Approval Date / Time | Officer Signature |
|---|---|
| **1/8/2020 11:17:21 AM** | |

| Sup # | Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| 02 | **COX, TIFFANY** 6006 | **OTHER** | **MARION COUNTY SHERIFF'S OFFICE** **SUPPORT SERV** |
| 07 | **DECKER, CHRISTOPHER** | **CRIME SCENE INVESTIGATOR** | **MARION COUNTY SHERIFF'S OFFICE** **SPECIAL INVEST** |
| 13 | **DEWESE, A** **DNASCREENI** 5634 | **ASSISTING OFFICER / REPORTING OFFICER** | **MARION COUNTY SHERIFF'S OFFICE** **SPECIAL INVEST** |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| **8/1/2019 9:16:43 AM** | **MCSO19OFF020557 (13)** | **MCSO19OFF020557 / 1907310443** | **CORPORAL /** | **MCLAIN, NATHAN G** |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status / Clearance |
|---|---|---|---|---|
| **FL0420000** | **7/30/2019 8:24:00 PM** | **07/30/2019 20:24:00 - 07/30/2019 20:39:00** | | Status: **CLOSED** Clearance: **ARREST** |

Offense Description
**71 SEXUAL BATTERY**

| Sup # | Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| 11 | **LEVAY, C** **SERGEANT 3933** | **ASSISTING OFFICER** | **MARION COUNTY SHERIFF'S OFFICE** **LAW ENFORCEMENT** |
| 01 | **MCLAIN, NATHAN G** **CORPORAL** | **REPORTING OFFICER** | **MARION COUNTY SHERIFF'S OFFICE** **DETENTION BUREAU** |
| 06 | **MILLER, JOSEPH PAUL** **DEPUTY II** | **INVESTIGATOR** | **MARION COUNTY SHERIFF'S OFFICE** **COMMUNITY POLICING** |
| 09 | **RODRIGUEZ, F** **SERGEANT 978** | **ASSISTING OFFICER** | **MARION COUNTY SHERIFF'S OFFICE** **LAW ENFORCEMENT** |
| 01 | **SCALA, FRANCESCO** | **LEAD INVESTIGATOR** | **MARION COUNTY SHERIFF'S OFFICE** |
| 08 | **SCHMIDT, KATHLEEN A** | **ASSISTING OFFICER** | **MARION COUNTY SHERIFF'S OFFICE** **SUPPORT SERV** |
| 04 | **SIMPSON, IAN L** | **INVESTIGATOR** | **MARION COUNTY SHERIFF'S OFFICE** |
| 13 | **CALHOUN, T** **LIEUTENANT 483** | **ASSISTING OFFICER / APPROVING SUPERVISOR** | **MARION COUNTY SHERIFF'S OFFICE** **SUPPORT SERV** |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

**Officer: Reporting Officer (Supplement13)**

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| **MCLAIN, NATHAN G** | **CORPORAL** | | This the ______ day of ________________, __________ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT OFFICER |
| **MARION COUNTY SHERIFF'S OFFICE** | | | |
| Officer Signature | | | |

# Marion County Sheriff's Office

## Incident Report # 210004401

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| BATTERY ON INMATE | G | 09/10/2021 17:30 | 6442 | FRYE, JOHN | 09/10/2021 17:55 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5562 VEREEN, SHATARA | 09/12/2021 01:48 | 4489 MCNEELY, MATTHEW | 10/28/2021 07:50 | | 09/10/2021 17:55 |

**Narrative**

On 9/10/2021, at approximately 1730 hours, Inmate Anthony Erskine stepped out of Gulf Pod, Charlie Section, stating that he was jumped by multiple people. Inmate Erskine was evaluated by Pod Nurse Jones were she noted that he had multiple bruises on his facial area. Inmate Erskine was escorted by Deputy Jones to the Infirmary for further observation.

