

***SHERIFF*** Marion County
**POST ORDER**

**POST: Gulf Pod**

**PURPOSE:**    The purpose of this Post Order is to outline the duties and responsibilities of those detention deputies assigned to the Gulf Pod post. This Post Order supersedes all previous Gulf Pod Post Orders and will not be changed without the approval of the Detention Bureau Chief or his/her designee.

**DESCRIPTION:**    The Gulf Pod post will be defined as any area in the pod and surrounding area occupied by inmates. This post is manned 24 hours a day, seven days a week.

The Gulf Pod housing unit consists of minimum and medium custody inmates who are sentenced, awaiting court, or transfer to another facility.

**A.  General Information**
All employees will be thoroughly familiar with all policies, procedures, directives, and special orders of the Marion County Sheriff's Office and the Detention Bureau.

**B.  Special Equipment**
Each person assigned to this post is issued certain items of equipment to assist him/her in the performance of his/her duties. Employees are not authorized to be in possession of any item of equipment not issued or approved by Purchasing, the Detention Bureau Chief, or his/her designee.

**C.  Supervising Officer**
A Sector Sergeant is assigned as area supervisor. All employees are required to obey all written, verbal, or signified orders given by their superior without hesitation. If an employee does not understand the supervisor's instruction, it is his/her responsibility to immediately ask for clarification. Disobeying orders, insubordination, or slow response will not be tolerated.  Sector Sergeants will be responsible for ensuring all inventory is correct and accurate.

**D.  General Responsibilities**
   **1.** Maintain the security of the facility at all times.
   **2.** Maintain vigilance of all inmates assigned to the unit.
   **3.** Be thoroughly familiar with the Jail's emergency procedures.
   **4.** Maintain a clean and orderly operation of the post during tour of duty.

**E.  Specific duties and Responsibilities**

   **1.** On coming officers shall visually inspect all assigned equipment and be briefed by the off-going detention deputies. Any equipment that is inoperable will be reported to the Sector Sergeant and recorded in the computer's daily activity log.

      **a.** The list of equipment will not be changed when a piece of equipment is out for repair. It will be logged out and an incident report made.

   **2.** Inventory and sign for all keys, equipment, and radios. Any discrepancies in the number of keys or equipment will be reported immediately to the Sector Sergeant and recorded in the computer's daily activity log.

---

Post Order: Gulf Pod                                                                 Revised: 01/08/19



*SHERIFF* - Marion County
**POST ORDER**

   **a.** Keys are to be worn on the key clip at all times when not in use.

   **b.** The inventory of the keys will include a visual inspection of the keys and secured rings. If any of the keys and/or rings are missing or broken, an annotation will be recorded in the computer's daily activity log and an Incident Report will be completed and forwarded through the chain-of-command with a copy to the Key Control Officer.

**3.** Check the temperature in the refrigerator and record the temperature in the computer daily activity log.  Temperature range in the refrigerator will be maintained between 35 and 40 degrees Fahrenheit.

**4.** Ensure work area is kept clean at all times.

**5.** Conduct headcounts as follows:

   **a.** A random standing headcount, with I.D., will be accomplished by each shift.

   **b.** An additional lockdown headcount will be conducted as the inmates are locked-down each evening at 2200 hours.

   **c.** Report results of headcount to Booking.

   **d.** Discrepancies shall be reported immediately to the Watch Commander.

   **e.** Procedures for conducting physical and lock down headcounts are outlined in Operational Procedures 6164.00, Headcount of Inmates.

**6.** Meals shall be served as soon as they arrive in the pod. They will be served by an detention deputies, or by an inmate worker directly supervised by an detention_deputies, from the food cart, through the open door.

   **a.** All cups and sporks provided to the inmates will be picked up each morning and returned to the Kitchen for cleaning.  They will be returned with the lunch meal.

