**COPY**

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

**CASE NO.: 5:23-CV-00661**

**KRYSTI MERCHANT, AS**

**PERSONAL REPRESENTATIVE FOR**

**THE ESTATE OF CORY MERCHANT**

**V.**

**BILLY WOODS, SHERIFF OF**

**MARION COUNTY, FLORIDA,**

**IN HIS OFFICIAL CAPACITY;**

**DEPUTY JUSTIN KOSINSKI;**

**DEPUTY JOSEPH MILLER,**

**SERGEANT JEROME DUKES**


**DEPONENT:**

**OFFICER JUSTIN KOSINSKI**


**DATE:**

**OCTOBER 4, 2024**

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

1  UNITED STATES DISTRICT COURT

2  MIDDLE DISTRICT OF FLORIDA

3  OCALA DIVISION

4  CASE NO.: 5:23-CV-00661

5

6  KRYSTI MERCHANT, AS

7  PERSONAL REPRESENTATIVE FOR THE

8  ESTATE OF CORY MERCHANT,

9  DECEASED,

10  Plaintiff

11

12  V.

13

14  BILLY WOODS, SHERIFF OF MARION COUNTY,

15  FLORIDA, IN HIS OFFICIAL CAPACITY;

16  DEPUTY JUSTIN KOSINSKI;

17  DEPUTY JOSEPH MILLER,

18  SERGEANT JEROME DUKES,

19  Defendants.

20

21

22

23  DEPONENT:  OFFICER JUSTIN KOSINSKI

24  DATE:      OCTOBER 4, 2024

25  REPORTER:  FLOR LOPEZ

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

1988 Officer Accident Justin Tilson 06/24

2

```
 1                          APPEARANCES

 2

    ON BEHALF OF THE PLAINTIFF, KRYSTI MERCHANT, AS PERSONAL
 3  REPRESENTATIVE FOR THE ESTATE OF CORY MERCHANT,
    DECEASED:
 4  Sam Harton, Esquire
    Romanucci & Blandin, LLC
 5  321 North Clark Street
    Suite 900
 6  Chicago, Illinois 60654
    Telephone No.: (312) 458-1000
 7  E-mail: sharton@rblaw.net
    (Appeared via videoconference)
 8

 9  ON BEHALF OF THE DEFENDANTS, BILLY WOODS, SHERIFF OF
    MARION COUNTY, FLORIDA, IN HIS OFFICAL CAPACITY; DEPUTY
10  JUSTIN KOSINSKI, DEPUTY JOSEPH MILLER, SERGEANT JEROME
    DUKES:
11  Bruce R. Bogan, Esquire
    Hilyard, Bogan & Palmer, PA
12  105 East Robinson Street
    Suite 201
13  Orlando, FL 32802
    Telephone No.: (407) 425-4251
14  Email: bbogan@hilyardlawfirm.com
    (Appeared via videoconference)
15

16

17

18

19

20

21

22

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Gibson Officer Rountree #34 in Tol 04/02/24                3

```
 1                          INDEX
 2                                          Page
 3     PROCEEDINGS                           5
 4     DIRECT EXAMINATION BY MS. HARTON      5
 5     CROSS-EXAMINATION BY MR. BOGAN        71
 6
 7                         EXHIBITS
 8     Exhibit                               Page
 9     14 - Incident Repot @210005382 Dated
10          November 7, 2021                 49
11     15 - Video Of Gulf Pod Alpha Section  17
12     27 - Inmate Rules and Regulations Handbook  64
13     32 - Detention Personnel - Post Assignment  17
14     57 - Observation Reports Report from
15          February 8,2011                  12
16
17
18
19
20
21
22
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

STIPULATION

The deposition of SERGEANT JUSTIN KOSINSKI was taken at

MILESTONE REPORTING COMPANY, 315 EAST ROBINSON STREET,

SUITE 510, ORLANDO, FLORIDA 32801, via videoconference

in which all participants attended remotely, on FRIDAY

the 4th day of OCTOBER 2024 at approximately 10:08 a.m.

(ET); said deposition was taken pursuant to the FEDERAL

Rules of Civil Procedure. It is agreed that FLOR LOPEZ,

being a Notary Public and Court Reporter for the State

of FLORIDA, may swear the witness and that the reading

and signing of the completed transcript by the witness

is not waived.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1                          PROCEEDINGS
 2              THE REPORTER:  On record.  Will all parties,
 3         except for the witness, please state your
 4         appearance, how you're attending, and your location?
 5              MS. HARTON:  This is Sam Harton for the
 6         plaintiff.  I'm in Chicago, Illinois.
 7              MR. BOGAN:  Bruce Bogan, and I'm here for the
 8         defendants, and I'm in Ocala, Florida.
 9              THE REPORTER:  Sergeant, can you please state
10         your full name for the record?
11              THE WITNESS:  Justin Kosinski.
12              THE REPORTER:  Okay.  And can you please raise
13         your right hand?  Do you solemnly swear or affirm
14         that the testimony you're about to give will be the
15         truth, the whole truth, and nothing but the truth?
16              THE WITNESS:  Yes, ma'am.
17              THE REPORTER:  Okay.  You may begin.
18                       DIRECT EXAMINATION
19    BY MS. HARTON:
20         Q.   Sergeant Kosinski, my name is Sam Harton, and
21    I represent the estate of Cory Merchant.  Have you ever
22    given a deposition before?
23         A.   Yes, ma'am.
24         Q.   Okay.  How many have you given?
25         A.   Two that I recall.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.    Were you defendants in those cases?

2      A.    A witness and possibly defendant, I don't

3   recall the original one.

4      Q.    Did you -- about what year were those

5   depositions?

6      A.    The most recent one was this year, a few

7   months ago over a Zoom contact.  I think it was a

8   deposition. It was definitely a phone Zoom conference.

9   It might have been a deposition, might have been a phone

10  interview, but I remember it pertained to this case. And

11  then the previous one I want to say is 2010-ish, maybe

12  2011.

13     Q.    You gave a phone interview that pertained to

14  this case via Zoom?

15     A.    Yes, ma'am.  It was with an attorney.  I think

16  it was Lutterloah's attorney potentially, for the

17  criminal case.

18     Q.    Oh, I see.  Do you know if it was video

19  recorded?

20     A.    I do not.

21     Q.    I'm going to go through some of the ground

22  rules for depositions.  It's very important -- it's very

23  important that we do not talk over each other.  The

24  court reporter is trying to take down everything that

25  you say and everything that I say.  So this is not like

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   a normal conversation where you can kind of jump in on
 2   and anticipate what I'm saying.  It's very important
 3   that you let me finish my question before you give your
 4   answer, that I let you finish your answer before I ask
 5   my question.  Does that make sense?
 6        A.   Yes, ma'am.
 7        Q.   Okay.  You're doing great with verbal
 8   responses.  "Uh-huhs," and, "Uh-uhs," shaking the head,
 9   nodding the head, it's not going to work because, again,
10   the court reporter is taking down what we're saying.
11   Does that make sense?
12        A.   Yes, ma'am.
13        Q.   If at any point you need to take a break, you
14   need to let me know.  I probably will not ask for a
15   break at any point, so if you need to use the restroom
16   or grab a bite or whatever, you don't need to tell me
17   what the reason is, if you need to take a break at any
18   time, you can take it.  All I ask is that if there's a
19   question pending, you answer the question before we take
20   the break; is that fair?
21        A.   Yes, ma'am.
22        Q.   Okay.  There are going to be some times where
23   your attorney objects to some of my questions.  If that
24   happens as long as your attorney doesn't instruct you
25   based on some sort of privilege, you do have to answer
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

1    the question.  Does that make sense?

2        A.   I guess we'll cross that bridge when we get to

3    it.

4        Q.   Okay.

5        A.   Yeah.

6        Q.   I go off my outline, but I tend to deviate

7    from my outline quite a bit, which means that I'm often

8    making up questions on the fly and they might not be the

9    most coherent questions you ever heard.  So if I ever

10   ask a question and you don't quite understand what I'm

11   asking, feel free to tell me to clarify.  I won't be

12   offended.  If you're confused, you need to tell me,

13   because if you do answer the question, I'm going to go

14   ahead and understand that you understood the question;

15   is that fair?

16       A.   Yes, ma'am.

17       Q.   Okay.  I am never going to ask you to guess or

18   speculate.  I might ask you to estimate or approximate,

19   but this is not a quiz or a test, and so if the answer

20   to your question is, "I don't know, I don't recall,"

21   that's a totally fine answer as long as it's the truth.

22   Does that make sense?

23       A.   Yes, ma'am.

24       Q.   Okay.  And who is in the room with you right

25   now?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1       A.   Mr. Bogan.

 2       Q.   Okay.  Anyone else?

 3       A.   No, ma'am.

 4       Q.   Okay.  And do you -- it doesn't look like you

 5  have any documents in front of you, correct?

 6       A.   No, ma'am.

 7       Q.   It looks like there might be an iPad or

 8  something?  That's not on, is it?

 9       A.   It's the device that controls the cameras that

10  we're using, so --

11       Q.   I see.  Okay.  Did you review any documents in

12  preparation for this deposition?

13       A.   I reviewed a video this morning.

14       Q.   What video was that?

15       A.   The video recording from the section.

16       Q.   Of the death of Cory Merchant -- or the attack

17  on Cory Merchant?

18       A.   Yes, ma'am.

19       Q.   Okay.  I have to ask you two questions that

20  might seem kind of rude, but I ask some of everyone.  Do

21  you have any felonies in your background?

22       A.   Say that again, please?

23       Q.   You don't have any felonies in your

24  background, do you?

25       A.   No, ma'am.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1         Q.   Okay.  Did you take any sort of -- is there
 2    any reason why you couldn't testify completely and
 3    truthfully today, like you took medication, you're sick,
 4    you didn't get enough sleep last night, anything like
 5    that?
 6         A.   No, ma'am.
 7         Q.   Okay.  Did you go to college?
 8         A.   No, ma'am.
 9         Q.   Okay.  When did you graduate from high school?
10         A.   2007.
11         Q.   And besides Marion County Jail, have you ever
12    worked at any other prisons or jails or police
13    departments?
14         A.   Yes, ma'am.
15         Q.   Which ones?
16         A.   Marion Correctional Institution, Ocala,
17    Florida.
18         Q.   So that's for the Florida Department of Law
19    Enforcement?
20         A.   No -- yes.  It's Department of Corrections.
21         Q.   Sorry -- yes, sorry.  Okay.  So you worked for
22    the state.  When did you start working there?
23         A.   November 2007.
24         Q.   And you were a CO?
25         A.   Yes, ma'am.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       Q.   Okay.  How long did you work there for?

2       A.   Roughly, right around two years.  I left there

3   in July of 2009.

4       Q.   And then you came to Marion County, right?

5       A.   Yes, ma'am.

6       Q.   You were promoted to Sergeant, correct?

7       A.   Yes, ma'am.

8       Q.   You started out as a deputy in 2009.  When

9   were you -- when were you promoted to Sergeant?

10      A.   December of 2022.

11      Q.   And that was after Cory Merchant's death,

12  correct?

13      A.   Yes, ma'am.

14      Q.   At the time of Cory Merchant's death, you were

15  a corporal?

16      A.   Yes, ma'am.

17      Q.   Remind me, a corporal is a step higher than a

18  deputy, right?

19      A.   Yes, ma'am.  You've got the deputy ranks one

20  through three, then you have corporal and then you can

21  either go to master corporal, or you stay at corporal.

22      Q.   Or get promoted to Sergeant, right?

23      A.   Yes, ma'am.

24      Q.   Okay.  I want to show you a document.  Can you

25  see this document?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1        A.    Yes, ma'am.
2        Q.    Okay.  I can zoom in for you.  It's hard to
3   see.  This has been previously marked Exhibit 57, and
4   I'm -- just a heads-up, I'm -- I pre-marked these, so
5   I'm not going to be showing you 57 documents today.
6              (EXHIBIT 57 MARKED FOR IDENTIFICATION)
7        A.    Okay.
8   BY MS. HARTON:
9        Q.    But do you by any chance recognize this
10  document?
11       A.    I can't see the incidents -- oh, no, I can.
12  Yes, I recall this.
13       Q.    Okay.  This is a -- an observation report from
14  February 8, 2011, right?
15       A.    Yes, ma'am.
16       Q.    And this describes an incident where you were
17  -- you were disciplined for dereliction of duty, right?
18       A.    Yes, ma'am.
19       Q.    Okay.  Can you tell me what you remember about
20  the sort of facts underlying this discipline?
21       A.    Let me read the whole -- been a while.  I
22  don't remember much about it.  I remember the write up.
23  The little that I remember from this is that we gained a
24  -- a large number of inmates down into that pod and me
25  and my partner we're talking of how can we kind of get
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1   all of what we expect out of the inmates, what we need
 2   them to do without having to do multiple speeches and
 3   multiple reminders.  So I came up with the idea, let's
 4   put down the basic rules on a piece of paper and put it
 5   on the window.  So we did that and I got written up for
 6   it.
 7        Q.   What were the rules?
 8        A.   I don't recall what I wrote on the paper.
 9        Q.   Were they all -- were they all in line with
10   what you understood the rules of the Marion County Jail
11   to be, or did you make any up?
12        A.   I don't recall.
13        Q.   Okay.  Did you have a conversation with your
14   supervisor about this incident?
15        A.   Yes.
16        Q.   And what did he tell you?
17        A.   I don't recall the verbiage.
18        Q.   Just generally what did he tell you?
19        A.   I don't recall.  I know there was a
20   conversation I had between he and I.  I don't recall the
21   specifics of it.
22        Q.   Okay.  Is this the only time that you've been
23   disciplined at the Marion County Jail?
24        A.   No, I was disciplined one other time after
25   this.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        Q.    When were you disciplined the other time?

2        A.    Not sure the year of it, but I was disciplined

3   along with another detention deputy.

4        Q.    For what?

5        A.    I don't recall.  Maybe dereliction of duty, I

6   think they had it listed as.  I'm not sure.

7        Q.    What were the -- what happened that you were

8   disciplined for?

9        A.    The individual that I was working with did not

10  write an incident report for something that occurred.

11  And I, since I was working with him, got in trouble with

12  him.  I'm not sure if it was a writeup that was punitive

13  or if it was a non-punitive writeup, though.

14       Q.    Do you remember what was supposed to be

15  written up?  Was it a fight?  Was it a -- I don't know,

16  what happened that you were supposed to write up?

17       A.    I wasn't supposed to write it up.  I was

18  assigned to the housing unit, but I was not currently in

19  the pod when the situation took place.

20       Q.    And what was the situation?

21       A.    Something between an inmate or another inmate

22  in the section.  I don't know the specifics because,

23  like I said, I was assigned to the housing unit, but I

24  wasn't in the housing unit.

25       Q.    I'm going to go back to November of 2021.  You

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    were a deputy, correct?

 2         A.   Yes.

 3         Q.   What were your general responsibilities --

 4         A.   Detention deputy.

 5         Q.   What were your general responsibilities as a

 6    detention deputy?

 7         A.   Yep.  As far as the housing units or as far as

 8    what?

 9         Q.   The housing units.

10         A.   The -- the -- the responsibilities of the

11    deputy is to maintain security of the facility, make

12    sure that the inmates are getting what they need, their

13    provisions that they need, and that everything is

14    running according to operation.  If Medical needs to see

15    an inmate, we pull the inmate out so they could be seen

16    by Medical.  All the way down to making sure the inmates

17    are getting on their visits, if their family members are

18    waiting for them.

19         Q.   So walk me through sort of what a -- in

20    November of 2021, what a typical shift would look like

21    for you.

