

**SHERIFF**
**Marion County**

**OPERATIONS DIRECTIVE**

| 6164.00 | Reference: |
| --- | --- |
| | FCAC: 6.06 |
| **HEADCOUNT OF INMATES** | |
| **Effective Date:  08/28/97**   **Revision Date:  02/23/17** | |

**6164.00  HEADCOUNT OF INMATES**

**A.**  It is the policy of the Marion County Sheriff's Office to maintain a secure, safe facility, while ensuring the presence of all inmates committed to the jail.

**B.**  A physical headcount of all inmates will be conducted at least three (3) times within each 24 hour period. A master log is to be maintained at the Booking Desk indicating changes as inmates are released and/or transferred.

  1.  Headcounts will be conducted, at a minimum, as follows:

   **a.**  Day shift will conduct one (1) physical headcount at the beginning of the shift.

   **b.**  Night shift will conduct one (1) physical headcount at the beginning of the shift.

   **c.**  Night shift will conduct one (1) lock-down headcount. The full "Lock-Down" count will be accomplished when all inmates are required to be immobilized and visually inspected.

**6164.10  DEFINITIONS**

**A.**  Physical Headcount - A headcount where all inmates shall stand for the count by their respective cell doors or bunks.

**B.**  Lock-Down Headcount - A headcount where all inmates stand for the count by their respective cell door or bunk. After identification of the inmate, the inmates are secured in their cells or restricted to their bunks.

**C.**  Isolation Headcount - A headcount conducted on inmates confined in either Administrative or Disciplinary Confinement. An isolation headcount is conducted in the same manner as a security check.

___

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**6164.20  PHYSICAL HEADCOUNT PROCEDURES**

**A.** At approximately 15 minutes prior to the count being taken, the Pod Detention deputy shall direct the Control Room Detention deputy to announce to the inmates, via the public address system, to prepare for headcount. At this time all telephones are to be turned off. They will be turned on at the discretion of the Pod Detention deputy upon completion of the headcount.

**B.** The rove detention deputies should also be prepared to start the count by having the most up-to-date headcount sheet.

**C.** When the headcount is announced, the inmates will line up at their doors or bunk. The cell room lights will be on and they will be dressed in a complete uniform with the I.D. card/tag on their collar. They will stand erect facing the end of the cell block with the lowest cell numbers (left hand to the wall), either one or two abreast depending on the number of inmates in the cell. This will allow the detention deputy to walk up to them, see their I.D. card/tags and look into the cell. There will be no unnecessary talking or movement during count. At no time will a detention deputy count someone who is concealed from view.

**D.** The detention deputy will not do a cell check at this time but should note any major discrepancies in the cell. It should also be noted that the inmate is in the cell he/she was assigned and that the I.D. card/tag is worn appropriately. If the I.D. card/tag is worn, damaged, or missing, the detention deputy shall see to it that the card/tag is repaired or replaced as required.

   **1.** An annotation of the card/tag replacement shall be made in the computer's Daily Log by the discovering detention deputy.

**E.** As soon as the count is complete in one cell block the detention deputy(ies) will move to the next cell until the count is complete.

   1. If an identification card/tag is missing, a new identification card/tag will be made.

**F.** So that the inmates and the detention deputies will know what to expect each time, and to allow for an orderly and expedient headcount, the count shall be conducted in the same manner each time, with no changes made to suit individual detention deputies' preferences.

**G.** Upon completing the headcount in all sections of the pod, report the headcount to Booking and record the headcount in the Daily Log.

**H.** All inmates not available for count must be accounted for in the Daily Log.

___

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**6164.30  HEADCOUNT AT LOCK-DOWN**

**A.**  Approximately 15 minutes prior to the count being taken, the Pod Detention deputy shall direct the Control Room Detention deputy to announce to the inmates, via the public address system, to prepare for lock-down headcount and to be advised the telephones will be turned off at 2200 hours.

   1.  For those pods that do not have a control room, the Pod Detention deputy will make the announcement to the inmates.

**B.**  The detention deputies will begin headcount at 2200 hours and have the first section of inmates line up at their doors or bunk. The cell room lights will be turned on and the inmates will be dressed in a complete uniform with the I.D. card/tag on their collar. The inmates will stand erect facing the end of the cell block with the lowest cell numbers (left hand to the wall), either one or two abreast, depending on the number of inmates in the cell. This will allow the detention deputy to walk up to them, see their I.D. card/tags and look into the cells. There will be no unnecessary movement or talking during this count. At no time will an detention deputy count someone concealed from view.

   1.  Inmate in open dormitory style housing or those assigned to sleep in the dayrooms shall stand by their assigned bunk dressed in a complete uniform with the I.D. card/tag on their collar.

**C.**  The detention deputy will begin counting any and all inmates assigned to a bunk in the dayroom.  When the detention deputy walks upon an inmate assigned to sleep in the dayroom, that detention deputy will check the inmate's I.D. card/tag, mark the inmate on the headcount as being present, instruct the inmate to lay on his/her bunk and visually observe the now immobilized inmate, in the bed.  The detention deputy will continue this process until all inmates on bunks in the dayroom have been counted.

**D.**  The detention deputy will then count the inmates lined up at the cell doors. Once again, the detention deputy will check the inmate's I.D. card/tag, mark the inmate on the headcount as being present, and then instruct the inmates assigned to the cell they are standing at to enter their cell. The detention deputy will then close the door to the cell, being certain the door did, in fact, lock and then visually observe the immobilized inmates in that cell. The detention deputy will continue until the entire section is complete. The detention deputy will then move from one section to the next, until the entire pod count is complete.

**E.**  Upon completing the headcount in all sections of the pod, the detention deputies will call the count to Booking and record the count in the Daily Log.

___

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**6164.35  SECURITY CHECKS**

**A.** When conducting a security check, all flashlights will be used sparingly, but with enough light thrown on the inmate to leave no doubt as to whether a human is actually in the bunk. The detention deputy must be certain of seeing flesh in all cases rather than counting an inmate on the basis of seeing any part of his/her clothing, hair or shoes.

**B.** If the detention deputy cannot determine as to whether a human is actually in the bunk, he/she will be required to enter the cell.

**C.** It is not required to waken the inmates unless it is necessary to make proper determination as to whether a human is actually in the bunk.

**D.** All inmates will be visually checked every hour between the hours of 2200 and 0600, unless they are involved in an outside program that precludes a personal check. Checks will be entered in the Daily Activity Log.

**6164.40  ISOLATION HEADCOUNT**

**A.** An Isolation Headcount shall be conducted in the same manner as a Lock-Down Headcount. (See Section **6164.30** above.)

**6164.50  PRISONER UNACCOUNTED FOR**

**A.** When a discrepancy with the headcount occurs, the following procedures shall be followed:

  1. The detention deputy will double-check all entries and mathematics on the Daily Log.

  2. The pod detention deputies shall repeat the headcount procedure, checking for errors and personally viewing each inmate.

**B.** If the headcount procedure still indicates there is one or more missing inmates, detention deputies will:

  1. Notify the Jail Watch Commander, or the Sector Sergeant, and:

  2. Compare the names of the inmates present against the headcount sheet and the Daily Log to determine who is missing.

  3. Detention deputies will also check the previous shift activity log to ensure the inmate was not released permanently or temporarily from the pod.

___

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**C.** If this procedure fails to locate the error, or reveals that an inmate is in fact unaccounted for, the Jail Watch Commander shall implement the procedures set forth in Operations Directive **6165.00**, Escape-Jail.

**- END –**

---