

# SHERIFF
## Marion County

**OPERATIONS DIRECTIVE**

| 6011.00 | Reference: |
|---|---|
| | **FCAC:** 6.03, 6.07, 6.14, 6.15, 6.18, 9.07, 10.03, 10.23 |
| **SUPERVISION OF INMATES - JAIL** | **FMJS:** 13.13 |
| Effective Date: 03/01/96    Last Revision: 02/23/17 | |

**6011.00    SUPERVISION OF INMATES - JAIL**

**A.** It is the policy of the Marion County Sheriff's Office that inmates housed at the Marion County Jail shall be supervised twenty-four hours a day by certified personnel. It is also the policy that:

  1. The Marion County Sheriff's Office (MCSO) ensure it has a Zero Tolerance stance towards all forms of sexual abuse, sexual contact and sexual harassment as well as the safety and well-being of all inmates by actively investigating and prosecuting any reported case of sexual assault, sexual abuse, sexual harassment, or rape. PREA Standard 115.11(a).  In addition, the MCSO is to ensure it protects all inmates and staff who report sexual abuse, sexual contact and sexual harassment or cooperates with sexual abuse or sexual harassment investigations from retaliation by other inmates or staff, and shall designate which staff members or departments are charged with monitoring retaliation. It shall employ multiple protection measures, such as housing changes or transfers for inmate victims or abusers, removal of alleged staff or inmate abusers from contact with victims and emotional support services for inmates or staff that fear retaliation for reporting such allegations. PREA Standard 115.11(a)-5

  2. Line supervisory staff shall conduct a daily patrol of all areas of the facility occupied by inmates.

  3. The Detention Bureau Major, or his/her designee, and other ranking members of the jail facility shall inspect the facility's living and activity areas, including security devices, at least weekly and initiate corrective action if needed. An unannounced supervisor check will be noted in the pod log.

  4. The jail administration encourages professional contact and interaction between staff and inmates during periods of supervision.

  5. Duty posts are located adjacent to inmate living areas to permit detention deputies to hear and respond promptly to emergency situations and are staffed to provide full coverage of designated security posts, surveillance of inmates and performance of all ancillary

___

**MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE**

functions. Each housing area has at least one certified detention detention deputy present at all times.

**6.** All high and medium security inmates are observed by a detention deputy as frequently as possible. More frequent observation is required for those inmates who are violent, mentally disordered, suicidal, or who demonstrate unusual or bizarre behavior. Suicidal inmates, housed alone are under continual observation.

   **a.** All inmates will be visually checked every hour between 10:00 PM and 6:00 AM, with the results recorded and maintained in the Daily Log of the Jail Management Computer System.

**7.** Anytime both males and females are housed in the facility, at least one certified male detention deputy and one certified female detention deputy are on duty at all times.

**8.** An inmate or groups of inmates housed in the Marion County Jail shall not be given control or authority over other inmates.

**9.** Male staff does not enter the female housing areas, unless accompanied by a female detention deputy with an opposite gender announcement made, except in an emergency. Female staff will likewise announce their presence in a male section with an opposite gender announcement, except in an emergency.

**10.** No staff member shall enter a high security cell block without the immediate availability of assistance from another. The assisting detention deputy may be physically available or within sight or sound of the detention deputy entering the unit.

**11.** Except for inmate workers inmates moved from one location to another shall be supervised and controlled by a staff member at a ratio of five (5) inmates to one (1) Certified Detention deputy.

**12.** A permanent log, recording routine, emergency and unusual situations shall be maintained in the jail's computer system.

**6011.10   PROCEDURES**

**A.**   The Detention Bureau Major, or his/her designee, shall:

   **1.**   Establish working shifts and assign an adequate number of trained personnel to each shift.

   **2.**   Delegate the responsibility for the assignment and supervision of personnel to the Jail Custody and Security Watch Commanders and their assistants.

**B.**   The Jail Watch Commanders shall:

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

  **1.** Review the Sergeants' schedules of post assignments on each shift to ensure proper coverage.

  **2.** Conduct daily walk through tours and inspections of housing units to gauge the temperament of the inmate population and ensure that both staff and inmates are adhering to Agency rules and regulations. An unannounced supervisor check will be documented in the daily pod log.

**C.** The Sergeants shall:

  **1.** Prepare a roster of personnel (Jail Personnel Post Assignment) for daily shift assignments. Rosters shall include at a minimum:

    **a.** Vacation, personal leave, and military leave

    **b.** Sick leave (Sick leave shall be entered on the Jail Personnel Posts Assignment on the day the leave is taken.)

  **2.** Submit a copy of the daily roster to the Detention Bureau Major via the chain-of-command.

  **3.** Ensure each housing area has at least one certified detention deputy present at all times and that assignments, as designated on the Jail Personnel Post Assignment, are followed to the greatest extent possible, and changes are made where necessary.

  **4.** Ensure that each pod detention deputy maintains a daily activity log by recording routine and emergency situations in the Daily Log in the jail's computer system. Each shift shall prepare a daily shift activity report (Detention Supervisor Control Sheet) regarding all unusual occurrences for submittal to the Bureau Major through the chain of command. An unannounced supervisor check will be documented in the daily pod log when the sergeant makes his rounds.

