


**SHERIFF**
**Marion County**

**OPERATIONS DIRECTIVE**

| 6632.00 | Reference: |
|---|---|
| **DISCIPLINARY PROCEDURES, INMATES** | FCAC: 7.01 – 7.14<br>FMJS: 13.04 -13.12<br>FSS: 951.23 |
| **Effective date: 03/12/97**  **Last revision**: 02/15/17 | |

### 6632.00 DISCIPLINARY PROCEDURES, INMATES

**A.** It is the policy of the Marion County Sheriff's Office that proper order and security be maintained in the Jail and approved disciplinary procedures are followed when inmates attempt to disrupt order and security in the Jail. Disciplinary procedures governing inmate rule violations address rules, minor and major violations, criminal offenses, disciplinary reports, pre-hearing actions/investigation, and pre-hearing detention.

**B.** The purpose of this directive is to establish a system of prohibition, penalties and correctional measures that deal with conduct that causes or threatens to cause harm to self, to others, to property, or disruption of institutional operations. These procedures are meant to achieve the following objectives:

   **1.** Ensure that disciplinary action is taken only at such times, and to such a degree as is necessary, to regulate an inmate's behavior within acceptable limits.

   **2.** Control inmate behavior in an impartial and consistent manner.

   **3.** Ensure that disciplinary action is neither capricious nor retaliatory. Corporal punishment of any kind is prohibited.

   **4.** Define and grade offenses in order to limit official discretion in punishment and to give fair warning to inmates of what is prohibited conduct and the consequences of violations.

   **5.** Inmates who knowingly violate posted regulations on more than two (2) occasions could be subjected to an additional 2nd degree misdemeanor charge. *{FSS 951.23 (10)}*

   **6.** Prescribe penalties, which are proportionate to the seriousness of the offenses.

### 6632.05 DEFINITIONS

**A.** Possess - to knowingly have physical or constructive possession or otherwise control over an object.

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**B.** Deadly Weapon - Any weapon from which a projectile may be discharged, a sharp instrument, billy club, bludgeon, metal knuckles, sling shot, tear gas gun, or chemical weapon.

**C.** Dangerous Instrument - an instrument, substance, or article, which under the circumstances in which it is used, or attempted or threatened to be used or is capable of being used, may cause death or serious physical injury.

## 6632.10  ADMINISTERING DISCIPLINE

**A.** The Detention Bureau Chief and his staff have the responsibility to control the conduct and behavior of the inmates and operate an orderly facility.

**B.** A copy of the Inmate Rules and Regulations is issued to each new inmate. If the inmate cannot read, the staff shall read the rules to him/her. If the inmate cannot understand English, translation services regarding rules and regulations are provided for disabled and/or non-English speaking inmates.

**C.** Any disciplinary action administered against an inmate will be in accordance with Florida State Statutes, the Florida Model Jail Standards and accreditation standards.

## 6632.15  DISCIPLINARY HEARING PROCEDURES

**A.** Informal Disciplinary Action

  1.  Any Detention Deputy may take informal disciplinary action against an inmate. Such actions are limited to reprimands.

  2.  When an informal disposition is elected, the reporting officer will utilize the Incident Report system to record the reprimand. This action will be approved by the Jail Watch Commander. The Incident Report will be maintained in the Jail Management Computer System.

**B.** Formal Disciplinary Action

  1.  An incident report will be completed and forwarded to the Detention Bureau Chief, through the Chain of Command on all infractions.

  2.  When a formal disciplinary action is elected, the reporting officer will inform the inmate verbally that disciplinary action is forth coming. The reporting officer will utilize the Disciplinary Report to notify, in writing, the inmate of the alleged infraction. The form will be completed and given to the Jail Watch Commander as soon as possible, but no later than the end of the working day. The report must contain at least the following:

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

    **a**. Date and time of infraction;

    **b.** Place of infraction;

    **c.** Date and time of report;

    **d.** Specific rules violated;

    **e.** An explanation of the event that includes who was involved and what transpired

    **f.** Any actions taken by employees or staff;

    **g.** The names of witnesses (as security allows);

    **h.** Any unusual inmate behavior;

    **i.** Any physical evidence and its disposition;

    **j.** Any immediate action taken, including the use of force; and

    **k.** Reporting staff member's signature.

  **3.** The Jail Watch Commander will ensure an investigation of the alleged infractions is conducted and forward a written report of the investigation to the disciplinary committee or Disciplinary Report Hearing Officer upon completion.

    **a.** For the purpose of this policy, the initiation of the Incident Report is considered the first stage in the investigation process.

    **b.** The formal investigation will be made utilizing a Report of Disciplinary Investigation form. The investigation will include the questioning of the inmate(s) involved and all witnesses that have knowledge of the infraction.

