| 7060.00 | | **Reference:** |
|---|---|---|
| **KEEP AWAY INMATES, COURTHOUSE** | | |
| **Effective Date:  12/26/03** | **Revision Date:  02/13/17** | |

### 7060.00  KEEP AWAY INMATES, COURTHOUSE

**A.**  It is the policy of the Marion County Sheriff's Office to maintain appropriate separation of inmates while they are being held in the Courthouse Holding Cells.

### 7060.10  PURPOSE

**A.**  The purpose of this directive is to establish procedures to ensure those inmates who have been designated as "Keep Away" from other inmates are separated in a secure manner.

### 7060.20  PROCEDURES

**A.**  The Jail Transportation Detention Deputy will notify the Control Room Deputy when a subject is designated as a "Keep Away" and inform him/her the reason(s) as to why the subject is a "Keep Away", i.e., witness against defendant, fighting with defendant and etc.

**B.**  Upon notification, the Control Room Detention deputy will ensure the subjects are separated as follows:

   **1.**  If the subject is a "keep away" because of potential violence against another inmate, he/she will be placed in separate cells.

   **2.**  If the subject is a "keep away" because of being a witness against another subject, he/she will be placed in the holding cell on another level away from defendant.

      **a.**  At no time will a "keep away" witness be in the same location as the defendant.

      **b.**  If the "keep away" is a witness, the Control Room Detention deputy will notify the supervisor when the subject enters the holding cell.

**C.**  Juvenile inmates will not be housed with adult inmates**.**

---

I

**Revised:  02/13/17**          7060.00          **Page 1 of 2**

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**D.** The Control Room Detention deputy will disclose to the lead bailiff the location and reason(s) for a subject being a "keep away".

**E.** The Control Room Detention deputy will initiate a tracking form which will be kept to verify the time of entry into the holding cell and time of departure from main holding cell.

**- END -**