

# SHERIFF
## Marion County

## OPERATIONS DIRECTIVE

| 6136.00 | | Reference: |
|---|---|---|
| | | FCAC: 4.10; 5.01 – 5.11 |
| **DETENTION TRAINING** | | FMJS 2.17 (a); 302 (h); 3.03 (b); 3.05; 7.08; 11.09 (a) (b) |
| **Effective date: 03/20/96** | **Last revision: 02/23/17** | |

### 6136.00  DETENTION TRAINING

**A.** It is the policy of the Marion County Sheriff's Office to provide training programs for employees at the Marion County Jail in order to maintain a high level of professionalism within the Agency and to enable those employees to function effectively. This training shall be of sufficient detail to allow all personnel to be thoroughly familiar with the requirements of their position.

**B.** Training is utilized to update employees on new developments and enhance their performance. Some training topics are optional while others are mandatory as determined by the Administration.

### 6136.10  DEFINITIONS

**A.** Certified Member: an agency member employed or appointed as a full-time, part-time, detention officer with CJSTC certification.

**B.** Civilian Member: a full or part-time member who is not CJSTC certified.

**C.** Employee: any person employed full or part-time, under contract with, or appointed by a county or municipal government or officer, whose primary responsibility is the supervision, protection, care, custody, provision of support and/or control of inmates.

**D.** Detention Training Program: a structured program provided for certified officers, or employees hired under temporary employment or appointment conditions (TEA), which teaches the application of skills and knowledge necessary in the detention environment. Characteristics of this training program include close supervision, daily observation reports, training checklists, etc.

**E.** Specialized Training:  Training to enhance skills, knowledge and abilities. Specialized training may address supervisory, management and/or executive development training, or it may include technical and job specific subjects (e.g., breathalyzer training, firearms, driving, labor relations, etc.).

---

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**F.**  Volunteer:  A person who donates his or her time and effort to provide service or labor.

### 6136.20  TRAINING PROGRAM PLANNING

**A.**  Staff development and training programs are planned, coordinated, and administered by a qualified Agency employee, the Jail Training Coordinator. The Jail Training Coordinator's job description lists the qualification requirements for the position. *(FCAC 5.01)*

  **1.**  All new clerical/support employees who have minimal inmate contact shall receive a minimum of forty (40) hours of orientation and training during their first year of employment.  All persons in this category are given an additional sixteen (16) hours of training each subsequent year of employment.

  **2.** All new support employees who have regular or daily inmate contact will receive a minimum of forty (40) hours of training in addition to orientation during their first year of employment.

### 6136.30 TRAINING PROCEDURES

**A.**  The Marion County Sheriff's Office carries out its training policy through the following:

  **1.**  Roll call training;

  **2.**  In-service training;

  **3.**  Remedial training;

  **4.**  Recruit training;

  **5.**  Supervisory/management training;

  **6.**  Outside sources/schools;

  **7.**  Computerized Training; and/or

  **8.** Courses established and/or approved by the Criminal Justice Standards and Training Commission or other established institutions.

**B.**  The Training Division will maintain files in which all training is documented for each employee.

**C.**  All training will be coordinated and scheduled through the Training Division.

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**D.** If an employee receives training class results or certificates directly, he/she must furnish copies of such results or certificates to the Training Division and the Human Resources Division in order to be properly credited with the training.

## 6136.40  RECRUIT TRAINING

**A.** All employees hired to serve in a sworn Detention capacity will be required to successfully complete the Corrections Basic Recruit School and pass the required state examination. No employee will be assigned in any capacity in which he/she is allowed to carry firearms until completion of Basic Recruit School.

**B.** The Basic Recruit curriculum will be that prescribed by the Florida Criminal Justice Standards and Training Commission.

**C.** All detention deputies shall be in the process of obtaining certification and be certified within six months of employment. The Officer-in-Charge or designee will inspect all personnel records to confirm compliance with Criminal Justice Standards and Training Certification.

**D.** All new detention personnel will receive a minimum of one hundred and sixty (160) hours of orientation and training during their first year of employment. Forty (40) of these hours will be completed prior to being independently assigned to a particular post. All persons in this category will be given an additional forty (40) hours of training each subsequent year of employment.

## 6136.50  NEW EMPLOYEE ORIENTATION

**A.** All new employees and volunteers receive basic orientation to the facility and operating policies and procedures, to include at a minimum: *(FMJS 2.17; FCAC 5.02)*

  1. Code of Ethics and Mission/Vision Statement;

  2. Security procedures;

  3. Hostage plan;

  4. Use of force regulations;

  5. Firearms qualification (detention deputies only); *(FCAC 5.04)*

  6. Defensive Tactics (detention deputies working under a TEA) (*FCAC 5.03*)

  7. Chemical agents; their use and treatment of exposed individuals (detention deputies only*); (FCAC 11.09; FCAC 5.08)*

---

**Revised: 02/23/17**                       **6136.00**                       **Page 3 of 7**

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

8. Key control;

9. Interpersonal relationships;

10. Report writing, as specified by job duties;

11. Inmate rules and regulations;

12. Fire plan;

13. Evacuation plan;

14. Escape plan;

15. Social and cultural lifestyles of the inmates;

16. Rights and responsibilities of inmates.

17. Sexual abuse/assault awareness, prevention, response, and reporting procedures;

18. Sexual abuse/assault confidentiality requirements;

19. Airborne/blood-borne pathogens and biohazards; and

20. Suicide precautions.

21. Communication skills

22. Code of Conduct

23. CPR/First Aid

**B.** All new employees will receive a minimum of eight (8) hours of classroom training on suicide precautions. This training is conducted at least quarterly and the new employee will be scheduled to attend the next available class. Curriculum for the training will include at a minimum:

