|  | **Office of the Sheriff, Marion County Florida**<br>**Policy #3350.00**<br>**Subject: Discipline Policy** | **Reference:**<br><br>CFA: 7.02, 7.03, 7.04, 7.05, 7.06, |
|---|---|---|
| | <u>**Date Created**</u>  <u>**Effective Date**</u>  <u>**Last Reviewed**</u><br>08/24/87        07/12/21        07/21/21 | FCAC: 7.01, 7.02, 7.03, 7.04, 7.07 |

**ALL EMPLOYEES**

**I. PURPOSE:** To outline the types of behaviors or actions that are considered unacceptable, as well as steps and consequences that wll be taken when those behaviors occur.

**II. SCOPE:** This policy shall apply to all members of the Sheriff's Office.

**III. POLICY:** It is the policy of the Marion County Sheriff's Office to set fair and just guidelines for the discipline of its personnel.

## 3350.00  DISCIPLINE POLICY

**A.** It is the policy of the Marion County Sheriff's Office to set fair and just guidelines for the discipline of its personnel.

**B.** Violation of any law or Agency directive or procedure, or any action, which results or could result in embarrassment or discredit to the Agency, may be cause for punitive or non-punitive disciplinary action.

**C.** The role of supervisors, especially first line supervisors, is crucial in the disciplinary process. First line supervisors have the best opportunity to observe the conduct and appearance of employees and detect those instances when corrective or disciplinary actions are warranted (remedial training, counseling, or punishment). First line supervisors also have the opportunity to understand the personality traits of the personnel under their supervision and to determine the most effective methods of discipline or corrective action.

### 3350.02 NON-PUNITIVE ACTION

- Counseling
- Training
- Oral reprimand
- Letter of Counseling
- Probation Extension
- Suspension from off-duty special details

<span style="color:red">**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**</span>

- Denial of promotional examination request
- Denial of promotion request
- Transfer or reassignment without reduction of base salary

**A.** Counseling and/or training of an employee should be used at the first sign of a problem. Problems are many times the result of a lack of understanding between the employee and the supervisor or an employee not fully understanding their job function, which counseling, additional training, and open communication can many times effectively resolve the issue.

**B.** If an employee is unproductive or ineffective due to lack of skills, knowledge, or ability, additional training should be considered before punitive measures or other non-punitive actions are taken.

**C.** The purpose of non-punitive action is to provide the employee the opportunity to improve and/or focus on their primary job function. Non-punitive measures should not be over-extended. An employee who does not improve after counseling or training within a reasonable amount of time requires stronger measures.

## 3350.05 PUNITIVE DISCIPLINARY CONTINUUM

**A.** Written reprimand

**B**. Transfer or reassignment with reduction in base salary

**C.** Reduction in base salary

**D.** Demotion

**E.** Suspension

**F.** Dismissal/Termination

## 3350.08 TRACKING

**A.** Green Team is a management tool for supervisors to track both the non-disciplinary and disciplinary action of an employee. The system provides an early warning system for identifying problematic employees that may need additional training and/or supervision. Therefore, both non-disciplinary and disciplinary incidents will be documented using Green Team.

Your electronic signature in Power DMS acknowledges you have read this policy and understand it.

**B**. The Office of Professional Standards (OPS) is responsible for monitoring employee alerts in the IA Pro software. The OPS will generate alert reports at least once a quarter and provide the report to the employee's Bureau Chief/Major. The Bureau Chief/Major or designee shall review the alert and take any appropriate personnel action necessary. If two alerts on the same employee are generated within 3 months, the Bureau Chief/Major and/or Division Commander shall approve the review.

## 3350.10  RESPONSIBILITY FOR DISCIPLINE

**A.**  It is each supervisor's responsibility to discipline employees under his/her supervision, when necessary and appropriate to ensure proper function of the MCSO.

