|  | **Office of the Sheriff, Marion County Florida** <br> **Policy #6091.00** <br> **Subject: Employee Regulations - Jail** <br> <u>Date Created</u>       <u>Effective Date</u>       <u>Last Reviewed</u> <br> 03/02/96              10/30/18                10/30/18 | **Reference**: <br><br> FCAC:  10.07 |
|---|---|---|

**ALL DETENTION**

**I. PURPOSE:** To set expectations for employees to conduct themselves in a manner that maximizes the efficiency of security.

**II. SCOPE:** This policy shall apply to all Detention personnel.

**III. POLICY:** It is the policy of the Marion County Jail that all employees shall conduct themselves in such manner that the security and welfare of the facility and the inmates are at peak efficiency at all times.

### 6091.00  EMPLOYEE REGULATIONS - JAIL

**A.** It is the policy of the Marion County Jail that all employees shall conduct themselves in such manner that the security and welfare of the facility and the inmates are at peak efficiency at all times.

**B.** It is the policy of the Marion County Sheriff's Office (MCSO) to ensure it has a Zero Tolerance stance towards all forms of sexual abuse, sexual contact, and sexual harassment as well as the safety and well-being of all inmates by actively investigating and prosecuting any reported case of sexual assault, sexual abuse, sexual harassment, or rape.
PREA Standard 115.11(a)

**C.** It is the policy of the MCSO to ensure it protects all inmates and staff who report sexual abuse, sexual contact and sexual harassment or cooperates with sexual abuse or sexual harassment investigations from retaliation by other inmates or staff and shall designate which staff members or departments are charged with monitoring retaliation. It shall employ multiple protection measures, such as housing changes or transfers for inmate victims or abusers, removal of alleged staff or inmate abusers from contact with victims and emotional support services for inmates or staff that fear retaliation for reporting such allegations. PREA Standard 115.11(a)-5

### 6091.05    SUGGESTIONS

**A.** The efficient operation of any organization depends upon the observation of its employees, volunteers, and the general public.

**B.** Suggestions are actively solicited from any, and all employees, volunteers, and the general public.

**C.** Anyone desiring to submit a suggestion should utilize the Employee Suggestion Box on the electronic bulletin board outlining the suggestion, any pros or cons associated with the suggestion, and submit it to the Detention Bureau Chief through the chain of command.

**1.** A computer program is available on the Jail's Electronic Bulletin Board that assists employees desiring to submit a suggestion. Simply fill out the form and when you exit the program, it automatically sends it to the appropriate person.

### 6091.10  INTERACTION WITH INMATES

**A.** Employees shall not fraternize nor hold unnecessary conversation with inmates. When answering questions; be brief, polite and to the point.

**1.** Employees shall never advise an inmate on the legal action, such as pleas, plea bargains, or similar, that he/she should take.

**2.** Employees shall not become socially involved with any inmate when that association compromises the Marion County Sheriff's Office.

**3.** Employees shall not knowingly engage in romantic association with an inmate. "Romantic association" is defined as the exchange of telephone calls, pictures, letters, greeting cards or any form of oral or written communication which expresses feelings or thoughts of affection or the desire to engage in a romantic relationship whether emotional or physical.

**4.** Employees shall not compromise jail security as a result of communication or interaction with inmates.

**5.** Familiarity breeds contempt. Once an employee becomes overly familiar with an inmate, the employee's effectiveness is reduced. Contact must remain on a professional basis.

**B.** Employees shall not accept loans, gifts, gratuities or other favors from any inmate, their family and/or friends.

**C.** Employees shall not loan money, property, nor grant special favors to any inmate, their family and/or friends.

**D.** Employees shall not purchase any item from an inmate housed in the Marion County Jail.

**E.** If an employee has reason to believe that an inmate has information of value that he/she wishes to divulge, the inmate should be referred to the Sergeant, or the Jail Watch Commander.

