# Marion County Sheriff's Office
## Housing Movements Report

**Inmate No.** A0070076  **Name** LUTTERLOAH, ERIC THANAL  **Booking No.** 2000004904  **Race** W  **Se** M  **DOB**

| Bed ID | POD | Section | Cell | Bed | Location | Start Date | End Date | Reason | Officer | Officer Name |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLDINGINTX14 | HOLDING | INT | X | 14 | HOLDINGINTX14 | 06/04/2020 17:38 | 06/04/2020 19:57 | | 6435 | GATYAS, MADDISON |
| BOOKINGD101B | BOOKING | D | 101 | B | BOOKINGD101B | 06/04/2020 19:57 | 06/05/2020 09:09 | NEW INMATE | 6310 | JOHNSON-CABRERA, JACQUELINE |
| BOOKINGCX01B | BOOKING | C | X | 01B | BOOKINGCX01B | 06/05/2020 09:09 | 06/08/2020 20:00 | RE-HOUSE | 5252 | THOMPSON, FRANCIS |
| BOOKINGD101B | BOOKING | D | 101 | B | BOOKINGD101B | 06/08/2020 20:00 | 06/10/2020 06:26 | BED CHANGE | 2550 | CROMWELL, HOWARD |
| BOOKINGCX01B | BOOKING | C | X | 01B | BOOKINGCX01B | 06/10/2020 06:26 | 06/10/2020 09:19 | RE-HOUSE | 5252 | THOMPSON, FRANCIS |
| GA113A | G | A | 113 | A | GA113A | 06/10/2020 09:19 | 07/26/2020 19:47 | NEW INMATE | 6440 | ROBERTS, DYLAN |
| GA103B | G | A | 103 | B | GA103B | 07/26/2020 19:47 | 11/28/2020 18:07 | RE-HOUSE | 6374 | ADAMS, TYLER |
| HA103B | H | A | 103 | B | HA103B | 11/28/2020 18:07 | 12/05/2020 22:14 | NEW INMATE | 5309 | REGAN, ROBERT |
| GA103B | G | A | 103 | B | GA103B | 12/05/2020 22:14 | 04/01/2021 21:37 | RE-HOUSE | 5573 | KOSINSKI, JUSTIN |
| GAX12 | G | A | X | 12 | GAX12 | 04/01/2021 21:37 | 11/07/2021 01:06 | BED CHANGE | 6361 | MCMILLER, XAVIER |
| AC119B | A | C | 119 | B | AC119B | 11/07/2021 01:06 | 01/11/2022 14:43 | A/C PENDING DR | 6300 | ENCHAUTEQUI, JUSTIN |
| AA204B | A | A | 204 | B | AA204B | 01/11/2022 14:43 | 02/07/2022 00:13 | BED CHANGE | 6300 | ENCHAUTEQUI, JUSTIN |
| AB116A | A | B | 116 | A | AB116A | 02/07/2022 00:13 | 02/17/2022 12:30 | RE-HOUSE | 5726 | YACUZZO, A |
| AB211A | A | B | 211 | A | AB211A | 02/17/2022 12:30 | 04/19/2022 12:42 | BED CHANGE | 6626 | TAYLOR, XAVIER |
| AF253B | A | F | 253 | B | AF253B | 04/19/2022 12:42 | 04/26/2022 00:24 | BED CHANGE | 6455 | JOSEY, CHRISTIAN |
| FAX08 | F | A | X | 08 | FAX08 | 04/26/2022 00:24 | 06/26/2022 04:48 | NEW INMATE | 2550 | CROMWELL, HOWARD |
| AA208B | A | A | 208 | B | AA208B | 06/26/2022 04:48 | 08/18/2022 18:28 | A/C PENDING DR | 5957 | DAVIS, JARED |
| AA201B | A | A | 201 | B | AA201B | 08/18/2022 18:28 | 10/09/2022 07:18 | BED CHANGE | 6455 | JOSEY, C |
| AAX01 | A | A | X | 01 | AAX01 | 10/09/2022 07:18 | 10/09/2022 07:20 | BED CHANGE | 6202 | WYMAN, SAMARYON |
| AF150B | A | F | 150 | B | AF150B | 10/09/2022 07:20 | 10/29/2022 09:18 | RE-HOUSE | 6202 | WYMAN, SAMARYON |
| AA207B | A | A | 207 | B | AA207B | 10/29/2022 09:18 | 12/17/2022 09:58 | RE-HOUSE | 6596 | SMITH, DAMONTRA |
| AF151B | A | F | 151 | B | AF151B | 12/17/2022 09:58 | 02/09/2023 13:14 | BED CHANGE | 6202 | WYMAN, SAMARYON |
| AC222B | A | C | 222 | B | AC222B | 02/09/2023 13:14 | 02/21/2023 23:59 | BED CHANGE | 5957 | DAVIS, JARED |
| AF151B | A | F | 151 | B | AF151B | 02/21/2023 23:59 | 03/23/2023 12:37 | BED CHANGE | 6202 | WYMAN, SAMARYON |
| AE237 | A | E | 237 | | AE237 | 03/23/2023 12:37 | 03/24/2023 19:03 | SECURITY RISK | 5466 | BROWN, J |
| AEX02 | A | E | X | 02 | AEX02 | 03/24/2023 19:03 | 03/24/2023 19:04 | BED CHANGE | 6746 | NORMAN, D |
| AE243 | A | E | 243 | | AE243 | 03/24/2023 19:04 | 04/03/2023 18:32 | BED CHANGE | 6746 | NORMAN, D |



