# Marion County Sheriff's Office
## Housing Movements Report

**Inmate No.** A0092328  **Name** MERCHANT, CORY P  **Booking No.** 1900010514  **Race** W  **Se** M  **DOB**

| Bed ID | POD | Section | Cell | Bed | Location | Start Date | End Date | Reason | Officer | Officer Name |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLDINGINTX21 | HOLDING | INT | X | 21 | HOLDINGINTX21 | 11/08/2019 08:25 | 11/08/2019 11:10 | | 5213 | SPILLMAN, JUSTIN |
| GD119A | G | D | 119 | A | GD119A | 11/08/2019 11:10 | 11/08/2019 11:19 | NEW INMATE | 6361 | MCMILLER, XAVIER |
| GA115A | G | A | 115 | A | GA115A | 11/08/2019 11:19 | 11/12/2019 14:42 | NEW INMATE | 6361 | MCMILLER, XAVIER |
| MEDD101E | MED | D | 101 | E | MEDD101E | 11/12/2019 14:42 | 11/14/2019 19:28 | S/P | 6384 | ZIMMERMAN, RICHARD |
| MEDD101E | MED | D | 101 | E | MEDICAL | 11/14/2019 19:28 | 11/14/2019 20:13 | | 5573 | KOSINSKI, JUSTIN |
| GA104A | G | A | 104 | A | MEDICAL | 11/14/2019 20:13 | 11/14/2019 20:20 | NEW INMATE | 5963 | JAMES, ERROL |
| GA104A | G | A | 104 | A | GA104A | 11/14/2019 20:20 | 11/17/2019 06:50 | | 6322 | SCHWEITZER, CORY |
| GA120A | G | A | 120 | A | GA120A | 11/17/2019 06:50 | 12/10/2019 05:52 | BED CHANGE | 6247 | TUCKER, TRAVIS |
| GA120A | G | A | 120 | A | COURT | 12/10/2019 05:52 | 12/10/2019 12:05 | | 6374 | ADAMS, TYLER |
| GA120A | G | A | 120 | A | GA120A | 12/10/2019 12:05 | 02/02/2020 22:12 | | 6202 | WYMAN, SAMARYON |
| HA120A | H | A | 120 | A | HA120A | 02/02/2020 22:12 | 02/10/2020 06:17 | RE-HOUSE | 5860 | MUTI, NICHOLAS |
| HA120A | H | A | 120 | A | COURT | 02/10/2020 06:17 | 02/10/2020 12:00 | | 5573 | KOSINSKI, JUSTIN |
| HA120A | H | A | 120 | A | HA120A | 02/10/2020 12:00 | 02/10/2020 12:01 | | 6438 | APONTE, JONATHAN |
| HA120A | H | A | 120 | A | COURT | 02/10/2020 12:01 | 02/10/2020 13:36 | | 6438 | APONTE, JONATHAN |
| HA120A | H | A | 120 | A | HA120A | 02/10/2020 13:36 | 02/16/2020 22:04 | | 5573 | KOSINSKI, JUSTIN |
| GA120A | G | A | 120 | A | GA120A | 02/16/2020 22:04 | 04/03/2020 14:17 | RE-HOUSE | 5860 | MUTI, NICHOLAS |
| GA119A | G | A | 119 | A | GA119A | 04/03/2020 14:17 | 04/27/2020 22:29 | RE-HOUSE | 6374 | ADAMS, TYLER |
| GA120A | G | A | 120 | A | GA120A | 04/27/2020 22:29 | 06/29/2020 03:31 | BED CHANGE | 5957 | DAVIS, JARED |
| GAX28 | G | A | X | 28 | GAX28 | 06/29/2020 03:31 | 06/30/2020 23:53 | BED CHANGE | 5957 | DAVIS, JARED |
| BD235A | B | D | 235 | A | BD235A | 06/30/2020 23:53 | 07/20/2020 19:30 | RE-HOUSE | 5573 | KOSINSKI, JUSTIN |
| INFA101B | INF | A | 101 | B | INFA101B | 07/20/2020 19:30 | 07/25/2020 18:00 | NEW INMATE | 4855 | THOMAS, THERESA |
| DB118B | D | B | 118 | B | DB118B | 07/25/2020 18:00 | 07/31/2020 23:36 | NEW INMATE | 6434 | TURNBULL, DALE |
| FB109B | F | B | 109 | B | FB109B | 07/31/2020 23:36 | 08/03/2020 12:04 | RE-HOUSE | 5252 | THOMPSON, FRANCIS |
| BD132A | B | D | 132 | A | BD132A | 08/03/2020 12:04 | 08/03/2020 20:38 | NEW INMATE | 6076 | RIVERA ORTIZ, STEPHANIE |
| BD232B | B | D | 232 | B | BD232B | 08/03/2020 20:38 | 08/29/2020 11:57 | BED CHANGE | 3986 | GREEN, MICHELLE |
| GA120A | G | A | 120 | A | GA120A | 08/29/2020 11:57 | 09/14/2020 19:49 | RE-HOUSE | 5573 | KOSINSKI, JUSTIN |
| GA127A | G | A | 127 | A | GA127A | 09/14/2020 19:49 | 09/15/2020 23:07 | RE-HOUSE | 6374 | ADAMS, TYLER |
| GAX13 | G | A | X | 13 | GAX13 | 09/15/2020 23:07 | 09/23/2020 19:47 | RE-HOUSE | 6374 | ADAMS, TYLER |
| BDX01 | B | D | X | 01 | BDX01 | 09/23/2020 19:47 | 09/23/2020 22:27 | NEW INMATE | 5290 | MARTINEZ, MIA |
| GAX13 | G | A | X | 13 | GAX13 | 09/23/2020 22:27 | 11/28/2020 18:34 | RE-HOUSE | 6374 | ADAMS, TYLER |

