UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 5:23-cv-00661

BILLY WOODS, Sheriff of Marion
County, Florida, in his official
Capacity; Deputy JUSTIN KOSINSKI;
Deputy DELLUN MILLER; Sergeant
JEROME DUKES;

    Defendants.
_____/

## AFFIDAVIT OF BRIAN PETERSON

Affiant, **Brian Peterson**, being duly sworn, deposes and says:

1. I am over the age of eighteen years and have personal knowledge of the matters set forth herein.

2. I have been employed by the Marion County Sheriff's Office ("**MCSO**") since 2002.

3. I am currently a Captain over the Jail Services Division.

4. I have previously been the Captain over the Jail Support Division.

5. In providing this Affidavit, I reviewed Eric Lutterloah's inmate file, which included all documented instances of Eric Lutterloah's discipline for violation of jail rules.

6. I also reviewed the "Declaration of Terry Place," which was digitally signed on October 26, 2023.

7. In his Declaration, Terry Place indicated Eric Lutterloah "attacked Benjamin Furr, another inmate in the Gulf-Alpha, causing a fat lip and facial laceration," less than 30 days before the incident involving Cory Merchant.

8. While I cannot dispute whether the incident occurred, there is no evidence in Eric Lutterloah's inmate file to indicate that Benjamin Furr told any detention deputy at the Marion County Jail of what occurred prior to Eric Lutterloah's incident involving Cory Merchant.

9. Based on Eric Lutterloah's inmate file, the first incident of an assault involving Eric Lutterloah within the Marion County Jail occurred with Cory Merchant on November 7, 2021.

10. Eric Lutterloah was booked into the Marion County Jail on June 4, 2020.

Further Affiant sayeth not.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Also pursuant to Florida Statute 92.525 under penalty

of perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge and belief.

Dated: 6/16/2025

_____
BRIAN PETERSON