# Marion County Sheriff's Office

## Incident Report #  16000961

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| MEDICAL | G | 02/25/2016 20:42 | 4988 | SPICHER JR., GREGORY | 02/25/2016 20:53 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5562  VEREEN, SHATARA | | | | VEREEN, SHATARA | |

**Narrative**

ON FEBRUARY 25, 2016 AT APPROXIMATELY 2042 HRS, INMATE CORY MERCHANT STEPPED OUT OF DELTA SECTION IN GULF POD. HE STATED HE WAS LIGHT HEADED AND HAVING MILD CHEST PAINS. A S46 OVER THE RADIO TO THE INFIRMARY. MANRIQUE RESPONDED AND EVALUATED THE INMATE THEN TRANSFERRED TO THE INFIRMARY BY OFFICER D SMITH. SGT VEREEN NOTIFIED OF THE INCIDENT.

## Victims/Subjects

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 4988 | SPICHER JR. | GREGORY | | | | | | |
| **Comments** | WRITER OF REPORT | | | | | | | |

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1600001383 | MERCHANT | CORY | P | M | W | | MCJBLDG1G D125B |
| **Comments** | | | | | | | | |

## Supplement Reports

## Disciplinary Reports

Beacon Software Solutions, Inc.

# Marion County Sheriff's Office

## Incident Report #  16002104

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| INFORMATION ONLY | G | 05/21/2016 15:10 | 5720 | PALMER, RONALD W | 05/21/2016 15:34 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 466    HERNANDEZ, ADRIAN N | 05/21/2016 16:36 | | | FOWLER, RICHARD L | |

**Narrative**

ON 5/21/2016 AT APPROXIMATELY 1510 HOURS INMATE CORY MERCHANT CAME TO CHARLIE SECTION DOOR STATING THAT "THEY ARE SAYING THAT I HAD STOLEN A CUP OF COFFEE AND THAT THEY WERE GOING TO JUMP ME". WRITER ASKED INMATE MERCHANT IF HE WAS IN FEAR FOR HIS LIFE AND TOLD WRITER NO. WRITER TOLD INMATE MERCHANT THAT HE WOULD MOVE HIM BY THE DOOR IN BRAVO SECTION BUT INMATE MERCHANT ASKED IF HE COULD JUST MOVE BY THE DOOR IN CHARLIE SECTION. WRITER MOVED INMATE MERCHANT'S BUNK BY THE DOOR AND HE ENTERED THE SECTION WITHOUT INCIDENT. THIS REPORT IS FOR INFORMATION PURPOSES. SERGEANT FOWLER WAS NOTIFIED.

## Victims/Subjects

### Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 3996 | DEAN | MARK | S | | | | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5720 | PALMER | RONALD | W | | | | | |

**Comments**

### Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1600003716 | MERCHANT | CORY | P | M | W | | MCJBLDG1G CX20 |

**Comments**

## Supplement Reports

## Disciplinary Reports

# Marion County Sheriff's Office

# Incident Report #  16002520

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| INFORMATION ONLY | A | 06/20/2016 04:42 | 5309 | REGAN, ROBERT | 06/20/2016 04:45 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| | | | | KELLY, MARK P | |

**Narrative**

ON 6/20/2016 AT APPROXIMATELY 0440 HRS WHILE ASSIGNED TO ALPHA POD THE INMATE WORKERS WERE FILLING FOXTROT SECTIONS CUPS FOR MORNING MEAL.  WHEN INMATE WORKER MERCHANT WAS AT CELL 251 WHICH HOUSES INMATE JOSHUA MCDONALD. INMATE MCDONALD YELLED OUT "I CAN'T WAIT TO GET SENTENCED, REGAN BECAUSE I'M GOING TO KNOCK YOUR ASS OUT".  INFORMATION REPORT. SGT. KELLY NOTIFIED.

## Victims/Subjects

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5309 | REGAN | ROBERT | | | | | | |

Comments

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1600003716 | MERCHANT | CORY | P | M | W | | MCJBLDG1H AX13 |

Comments

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0081654 | 1500008170 | MCDONALD | JOSHUA | NICHOLAS | M | W | | MCJBLDG1A F251A |

Comments

## Supplement Reports

## Disciplinary Reports

# Marion County Sheriff's Office

## Incident Report #  16004360

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| CONTRABAND OTHER | A | 10/15/2016 05:45 | 5789 | LEON-SANCHEZ, JORDAN | 10/15/2016 07:02 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4819  NELSON, RICHARD E | 10/20/2016 12:00 | 933  CHAPMAN, ALBERT W | 10/16/2016 16:03 | | |

**Narrative**

ON 10/15/16 AT APPROXIMATELY 0545 HOURS, WHILE ASSIGNED TO ALPHA POD, I OBSERVED INMATE WORKER, CORY MERCHANT, BEHAVING ODDLY. WHILE I WAS IN ALPHA POD ECHO SECTION I CONTINUED TO OBSERVE INMATE MERCHANT VIA THE CAMERA SYSTEM. I OBSERVED INMATE MERCHANT WATCHING THE TOWER OFFICER VERY INTENTLY. INMATE MERCHANT WAITED UNTIL THE ROVERS AREA WAS CLEAR OF OFFICERS AND THEN I WATCHED AS HE TOOK A STYROFOAM TRAY OFF THE BENCH IN THE ROVERS AREA AND PROCEEDED TO SLIDE THE TRAY UNDER THE SECURED DELTA SECTION DOOR. SINCE CORPORAL JUDD WAS IN THE OFFICE ROVERS AREA, I LET HIM KNOW ABOUT MY OBSERVATIONS AND ADVISED HIM TO PAT HIM DOWN. INMATE MERCHANT WAS PATTED DOWN BY CORPORAL JUDD FOR ANY ADDITIONAL CONTRABAND AND WAS SENT BACK TO HOTEL POD PENDING DR. SECTOR SERGEANT NELSON WAS NOTIFIED OF THIS INCIDENT.