### Victims/Subjects

### Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5963 | JAMES | ERROL | | G | CPT BURNETT | A-1 | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6442 | FRYE | JOHN | | G | CPT BURNETT | A-1 | | |

**Comments**

### Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0255441 | 2100006765 | ERSKINE | ANTHONY | | M | W | 5-MEDIUM PRE | INFA108B |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0252056 | 2000005099 | PFETTSCHER | RANDALL | WILLIAM | M | W | 5-MEDIUM PRE | INFA105B |

**Comments**

### Supplement Reports

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5562 | VEREEN, SHATARA | FOLLOW UP | 09/11/2021 20:53 |

**Narrative**

It was determined that Inmate Randall Pfettscher was also a victim during the assault and he was escorted to the Infirmary as well. Inmate Erskine and Pfettscher were both evaluated by Nurse Little and housed in the Infirmary for further observation.

### Disciplinary Reports

EXHIBIT 35

# Marion County Sheriff's Office

## Incident Report # 210004389

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| BATTERY ON INMATE | G | 09/10/2021 09:21 | 6442 | FRYE, JOHN | 09/10/2021 10:04 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4790 FOILES, LAURA | 09/10/2021 12:24 | | | | 09/10/2021 12:23 |

**Narrative**

On 9/10/2021, at approximately 0921 hours, I saw Inmate Randy Cuntiz strike Inmate David Eaton multiple times in Gulf Pod, Charlie Section. I called a Signal 22 via the radio, Deputy James, Sergeant Dukes, Deputy Valdez, and I responded. Deputy James placed Inmate Eaton into hand restraints and placed onto Alpha Section recreation Yard. Inmate Cuntiz was placed into hand restraints and placed onto Charlie Section recreation yard. Inmate Eaton was evaluated by Pod Nurse Jones were she noted that Inmate Eaton had bruising on his left facial area, Inmate Eaton was cleared to be placed back into Charlie Section. Inmate Cuntiz was seen by Pod Nurse Jones and was cleared to be Housed in Bravo Pod, Echo Section for A/C Confinement pending Disciplinary Report. Sergeant Foiles was present for this incident.

### Victims/Subjects

| First Name | Middle | Last Name | Suffix |
|---|---|---|---|
| | | JONES | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Home Phone | Work Phone | DL Number | SSN | DOB |
|---|---|---|---|---|
| | | | | |

**Comments** NURSE

### Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6442 | FRYE | JOHN | | G | CPT BURNETT | A-1 | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5963 | JAMES | ERROL | | G | CPT BURNETT | A-1 | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5469 | DUKES | JEROME | | E | CPT BURNETT | A-1 | | |

**Comments**

### Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0258944 | 2100006885 | CUNITZ | RANDY | SEAN | M | W | 6-MINIMUM PRE | GC129A |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0116521 | 2100006770 | EATON | DAVID | MICHAEL | M | W | 5-MEDIUM PRE | GC109A |

**Comments**

### Supplement Reports

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5212 | MCLAIN, NATHAN | FOLLOW UP | 09/13/2021 08:21 |

EXHIBIT 36

**Narrative**

On 09/13/21 I located and saved the applicable video. Upon review, the attack started when the subject inmate sucker punched the victim.

# Marion County Sheriff's Office

## Incident Report # 210004389

**Disciplinary Reports**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0258944 | 2100006885 | CUNITZ | RANDY | SEAN | 09/14/2021 09:29 |

| Charge | Plea |
|---|---|
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | GUILTY |
| CLASSA-8R: FIGHTING | NOT GUILTY |

**Details** DR HEARING OFFICER ORTIZ 5167

**Findings** GUILTY 30 DAYS PROB 210004389

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5167 | ORTIZ, M | 09/14/2021 12:42 |

### Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|

**Appeal Details**

**Inmate Requests**

### Appeal Findings

| Appeal Finding | Finding Date/Time | Officer ID/Name |
|---|---|---|

**Appeal Finding Details**

342970 Dukes Sergeant Jerome 09-12-2024 Page 196

133:7 137:9 138:3,14 142:5 143:18 144:4,9,15,20, 25 147:3 148:1,6,15 150:11,24 152:22 154:12,20 155:6,15 158:6