**7.** Mail will be passed out as soon as possible after it is received in the pod. Mail will be given to the inmate it is addressed to, not placed on bunks or tables.  If the inmate has been reassigned to another pod, the inmate's mail will be forwarded to that pod.

**8.** Inmate Grievances should be handled by a Sector Sergeant by Operational Directive 6633.00.

**9.** Inmate supply procedures shall be as follows:

   **a.** Toothbrushes and soap are exchanged and issued on Sunday night by the night shift.

   **b.** Razors will be exchanged on Tues, Thurs and Sunday evenings, upon completion the officer will ensure the inmate returns the used razor.  The detention deputies will inspect the razor and dispose of accordingly.  The razor log will be given to the Sector Sergeant for compliance.

   **c.** Toilet tissue and toothpaste may be issued at any time providing the officer receives the empty

---



*SHERIFF* - Marion County
**POST ORDER**

container from the inmate.

**10.** Indigent inmates can order two post cards a week and ink pens will be exchanged on a monthly or as needed basis from Indigent Services.  A sign-up sheet shall be placed into each section on a weekly basis.  The supplies will be delivered by the Indigent Services Coordinator during the same week. Post cards, and ink pens will be provided by the Canteen to indigent inmates.

    **a.** See Operational Directive 6677.00, Inmate Mail

**11.** Out going mail shall be screened by the night shift. No mail will be accepted if it is sealed with the exception of privileged mail.  After screening, the place his or her ID#. No mail will be accepted by Pod detention deputies after lockdown.

**12.** The pod detention deputies should screen all inmate requests. In most cases, the pod officer will be able to handle the request. If unable to answer the request, ensure it is sent to the next level of supervision which is capable of handling the situation.

**13.** In the event of a fire alarm, the following procedures shall be implemented:

    **a.** The Pod detention deputies will identify the location of the alarm.

    **b.** The Pod detention deputies will notify Booking and Master Control, via the radio, of the alarm and the location of the alarm.

    **c.** The Pod detention deputies will physically inspect the indicated area and then call an all clear on the area to both Booking and Master Control, via the radio.

    **d.** In the event a fire is visually observed by the officer, evacuation or fire fighting, if deemed necessary, will be in accordance with Operations Procedures 6301.00, Fire Plan - Marion County Jail.

15.  Evacuation in a Fire Emergencies Situation

    a.  Once the decision to evacuate has been made, the staff will do the following:

        1.    Will call for assistance
        2.    Retrieve your head-count sheets for the entire Pod.
        3.    Don the iEvac hood located in the Rovers' Office.
        4.    Move quickly and calmly to the Section with the Fire
        5.    One detention deputy will open the Primary Evacuation Exit, while the other Officer opens the Section door and instruct the inmates to proceed to the Fire Exit. The other detention deputies will instruct the inmates to line up against the wall.
        6.    Once the inmates have evacuated the Section and are secured at the primary evacuation area. Assisting Officers should have arrived at this time. The detention deputies will:
            a.    Retrieve their appropriate Fire Equipment if applicable (ie, Fire Extinguisher and/or Fire Hose), if it is a minor fire as defined in our Fire Plan Directive.



*SHERIFF* – Marion County
POST ORDER

      b.     Visual sweep of the entire area for any additional inmates left behind.

      c.     Take the head-count sheet and conduct a headcount of all of the inmates evacuated and then of the entire Pod to ensure accountability of all inmates.

  b.     In the event of an evacuation to the outside perimeter, the staff will do the following:

     1.    The Watch Commander will notify the following:

         a.    The Comm. Center – advising them of the nature of the emergency and request for Road Patrol to assist with securing the outside perimeter fence. Also, all available Officers will assist securing the outside perimeter fence and on the inside of the fence. (AT NO TIME WILL INMATES BE AUTHORIZED ON THE PERIMETER YARD, UNLESS IT IS SECURED WITH PROPER ARMED STAFF ON THE OUTSIDE OF THE FENCE!

         b.    Once the outside perimeter is properly secured, the Watch Commander will then stage Officers in appropriate areas to ensure security and/or prevent any escapes.