22         A.   Come in and relieve the previous shift.  They

23    would give us a briefing of anything that occurred that

24    we -- that stood out that we need to be notified of. And

25    then we would begin the shift with a head count.  Do you
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   want to pertain to head -- day shift or night shift,
 2   because I don't remember --
 3        Q.   Let's --
 4        A.   -- if I was on night or day.
 5        Q.   -- let's focus on night shift.
 6        A.   Okay.  So night shift was we would do head
 7   count.  We would do a shakedown after head count, or
 8   during head count.  And then once we are done with head
 9   count of all the sections, we would call in our count.
10   After we confirmed that we have all of our inmates, we'd
11   call it into booking.  So we've got absolute
12   confirmation.  Then we kind of go through, depending on
13   the day of the week, we would issue supplies if need be,
14   we would give out or allow the inmates the chance to go
15   to the recreation yard, if need be, depending on that,
16   depending on weather.  And be in the pod for whatever
17   they may need us for, if they need a request form, they
18   need to see the nurse, pass out -- pass out mail, things
19   like that.  Then at 10:00 at night, we do another
20   lockdown, head count after lockdown, head count.  Same
21   thing.  We would confirm our inmates, confirm with
22   booking, and then after that, until roughly 4:30, 5:00
23   in the morning, it would be hourly checks.
24        Q.   Who was your direct supervisor in November of
25   2021?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Corrections Officer Deposition of Austin    Filed 04/16/24    17

```
 1        A.   I don't recall that.  I'd have to see a post
 2   order.
 3        Q.   I'm going to show you Exhibit 32.  Recognize
 4   this document?
 5        A.   It says Exhibit 15 on it.
 6        Q.   What?  Where?  Am I showing you the wrong
 7   things?
 8        A.   The page that -- yes, ma'am.  The page we see
 9   says Exhibit 15, and then it's 1 one through 7.
10        Q.   Hold up.  It might be showing you the wrong
11   thing.  Should -- oh, definitely just showed you my
12   outline.  Okay.  Can you see this?
13        A.   Yes, ma'am.
14        Q.   Okay.  Does this say Exhibit 32 now?
15             (EXHIBIT 32 MARKED FOR IDENTIFICATION)
16        A.   It's a post assignment, but I don't see
17   anywhere that it would say Exhibit on it.
18   BY MS. HARTON:
19        Q.   Okay.  And this is -- this is Exhibit 32.
20        A.   Oh yes, the top it says --
21        Q.   Go ahead.
22        A.   In the top it says Exhibit 32 MCJ Post A2.
23        Q.   Okay.  So you said this is a post assignment?
24        A.   Yes, ma'am.
25        Q.   And at the top, it says November 6, 2021,
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1   correct?
 2        A.   Yes, ma'am.
 3        Q.   And then in G -- at G Dorm Rover, right there,
 4   it says Miller-Kosinski, right?
 5        A.   Yes, ma'am.
 6        Q.   And then above that, it says Sergeant Dukes,
 7   right?
 8        A.   Yes, ma'am.
 9        Q.   So this is the post assignment for the night
10   of November 6, 2021, into the early morning of November
11   7, 2021, correct?
12        A.   Yes, ma'am.
13        Q.   And so it's fair to say here that you were on
14   duty as the G Dorm Rover for -- with Deputy Miller,
15   correct?
16        A.   Yes, ma'am.
17        Q.   And the Sergeant on duty was for your area was
18   Sergeant Dukes, right?
19        A.   Yes, ma'am.
20        Q.   Okay.  And so fair to say on that shift
21   Sergeant Dukes was your direct supervisor?
22        A.   Yes, ma'am.  According to that document.
23        Q.   And do you recall if Sergeant Dukes -- you saw
24   Sergeant Dukes on the night of that shift?
25        A.   Yes, ma'am.  If he was the supervisor, he
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

349689-Officer Redmann Justin   Filed 04/06/24          19

```
 1   would definitely come down to the pod.
 2        Q.   Okay.  He would come down to the pod and do
 3   what?
 4        A.   Supervisors have to do a supervisor check some
 5   point in time during the shift, and sign off on our log
 6   books that we have completed our inventories.  And then
 7   with this situation that occurred, he arrived as well.
 8        Q.   Did you -- did -- before the incident ever
 9   occurred, did Sergeant Dukes come to the -- come to the
10   pod, the G pod?
11        A.   I don't -- I do not recall.
12        Q.   Would Sergeant Dukes do his own check of each
13   dorm every shift?
14             MR. BOGAN:  Object to form.  You can answer.
15             THE WITNESS:  I can't speculate --
16             MR. BOGAN:  You can answer if you know.
17             THE WITNESS:  Yep.  I can't speculate if he
18        checked every dorm, but knowing as a sergeant,
19        you're supposed to check the dorms under your
20        control.
21   BY MS. HARTON:
22        Q.   Every shift?
23        A.   Yes.
24        Q.   Okay.  And by check, what do you mean?
25        A.   You would go down to the housing unit, check
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   with your officers, see if there's anything that they
 2   need out of you while you're there, and then you would
 3   sign their logbooks.  And by logbooks, I mean the
 4   caustics inventory and equipment inventory.
 5       Q.   As the sergeant, do you do any sort of
 6   physical presence in the dorms in front of the inmates?
 7           MR. BOGAN:  Object to form.  Go ahead and
 8       answer if you understand.
 9           THE WITNESS:  Depends on the housing units that
10       we have in the jail.
11   BY MS. HARTON:
12       Q.   Okay.  A sergeant isn't coming down and
13   presenting himself in front of the inmates in every pod
14   in every section, every shift, right?
15       A.   No.
16       Q.   Okay.  All the inmates in Golf Alpha are
17   convicted or accused of sex offenses, correct?
18       A.   Can you re-say that again?  I'm sorry.
19       Q.   Yeah.  Let me -- and I can clarify it, too.
20   In November of 2021, Golf Pod, Alpha Section, was
21   comprised of people who had either been convicted of or
22   were accused of some sort of sex crime, correct?
23           MR. BOGAN:  Object to form.  Go ahead.
24           THE WITNESS:  Yes, to my knowledge.
25   BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  And that -- the -- and there was no
 2   sort of distinction within Golf Alpha, as far as housing
 3   people who were convicted versus housing people who had
 4   been accused of sexual crimes, correct?
 5             MR. BOGAN:  Object to form.  Go ahead.
 6             THE WITNESS:  That would be up to
 7        classifications.
 8   BY MS. HARTON:
 9        Q.   But it -- but to the best of your knowledge,
10   Golf Alpha in November of 2021 consisted of both
11   convicted sex offenders and people who were awaiting
12   trial on their sex offense, correct?
13             MR. BOGAN:  Object to form.  Go ahead.
14             THE WITNESS:  Yes.
15   BY MS. HARTON:
16        Q.   Okay.
17             On the day that Cory was attacked, you were
18   responsible for surveilling and monitoring the inmates,
19   correct?
20        A.   I was responsible for security of the pod.
21        Q.   Does that include surveilling and monitoring
22   the inmates?
23        A.   It could.
24        Q.   Okay.  When wouldn't it?
25        A.   Well, they're -- the inmates are part of the
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1   housing unit.  So if I'm assigned to the security of

 2   that pod, then observing them and taking responsibility,

 3   yes, that would be my job.

 4        Q.   Okay.  And describe to me your

 5   responsibilities, when it comes to surveilling and

 6   monitoring the inmates in Golf Pod in November of 2021.

 7        A.   Can you clarify that a little bit?

 8        Q.   Yeah.  I mean, you have a lot of different

 9   duties that pertain to, you know, maintaining security

10   of the pod, which might include, you know, keeping an

11   eye on inmates and it might include making sure all the

12   doors are locked, right.  There's just a -- kind of

13   different categories of things that you as a deputy need

14   to do when you're surveilling a pod, right?

15        A.   Yes.

16        Q.   Okay.  So I just want to kind of focus in on

17   sort of -- on a -- on a typical shift in November of

18   2021 in Golf Pod, what did you do to sort of make sure

19   that you were keeping an eye on the inmates in Golf Pod?

20        A.   If I had opportunities such as -- I don't want

21   to say downtime, that's a bad word to use.  But if I had

22   time that was open to where I wasn't filled up with

23   doing moves or other paperwork, then I would have either

24   the camera system up, or what I would do on night shift

25   is I would actually walk around the rovers' area

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1   visually inspecting through the windows, with myself,

 2   the sections.

 3        Q.    Night shift, you're inspecting through the

 4   windows?

 5        A.    I could use the cameras or the windows, but at

 6   nighttime, so that I'm not sitting for a prolonged

 7   period of time and I -- I'm moving, I would actually

 8   just walk circles and laps around the rovers' area so

 9   that I'm seeing each individual through the windows --

10   or individual section, not individual inmate, excuse me.

11        Q.    And that is part of your requirement to do

12   with the hourly check?

13        A.    Yes.  Every hour we have to do a check where

14   we walk through each individual section.

15        Q.    Okay.  So during the hourly checks, you are

16   physically exiting the rovers' section and going into

17   the dorms, correct?

18        A.    Yes.

19        Q.    Okay.  Those hourly checks are the only times

20   that you are conducting some sort of security check

21   physically in the dorms, right?

22             MR. BOGAN:  Object to form.  Go ahead.

23             THE WITNESS:  Those are the only times that

24        we're required to do a physical check inside the

25        housing section.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

BY MS. HARTON:

1

2    Q.   Okay.  On November 6, 2021, what time did your

3 shift start?

4    A.   6:00 p.m.

5    Q.   And what time was it over?

6    A.   6:00 a.m. the following day.

7    Q.   Do you still work night shift?

8    A.   No, ma'am.

9    Q.   How many times did you physically walk into

10 Golf Alpha during your shift on the night of Cory

11 Merchant's attack?

12    A.   I would have no way of being able to answer

13 that accurately.

14    Q.   Do you know if you conducted the hourly checks

15 yourself?

16    A.   Yes.

17    Q.   You did all of them, not Miller?

18       MR. BOGAN:  Object to form.  Go ahead.

19       THE WITNESS:  No, I can't say that I did all of

20    them.  I can't say that Miller did all of them.  We

21    did the checks.

22 BY MS. HARTON:

23    Q.   Okay.

24    A.   But I can't say who did how many, if I did

25 more, he did more.  That's -- that's too hard to judge.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  But as you sit here today, you're sure

2    that both of you -- between the two of you, you

3    performed the required hourly checks on the night of

4    Cory Merchant's attack, right?

5    A.   Yes.

6    Q.   Have you ever missed a check before?

7         MR. BOGAN:  Object to go ahead.

8         THE WITNESS:  Not that comes to mind.

9    BY MS. HARTON:

10   Q.   Have you ever met Eric Lutterloah?

11        MR. BOGAN:  Object to form.  Go ahead.

12        THE WITNESS:  As an inmate.

13   BY MS. HARTON:

14   Q.   Okay.  Prior to the attacks on Cory Merchant,

15   had you ever met him?

16        MR. BOGAN:  Object to form.  Go ahead.

17        THE WITNESS:  As an inmate.

18   BY MS. HARTON:

19   Q.   What do you mean?

20   A.   As my interactions with him would be me doing

21   head count, providing him with a tray, that's how I

22   would get to know him as who he is.

23   Q.   And had you gotten to know him before he

24   attacked Cory Merchant?

25   A.   In what capacitation, though?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1       Q.    I'm using your words.  You said you would get

 2   to know him.  To what extent did you get to know him

 3   before he attacked Cory Merchant?

 4       A.    I learned his name and his housing.

 5       Q.    Okay.  You didn't know anything about his

 6   personality?

 7       A.    No, ma'am.

 8       Q.    What about Cory, did you -- did you get to

 9   know him at all besides his name?

10       A.    In the same capacitation as Lutterloah.

11       Q.    When you do those head counts every hour

12   during the night shift, describe to me physically where

13   you were going in Golf Alpha?

14       A.    We only do two head counts on night shift.  We

15   do the security checks every hour.

16       Q.    Excuse me.  Describe to me what you are

17   physically doing when you conduct those hourly security

18   checks?

19       A.    Walking through the housing area, you don't

20   have a specific pattern, you pick your pattern as you

21   go, and you're just observing for if the inmates have

22   tampered with the security of the building in any way,

23   shape, or form, or if there has been any abnormalities.

24   Is anybody breathing heavy?  Is there anybody that has

25   any kind of observable injury?  You're looking for

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    anything that would be, in essence, out of the normal
 2    day to day as far as is an inmate that normally snores,
 3    not snoring, things like that.  Something that would
 4    draw your attention to it.
 5         Q.   Do you leave the sort of day room area and go
 6    through the bunks or do -- like where --
 7         A.   Yes.  You go through the bunk.
 8         Q.   Okay.  You go through the bunks?
 9         A.   Yes.
10         Q.   Have you ever conducted a check by just sort
11    of popping your head into the dorm, taking a look
12    around, and then going back into the Rover area?
13              MR. BOGAN:  Object to form.  Go ahead.
14              THE WITNESS:  Not to my knowledge.
15    BY MS. HARTON:
16         Q.   Okay.  Have you ever conducted a check by just
17    pacing back and forth to the day room area and not
18    actually going into where the bunks are?
19              MR. BOGAN:  Object to form.  Go ahead.
20              THE WITNESS:  I'd have to say yes, but it
21       doesn't pertain to that housing unit.
22    BY MS. HARTON:
23         Q.   Say more about that?
24         A.   So when you work in a confinement area and the
25    inmate's housing or bunking areas behind a door, you're
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   technically walking through a house -- the day room area
 2   according to the layout of the jail in the different --
 3   into a lockdown section.
 4       Q.   And I'm specifically talking about Golf Alpha,
 5   have you ever just sort of walked through the day room
 6   area where the tables are without going towards the
 7   bunks when conducting your security checks?
 8            MR. BOGAN:  Object to form.  Go ahead.
 9            THE WITNESS:  I may have, but I had make it a
10       pretty good rule to make sure I go through with the
11       whole section.
12   BY MS. HARTON:
13       Q.   Why do you say that you may have then?
14       A.   So if I'm going through and it's two of us
15   going into the housing area together and, we'll say
16   Corporal Miller, for the sake of this conversation, he
17   went through the housing in the bunk area, I'll take
18   another section of that housing area to inspect.  Does
19   that make sense?
20       Q.   No.  No, because I'm asking specifically about
21   conducting checks by not going into the bunk area, by
22   staying in the day room area.  Do you understand --
23   let's -- let me retract that question.  I'll just show
24   you.  Okay.  I am showing you Exhibit 15.  Okay.  Can
25   you see my screen?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              (EXHIBIT 15 MARKED FOR IDENTIFICATION)
 2        A.   Yes, ma'am.
 3   BY MS. HARTON:
 4        Q.   Okay.  So this is a screenshot of Golf Alpha;
 5   is that fair?
 6        A.   Yes, ma'am.
 7        Q.   Okay.  It's the video.  I paused it so that
 8   we're just kind of looking at the layout of Golf Alpha.
 9   And you see how in the dorm there's a section that's
10   just picnic tables and then there's a section towards
11   the back that is inmate bunks, right?
12        A.   Yes, ma'am.
13        Q.   Okay.  And off -- out of the camera to the
14   right, that's where the entrance to the Rover area is,
15   right?
16        A.   Yes, ma'am.
17        Q.   Okay.  So my question to you is:  In
18   surveilling Golf Alpha, have you ever considered your
19   security check complete by just sort of pacing through
20   this area where the picnic tables are rather than
21   walking back into the bunk area?
22             MR. BOGAN:  Object to form.  Go ahead.
23             THE WITNESS:  Not that I recall.
24   BY MS. HARTON:
25        Q.   Okay.  That would not be a complete security
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   check, right?
 2              MR. BOGAN:  Object to form.
 3              THE WITNESS:  Technically, in my ideology, no.
 4   BY MS. HARTON:
 5        Q.   Okay.  Why is that?
 6        A.   I feel that a proper security check is
 7   investigate -- or not investigating, excuse me, is
 8   walking through the entire section and making sure that
 9   your area is secure.
10        Q.   Okay.  Have you ever done a shortened version
11   of the security checks that you're supposed to do?
12              MR. BOGAN:  Object to form.
13              THE WITNESS:  Not that I recall.
14   BY MS. HARTON:
15        Q.   Okay.  Where do you document the completed
16   security checks?
17        A.   On the computer system that we use for the
18   jail management.
19        Q.   And is that the same place where you document
20   the head counts?
21        A.   Yes.
22        Q.   And is that the same place that you document
23   any sort of, you know, unusual occurrence that happened
24   during your shift?
25        A.   Yes, ma'am.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   At the time that the -- eric Lutterloah

2    attacked Cory Merchant, you were in the Rover, right?

3    The Rover area?

4      A.   Yeah.  Yes, ma'am.  --

5      Q.   And you were alone -- you were alone, right?

6      A.   Yes, ma'am.

7      Q.   Okay.  Do you know where your partner, Miller,

8    was?

9      A.   I believe he was on a break or breaking

10   somebody.