## 6011.20   INSPECTIONS

**A.** It is the responsibility of the supervisory staff to continuously assess inmate morale and the quality of care and supervision inmates receive. Line supervisory staff will conduct a patrol of all areas of the facility on a shift basis, including weekends and holidays.

**B.** The Detention Bureau Major, or his/her designee, shall inspect the living and activity areas of the jail on a weekly basis. This will enhance administrative awareness of the general operation and security of the facility and facilitate inmate access to administrative staff. This inspection will be documented as an unannounced supervisor check in the daily pod log.

---

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

   **1.** Any problem(s) with security devices or other areas needing attention should be directed to the on duty Jail Watch Commander.

**C.** Pod detention deputies shall physically enter each cell/room at least once each shift and determine that there has been no tampering with the doors, walls, windows, light fixtures, bunks, or other items.

**D.** Pod detention deputies shall take necessary precautions to ensure that there are no self-appointed "Cell Bosses" who exercise control over other inmates.

### 6011.30   JUVENILES (Direct Filed, Waived, and/or Adjudicated only), AND HIGH AND MEDIUM SECURITY INMATES

**A.** The control and supervision of juvenile inmates is outlined in Operations Directive 6631.00.

**B.** The control and supervision of inmates designated as suicide precautions is outlined in Operations Directive 6541.00.

**C.** Checks by medical staff of inmates in lockdown confinement will not exceed 72 hour intervals and will be documented by the medical person making the check. (FMJS 13.13)

**D.** Extreme caution will be used when dealing with any inmate designated as "high risk" as defined previously in this directive. The control and supervision of inmates designated as "high risk" is outlined in Operations Directive 6630.00, Special Management Inmates.

   **1.** Anytime a high risk inmate is moved out of the pod, he/she will be shackled with leg irons, waist chains and handcuffs. He/She will be escorted by at least two (2) certified detention deputies.

   **2.** A high risk section is defined as any area where a maximum security (red-suiter) inmate is housed.

   **3.** No staff member shall enter a high risk section of any pod without a second detention deputy present or immediately available upon request.

**E.** Documentation of observation of confinement of high-risk inmates will be logged electronically or on the Inspection of Confinement form or the Observation/Segregation Log. When initiating and ending this form, all applicable blocks will be completed (Juvenile, Administrative, Disciplinary, Date In/Out, Frequency of Check, etc.).

**F.** The Jail Watch Commander or his/her designee   shall see and talk to each inmate in disciplinary or administrative confinement at least once on the dayshift and once on the nightshift. At each of these times, the inmate's general condition and attitude shall be

**MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE**

ascertained and noted in the jail's computer or on the Inspection of Confinement form or the Observation/Segregation Log.

**H.** Upon completion of each page of the Inspection of Confinement form or the Observation/Segregation Log, the page will be sent to the Sector Sergeant for review and he/she will send to Classifications for storage.

**J.** An Administrative Confinement Report for Review form is to be completed on all inmates placed in Administrative Confinement and Protective Custody.

### 6011.40   GENERAL SUPERVISION

**A.** Detention deputies should vary their routines so that inmates cannot determine when their cell block or cells will be checked or inspected.

**B.** Detention deputies must ensure that inmates do not gather around entrance doors, fire doors, dayroom windows, or other areas determined to be off-limits to inmates (boxed area striped with yellow paint), unless instructed by an detention deputy to enter an off-limit area.

**C.** With the exception of Administrative Confinement, Protective Custody, Disciplinary Confinement cells, and/or Suicide Precaution cells, individual cell doors are allowed to remain open during non-lockdown periods while the inmates are in the cellblock.

   1. It is the responsibility of the inmate to close his/her door before leaving the cellblock.

**D.** All staff members shall monitor inmate movement to ensure the security and orderly running of the facility.

**E.** Male staff may not enter a female housing area unless accompanied by a female detention deputy except in the event of an emergency. In addition, per PREA (prison rape elimination act), the MCSO has implemented policies and procedures that enable inmates to shower, perform bodily functions, and change clothing without non-medical staff of the opposite gender viewing their breasts, buttocks, or genitalia, except in exigent circumstances or when such viewing is incidental to routine cell checks (this includes viewing via video camera). PREA Standard 115.15(d)-1)

**F.** The MCSO has policies and procedures that require staff of the opposite gender to announce their presence when entering an inmate housing unit.  These opposite gender announcements (OGA) will be made each time an detention deputy of the opposite gender enters an inmate's housing unit; this is to inform the inmates that an detention deputy of the opposite gender will be on the floor. Announcements will be documented in the pod housing activity log. PREA Standard 115.15(d)-2)

___

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**6011.50    PROFESSIONAL CONTACT AND INTERACTION**

**A.**  Detention staff shall remain open and make themselves available to receiving requests, complaints, grievances, and general feedback regarding inmate concerns.

**B.**  Detention deputies assigned to the pods shall facilitate interaction with the inmate population. Valuable information regarding security, inmate temperament, etc. may be gained through this interaction.

**-END-**

---