  **4.** The inmate is notified in writing of the charges against them and given at least 24-hour notice of the impending disciplinary hearing.

    **a.** The inmate is required to sign the form and circle whether or not he/she waives the 24 hour time period prior to the disciplinary hearing.

    **b.** If the inmate refuses to sign the form, the refusal will be witnessed by a second officer and the words "Refused to Sign" with be written on the inmate's signature line. Each officer will initial the refusal and write their ID number by their respective initials.

---

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

    1)  The officer will check the "Do not waive the 24 Hour Notice" on the disciplinary report.

**5.** All formal disciplinary actions are referred to a Disciplinary Committee or Disciplinary Report Hearing Officer

**6.** When it appears likely that an incident may cause an inmate to be subject to criminal prosecution, the investigation and/or disciplinary procedure shall continue and the Jail Investigator will be notified of the incident.

**7.** A copy of all incident reports involving serious incidents will be submitted to the Jail Investigator.

**6632.20  STAFF ASSISTANCE**

**A.** Staff assistance is provided to any inmate who is unable to defend him/herself due to disability, language, or literacy problems.

    1.  The purpose of providing staff assistance is to ensure the inmate is aware of his/her due process rights during a disciplinary hearing and to assist the inmate in the collection of evidence and testimony, if the inmate is unable to do so.

**B.** The investigating officer, during the course of the investigation, shall ascertain whether or not the inmate desires staff assistance.

    1.  The inmate's response shall be recorded on the investigation form.

    2.  The inmate may select a staff member of his/her choice with the exception of any staff member who is directly involved with the disciplinary action, the investigation, or the final disposition of the recommended disciplinary action.

    3.  If the inmate cannot read, write, understand English fluently, or cannot collect evidence and testimony on his/her own behalf, staff assistance will be appointed.

**C.** An inmate is not entitled to an attorney present at a disciplinary hearing, but he/she should be informed of his/her rights if the charges are also being filed with the State Attorney's Office.

**D.** If the inmate desires staff assistance and is unable to make a selection because of not being familiar with the members of the staff, one will be appointed to him.

**E.** If the inmate selects a staff member, the Jail Watch Commander will notify that staff member and will assist the staff member with all the needed information.

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

   **1.** If the inmate cannot select a staff member, the Jail Watch Commander will appoint an officer who was not involved in the case. The supervisor will notify both the assigned officer and accused inmate of the appointment.

**F.** Upon receiving proper notification of the appointment or selection, the officer performing the function has the following responsibilities:

   **1.** Instruct the accused inmate of the procedures of a disciplinary hearing and ensure that the inmate understands all of his/her rights during such hearing.

   **2.** If the inmate does not understand the English language or is unable to collect evidence and testimony on his/her own, e.g., removed from pod or section where incident occurred, placed in Administrative Confinement, language problems, etc., the staff assistant will interview any additional inmates or staff at the request of the accused inmate. It is not necessary to interview those inmates or staff members who have been previously interviewed during the investigation process unless the assisting officer deems it appropriate.

   **3.** If the inmate is unable to present his/her own case to the Disciplinary Hearing Committee or Disciplinary Report Hearing Officer, the staff assistant will present the case in a professional, objective and unbiased manner.

**6632.25  DISCIPLINARY COMMITTEE**

**A.** A Disciplinary Committee or Disciplinary Report Hearing Officer will be established to hear the formal disciplinary actions against the inmates.

   **1.** Under no circumstances will an inmate be disciplined through the use of a "Kangaroo Court" or other similar action.

**B.** Disciplinary hearings will be conducted by the Disciplinary Hearing Committee or Disciplinary Report Hearing Officer. The Jail Watch Commander will establish a Disciplinary Committee as outlined below:

   **1.** The Disciplinary Committee will consist of at least three (3) members, with one (1) member to be designated as chairperson.

   **2.** Staff employees, who are witnesses to an infraction, are prohibited from sitting on the disciplinary committee or acting as hearing officer.

   **3.** The Disciplinary Committee or Disciplinary Report Hearing Officer may invite other staff members to attend the hearing for consultation as needed for specific cases.

___

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**6632.30  HEARING PROCEDURES**

**A.** The Disciplinary Committee or Disciplinary Report Hearing Officer shall meet to hear the pending charges as soon as possible in order to provide a speedy and fair hearing. The inmate will be allowed a minimum of 24 hours notice from the date and time the charges were delivered to the inmate, so he/she may prepare his/her defense. The hearing may be held within the 24 hour time period with the inmate's written consent as outlined in 6632.15.

**B.** The Disciplinary Hearing will be held within seven (7) working days, excluding weekends or holidays, of the incident.

**C.** The inmate shall be brought before the Disciplinary Committee or Disciplinary Report Hearing Officer. It is the responsibility of the Disciplinary Committee Chairperson or Disciplinary Report Hearing Officer to ensure the inmate properly understands the charges against him/her and the possible adverse actions that may result from the disciplinary hearing.