1. Avoiding obstacles (negative attitudes) to prevention;

2. Inmate suicide research;

3. Why facility environments are conducive to suicidal behavior;

4. Identifying suicide risk despite the denial of risk;

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

    5. Potential predisposing factors to suicide;

    6. High-risk suicide periods;

    7. Warning signs and symptoms;

    8. Components of the agency's suicide preventions program; and

    9. Liability issues.

**C.** All certified staff members, and those working under Temporary Employment Authorization (TEA), will receive training in methods of self-defense, approved by the agency prior to assignment to duties where force may be used. *(FCAC 5.03)*

**D.** All jail administrative and managerial staff will receive forty (40) hours of training in addition to orientation training received during their first year of employment and twenty-four (24) hours of management training each year.

**6136.60  ANNUAL IN-SERVICE REFRESHER TRAINING**

**A.** All Certified employees will receive annual in-service refresher training to include: *(FCAC 5.06)*

    1. Use of force;

    2. Airborne/blood-borne pathogens and biohazards;

    3. Fire and evacuation procedures;

    4. Weapons for which the member is authorized to use; *(FMJS 11.09; FCAC 5.04)*

    5. Defensive Tactics *(FCAC 5.07)*

    6. Sexual abuse/assault awareness, prevention, response, and reporting procedures; *(FMJS 5.17; FCAC 5.10)*

    7. Sexual abuse/assault confidentiality requirements; *(FMJS 2.17; FCAC 5.10)*

    8. Suicide precautions.

**B.** Annual refresher training on suicide precautions will consist of a minimum of two (2) hours of classroom training and the curriculum for the training will include at a minimum:

    1. A consolidation of the orientation workshop;

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

   **2.** Case studies of any suicides or serious suicide attempts during the previous year; and

   **3.** Any changes in the agency's suicide prevention policy during the previous year.

**C.** Non-certified employees will receive annual in-service refresher training to include: *(FCAC 5.09)*

   **1.** Airborne/bloodborne pathogens and biohazards;

   **2.** Fire and evacuation procedures;

   **3.** Sexual abuse/assault awareness, prevention, response, and reporting procedures;

   **4.** Sexual abuse/assault confidentiality requirements; *(FMJS 5.17; FCAC 5.11)*

   **5.** Suicide precautions. (See paragraph B above.)

### 6136.70  DETENTION TRAINING PROGRAM

**A.** The Jail Training Coordinator will establish and maintain a formal Detention Training Program for the Detention Bureau to give "on-the-job" training and experience to all new employees.

**B.** All probationary detention deputies must successfully complete the Detention training program during their probation period. *(FCAC 5.04)*

   **1.** Failure to successfully complete the Detention training program may cause the employee to be removed from sworn status and placed in another available position or termination of employment.

### 6136.80  TRAINING ATTENDANCE

**A.** Employees are required to attend all mandatory training unless excused by their supervisor.

   **1.** An employee may be excused from training due to required court appearances, medical appointments, physical limitations, or other conflicts if approved by the employee's supervisor.

   **2.** If an employee is excused from a scheduled training session, he/she must notify the Training Division to be rescheduled for the missed training, if possible.

   **3.** Training Director or his/her designee will notify the respective supervisor of any employee not excused from the scheduled training session. It will be each supervisor's

## MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

responsibility to discipline employees under his/her supervision when necessary. (See OD 3500.10)

   **a.** Failure of a supervisor to take proper disciplinary action when necessary is considered neglect of duty and may cause the supervisor to be subjected to disciplinary action.

**B.** Attendance at all training sessions shall be documented as prescribed by the Training Division.

### 6136.90  REMEDIAL TRAINING

**A.** Upon discovering that an employee is lacking the acceptable skills, knowledge or ability to perform a function and it is determined that the problem can be remedied through additional or refresher training, a remedial training program will then be prepared and administered by the Jail Training Coordinator. (See OD 3500.30, Remedial Training).

### 6136.95  TRAINING RECORDS

**A.** The Agency's Training Division will be responsible for maintaining all employee training records. An up-to-date, chronological list of training accomplished by the employee will be maintained in the Agency's computer system.

**B**.  A review of each Detention Bureau employee's training status and summarization of the training shall be completed annually by the Jail Training Coordinator. After review, the Jail Training Coordinator will present the Detention Bureau Chief or his/her designee for review and recommendations.

   **1.** This review of the training progress will enable managerial staff to identify problem areas and develop corrective action to ensure compliance with the training needs of the Detention Bureau.

**-END-**

___

**Revised: 02/23/17**                         **6136.00**                         **Page 7 of 7**