**B.**  Failure of a supervisor to take proper disciplinary action when necessary is considered dereliction of duty and will itself be subject to disciplinary action against the supervisor.

## 3350.15  NOTIFICATION OF DISCIPLINARY ACTION

**A.** Employees shall be notified in writing of any pending formal disciplinary actions consisting of; Written Reprimand, Suspension with Loss of Pay, Demotion (Non-Probationary), or Dismissal prior to the implementation of the discipline.   Emergency suspensions are exempt from this requirement.

  **1.**  This notice should include the date of occurrence, operational directive and/or law violated, and potential disciplinary action.

  **2**.  This notice shall include the following:

  "Pursuant to 112.532 Florida Statute you have the right to request a pre-disciplinary meeting with the Bureau Chief/Major prior to the imposition of any disciplinary action involving Suspension with Loss of Pay, Demotion, or Dismissal.  Requests for a pre-disciplinary meeting must be made in writing to the employee's Bureau Chief/Major (or their designee) within three (3) working days of receipt of this notice."

**B.**  Emergency suspensions and oral reprimands may be invoked immediately and will be explained when they go into effect.  A supervisor may relieve an employee from duty for a period not to exceed twenty-four (24) hours for purposes of preparing formal disciplinary charges, to

**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**

begin an Administrative Review, or Internal Affairs Investigation, if the delay could result in damage or injury.

1. The suspension may be sustained with the approval of the Bureau Chief/Major until the completion of any review or investigation. The suspension may be changed to unpaid suspension with the approval of the Sheriff or Chief Deputy.

**C.**   Employees shall be notified in writing of the conclusion as soon as possible or once a determination has been made about disciplinary action when the employee was given a "Notification of Disciplinary Action" letter.

1. The notification of pending disciplinary action letter as well as the conclusion letter will be filed with the Office of Professional Standards.

2. A Final Action Summary memo outlining the action taken shall be provided to Human Resources for the employee's personnel file on sustained violations only per 3354.55 (F). If a public records request is made on a personnel file, the requestor should be informed that more records may be available in OPS if they wish to initiate a request for those files, if any exist.

## 3350.17   DISCIPLINE MATRIX GUIDELINE

**A.** The Discipline Matrix guideline is a numerical value assigned to discipline received or expected to be received based on the type of allegation to help standardize discipline. The Matrix shall not limit the provisions provided in 3350.02 (A).

## B.  DISCIPLINE POINT SCALE/POINT RETENTION

**1.**The OPS will be responsible for tracking the number of disciplinary points accumulated by employees.

**2.**The disciplinary scale will be utilized when deciding the discipline to be rendered for each violation of MCSO operations directives, rules, regulations, policy, or law.

**3.**The disciplinary scale is divided into minimum and maximum disciplinary ranges, which are based on a point system.

**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**

    **a.**  The points are determined by the level of violation of rule, regulation, or policy multiplied by the number of charges per level. For example, four charges in the "Level Two" violations section would equate to 40 discipline points, according to the Disciplinary Level and Point Scale. See 3350.17 (F).

    **b.**  The Office of Professional Standards will calculate the amount of discipline points and complete the Discipline Matrix form.

**4.**  After calculating the amount of discipline points, the amount of recommended discipline can be determined by referring to the Disciplinary Level and Point Scale after adding any accumulated carryover points. See 3350.17 (C) and (H).

**5.**  Points will be retained and accumulate toward future disciplinary action for 12 calendar months from the date of any previous disciplinary action at 50% the original amount and added to any current violation points as explained in "3a" above. For example, a current violation of 20 points will be added to any carryover points to determine the discipline level range.

## C. CALCULATING PREVIOUSLY ACCUMULATED DISCIPLINE POINTS

**1.**  Previously sustained Level 1 through 5 violations will be calculated at one-half point value. If the new offense occurs within the 12 calendar months from the date of prior discipline decision, half of the prior violation points will be added to the new offense.