**F.** Employees shall not discuss the actions of any other employee or other law enforcement officers with inmates.

**G.** It is prohibited to discuss business or jail problems with inmates.  Due caution must be exercised by personnel at all times as to what they talk about, to whom they talk with, and who

can overhear, particularly during discussions between personnel concerning inmates and jail business.

**H.** Personnel will not be permitted to take inmates out of the jail except for court appearances, doctor, and dental appointments or to perform work assignments without approval. Removal of inmates for any reason not stated above must be approved by the Jail Watch Commander.

**I.** Employees shall not use profane or abusive demeaning, demoralizing or similar language while supervising inmates.

**J.** Employees shall not abuse any inmate.

**K.** Employees shall not recommend nor furnish advice concerning the selection of an attorney or bondsman for an inmate. A telephone directory, listing all area lawyers or bondsmen, is available for the inmate's use.

### 6091.15   FLOOR RULES

**A.** Officers shall not leave their posts unattended without obtaining permission from the Sergeant or the Jail Watch Commander.

**B.** An employee shall notify their immediate supervisor prior to leaving the jail facility, such as any breaks, urgent situations, etc.

**C.** When an officer does leave an assigned post unattended, he/she shall secure all doors and lock up all inmates.

**D.** An inmate's pod assignment shall not be changed by Pod officers (Control or Rover) without proper authorization from the Sergeant, the Jail Watch Commander, or the Classifications Unit.

**E.** Officers shall limit the use of the landline telephone for personal calls while on duty.

**F.** On-duty officers shall keep alert at all times, paying strict attention to the actions of all inmates within their sight, especially those under their direct supervision.

**G.** Off-duty officers will not enter secure areas without having received proper permission.

**H.** All doors in inmate areas not in use will be kept locked. This includes empty cells, visiting rooms, storage rooms, or any other room or area.

### 6091.20   CLEANLINESS

**A.** Cleanliness of the entire jail is the responsibility of all employees of the Marion County Jail. Inmates are assigned to clean and shall be properly supervised by the staff to ensure that an extremely high level of cleanliness is maintained at all times.

---

**Policy #6091.00 Employee Regulations - Jail**                                                           Page 3 of 8
**Your electronic signature in Power DMS acknowledges you have read this policy and understand it.**

**B.** It is the Assigned Officer's responsibility to ensure that his/her post is clean prior to accepting the post when coming on duty, and to ensure that the post is clean prior to going off duty.

**C.** The officer's mailboxes shall be kept free of all extraneous materials. These mailboxes are to be used for correspondence from supervisors or other items that are of need to the officers.

### 6091.25   PERSONAL CONDUCT

**A.** Jail employees will not knowingly alter, falsify, or misrepresent the true facts on any jail document, order, or other item.

**B.** Anyone removing county property (money, food, equipment, or other property) from the jail without permission or authority will be subject to dismissal and/or criminal action.

**C.** Any employee, on or off duty, who enters the jail while under the influence of alcoholic beverages or drugs, other than those prescribed by a physician, shall be subject to disciplinary action and/or dismissal.

**D.** Off duty employees and others who, for business reasons, are permitted into the jail, shall be instructed to go directly to their destination and shall not be permitted to loiter or remain unnecessarily.

**E.** All personnel will wear appropriate badges when inside a secure area of the jail. Non-uniformed employees of the Marion County Sheriff's Office shall wear an employee badge or obtain a visitor's badge. Others will wear the badge issued by the Jail Entry Security Deputy or Booking Staff.

**F.** Employees arrested for criminal offenses may be subject to dismissal, after internal investigation by the Agency and at the discretion of the Sheriff. During such investigation, the employee may be suspended from duty, with or without pay, at the discretion of the Sheriff.

**G.** Detention employees will not represent themselves to the public as sworn Deputy Sheriffs while off duty, act improperly under the color of authority, nor exceed the authority vested in them by virtue of their appointment to the Detention Bureau.