# Marion County Sheriff's Office
## Housing Movements Report

| From | | | To | | | Date In | Date Out | Reason | ID | Name |
|---|---|---|---|---|---|---|---|---|---|---|
| AE237 | A | E | AE237 | | | | 04/03/2023 18:32 | 08/27/2023 17:51 | RED SUIT CHANGE | 6626 | TAYLOR, X |
| CF248A | C | F | CF248A | | A | 08/27/2023 17:51 | 08/27/2023 19:27 | NEW INMATE | 5845 | THORSBERG, KC |
| CF248B | C | F | CF248B | | B | 08/30/2023 19:27 | 10/27/2023 22:14 | BED CHANGE | 6455 | JOSEY, C |
| CF248A | C | F | CF248A | | A | 10/27/2023 22:14 | 11/01/2023 21:39 | BED CHANGE | 6609 | COLDIRON, G |
| CF248B | C | F | CF248B | | B | 11/01/2023 21:39 | 11/03/2023 20:33 | BED CHANGE | 6250 | MIESES, E |
| CF248A | C | F | CF248A | | A | 11/03/2023 20:33 | 12/21/2023 19:58 | RE-HOUSE | 6757 | MOSLEY, N |
| CF248B | C | F | CF248B | | B | 12/21/2023 19:58 | 12/27/2023 10:13 | RED SUIT CHANGE | 6250 | MIESES, E |
| AE237 | A | E | AE237 | | | 12/27/2023 10:13 | 12/27/2023 14:24 | RE-HOUSE | 4988 | SPICHER JR., GREGORY |
| AE244 | A | E | AE244 | | | 12/27/2023 14:24 | 12/27/2023 14:27 | RE-HOUSE | 6200 | ORTEGA, J |
| AE243 | A | E | AE243 | | | 12/27/2023 14:27 | 01/09/2024 19:09 | RE-HOUSE | 6200 | ORTEGA, J |
| AE242 | A | E | AE242 | | | 01/09/2024 19:09 | 01/09/2024 19:12 | RED SUIT CHANGE | 6746 | NORMAN, D |
| AE243 | A | E | AE243 | | | 01/09/2024 19:12 | 02/05/2024 07:02 | BED CHANGE | 6746 | NORMAN, D |
| AE244 | A | E | AE244 | | | 02/05/2024 07:02 | 04/08/2024 08:08 | BED CHANGE | 6871 | AMATO, M |
| AE244 | A | E | COURT | | | 04/08/2024 08:08 | 04/08/2024 10:59 | | 4988 | SPICHER JR., GREGORY |
| AE244 | A | E | AE244 | | | 04/08/2024 10:59 | 04/15/2024 18:52 | | 4988 | SPICHER JR., GREGORY |
| AE140 | A | E | AE140 | | | 04/15/2024 18:52 | 04/18/2024 16:03 | BED CHANGE | 6745 | BELL, M |
| AE241 | A | E | AE241 | | | 04/18/2024 16:03 | 04/29/2024 19:23 | BED CHANGE | 6008 | SMITH, B |
| AE240 | A | E | AE240 | | | 04/29/2024 19:23 | 05/08/2024 20:38 | RED SUIT CHANGE | 6753 | TOMPKINS, J |
| AE242 | A | E | AE242 | | | 05/08/2024 20:38 | 05/30/2024 21:35 | BED CHANGE | 6637 | KITCHIN, A |
| AE238 | A | E | AE238 | | | 05/30/2024 21:35 | 06/13/2024 08:24 | BED CHANGE | 5466 | BROWN, J |
| AE238 | A | E | VIDEO COURT | | | 06/13/2024 08:24 | 06/13/2024 11:14 | BED CHANGE | 4988 | SPICHER JR., GREGORY |
| AE238 | A | E | AE238 | | | 06/13/2024 11:14 | 09/12/2024 08:21 | | 4988 | SPICHER JR., GREGORY |
| AE238 | A | E | VIDEO COURT | | | 09/12/2024 08:21 | 09/12/2024 11:12 | | 6637 | KITCHIN, ANDREW |
| AE238 | A | E | AE238 | | | 09/12/2024 11:12 | 09/12/2024 11:15 | | 6899 | OLIVER, COLBIE |
| AE238 | A | E | AE238 | | | 09/12/2024 11:15 | | | 6637 | KITCHIN, ANDREW |