Printed 10/18/2024 10:42   Page 1 of 2

# Marion County Sheriff's Office
## Housing Movements Report

| From | | | | To | | | | From Date | To Date | Reason | ID | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAX13 | H | A | X | HAX13 | | | 13 | 11/28/2020 18:34 | 12/05/2020 22:42 | NEW INMATE | 5309 | REGAN, ROBERT |
| GAX13 | G | A | X | GAX13 | | | 13 | 12/05/2020 22:42 | 05/07/2021 09:50 | RE-HOUSE | 5573 | KOSINSKI, JUSTIN |
| MEDD106F | MED | D | 106 | MEDD106F | | F | | 05/07/2021 00:00 | 05/08/2021 00:00 | NEW INMATE | 6147 | DIAZ GARCIA, JUAN |
| FA216A | F | A | 216 | FA216A | | A | | 05/07/2021 09:50 | 05/07/2021 21:01 | RE-HOUSE | 5709 | PRINCE, SHAWN |
| FAX35 | F | A | X | FAX35 | | | 35 | 05/07/2021 21:01 | 05/07/2021 00:00 | BED CHANGE | 6434 | TURNBULL, DALE |
| MEDD105F | MED | D | 105 | MEDD105F | | F | | 05/08/2021 00:00 | 05/08/2021 22:04 | S/P | 6147 | DIAZ GARCIA, JUAN |
| MEDD105F | MED | D | 105 | MEDD105F | | F | | 05/08/2021 00:00 | 05/13/2021 00:33 | S/P | 6147 | DIAZ GARCIA, JUAN |
| FAX35 | F | A | X | FAX35 | | | 35 | 05/08/2021 22:04 | 05/08/2021 00:00 | NEW INMATE | 6014 | HENSON, JARROD |
| MEDD105D | MED | D | 105 | MEDD105D | | D | | 05/13/2021 00:33 | 05/17/2021 22:38 | BED CHANGE | 6434 | TURNBULL, DALE |
| AB218A | A | B | 218 | AB218A | | A | | 05/17/2021 22:38 | 06/11/2021 14:23 | DC CONFINEMENT | 5767 | WELCH, ZACHARY |
| AA108B | A | A | 108 | AA108B | | B | | 06/11/2021 14:23 | 06/13/2021 00:21 | RE-HOUSE | 4988 | SPICHER JR., GREGORY |
| FA219B | F | A | 219 | FA219B | | B | | 06/13/2021 00:21 | 07/11/2021 16:57 | NEW INMATE | 2550 | CROMWELL, HOWARD |
| DB217B | D | B | 217 | DB217B | | B | | 07/11/2021 16:57 | 07/23/2021 19:25 | RE-HOUSE | 5309 | REGAN, ROBERT |
| FAX16 | F | A | X | FAX16 | | | 16 | 07/23/2021 19:25 | 07/25/2021 13:31 | RE-HOUSE | 6143 | PHILLIPS, JOE |
| FA211A | F | A | 211 | FA211A | | A | | 07/25/2021 13:31 | 07/28/2021 00:08 | BED CHANGE | 5309 | REGAN, ROBERT |
| AA102A | A | A | 102 | AA102A | | A | | 07/28/2021 00:08 | 08/19/2021 18:45 | DC CONFINEMENT | 5821 | MARCELLO, ZACHARY |
| INFA105A | INF | A | 105 | INFA105A | | A | | 08/19/2021 18:45 | 08/21/2021 03:41 | PER MEDICAL | 6519 | SUPPES, REBECCA |
| AB113B | A | B | 113 | AB113B | | B | | 08/21/2021 03:41 | 08/26/2021 23:15 | DC CONFINEMENT | 6200 | ORTEGA, JORDON |
| FA102B | F | A | 102 | FA102B | | B | | 08/26/2021 23:15 | 08/27/2021 23:38 | NEW INMATE | 4988 | SPICHER JR., GREGORY |
| GA108B | G | A | 108 | GA108B | | B | | 08/27/2021 23:38 | 10/10/2021 04:09 | RE-HOUSE | 6384 | ZIMMERMAN, RICHARD |
| GA123B | G | A | 123 | GA123B | | B | | 10/10/2021 04:09 | 11/07/2021 01:27 | BED CHANGE | 5573 | KOSINSKI, JUSTIN |
| TOC | TOC | TOC | TOC | TOC | | TOC | | 11/07/2021 01:27 | 11/11/2021 11:15 | TOC | 1205 | FLAHERTY, BRENDA |
| HOLDINGINTX02 | HOLDING | INT | X | HOLDINGINTX02 | | | 02 | 11/11/2021 11:15 | 11/11/2021 11:20 | | 5860 | MUTI, NICHOLAS |
| RELEASED | RELEASED | RELEASED | RELEASED | RELEASED | | RELEASED | | 11/11/2021 11:20 | | RELEASED | 5860 | MUTI, NICHOLAS |