**Victims/Subjects**

**Officers**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5789 | LEON-SANCHEZ | JORDAN | | | | | | |
| **Comments** | WRITER OF REPORT | | | | | | | |

**Inmates**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1600003716 | MERCHANT | CORY | P | M | W | | MCJBLDG1H AX12 |
| **Comments** | SUBJECT OF REPORT | | | | | | | |

**Supplement Reports**

**Disciplinary Reports**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0092328 | 1600003716 | MERCHANT | CORY | P | 10/20/2016 09:56 |

| Charge | Plea |
|---|---|
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | GUILTY |
| CLASSA-6A: DISOBEYING WRITTEN OR VERBAL ORDER(S) (ANY ORDER GIVEN TO A | GUILTY |

**Details**

**Findings**

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5802 | COLLAZO, ROSELYNN | 10/20/2016 12:00 |

**Appeal Information**

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|

**Marion County Sheriff's Office**

## Incident Report #   16004360

**Appeal Details**

**Inmate Requests**

### Appeal Findings

**Appeal Finding**          **Finding Date/Time**   **Officer ID/Name**

**Appeal Finding Details**

# Marion County Sheriff's Office

## Incident Report #  190002112

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| DISTURBANCE | MED D | 05/17/2019 11:04 | 2550 | CROMWELL, HOWARD | 05/18/2019 00:58 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 2271  DONELY, TUNISA | 05/18/2019 01:15 | 1187  PRIEST, GALEN | 05/18/2019 18:26 | | 05/18/2019 00:58 |

**Narrative**

ON 05/17/2019 AT APPROXIMATELY 2304 HOURS, CPL.  A. RODRIGUEZ AND DEPUTY PEREZ TRANSPORTED INMATE CORY MERCHANT FROM BOOKING TO MEDICAL DELTA TO BE PLACED ON SUICIDE PRECAUTION STATUS.  INMATE MERCHANT KICKED OVER THE GARBAGE CAN IN THE ROVERS AREA, INMATE MERCHANT BEGAN YELLING AND CAUSING A DISTURBANCE IN DELTA SECTION.  DEPUTY PEREZ  GAVE  INMATE MERCHANT A VERBAL TO WALK TO THE SHOWER AREA TO BE STRIP SEARCHED.  INMATE MERCHANT THREW A PAIR OF PANTS IN THE AIR AND BEGAN YELLING AT ALL DEPUTIES.  I GAVE INMATE MERCHANT A VERBAL ORDER TO REMOVE HIS INMATE UNIFORM TO PERFORM A STRIP SEARCH.  INMATE MERCHANT STATED " I AINT STRIPPING FOR YOU." I GAVE INMATE MERCHANT  A VERBAL ORDER TO TURN AROUND SO HAND RESTAINTS COULD BE APPLIED OR HE WOULD BE PEPPER SPRAYED.   INMATE MERCHANT REFUSED MY ORDER,  I SPRAYED INMATE MERCHANT WITH A BURST OF PEPPER SPRAY TO THE FACIAL AREA.  DEPUTY PEREZ APPLIED HAND RESTRAINTS FOR DEPUTY AND INMATE SAFTEY.  I CALLED SGT. DONLEY VIA RADIO TO RESPOND TO MEDICAL DELTA.  SGT. DONLEY RESPONDED TO MEDICAL DELTA. INMATE MERCHANT WAS PLACED IN SHOWER AT 2315 HOURS FOR HIS 15 MINUTE DECONTAMINATION PERIOD. INMATE MERCHANT WAS TAKEN OUT OF THE SHOWER AT 2330 HOURS.  NURSE APRIL MASON CHECKED INMATE MERCHANT AND WAS CLEARED TO REMAIN IN THE SECTION.  DEPUTY DEWESE AND I MAINTAINED THE 45 MINUTE OBSERVATION PERIOD.

**Victims/Subjects**

**Officers**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 2550 | CROMWELL | H. | | | | | | |
| **Comments** | WRITER OF REPORT. | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5511 | PEREZ | SHAWN | | | | | | |
| **Comments** | ASSISTING DEPUTY | | | | | | | |

**Inmates**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900004720 | MERCHANT | CORY | P | M | W | MED-UNCLASS | HOLDINGINT X07 |
| **Comments** | SUBJECT OF REPORT. | | | | | | | |

**Supplement Reports**

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5511 | PEREZ, SHAWN | INFO | 05/18/2019 02:05 |

**Narrative**

05/17/19 I applied hand restraints on Inmate Cory Merchant for inmate and deputy safe after Cpl. Cromwell applied a burst of pepper spray to his facial area.

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5212 | MCLAIN, NATHAN | FOLLOW UP | 05/20/2019 12:29 |

**Narrative**

On 05/20/19 I located and saved that applicable video.  A copy was placed in Jail Videos.