**witnessed** 69:23 76:15 117:9

**witnesses** 66:17

**witnessing** 70:5

**Woods** 1:14 5:11

**work** 8:17 11:1,4,8,15,23 16:11 46:11 57:24 74:23 121:9,11 138:11

**worked** 10:25 24:24 57:20 80:8 100:10,22,23

**worker** 42:17 129:14

**workers** 38:17 39:3

**working** 56:15 101:16 121:12,18 132:14

**works** 157:11

**would've** 12:4 121:23 137:17

**write** 76:1,12,23 77:2,3,7,10 116:8

**writes** 116:10

**writing** 104:12

**written** 76:16,20 108:17 109:9 110:15 111:2,4,12,13, 20,25 112:19,22

**wrong** 94:10

Y

**year-long** 78:22

**yell** 98:9,13

**yelling** 95:19 98:17 102:2,5,12

**Yep** 113:12

**yeses** 7:11

**yet** 130:6 136:16

**you'll** 15:14 51:25 96:11 143:11

**yours** 29:22

**yourself** 52:3 62:10 91:4 153:15

**you've** 7:8 15:23 21:11,15 23:2 24:24 43:18,19,20 48:10 49:8,9 80:15,16 82:16,17 101:3 109:20,21 112:4 136:5 155:1

Z

**zoom** 8:22 51:5 62:4 123:21

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900 www.MILESTONEREPORTING.com Toll Free 855-MYDEPOS

# Marion County Sheriff's Office

## Incident Report # 210004366

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| BATTERY ON INMATE | G | 09/08/2021 21:30 | 6143 | PHILLIPS, JOE | 09/08/2021 22:57 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4502 SNODGRASS, ASHLEIGH | 09/09/2021 17:47 | 2207 STARLING, KENNETH | 09/09/2021 18:57 | | 09/09/2021 02:02 |

**Narrative**

On September 8th at approximately 2130 hours , while assigned to Gulf Pod Rover I was approached by Inmate Scott King out of Gulf Delta Section. Inmate King stated that him and Inmate Vonkeith Barnes were involved in a fight . After reviewing the camera at approximately 2122 hours both Inmates Scott King and Vonkeith Barnes were in a fight in the day room area . Both inmates were seen and cleared by Charge Nurse April and will receive a Disciplinary Report for their actions . Sgt. Snodgrass was notified of this Incident .

### Victims/Subjects

### Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6143 | PHILLIPS | JOE | | | | | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6143 | PHILLIPS | JOE | | | | | | |

**Comments**

### Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0257337 | 2000002683 | CARTER | VINCENT | | M | B | 4-MEDIUM | GD118A |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0261149 | 2100002842 | FENELICE | GERRY | | M | B | MED-UNCLASS | RELEASED |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0260225 | 2100007356 | BARNES | VONKEITH | RESHOD | M | B | 6-MINIMUM PRE | GD132A |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0208795 | 2100007391 | KING | SCOTT | RYAN | M | W | 6-MINIMUM PRE | GDX13 |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0218086 | 2100007301 | MIDDLEBROOKS | NAPOLEON | | M | B | 4-MEDIUM | GDX09 |

**Comments**

### Supplement Reports

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5563 | PALAU, ISAI | INFO | 09/09/2021 12:55 |

**Narrative**

ON 9/9/21 I REVIEWED THE JAIL VIDEO OF THIS INCIDENT AND IT WAS SAVED.

EXHIBIT 37

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5563 | PALAU, ISAI | FOLLOW UP | 09/10/2021 11:28 |

**Narrative**

ON 9/9/21 I MADE CONTACT WITH INMATE KING. HE ADVISED DID NOT WISH TO PURSUE CRIMINAL CHARGES IN REFERENCE

TO THIS INCIDENT.

**Disciplinary Reports**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0260225 | 2100007356 | BARNES | VONKEITH | RESHOD | 09/13/2021 10:00 |

| Charge | Plea |
|---|---|
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | GUILTY |
| CLASSA-8R: FIGHTING | GUILTY |

**Details** DR HEARING OFFICER ORTIZ 5167

**Findings** GUILTY 15 DAYS L/D 15 DAYS PROB 210004366

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5167 | ORTIZ, M | 09/13/2021 11:22 |

## Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|

**Appeal Details**

**Inmate Requests**

## Appeal Findings

| Appeal Finding | Finding Date/Time | Officer ID/Name |
|---|---|---|

**Appeal Finding Details**