**16.** In the event of a medical emergency, contact the Medical Unit using the appropriate ten signals/codes. Provide the appropriate first aid until the nurse arrives.

**17.** Florida State Statute books shall be used as follows:

  a.  They may be used by the inmates at the officer's convenience**.**

  b.  They will not be allowed to be taken into the sections.

  c.  Log the use of the statute books in the computers Daily Activity Log.

  d.  Inmates may sit on the bench provided in the Rover's area when using the law books.

**18.** Recreation shall be conducted as follows:

  a.  At least once on each shift, the pod detention deputies will inspect both recreation yards for contraband and emergency exits security. This check shall be accomplished prior to any inmates using those recreation yards.

  b.  The officer shall log the times each section is permitted outside for recreation in the computers Daily Activity Log. Every effort will be made to ensure each section is afforded the opportunity for outside recreation on a daily basis.

  c.  The total number of inmates participating must be indicated in the log.

  d.  If, for any reason, an inmate is denied access to recreation, an incident report must be completed detailing why the privilege was suspended.

  e.  All recreation doors will remain closed, except when inmates are going to and from the recreation yard.  No door in the pod will be left ajar at anytime.

---

Post Order: Gulf Pod                                                   Revised: 01/08/19



*SHERIFF* – Marion County
**POST ORDER**

**19.** On laundry days, the laundry exchange will be conducted by laundry personnel and assisted by the pod officers, as required in Charlie and Delta Sections.   The pod officers on the night shift will conduct laundry exchange in Alpha and Bravo Sections every night.  The laundry personnel will deliver the laundry carts to the pod on dayshift for laundry exchange on night shift for sections Alpha and Bravo.

**20.** Canteen forms will be handed out by night shift personnel on the assigned day. Canteen will be accomplished as scheduled.

   a. If, for any reason, an inmate is denied access to canteen privileges, an incident report must be completed detailing why the privilege was suspended.

**21.** When a nurse is in the pod, he/she will be escorted and assisted at the section(s) door by a pod detention deputy.

**22.** Visitation will be conducted through the Video Visitation Monitors and coordinated through the Visitation Officer at the Information Visitation Center. The following procedures apply for all visits:

   **a.** Visiting hours consist of Sunday through Saturday from 0800-2145 hours, except between the hours of 11:30-1300 hours and 1630-1900 hours.

   **b.** All inmates will be notified of their scheduled visits that day.

   **c.** Any violation(s) of the visitation rules requires immediate notification of the Sector Sergeant, Sector Lieutenant, and Watch Commander.

   **d.** The Public Defender's Office may schedule an appointment with an inmate through the Classification's Office.  The schedule is posted daily on the Scheduled Events Reports.

**23.** Section doors shall only be opened at the discretion of the pod detention deputies or supervisors.

**24.** Pod detention deputies will continuously monitor the inmate worker's activities and whereabouts as well as supervise him/her as cleaning materials are placed into or taken out of the section(s).

**25.** Security checks will be accomplished every hour between the hours of 2200 to 0600. These checks will be logged and maintained by the pod officer in the computers Daily Activity Log.

**26.** Pass out snacks, at the appropriate times, to inmates on special diets and make appropriate entries of each name in the Pod Activity Log and the snack log.

**27.** The night shift detention deputies shall initiate Warehouse Tickets and forward to the supervisor for approval.

   a. Each shift shall conduct an inventory and maintain an accurate count of all caustics and toxic chemicals at all times. Any time a caustic/toxic chemical is added or removed from the closet, the log will be changed accordingly.

*SHERIFF* - Marion County
**POST ORDER**



    b.  The Caustic Cabinet and/or any other area used to store chemicals shall be locked at all times except when directly supervised by an officer.