11     Q.   Is that -- is that common, that you would be

12   left alone in the Rover while the other officer is, you

13   know, off doing something else away from the pod?

14          MR. BOGAN:  Object to form.  You can answer.

15          THE WITNESS:  Yes.

16   BY MS. HARTON:

17     Q.   Okay.  What -- so what exactly were you doing

18   when Eric Lutterloah attacks Cory Merchant?

19     A.   I don't recall the specifics of what I was

20   doing.

21     Q.   And you -- okay.  Well, how did you learn that

22   Cory Merchant had been attacked?

23     A.   An inmate banged on the glass window and said,

24   man down.

25     Q.   Is that common that you would learn something

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1    was wrong in the area in the -- in the dorms by an

 2    inmate banging on the door and letting you know?

 3              MR. BOGAN:  Object to form.

 4              THE WITNESS:  Not necessarily.

 5    BY MS. HARTON:

 6         Q.   Okay.  So what did you do when the inmate

 7    banged on the door?

 8         A.   I responded to the section and went inside the

 9    section with the inmate.

10         Q.   And what'd you see when you went inside the

11    section?

12         A.   I'd have to go off the video.  I don't recall

13    what I'd seen specifically.

14         Q.   Okay.  Well, you eventually got to where Cory

15    Merchant was, right?

16         A.   Yes, ma'am.

17              MR. BOGAN:  Hold on one second.  We lost the

18         video there.  He's connecting.

19              THE WITNESS:  Is that screen blacked out as

20         well?

21              MR. BOGAN:  It's coming back.

22              THE WITNESS:  It's coming back.  Can you see

23         us?

24              MS. HARTON:  I can see.  Just fine --

25              MR. BOGAN:  I think it always --
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  Okay.
 2              MR. BOGAN:  -- know what happened.  Okay. We're
 3        back.  Can you repeat the last question?
 4    BY MS. HARTON:
 5        Q.   Okay.  So you go into the dorm and you see
 6    Cory Merchant, right?
 7        A.   Not initially.
 8        Q.   Okay.  You eventually walk to the bunk area
 9    where he -- where he's laying on the ground, right?
10        A.   Yes.
11        Q.   Okay.  And then you see him laying on the
12    ground, and he's moving, correct?
13        A.   Yes.
14        Q.   Okay.  Can you describe his movements for me?
15        A.   He was laying on his back and he was kind of
16    rocking side to side.
17        Q.   Okay.
18        A.   Left to right.
19        Q.   Did he look like he was in pain?
20              MR. BOGAN:  Object to form.  Go ahead.
21              THE WITNESS:  I can't decipher if he was in
22        pain or not.
23    BY MS. HARTON:
24        Q.   Was he -- well, did he look like it?
25              MR. BOGAN:  Object to form.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  That look can vary person to
 2        person, how everybody displays pain.
 3   BY MS. HARTON:
 4        Q.   Okay.  Well, was he wincing?
 5        A.   No.
 6        Q.   Was he making any sort of noise?
 7        A.   Almost like a humming sound.
 8        Q.   Okay.  Was he -- what did his face look like?
 9        A.   Eyes open, staring at the ceiling.
10        Q.   Okay.  And you -- did you see anything coming
11   out of his ear?
12        A.   I don't recall.
13        Q.   Okay.  Did you see him bleeding at all?
14        A.   I -- I don't recall.
15        Q.   Okay.  Is there anything else that you recall
16   about Cory's condition at the time that you saw him
17   laying on the floor?
18        A.   I remember when he was rocking back and forth,
19   that his arms were out to his sides and I kind of tried
20   to contain him, so he didn't hit his head or move around
21   and potentially cause any more injury.
22        Q.   About how long were you trying to contain him
23   while he was trying to move?
24        A.   Until medical and backup got there to help
25   out.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

34950-Officer Rountree Dublin  04/06/24                                    35

```
 1        Q.    Okay.  So a few minutes?

 2        A.    I guess so, yes.

 3        Q.    Okay.  And he was moving that whole time?

 4        A.    Yes, ma'am.

 5        Q.    Okay.  Was he moving when medical got there?

 6        A.    As far as I remember, he was like that rocking

 7   motion that I described.

 8        Q.    When you do the security checks, you're

 9   supposed to do them every hour.  Is there some sort of

10   electronic timer that you are beholden to in the -- in

11   the Rover area?

12        A.    No.

13        Q.    Okay.  So you just kind of keep an eye on the

14   clock and decide, okay, it's been an hour, it's time for

15   me to go back in?

16        A.    Yes, ma'am.

17        Q.    Do you stagger within the hour at all so that

18   it's unexpected for inmates or do you go on the dot?

19        A.    On the dot.

20        Q.    Would you agree that one of the purposes of

21   those security checks is to maintain inmate safety?

22        A.    Yes.

23        Q.    Inmates get into physical altercations while

24   in the jail, right?

25             MR. BOGAN:  Object to form.  Go ahead.
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  Yes.
 2   BY MS. HARTON:
 3        Q.   What are your duties as a deputy in responding
 4   to a physical altercation between two inmates?
 5        A.   To stop the situation as quickly as possible
 6   and then have them seen by medical shortly thereafter.
 7        Q.   You're supposed to intervene and stop the
 8   situation?
 9        A.   Yes.
10        Q.   Okay.  Is there --
11        A.   If we are -- if we are knowledgeable of the
12   fight and it is occurring, as we witness it, we respond
13   and we stop it.  If it is a fight that we didn't see,
14   but we hear about it or learn about it, then we
15   investigate it.
16        Q.   Okay.  And so if inmates are getting into a
17   fight, you're not allowed to hang back and call for
18   backup and let the altercation end on its own?
19              MR. BOGAN:  Object to form.
20              THE WITNESS:  That depends on the situation.
21   BY MS. HARTON:
22        Q.   Okay.  What does it depend on?
23        A.   That would be the officer's discretion as far
24   as the situation surrounding it.
25        Q.   Okay.  So when you said that you intervene --
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    you're supposed to intervene in a physical altercation,
 2    you actually meant that you have discretion to intervene
 3    depending on the situation; is that fair?
 4            MR. BOGAN:  Object to form.  Go ahead.
 5            THE WITNESS:  Yes, ma'am.
 6    BY MS. HARTON:
 7        Q.   Okay.  And once the altercation is over, what
 8    are you supposed to do?
 9        A.   Take them to medical as security
10    advantageously as we can, so as quickly as we can with
11    being safe.
12        Q.   Do you write a report?
13        A.   Once the -- everything is concluded.
14        Q.   Has there ever been a -- an -- a physical
15    altercation between inmates that you did not take them
16    to medical?
17        A.   No.
18        Q.   Has there ever been an altercation between
19    inmates where you did not write a report?
20            THE WITNESS:  No.
21            MR. BOGAN:  Object to form.  Go ahead.  You
22        already answered, but I just wanted to note I object
23        to that question.
24            THE WITNESS:  Yes.
25            MR. BOGAN:  All right.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   BY MS. HARTON:
 2        Q.   But you don't know about every incident of
 3   violence in the in the jail, right?
 4        A.   No.
 5        Q.   Okay.  And that's because when you were in the
 6   Rover area, you were supervising well over 200 inmates
 7   at one time, many times alone, right?
 8             MR. BOGAN:  Object to form.
 9             THE WITNESS:  That wouldn't be the reason why I
10       don't know of all of the violence in the jail.
11   BY MS. HARTON:
12        Q.   Okay.  No -- well, I'm talking specifically
13   about your pod?
14        A.   Okay.  So specifically to my pod, I would only
15   be pervy [sic] to the knowledge of -- I can only take
16   care of what's happening while I'm there.  But if we do
17   gain knowledge that something's occurring while we're
18   there, then we handle it.
19        Q.   But it's pretty likely that incidents of
20   violence in the jail will occur without -- in your pod
21   while you were on shift without you noticing it, right?
22             MR. BOGAN:  Object to form.
23             THE WITNESS:  Not necessarily.
24   BY MS. HARTON:
25        Q.   Okay.  Well, you're in -- you're in the Rover
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

149589-Officer Reddin Justin Qustin 04/04/2024          39

```
 1    Pod, and it's -- you said earlier that you are often

 2    alone -- and G Pod has well over 200 inmates, fair?

 3         A.   Yes.

 4         Q.   Okay.  And it's impossible for you, as a

 5    deputy, to look into all four sections of the pod at

 6    once, right?

 7              MR. BOGAN:  Object to form.

 8              THE WITNESS:  With the camera system, we can

 9        see all four sections at the same time.

10    BY MS. HARTON:

11         Q.   And the camera sections have blind spots,

12    correct?

13              MR. BOGAN:  Object to form.

14              THE WITNESS:  Yes.

15    BY MS. HARTON:

16         Q.   Yeah.  There are parts that are on the camera

17    that you can't see, right?

18         A.   Yes.

19         Q.   Okay.  And there are parts of the -- on the

20    cameras of the sections that are blocked by the inmates

21    bunk beds, right?

22              MR. BOGAN:  Object to form.

23              THE WITNESS:  Yes.

24    BY MS. HARTON:

25         Q.   So again, when you were in the Rover Pod,
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   there's quite a bit of G Pod area that you cannot see,

 2   fair?

 3           MR. BOGAN:  Object to form.

 4           THE WITNESS:  No.

 5   BY MS. HARTON:

 6       Q.   You would -- so you even see every inch of G

 7   Pod from the Rover area?

 8           MR. BOGAN:  Object to form.

 9           THE WITNESS:  No, I can't see every inch.  You

10      said that there's a large quantity that I can't see.

11      Compared to the size of the housing unit, there's

12      the bulk that I can see and the minimal that I

13      cannot.

14   BY MS. HARTON:

15       Q.   There are places in G Pod that you cannot see

16   from the Rover area where altercations can occur, right?

17           MR. BOGAN:  Object to form.

18           THE WITNESS:  Yes.

19   BY MS. HARTON:

20       Q.   And unless you happen to be looking right at

21   that area at that time or an inmate notifies you of the

22   altercation, you would not be made aware of that

23   altercation, correct?

24           MR. BOGAN:  Object to form.

25           THE WITNESS:  Correct.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

BY MS. HARTON:

    Q.    In November of 2021, how long had you been
working in the Golf Pod?

    A.    I wouldn't be able to answer that accurately.

    Q.    Had it been months?

    A.    I can't answer that accurately.

    Q.    Was it a brand new assignment?

    A.    No.

    Q.    Okay.  When you saw Cory laying on the ground
after the -- after the attack, was he breathing?

    A.    I don't recall.

    Q.    At the time that the incident occurred, were
you watching the section cameras?

    A.    Not that I recall.

    Q.    Okay.  What other duty would you have been
performing then if you weren't watching the cameras?

    A.    I could have been walking around the section -
- not the section, the Rovers area like I spoke about
earlier.

    Q.    When those -- so you said that sometimes you
are left alone in the Rover area while another -- your
partner goes and does something else, right?

    A.    Yes.

    Q.    And when you conduct those security checks, do
you ever do those when your partner is away, leaving the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1   Rover area empty?
 2       A.   If need be.
 3       Q.   Okay.  So there are times when the Rover area
 4   is completely empty and you're in -- and officers are
 5   not in -- strike that.
 6            There are times when the Rover area is
 7   completely empty, right?
 8            MR. BOGAN:  Object to form.
 9            THE WITNESS:  Yes.
10   BY MS. HARTON:
11       Q.   About how many times does that occur per
12   shift?
13            MR. BOGAN:  Object to form.
14            THE WITNESS:  There's no way to answer that
15       specifically.
16   BY MS. HARTON:
17       Q.   I mean, would you describe it as common, rare?
18            THE WITNESS:  Uncommon.  Rare --
19            MR. BOGAN:  Object to form.  Go ahead.
20            THE WITNESS:  Oh, sorry.
21            MR. BOGAN:  That's all right.
22            THE WITNESS:  Uncommon.  Rare.
23   BY MS. HARTON:
24       Q.   Have you ever heard of Friday night fight
25   nights?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                MR. BOGAN:  Object to form.
 2                THE WITNESS:  I've heard of the term, yes.
 3     BY MS. HARTON:
 4          Q.   What do you understand the term to mean?
 5                MR. BOGAN:  Object to form.  Go ahead.
 6                THE WITNESS:  From the way it sounds is that
 7        Friday night, somebody's going to fight.
 8     BY MS. HARTON:
 9          Q.   Have you ever heard of Friday night -- Friday
10     night fight nights occurring in the Marion County Jail?
11                MR. BOGAN:  Object to form.
12                THE WITNESS:  I've heard the term in the jail.
13     BY MS. HARTON:
14          Q.   In what context?
15          A.   I don't recall.
16          Q.   Have you heard inmates say it?
17          A.   Potentially.
18          Q.   Have you heard officers say it?
19          A.   Potentially.
20          Q.   Okay.  So you -- you've heard that term be
21     used in the jail, but you have no idea what the context
22     is?
23          A.   I don't recall the source of Friday night.
24          Q.   Okay.  And are you aware of fights on Friday
25     nights occurring as part of these Friday night fight
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   nights?
 2              MR. BOGAN:  Object to form.
 3              THE WITNESS:  Not to my knowledge, set up
 4       specifically for a Friday night.
 5   BY MS. HARTON:
 6       Q.   Would that surprise you if that were true?
 7              MR. BOGAN:  Object to form.
 8              THE WITNESS:  Would it surprise me if there was
 9       a fight specifically because of a terminology?
10   BY MS. HARTON:
11       Q.   Yeah, it -- would it surprise you if there was
12   something called Friday night fight nights where inmates
13   were getting together and facilitating physical
14   altercations?
15              MR. BOGAN:  Object to form.
16              THE WITNESS:  Can't say that I'm necessarily
17       surprised by it.
18   BY MS. HARTON:
19       Q.   Why not?
20              MR. BOGAN:  Object to form.
21              THE WITNESS:  I mean, the degree of what
22       surprises one person is substantial to that
23       individual. It's like asking are you surprised that
24       there's a fighting ring called UFC?
25   BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

349849-Officer Reumont Rustin   Filed 04/06/24
45

```
 1         Q.   Right.  But why doesn't that specifically

 2   surprise you, about the inmates at the Marion County

 3   Jail?

 4              MR. BOGAN:  Object to form.

 5              THE WITNESS:  It just doesn't.  I mean, the

 6         inmates have nothing but time, so therefore they can

 7         come up with sayings.  They can come up with lingo.

 8         We have aspiring rappers that put lyrics together.

 9         So I would not be surprised by a fight occurring and

10         an inmate putting a twist to it with verbiage.

11   BY MS. HARTON:

12         Q.   Well, I'm asking, would it surprise you if

13   consistently inmates were getting together on Friday

14   nights, specifically for the occasion of a weekly fight

15   night?

16              MR. BOGAN:  Object to form.

17              THE WITNESS:  Yes.  I would be surprised by

18         that.

19   BY MS. HARTON:

20         Q.   Okay.  And why is that?

21              MR. BOGAN:  Object to form.

22              THE WITNESS:  That the inmates would be able to

23         organize something like that on a week to week basis

24         and the staff would not intervene would surprise me.

25   BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

349889-Officer Recruitment Austin  Filed 04/30/24     46