   **1.** Inmates charged with rule violations will be present at the disciplinary hearing, unless a written waiver is obtained, the inmate refuses, or security is threatened.

      **a.** Inmates may be excluded during the testimony of any inmate whose testimony is given in confidence.

   **2.** The presence or absence of the inmate, including any reason(s) for the absence, must be recorded as part of the official hearing record.

**D.** Postponement or continuance of the disciplinary hearing may be granted for a reasonable period and good cause so long as it does not exceed ten (10) days from the date of the incident.

   **1.** Any postponement or continuance must have the written approval of the Detention Bureau Chief.

**E.** The inmate shall have the charges read to him/her except when the inmate has waived the right to attend the hearing, in writing, or if the inmate's behavior would exclude him/her from the hearing. This will be documented on the Disciplinary Report.

**F.** The inmate shall be given the opportunity to enter a plea of guilty or not guilty. If the inmate refuses to plead guilty, the inmate must specifically say so. If the inmate pleads guilty, the board must find him/her guilty based on the information and testimony given. A not guilty shall be entered by the Committee or Disciplinary Report Hearing Officer if the inmate refuses to plead.

_____

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**G.** The committee chairperson or a majority of the committee or Disciplinary Report Hearing Officer has the authority to call witnesses, evidence, and/or documents. Reasons for not calling witnesses, or restricting any information, is documented as part of the official record.

**H.** The Hearing Committee or Disciplinary Report Hearing Officer shall offer staff assistance for any inmate unable to defend him/herself due to disability, language, or literacy problems.

**I.** The inmate will be given an opportunity to present his/her version of the offense, orally and/or in writing, present documentary evidence and/or call witnesses in his/her behalf, and present any evidence.

   **1.** If, for any reason an inmate is denied any of the above rights, the Hearing Chairperson or Disciplinary Report Hearing Officer shall document the reason for refusal, in writing, and attach it to the Disciplinary Report.

**J.** The inmate shall be excused during the closed conference to discuss the evidence presented.

### 6632.35  HEARING COMMITTEE'S RECOMMENDATIONS

**A.** The Hearing Committee's or Disciplinary Report Hearing Officer decision shall be based solely upon the evidence presented at the hearing; which includes staff reports, the statements of the inmate charged, evidence derived from witnesses and documentation. The Disciplinary Log shall contain statement of reasons for the decision and the evidence upon which the decision is based. This statement is entered on the Marion County Jail Disciplinary Report and in the Jail Management Computer System.

**B.** The Hearing Committee or Disciplinary Report Hearing Officer may recommend loss of visitation, canteen, or other privileges.

**C.** The Hearing Committee or Disciplinary Report Hearing Officer may recommend disciplinary lockdown confinement from 1 to 30 days per disciplinary report. Multiple disciplinary reports may run consecutive or concurrent with each other. In no event shall an inmate receive more than 30 days for any one disciplinary report.

**D.** The Hearing Committee or Disciplinary Report Hearing Officer may recommend loss of all, or a part of, gain time by sentenced county inmates.

**E.** The Hearing Committee or Disciplinary Report Hearing Officer may recommend a sentence of:

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

1. If a disciplinary report contains two (2) or more charges, may recommend lockdown divided among the charges, not to exceed a total of 30 days per disciplinary report.

2. May recommend disciplinary lockdown confinement of 30 days, loss of gain time, removal from inmate worker, work release, or study release status, or all of the above, depending upon the seriousness of the offense.

3. May elect to give the inmate a verbal reprimand.

4. May find the inmate not guilty, and dismiss all charges.

5. All decisions, including "Not Guilty" will be noted on the disciplinary report.

    a. The hearing chairperson or Disciplinary Report Hearing Officer will forward all files of inmates found not guilty of alleged rule violation to the Performance Imperatives Unit and ensure all records of the disciplinary report are removed from the inmate's file.

**F.** The Hearing Committee or Disciplinary Report Hearing Officer shall inform the inmate of its decision and explain it so that he/she understands the judgment against him/her, and prepare for an appeal, if desired.

1. The inmate is provided a written decision on the results of their disciplinary hearing.

**G.** The Hearing Committee or Disciplinary Report Hearing Officer will inform the inmate that he/she may appeal the Committee's decision within five (5) days, in writing, to the Inmate Services Sector Commander or his/her designee.

**H.** The Disciplinary Hearing Committee Chairperson or Disciplinary Report Hearing Officer will forward all disciplinary reports to the Jail Watch Commander for review and signature.

1. The Jail Watch Commander reviews for statistical and potential appeal purposes. Upon completion, the reports are sent to Classifications for inclusion in the inmate's file.