**2.**  Non-punitive action as outlined in 3350.02 will not count toward any progressive point total.

**3.**  Non-punitive action as outlined in 3350.02 may be used in conjunction with punitive discipline.

## D. UNLISTED VIOLATIONS

1. There will be instances when a violation of rule, regulation, or policy may not be specifically listed in the Discipline Level Violations (Attachment 1). In these instances, rules, regulations, or policies listed in the Discipline Level Violations shall be used as a guideline when determining the appropriate discipline level. The Office of Professional Standards will determine the appropriate discipline level for any violations of rules, regulations or policy which are not listed. The OPS will track Discipline Levels and will provide guidance based on any past similar incidents.

---

## E. MITIGATING AND AGGRAVATING CIRCUMSTANCES

**1.** When there are aggravating or mitigating circumstances present, a supervisor may consider these when determining the appropriate discipline level for a violation of rule, regulation, or policy. Once these circumstances are considered, a supervisor may reclassify the discipline level for the violation either one level higher or one level lower than the recommended discipline level with the approval of the Bureau Chief/Major. An adjustment of more than one level requires the approval of the Chief Deputy and Sheriff. These circumstances shall be clearly articulable and included on or attached to the Discipline Matrix Form.

    **a.** Mitigating circumstances are factors that do not justify or excuse a violation but may reduce the severity of the discipline imposed.

    **b.** Aggravating circumstances are factors that increase the severity or culpability of a violation.

## F. DISCIPLINE LEVEL AND POINT SCALE (DISCIPLINE POINT MATRIX)

| DISCIPLINE LEVEL AND POINT SCALE | |
|---|---|
| **LEVELS** | **DISCIPLINE POINTS** |
| 1 | 6 |
| 2 | 10 |
| 3 | 20 |
| 4 | 30 |
| 5 | 50 |

Your electronic signature in Power DMS acknowledges you have read this policy and understand it.

| DISCIPLINE RANGES | | |
|---|---|---|
| **POINTS** | **MINIMUM** | **MAXIMUM** |
| 0-9 | Written Reprimand | |
| 10-19 | Written Reprimand | One Day Suspension |
| 20-29 | Written Reprimand | Two Day Suspension |
| 30-39 | Written Reprimand | Three Day Suspension |
| 40-49 | One Day Suspension | Five Day Suspension |
| 50-59 | Two Day Suspension | Termination |
| 60-69 | Three Day Suspension | Termination |
| 70-79 | Five Day Suspension | Termination |
| 80-99 | Seven Day Suspension | Termination |
| 100+ | Ten Day Suspension | Termination |

**G.** If the employee's performance or lack of performance causes harm, the potential for harm, or impedes the continued good working order of the MCSO; the Sheriff may impose discipline outside of the discipline point matrix.

**H.** If the employee commits a level 3, 4 or 5 violations, the Sheriff may, at his/her discretion, impose a demotion, reduction in base salary, transfer, or reassignment with reduction in base salary, in addition to any other discipline imposed.

## 3350.18    PRE-DISCIPLINARY MEETING

**A.** Any full-time or part-time law enforcement or correctional officer, or any full time non-probationary employee may request a Pre-Disciplinary Meeting after receiving a Notice of Pending Disciplinary Action and the recommended discipline includes suspension with loss of pay, demotion, or termination.

1. An employee shall request the Pre-Disciplinary Meeting in writing within 3 days of receiving the Notice of Pending Disciplinary Action, if they desire a meeting.

**B.** Upon receipt of an employee's written request for a Pre-Disciplinary Meeting, the Bureau Chief/Major (or their designee) shall schedule a date and time for the meeting.

The purpose of the meeting is limited to the following:

Your electronic signature in Power DMS acknowledges you have read this policy and understand it.

**1.** An opportunity for the employee to present mitigating circumstances prior to the implementation of a qualifying disciplinary action;

**2.** An opportunity for the employee to address the findings of the administrative review or internal affairs investigation.