### 6091.30  INTRODUCTION OF CONTRABAND

**A.** Personal packages shall not be taken into or from the secure area of the jail, except those items that are necessary in the performance of employees' duties. This restriction includes purses, backpacks, book bags, and other personal items, which shall be kept in the lockers located in the male and female staff locker rooms. Employees who bring their lunch from home can take the food directly to Staff Dining and/or break areas for storage.

**B.** Staff needs are met through providing adequate spaces in locations that are convenient for use. Staff is provided with the following:

1. An area to change clothes and to shower;

2. An area, room, and/or employee lounge that offers privacy from inmates and provides space for meals;

3. Access to exercise or physical training facilities and equipment;

4. Space for training;

5. Space for shift change briefings;

6. Toilets and washbasins that are not used by inmates.

**C.** Space is provided for a 24-hour continuously staffed secure control center for monitoring and coordinating the facility's security, life safety, and communications systems. Staff who are assigned to a control center have access to a toilet and washbasin. There are multiple communication systems between the control center and inmate occupied areas.

**D.** Employees shall not carry out nor bring in letters, notes, books, or messages for inmates, except as authorized by this directive or by the jail supervisors.

**E.** Employees may be requested to submit to a search of their personal belongings, their vehicles, or a search of their person if there is reasonable cause to conclude he/she may be attempting to introduce contraband into the facility.

**F.** Employees are prohibited from bringing into the jail any reading material, except that authorized by the jail supervisors. Authorized material shall include the jail manual, correspondence courses pertaining to the jail operation, and other material authorized on an individual basis by the jail supervisors.

**G.** Recording devices, cameras, personal cellular telephones, electronic devices (MP3 players, DVD players, etc.), or AM/FM radios are not allowed in the jail, except for those being used by sworn law enforcement officers acting in their official capacity, officers of the court (Attorney, Probation and Parole, or other judicial officer), or approved news media personnel. Psychiatrists, social workers, and other persons granted access to the jail must have authorization from the Detention Bureau Chief or his designee. All recording devices and cameras will be submitted to the staff for inspection prior to admittance.

**H.** Firearms, ammunition, and batons shall not be allowed inside the jail. Weapons will be locked in a secure gun locker at the Employee entrance or Booking Sallyport and keys secured. Transportation officers who transport prisoners on a daily basis shall secure their guns in the gun lockers provided at the Intake Sally Port entrance, or in their locked vehicles, and not in plain view. Ammunition will be stored with the firearm. Handcuffs shall be carried by the detention deputies, as some prisoners must be handcuffed prior to any movement within the jail.

    **1.** The Detention Bureau Chief shall be advised, in writing, if any law enforcement officer or other person enters the jail with a firearm or other dangerous weapon.

    **2.** It shall be the policy of the Marion County Jail to notify the Agency head of officers from other agencies involved in violation of this regulation.

    **3.** The Detention Bureau Chief shall notify the Chief Deputy of any Agency employees in violation of this regulation.

**6091.35   SHIFT CHANGE**

**A.** Shift change hours shall be posted. Any changes that might be made regarding shift change times shall be posted far enough in advance for officers to make arrangements for babysitters, family commitments, or other situations.

**B.** All employees shall report for duty at the designated time and place. Any employee who is unable to report at the proper time shall notify his/her scheduling supervisor at least three (3) hours prior to duty time, except in extenuating circumstances, in which case notice shall be made at the earliest possible time. No employee shall absent him/herself from duty without obtaining permission from a Jail Sergeant or the Jail Watch Commander.

**C.** The on-coming shift shall report to the jail fifteen (15) minutes prior to duty time for shift briefing. The officers on duty shall remain at their posts until properly relieved.

**D.** If for any reason any employee (Agency and/or contract) leaves the jail without turning in their security keys, they shall notify the on-duty Jail Watch Commander by telephone and return the keys immediately.

    **1.** If the Master Control Detention Assistant, during the course of the key inventory, identifies a key that has not been turned in or is unaccounted for, he/she will immediately notify the Jail Watch Commander. The Watch Commander will ensure the employee is notified and the key returned.