# Marion County Sheriff's Office

## Inmate Classification Report

| Inmate ID No | Booking No | Inmate Name | Release Date | Current Location | Occupant Rating |
|---|---|---|---|---|---|
| A0070076 | 2000004904 | LUTTERLOAH, ERIC THANAL | | AE238 | 9210 |

| Date Classified | Classification | Trusty Class | Work Detail Assignment | ReClass Date | Officer ID/Name |
|---|---|---|---|---|---|
| 10/11/2024 07:47 | 1-HIGH | | | 11/10/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 09/09/2024 10:13 | 1-HIGH | | | 10/09/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 08/09/2024 09:31 | 1-HIGH | | | 09/08/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 07/10/2024 08:30 | 1-HIGH | | | 08/09/2024 00:00 | AUTO/SHEILA ERICKSON |
| PERIODIC REVIEW | | | | | |
| 07/10/2024 08:30 | 1-HIGH | | | 08/09/2024 00:00 | AUTO/SHEILA ERICKSON |
| PERIODIC REVIEW | | | | | |
| 07/10/2024 08:30 | 1-HIGH | | | 08/09/2024 00:00 | AUTO/SHEILA ERICKSON |
| PERIODIC REVIEW | | | | | |
| 07/10/2024 08:30 | 1-HIGH | | | 08/09/2024 00:00 | AUTO/SHEILA ERICKSON |
| PERIODIC REVIEW | | | | | |
| 07/10/2024 08:30 | 1-HIGH | | | 08/09/2024 00:00 | AUTO/SHEILA ERICKSON |
| PERIODIC REVIEW | | | | | |
| 06/10/2024 07:00 | 1-HIGH | | | 07/10/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 06/10/2024 07:00 | 1-HIGH | | | 07/10/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 06/10/2024 07:00 | 1-HIGH | | | 07/10/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 06/10/2024 07:00 | 1-HIGH | | | 07/10/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 06/10/2024 07:00 | 1-HIGH | | | 07/10/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 05/10/2024 10:23 | 1-HIGH | | | 06/09/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 05/10/2024 10:23 | 1-HIGH | | | 06/09/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 05/10/2024 10:23 | 1-HIGH | | | 06/09/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 05/10/2024 10:23 | 1-HIGH | | | 06/09/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 05/10/2024 10:23 | 1-HIGH | | | 06/09/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |
| 04/10/2024 08:56 | 1-HIGH | | | 05/10/2024 00:00 | AUTO/BRITTANY LOFTON |
| PERIODIC REVIEW | | | | | |
| 04/10/2024 08:56 | 1-HIGH | | | 05/10/2024 00:00 | AUTO/BRITTANY LOFTON |
| PERIODIC REVIEW | | | | | |
| 04/10/2024 08:56 | 1-HIGH | | | 05/10/2024 00:00 | AUTO/BRITTANY LOFTON |
| PERIODIC REVIEW | | | | | |
| 03/08/2024 07:38 | 1-HIGH | | | 04/07/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| PERIODIC REVIEW | | | | | |