# Marion County Sheriff's Office

## Inmate Classification Report

| Inmate ID No | Booking No | Inmate Name | | Release Date | Current Location | Occupant Rating |
|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT, CORY P | | 11/11/2021 11:20 | RELEASED | 9210 |
| **Date Classified** | **Classification** | **Trusty Class** | **Work Detail Assignment** | **ReClass Date** | **Officer ID/Name** | |
| **Comments** | | | | | | |
| 11/02/2021 16:45 | 5-MEDIUM PRE | | | 01/31/2022 00:00 | AUTO/BRITTANY LOFTON | |
| PERIODIC REVIEW | | | | | | |
| 08/03/2021 16:38 | 5-MEDIUM PRE | | | 11/01/2021 00:00 | 1687/TWEEDY, CYNTHIA | |
| PERIODIC REVIEW | | | | | | |
| 08/03/2021 16:38 | 5-MEDIUM PRE | | | 11/01/2021 00:00 | AUTO/CYNTHIA HARRIS | |
| PERIODIC REVIEW | | | | | | |
| 05/03/2021 09:34 | 5-MEDIUM PRE | | | 08/01/2021 00:00 | 1687/TWEEDY, CYNTHIA | |
| 5/14/2021 GUILTY 30 DAYS L/D  210002252 OUTDATE: 6/13/2021 07/27/2021 210003457 30 DAYS LD OUTDATE: 08/27/2021 | | | | | | |
| 05/03/2021 09:34 | 5-MEDIUM PRE | | | 08/01/2021 00:00 | 5770/WILDY, JEANNE | |
| 5/14/2021 GUILTY 30 DAYS L/D  210002252 OUTDATE: 6/13/2021 07/27/2021 210003457 30 DAYS LD OUTDATE: 08/27/2021 | | | | | | |
| 05/03/2021 09:34 | 5-MEDIUM PRE | | | 08/01/2021 00:00 | 1687/TWEEDY, CYNTHIA | |
| 5/14/2021 GUILTY 30 DAYS L/D  210002252 OUTDATE: 6/13/2021 | | | | | | |
| 05/03/2021 09:34 | 5-MEDIUM PRE | | | 08/01/2021 00:00 | 1687/TWEEDY, CYNTHIA | |
| 5/14/2021 GUILTY 30 DAYS L/D  210002252 | | | | | | |
| 05/03/2021 09:34 | 5-MEDIUM PRE | | | 08/01/2021 00:00 | AUTO/CYNTHIA TWEEDY | |
| PERIODIC REVIEW | | | | | | |
| 02/01/2021 10:53 | 5-MEDIUM PRE | | | 05/02/2021 00:00 | AUTO/JEANNE WILDY | |
| PERIODIC REVIEW | | | | | | |
| 11/03/2020 11:27 | 5-MEDIUM PRE | | | 02/01/2021 00:00 | AUTO/BRITTANY LOFTON | |
| PERIODIC REVIEW | | | | | | |
| 08/04/2020 08:02 | 5-MEDIUM PRE | | | 11/02/2020 00:00 | AUTO/CYNTHIA TWEEDY | |
| PERIODIC REVIEW | | | | | | |
| 05/06/2020 12:56 | 5-MEDIUM PRE | | | 08/04/2020 00:00 | AUTO/CYNTHIA TWEEDY | |
| PERIODIC REVIEW | | | | | | |
| 02/11/2020 08:18 | 5-MEDIUM PRE | | | 05/11/2020 00:00 | AUTO/CYNTHIA TWEEDY | |
| PERIODIC REVIEW | | | | | | |
| 11/13/2019 10:16 | 5-MEDIUM PRE | | | 02/11/2020 00:00 | AUTO/JEANNE WILDY | |
| PRIMARY | | | | | | |
| 11/08/2019 08:25 | MED-UNCLASS | | | | 6228/SAGER, REBEKAH | |
| 11/08/2019 08:25 | MED-UNCLASS | | | | 6228/SAGER, REBEKAH | |
| 11/08/2019 08:25 | MED-UNCLASS | | | | 1687/TWEEDY, CYNTHIA | |
| 11/08/2019 08:25 | MED-UNCLASS | | | | | |

# Marion County Sheriff's Office

## TOC History Report

Inmate Name: MERCHANT, CORY P

| Booking No | Transfer Date | Exprected Return | Transfer To | Contact | Phone | Date Returned |
|---|---|---|---|---|---|---|
| 1900010514 | 11/07/2021 00:00 | | OTHER | | | 11/11/02021 11:15 |