**Disciplinary Reports**

# Marion County Sheriff's Office

## Incident Report #  190002339

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| DISTURBANCE | G | 06/01/2019 10:50 | 5726 | YACUZZO, ANDREW | 06/01/2019 14:20 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5174   COUNTS, TAMMY | 06/01/2019 15:53 | | | | 06/01/2019 14:20 |

**Narrative**

On 6/1/19 at approximately 1050 hours while feeding lunch trays in G-B section I noticed inmate Merchant, Cody dump his lunch tray on the floor and attempt to hit Inmate Dukes, Courtland. Inmate Merchant then proceeded to approach me and demand another tray.  I informed him that I saw him dump his tray on the floor and he was not getting another tray, he then became disrespectful and demanding that I give him another one. I informed Inmate Merchant that I would review the camera and see what transpired. Upon reviewing the camera I noticed Inmate Dukes reach and grab the cake off Inmate Merchants tray then Inmate Merchant dump his tray on the floor and attempt to hit Inmate Dukes with it. Both inmates will be issued DRs and  rehoused in AC confinement pending the outcome.

## Victims/Subjects

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5726 | YACUZZO | ANDREW | | | | | | |

**Comments**

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900004720 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | GBX03 |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0223018 | 1800009554 | DUKES | KOURTLAND | | M | B | 4-MEDIUM | GB116A |

**Comments**

## Supplement Reports

## Disciplinary Reports

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0092328 | 1900004720 | MERCHANT | CORY | P | 06/11/2019 08:40 |

| Charge | Plea |
|---|---|
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | NOT GUILTY |
| CLASSA-8R: FIGHTING | NOT GUILTY |

**Details**     DR HEARING OFFICER CPL SANTOS 5339

**Findings**     GUILTY 30 DAYS L.D 190002339

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5339 | SANTOS, AWILDA | 06/11/2019 03:27 |

# Marion County Sheriff's Office

## Incident Report #  190002339

### Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|
| INMATE | 06/12/2019 00:00 | 5339    SANTOS, AWILDA |

**Appeal Details**

INMATE CORY MERCHANT APPEALED DR. APPEAL WAS GIVEN TO LT. PRIEST

**Inmate Requests**

### Appeal Findings

| Appeal Finding | Finding Date/Time | Officer ID/Name |
|---|---|---|
| APPROVED | 06/20/2019 00:00 | 5339    SANTOS, AWILDA |

**Appeal Finding Details**

LT. PRIEST APPROVED APPEAL

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0223018 | 1800009554 | DUKES | KOURTLAND | | 06/11/2019 08:33 |

| Charge | | Plea |
|---|---|---|
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | | GUILTY |
| CLASSA-8E: THEFT | | GUILTY |

**Details**      DR HEARING OFFICER CPL SANTOS 5339

**Findings**      GUILTY 30 DAYS L/D 190002339

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5339 | SANTOS, AWILDA | 06/11/2019 03:36 |

### Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|

**Appeal Details**

**Inmate Requests**

### Appeal Findings

| Appeal Finding | Finding Date/Time | Officer ID/Name |
|---|---|---|

**Appeal Finding Details**

# Marion County Sheriff's Office

# Incident Report #  190002533

| Incident Type | Location | | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|---|
| THEFT | A | | 06/15/2019 09:31 | 5697 | LESTER, JASON | 06/15/2019 09:50 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4622  BOWERS, DUSTIN | 06/15/2019 14:45 | | | | 06/15/2019 09:50 |

**Narrative**

On 6/15/2019, approximately 0913 hours, Inmate Cory Merchant had finished with the Pod Nurse and began to walk back towards Bravo Section door. While walking past the rover's bench, I observed Inmate Merchant reached down and picked something up with his left hand. Inmate Merchant then walked to Bravo Section door and turned with his back to the door, concealing the object behind his back. I asked Inmate Merchant what he took and he denied taking anything. I review the Alpha Pod Rover Camera 1 and observed the object Inmate Merchant take was a carton of milk. Deputy Wilson and I entered Alpha/Bravo and went to cell 217 to counsel with Inmate Merchant. I gave Inmate Merchant the opportunity to tell me what he took with negative results. I entered Inmate Merchant's cell and gathered his property to search for any other contraband. Deputy Wilson looked in the cell and observed the empty milk carton on the sink. Due to Inmate Merchant theft and lying to staff, he will be receiving a DR. Sergeant Bowers notified and approved of all actions.

## Victims/Subjects

### Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5787 | WILSON | M | | | | | | |
| **Comments** | ASSISTING DEPUTY | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 4622 | BOWERS | D | | | | | | |
| **Comments** | SUPERVISOR | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5697 | LESTER | J | | | | | | |
| **Comments** | WRITER | | | | | | | |

### Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900004720 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | AB217B |
| **Comments** | SUBJECT OF REPORT | | | | | | | |

## Supplement Reports

### Disciplinary Reports

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0092328 | 1900004720 | MERCHANT | CORY | P | 06/17/2019 10:09 |

| Charge | Plea |
|---|---|
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | GUILTY |
| CLASSA-8E: THEFT | GUILTY |
| CLASSC-1B: LYING TO A STAFF MEMBER OR OTHER OFFICIAL OR FALSIFYING ÿREC | GUILTY |

**Details**    DR HEARING OFFICER CPL SANTOS 5339

**Findings**    GUILTY 30 DAYS L/D 190002533

# Marion County Sheriff's Office

# Incident Report #  190002533

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5339 | SANTOS, AWILDA | 06/17/2019 10:14 |

## Appeal Information

**Appeal Type**          **Appeal Date/Time**    **Filed By: Officer ID/Name**

**Appeal Details**

**Inmate Requests**

## Appeal Findings

**Appeal Finding**          **Finding Date/Time**    **Officer ID/Name**

**Appeal Finding Details**

# Marion County Sheriff's Office

## Incident Report #  190004880

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| SUICIDE PRECAUTION | G | 11/12/2019 13:45 | 5726 | YACUZZO, ANDREW | 11/12/2019 14:18 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5174   COUNTS, TAMMY | 11/12/2019 15:20 | 2207   STARLING, KENNETH | 11/12/2019 16:04 | | 11/12/2019 14:18 |

**Narrative**

On 11/12/19 at approximately 1345 while assigned as G-pod rover Sgt Snodgrass called and informed me that Inmate Merchant, Cory stated to his family member that as soon as he gets off the visit he will "kill himself." I called Inmate Merchant out the section and placed him on the bench, Sgt Counts escorted him to the Infirmary where he was evaluated and placed on suicide precaution by mental health counselor Scott.