**28.** Inspections will be conducted for each section and bunk, at least once each shift and noted in the computers Daily Activity Log. The detention deputies inspecting the bunks and housing areas shall also indicate such action by recording his/her I.D. number in the Pod Computers Daily Activity Log.

    a.  Be alert for maintenance problems. Complete a Maintenance Work Order Request Form when a problem is discovered and forward to Jail Maintenance, via the email system.

    b.  If the problem involves a security breach, or has life threatening potential, notify the Sector Sergeant immediately and observe or isolate the area until it is checked.

**29.** Cleaning Supply Distribution

    a.  The cleaning supplies will be placed in the sections <u>(1) one hour before each meal and left in the sections (1) hours after each meal, then taken out of the sections and then placed back in the sections (1) one hour before lockdown.</u>

    b.  Any time supplies go into a section, or are used by the assigned inmate worker, they will be Reflected in the computer's Daily Activity Log as part of the inventory control procedures.

    c.  During those times the cleaning supplies are in the section, the pod officers are to be especially vigilant of any misuse of the equipment by the inmates.

    d.  Whenever a piece of equipment is broken, it will be noted in the Pod Activity Log along with how it was disposed of. An Inventory Log is maintained in each janitorial   room.

    e.  This log will be used to track the equipment inventory which is conducted at the beginning of each shift and anytime something is added or removed from the room.  You will inventory and track the equipment on this log as you do the Caustic Logs.

    f.  Any time the Janitorial Room is not in use, the room will remain locked.  Each time the room is opened, an officer will supervise the addition or removal of equipment and log it in or out.

**30.** Lock checks shall be conducted every night after the inmates have been locked down, the officers will verify that the doors and locks are secure and operational in the respective work areas.

    a.  This will be accomplished by using the keys assigned to pod/area and physically opening the door(s) in the pod/area.

    b.  If the door has a key opening on both sides, the door will be opened using the inside and outside mechanisms.

    c.  The following doors are to be checked:



*SHERIFF* – Marion County
POST ORDER

      i.  All Fire/Emergency Doors

      ii.  All Pod Section Doors

     iii.  Recreation Yard Doors, except those that lead to the fenced in perimeter.

     iv.  Public Defender Rooms

d. A record of this check will made in the computers Daily Activity Log and called into Booking for inclusion on the Supervisor Control Sheet.

e.  When a door alarm has been activated, immediately check the door that has set off the alarm and notify your immediate supervisor and master control of the reason the alarm was set off.

**31.** Do not allow unauthorized and/or off duty persons on the post.

**32.** Ensure all in house movements of inmates are entered into the pod computer and a Cell Assignment Form is forwarded to Classification. All cell changes must be approved by Classifications, a Sector Sergeant, or above.

a. <u>All inmate worker uniforms will be returned to laundry on the nightshift, before the nightshift is relieved by the dayshift.</u>

b. Whenever an inmate has been removed from Inmate Worker Status ensure he is dressed out in the appropriate uniform. Under no circumstances should an inmate worker, when removed from worker status, be allowed to keep his green/white or black/white uniform.

c. Any time an inmate is transferred from one pod/area to another, that inmate should take all items with them and the bunk area should be cleaned and inspected for the next inmate assigned to it. Search the inmate and his property whenever moved to a new pod. Check ALL items to ensure the inmate takes only those items necessary. Example: Pillows, mattresses, etc. should remain in the pod.

d. When an inmate has been reassigned to inmate worker status or has a job transfer that requires the inmate to move from Gulf Pod, the cell change should be completed on day shift, but if day shift is unable to complete the move, then it will be completed on the night shift.

**33.** Ensure all inmate(s) complaining of being ill are seen by a nurse for verification before being sent out to work details.

**GENERAL:**
This post order will cover most of your duties. However, if there is any doubt as to what you are expected to do, ask your supervisor.

This post order will be reviewed at least annually and updated as needed.

**-END-**

Post Order: Gulf Pod                                    Revised: 01/08/19