```
 1        Q.   Do you believe that detainees are sometimes
 2   reluctant to report violent incidents where they're the
 3   victim?
 4            MR. BOGAN:  Object to form.
 5            THE WITNESS:  So are you asking if that's in my
 6       opinion, if they are?
 7   BY MS. HARTON:
 8        Q.   Yeah, your -- just your understanding?
 9        A.   I would have to say that depends on the inmate
10   and their character.
11        Q.   It happens, though, where inmates are
12   reluctant to report crimes where they're the victims
13   because they don't want to be labeled a snitch, right?
14            MR. BOGAN:  Object to form.
15            THE WITNESS:  That would depend on the
16       character of the inmate.
17   BY MS. HARTON:
18        Q.   I'm not asking about specific inmates.  I'm
19   asking generally.
20            MR. BOGAN:  Object to form.
21            THE WITNESS:  I can't answer that in a general
22       capacitation, though.
23   BY MS. HARTON:
24        Q.   Sergeant Kosinski, you've worked at the Marion
25   County Jail since 2009, right?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1        A.   Yes, ma'am.
 2        Q.   And you've interacted with inmates on a daily
 3   basis since 2009, right?
 4        A.   Yes, ma'am.
 5        Q.   And you're telling me you have no idea if
 6   detainees sometimes feel reluctant to report crimes
 7   against them because they're worried about being labeled
 8   a snitch?
 9             MR. BOGAN:  Object to form.
10             THE WITNESS:  I can speculate that they don't
11        come to us with information because they don't want
12        to be labeled a snitch, but I can't give an absolute
13        if they do or do not.
14   BY MS. HARTON:
15        Q.   Okay.  But that's something that -- that's a
16   concern that you've heard from inmates before, right?
17             MR. BOGAN:  Object to form.
18             THE WITNESS:  Can you repeat that question? I'm
19        sorry.
20   BY MS. HARTON:
21        Q.   You -- you've heard inmates, you know, relay
22   their concerns, that they don't want to report certain
23   things because they don't want to be labeled a snitch,
24   right?
25             MR. BOGAN:  Object to form.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  In a roundabout way.
 2   BY MS. HARTON:
 3        Q.   What do you mean, in a roundabout way?
 4        A.   It could just -- I don't want to say
 5   specifically.  They can say something as far as they
 6   didn't see anything or they ain't no snitch or something
 7   along those lines, if questioned.
 8        Q.   It wouldn't surprise you to learn that
 9   physical altercations occur in the jail without ever
10   being reported to officers because the victims are
11   concerned about being labeled a snitch, fair?
12              MR. BOGAN:  Object to form.
13              THE WITNESS:  Can you say -- break that down a
14        little bit for me?  I'm sorry.
15   BY MS. HARTON:
16        Q.   Yeah, I can break it down.  Physical
17   altercations occur in the jail without officers ever
18   finding out about it, right?
19              MR. BOGAN:  Object to form.
20              THE WITNESS:  Maybe.  Potentially.
21   BY MS. HARTON:
22        Q.   Okay.  It wouldn't surprise you if a physical
23   altercation happened and no one told you about it,
24   right?
25              MR. BOGAN:  Object to form.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  Not necessarily.  No.  It
 2      wouldn't surprise me.
 3  BY MS. HARTON:
 4      Q.   Okay.  And one of the reasons why it might not
 5  surprise you is because you understand that sometimes
 6  inmates are reluctant to report being victims of crimes,
 7  right?
 8              MR. BOGAN:  Object to form.
 9              THE WITNESS:  Sure -- or, yes.  Excuse me.
10      Q.   I am going to show you Exhibit 14.  Can you
11  see this document?
12              (EXHIBIT 14 MARKED FOR IDENTIFICATION)
13      A.   Yes, ma'am.
14  BY MS. HARTON:
15      Q.   Okay.  I'm going to scroll up.  This is an
16  incident report, number 210005382; you see that?
17      A.   Yes, ma'am.
18      Q.   And it's dated -- the incident date is
19  November 7, 2021, right?
20      A.   Yes, ma'am.
21      Q.   And this so for the record, this is Exhibit
22  14. And it -- you are the officer who wrote this report,
23  right?
24      A.   Yes, ma'am.
25      Q.   Okay.  I'm going to give you a minute just to
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1    read this to yourself and just let me know when you're
 2    -- when you're ready.
 3              THE REPORTER:  And just for the record, this is
 4       being marked as Exhibit 14?
 5              MS. HARTON:  Yes.
 6              THE WITNESS:  Okay.  I've completed with
 7       reading.
 8    BY MS. HARTON:
 9       Q.   Okay.  So here you say that you reviewed the
10    section cameras and Lutterloah at some point got out of
11    his bunk, correct?
12       A.   Yes.
13       Q.   Okay.  This occurred, the incident, where
14    Lutterloah attacked Cory Merchant occurred during
15    lockdown, correct?
16       A.   Yes.
17       Q.   Okay.  And so during lockdown, inmates are not
18    supposed to be out of their assigned bunks, right?
19              MR. BOGAN:  Object to form.  Go ahead.
20              THE WITNESS:  Unless using the restroom.
21    BY MS. HARTON:
22       Q.   Okay.  Was it common for you to see inmates
23    standing around during lockdown near their bunks instead
24    of being in their assigned bunks?
25              MR. BOGAN:  Object to form.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  It was common to see them
 2         standing around by their bunks.  Certain inmates
 3         would, or night owls, I guess you could say.
 4    BY MS. HARTON:
 5         Q.   Okay, but that's a violation of, you know,
 6    what they're supposed to be doing, right?
 7         A.   They're supposed to be on their bunk or their
 8    bunk area.
 9         Q.   Oh, in their bunk area?  So they don't have to
10    be on their assigned bunk?
11         A.   That's one of those -- so according -- I -- I
12    don't want to quote the policy, but yes, they're
13    supposed to be on their bunk after lockdown hours.
14         Q.   But --
15         A.   But it's officer discretion.  If they're
16    standing at their bunk, say, reading a book or with --
17    certain religions may be praying, something like that,
18    that's officer discretion.
19         Q.   What if they're talking --
20         A.   (Inaudible) -- if they stay away from --
21         Q.   -- talking to other inmates?
22         A.   If they're at their housing area, such as one
23    bunk to the next bunk, but they're in their housing
24    area, they can communicate with other inmates.
25         Q.   If -- even if they're off their assigned bunk?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1        A.   They should not be away from their assigned

 2   housing area.

 3        Q.   **What do you mean by assigned housing area?**

 4        A.   Their bunk.

 5        Q.   **Okay.  So if you were the deputy on shift that**

 6   **night and you looked out into Golf Alpha and you saw,**

 7   **you know, a bunch of inmates kind of standing around**

 8   **talking to each other past lockdown, you would not**

 9   **intervene, right?**

10             MR. BOGAN:  Object to form.

11             THE WITNESS:  Can you repeat the question?  I'm

12        sorry.  Does that make you have to object again?

13             MR. BOGAN:  It's okay.  I can do it.

14             THE WITNESS:  I'm sorry.

15   BY MS. HARTON:

16        Q.   **If you were the deputy on shift one night in**

17   **Golf Pod and you looked out into the Alpha section and**

18   **you saw a bunch of inmates out of their bunk, kind of**

19   **hanging around, you would not go into the section and**

20   **tell them, hey, get back in your bunk, right?**

21             MR. BOGAN:  Object to form.

22             THE WITNESS:  Depending on the crowd and where

23        the crowd is, I would open up the door and tell them

24        through this -- like, breach the section door and

25        tell them that they need to get to their bunk.  If

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        I'm in the section, doing a security check, then I
 2        would tell them to get to their assigned bunks as
 3        well.
 4   BY MS. HARTON:
 5        Q.   But you understand the policy to give you
 6   discretion and decide whether, based on those
 7   circumstances, you need to tell them to get back in
 8   their bunks during lockdown?
 9            MR. BOGAN:  Object to form.
10            THE WITNESS:  Yes, and the discretion, it would
11        be, as far as -- if we want to push the issue with
12        disciplining them for that breaking of the rule.
13   BY MS. HARTON:
14        Q.   What do you mean?
15        A.   So if an inmate breaks a rule, such as being
16   off their bunk, it's -- it's my perception that we -- we
17   can counsel them.  We don't necessarily have to give
18   them a disciplinary report due to them being off of
19   their bunk.
20        Q.   But do you have to counsel them?  Are you
21   required to counsel them and tell them to get back in
22   their bunk?
23        A.   It's good practice for the deputies to tell
24   them to get back to their beds, yes.
25        Q.   Sir, that's not my question.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   Say it again.
 2        Q.   Are you required to, based on the policy?
 3        A.   I'm sorry, you broke up.
 4        Q.   Are you required to order an inmate to get
 5   back in their bunk if you see that they are out of their
 6   bunk, not using the restroom, during lockdown?
 7             MR. BOGAN:  Object to form.
 8             THE WITNESS:  Yes.
 9   BY MS. HARTON:
10        Q.   Okay.  But sometimes you allow inmates to just
11   kind of hang around, standing, you know, in the bunk
12   area during lockdown, right?
13             MR. BOGAN:  Object to form.
14             THE WITNESS:  If it's their assigned bunk.
15   BY MS. HARTON:
16        Q.   Okay.  I'm going to show you this video again.
17   This is Exhibit 15.  And again, this is a -- this is a
18   video of Golf Pod Alpha Section on the night of -- with
19   the attack on Cory Merchant.  Okay.
20             (VIDEO RECORDING PLAYS)
21             (VIDEO RECORDING STOPS)
22   BY MS. HARTON:
23        Q.   So you see in this still that there are
24   multiple inmates standing up in the bunk area, right?
25             MR. BOGAN:  Object to form.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

349-4W Officer Yusifov Yusifin 04/06/2024

```
 1            THE WITNESS:  From my view and where I sit, I
 2      can see three clearly.
 3   BY MS. HARTON:
 4       Q.   Okay.  And we're at one hour, eight minutes
 5   and 54 seconds.  Seeing this, these -- this is after
 6   lockdown hours.  Would this be a violation of the
 7   lockdown policy with these inmates standing up around
 8   the bunks?
 9       A.   Yes.
10       Q.   Okay.  So my question to you, Sergeant, if you
11   were to see that situation occurring, where they're
12   outside their bunks in violation of lockdown policy, are
13   you required to intervene --
14       A.   We're required to tell them to tell them to
15   get back to their --
16       Q.   -- under Marion County policy?
17       A.   We're required to tell them to get back to
18   their beds.
19       Q.   Okay.  Did you do that in this situation?
20       A.   No.  Right now at -- are we referring to the
21   video as we see it?  No, I did not.
22       Q.   On that evening, at any time, did you enforce
23   the lockdown policy by telling inmates to get back into
24   their bunks?
25            MR. BOGAN:  Object to form.  Go ahead.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1              THE WITNESS:  I don't recall.
 2    BY MS. HARTON:
 3         Q.   But you said earlier that sometimes, based on
 4    your discretion of the situation, you would allow
 5    inmates to be out of their bunks during lockdown without
 6    telling them to get back in their bunks, right?
 7         A.   If they're --
 8              MR. BOGAN:  Object to form.  Go ahead.
 9              THE WITNESS:  If they're at their bedding area.
10    BY MS. HARTON:
11         Q.   Okay.  The policy does not say bedding area,
12    does it?
13         A.   I don't have it in front of me, so I don't
14    know it verbatim.
15         Q.   The policy requires them to be physically on
16    their bunk unless they're using the bathroom, correct?
17         A.   I don't have the actual verbiage in front of
18    me.
19              MS. HARTON:  Okay.  I can show it to you in a
20         little bit.  Okay.  Actually, I want to go back to
21         the video.  And I'm going to go back to the
22         beginning and we're going to start at one hour,
23         eight minutes, and 36 seconds.  I'm going to play
24         it.
25              (VIDEO RECORDING PLAYS)
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                  (VIDEO RECORDING STOPS)
 2     BY MS. HARTON:
 3          Q.   So at about one hour, nine minutes, and eight
 4     seconds, you saw -- did you see one individual strike
 5     another individual?
 6          A.   Yes.
 7          Q.   Okay.  And you understand that now to be Eric
 8     Lutterloah striking Cory Merchant, correct?
 9          A.   Yes.
10          Q.   Okay.  And so here we're at one hour, nine
11     minutes, and eight seconds.  I'm going to keep playing
12     it, but there are multiple strikes, correct?
13               MR. BOGAN:  Object to form.
14               THE WITNESS:  Yes.
15     BY MS. HARTON:
16          Q.   I can -- I can rephrase.  Eric Lutterloah
17     struck Cory Merchant multiple times, correct?
18               MR. BOGAN:  Object to form.
19               THE WITNESS:  Sorry, what does the object to
20          form mean again?  I'm -- I'm sorry to interrupt.
21               MR. BOGAN:  So you can -- yeah.  I'm just
22          reserving my right to have the Court rule at a later
23          point --
24               THE WITNESS:  Okay.
25               MR. BOGAN:  -- that I have an objection as to
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

34300-Officer Reumont-Dublin   Filed 04/06/24
58

```
 1        the way this question has been phrased and I'm not
 2        supposed to be instructing you how to answer the
 3        question right now.
 4            THE WITNESS:  Okay.
 5            MR. BOGAN:  I'm just telling -- I'm reserving
 6        my right to take it up with the Court at a later
 7        point. So if you understand the question, and then
 8        you can answer it, then answer.
 9            THE WITNESS:  Okay.  Yes.  It appears that
10        Lutterloah has struck Cory Merchant several times at
11        this point in the video.
12   BY MS. HARTON:
13      Q.   Okay.  And you at this point are in the Rover
14   section, correct?
15            MR. BOGAN:  Object to form.
16            THE WITNESS:  I believe I am.  I would be, yes.
17      Sorry.
18   BY MS. HARTON:
19      Q.   Okay.  And why do you qualify it in that way?
20      A.   Well, what do you mean qualify?
21      Q.   Well, either you were in the Rover section or
22   you weren't.  So why -- you -- it feels like you're kind
23   of like, I believe I was.  So what's the qualification?
24      A.   I may have been coming out of another section
25   from doing a check or I may have been -- there's like a
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   little hallway in the back that we have.  And I might
 2   have been standing in there, grabbing something out of
 3   the refrigerator, potentially.
 4       Q.   Okay.  And you -- at -- you did not intervene
 5   at any point when this altercation was occurring,
 6   correct?
 7       A.   No, I was -- I did not have knowledge of the
 8   altercation until the inmate came and got me through the
 9   glass.
10       Q.   Okay.  So again, the altercation started at
11   around one hour and eight minutes.  So now you see at
12   about one hour, nine minutes and 26 seconds, inmates are
13   starting to sort of get up or -- off their bunks and see
14   what's going on, right?
15           MR. BOGAN:  Object to form.
16           THE WITNESS:  Yes.
17   BY MS. HARTON:
18       Q.   Okay.  And at this point, you also don't walk
19   into the section to see what's going on, correct?
20       A.   No.
21       Q.   And now at one hour, nine minutes and 51
22   seconds, even more inmates have gotten off their bunk
23   and are sort of walking around the -- walking around the
24   section, correct?
25       A.   Yes.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   And you still have not come in to see what's
 2   going on, right?
 3        A.   Correct.  Yes.
 4        Q.   Okay.  Now, at a minute or an hour and nine
 5   minutes and 55 seconds, you see this man to the right,
 6   sort of walking towards the Rover Pod, right?
 7        A.   Yes, ma'am.
 8        Q.   Do you recognize him?
 9        A.   Excuse me.  Yes, ma'am.
10        Q.   Who is that?
11        A.   Frank.  Frank Calabria.
12        Q.   He's the one who knocked on the window and
13   told you something was going on, right?
14        A.   Yes, ma'am.
15        Q.   And he just said, man down?
16        A.   Yes.
17        Q.   Okay.  So you were aware that an inmate had
18   just -- there was a medical emergency involving an
19   inmate at the point where he said man down, right?
20             MR. BOGAN:  Object to form.
21             THE WITNESS:  Yes, ma'am.  That was my
22      understanding.
23   BY MS. HARTON:
24        Q.   Okay.  So we're -- let me go back.  So that
25   moment where Frank goes to walk towards the Rover Pod is
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1   one hour, nine minutes and 56 seconds.  He walks out of
 2   frame; is that fair?
 3        A.   Yes.  Oh, hold on.  The screen went flat
 4   again.
 5        Q.   Okay.  I paused it.
 6        A.   All right.  It -- it is loading back up.  One
 7   second.  Okay.  We're all screened again.
 8        Q.   You're good?
 9        A.   Yes, ma'am.
10          MS. HARTON:  Okay.  So I'm going to keep
11      playing.
12             (VIDEO RECORDING PLAYS)
13   BY MS. HARTON:
14        Q.   Another inmate is walking towards the Rover
15   Pod.  Okay.  So at 1:11, one hour, 11 minutes and 11
16   seconds, that's you that's walking into the frame,
17   right?
18        A.   Yes.
19        Q.   Okay.  Frank walked out of frame towards the
20   Rover Pod about -- a little over a minute before that,
21   but you said that all he said to you was man down,
22   right?
23             (VIDEO RECORDING STOPS)
24        A.   Yes.
25        Q.   Okay.  You didn't have any conversation,
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1    besides him saying man down to you?
 2         A.   I don't recall.
 3         Q.   Okay.  Do you have any idea why between him
 4    going towards the Rover Pod and you coming out of the
 5    Rover Pod, it took a full minute?
 6              MR. BOGAN:  Object to form.
 7              THE WITNESS:  Between grabbing gloves and
 8         walking into the section and getting the keys and
 9         opening them up.
10    BY MS. HARTON:
11         Q.   Okay.  Now, at this point, you understand
12    there's likely a medical emergency occurring, correct?
13              MR. BOGAN:  Object to form.
14              THE WITNESS:  I'm under the impression there's
15         a medical emergency of some sort.
16    BY MS. HARTON:
17         Q.   Okay.  And you are walking towards where Cory
18    is, right?
19         A.   Yes.
20         Q.   Okay.  Is that how you were trained to respond
21    to a medical emergency?
22              MR. BOGAN:  Object to form.
23              THE WITNESS:  We weren't really trained on how
24         to respond, as far as whether we walk, run, or
25         sprint.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

BY MS. HARTON:

Q.   Okay.  You would agree that it's important
when someone's suffering a medical emergency to get
there as quickly as you possibly can, correct?