## 6632.40  DISCIPLINE OF INMATE ALREADY ON PROBATION STATUS

**A.** If an inmate already on probationary status commits an additional rule violation, a Disciplinary Report shall be written by the officer involved and the case will go through the normal disciplinary process.

**B.** If the inmate is found to be guilty of the additional rule violation(s), he/she shall be sentenced to disciplinary lockdown for the remainder of the original probationary period,

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

plus any additional time the Disciplinary Committee or Disciplinary Report Hearing Officer may wish to impose within the guidelines of the Inmate Rules and Regulations.

### 6632.45  DISCIPLINARY CONFINEMENT LOCKDOWN REVIEW

**A.** The Jail Watch Commander or designee shall visit inmates who have been placed in disciplinary confinement to determine the inmate's change in attitude and behavior, and will document the contact on the Observation/Segregation Log.
**B.** The request for loss of good time/work time will be included in the Disciplinary Action Report and submitted to the Jail Watch Commander.

### 6632.50  REVIEW OF DISCIPLINARY COMMITTEE RECOMMENDATIONS

**A.** The Jail Watch Commander or his/her designee will review all Disciplinary Committee or Disciplinary Report Hearing Officer's recommendations to assure conformity with policy and regulations.

**B.** The Jail Watch Commander may:

  **1.** Approve the Disciplinary Hearing Committee's or Disciplinary Report Hearing Detention Deputy's recommendations:

  **2.** Disapprove the Disciplinary Hearing Committee's or Disciplinary Report Hearing Detention Deputy's recommendations;

     **a.** Any disapproval also requires the additional approval of the Detention Bureau Chief or a Division Head.

  **3.** Modify the Disciplinary Hearing Committee's or Disciplinary Report Hearing Detention Deputy's recommendations;

     **a.** Any modification also requires the additional approval of the Detention Bureau Chief or a Division Head.

  **4.** The Detention Bureau Chief or his/her designee is prohibited from increasing an inmate's punishment after a decision has been made by the disciplinary committee or Disciplinary Report Hearing Detention Deputy.

**C.** After approval by the Jail Watch Commander, the recommendations are subject to review by the Detention Bureau Chief or the Division Heads.

___

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**6632.55  APPEALS BY INMATES**

**A.**  An inmate may appeal the Disciplinary Committee's or Disciplinary Report Hearing Detention Deputy's recommendations to the Jail Watch Commander.

**B.**  The appeal must be in writing, and must state why the disposition of the Disciplinary Committee or Disciplinary Report Hearing Detention Deputy should be changed.

**C.**  The appeal must be presented to the Jail Watch Commander within five (5) days of the Disciplinary Committee's or Disciplinary Report Hearing Detention Deputy's report.

**D.**  Notice of right to appeal and the time limits will be given to the inmate during the Disciplinary Committee or Disciplinary Report Hearing Detention Deputy hearing and is provided in the Inmate Rules and Regulations Handbook.

**E.**  The Jail Watch Commander either affirms, or reverses, the decision of the Disciplinary Committee or Disciplinary Report Hearing Detention Deputy within fifteen (15) days of the appeal in accordance with 6632.50 B.

**F.**  A written records of the Appeal Process will be kept and maintained on all steps of the appeal.

   **1.**  Once a decision is made on the appeal, the Jail Watch Commander will record the decision on the Request Form.

**6632.60  TRANSFERS TO ISOLATION**

**A.**  An inmate who has not been committed to punitive segregation by the Disciplinary Hearing Committee or Disciplinary Report Hearing Detention Deputy, but who has been charged with a serious violation, may be transferred by the Jail Watch Commander on duty to isolation on a temporary basis, only if the inmate's behavior within the institution is so violent or disruptive as to present an immediate threat of serious harm to life, facility security, or property. The Detention Bureau Chief or his/her designee shall review the pre-hearing detention within 72 hours including weekends and holidays.

**B.**  An inmate found guilty of a serious violation by the Disciplinary Hearing Committee or Disciplinary Report Hearing Detention Deputy might be transferred to isolation if the Disciplinary Hearing Committee or Disciplinary Report Hearing Detention Deputy determined that to be the sentence.

**C.**  An inmate shall be released from isolation by the Jail Watch Commander on duty when it is apparent that the inmate's behavior is no longer violent or his/her sentence to isolation over.

---

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**6632.65  ALLOWABLE DISCIPLINARY MEASURES**

**A.** Maximum penalties for specific violations are given in the Inmate Rules and Regulations.

**B**. The Disciplinary Hearing Committee or Disciplinary Report Hearing Detention Deputy shall refer to the Inmate Rules and Regulations when determining measures to be recommended for disciplinary actions.

**6632.70  RECORDS**

**A.** A record of all disciplinary hearings shall be made and maintained as per Florida Statutes but no less than six (6) months.

**-END-**

___