**C.** The employee may not call or subpoena witnesses for the meeting. The right to call or subpoena a witness(es) is reserved for the Career Service Hearing. No member of the OPS may be a Career Services Hearing board member.

## 3350.20 SUPERVISORY ACTIONS/AUTHORITY

**A.** A supervisor may give a subordinate an oral reprimand; provide additional training, a letter of counseling, or an emergency suspension, if necessary, without prior concurrence of the next higher person in the chain of command, as appropriate.

B. Any recommendation of change in assignment, demotion, reduction in pay, or dismissal/termination must be approved through the chain of command by the respective Bureau Chief/Major, Chief Deputy, and the Sheriff on form 16-545.

**C.** An employee given a suspension, when an emergency temporary suspension is not involved, shall be given at least three (3) working days advance notice before the suspension is to become effective.

## 3350.25 EMERGENCY SUSPENSIONS

**A.** Emergency suspensions will only be permitted when a supervisor believes that:

**1.** An employee is or has been insubordinate when such insubordination may cause immediate problems; or

**2.** An employee reports for duty under the influence of an intoxicating beverage and/or drug, or consumes an intoxicating beverage and/or drug, while on duty, with the exception of an intoxicating beverage under direct supervision for bona-fide and approved training (wet class); or

**3.** An employee has been involved in a criminal or immoral act; or

**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**

**4.** An employee is in violation of an Agency rule or regulation and the supervisor believes immediate suspension is in the best interest of the Agency; or

**5.** It is necessary for the preservation of order and/or discipline.

**B.** The following personnel have the authority to impose emergency suspensions until the next business day:

1. Sheriff

2. Chief Deputy

3. Bureau Chief/Major

4. Division Commander

5. District Commander

6. Watch Commander

7. Shift Commander

8. Immediate Supervisor

**C.** The supervisor responsible for suspending an employee must forward a written memo to the Bureau Chief/Major explaining the circumstances surrounding the incident as soon as practical, but at least within twenty-four (24) hours of the suspension. The Bureau Chief/Major will order an Administrative Review or forward the matter to OPS for investigation if the allegation is a listed offense in 3354.30 (B).

**D.** Each Bureau Chief/Major is responsible for advising the Chief Deputy and the Sheriff of any emergency suspensions within his/her bureau.

**E.** An employee placed on emergency suspension must make him/herself available to be contacted at home during his/her next normal tour of duty.

**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**

1. The employee's supervisor, or anyone in the employee's chain of command, shall contact the employee to advise him/her of the status of the suspension.

    a. If the suspension is lifted, the employee shall be instructed to return to work.

    b. If the suspension is not lifted, the employee may be advised that an Administrative Review or Internal Affairs investigation has been initiated per 3354.00.

## 3350.30 EMPLOYEES UNDER SUSPENSION

**A.** Any employee, when requested, must surrender to their immediate supervisor their badge, identification card, electronic access key card, building key(s), and any issued firearm(s) upon being suspended. If assigned, the agency vehicle must be left in the Operations Center parking lot or at the Vehicle Maintenance Facility during off-duty hours.

**B.** Employees shall not wear the uniform or perform the duties of their position while under suspension.

**C.** Employees shall not work special details while on suspension.

**D.** Employees placed on paid suspension will make themselves available to be recalled to the agency within a reasonable time between the hours of 08:00 a.m. and 5:00 p.m. Monday through Friday. During paid suspensions, employees will use administrative hour schedules for any documentation such as time sheets.

    **1.** Employees will contact their respective Bureau Chief/Major when they cannot meet this requirement and/or they intend to travel outside the county. The employee may request to use personal time (vacation, compensatory etc.) approved by the Bureau Chief/Major if they cannot be available.

**E.** Employees on non-paid suspension will keep their respective Bureau Chief/Major apprised of their contact information should it be different from their personnel file.