**6091.40   ALCOHOL AND DRUGS**

**A.** No Detention employee shall drink any alcoholic beverage while on duty, nor report for duty while under the influence of alcohol. The odor of alcohol on an employee's breath shall be cause for the supervisor to request the employee take a Chemical Test for Intoxication.

**B.** Employees shall not use nor possess narcotics or other dangerous or controlled drugs in violation of Florida Statutes. Drug use will be permitted only when prescribed by, and taken in accordance with the instructions of, a licensed physician.

**C.** Any employee whose ability to function normally is impaired as a result of the authorized use of drugs will be relieved from duty and required to take sick leave or other appropriate leave.

**D.** Any employee whose ability to function normally is impaired as a result of the unauthorized use of drugs will be relieved from duty and proper action taken.

### 6091.45  TOBACCO FREE FACILITY

**A.** The Marion County Jail is a tobacco-free facility.

**B.** Smoking and tobacco products are only allowed in designated smoking/tobacco use areas during regularly scheduled breaks.

### 6091.50  DERELICTION OF DUTY – INSUBORDINATION

**A.** Dereliction of duty on the part of any employee prejudicial to the proper performance of the functions of the Agency is cause for disciplinary action and/or dismissal.  Dereliction of duty includes, but is not limited to:

   1. Failure to obey orders, or willful or repeated violation of any rule, regulation, policy, or procedure of the jail.

   2. Failure to properly report incidents occurring in the jail.

   3. Being absent without authorized leave.  This rule includes failure to report for duty on time or leaving a post or other assignment without proper authorization.

   4. Failure to assist or support fellow detention deputies or failure to perform duties out of fear or cowardice.

   5. Sleeping on duty.

   6. Failure to satisfactorily complete required training.

   7. Neglect of duty.

   8. Reading any book, newspaper, or magazine while on duty, except as pertaining to duty, or those authorized or assigned by a supervisor.

   9. Displaying a reluctance to properly perform assigned duties or acting in a manner tending to bring discredit up him/herself, the Jail or the Agency, or failing to exercise diligence and display interest in pursuit of duties.

   10. Blatant disrespect to a supervisor.

**B.** Any employee who willfully disobeys or disregards the direct order, verbal or written, of a supervisor shall be considered insubordinate.

    **1.** In the event of a conflict of orders, the employee shall respectfully call the attention of the giving the last order to such conflict. Should the latter not change the order, it shall be obeyed, and the employee thereafter shall not be responsible for the actions taken at the last order given.

    **2.** An employee is not required to obey any order which is contrary to federal or state law or local ordinance. Responsibility for refusal to obey rests with the employee.

**C.** Employees shall not make false statements when questioned or interviewed.

**D.** Employees shall not falsify reports or documents, nor knowingly allow inaccurate or incorrect material to be accepted as valid.

### 6091.55   USE OF FORCE

**A.** No employee shall apply physical force to an inmate except, and then only to the degree reasonably necessary, to prevent escape, to prevent injury to a person or to property, to quell a disturbance, or when the inmate exercises physical resistance to a lawful command.

**B.** Whenever force is used, a documented report shall be generated by the employee involved to the Detention Bureau Chief, as appropriate, through the chain of command.

    **1.** All such written reports shall be retained in permanent files.

**C.** An internal review by the supervisors/staff shall be made to determine if the force used was proper.

**D.** For additional policy and procedures on use of force see Operations Directives 4030.00, 4031.00, and 4032.00

**E.** In no event is physical force justified as punishment.

### 6091.60  OBSERVANCE OF RULES

**A.** No employee of the Marion County Sheriff's Office shall knowingly permit any coworker, subordinate, inmate, or other person to act or engage in any conduct which would violate these rules and regulations. The day-to-day administration and enforcement of these rules and regulations shall be the responsibility of the Detention Bureau Chief and his staff.

**B.** These rules and regulations complement, rather than replace, all other Agency rules, regulations, policies, or procedures as stated in Agency directives.

**-END-**