Printed  10/18/2024 09:42                Beacon Software Solutions, Inc.                Page  1  of  5

# Marion County Sheriff's Office

## Inmate Classification Report

| Date/Time | Class | Note | Review Date | Officer |
|---|---|---|---|---|
| 03/08/2024 07:38 | 1-HIGH | PERIODIC REVIEW | 04/07/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 03/08/2024 07:38 | 1-HIGH | PERIODIC REVIEW | 04/07/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 03/08/2024 07:38 | 1-HIGH | PERIODIC REVIEW | 04/07/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 02/07/2024 07:52 | 1-HIGH | PERIODIC REVIEW | 03/08/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 02/07/2024 07:52 | 1-HIGH | PERIODIC REVIEW | 03/08/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 02/07/2024 07:52 | 1-HIGH | PERIODIC REVIEW | 03/08/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 02/07/2024 07:52 | 1-HIGH | PERIODIC REVIEW | 03/08/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 01/05/2024 07:26 | 1-HIGH | PERIODIC REVIEW | 02/04/2024 00:00 | 1687/TWEEDY, CYNTHIA |
| 01/05/2024 07:26 | 1-HIGH | PERIODIC REVIEW | 02/04/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 12/06/2023 07:36 | 1-HIGH | 1/2/2024 GUILTY 30 DAYS L/D 230006707  OUTDATE: 2/1/2024 | 01/05/2024 00:00 | 1687/TWEEDY, CYNTHIA |
| 12/06/2023 07:36 | 1-HIGH | 1/2/2024 GUILTY 30 DAYS L/D 230006707  OUTDATE: 2/1/2023 | 01/05/2024 00:00 | 1687/TWEEDY, CYNTHIA |
| 12/06/2023 07:36 | 1-HIGH | 1/2/2024 GUILTY 30 DAYS L/D 230006707 | 01/05/2024 00:00 | 1687/TWEEDY, CYNTHIA |
| 12/06/2023 07:36 | 1-HIGH | PERIODIC REVIEW | 01/05/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 12/06/2023 07:36 | 1-HIGH | PERIODIC REVIEW | 01/05/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 12/06/2023 07:36 | 1-HIGH | PERIODIC REVIEW | 01/05/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 12/06/2023 07:36 | 1-HIGH | PERIODIC REVIEW | 01/05/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 12/06/2023 07:36 | 1-HIGH | PERIODIC REVIEW | 01/05/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 12/06/2023 07:36 | 1-HIGH | PERIODIC REVIEW | 01/05/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 12/06/2023 07:36 | 1-HIGH | PERIODIC REVIEW | 01/05/2024 00:00 | AUTO/CYNTHIA TWEEDY |
| 11/06/2023 14:12 | 1-HIGH | PERIODIC REVIEW | 12/06/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 10/06/2023 07:25 | 1-HIGH | PERIODIC REVIEW | 11/05/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 10/06/2023 07:25 | 1-HIGH | PERIODIC REVIEW | 11/05/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 10/06/2023 07:25 | 1-HIGH | PERIODIC REVIEW | 11/05/2023 00:00 | AUTO/CYNTHIA TWEEDY |