**Victims/Subjects**

**Officers**

**Inmates**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | MED-UNCLASS | GA115A |

**Comments**

**Supplement Reports**

**Disciplinary Reports**

# Marion County Sheriff's Office

# Incident Report #  200001461

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| DISTURBANCE | G | 03/24/2020 07:35 | 6444 | WASHINGTON, COURTNEY | 03/24/2020 07:55 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4790  FOILES, LAURA | 03/24/2020 11:04 | 1313  CHISHOLM, ALESIA | 03/24/2020 14:55 | | 03/24/2020 07:55 |

**Narrative**

On 03/24/2020 at approximately 0735 hours while working Gulf Pod Alpha Section I observed Inmate McDowll, John strike Inmate Merchant, Cory with a closed fist. Inmate McDowell was called out to the Rovers area and counseled with. Inmate McDowell will be receiving a Disciplinary Report for his actions. Inmate Merchant was seen by Nurse Eric and just redness under his nose noted.

## Victims/Subjects

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6444 | WASHINGTON | COURTNEY | | | | | | |

**Comments**

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0093117 | 1900000849 | MCDOWELL | JOHN | ROBERT | M | W | 4-MEDIUM | GAX14 |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | GA120A |

**Comments**

## Supplement Reports

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5212 | MCLAIN, NATHAN | FOLLOW UP | 03/25/2020 06:59 |

**Narrative**

On 03/25/20 I attempted to locate and save the applicable video without success. Due to the location where this occurred (directly under the section door camera), it was not captured by any cameras in the section. Due to the lights being on in the rovers area, it was also invisible on the rovers area (glare on the glass).

## Disciplinary Reports

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0093117 | 1900000849 | MCDOWELL | JOHN | ROBERT | 04/02/2020 14:30 |

| Charge | Plea |
|---|---|
| CLASSA-1B: BATTERY OR ATTEMPTED BATTERY, WITH OR WITHOUT A WEAPON | GUILTY |
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | GUILTY |

**Details**          DR HEARING OFFICER ORTIZ 5167

**Findings**      GUILTY 30 DAYS PROB  200001461

**Privleges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

# Marion County Sheriff's Office

## Incident Report #  200001461

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5167 | ORTIZ, M | 04/02/2020 02:47 |

### Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|

**Appeal Details**

**Inmate Requests**

### Appeal Findings

| Appeal Finding | Finding Date/Time | Officer ID/Name |
|---|---|---|

**Appeal Finding Details**

# Marion County Sheriff's Office

## Incident Report #  200003047

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| DISTURBANCE | G | 06/29/2020 02:55 | 6442 | FRYE, JOHN | 06/29/2020 03:57 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4833  DENNIS, MATTHEW | 07/15/2020 14:48 | 4830  MOSHER JR., KENNETH | 07/15/2020 15:02 | | 07/11/2020 14:30 |

**Narrative**

On 6/29/2020, at approximately 0255 hours, while assigned to Gulf Pod, Deputy Davis and I saw Inmate Cory Merchant approach the door and state that he was hit by Inmate Walter Summers. Inmate Merchant was escorted to the Infirmary and was evaluated by Nurse April Mason. Inmate Summers was also escorted to the Infirmary to be evaluated by Nurse April Mason. Both Inmates were counseled with by Sgt. Dennis and came to an agreement that they would not associate with each other or have any more issues. They were both placed back into Alpha Section with no further incident. D/R's initiated Inmate. Merchant was rehoused on X28.

## Victims/Subjects

| First Name | Middle | Last Name | | Suffix |
|---|---|---|---|---|
| NURSE | | APRIL | | |

| Address | | City | | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| Home Phone | Work Phone | DL Number | SSN | DOB |
|---|---|---|---|---|
| | | | | |

**Comments**

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5957 | DAVIS | JARED | | G | CPT PIOTTI | B-2 | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6442 | FRYE | JOHN | | G | CPT PIOTTI | B-2 | | |

**Comments**

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | GAX28 |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | GAX28 |

**Comments**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0003247 | 1700008573 | SUMMERS | WALTER | BERNARD | M | B | 4-MEDIUM | GA107B |

**Comments**

## Supplement Reports

## Disciplinary Reports

# Marion County Sheriff's Office

## Incident Report #  200003926

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| INFORMATION ONLY | B | 08/29/2020 11:13 | 5902 | DENARDIS, SANDRA | 08/29/2020 12:15 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4790   FOILES, LAURA | 08/29/2020 12:18 | 1313   CHISHOLM, ALESIA | 08/29/2020 12:34 | | 08/29/2020 12:16 |

**Narrative**

On 8/29/20, at approximately 1115 hours, while working Bravo Rover, we were informed that inmate Cory Merchant had been stealing canteen from several other inmates. After counseling with Bravo Pod, Delta Section, it was agreed that no one would take the situation into their own hands until it could be handled properly. The inmates in Delta Section were put on the recreation yard and Inmate Merchant was told to pack his belongings. Gulf Pod was notified of the situation and Inmate Merchant was moved to Gulf Pod and rehoused for his own safety.