MR. BOGAN:  Object to form.

THE WITNESS:  I'd have to say if you have
    absolute knowledge that it's an absolute medical
    emergency.

BY MS. HARTON:

Q.   So if you suspect that there's a medical
emergency, based on someone saying man down, you think
it's appropriate to walk towards the medical emergency
without any sort of sense of urgency?

MR. BOGAN:  Object to form.

THE WITNESS:  I'm not going to run into a
    situation that could be a potential setup.

BY MS. HARTON:

Q.   Okay.  So you did not in this moment feel it
was necessary to run towards what you suspected to be a
suspected medical emergency?

A.   No.

Q.   Did you call for backup?

A.   I did.

Q.   When did you do that?

A.   Once I got in there and had eyes on Cory

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1    Merchant.
 2        Q.   Okay.  Oh, and why did you call for backup at
 3    that time?
 4        A.   It was something I was going to need.  I
 5    realized that it was a situation I was going to need
 6    assistance with.
 7             MR. BOGAN:  Whenever you get a chance, we -- I
 8        need to take a comfort break.
 9             MS. HARTON:  Okay.  That sounds good.  We can
10        take it now.
11             MR. BOGAN:  Oh, okay.  All right.  We'll take
12        five?
13             MS. HARTON:  Yes.
14               (OFF THE RECORD)
15             THE REPORTER:  On record.
16             MR. BOGAN:  (Inaudible) -- took a while there.
17        Now she's on the bottom.
18             MS. HARTON:  You ready?
19             MR. BOGAN:  Yep.  We're all set.
20             THE WITNESS:  Yes.
21    BY MS. HARTON:
22        Q.   Okay.  I'm going to show you Exhibit 27.  This
23    is Page 13 of Exhibit 27, but let me go back to the
24    first page.  Do you recognize this?
25               (EXHIBIT 27 MARKED FOR IDENTIFICATION)
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A.    Yes.
 2   BY MS. HARTON:
 3        Q.    Okay.  And I'm going to go to Page 13, and
 4   this is the -- first of all, what is this document?
 5        A.    That is the in MA handbook.  That is a copy
 6   that all the inmates have access to.
 7        Q.    And you as a deputy, it's -- or a Sergeant,
 8   it's your responsibility to enforce the rules and
 9   regulations in this handbook, right?
10        A.    Yes.
11        Q.    Page 13, okay.  So on Page 13, it has the
12   lockdown portion of the handbook, do you see that?
13        A.    Yes, ma'am.
14        Q.    Okay.  I'm going to ask you to read that to
15   yourself and I'm going to ask you a question about it.
16        A.    Can you zoom it out just a tad because the
17   video pictures are covering part of it.
18        Q.    Better?
19        A.    Thank you.  Yes, ma'am, that's better.
20              I've completed with reading.
21        Q.    So this policy says, "No inmates are to get
22   off their bunk during lockdown except to use the
23   bathroom," correct?
24        A.    Correct.
25        Q.    Okay.  Nothing in this policy gives discretion
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   as to whether inmates are allowed to be off their bunk

2   during lockdown except if they're using the bathroom,

3   correct?

4           MR. BOGAN:  Object to form.

5           THE WITNESS:  Correct.

6   BY MS. HARTON:

7       Q.   Okay.  But you as a Sergeant or as a deputy,

8   understand that it is appropriate for you to allow

9   inmates to be off their bunks during lockdown despite

10  that policy, correct?

11      A.   Not in that simple term.

12      Q.   Okay.  You understand that you can use your

13  discretion in deciding whether or not to enforce that

14  policy, fair?

15          MR. BOGAN:  Object to form.

16          THE WITNESS:  Yes.  I would have to say, I

17      believe you can use discretion with that.

18  BY MS. HARTON:

19      Q.   Besides supervising and monitoring the safety

20  of the inmates in the pods, what are some of the other

21  tasks that you have to perform as a deputy in Golf Pod?

22      A.   Night shift or day shift?

23      Q.   Night shift.

24      A.   We would have to issue out the mail from the

25  mail room that's been dispersed to us.  We'd have to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    issue out any books.  We'd have to collect inmate

2    request forms, and with collecting the inmate request

3    forms, we'd have to make sure that they're sectioned

4    out.  I don't know if we were 100 percent digital mail

5    at this time, in this year, but if we had any kind of

6    mail that was outgoing, we'd have to review that as well

7    and then make sure that it gets to the property --

8    appropriate locations.

9        Q.   **Anything else?**

10       A.   In the morning we would issue out trays to the

11   inmates, make sure that they're fed, that they --

12   everybody's received a tray, and that the juice for the

13   section is in there.

14       Q.   **So there are quite a few tasks that you have**

15   **to be completing besides just sitting in the pod and**

16   **keeping an eye on the inmates, correct?**

17       A.   Correct.

18       Q.   **Golf Alpha houses specifically individuals who**

19   **are convicted of or accused of sex crimes, at least as**

20   **it was in November 2021, correct?**

21       A.   Yes, ma'am.

22       Q.   **Okay.  Do you understand those kind of inmates**

23   **to require any sort of specialized level of monitoring?**

24       A.   No, ma'am.

25       Q.   **Okay.  The way that you monitor and surveil**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   Golf Alpha, where there are people accused of sex crimes
 2   is the same as any other general population section,
 3   fair?
 4        A.   Yes, ma'am.
 5        Q.   Okay.  As a detention deputy in Golf Pod, what
 6   steps would you take to prevent inmate on inmate
 7   violence?
 8            MR. BOGAN:  Object to form.  You can answer.
 9            THE WITNESS:  Can you rephrase that?
10   BY MS. HARTON:
11        Q.   Is there any --
12        A.   That's a broad point.
13        Q.   Yeah.  I mean, it's -- and intended to be
14   broad, so I can -- I can narrow it.  Were you trained at
15   any point on methods or strategies that you, as a
16   detention deputy, can implement to prevent inmate on
17   inmate violence?
18        A.   No, I was never given any specific training
19   just to prevent that.
20        Q.   Okay.  Are you aware of any methods,
21   strategies that you, as a detention deputy, can
22   implement to prevent inmate on inmate violence?
23            MR. BOGAN:  Object to form.
24            THE WITNESS:  I can speculate that more
25       presence as far as if the inmates don't expect us to
```

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

349365 Officer Kosinski 5/9/24

69

```
 1        come in or know that we're watching them would be a

 2        deterrent.  I would imagine that would be a

 3        deterrent.

 4   BY MS. HARTON:

 5        Q.   So you understand physical presence in front

 6   of the inmates to serve as a potential deterrent for

 7   inmate on inmate violence, fair?

 8             MR. BOGAN:  Object to form.  Go ahead.

 9             THE WITNESS:  In this capacitation, it could be

10        fair to say that.

11   BY MS. HARTON:

12        Q.   Sergeant Kosinski, do you feel any sort of

13   guilt or frustration that Cory Merchant's death occurred

14   on your watch?

15             MR. BOGAN:  Object to form.

16             THE WITNESS:  How do you -- how do you mean, do

17        I feel guilty that it happened?

18   BY MS. HARTON:

19        Q.   Yeah.  Well, on your watch.

20             MR. BOGAN:  So Sam, again, you -- you're saying

21        that his death occurred on his watch and you know

22        that he did not die in the jail?  So I --

23             MS. HARTON:  Yeah, I can -- I can rephrase it.

24             MR. BOGAN:  Okay.

25   BY MS. HARTON:
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1        Q.   Do you have do you have any guilt that the
 2   attack, the serious attack on Cory Merchant that
 3   eventually led to his death occurred on your watch?
 4             MR. BOGAN:  Object to form.
 5             THE WITNESS:  I have guilt that a life was lost
 6        in the facility -- or not in the facility, but due
 7        to an action from the facility.
 8   BY MS. HARTON:
 9        Q.   Due to an --
10        A.   But I don't feel that --
11        Q.   Go ahead.
12        A.    Go ahead.  I don't feel that my actions would
13   cause me to have specific guilt because of what I
14   performed and what I did.
15        Q.   Due to actions from the facility, what do you
16   mean by that?
17             MR. BOGAN:  Object to form.
18             THE WITNESS:  You know what I mean.  What I'm
19        saying is a life was lost.  I have guilt that there
20        was a life lost.
21   BY MS. HARTON:
22        Q.   Yeah.
23        A.   But I don't have guilt for myself.  I believe
24   that what I did, I -- or I responded accurately.
25        Q.   That's all I have.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1           MR. BOGAN:  All right.  I have -- I have some
 2      follow up questions.
 3                      CROSS-EXAMINATION
 4  BY MR. BOGAN:
 5      Q.   So Sergeant, I think Counsel had showed you
 6  the video.  I think it was labeled as Exhibit --
 7           MS. HARTON:  15.
 8           MR. BOGAN:  15.  Okay.  Thank you.
 9  BY MR. BOGAN:
10      Q.   Where you were asked questions regarding the
11  inmates that were up out of their bunks during lockdown.
12  Do you recall the video?  Okay.  And so on that
13  particular night of November 6th, when that situation
14  was occurring, it appears as though there were initially
15  inmates who are specifically Cory Merchant and Eric
16  Lutterloah out of their bunks, do you recall that?
17      A.   Yes.
18      Q.   Okay.  At the time that those two inmates got
19  out of their bunk, were you aware of that?
20      A.   No.
21      Q.   And so just so we're clear, at no point during
22  the events that were played, were you becoming aware or
23  did become aware of the incident during those two to
24  three minutes that took place, that that was happening?
25      A.   No, I had no knowledge of it occurring.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    Q.   Okay.  Prior to that evening, did you have any

2    reason to believe that Eric Lutterloah and Cory Merchant

3    had any sort of a dislike for each other or that they

4    had had problems with each other in the past?

5    A.   No.  I had no knowledge.

6    Q.   Did you have any reason to believe that Eric

7    Lutterloah and Cory Merchant were going to get into a

8    fight if they were not -- or would -- if they were

9    permitted to be housed in the same dormitory or section?

10   A.   No, sir.

11   Q.   So at any point, did you have any reason to

12   believe that by allowing Cory Merchant and Eric

13   Lutterloah to be housed in the same area, that it would

14   be causing a risk of harm to Cory Merchant?

15   A.   No, sir.

16   Q.   Did you act in any way deliberately

17   indifferent to Cory Merchant's safety as it relates to

18   his housing in that section of the Golf Pod on the

19   evening of November 6th of 2021?

20   A.   No, sir.

21        MS. HARTON:  Object to form.

22   BY MR. BOGAN:

23   Q.   Did -- at any point, did you act in a manner

24   that was intending to cause harm to Cory Merchant on the

25   evening of November 6, 2021?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1        A.    No, sir.

2        Q.    With respect to, I think what has been

3   characterized, I guess as a medical emergency when the

4   officer came to -- or excuse me, strike that.

5              When the inmate came to the door and knocked,

6   he said the words, "Man down," is that your testimony

7   here today?  So based on the word, "Man down," did you

8   have any other specific information that would lead you

9   to believe that there was anything other than the

10  person, I guess was obviously down on the ground at that

11  point?

12       A.    No, I just -- that's kind of a jail lingo that

13  there's something going on with medical.

14       Q.    Okay.  Now, I think you made reference to the

15  fact that, you know, when you enter into a cell, at that

16  point or a -- not a cell, it is a section, a dormitory

17  section by yourself, you have to also be aware of the

18  concern that there -- it could be, you said the word,

19  "Setup."  Do you recall that?

20       A.    Yes, sir.

21       Q.    Okay.  And what do you mean by the word,

22  "Setup," when you were talking about entering into that

23  section by yourself under these circumstance?

24       A.    So there is this idea that there could be a

25  potential setup as far as you walking in, there's not

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    technically a medical emergency and the inmates are
 2    trying to draw you in there to attack you.  It has been
 3    the knowledge for the years that I've done this and
 4    there are videos from other facilities of that happening
 5    to staff members.  It just happened last week in Boston
 6    with three detention deputies that were violently
 7    assaulted by inmates.
 8         Q.   Okay.  So and then that's something that you
 9    had knowledge of, and you had been trained on in the
10    past in terms of prior to November 6, 2021, that it
11    could be a potential for a setup under these types of
12    situations?
13         A.   Yes.  I've had -- not supervisors -- staff
14    members, excuse me, that have trained me or that I've
15    worked with that had more experience than I as I grew in
16    my career that have always said, be cautious going into
17    sections or events.  It could be something that it's a
18    distraction to get you there to attack you.
19         Q.   Okay.  So would that be a reason why you want
20    to enter in there cautiously as opposed to just running
21    into the area without having any knowledge about what
22    the term, "Man down," meant?
23         A.   Yes.
24              MS. HARTON:  Object to form.
25              THE WITNESS:  Yep.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

BY MR. BOGAN:

**Q.   You can answer.**

     A.   I'm going to go into the section, but I'm
going to, as I'm going towards where the issue is or the
medical person may need my help, I'm going to be looking
for cues.  Is -- is an inmate bleeding himself?  Is an
inmate doing something that draws my attention?  Is it
-- am I walking into a potential violent situation where
I'm the target?  So I'm trying to get situational
awareness while I'm -- I'm responding.

     **Q.   Okay.  Were you acting deliberately**
**indifferent to any serious medical need of Cory Merchant**
**at the point you entered into that cell?**

          MS. HARTON:  Object to form.

          THE WITNESS:  --  Can you explain what that
     means, please?

BY MR. BOGAN:

     **Q.   Yeah.  So deliberately indifferent, in other**
**words, were you -- were you just indifferent, you didn't**
**care, you know, what was going on, what his medical**
**condition was.  You just were sort of, you know,**
**casually strolling in and you didn't care what was**
**happening?**

          MS. HARTON:  Object to form.

          THE WITNESS:  Well, I was responding like I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        would respond for any inmate, regardless of who they
 2        are.  I was under the impression that there was a
 3        medical situation.  I'm trying to get there, but be
 4        safe myself and not open myself up to harm but at
 5        the same time, try to get them and assess that
 6        situation.
 7  BY MR. BOGAN:
 8        Q.   So you were not acting deliberately
 9  indifferent.  You were acting with concern for the
10  inmate's safety and wellbeing?
11        A.   Yes.
12        Q.   So Counsel showed you an Exhibit 27, which is
13  an Inmate Rules Handbook.  Do you recall that?
14        A.   Yes, sir.
15        Q.   Okay.  Would you agree with me that the Inmate
16  Rules Handbook is not a policy and procedure for
17  corrections deputies?
18        A.   No.
19             MS. HARTON:  Objection.  Form.
20  BY MR. BOGAN:
21        Q.   And so at no point would the contents of the
22  Inmate Rules Handbook, as it relates to policy for
23  officers on enforcement of this rule about lockdown and
24  being on your bunk, be contained within the inmate
25  handbook?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1        A.    The inmate handbook is more an outline of

 2   procedures in the jail that pertain to them.  The rules

 3   that are there that we have highlighted for housing

 4   would be the specific rules for the inmate that can

 5   result in disciplinary action if they break those rules.

 6   It also has other information for the inmates about the

 7   facility, times of things and information that they

 8   would need.

 9        Q.    Okay.  So in no way, would it be required to

10   be put into the inmate handbook what the corrections

11   officer's duties are as it relates to the enforcement of

12   the policy on lockdown in the bunk?