    1. If their contact information is not current in their personnel records, the employee shall immediately contact Human Resources with their updated contact information as required by 3030.10 (C).

Your electronic signature in Power DMS acknowledges you have read this policy and understand it.

**F.** Discipline Verification Form

    **1.** In lieu of serving the entire suspension the employee has the option of forfeiting accrued vacation time up to forty (40) hours during a two-year period. The employee can apply the option twice within a two-year period not to exceed the maximum of 40 hours.

    **2.** Within five (5) days, excluding holidays and weekends, the employee is required to return the Discipline Verification Form to their Bureau Chief/Major and inform the Bureau Chief/Major how the employee will serve the suspension. Regardless of the options selected, final approval for the dates of suspension time or forfeiting vacation time will be at the discretion of the Bureau Chief/Major.

    **3.** If the employee received less than a forty (40) hour suspension, the employee will have thirty (30) days from receiving notification of the suspension to serve the suspension. If the employee received more than a forty (40) hour suspension, the employee will have sixty (60) calendar days from receiving the notification of the suspension to serve the suspension. The Bureau Chief/Major has the ability to adjust the dates of the suspension to be served by the member.

    **4.** The Bureau Chief/Major will be responsible for overseeing that the employee completes the suspension time as agreed upon. Once the discipline has been completed by the employee, the Discipline Verification Form will be signed by the Bureau Chief/Major and forwarded to the Office of the Chief Deputy. The Discipline Verification Form will be filed in the discipline file of the employee in the Office of Professional Standards.

## 3350.40 DISMISSAL OF EMPLOYEES

**A.** A full-time regular employee who is terminated by the Agency will be given a written statement to include:

    **1.** Reason(s) for the dismissal and their rights;

    **2.** The effective date of the dismissal;

    **3.** The status of fringe and retirement benefits after dismissal;

    **4.** Upon request, the employee will be provided copies of any investigation or other documentation relating to the dismissal;

    **5.** Any documents placed in the employee's Personnel Record relating to the dismissal.

**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**

**6.** The employee will be informed that he/she may submit information, which will be included in his/her Personnel Record to refute or explain the reasons for the dismissal.

## 3350.45  APPEAL OF DISCIPLINARY ACTIONS

**A.** Full-time regular employees may appeal a disciplinary action.

**1.** Disciplinary actions involving written reprimands or suspensions of five (5) days or less may be appealed through the affected employee's chain of command.

**a.** To affect an appeal, the employee must submit it in writing, through the chain of command, within three (3) working days of being notified of the disciplinary action.

**b.** The employee may request in his/her written appeal to have a personal meeting with the Division or Watch Commander and/or the Bureau Chief/Major to explain his/her side in person.

**2.** If an employee is covered by the Career Service Act (Ch. 87-457, Laws of Florida), disciplinary actions involving reductions in pay, demotions, suspensions of more than five (5) working days, and discharge may be appealed to the Career Service Appeals Board.

**a.** All appeals to the Career Services Appeals Board must be submitted as per procedures in Operations Directive 3012.00.

**b.** An employee may, at his/her option, appeal disciplinary actions listed above to his/her Division Commander and/or Bureau Chief/Major in writing as stated in Operations Directive 3012.00, and elect not to appeal to the Career Service Appeals Board.

**3.** Employees not covered by the Career Service Act may only appeal a disciplinary action through their chain of command.

**-END-**

Your electronic signature in Power DMS acknowledges you have read this policy and understand it.