# Marion County Sheriff's Office

## Inmate Classification Report

| Date/Time | Level | Note | Review Date | Reviewer |
|---|---|---|---|---|
| 10/06/2023 07:25 | 1-HIGH | PERIODIC REVIEW | 11/05/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 09/06/2023 16:35 | 1-HIGH | PERIODIC REVIEW | 10/06/2023 00:00 | AUTO/CYNTHIA HARRIS |
| 09/06/2023 16:35 | 1-HIGH | PERIODIC REVIEW | 10/06/2023 00:00 | AUTO/CYNTHIA HARRIS |
| 09/06/2023 16:35 | 1-HIGH | PERIODIC REVIEW | 10/06/2023 00:00 | AUTO/CYNTHIA HARRIS |
| 08/07/2023 08:28 | 1-HIGH | PERIODIC REVIEW | 09/06/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 08/07/2023 08:28 | 1-HIGH | PERIODIC REVIEW | 09/06/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 08/07/2023 08:28 | 1-HIGH | PERIODIC REVIEW | 09/06/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 08/07/2023 08:28 | 1-HIGH | PERIODIC REVIEW | 09/06/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 07/07/2023 07:32 | 1-HIGH | PERIODIC REVIEW | 08/06/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 07/07/2023 07:32 | 1-HIGH | PERIODIC REVIEW | 08/06/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 06/07/2023 07:55 | 1-HIGH | PERIODIC REVIEW | 07/07/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 06/07/2023 07:55 | 1-HIGH | PERIODIC REVIEW | 07/07/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 05/08/2023 09:24 | 1-HIGH | PERIODIC REVIEW | 06/07/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 05/08/2023 09:24 | 1-HIGH | PERIODIC REVIEW | 06/07/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 05/08/2023 08:12 | 1-HIGH | PERIODIC REVIEW | 06/07/2023 00:00 | 1687/TWEEDY, CYNTHIA |
| 05/08/2023 08:12 | 2-CLOSE | PERIODIC REVIEW | 06/07/2023 00:00 | AUTO/JEANNE WILDY |
| 05/08/2023 08:12 | 2-CLOSE | PERIODIC REVIEW | 06/07/2023 00:00 | AUTO/JEANNE WILDY |
| 04/07/2023 06:54 | 1-HIGH | PERIODIC REVIEW | 05/07/2023 00:00 | 1687/TWEEDY, CYNTHIA |
| 04/07/2023 06:54 | 2-CLOSE | PERIODIC REVIEW | 05/07/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 03/08/2023 07:46 | 1-HIGH | 3/31/2023 GUILTY 30 DAYS L/D  230004151 OUTDATE: 4/30/2023 | 04/07/2023 00:00 | 1687/TWEEDY, CYNTHIA |
| 03/08/2023 07:46 | 1-HIGH | PERIODIC REVIEW | 04/07/2023 00:00 | 6766/JACKSON, ANNA |
| 03/08/2023 07:46 | 1-HIGH | PERIODIC REVIEW | 04/07/2023 00:00 | 1687/TWEEDY, CYNTHIA |
| 03/08/2023 07:46 | 1-HIGH | PERIODIC REVIEW | 04/07/2023 00:00 | 1687/TWEEDY, CYNTHIA |

# Marion County Sheriff's Office

## Inmate Classification Report

| Date/Time | Class | Review End | Reviewer |
|---|---|---|---|
| 03/08/2023 07:46 | 1-HIGH  PERIODIC REVIEW | 04/07/2023 00:00 | 1687/TWEEDY, CYNTHIA |
| 03/08/2023 07:46 | 2-CLOSE  PERIODIC REVIEW | 04/07/2023 00:00 | 1687/TWEEDY, CYNTHIA |
| 03/08/2023 07:46 | 2-CLOSE  PERIODIC REVIEW | 04/07/2023 00:00 | 1687/TWEEDY, CYNTHIA |
| 03/08/2023 07:46 | 2-CLOSE  PERIODIC REVIEW | 04/07/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 03/08/2023 07:46 | 2-CLOSE  PERIODIC REVIEW | 04/07/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 02/06/2023 08:04 | 2-CLOSE  PERIODIC REVIEW | 03/08/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 01/06/2023 07:40 | 2-CLOSE  PERIODIC REVIEW | 02/05/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 12/07/2022 07:34 | 2-CLOSE  PERIODIC REVIEW | 01/06/2023 00:00 | AUTO/CYNTHIA TWEEDY |
| 11/07/2022 07:17 | 2-CLOSE  PERIODIC REVIEW | 12/07/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 10/06/2022 07:00 | 2-CLOSE  PERIODIC REVIEW | 11/05/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 09/06/2022 09:21 | 2-CLOSE  PERIODIC REVIEW | 10/06/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 08/04/2022 06:59 | 2-CLOSE  PERIODIC REVIEW | 09/03/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 07/05/2022 08:56 | 2-CLOSE  PERIODIC REVIEW | 08/04/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 06/03/2022 08:02 | 2-CLOSE  6/29/2022 GUILTY 30 DAYS LD 220003373 W/LOSS OF ALL TIME  OUTDATE: 7/29/2022 | 07/03/2022 00:00 | 1687/TWEEDY, CYNTHIA |
| 06/03/2022 08:02 | 2-CLOSE  PERIODIC REVIEW | 07/03/2022 00:00 | 1687/TWEEDY, CYNTHIA |
| 06/03/2022 08:02 | 2-CLOSE  PERIODIC REVIEW | 07/03/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 05/04/2022 07:46 | 2-CLOSE  PERIODIC REVIEW | 06/03/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 04/04/2022 10:48 | 2-CLOSE  PERIODIC REVIEW | 05/04/2022 00:00 | 1687/TWEEDY, CYNTHIA |
| 04/04/2022 10:48 | 2-CLOSE  PERIODIC REVIEW | 05/04/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 03/04/2022 07:43 | 2-CLOSE  PERIODIC REVIEW | 04/03/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 02/02/2022 07:52 | 2-CLOSE  PERIODIC REVIEW | 03/04/2022 00:00 | AUTO/CYNTHIA TWEEDY |
| 01/03/2022 09:56 | 2-CLOSE  PERIODIC REVIEW | 02/02/2022 00:00 | AUTO/JEANNE WILDY |
| 12/01/2021 12:07 | 2-CLOSE  NEW ASSAULTIVE FELONY CHARGE | 12/31/2021 00:00 | AUTO/CYNTHIA HARRIS |