## Victims/Subjects

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5902 | DENARDIS | SANDRA | | | | | | |
| **Comments** | | | | | | | | |

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | GA120A |
| **Comments** | | | | | | | | |
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | GA120A |
| **Comments** | | | | | | | | |

## Supplement Reports

## Disciplinary Reports

# Marion County Sheriff's Office

## Incident Report #  210002232

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| SUICIDE PRECAUTION | F | 05/07/2021 21:00 | 6014 | HENSON, JARROD | 05/07/2021 21:14 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5469  DUKES, JEROME | 05/08/2021 01:26 | 5163  JOHNSON, KRISTIN | 05/08/2021 01:36 | | 05/07/2021 21:16 |

**Narrative**

On 05/07/2021, at approximately 2100 hrs, I was informed by Sgt. Dukes that Inmate Cory Merchant had made a phone call to Crime Stoppers stating that he had things going on in his head and there were conspiracies that everyone in the section was going to hurt him if he went to sleep. Deputy Turnbull escorted Inmate Merchant to the Infirmary to be evaluated by Nurse Little, then to Medical Delta for Suicide Precaution Housing.

## Victims/Subjects

| First Name | Middle | Last Name | | Suffix |
|---|---|---|---|---|
| STOPPER | | CRIME | | |

| Address | | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Home Phone | Work Phone | DL Number | SSN | DOB |
|---|---|---|---|---|
| | | | | |

**Comments**    INMATE CALLED FROM INSIDE THE JAIL TO CREATE AN ERRONEOUS CALL,

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6434 | TURNBULL | DALE | | | | | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1430 | LITTLE | JOHN | | | | | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6014 | HENSON | JARROD | | | | | | |

**Comments**

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | FAX35 |

**Comments**

## Supplement Reports

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5163 | JOHNSON, KRISTIN | INFO | 05/07/2021 22:39 |

**Narrative**

On 5/7/2021, at 2117 hours, I received a phone call from Lieutenant Mongeluzzo concerning Inmate Corey Merchant in regards to the phone call he made to the Crime Stoppers tip line. I called F-Pod and was informed that Inmate Merchant was moved to Suicide Precaution due to issues in F Pod and his concerns of being attacked. Sergeant Dukes informed me that Inmate Merchant was moved earlier in the day from G Pod and that Inmate Merchant is trying to get moved back to G Pod. I informed Lieutenant Mongeluzzo of Inmate Merchant's status and he advised that he would be closing out the tip.

## Disciplinary Reports

# Marion County Sheriff's Office

## Incident Report #  210002252

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| INFORMATION ONLY | F | 05/08/2021 22:02 | 6168 | VALDEZ, KRISTOFER | 05/08/2021 23:42 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4790  FOILES, LAURA | 05/08/2021 23:46 | 5163  JOHNSON, KRISTIN | 05/09/2021 22:18 | | 05/08/2021 23:42 |

**Narrative**

On 5/8/21, at 2202, in Foxtrot Pod, Inmate Cory Merchant was being Re-Housed from Medical Pod, Delta Section, into Foxtrot Pod, Alpha Section. He refused to enter the Section. Deputy Turnbull stated that he needs to go in the Section, Inmate Merchant got aggravated and started to show aggressive body language. Inmate Merchant stated he was in fear for his life and that we would have to "bodily" throw him in to the Section. I ordered the Inmate to submit to hand restraints with positive results. It should be noted that on the way to the Infirmary, Inmate Merchant was threatening me by saying, " If I ever see you on the outside i'm going to beat your ass with a baseball bat." Once in the Infirmary he was evaluated by Nurse Little who placed him on Suicide Precaution status. I escorted the Inmate to Medical Pod, Delta Section, where I performed the strip search and then counseled with the Inmate. He was then housed in Cell 105 where he will remain. I will be filling out a Mental Health Referral.  Sergeant Foiles was notified and Disciplinary Report written.

## Victims/Subjects

### Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6434 | TURNBULL | DALE | | | | | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1430 | LITTLE | JOHN | | | | | | |

**Comments**

### Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | MEDD105F |

**Comments**

## Supplement Reports

## Disciplinary Reports

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | 05/14/2021 09:16 |

| Charge | Plea |
|---|---|
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | GUILTY |
| CLASSA-6A: DISOBEYING WRITTEN OR VERBAL ORDER(S) (ANY ORDER GIVEN TO A | GUILTY |

**Details**      DR HEARING OFFICER ORTIZ 5167

**Findings**      GUILTY 30 DAYS L/D  210002252

**Privleges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

# Marion County Sheriff's Office

## Incident Report #  210002252

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5167 | ORTIZ, M | 05/14/2021 09:48 |

### Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|

**Appeal Details**

**Inmate Requests**

### Appeal Findings

| Appeal Finding | Finding Date/Time | Officer ID/Name |
|---|---|---|

**Appeal Finding Details**

# Marion County Sheriff's Office

# Incident Report #  210002303

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| SUICIDE PRECAUTION | MED D | 05/11/2021 03:30 | 5928 | CANELLE, DIDIER | 05/11/2021 19:27 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5339  SANTOS, AWILDA | 05/12/2021 03:21 | 4830  MOSHER JR., KENNETH | 05/15/2021 01:04 | | 05/11/2021 20:33 |

**Narrative**

On May 11, 2021 at approximately 0330 hours, Inmate Cory Merchant refused to be housed in Foxtrot Pod Alpha Section and stated "I don't want to go in there I rather go back SP". While I was escorting Inmate Merchant in the green mile he started to become belligerent and stated " You can go fuck yourself Canelle just watch what I do when I go back to Medical Pod Ima bang". Inmate Merchant was escorted back to Medical Pod Delta Section and he was counseled about his behavior while in the presence of Detention Deputy Levay.  Inmate Merchant was checked by Nurse April Mason for Suicidal Precaution Status. Inmate Merchant was cleared to be housed in Medical Pod Delta Section cell 105. Sgt Santos was notified of the situation.