13              MS. HARTON:  Object to form.

14              THE WITNESS:  --

15   BY MR. BOGAN:

16        Q.    In terms of the I issue of, I guess Counsel

17   had asked you questions related to what you can do to

18   prevent inmate violence in the jail.  Do you -- do you

19   recall any of those questions?  Okay.

20        A.    Yes, sir.

21        Q.    So would it be -- would it be fair to say that

22   in terms of your training in the field here with the

23   Marion County Jail, it does include the fact that the

24   inmates are provided with rules and regulations, which

25   obviously include Exhibit 27.  And in those rules and
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   regulations, it says that inmate fighting is not
 2   permitted.
 3        A.   Yes.
 4        Q.   Is that correct?  So that is something that is
 5   in place here at the jail to try and prevent inmate
 6   violence, would that be fair?
 7        A.   Yes, sir.
 8             MS. HARTON:  Object to form.
 9   BY MR. BOGAN:
10        Q.   And also there is also a procedure in place
11   that is required pursuant to the policies of the jail
12   for you to investigate inmate violence, would that be
13   fair?
14        A.   Yes, sir.
15        Q.   Okay.  And when you do conduct an
16   investigation into inmate violence, then the inmates
17   could be subject to discipline depending upon what the
18   outcome of that investigation is, would that be fair?
19        A.   Yes.  We have an investigative unit inside the
20   jail that can further that.
21        Q.   Okay.  So would you agree with me that that
22   method of conducting investigations into inmate violence
23   is a method and strategy that's intended to try and
24   prevent further inmate violence?
25        A.   Yes, sir.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

1    Q.   And would you agree with me also, another way

2   to prevent inmate violence is to potentially prosecute

3   criminal charges against inmates who engage in inmate

4   violence and/or commit a crime while doing so?

5    A.   Yes, sir.

6    Q.   And that can also occur here in the Marion

7   County Jail if the investigation shows that criminal

8   charges need to be brought against an inmate who

9   assaults or attacks another inmate?

10    A.   Yes.

11    Q.   And that would be also something that could

12   conceivably be a method and a strategy towards

13   preventing inmate violence?

14    A.   Yes, sir.

15    Q.   Okay.  So not only do we have rules that

16   prevent inmate violence, we have investigations that

17   occur, we have disciplinary actions that occur, and we

18   have potential criminal charges that occur.  And all of

19   those things are intended to do exactly what, I guess,

20   Counsel asked you, and that was to prevent -- and are

21   strategies to prevent inmate on inmate violence?

22    A.   Yes.

23    Q.   And that's something that all of the

24   corrections officers here in the jail are trained to do?

25    A.   Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1         MR. BOGAN:  All right.  Okay.  I think, I don't
 2    have any other questions.
 3         MS. HARTON:  I'll reserve the remainder of my
 4    questions for trial.  Thank you.
 5         I said I'll reserve the remainder of my
 6    questions for trial.  Thank you, Sergeant Kosinski.
 7    I appreciate all your time and thank you, Bruce.
 8         MR. BOGAN:  Okay.  Thank you and --
 9         THE REPORTER:  And just before we go off the
10    record --
11         MR. BOGAN:  Okay.
12         THE REPORTER:  Just before we go off the
13    record, did the Sergeant want to read or waive?
14         MR. BOGAN:  Yes, he does.  He wishes to read.
15         THE REPORTER:  And is that through your office?
16         MR. BOGAN:  I'll take a copy.  Yes,.  Contact
17    him through my office.  I'll take a copy of the
18    transcript if it's ordered.
19         THE REPORTER:  Okay.  And Ms. Harton, are you
20    ordering the transcript today?
21         MS. HARTON:  Yeah, I'll order it.  Thank you.
22         THE REPORTER:  Okay.  And standard delivery,
23    okay?
24         MS. HARTON:  Yeah.  Just a PDF is fine.  Thank
25    you.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        THE REPORTER:  Okay.  And it is 1:54 p.m. [sic]
 2   and we're going off the record.
 3        MS. HARTON:  Thank you.
 4           (DEPOSITION CONCLUDED AT 11:54 A.M. ET)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

349389-Officer Roumani Mubin   Filed 04/06/24                82

```
 1                    CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF ORANGE

 5

 6         I, the undersigned, certify that the witness in the

 7    foregoing transcript personally appeared before me and

 8    was duly sworn.

 9

10    Identification:  Produced Identification

11

12

13

14

15         _____

16              FLOR LOPEZ

17              Court Reporter, Notary Public

18              State of Florida

19              Commission Expires: April 1, 2026

20              Commission Number:  HH 234001

21

22

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

349309 Officer Roumani, Justin - 04/16/24                                                    83

```
 1                          C E R T I F I C A T E

 2

 3      STATE OF FLORIDA)

 4      COUNTY OF ORANGE)

 5

 6           I, FLOR LOPEZ, Court Reporter and Notary Public for

 7      the State of Florida at Large, do hereby certify that I

 8      was authorized to and did report the foregoing

 9      proceeding, and that said transcript is a true record of

10      the said proceeding.

11

12           I FURTHER CERTIFY that I am not of counsel for,

13      related to, or employed by any of the parties or

14      attorneys involved herein, nor am I financially

15      interested in said action.

16

17      Submitted on: October 15, 2024.

18

19

20

21

22           _____

23                FLOR LOPEZ

24                Court Reporter, Notary Public

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

**1**

**1** 17:9

**100** 67:4

**10:00** 16:19

**11** 61:15

**11:54** 81:4

**13** 64:23 65:3, 11

**14** 49:10,12,22 50:4

**15** 17:5,9 28:24 29:1 54:17 71:7,8

**1:11** 61:15

**1:54** 81:1

**2**

**200** 38:6 39:2

**2007** 10:10,23

**2009** 11:3,8 46:25 47:3

**2010-ish** 6:11

**2011** 6:12 12:14

**2021** 14:25 15:20 16:25 17:25 18:10,11 20:20 21:10 22:6,18 24:2 41:2 49:19 67:20 72:19,25 74:10

**2022** 11:10

**210005382** 49:16

**26** 59:12

**27** 64:22,23,25 76:12 77:25

**3**

**32** 17:3,14,15,

19,22

**36** 56:23

**4**

**4:30** 16:22

**5**

**51** 59:21

**54** 55:5

**55** 60:5

**56** 61:1

**57** 12:3,5,6

**5:00** 16:22

**6**

**6** 17:25 18:10 24:2 72:25 74:10

**6:00** 24:4,6

**6th** 71:13 72:19

**7**

**7** 17:9 18:11 49:19

**8**

**8** 12:14

**A**

**a.m.** 24:6 81:4

**A2** 17:22

**abnormalities** 26:23

**absolute** 16:11 47:12 63:7

**access** 65:6

**accurately** 24:13 41:4,6

**70:24

**accused** 20:17,22 21:4 67:19 68:1

**act** 72:16,23

**acting** 75:11 76:8,9

**action** 70:7 77:5

**actions** 70:12, 15 79:17

**actual** 56:17

**advantageously** 37:10

**affirm** 5:13

**agree** 35:20 63:2 76:15 78:21 79:1

**ahead** 8:14 17:21 20:7,23 21:5,13 23:22 24:18 25:7,11, 16 27:13,19 28:8 29:22 33:20 35:25 37:4,21 42:19 43:5 50:19 55:25 56:8 69:8 70:11,12

**allowed** 36:17 66:1

**allowing** 72:12

**Alpha** 20:16,20 21:2,10 24:10 26:13 28:4 29:4,8,18 52:6, 17 54:18 67:18 68:1

**altercation** 36:4,18 37:1,7, 15,18 40:22,23 48:23 59:5,8,10

**altercations** 35:23 40:16 44:14 48:9,17

**and/or** 79:4

**anticipate** 7:2

**appearance** 5:4

**appears** 58:9 71:14

**approximate** 8:18

**area** 18:17 22:25 23:8 26:19 27:5,12, 17,24 28:1,6, 15,17,18,21,22 29:14,20,21 30:9 31:3 32:1 33:8 35:11 38:6 40:1,7,16,21 41:18,21 42:1, 3,6 51:8,9,22, 24 52:2,3 54:12,24 56:9, 11 72:13 74:21

**areas** 27:25

**arms** 34:19

**arrived** 19:7

**aspiring** 45:8

**assaulted** 74:7

**assaults** 79:9

**assess** 76:5

**assigned** 14:18,23 22:1 50:18,24 51:10, 25 52:1,3 53:2 54:14

**assignment** 17:16,23 18:9 41:7

**assistance** 64:6

**attack** 9:16 24:11 25:4 41:10 54:19 70:2 74:2,18

**attacked** 21:17 25:24 26:3 31:2,22 50:14

**attacks** 25:14 31:18 79:9

**attending** 5:4

**attention** 27:4 75:7

**attorney** 6:15, 16 7:23,24

**awaiting** 21:11

**aware** 40:22 43:24 60:17 68:20 71:19,22, 23 73:17

**awareness** 75:10

**B**

**back** 14:25 27:12,17 29:11, 21 32:21,22 33:3,15 34:18 35:15 36:17 52:20 53:7,21, 24 54:5 55:15, 17,23 56:6,20, 21 59:1 60:24 61:6 64:23

**background** 9:21,24

**backup** 34:24 36:18 63:22 64:2

**bad** 22:21

**banged** 31:23 32:7

**banging** 32:2

**based** 7:25 53:6 54:2 56:3 63:11 73:7

**basic** 13:4

**basis** 45:23 47:3

**bathroom** 56:16 65:23 66:2

**bedding** 56:9, 11

**beds** 39:21 53:24 55:18



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

**begin** 5:17 15:25

**beginning** 56:22

**beholden** 35:10

**bit** 8:7 22:7 40:1 48:14 56:20

**bite** 7:16

**blacked** 32:19

**bleeding** 34:13 75:6

**blind** 39:11

**blocked** 39:20

**Bogan** 5:7 9:1 19:14,16 20:7, 23 21:5,13 23:22 24:18 25:7,11,16 27:13,19 28:8 29:22 30:2,12 31:14 32:3,17, 21,25 33:2,20, 25 35:25 36:19 37:4,21,25 38:8,22 39:7, 13,22 40:3,8, 17,24 42:8,13, 19,21 43:1,5,11 44:2,7,15,20 45:4,16,21 46:4,14,20 47:9,17,25 48:12,19,25 49:8 50:19,25 52:10,13,21 53:9 54:7,13,25 55:25 56:8 57:13,18,21,25 58:5,15 59:15 60:20 62:6,13, 22 63:5,14 64:7,11,16,19 66:4,15 68:8,23 69:8,15,20,24 70:4,17 71:1,4, 8,9 72:22 75:1, 17 76:7,20 77:15 78:9 80:1,8,11,14,16

**book** 51:16

**booking** 16:11, 22

**books** 19:6 67:1

**Boston** 74:5

**bottom** 64:17

**brand** 41:7

**breach** 52:24

**break** 7:13,15, 17,20 31:9 48:13,16 64:8 77:5

**breaking** 31:9 53:12

**breaks** 53:15

**breathing** 26:24 41:10

**bridge** 8:2

**briefing** 15:23

**broad** 68:12,14

**broke** 54:3

**brought** 79:8

**Bruce** 5:7 80:7

**building** 26:22

**bulk** 40:12

**bunch** 52:7,18

**bunk** 27:7 28:17,21 29:21 33:8 39:21 50:11 51:7,8,9, 10,13,16,23,25 52:4,18,20,25 53:16,19,22 54:5,6,11,14,24 56:16 59:22 65:22 66:1 71:19 76:24 77:12

**bunking** 27:25

**bunks** 27:6,8, 18 28:7 29:11 50:18,23,24 51:2 53:2,8

55:8,12,24 56:5,6 59:13 66:9 71:11,16

——— **C** ———

**Calabria** 60:11

**call** 16:9,11 36:17 63:22 64:2

**called** 44:12,24

**camera** 22:24 29:13 39:8,11, 16

**cameras** 9:9 23:5 39:20 41:13,16 50:10

**capacitation** 25:25 26:10 46:22 69:9

**care** 38:16 75:20,22

**career** 74:16

**case** 6:10,14, 17

**cases** 6:1

**casually** 75:22

**categories** 22:13

**causing** 72:14

**caustics** 20:4

**cautious** 74:16

**cautiously** 74:20

**ceiling** 34:9

**cell** 73:15,16 75:13

**chance** 12:9 16:14 64:7

**character** 46:10,16

**characterized** 73:3

**charges** 79:3, 8,18

**check** 19:4,12, 19,24,25 23:12, 13,20,24 25:6 27:10,16 29:19 30:1,6 53:1 58:25

**checked** 19:18

**checks** 16:23 23:15,19 24:14, 21 25:3 26:15, 18 28:7,21 30:11,16 35:8, 21 41:24

**Chicago** 5:6

**circles** 23:8

**circumstance** 73:23

**circumstances** 53:7

**clarify** 8:11 20:19 22:7

**classifications** 21:7

**clear** 71:21

**clock** 35:14

**coherent** 8:9

**collect** 67:1

**collecting** 67:2

**college** 10:7

**comfort** 64:8

**commit** 79:4

**common** 31:11,25 42:17 50:22 51:1

**communicate** 51:24

**Compared** 40:11

**complete** 29:19,25

**completed** 19:6 30:15 50:6

65:20

**completely** 10:2 42:4,7

**completing** 67:15

**comprised** 20:21

**computer** 30:17

**conceivably** 79:12

**concern** 47:16 73:18 76:9

**concerned** 48:11

**concerns** 47:22

**concluded** 37:13 81:4

**condition** 34:16 75:21

**conduct** 26:17 41:24 78:15

**conducted** 24:14 27:10,16

**conducting** 23:20 28:7,21 78:22

**conference** 6:8

**confinement** 27:24

**confirm** 16:21

**confirmation** 16:12

**confirmed** 16:10

**confused** 8:12

**connecting** 32:18

**considered** 29:18

**consisted** 21:10

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

consistently 45:13

contact 6:7 80:16

contained 76:24

contents 76:21

context 43:14, 21

control 19:20

controls 9:9

conversation 7:1 13:13,20 28:16 61:25

convicted 20:17,21 21:3, 11 67:19

copy 65:5 80:16,17

corporal 11:15,17,20,21 28:16

correct 9:5 11:6,12 15:1 18:1,11,15 20:17,22 21:4, 12,19 23:17 33:12 39:12 40:23,25 50:11, 15 56:16 57:8, 12,17 58:14 59:6,19,24 60:3 62:12 63:4 65:23,24 66:3, 5,10 67:16,17, 20 78:4

Correctional 10:16

corrections 10:20 76:17 77:10 79:24

Cory 5:21 9:16, 17 11:11,14 21:17 24:10 25:4,14,24 26:3,8 31:2,18, 22 32:14 33:6 41:9 50:14