## Attachment 1 (Discipline Level Violations Guide)

**Level 1 Violation, including, but not limited to:**
1068.03 (A) Courtesy
1068.03 (B) Orderly and Proper Conduct/Profanity
1068.03 (E) Attentiveness
1068.06 (C) Alcohol Use
1068.07 (A) Tobacco Use
1068.07 (B) Gum Use
1068.08 (A) Failure to Pay Debts
1068.14 (A) Recommending Firms
1068.18 (G) Rewards, Fees, Gifts
1068.19 (A) Outside Employment
1068.24 (A) Addressing Co-Workers
1068.24 (B) Addressing Subordinates
1068.28 (A) Official Language Violations
2214.00 (A) Operation of Vehicles
6091.10 (A) Interaction with Inmates
6091.10 (A)1 Interaction with inmates


**Level 2 Violation, including, but not limited to:**
1050.10 (B) Use of Discretion by Sworn Officers
1050.15 (A) Use of Discretion by Supervisors
1068.00 (A) Code of Conduct
1068.03 (C) Reporting Integrity Issues
1068.03 (D) Police Action with Family, et al
1068.03 (F) Public Comments
1068.03 (M) Furnishing Bond
1068.04 (A)8 Reluctance to perform duties
1068.10 (A) Reporting criminal/civil involvement
1068.19 (B) Prohibited outside employment
1068.20 (B) Failure to Inform of Offers for Knowledge
2035.00 Use of Computer
2035.55 (D) Employee must read their email
2124.40 (C) Digital Media Storage Devices
2214.10 (A) Safe Operation
4047.10 (A) Field Reports
4218.20 (A) Additional Procedure for Known Felony Vehicle Stops
6091.35 (C) Shift Change
6091.30 (A) Introduction of Contraband
6091.30 (F) Introduction of Contraband
6091.30 (G) Introduction of Contraband

**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**Level 3 Violation, including, but not limited to:**
1068.03 (G) Associating with Felons
1068.03 (K) Conflict of Interest
1068.04 (A)1 Willful rule violation
1068.04 (A)2 Failure to report violation
1068.04 (A)3 Failure to document
1068.04 (A)4 Absent w/o leave
1068.04 (A)5 Failure to assist
1068.04 (A)6 Sleeping
1068.04 (A)7 Neglect of Duty
1068.18 (A) Gift for consideration
1068.18 (H) Fee for appearance
1068.20 (A) Compensation for Knowledge of Investigation
1068.22 (A) Criticism of Employee
1068.29 (A) Dignity of Employee
1068.30 (A) Disrespect other Employee
2085.30 (B)(1) Social Media (Guilt/Innocence)
2085.30 (B)(2) Social Media (Character/Reputation)
2085.30 (B)(3) Social Media (Commenting on Active Matters)
2085.30 (B)(4) Social Media (Disclosing Multimedia)
2085.30 (D) Social Media (Sensitive/Undercover Employees)
3043.10 (B) (8) Employee Timesheets
4030.00 (A) Unnecessary Use of Force
4034.00 (A) Use of Electronic Disabling Devices (EDD)
4040.00 Emergency Pursuit/Roadblocks
6091.10 (A)1 Employees advise on Legal action
6091.10 (A)2 Socially involved w/Inmate
6091.10 (A)4 Familiarity with Inmates
6091.10 (F) Discuss Actions w/Inmate
6091.10 (G) Discuss Problems w/Inmate
6091.10(I) Profanity towards Inmate
6091.03 (D) Delivering Letters to Inmate

**Level 4 Violation, including, but not limited to:**
1055.55 (B) Failure to Obey Subpoenas
1067.10 (C) Prohibition on Relationships Between Certain Employees
1068.03 (H) Intimate Activity with Felon
1068.08 (U) Moral Character Violations (Not Set Forth Elsewhere in Policy)
1068.05 (A) Disobeying Order
1068.05 (B) Abusive Language about Order
1068.16 (A) Interfere w/Investigation
1068.18 (B) Rewards, Fees, and Gifts
2085.30 (B)(5) Social Media (Comments About Sheriff's Office, Employees)
6091.10 (D) Purchasing from Inmate

Your electronic signature in Power DMS acknowledges you have read this policy and understand it.