# Marion County Sheriff's Office

## Inmate Classification Report

| Date/Time | Classification | End Date | Officer |
|---|---|---|---|
| 10/08/2021 07:17 | 3-HIGH MEDIUM PERIODIC REVIEW | 12/07/2021 00:00 | 1687/TWEEDY, CYNTHIA |
| 10/08/2021 07:17 | 3-HIGH MEDIUM PERIODIC REVIEW | 12/07/2021 00:00 | 1687/TWEEDY, CYNTHIA |
| 10/08/2021 07:17 | 3-HIGH MEDIUM PERIODIC REVIEW | 12/07/2021 00:00 | AUTO/CYNTHIA TWEEDY |
| 08/09/2021 10:34 | 3-HIGH MEDIUM PERIODIC REVIEW | 10/08/2021 00:00 | AUTO/CYNTHIA TWEEDY |
| 06/08/2021 09:00 | 3-HIGH MEDIUM PERIODIC REVIEW | 08/07/2021 00:00 | AUTO/CYNTHIA HARRIS |
| 04/06/2021 10:35 | 3-HIGH MEDIUM PERIODIC REVIEW | 06/05/2021 00:00 | AUTO/CYNTHIA TWEEDY |
| 02/05/2021 08:09 | 3-HIGH MEDIUM PERIODIC REVIEW | 04/06/2021 00:00 | AUTO/JEANNE WILDY |
| 12/07/2020 07:17 | 3-HIGH MEDIUM PERIODIC REVIEW | 02/05/2021 00:00 | AUTO/CYNTHIA TWEEDY |
| 10/05/2020 08:39 | 3-HIGH MEDIUM PERIODIC REVIEW | 12/04/2020 00:00 | AUTO/CYNTHIA HARRIS |
| 08/04/2020 08:07 | 3-HIGH MEDIUM PERIODIC REVIEW | 10/03/2020 00:00 | AUTO/CYNTHIA TWEEDY |
| 06/05/2020 06:59 | 3-HIGH MEDIUM PRIMARY | 08/04/2020 00:00 | 5703/HOSENDOVE, NATASHA |
| 06/05/2020 06:59 | 3-HIGH MEDIUM PRIMARY | 08/04/2020 00:00 | 1687/TWEEDY, CYNTHIA |
| 06/05/2020 06:59 | 3-HIGH MEDIUM PRIMARY | 08/04/2020 00:00 | AUTO/CYNTHIA TWEEDY |
| 06/04/2020 17:38 | MED-UNCLASS | | 6413/MARTINEZ, ANGELEA |
| 06/04/2020 17:38 | MED-UNCLASS | | 6228/SAGER, REBEKAH |
| 06/04/2020 17:38 | MED-UNCLASS | | |