## Victims/Subjects

| First Name | Middle | Last Name | Suffix |
|---|---|---|---|
| APRIL | | MASON | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Home Phone | Work Phone | DL Number | SSN | DOB |
|---|---|---|---|---|
| | | | | |

Comments    NURSE

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5928 | CANELLE | DIDIER | | | | | | |

Comments

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6359 | LEVAY | DEVIN | | | | | | |

Comments

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | MEDD105F |

Comments

## Supplement Reports

## Disciplinary Reports

# Marion County Sheriff's Office

# Incident Report #  210003128

| Incident Type | Location | | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|---|
| DISTURBANCE | F | | 06/27/2021 15:19 | 5726 | YACUZZO, ANDREW | 06/27/2021 15:59 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5789  LEON-SANCHEZ, JORDAN | 07/01/2021 08:37 | | | 2207 | 06/27/2021 15:59 |

**Narrative**

On 6/27/21 at approximately 1519 while conducting med pass in F-pod A-section inmate Merchant, Cory was caught attempting to cheek his medication. When asked to open his mouth he had placed a pill between his teeth and front upper lip. Once caught he became disrespectful towards the nurse stating " I wasn't done taking them, you take them and see if they don't get stuck!" He went back in the section and i heard him state to another inmate " That stupid fat nurse is going to get me sent to the box, but I don't care because I like the box." DR written.

## Victims/Subjects

## Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5726 | YACUZZO | ANDREW | | | | | | |

**Comments**

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | FA219B |

**Comments**

## Supplement Reports

## Disciplinary Reports

# Marion County Sheriff's Office

## Incident Report #  210003457

| Incident Type | Location | | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|---|
| CONTRABAND OTHER | D | | 07/16/2021 18:35 | 5709 | PRINCE, SHAWN | 07/16/2021 20:30 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 4819   NELSON, RICHARD | 07/17/2021 03:59 | 5163   JOHNSON, KRISTIN | 07/16/2021 23:03 | | 07/16/2021 20:30 |

**Narrative**

On 7/16/2021 at approximately 1835 while I was conducting headcount and doing cell inspections in Delta Bravo, I entered cell 214 which housed Inmates Jonathan Almodovar and Joshua Smith. I observed some trays that were issued with the kosher diet on the top bed, so I picked them up and heard something rattling. I took them apart and observed several pieces of metal in one of the trays. I decided to put the entire section on the recreation yard and conduct a shakedown. I ordered all the Inmates upstairs to go down stairs and sit at the day room tables to keep them from going back into their rooms.  Inmate Cory Merchant took exception to this and became disrespectful calling me "Fat ass!" and saying "Fuck you!" Once headcount was finished all Inmates from the section were ordered to go to the recreation yard.  During the shakedown I found two pair of boxer shorts inside the basket belonging to Inmate Almodovar with each having a pocket sown into the crotch. I found a toothpaste tube containing a pill stuck under the bottom bed with some of the black tar like substance from the window. The bottom bed is assigned to Inmate Smith.  The pill was later identified as Ibuprofen and was clearly cheeked.  As the Inmates were allowed back into the section I pulled Inmate Almodovar to the side and asked if he had a pair of boxers on. Inmate Almodovar replied yes so I took him into the back room of the office and had him take them off. These boxer shorts also had a pocket sown into the crotch area. While Inmate Almodovar was in the office i questioned him about the pill found under his cell mates bunk at which time he told me that it was not his and he knew nothing about it.  Inmate Almodovar also told me that he had was doing tattooing and will be receiving a Disciplinary Report for the contraband boxers and the metal. I questioned Inmate Smith about the pill at which time he told me that it was not his and it was probably there before he moved into the cell.  Inmate Almodovar then came up to me saying "Just give it to me!"  Inmate Smith will be receiving a Disciplinary Report for the pill.  Inmate Merchant will be receiving a Disciplinary Report for disrespect.  Sergeant Nelson was notified of the items found and approved all actions.

## Victims/Subjects

### Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5709 | PRINCE | SHAWN | | | | | | |
| **Comments** | | | | | | | | |
| 6384 | ZIMMERMAN | RICHARD | | | | | | |
| **Comments** | | | | | | | | |

### Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | DB217B |
| **Comments** | | | | | | | | |
| A0217360 | 2000008894 | SMITH | JOSHUA | JEFFERY | M | W | 3-HIGH MEDIUM | DB214B |
| **Comments** | | | | | | | | |
| A0250141 | 1800005298 | ALMODOVAR | JONATHAN | | M | W | 4-MEDIUM | DB214A |
| **Comments** | | | | | | | | |

## Supplement Reports

## Disciplinary Reports

# Marion County Sheriff's Office

## Incident Report #  210003457

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0217360 | 2000008894 | SMITH | JOSHUA | JEFFERY | 07/27/2021 10:33 |