54:19 57:8,17 58:10 62:17 63:25 69:13 70:2 71:15 72:2,7,12,14, 17,24 75:12

Cory's 34:16

counsel 53:17, 20,21 71:5 76:12 77:16 79:20

count 15:25 16:7,8,9,20 25:21

counts 26:11, 14 30:20

County 10:11 11:4 13:10,23 43:10 45:2 46:25 55:16 77:23 79:7

court 6:24 7:10 57:22 58:6

covering 65:17

crime 20:22 79:4

crimes 21:4 46:12 47:6 49:6 67:19 68:1

criminal 6:17 79:3,7,18

cross 8:2

CROSS-EXAMINATIO N 71:3

crowd 52:22, 23

cues 75:6

D

daily 47:2

date 49:18

dated 49:18

day 16:1,4,13 21:17 24:6 27:2,5,17 28:1, 5,22 66:22

death 9:16 11:11,14 69:13, 21 70:3

December 11:10

decide 35:14 53:6

deciding 66:13

decipher 33:21

defendant 6:2

defendants 5:8 6:1

degree 44:21

deliberately 72:16 75:11,18 76:8

delivery 80:22

Department 10:18,20

departments 10:13

depend 36:22 46:15

depending 16:12,15,16 37:3 52:22 78:17

depends 20:9 36:20 46:9

deposition 5:22 6:8,9 9:12 81:4

depositions 6:5,22

deputies 53:23 74:6 76:17

deputy 11:8, 18,19 14:3 15:1,4,6,11 18:14 22:13 36:3 39:5 52:5,

16 65:7 66:7,21 68:5,16,21

dereliction 12:17 14:5

describe 22:4 26:12,16 33:14 42:17

describes 12:16

detainees 46:1 47:6

detention 14:3 15:4,6 68:5,16, 21 74:6

deterrent 69:2, 3,6

deviate 8:6

device 9:9

die 69:22

digital 67:4

direct 5:18 16:24 18:21

disciplinary 53:18 77:5 79:17

discipline 12:20 78:17

disciplined 12:17 13:23,24 14:1,2,8

disciplining 53:12

discretion 36:23 37:2 51:15,18 53:6, 10 56:4 65:25 66:13,17

dislike 72:3

dispersed 66:25

displays 34:2

distinction 21:2

distraction 74:18

document 11:24,25 12:10 17:4 18:22 30:15,19,22 49:11 65:4

documents 9:5,11 12:5

door 27:25 32:2,7 52:23,24 73:5

doors 22:12

dorm 18:3,14 19:13,18 27:11 29:9 33:5

dormitory 72:9 73:16

dorms 19:19 20:6 23:17,21 32:1

dot 35:18,19

downtime 22:21

draw 27:4 74:2

draws 75:7

due 53:18 70:6, 9,15

Dukes 18:6,18, 21,23,24 19:9, 12

duties 22:9 36:3 77:11

duty 12:17 14:5 18:14,17 41:15

E

ear 34:11

earlier 39:1 41:19 56:3

early 18:10

electronic 35:10

emergency 60:18 62:12,15, 21 63:3,8,11, 12,20 73:3 74:1


MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

407.423.9900       www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

empty 42:1,4,7

end 36:18

enforce 55:22
65:8 66:13

enforcement
10:19 76:23
77:11

engage 79:3

enter 73:15
74:20

entered 75:13

entering 73:22

entire 30:8

entrance
29:14

equipment
20:4

eric 25:10 31:1,
18 57:7,16
71:15 72:2,6,12

essence 27:1

estate 5:21

estimate 8:18

evening 55:22
72:1,19,25

events 71:22
74:17

eventually
32:14 33:8 70:3

everybody's
67:12

EXAMINATIO
N 5:18

excuse 23:10
26:16 30:7 49:9
60:9 73:4 74:14

exhibit 12:3,6
17:3,5,9,14,15,
17,19,22 28:24
29:1 49:10,12,
21 50:4 54:17
64:22,23,25
71:6 76:12
77:25

exiting 23:16

expect 13:1
68:25

experience
74:15

explain 75:15

extent 26:2

eye 22:11,19
35:13 67:16

eyes 34:9
63:25

───────

F

face 34:8

facilitating
44:13

facilities 74:4

facility 15:11
70:6,7,15 77:7

fact 73:15
77:23

facts 12:20

fair 7:20 8:15
18:13,20 29:5
37:3 39:2 40:2
48:11 61:2
66:14 68:3
69:7,10 77:21
78:6,13,18

family 15:17

February
12:14

fed 67:11

feel 8:11 30:6
47:6 63:18
69:12,17 70:10,
12

feels 58:22

felonies 9:21,
23

field 77:22

fight 14:15
36:12,13,17

42:24 43:7,10,
25 44:9,12
45:9,14 72:8

fighting 44:24
78:1

fights 43:24

filled 22:22

finding 48:18

fine 8:21 32:24
80:24

finish 7:3,4

flat 61:3

floor 34:17

Florida 5:8
10:17,18

fly 8:8

focus 16:5
22:16

follow 71:2

form 16:17
19:14 20:7,23
21:5,13 23:22
24:18 25:11,16
26:23 27:13,19
28:8 29:22
30:2,12 31:14
32:3 33:20,25
35:25 36:19
37:4,21 38:8,22
39:7,13,22
40:3,8,17,24
42:8,13,19
43:1,5,11 44:2,
7,15,20 45:4,
16,21 46:4,14,
20 47:9,17,25
48:12,19,25
49:8 50:19,25
52:10,21 53:9
54:7,13,25
55:25 56:8
57:13,18,20
58:15 59:15
60:20 62:6,13,
22 63:5,14
66:4,15 68:8,23
69:8,15 70:4,17
72:21 74:24
75:14,24 76:19

77:13 78:8

forms 67:2,3

frame 61:2,16,
19

Frank 60:11,25
61:19

free 8:11

Friday 42:24
43:7,9,23,24,25
44:4,12 45:13

front 9:5 20:6,
13 56:13,17
69:5

frustration
69:13

full 5:10 62:5

───────

G

gain 38:17

gained 12:23

gave 6:13

general 15:3,5
46:21 68:2

generally
13:18 46:19

give 5:14 7:3
15:23 16:14
47:12 49:25
53:5,17

glass 31:23
59:9

gloves 62:7

Golf 20:16,20
21:2,10 22:6,
18,19 24:10
26:13 28:4
29:4,8,18 41:3
52:6,17 54:18
66:21 67:18
68:1,5 72:18

good 28:10
53:23 61:8 64:9

grab 7:16

grabbing 59:2

62:7

graduate 10:9

great 7:7

grew 74:15

ground 6:21
33:9,12 41:9
73:10

guess 8:2,17
35:2 51:3 73:3,
10 77:16 79:19

guilt 69:13
70:1,5,13,19,23

guilty 69:17

───────

H

hallway 59:1

hand 5:13

handbook
65:5,9,12
76:13,16,22,25
77:1,10

handle 38:18

hang 36:17
54:11

hanging 52:19

happen 40:20

happened
14:7,16 30:23
33:2 48:23
69:17 74:5

happening
38:16 71:24
74:4 75:23

hard 12:2
24:25

harm 72:14,24
76:4

Harton 5:5,19,
20 12:8 17:18
19:21 20:11,25
21:8,15 24:1,22
25:9,13,18
27:15,22 28:12
29:3,24 30:4,14
31:16 32:5,24

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

33:4,23 34:3
36:2,21 37:6
38:1,11,24
39:10,15,24
40:5,14,19 41:1
42:10,16,23
43:3,8,13 44:5,
10,18,25 45:11,
19,25 46:7,17,
23 47:14,20
48:2,15,21
49:3,14 50:5,8,
21 51:4 52:15
53:4,13 54:9,
15,22 55:3
56:2,10,19
57:2,15 58:12,
18 59:17 60:23
61:10,13 62:10,
16 63:1,9,17
64:9,13,18,21
65:2 66:6,18
68:10 69:4,11,
18,23,25 70:8,
21 71:7 72:21
74:24 75:14,24
76:19 77:13
78:8 80:3,19,
21,24 81:3

**head** 7:8,9
15:25 16:1,6,7,
8,20 25:21
26:11,14 27:11
30:20 34:20

**heads-up** 12:4

**hear** 36:14

**heard** 8:9
42:24 43:2,9,
12,16,18,20
47:16,21

**heavy** 26:24

**hey** 52:20

**high** 10:9

**higher** 11:17

**highlighted**
77:3

**hit** 34:20

**hold** 17:10
32:17 61:3

**hour** 23:13
26:11,15 35:9,
14,17 55:4
56:22 57:3,10
59:11,12,21
60:4 61:1,15

**hourly** 16:23
23:12,15,19
24:14 25:3
26:17

**hours** 51:13
55:6

**house** 28:1

**housed** 72:9,
13

**houses** 67:18

**housing** 14:18,
23,24 15:7,9
19:25 20:9
21:2,3 22:1
23:25 26:4,19
27:21,25 28:15,
17,18 40:11
51:22,23 52:2,3
72:18 77:3

**humming** 34:7

_____

**I**

**idea** 13:3 43:21
47:5 62:3 73:24

**IDENTIFICATI
ON** 12:6 17:15
29:1 49:12
64:25

**ideology** 30:3

**Illinois** 5:6

**imagine** 69:2

**implement**
68:16,22

**important**
6:22,23 7:2
63:2

**impossible**
39:4

**impression**
62:14 76:2

**Inaudible**
51:20 64:16

**inch** 40:6,9

**incident** 12:16
13:14 14:10
19:8 38:2 41:12
49:16,18 50:13
71:23

**incidents**
12:11 38:19
46:2

**include** 21:21
22:10,11 77:23,
25

**indifferent**
72:17 75:12,18,
19 76:9

**individual** 14:9
23:9,10,14
44:23 57:4,5

**individuals**
67:18

**information**
47:11 73:8
77:6,7

**initially** 33:7
71:14

**injury** 26:25
34:21

**inmate** 14:21
15:15 23:10
25:12,17 27:2
29:11 31:23
32:2,6,9 35:21
40:21 45:10
46:9,16 53:15
54:4 59:8
60:17,19 61:14
67:1,2 68:6,16,
17,22 69:7 73:5
75:6,7 76:1,13,
15,22,24 77:1,
4,10,18 78:1,5,
12,16,22,24
79:2,3,8,9,13,
16,21

**inmate's** 27:25
76:10

**inmates** 12:24
13:1 15:12,16
16:10,14,21
20:6,13,16
21:18,22,25
22:6,11,19
26:21 35:18,23
36:4,16 37:15,
19 38:6 39:2,20
43:16 44:12
45:2,6,13,22
46:11,18 47:2,
16,21 49:6
50:17,22 51:2,
21,24 52:7,18
54:10,24 55:7,
23 56:5 59:12,
22 65:6,21
66:1,9,20
67:11,16,22
68:25 69:6
71:11,15,18
74:1,7 77:6,24
78:16 79:3

**inside** 23:24
32:8,10 78:19

**inspect** 28:18

**inspecting**
23:1,3

**Institution**
10:16

**instruct** 7:24

**instructing**
58:2

**intended** 68:13
78:23 79:19

**intending**
72:24

**interacted**
47:2

**interactions**
25:20

**interrupt** 57:20

**intervene**
36:7,25 37:1,2
45:24 52:9
55:13 59:4

**interview** 6:10,
13

**inventories**
19:6

**inventory** 20:4

**investigate**
30:7 36:15
78:12

**investigating**
30:7

**investigation**
78:16,18 79:7

**investigations**
78:22 79:16

**investigative**
78:19

**involving**
60:18

**ipad** 9:7

**issue** 16:13
53:11 66:24
67:1,10 75:4
77:16

_____

**J**

**jail** 10:11 13:10,
23 20:10 28:2
30:18 35:24
38:3,10,20
43:10,12,21
45:3 46:25
48:9,17 69:22
73:12 77:2,18,
23 78:5,11,20
79:7,24

**jails** 10:12

**job** 22:3

**judge** 24:25

**juice** 67:12

**July** 11:3

**jump** 7:1

**Justin** 5:11

_____

**K**

**keeping** 22:10,
19 67:16

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
Toll Free 855-MYDEPOS

keys 62:8

kind 7:1 9:20
12:25 16:12
22:12,16 26:25
29:8 33:15
34:19 35:13
52:7,18 54:11
58:22 67:5,22
73:12

knocked 60:12
73:5

knowing 19:18

knowledge
20:24 21:9
27:14 38:15,17
44:3 59:7 63:7
71:25 72:5
74:3,9,21

knowledgeable 36:11

Kosinski 5:11,
20 46:24 69:12
80:6

L

labeled 46:13
47:7,12,23
48:11 71:6

laps 23:8

large 12:24
40:10

Law 10:18

laying 33:9,11,
15 34:17 41:9

layout 28:2
29:8

lead 73:8

learn 31:21,25
36:14 48:8

learned 26:4

leave 27:5

leaving 41:25

led 70:3

left 11:2 31:12

33:18 41:21

letting 32:2

level 67:23

life 70:5,19,20

lines 48:7

lingo 45:7
73:12

listed 14:6

loading 61:6

location 5:4

locations 67:8

lockdown
16:20 28:3
50:15,17,23
51:13 52:8 53:8
54:6,12 55:6,7,
12,23 56:5
65:12,22 66:2,9
71:11 76:23
77:12

locked 22:12

log 19:5

logbooks 20:3

long 7:24 8:21
11:1 34:22 41:2

looked 52:6,17

lost 32:17 70:5,
19,20

lot 22:8

Lutterloah
25:10 26:10
31:1,18 50:10,
14 57:8,16
58:10 71:16
72:2,7,13

Lutterloah's
6:16

lyrics 45:8

M

MA 65:5

made 40:22
73:14

mail 16:18
66:24,25 67:4,6

maintain 15:11
35:21

maintaining
22:9

make 7:5,11
8:1,22 13:11
15:11 22:18
28:9,10,19
52:12 67:3,7,11

making 8:8
15:16 22:11
30:8 34:6

man 31:24
60:5,15,19
61:21 62:1
63:11 73:6,7
74:22

management
30:18

manner 72:23

Marion 10:11,
16 11:4 13:10,
23 43:10 45:2
46:24 55:16
77:23 79:6

marked 12:3,6
17:15 29:1
49:12 50:4
64:25

master 11:21

MCJ 17:22

means 8:7
75:16

meant 37:2
74:22

medical 15:14,
16 34:24 35:5
36:6 37:9,16
60:18 62:12,15,
21 63:3,7,10,
12,20 73:3,13
74:1 75:5,12,20
76:3

medication
10:3

members
15:17 74:5,14

Merchant 5:21
9:16,17 25:14,
24 26:3 31:2,
18,22 32:15
33:6 50:14
54:19 57:8,17
58:10 64:1 70:2
71:15 72:2,7,
12,14,24 75:12

Merchant's
11:11,14 24:11
25:4 69:13
72:17

met 25:10,15

method 78:22,
23 79:12

methods
68:15,20

Miller 18:14
24:17,20 28:16
31:7

Miller-kosinski
18:4

mind 25:8

minimal 40:12

minute 49:25
60:4 61:20 62:5

minutes 35:1
55:4 56:23
57:3,11 59:11,
12,21 60:5
61:1,15 71:24

missed 25:6

moment 60:25
63:18

monitor 67:25

monitoring
21:18,21 22:6
66:19 67:23

months 6:7
41:5

morning 9:13
16:23 18:10
67:10

motion 35:7

move 34:20,23

movements
33:14

moves 22:23

moving 23:7
33:12 35:3,5

multiple 13:2,3
54:24 57:12,17

N

narrow 68:14

necessarily
32:4 38:23
44:16 49:1
53:17

night 10:4
16:1,4,5,6,19
18:9,24 22:24
23:3 24:7,10
25:3 26:12,14
42:24 43:7,9,
10,23,25 44:4,
12 45:15 51:3
52:6,16 54:18
66:22,23 71:13

nights 42:25
43:10,25 44:1,
12 45:14

nighttime 23:6

nodding 7:9

noise 34:6

non-punitive
14:13

normal 7:1
27:1

note 37:22

noticing 38:21

notified 15:24

notifies 40:21

November
10:23 14:25
15:20 16:24
17:25 18:10
20:20 21:10

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

22:6,17 24:2
41:2 49:19
67:20 71:13
72:19,25 74:10

**number** 12:24
49:16

**nurse** 16:18

---

**O**

---

**object** 19:14
20:7,23 21:5,13
23:22 24:18
25:7,11,16
27:13,19 28:8
29:22 30:2,12
31:14 32:3
33:20,25 35:25
36:19 37:4,21,
22 38:8,22
39:7,13,22
40:3,8,17,24
42:8,13,19
43:1,5,11 44:2,
7,15,20 45:4,
16,21 46:4,14,
20 47:9,17,25
48:12,19,25
49:8 50:19,25
52:10,12,21
53:9 54:7,13,25
55:25 56:8
57:13,18,19
58:15 59:15
60:20 62:6,13,
22 63:5,14
66:4,15 68:8,23
69:8,15 70:4,17
72:21 74:24
75:14,24 77:13
78:8