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

**Level 5 Violation, including, but not limited to:**
1067.10 (A) Sexual Harassment and Harassment
1067.10 (B) Biased Based Conduct (Incl. Hostile Workplace, Ethnic Jokes, Etc.)
1067.10 (D) Dignity of Employees
1067.10 (E) False Allegations of Sexual Harassment or Harassment
1067.10 (F) Retaliation for Reporting/Cooperating re: Sexual Harassment/Harassment
1068.03 (I) Speak the Truth/False Report
1068.03 (J) Bribery
1068.03 (L) Report Vice Law
1068.03 (N) Committing a Crime
1068.03 (O) Misuse of Official Position
1068.03 (P) Unprofessional Relationships
1068.03 (Q) Sexual Activity on Duty
1068.03 (R) Sexual Acts in Public
1068.03 (S) Exposure of Sexual Organs
1068.03 (T) Discriminatory Conduct
1068.03 (V) Sexual Activity/Conduct on Sheriff's Property
1068.06 (A) Illegal Drugs
1068.06 (B) Alcohol on Duty
1068.12 (A) Overthrow Government
1068.12 (B) Criminal Gangs
1068.16 (B) Divulge Confidential Informant/Information
1068.16 (C) Secret Recordings
1068.16 (D) Violation of Non-Disclosure Agreement
1068.30 (B) Ethnic Jokes
1068.30 (D) Hostile Work Environment
1068.32 (B) False Harassment Allegation
1068.33 Sexual Harassment
1068.33 (B) Sexual Harassment
1068.55 (B) Failure to Obey Subpoena (Jury Trial)
2085.30 (B)(5) Social Media (Confidential Information)
2085.30 (F) Social Media (Operational Activities)
4030.00 Unlawful Use of Force
4030.20 Failure to Report Use of Force
4225.00 Bias Based Profiling
6091.10 (A)3 Compromise Jail Security
6091.10 (B) Loan/Gift from Inmate
6091.10 (C) Loan/Gift from Inmate Family
6091.10 (H) Take Inmate out of Jail
6091.25 (B) Remove Property from Jail

(Note: Violations of 1068.30-1068.33 apply to those policy violations committed prior to
November 11, 2020. For acts that occur or after November 11, 2020, please consult operations
directive 1067.00 and other operations directives)

**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**

# MARION COUNTY SHERIFF'S OFFICE OPERATIONS DIRECTIVE

## (OBTAIN ORIGINAL FORM FROM GENERAL USE FORMS FOLDERS)
## DISCIPLINE VERIFICATION FORM

_____, as disciplinary action you have received ____hours suspension. In lieu of serving the entire suspension the employee has the option of forfeiting accrued vacation time up to 40 hours during a two-year period. The employee can apply the option twice within a two-year period not to exceed the maximum of 40 hours.

Within five (5) days, excluding holidays and weekends, you are required to return this form to your Bureau Chief/Major and inform him/her how you are going to serve your suspension. If you elect to serve any suspension hours you are required to coordinate the hours immediately, with your Bureau Chief/Major on when you will be serving those hours.

If you received less than a forty (40) hour suspension, you have thirty (30) calendar days from receiving notification of your suspension to serve the suspension. If you received more than a forty (40) hour suspension, you have sixty (60) calendar days from receiving the notification of your suspension to serve the suspension.

Any other disciplinary actions received will also be documented as completed through the Bureau Major/Director.

I have elected to forfeit _____ hours of accrued vacation time.

I have elected to serve _____hours of the suspension.

I will serve my suspension hours on the following dates:

_____

_____     _____
Employee Signature                              Date

--------------------------------------------------------------------------------------------------------------
### Bureau Major/Director Section

Date met with employee: _____ Discipline completion date: _____

_____     _____
Bureau Chief/Major                              Date

Copies of completed form to: Fiscal Special Details Internal Affairs

**Policy #3350.00 Discipline Policy**                              **Page 16 of 16**
**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**