**Charge** | **Plea**

CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR — NOT GUILTY

CLASSA-3H: POSSESSION OR MISUSE OF AUTHORIZED OR UNAUTHORIZED MEDICATION — NOT GUILTY

**Details**       DR HEARING OFFICER ORTIZ 5167

**Findings**      GUILTY 15 DAYS L/D 15 DAYS PROB  210003457

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5167 | ORTIZ, M | 07/27/2021 02:03 |

### Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name | |
|---|---|---|---|
| INMATE | 07/31/2021 00:00 | 5167 | ORTIZ, M |

**Appeal Details**
  GIVEN TO LT JOHNSON

**Inmate Requests**

### Appeal Findings

| Appeal Finding | Finding Date/Time | Officer ID/Name | |
|---|---|---|---|
| NOT APPROVED | 08/15/2021 14:31 | 5167 | ORTIZ, M |

**Appeal Finding Details**
  DENIED  210003457

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0250141 | 1800005298 | ALMODOVAR | JONATHAN | | 07/27/2021 10:39 |

**Charge** | **Plea**

CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR — GUILTY

CLASSA-3K: POSSESSION OF TATTOO DEVICES OR PARAPHERNALIA — GUILTY

CLASSB-1E: POSSESSION OF ANY CONTRABAND — GUILTY

**Details**       DR HEARING OFFICER ORTIZ 5167

**Findings**      GUILTY 15 DAYS L/D 15 DAYS PROB  210003457

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

# Marion County Sheriff's Office

## Incident Report #  210003457

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5167 | ORTIZ, M | 07/27/2021 02:05 |

### Appeal Information

| Appeal Type | | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|---|
| **Appeal Details** | | | |
| **Inmate Requests** | | | |

### Appeal Findings

| Appeal Finding | | Finding Date/Time | Officer ID/Name |
|---|---|---|---|
| **Appeal Finding Details** | | | |

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | 07/27/2021 10:48 |

| Charge | Plea |
|---|---|
| CLASSA-1C: DISRESPECT TO OFFICIALS, EMPLOYEES, OR OTHER PERSONS OF CONS | GUILTY |
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | GUILTY |

**Details**      DR HEARING OFFICER ORTIZ 5167

**Findings**      GUILTY 30 DAYS L/D  210003457

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5167 | ORTIZ, M | 07/27/2021 02:08 |

### Appeal Information

| Appeal Type | | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|---|
| **Appeal Details** | | | |
| **Inmate Requests** | | | |

### Appeal Findings

| Appeal Finding | | Finding Date/Time | Officer ID/Name |
|---|---|---|---|
| **Appeal Finding Details** | | | |

# Marion County Sheriff's Office

## Incident Report #  210004010

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| MEDICAL | A | 08/19/2021 17:10 | 6300 | ENCHAUTEQUI, JUSTIN | 08/19/2021 17:28 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5951  THOMPSON, KENNETH | 09/01/2021 00:03 | 5163  JOHNSON, KRISTIN | 08/23/2021 07:12 | | 08/19/2021 17:28 |

**Narrative**

On 8/19/2021, at approximately 1710 hours, I heard banging from Alpha Pod Alpha Section. Upon entering the section Inmates were yelling man down 102 is down. When Deputy Potts, Deputy Nelson and I arrived at cell 102 Inmate Cory Merchant was on the floor unresponsive. I went to the rovers area to notify the Nurse and Deputy Potts informed the Infirmary of the situation. Nurse Bracey arrived to assist Nurse Huggins. LT. Mcneely arrived with a stretcher and escorted Inmate Merchant to the Infirmary.

**Victims/Subjects**

**Officers**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6300 | ENCHAUTEQUI | JUSTIN | | | | | | |
| Comments | GENERATED REPORT | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6401 | NELSON | RICHARD | | | | | | |
| Comments | | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1410 | CAMPBELL-BRACEY | CARLA | | | | | | |
| Comments | NURSE | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1226 | HUGGINS | MONCA | | | | | | |
| Comments | | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 4489 | MCNEELY | MATTHEW | | | | | | |
| Comments | | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6583 | POTTS | JOHN | | | | | | |
| Comments | | | | | | | | |

**Inmates**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | AA102A |
| Comments | | | | | | | | |

**Supplement Reports**

**Disciplinary Reports**

# Marion County Sheriff's Office

## Incident Report #  210005382

| Incident Type | Location | | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|---|
| DEATH | G | | 11/07/2021 01:10 | 5573 | KOSINSKI, JUSTIN | 11/07/2021 01:17 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5469   DUKES, JEROME | 11/08/2021 04:03 | 5163   JOHNSON, KRISTIN | 11/08/2021 03:37 | | 11/07/2021 01:17 |

**Narrative**

On 11/7/21 at approximately 0110 hours while working Gulf pod Rover, I was alerted to an incident in Alpha section. Inmate Frank Calabria stated "man down" through the section door. Inmate Cory Merchant was observed laying on the ground between two bunks bleeding from his left ear. I called for medical to respond with a stretcher. Sergeant Dukes, Sergeant Konopinski, Deputy Savage, Deputy Valdez, and Nurse J.Little responded at 0113 hours, with a stretcher and back board. Inmate Merchant was placed on the back board. Deputy savage, Nurse Little and myself lifted Inmate Merchant on the back board and placed him on the stretcher. Nurse Little advised for 911 to be contacted and respond to the Jail. Inmate Merchant was transported to Booking by Sergeant Konopinski, Sergeant Dukes, Deputy Valdez, Deputy Savage, and Nurse J.Little.

Upon Review of the section cameras, it appears Inmate Cory Merchant and Inmate Eric Lutterloah where in a physical altercation. Inmate Lutterloah gets out of his assigned bed (G/A x12) and confronts Inmate Merchant in between Bunks G/A X14 and 16. Inmate Lutterloah appears to strike Inmate Merchant several times, causing him to fall to the ground between bunks G/A128 and 129. When Inmate Merchant fell he was no longer in view of the camera. Inmate Lutterloah appears to walk to his assigned bunk area, then walk back to Inmate Merchant  a couple of times before sitting on his assigned Bunk. Inmate Merchant is assigned to bunk G/A123B, and was out of his assigned area when the disturbance started.

Inmate Lutterloah was removed from the section and rehoused in Alpha Pod on Administrative Confinement pending a disciplinary report. Sergeant Konopinski transported Inmate Lutterloah to the Infirmary and was evaluated by Nurse Sanders before being housed in confinement.

| Victims/Subjects | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Officers** | | | | | | | | |
| **Officer ID** | **Last Name** | **First Name** | **Middle Name** | **Post** | **Supervisor** | **Shift** | **Action Taken** | **Report Type** |
| JAIL1133 | WEBB | SHARI | | | | | | |
| **Comments** | | NURSE | | | | | | |
| **Officer ID** | **Last Name** | **First Name** | **Middle Name** | **Post** | **Supervisor** | **Shift** | **Action Taken** | **Report Type** |
| JAIL1499 | SANDERS | NATASHA | | | | | | |
| **Comments** | | NURSE | | | | | | |
| **Officer ID** | **Last Name** | **First Name** | **Middle Name** | **Post** | **Supervisor** | **Shift** | **Action Taken** | **Report Type** |
| 6172 | SAVAGE III | CRAIG | | | | | | |
| **Comments** | | | | | | | | |
| **Officer ID** | **Last Name** | **First Name** | **Middle Name** | **Post** | **Supervisor** | **Shift** | **Action Taken** | **Report Type** |
| 5469 | DUKES | JEROME | | | | | | |
| **Comments** | | | | | | | | |
| **Officer ID** | **Last Name** | **First Name** | **Middle Name** | **Post** | **Supervisor** | **Shift** | **Action Taken** | **Report Type** |
| 5673 | KONOPINSKI | WILLIAM | | | | | | |
| **Comments** | | | | | | | | |

# Marion County Sheriff's Office

# Incident Report #  210005382

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6168 | VALDEZ | KRISTOFER | | | | | | |
| **Comments** | | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1030 | LINDHOLM | ROBERTA | | | | | | |
| **Comments** | NURSE | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5163 | JOHNSON | KRISTIN | | | | | | |
| **Comments** | | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL 933 | WALLER | LORETTA | | | | | | |
| **Comments** | NURSE | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL1430 | LITTLE | JOHN | | | | | | |
| **Comments** | CHARGE NURSE | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 5573 | KOSINSKI | JUSTIN | | | | | | |
| **Comments** | | | | | | | | |

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| JAIL852 | LINDSAY | CARROL | | | | | | |
| **Comments** | NURSE | | | | | | | |

## Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0092328 | 1900010514 | MERCHANT | CORY | P | M | W | 5-MEDIUM PRE | GA123B |
| **Comments** | | | | | | | | |
| A0226492 | 2000006601 | CALABRIA | FRANK | LOUIS | M | W | 3-HIGH MEDIUM | GA129B |
| **Comments** | | | | | | | | |
| A0070076 | 2000004904 | LUTTERLOAH | ERIC | THANAL | M | W | 3-HIGH MEDIUM | AC119B |
| **Comments** | | | | | | | | |

## Supplement Reports

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5469 | DUKES, JEROME | INFO | 11/07/2021 02:53 |

**Narrative**

Deputy Valdez escorted Inmate Merchant via EMS to Ocala Regional Medical Center.

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5163 | JOHNSON, KRISTIN | FOLLOW UP | 11/07/2021 20:01 |

**Narrative**

On 11/7/2021, at approximately 0115 hours, a "code red" was called over the radio and a request for the crash cart to be enroute to Booking.  I responded to Booking where Nurse Little and Nurse Sanders were actively treating Inmate Merchant.

Beacon Software Solutions, Inc.

# Marion County Sheriff's Office

## Incident Report #  210005382

Booking Nurses Waller and Webb and Nurses Lindholm and Lindsay also responded.  EMS arrived in Booking at 0124 hours and departed with Inmate Merchant at 0126 hours with Deputy Valdez providing security.  It was initially stated that Inmate Merchant had fallen off his bunk, resulting in his injuries.  After Deputy Kosinski reviewed the video, he advised that it appeared Inmate Lutterloah struck Inmate Merchant, causing him to fall on the ground.

I was later advised that Inmate Merchant was in serious condition and undergoing emergency surgery for injuries.  I requested Nurse Little to contact the hospital to obtain more information on Inmate Merchant's condition.  Nurse Little advised me that after speaking with hospital staff, Inmate Merchant's injuries appeared to be severe and life threatening.  At 0210 hours (post time change), I contacted Captain Burnett and advised him of the situation.  Captain Burnett advised me to contact Detective McLain and Captain Burnett responded to the jail.  At 0219 hours, I contacted Detective McLain and requested he respond to the jail to begin the investigation.

I briefed Detective McLain, Detective Palau and Captain Burnett upon their arrival and reviewed the video with them.  This concluded my involvement with the investigation.

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 5563 | PALAU, ISAI | INFO | 11/08/2021 11:28 |

**Narrative**
ON 11/8/21 I REVIEWED THE JAIL VIDEO FOOTAGE OF THIS INCIDENT AND IT WAS SAVED.

**Disciplinary Reports**