**objection**
57:25 76:19

**objects** 7:23

**observable**
26:25

**observation**
12:13

**observing**
22:2 26:21

**Ocala** 5:8
10:16

**occasion**
45:14

**occur** 38:20
40:16 42:11
48:9,17 79:6,
17,18

**occurred**
14:10 15:23
19:7,9 41:12
50:13,14 69:13,
21 70:3

**occurrence**
30:23

**occurring**
36:12 38:17
43:10,25 45:9
55:11 59:5
62:12 71:14,25

**offended** 8:12

**offenders**
21:11

**offense** 21:12

**offenses** 20:17

**office** 80:15,17

**officer** 31:12
49:22 51:15,18
73:4

**officer's** 36:23
77:11

**officers** 20:1
42:4 43:18
48:10,17 76:23
79:24

**open** 22:22
34:9 52:23 76:4

**opening** 62:9

**operation**
15:14

**opinion** 46:6

**opportunities**
22:20

**opposed** 74:20

**order** 17:2 54:4

80:21

**ordered** 80:18

**ordering** 80:20

**organize** 45:23

**original** 6:3

**outcome** 78:18

**outgoing** 67:6

**outline** 8:6,7
17:12 77:1

**owls** 51:3

---

**P**

---

**p.m.** 24:4 81:1

**pacing** 27:17
29:19

**pain** 33:19,22
34:2

**paper** 13:4,8

**paperwork**
22:23

**part** 21:25
23:11 43:25
65:17

**parties** 5:2

**partner** 12:25
31:7 41:22,25

**parts** 39:16,19

**pass** 16:18

**past** 52:8 72:4
74:10

**pattern** 26:20

**paused** 29:7
61:5

**PDF** 80:24

**pending** 7:19

**people** 20:21
21:3,11 68:1

**percent** 67:4

**perception**
53:16

**perform** 66:21

**performed**
25:3 70:14

**performing**
41:16

**period** 23:7

**permitted** 72:9
78:2

**person** 34:1,2
44:22 73:10
75:5

**personality**
26:6

**pertain** 16:1
22:9 27:21 77:2

**pertained**
6:10,13

**pervy** 38:15

**phone** 6:8,9,13

**phrased** 58:1

**physical** 20:6
23:24 35:23
36:4 37:1,14
44:13 48:9,16,
22 69:5

**physically**
23:16,21 24:9
26:12,17 56:15

**pick** 26:20

**picnic** 29:10,20

**pictures** 65:17

**piece** 13:4

**place** 14:19
30:19,22 71:24
78:5,10

**places** 40:15

**plaintiff** 5:6

**play** 56:23

**played** 71:22

**playing** 57:11
61:11

**PLAYS** 54:20
56:25 61:12

**pod** 12:24
14:19 16:16
19:1,2,10
20:13,20 21:20
22:2,6,10,14,
18,19 31:13
38:13,14,20
39:1,2,5,25
40:1,7,15 41:3
52:17 54:18
60:6,25 61:15,
20 62:4,5 66:21
67:15 68:5
72:18

**pods** 66:20

**point** 7:13,15
19:5 50:10
57:23 58:7,11,
13 59:5,18
60:19 62:11
68:12,15 71:21
72:11,23 73:11,
16 75:13 76:21

**police** 10:12

**policies** 78:11

**policy** 51:12
53:5 54:2 55:7,
12,16,23 56:11,
15 65:21,25
66:10,14 76:16,
22 77:12

**popping** 27:11

**population**
68:2

**portion** 65:12

**possibly** 6:2
63:4

**post** 17:1,16,
22,23 18:9

**potential** 63:16
69:6 73:25
74:11 75:8
79:18

**potentially**
6:16 34:21
43:17,19 48:20
59:3 79:2

**practice** 53:23


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

349989- Officer Redmann Joustin Tredo 2024                                                            91

praying 51:17

pre-marked
12:4

preparation
9:12

presence 20:6
68:25 69:5

presenting
20:13

pretty 28:10
38:19

prevent 68:6,
16,19,22 77:18
78:5,24 79:2,
16,20,21

preventing
79:13

previous 6:11
15:22

previously
12:3

prior 25:14
72:1 74:10

prisons 10:12

privilege 7:25

problems 72:4

procedure
76:16 78:10

procedures
77:2

PROCEEDING
S 5:1

prolonged
23:6

promoted
11:6,9,22

proper 30:6

property 67:7

prosecute
79:2

provided
77:24

providing
25:21

provisions
15:13

pull 15:15

punitive 14:12

purposes
35:20

pursuant
78:11

push 53:11

put 13:4 45:8
77:10

putting 45:10


        Q

qualification
58:23

qualify 58:19,
20

quantity 40:10

question 7:3,5,
19 8:1,10,13,
14,20 28:23
29:17 33:3
37:23 47:18
52:11 53:25
55:10 58:1,3,7
65:15

questioned
48:7

questions
7:23 8:8,9 9:19
71:2,10 77:17,
19 80:2,4,6

quickly 36:5
37:10 63:4

quiz 8:19

quote 51:12


        R

raise 5:12

ranks 11:19

rappers 45:8

rare 42:17,18,
22

re-say 20:18

read 12:21 50:1
65:14 80:13,14

reading 50:7
51:16 65:20

ready 50:2
64:18

realized 64:5

reason 7:17
10:2 38:9 72:2,
6,11 74:19

reasons 49:4

recall 5:25 6:3
8:20 12:12
13:8,12,17,19,
20 14:5 17:1
18:23 19:11
29:23 30:13
31:19 32:12
34:12,14,15
41:11,14 43:15,
23 56:1 62:2
71:12,16 73:19
76:13 77:19

received 67:12

recent 6:6

recognize 12:9
17:3 60:8 64:24

record 5:2,10
49:21 50:3
64:14,15 80:10,
13 81:2

recorded 6:19

recording 9:15
54:20,21 56:25
57:1 61:12,23

recreation
16:15

reference
73:14

referring 55:20

refrigerator
59:3

regulations
65:9 77:24 78:1

related 77:17

relates 72:17
76:22 77:11

relay 47:21

relieve 15:22

religions
51:17

reluctant 46:2,
12 47:6 49:6

remainder
80:3,5

remember
6:10 12:19,22,
23 14:14 16:2
34:18 35:6

Remind 11:17

reminders
13:3

repeat 33:3
47:18 52:11

rephrase
57:16 68:9
69:23

report 12:13
14:10 37:12,19
46:2,12 47:6,22
49:6,16,22
53:18

reported 48:10

reporter 5:2,9,
12,17 6:24 7:10
50:3 64:15
80:9,12,15,19,
22 81:1

represent 5:21

request 16:17
67:2

require 67:23

required 23:24
25:3 53:21
54:2,4 55:13,
14,17 77:9
78:11

requirement
23:11

requires 56:15

reserve 80:3,5

reserving
57:22 58:5

respect 73:2

respond 36:12
62:20,24 76:1

responded
32:8 70:24

responding
36:3 75:10,25

responses 7:8

responsibilitie
s 15:3,5,10 22:5

responsibility
22:2 65:8

responsible
21:18,20

restroom 7:15
50:20 54:6

result 77:5

retract 28:23

review 9:11
67:6

reviewed 9:13
50:9

ring 44:24

risk 72:14

rocking 33:16
34:18 35:6

room 8:24
27:5,17 28:1,5,
22 66:25

roughly 11:2
16:22

roundabout
48:1,3

Rover 18:3,14
27:12 29:14
31:2,3,12 35:11
38:6,25 39:25
40:7,16 41:21

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

407.423.9900        www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

Toll Free 855-MYDEPOS

42:1,3,6 58:13,
21 60:6,25
61:14,20 62:4,5

**Rovers** 41:18

**rovers'** 22:25
23:8,16

**rude** 9:20

**rule** 28:10
53:12,15 57:22
76:23

**rules** 6:22 13:4,
7,10 65:8
76:13,16,22
77:2,4,5,24,25
79:15

**run** 62:24
63:15,19

**running** 15:14
74:20

---

**S**

**safe** 37:11 76:4

**safety** 35:21
66:19 72:17
76:10

**sake** 28:16

**Sam** 5:5,20
69:20

**sayings** 45:7

**school** 10:9

**screen** 28:25
32:19 61:3

**screened** 61:7

**screenshot**
29:4

**scroll** 49:15

**seconds** 55:5
56:23 57:4,11
59:12,22 60:5
61:1,16

**section** 9:15
14:22 20:14,20
23:10,14,16,25
28:3,11,18
29:9,10 30:8

32:8,9,11
41:13,17,18
50:10 52:17,19,
24 53:1 54:18
58:14,21,24
59:19,24 62:8
67:13 68:2
72:9,18 73:16,
17,23 75:3

**sectioned** 67:3

**sections** 16:9
23:2 39:5,9,11,
20 74:17

**secure** 30:9

**security** 15:11
21:20 22:1,9
23:20 26:15,17,
22 28:7 29:19,
25 30:6,11,16
35:8,21 37:9
41:24 53:1

**sense** 7:5,11
8:1,22 28:19
63:13

**sergeant** 5:9,
20 11:6,9,22
18:6,17,18,21,
23,24 19:9,12,
18 20:5,12
46:24 55:10
65:7 66:7 69:12
71:5 80:6,13

**serve** 69:6

**set** 44:3 64:19

**setup** 63:16
73:19,22,25
74:11

**sex** 20:17,22
21:11,12 67:19
68:1

**sexual** 21:4

**shakedown**
16:7

**shaking** 7:8

**shape** 26:23

**shift** 15:20,22,
25 16:1,5,6
18:20,24 19:5,

13,22 20:14
22:17,24 23:3
24:3,7,10
26:12,14 30:24
38:21 42:12
52:5,16 66:22,
23

**shortened**
30:10

**shortly** 36:6

**show** 11:24
17:3 28:23
49:10 54:16
56:19 64:22

**showed** 17:11
71:5 76:12

**showing** 12:5
17:6,10 28:24

**shows** 79:7

**sic** 38:15 81:1

**sick** 10:3

**side** 33:16

**sides** 34:19

**sign** 19:5 20:3

**simple** 66:11

**sir** 53:25 72:10,
15,20 73:1,20
76:14 77:20
78:7,14,25
79:5,14

**sit** 25:1 55:1

**sitting** 23:6
67:15

**situation**
14:19,20 19:7
36:5,8,20,24
37:3 55:11,19
56:4 63:16 64:5
71:13 75:8
76:3,6

**situational**
75:9

**situations**
74:12

**size** 40:11

**sleep** 10:4

**snitch** 46:13
47:8,12,23
48:6,11

**snores** 27:2

**snoring** 27:3

**solemnly** 5:13

**somebody's**
43:7

**someone's**
63:3

**something's**
38:17

**sort** 7:25 10:1
12:20 15:19
20:5,22 21:2
22:17,18 23:20
27:5,10 28:5
29:19 30:23
34:6 35:9
59:13,23 60:6
62:15 63:13
67:23 69:12
72:3 75:21

**sound** 34:7

**sounds** 43:6
64:9

**source** 43:23

**specialized**
67:23

**specific** 26:20
46:18 68:18
70:13 73:8 77:4

**specifically**
28:4,20 32:13
38:12,14 42:15
44:4,9 45:1,14
48:5 67:18
71:15

**specifics**
13:21 14:22
31:19

**speculate** 8:18
19:15,17 47:10
68:24

**speeches** 13:2

**spoke** 41:18

**spots** 39:11

**sprint** 62:25

**staff** 45:24
74:5,13

**stagger** 35:17

**standard**
80:22

**standing** 50:23
51:2,16 52:7
54:11,24 55:7
59:2

**staring** 34:9

**start** 10:22
24:3 56:22

**started** 11:8
59:10

**starting** 59:13

**state** 5:3,9
10:22

**stay** 11:21
51:20

**staying** 28:22

**step** 11:17

**steps** 68:6

**stood** 15:24

**stop** 36:5,7,13

**STOPS** 54:21
57:1 61:23

**strategies**
68:15,21 79:21

**strategy** 78:23
79:12

**strike** 42:5
57:4 73:4

**strikes** 57:12

**striking** 57:8

**strolling** 75:22

**struck** 57:17
58:10

**subject** 78:17

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

**substantial**
44:22

**suffering** 63:3

**supervising**
38:6 66:19

**supervisor**
13:14 16:24
18:21,25 19:4

**supervisors**
19:4 74:13

**supplies** 16:13

**supposed**
14:14,16,17
19:19 30:11
35:9 36:7 37:1,
8 50:18 51:6,7,
13 58:2

**surprise** 44:6,
8,11 45:2,12,24
48:8,22 49:2,5

**surprised**
44:17,23 45:9,
17

**surprises**
44:22

**surrounding**
36:24

**surveil** 67:25

**surveilling**
21:18,21 22:5,
14 29:18

**suspect** 63:10

**suspected**
63:19,20

**swear** 5:13

**system** 22:24
30:17 39:8

———————

**T**

**tables** 28:6
29:10,20

**tad** 65:16

**taking** 7:10
22:2 27:11

**talk** 6:23

**talking** 12:25
28:4 38:12
51:19,21 52:8
73:22

**tampered**
26:22

**target** 75:9

**tasks** 66:21
67:14

**technically**
28:1 30:3 74:1

**telling** 47:5
55:23 56:6 58:5

**tend** 8:6

**term** 43:2,4,12,
20 66:11 74:22

**terminology**
44:9

**terms** 74:10
77:16,22

**test** 8:19

**testify** 10:2

**testimony**
5:14 73:6

**thing** 16:21
17:11

**things** 16:18
17:7 22:13 27:3
47:23 77:7
79:19

**time** 7:18 11:14
13:22,24 14:1
19:5 22:22 23:7
24:2,5 31:1
34:16 35:3,14
38:7 39:9 40:21
41:12 45:6
55:22 64:3 67:5
71:18 76:5 80:7

**timer** 35:10

**times** 7:22
23:19,23 24:9
38:7 42:3,6,11
57:17 58:10
77:7

**today** 10:3
12:5 25:1 73:7
80:20

**told** 48:23
60:13

**top** 17:20,22,25

**totally** 8:21

**trained** 62:20,
23 68:14 74:9,
14 79:24

**training** 68:18
77:22

**transcript**
80:18,20

**tray** 25:21
67:12

**trays** 67:10

**trial** 21:12 80:4,
6

**trouble** 14:11

**true** 44:6

**truth** 5:15 8:21

**truthfully** 10:3

**twist** 45:10

**types** 74:11

**typical** 15:20
22:17

———————

**U**

**UFC** 44:24

**Uh-huhs** 7:8

**Uh-uhs** 7:8

**Uncommon**
42:18,22

**underlying**
12:20

**understand**
8:10,14 20:8
28:22 43:4 49:5
53:5 57:7 58:7
62:11 66:8,12
67:22 69:5

**understanding**
46:8 60:22

**understood**
8:14 13:10

**unexpected**
35:18

**unit** 14:18,23,
24 19:25 22:1
27:21 40:11
78:19

**units** 15:7,9
20:9

**unusual** 30:23

**urgency** 63:13

———————

**V**

**vary** 34:1

**verbal** 7:7

**verbatim**
56:14

**verbiage** 13:17
45:10 56:17

**version** 30:10

**versus** 21:3

**victim** 46:3

**victims** 46:12
48:10 49:6

**video** 6:18
9:13,14,15 29:7
32:12,18 54:16,
18,20,21 55:21
56:21,25 57:1
58:11 61:12,23
65:17 71:6,12

**videos** 74:4

**view** 55:1

**violation** 51:5
55:6,12

**violence** 38:3,
10,20 68:7,17,
22 69:7 77:18
78:6,12,16,22,
24 79:2,4,13,
16,21

**violent** 46:2
75:8

**violently** 74:6

**visits** 15:17

**visually** 23:1

———————

**W**

**waiting** 15:18

**waive** 80:13

**walk** 15:19
22:25 23:8,14
24:9 33:8 59:18
60:25 62:24
63:12

**walked** 28:5
61:19

**walking** 26:19
28:1 29:21 30:8
41:17 59:23
60:6 61:14,16
62:8,17 73:25
75:8

**walks** 61:1

**wanted** 37:22

**watch** 69:14,
19,21 70:3

**watching**
41:13,16 69:1

**weather** 16:16

**week** 16:13
45:23 74:5

**weekly** 45:14

**wellbeing**
76:10

**what'd** 32:10

**wincing** 34:4

**window** 13:5
31:23 60:12

**windows** 23:1,
4,5,9

**wishes** 80:14

**word** 22:21
73:7,18,21


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

407.423.9900          www.MILESTONEREPORTING.com

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

Toll Free 855-MYDEPOS

**words** 26:1
73:6 75:19

**work** 7:9 11:1
24:7 27:24

**worked** 10:12,
21 46:24 74:15

**working** 10:22
14:9,11 41:3

**worried** 47:7

**write** 12:22
14:10,16,17
37:12,19

**writeup** 14:12,
13

**written** 13:5
14:15

**wrong** 17:6,10
32:1

**wrote** 13:8
49:22

---

**Y**

---

**yard** 16:15

**year** 6:4,6 14:2
67:5

**years** 11:2 74:3

---

**Z**

---

**zoom** 6:7,8,14
12:2 65:16



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS