1            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
2                  OCALA DIVISION

3            CASE NO: 5:23-cv-00661

4

KRYSTI MERCHANT, as Personal Representative
5  for the Estate of Cory Merchant, Deceased,

6      Plaintiff,

7  vs.

8  BILLY WOODS, Sheriff of Marion County,
   Florida, in his official capacity;
9  Deputy Justin Kosinski;
   Deputy Dellun Miller;
10 Sergeant Jerome Dukes,

11     Defendants.
   _____/

12

13

14

15                      All Parties Via Videoconference
                        Thursday, April 10, 2025
16                      10:03 a.m. - 12:18 p.m.

17

18

19

20

21

22

23              THE VIDEOCONFERENCED

24               DEPOSITION OF:

25               KRYSTI MERCHANT

```
 1   A P P E A R A N C E S:

 2        SAM A. HARTON, ESQUIRE
          Romanucci & Blandin, LLC
 3        321 North Clark Street
          Chicago, Illinois 60654
 4        dkelly@rblaw.net

 5             Appearing on behalf of the Plaintiff

 6        BRUCE R. BOGAN, ESQUIRE
          Hilyard, Bogan & Palmer, P.A.
 7        105 East Robinson Street
          Suite 201
 8        Orlando, Florida 32801
          bbogan@hilyardlawfirm.com
 9
               Appearing on behalf of the Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2                                                  Page

 3   TESTIMONY OF KRYSTI MERCHANT:

 4   Direct Examination - By Mr. Bogan             5

 5   Cross Examination - By Ms. Harton            87

 6   Redirect Examination - By Mr. Bogan         90

 7   CERTIFICATE OF OATH                          92

 8   CERTIFICATE OF REPORTER                      93

 9   SUBSCRIPTION OF DEPONENT                     94

10   READ & SIGN LETTER                           95

11                      - - - - -

12
     DEFENDANTS' EXHIBIT MARKED FOR IDENTIFICATION:
13
     No. 1 (Cory Merchant letter)                 91
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          The following is the transcript of the

 2    videoconferenced deposition of KRYSTI MERCHANT,

 3    taken on behalf of the Defendants, on THURSDAY,

 4    APRIL 10, 2025, beginning at 10:03 a.m., before

 5    PATRICIA ELDRIDGE, being a Court Reporter and

 6    Notary Public, State of Florida at Large.

 7                     - - - - -

 8          STENOGRAPHER:  This is Patty Eldridge, the

 9    court reporter.

10          Will Counsel please state your name and

11    stipulate and/or agree on the record to the

12    swearing of the witness remotely via Zoom?

13          MS. HARTON:  Sorry.  Plaintiff's counsel, Sam

14    Harton.  And we agree.

15          MR. BOGAN:  Bruce Bogan, counsel for

16    Defendants.  And I agree.

17          STENOGRAPHER:  Ms. Merchant, raise your right

18    hand.

19          Do you swear or affirm the testimony you're

20    about to give is the truth, the whole truth, and

21    nothing but the truth, so help you God?

22          THE WITNESS:  Yes.

23          STENOGRAPHER:  Thank you.

24                     - - - - -

25                     KRYSTI MERCHANT,
```

1  having first been duly sworn remotely, testified as

2  follows:

3                    DIRECT EXAMINATION

4  BY MR. BOGAN:

5      Q    Good morning.  Could you state your full name

6  for us, on the record, and spell your last?

7      A    Krysti Leighanne Merchant.  Last name,

8  M-E-R-C-H-A-N-T.

9      Q    Okay.  And your middle name again?

10     A    Leighanne.

11     Q    Leighanne.  And how do you spell that?

12     A    L-E-I-G-H-A-N-N-E.

13     Q    Okay.  Ms. Merchant, I'm Bruce Bogan and I

14  represent the Sheriff of Marion County, and several

15  deputies in the lawsuit that's been filed against them.

16  And I've set your deposition here today as the personal

17  representative of the estate of Cory Merchant.  I'm

18  gonna be asking you a series of questions here today.

19          I guess, first of all, have you ever given a

20  deposition before?

21     A    No.

22     Q    Okay.  So I know the court reporter mentioned

23  to you a minute ago a couple of things that will help

24  her.  Let me just, sort of, reiterate a few things as

25  well.

1            First of all, if at any time today you don't

2    understand a question that I ask you, please let me

3    know, and I'll rephrase it.  If you don't tell me you

4    don't understand, then I'm gonna assume that you have

5    for purposes of any of the questions that I've asked

6    you here today; is that fair?

7        A    Yes.

8        Q    So the court reporter takes down everything

9    that's being said.  You know, if you could wait until I

10   complete my question, even though you might be able to

11   anticipate what's coming out of my mouth, because I

12   probably talk a little slower than most folks -- but if

13   you could wait until I complete the question, I'll give

14   you as much time as you need to answer the question.

15   That way you and I don't talk over each other.  And of

16   course, it makes it harder for her to make a record.

17           The other thing is, I need you to, you know,

18   give us verbal responses.  In other words, you know, a

19   head shake, or you know, acknowledging by saying uh-uh,

20   uh-huh, something to that effect, that's not good for

21   the record.  So we need to make sure your audible

22   answer is clear, using yes or no if you can, if it's

23   necessary.

24           So, I guess, from that perspective, let me

25   just get some background information on you right now.

```
 1   What is your current address?
 2       A    3140 Southeast 35th Street, Ocala, Florida,
 3   34471.
 4       Q    How long have you lived there?
 5       A    Approximately four years.
 6       Q    All right.  And does anyone live there with
 7   you?
 8       A    My two children and my boyfriend.
 9       Q    And what are your children's names and ages?
10       A    My daughter is six.  Her name is Emma.  And my
11   son is 17 and his name is Logan.
12       Q    All right.  And your boyfriend's name?
13       A    Jason.
14       Q    Last name?
15       A    Trenter.
16       Q    Can you spell that for me?
17       A    T-R-E-N-T-E-R.
18       Q    Okay.  And where were you born?
19       A    Ocala, Florida.
20       Q    And have you lived all your life in Ocala?
21       A    Yes.
22       Q    And your --
23            MR. BOGAN:  And Madam Court Reporter, if you
24       could not put the answer on the record for me.
25   BY MR. BOGAN:
```

1    Q    But I'd like to have your date of birth,

2    please.

3    A    (Answer off the record.)

4    Q    And your Social Security number?

5         MR. BOGAN:  Also, please do not put this on

6    the record, Madam Court Reporter.

7         STENOGRAPHER:  Okay.

8         THE WITNESS:  (Answer off the record.)

9    BY MR. BOGAN:

10    Q    Okay.  And so, currently, are you employed?

11    A    I'm self-employed.

12    Q    And what's the nature of your self-employment?

13    A    I do tax preparation and receptionist work.

14    Q    Okay.  And where do you do that from?

15    A    I do that from here, or from my boyfriend's

16    office in Alabama.

17    Q    And are you appearing today from your home in

18    Ocala?

19    A    Yes.

20    Q    And what kind of work does your boyfriend do?

21    A    He owns a tax preparation service in Alabama.

22    Q    Okay.  And what's the name of the tax

23    preparation service?

24    A    Trenter Tax.

25    Q    Okay.  So what is your -- you've indicated, I

```
 1    guess, that you -- you've lived your whole life in

 2    Ocala.  Well, I don't -- actually, I don't think you

 3    told me that.  You said you were born in Ocala.

 4            Have you lived anywhere else besides Ocala?

 5    A    No.

 6    Q    And who are your parents?

 7    A    Tommie Merchant and Vivian (ph) Merchant.

 8    Q    And are they still alive?

 9    A    They're both deceased.

10    Q    And so, besides Cory, do you have any other

11    brothers and sisters?

12    A    I have one other biological brother.  His name

13    is Tommie Merchant.  And I have five other

14    step-brothers.

15    Q    Okay.  So I guess I need to get an explanation

16    on that.  But the -- your brother -- biological brother

17    is who?

18    A    Tommie Merchant.

19    Q    So -- a little confusing.  But is he a junior

20    or what's the -- obviously, your father is Tommie

21    Merchant, so what -- bad question.  Let me just...

22            Is Tommie a Junior?

23    A    No.

24    Q    Okay.  So what is -- is there a difference

25    between their names -- your father's name and your
```

```
 1   brother's name?

 2       A    Yes.

 3       Q    And what is that?

 4       A    Their middle names.

 5       Q    Okay.  And so, what is the middle name of your

 6   brother?

 7       A    Phillip.

 8       Q    Tommie Phillip Merchant is your brother?

 9       A    Correct.

10       Q    And your father's middle name was what?

11       A    Vester.

12       Q    Tommie Vester Merchant.  Okay.

13            And when did your -- how long ago did your

14   father pass away?

15       A    Approximately two years.

16       Q    And how about your mother?

17       A    About six months after, so about a year and a

18   half.

19       Q    Six months after Cory passed away?

20       A    After my father passed away.

21       Q    Oh, your father.  After your father passed

22   away.  Okay.

23            All right.  So Tommie and -- well, strike

24   that.

25            How many children did Tommie and Vivian have?
```

```
 1        A     Three.

 2        Q     And who were those?

 3        A     My oldest brother, Tommie Merchant, Cory

 4    Merchant, and myself.

 5        Q     Okay.  All right.  So -- and who is -- who is

 6    the oldest?

 7        A     Tommie.

 8        Q     And how old is Tommie?

 9        A     He is -- just turned 40, I believe.  39 or 40.

10        Q     Okay.  And then, who is the middle child?

11        A     Cory.

12        Q     And -- and then, you would be the youngest?

13        A     Yes.

14        Q     All right.  And your age today is what?

15        A     37.

16        Q     All right.  And I don't know -- yeah, we

17    already got your date of birth.  I'm sorry.

18              And so, were all three of the children born in

19    Ocala?

20        A     Yes, I believe so.

21        Q     Okay.  Was Cory born in Ocala?

22        A     Yes.

23        Q     All right.  And were your parents, I guess,

24    divorced at any point?

25        A     Yes.
```

1    Q    At what age were they divorced?  Your age.

2    A    I was two when they divorced.

3    Q    Okay.  And so, at that point, Cory would have

4    been what age?  Four?

5    A    He would have -- between three and four.  He

6    was about a year and a half older than I am.

7    Q    And did you and Cory, as well as Tommie,

8    continue to live with one or both of your parents?

9    A    They did have joint custody.  We primarily

10   lived with my father, and visited my mother on

11   weekends.

12   Q    All right.  And so, how long did that occur --

13   that situation?

14   A    Throughout my childhood.

15   Q    Okay.

16   A    Yeah.

17   Q    How about -- how about for Cory?  Was there

18   ever a point in time when he was no longer, as a child,

19   living with either your mother or your father?

20   A    He moved in with my mother between the ages of

21   ten and 12.

22   Q    Okay.  And he remained there?

23   A    I think there was a point in time he lived

24   with my uncle and my grandmother, but not a very long

25   time.

1    Q    Okay.  Was that at age 12?

2    A    Roughly.

3    Q    Roughly.  And -- and do you recall what the

4    circumstances of that were -- why he moved in with the

5    uncle?

6    A    I do not.

7    Q    And the uncle's name is what?

8    A    Lonnie Merchant.

9    Q    And I'm sorry, what was your aunt's name?

10    A    It was my grandmother.

11    Q    Oh, it was the grandmother.  Okay.  I'm sorry.

12    So -- so was Lonnie living with your grandmother?

13    A    Yes.

14    Q    Okay.  And what's your grandmother's name?

15    A    Yvonne Merchant.

16    Q    Yvonne?  Okay.  How do you spell the first

17    name?

18    A    Y-V-O-N-N-E.

19    Q    Okay.  Is Yvonne still alive?

20    A    No.

21    Q    And how about Lonnie?

22    A    No.

23    Q    So in terms of, I guess, when Cory moved from

24    living with your mother to living with your

25    grandmother, or an uncle, do you remember how old he

 1  was?

 2      A    I do not.

 3      Q    And is that when your father gave up parental

 4  rights to him?

 5      A    I mean, I don't know that my father ever gave

 6  up parental rights.  I was young as well, so I don't

 7  remember.

 8      Q    Okay.  Do you remember any of the

 9  circumstances surrounding that there was a decision

10  made by your father that he no longer wanted to have

11  custody of Cory?

12      A    I mean, I don't remember.

13      Q    Were you present during any incident where the

14  police were called and asked to take custody of Cory

15  from your father because he no longer wanted to have

16  custody of him?

17      A    I mean, it's not something I remember.

18      Q    Okay.  Did you -- have you learned about that?

19      A    I think my father mentioned it.

20      Q    Did Cory ever mention that to you?

21      A    No.

22      Q    Do you have any knowledge as to whether or

23  not -- what impact that may have had on Cory at age 12

24  when your father called the police and asked them to

25  take custody of Cory?

```
 1              MS. HARTON:  Object to form.
 2              Krysti, you can go ahead if you know.
 3              THE WITNESS:  I mean, I think it affected him
 4        emotionally, I'm sure.
 5   BY MR. BOGAN:
 6        Q    I'm sure it did, yes.  Other than emotionally,
 7   do you know whether there was any other impact that may
 8   have had on him?
 9              MS. HARTON:  Object to form.  Speculation.
10              Answer if you know.
11              THE WITNESS:  I do not.
12   BY MR. BOGAN:
13        Q    So after Cory moved in with your grandmother,
14   how long did he remain there, to your -- to the best of
15   your recollection?
16        A    I honestly don't know.
17        Q    Did you have -- were you still able to have
18   communication with him at that point?
19        A    Yes.
20        Q    And was Cory continuing to go to school at
21   that point?
22        A    Yes.
23        Q    How far did Cory go in school?
24        A    Up until his senior year.
25        Q    He quit high school in his senior year?
```

16

```
 1        A     I believe so, yes.

 2        Q     All right.  And why did he quit school?

 3        A     I'm not sure.

 4        Q     All right.  Do you know -- did he quit school

 5   because he was arrested?

 6        A     I don't remember.

 7        Q     Do you know what age he would have been when

 8   he quit school?

 9        A     He would have been 18.

10        Q     18.  Do you know -- was Cory in -- well, did

11   he ever complete his high school diploma, a GED,

12   anything of that nature?

13        A     I think he did because he did attend college.

14   He did take college courses.

15        Q     Okay.  So where did he attend college courses?

16        A     CFCC.

17        Q     And do you know what -- how many courses he

18   took at CFCC?

19        A     No.

20        Q     Do you know what year that would have been?

21        A     After 2007.  Maybe 2007, 2008.

22        Q     And why do you say that that was the date?

23        A     Because that's when I graduated.  And I know

24   we took -- we were in school roughly around the same

25   time.
```

1      Q    Okay.  So when you say you were in school

2   roughly the same time, you mean you were attending CFCC

3   the same time Cory did?

4      A    Correct.

5      Q    And did you take classes together?

6      A    Not together.

7      Q    Okay.  And --

8      A    We might have -- I mean, it's been so long.

9   We might have had one class together.

10      Q    Okay.  How many classes -- class credits did

11   Cory obtain from CFCC to your knowledge?

12           MS. HARTON:  Object to form.

13           Answer if you know.

14   BY MR. BOGAN:

15      Q    And just so you know, ma'am, you -- every

16   question today, during this deposition, is whether you

17   know or not.  So it's okay to say you don't know the

18   answer, if you don't know the answer to any question.

19   Do you understand that?

20      A    Yes.

21      Q    So, in terms of your attending CFCC, it was in

22   the year 2007?

23      A     I graduated -- '06.  And I probably -- it

24   would have probably been actually 2008 when I went to

25   CFCC.

1      Q      Okay.  And did you obtain a degree from CFCC?

2      A      No.

3      Q      Did Cory ever obtain a degree from CFCC?

4      A      Not to my knowledge.

5      Q      Okay.  Did Cory ever obtain a degree from any

6    college?

7      A      Not to my knowledge.

8      Q      Did he attend any other colleges besides CFCC?

9      A      I don't know.

10      Q      Did -- did Cory attend any technical schools,

11    or any, you know, non-college setting where he was

12    trying to learn some type of a skill or trade?

13      A      I don't know.

14      Q      Was Cory ever in the military?

15      A      No.

16      Q      Did you ever -- I think I asked you.  You

17    didn't complete your study at CFCC?

18      A      No.

19      Q      Did you go to any other colleges?

20      A      No.

21      Q      And so, going back to that timeframe in 2007

22    or 2008, to your knowledge was -- where was Cory living

23    at that time?

24      A      I don't remember.

25      Q      Was he living with -- with you?

```
 1        A     No.
 2        Q     Did he ever live with you once he became an
 3   adult?
 4        A     Yes.
 5        Q     At what timeframe?
 6        A     Approximately -- it would have been between
 7   2011 to 2013.
 8        Q     Okay.  And what was the circumstances?  Why
 9   was he living with you at that point?
10        A     I needed a roommate, and he was my brother,
11   so...
12        Q     Okay.  So you were roommates with him between
13   2011 to 2013?
14        A     Approximately between that time.  I don't
15   remember exactly how long it was.
16        Q     Okay.  Where were you living at that time?
17        A     Carriage House Apartments.
18        Q     Anybody else living there?
19        A     My son.
20        Q     Your son?  Okay.
21              Was Cory working at that time?
22        A     I don't remember.
23        Q     Okay.  Were you working at that time?
24        A     Yes.
25        Q     And what were you doing?
```

1    A    I was a server.

2    Q    At a restaurant?

3    A    Yes.

4    Q    Okay.  And so, what happened in 2013, then,

5    after -- well, in terms of your roommate status?

6    A    I don't remember.

7    Q    Did he move out, or was there something that

8    caused you to no longer be roommates?

9    A    I don't remember exactly.  I know he moved out

10   before I left the apartment complex, but I can't

11   remember why or what occurred.

12   Q    Okay.  Was -- was it because Cory was arrested

13   and incarcerated?

14   A    It might have been.

15   Q    During Cory's life, do you know how many years

16   of his life he spent incarcerated?

17   A    No.

18   Q    Do you -- do you recall how many times Cory

19   has been arrested?

20   A    No.

21   Q    Do you know how many convictions Cory has?

22   A    No.

23   Q    And you don't know how many -- in particular,

24   how many felony convictions he may have had?

25   A    No.

1    Q    In terms of the convictions that he did have,

2    do you know specifically what those crimes were?

3    A    Can you rephrase that?

4    Q    Yeah.  Do you know specifically what the

5    crimes were that he was convicted of in the past?

6    A    I believe fraud was one of them.  But that's

7    the only one that I know of.

8    Q    Okay.  You're not saying that's his only

9    conviction, but that's the only one you personally, I

10   guess, have knowledge of?

11   A    Correct.

12   Q    Why do you remember that one?

13   A    Because it had to do with my mother.

14   Q    Okay.  And what did -- what did he do that had

15   to do with your mother on the fraud charge?

16   A    He took a credit card and used it.

17   Q    He took your mother's credit card?

18   A    Yes.

19   Q    And so, he ended up, I guess, being charged

20   with fraud because your mother was the victim in the

21   case?

22   A    Yeah.  My mother dropped the charges.  The

23   State picked them up.

24   Q    Okay.  So they prosecuted the case against

25   your mother's wishes?

1       A       Yes.

2       Q       So when Cory was living with you in 2011 and

3  2013, you were sharing expenses for the apartment?

4       A       I paid the majority.

5       Q       Okay.

6       A       He was also my babysitter in that sense.

7       Q       During that -- that timeframe?

8       A       Correct.

9       Q       Did you -- I'm assuming you didn't pay him to

10  babysit then?

11      A       No.

12      Q       Did you let him then, I guess, live with you

13  while he was babysitting?

14      A       Yes.

15      Q       So does that mean he didn't have a job in 2011

16  to 2013?

17      A       I just don't remember.  I'm -- I can't be sure

18  if he had a job off and on, or if he didn't have a job

19  at all.  I'm not sure.

20      Q       So after 2013, did Cory ever reside with you

21  again at any point?

22      A       No.

23      Q       Okay.  So between 2013 up and through the date

24  of his death in 2021, he did not live with you, share

25  expenses with you, in any way?

1      A      No.

2      Q      He did not provide any financial support to

3  you between, I guess -- well, at any point, did he ever

4  provide financial support to you -- money?

5      A      Not money, no.

6      Q      And other than providing some babysitting

7  services in 2011 through 2013, did he ever provide any

8  other service to you?

9      A      No.

10     Q      So does Cory have any children?

11     A      No.

12     Q      And was Cory ever married?

13     A      No.

14     Q      At the time of his death, did he have a will?

15     A      No.

16     Q      At the time of his death, did he have a

17  girlfriend?

18     A      No.

19     Q      Did he have a significant other person in his

20  life at the time of his death?

21     A      No.

22     Q      So do you recall, I guess, Cory was in the

23  Department of Corrections at some point during 2018 and

24  2019?

25     A      Correct.

1    Q    Did you ever visit him while he was an inmate

2    in the Department of Corrections?

3    A    No.

4    Q    How would you characterize your relationship

5    with Cory?

6    A    I mean, I loved my brother.  I felt more like

7    his -- like his big sister, even though I was his

8    younger sister.  I always helped him in his time of

9    need.

10    Q    So did you have frequent communication with

11    Cory?

12    A    When he wasn't in jail, yes.

13    Q    How about while he was in the Department of

14    Corrections?  Is that -- is that -- same thing?  Let me

15    restate the question.

16         When you say he wasn't in jail, are you

17    referring, also, to the time he was in the Department

18    of Corrections?

19    A    Yes.

20    Q    Okay.  So when he was either in the jail or

21    Department of Corrections, you would not have any

22    communication with him?

23    A    We would talk occasionally.

24    Q    Okay.  So when you say occasionally -- and

25    specifically, I guess, during the timeframe of 2018 and

```
 1   2019 when he was in the Department of Corrections, how

 2   frequently did you talk to him?

 3       A    I don't remember.  It wasn't very often.

 4       Q    And would that have to be through a collect

 5   phone call to you?

 6       A    I occasionally would pay for phone calls.

 7       Q    Okay.  So he -- he would have to call you,

 8   though, correct?

 9       A    Yes.

10       Q    So if he calls you, and he had money in his

11   account, then it would not be a collect call to you?

12   Is that what you're saying?

13       A    If I put money on his account.

14       Q    Yes.

15       A    Yeah.

16       Q    Was anybody else giving him money while he was

17   in the Department of Corrections besides you?

18            MS. HARTON:  Object to form.

19            Answer if you know.

20            THE WITNESS:  I do not know.

21   BY MR. BOGAN:

22       Q    Did you give him money while he was in the

23   Department of Corrections?

24       A    No.

25       Q    So do you know why he was in the Department of
```

```
 1    Corrections in 2018 to 2019?
 2        A    I'm not sure.  If that was the domestic
 3    violence charge, then yes.  But if not, I'm not sure.
 4        Q    Okay.  Was he placed on probation because of
 5    the domestic violence charge, to your knowledge?
 6        A    No.
 7        Q    And who was the domestic violence battery
 8    charge with?
 9        A    Alexis.
10        Q    Okay.  And Alexis is -- what's her last name?
11        A    Drake.
12        Q    And who is Alexis Drake?
13        A    She was his fiancee.
14        Q    How long had she been his fiancee?
15        A    Approximately six months to a year.
16        Q    Six months to a year before the domestic
17    violence occurred?
18        A    Yes.
19        Q    And do you know any of the circumstances
20    surrounding the domestic violence incident?
21        A    I mean, my brother called me during the
22    incident and was crying to me.  He had walked in on
23    Alexis with another man.  And she was hitting him and,
24    like, cussing him out and stuff like that.  And he
25    didn't know what to do.
```

```
 1            And that was -- I told him he needed to leave.
 2  That was the last time I spoke to him during that
 3  incident.
 4      Q    Okay.
 5      A    It is my belief that he kind of took the fall
 6  for her.
 7      Q    Okay.  When you say took the fall for her,
 8  meaning that she committed domestic violence on him?
 9      A    Yes.
10      Q    Okay.  And that's what he told you?
11      A    I heard it.
12      Q    You heard it.  Okay?
13      A    Yes.
14      Q    You heard him say that, or you heard there
15  being violence?
16      A    I heard -- I heard her hitting him, being
17  violent towards him while he was crying on the phone to
18  me.
19      Q    Okay.  And do you know whether he had hit her
20  or struck her?
21      A    He did not.
22      Q    Okay.  Were you there?
23      A    No.
24      Q    You were on the phone?
25      A    Correct.
```

1     Q     Okay.  So -- and that's -- that's what your

2  belief is where -- what he went to the Department of

3  Corrections for?

4     A     Yes.

5     Q     So had he served any other time in the

6  Department of Corrections before 2018 to your

7  knowledge?

8     A     Yes.

9     Q     And what was that for?

10    A     I don't know.

11    Q     What year was it that you recall he was in the

12 Department of Corrections?

13    A     I believe sometime between 2016 and 2017.

14    Q     Okay.  So when he got out of the Department of

15 Corrections related to his most recent incident, do you

16 know where he -- he went?

17    A     Up north.

18    Q     And what's up north?

19    A     I think it was North Carolina.

20    Q     Who lives in North Carolina that he went to go

21 see?

22    A     He went to see Alexis.

23    Q     Okay.  And Alexis Drake, does she still -- do

24 you know where she currently lives?

25    A     I do not know.

1      Q      When is the last time you had any contact with
2  Alexis Drake?
3      A      When my brother died.
4      Q      Okay.  And what was the circumstances?  Did
5  you call her?
6      A      No, she called me.
7      Q      Okay.  And so, since 2021 you've had no other
8  conversation with her?
9      A      No.
10     Q      What did she say to you when she called in
11  2021?
12     A      She called me -- crying.  Telling me she was
13  sorry for putting my brother in jail.  And that he
14  didn't deserve to die and that she still loved him.
15     Q      Okay.  So -- and Alexis is the -- well, is she
16  the victim of one of the charges that your brother was
17  in the Marion County Jail for in 2020?
18     A      Yes.
19            MS. HARTON:  Object to form.
20  BY MR. BOGAN:
21     Q      Yes, did you say?
22     A      Yes.
23     Q      Okay.  Do you know if there are any other
24  victims in the alleged charges against your brother?
25     A      There are not.

1      Q      Okay.  And how long have you known Alexis
2  Drake?
3      A      I had known her for probably about -- since my
4  brother moved up north.
5      Q      Since your brother moved up north.  When was
6  that?
7      A      That was when he got out of the prison system
8  in 2017.  Sometime around there.
9      Q      Okay.  So -- so Alexis Drake is -- is she
10  related to anyone -- any relatives in your family?
11     A      No.
12     Q      Is she friends -- are her parents friends with
13  you?
14     A      No.
15     Q      Do you know her parents?
16     A      No.
17     Q      Do you know the name of her mother?
18     A      No.
19     Q      Do you know how Cory met Alexis Drake?
20     A      No.
21     Q      Do you know anything about the circumstances
22  in relationship to his, I guess, -- well, let me
23  restate that.
24          Do you know when he first began having any
25  type of relationship with Alexis Drake?

```
 1        A     Not exactly, no.

 2        Q     Was Cory living with you at the time he began

 3   having any sort of friendship, relationship, whatever

 4   you want to refer to it -- with Alexis Drake?

 5        A     Not to my knowledge.

 6        Q     Okay.  Did Cory ever tell you when he first

 7   met Alexis Drake?

 8        A     He didn't tell me, like, when they first met,

 9   no.

10        Q     Okay.  And he didn't tell you, I guess,

11   then -- well, strike that.

12              When did he first tell you something about

13   Alexis Drake?

14        A     Probably when he moved up north to be with her

15   after he got out of prison.

16        Q     Okay.  So that would have been sometime in

17   2019?

18        A     No, no.  That was prior to 2019.  It would

19   have been like 2017.

20        Q     Okay.  Well, you understand he was in the

21   Department of Corrections, which is a prison, in 2018

22   and 2019?

23        A     I -- I was pregnant and had my daughter in

24   2018, so time is very jumbled.  But I know when I had

25   my daughter he was living with her in North Carolina,
```

1    Virginia -- and soon after I had my daughter, they

2    moved back down here.

3        Q    Okay.  When you say they, are you talking

4    about Alexis and Cory?

5        A    Yes.

6        Q    Okay.  So -- and you believe he was living

7    with Alexis at some point right after you had your

8    daughter, or at the time you had your daughter?

9        A    Yes.

10        Q    Do you -- do you have any knowledge about the

11    circumstances under which the -- the case involving the

12    sexual battery charges, involving a minor, were brought

13    against your brother?

14        A    Can you rephrase that?

15        Q    Yeah.  Do you know how the case began?  What

16    started the case, initially, against your brother for

17    alleged -- having sex with an underage minor?

18            MS. HARTON:  Object to form.

19            Go ahead, Krysti.

20            THE WITNESS:  I know that after the domestic

21        violence occurred, she took my mother's computers

22        to OPD, along with someone else, and said that

23        there was a video of them having sex when she was

24        underage.

25    BY MR. BOGAN:

1     Q     Who took -- who took the mother's computer?

2     A     Alexis Drake and Misty (ph) -- I believe is

3     her name -- supposed to be her Godmother.

4     Q     So that was your mother's computer, and it was

5     not Cory's computer?

6     A     Correct.

7     Q     And so, Misty and Alexis, or just Misty, took

8     the computer to the police?

9     A     I know Misty did.  I -- I believe that Alexis

10    was with her.  Whether she walked in the jail or not --

11    or into the OPD office, she was the one that gave

12    them -- and went with Misty.

13    Q     Okay.  So -- but prior to the computer being

14    turned over to the police, there had already been a

15    report earlier about the same allegation by Misty,

16    correct?

17    A     I wasn't aware of it at that time.

18    Q     Okay.  Well, you've seen the criminal court

19    case records now, right?

20    A     Yes.

21    Q     So you're aware then, that there was an

22    earlier investigation that was opened into the same

23    allegation?  But then it was closed because, I guess,

24    Misty and her daughter were moving away, going to, I

25    think, New York or New Jersey -- what the paperwork

```
 1   said.
 2           So, I guess my question to you is, are you
 3   aware of that?
 4       A    Yes.
 5       Q    Okay.  So that investigation was opened, and
 6   then it was closed.  And then it was reopened, then,
 7   after the mother and Misty -- or excuse me -- the
 8   mother and Alexis moved back to Ocala?
 9       A    I -- I mean, it was a bit after.
10       Q    Yeah.
11       A    Which when -- not the mother, but the
12   Godmother brought these computers to OPD.
13       Q    Okay.  And where was Cory at that time when
14   that -- the mother -- I guess, her name is Misty --
15   took the computer to the Ocala Police Department?
16       A    He was in Marion County.
17       Q    Oh, okay.
18       A    That's when he had gotten arrested for the
19   domestic violence.
20       Q    Okay.  So he was already in the Marion County
21   Jail when they took his -- took your mother's computer
22   to the --
23       A    Correct.
24       Q    Okay.  And do you know how they got possession
25   of that computer?
```

1    A    They were in my brother's possession where him

2    and Alexis had been living.

3    Q    Okay.  And do you know what was on the

4    computer?

5    A    I do not.

6    Q    And did you do any assistance with respect to

7    that, you know, determination of what was on the

8    computer, how it got there, anything like that?

9    A    I mean, I tried to retrieve them from OPD.  I

10    don't -- they're my mother's computers.  And so, I did

11    try to go get them.  And OPD told me they couldn't give

12    them to me.

13    Q    How many computers were there?

14    A    Four, I believe.

15    Q    And were all of the computers taken into

16    evidence?

17    A    Yes.

18    Q    And did all four computers -- do you know what

19    type of evidence they had on there that was in the

20    case -- that were used in your brother's case?

21    A    They had zero.

22    Q    Okay.  So when you say zero, I'm not sure --

23    what do you mean by that?

24    A    They had -- they had no evidence from the

25    computers.  They couldn't get into these computers.

```
 1      Q    Okay.  So in terms of your brother's case
 2   then, were you helping him in the court, I guess -- or
 3   not the court.  But were you helping him in the
 4   criminal investigation?
 5           MS. HARTON:  Object to form.
 6   BY MR. BOGAN:
 7      Q    Go ahead.
 8      A    No.
 9      Q    No?  Okay.
10           He had a public defender?
11      A    Multiple, yes.
12      Q    Was he representing himself at one point?
13      A    Yes.
14      Q    Was he representing himself at the time of his
15   death?
16      A    I -- I don't believe so.
17      Q    So were you helping -- strike that.
18           Was Cory helping you in any way, financially,
19   at the point that -- when he came back to, I guess,
20   live from North Carolina?
21      A    No.
22      Q    Was he living with you?
23      A    No.
24      Q    And your understanding was that he was
25   living -- well, at the time he got arrested for the
```

```
1    domestic violence charge, he was living with Alexis

2    Drake?

3         A    Yes.

4         Q    And did -- did anybody else live with Alexis

5    Drake and Cory?

6         A    Not to my knowledge.

7         Q    Did Cory have a job when he got arrested for

8    the domestic battery charge?

9         A    Not to my knowledge.

10        Q    But it's at that point he remained in the

11   Marion County Jail -- from then up until the date of

12   his death?

13        A    He was in Department of Corrections for

14   approximately five to six months for the domestic

15   violence charge.  Then brought back right before his

16   release to Marion County.

17        Q    Okay.  So just so I'm clear, before he came

18   into the Marion County Jail, he was taken into the

19   Department -- well, I'm just trying to get this

20   chronologically.

21             He got arrested on the domestic violence

22   charge.  And then, he was sentenced right away, or

23   taken to the Department of Corrections for five to six

24   months?

25             MS. HARTON:  Object to form.
```

BY MR. BOGAN:

1    Q    You can answer.

2    A    Something along those lines.  I know he did
spend some time in the Department of Corrections for
the domestic violence charge.  I don't know exactly how
long it was, but I know he did serve the time for --
what I believe for -- was the domestic violence.

And then, they brought him back to Marion
County right before his sentence was up.

Q    And when they brought him back, it was on the
sexual battery on a minor charge?

MS. HARTON:  Object to form.

THE WITNESS:  I -- I did not hear.  My
computer cut out.

BY MR. BOGAN:

Q    Okay.  Yeah.  When they brought him back from
the Department of Corrections to the Marion County
Jail, that's when he was booked in on the sexual
battery on a child, or a minor, charge?

A    Yes.

Q    Okay.  And then he remained there on that
charge throughout -- I guess, approximately a year,
until 2021, until the date of his death?

MS. HARTON:  Object to form.

THE WITNESS:  Yes.

1    BY MR. BOGAN:

2        Q    Yes?

3        A    Yes.

4        Q    And so, at the point when he was booked on the

5    sexual battery charge, did -- do you know whether he

6    had the ability to post bond?

7        A    He did not.

8        Q    Okay.  So, your understanding, he was being

9    held on a no-bond status?

10       A    I believe he was granted bond.  Maybe not in

11   the beginning, but eventually, yes.

12       Q    Okay.  And so, why did he not post bond?

13       A    Because he didn't have the money.

14       Q    Okay.  Do you know what the bond was?

15       A    I believe, like, tens of thousands of dollars.

16   25 to $45,000.  Something like that.

17       Q    Okay.  In terms of -- did he ever consult with

18   a bail bondsman to find out what it would cost him to

19   actually post a bond?

20            MS. HARTON:  Object to form.

21            THE WITNESS:  He may have.  I do not know.

22   BY MR. BOGAN:

23       Q    Okay.  Did he ask you for money to -- or ask

24   any family members for money to help post a bond?

25       A    Yes.

1      Q     And what did he ask you for?

2      A     Not me, but other people I know that he had

3    spoken to, to see if they could post bond for him, and

4    nobody could.

5      Q     So do you -- who did he specifically ask in

6    your family for money?

7      A     I believe my mother.  And then, a friend of

8    his -- I know he had asked.

9      Q     Okay.  And a friend of his.  What's the

10   friend's name?

11     A     I do not know.

12     Q     So -- so when Cory came back to the Marion

13   County Jail that would have been, I guess,

14   specifically, November of 2020?

15     A     I believe it was before November of 2020.

16     Q     Do you know how long he was brought back to

17   the jail before they charged him on the sex battery

18   charge?

19     A     Like how long he was there until they put

20   those charges on him?

21     Q     Yeah.

22     A     Like within a few days.

23     Q     Within a few days?

24     A     Yeah.

25     Q     Okay.  So whenever the date of the -- the

1    charge is, that would be the date that, you know, he

2    came -- within that same timeframe that he came back?

3    Is that your understanding?

4        A    Yes.

5        Q    So -- and I got a little bit sidetracked

6    there.  But with respect to the -- I guess, the charge

7    we were talking about -- you know, Alexis Drake -- were

8    you aware, I guess, and I think you were, that there

9    was a -- an investigation as to whether or not Cory

10   Merchant was trying to, I guess, convince Alexis to

11   drop the charge by writing correspondence to her?

12       A    You're asking if I was aware?

13       Q    Yeah.  Were you aware that that happened?

14   That there was an investigation, not that you were

15   aware of the letter, but that there was an

16   investigation regarding it.

17       A    I was aware of the letter, yes.

18       Q    And you were contacted by an investigator

19   regarding a letter?

20       A    Yes.

21       Q    And I'm gonna show you a copy of the letter --

22   hopefully.  Maybe not.

23            Okay.  Can you see that?

24       A    I cannot see anything.

25       Q    Let me see if I can -- let me try again.

```
 1            MS. HARTON:  We were able to see it just then.
 2            MR. BOGAN:  Oh, you were?  Oh (laughing).  Why
 3      didn't you tell me?  Okay.  Let me try again.
 4   BY MR. BOGAN:
 5      Q    Do you see it now?
 6      A    Yes.
 7            MS. HARTON:  It's a little blurry, Bruce.
 8            MR. BOGAN:  Let me see if --
 9            MS. HARTON:  Oh, there it is.  It's good now.
10      It's good.
11   BY MR. BOGAN:
12      Q    Okay.  So can you see -- I'm scrolling.  I
13   don't know if it's scrolling when I'm scrolling, but --
14   can you see it?
15      A    Yes.
16      Q    Do you -- first of all, do you -- do you
17   recognize this letter?
18      A    Yes.
19      Q    And have you seen that before?
20      A    Yes.
21      Q    And this is the letter that was shown to you
22   during that investigation about this letter?
23      A    Correct.
24      Q    And -- well, first of all, do you recognize
25   whose handwriting it is?
```

```
 1        A    I do not.

 2        Q    And I'm assuming that that is not your

 3   handwriting?

 4        A    No.

 5        Q    Do you know who wrote this letter?

 6        A    No.

 7             MS. HARTON:  Object to form.

 8   BY MR. BOGAN:

 9        Q    You didn't write the letter; is that correct?

10        A    Correct.

11        Q    You're aware that this letter seems to suggest

12   that you wrote the letter?

13        A    Yes.

14        Q    And let me just show you -- so were you ever

15   known as Krysti Shockley?

16        A    Absolutely not.

17        Q    Okay.  And did you ever live at 812 Northeast

18   8th Avenue in Ocala?

19        A    I did.

20        Q    You did?

21        A    That's the wrong ZIP code, but yes, I did

22   reside at 812.

23        Q    Okay.  Then there's another, I guess,

24   envelope -- postcard, it looks like.  It says Krysti

25   Merchant, 812 9th Avenue, Ocala, is that your address?
```

```
 1        A    Yes.

 2        Q    And did you -- did you prepare that postcard?

 3        A    No.

 4        Q    And again, do you recognize that writing?

 5        A    No.

 6        Q    Did you ever have a conversation with Cory

 7   after this investigation began about that letter?

 8        A    I don't remember.

 9        Q    Did you ever ask Cory about who wrote this

10   letter?

11        A    I don't think so.

12        Q    You don't think so?  Okay.

13        A    I don't remember.

14        Q    So you were being accused of a crime in that

15   investigation.  You didn't ask your brother about it?

16        A    I rarely talked to my brother when he was in

17   custody.

18        Q    Okay.  I didn't ask you how often you talked

19   to him.  I just asked you, specifically, did you talk

20   to your brother about this letter after you were

21   accused of committing a crime?

22        A    I don't remember.

23        Q    Okay.  And did you ever find out any

24   information about this letter and who wrote it?

25        A    No.
```

```
 1        Q     Did you ever contact the victim and ask her to
 2   drop the charges against your brother?
 3        A     No.
 4        Q     Did anybody on Cory's behalf, to your
 5   knowledge, ever contact the victim and attempt to ask
 6   her to drop the charges?
 7        A     No.
 8        Q     Did Cory ever tell you, at any time, that he
 9   wrote this letter and tried to convince Alexis to drop
10   the charges?
11        A     No.
12             MS. HARTON:  Object to form.
13   BY MR. BOGAN:
14        Q     All right.  I'm going to -- we'll mark this --
15   I think it's a seven-page composite -- Exhibit No. 1 to
16   this deposition.  And I'm gonna stop sharing that.
17             Did -- did you ever go to the Marion County
18   Jail between 2020 and November of 2021 to see your
19   brother?
20        A     No.
21        Q     And did you ever have a video conference
22   between 2020 -- August of 2020 and November of 2021
23   with your brother?
24        A     No.
25        Q     Did you have any telephone conversations with
```

1    your brother between August of 2020 and November of

2    2021?

3        A    Yes.

4        Q    How many times did you have telephone calls

5    with him?

6        A    I believe twice.

7        Q    When was the last time that you had a

8    telephone call with him?

9        A    I think it was -- I want to say it was August,

10   but I'm not a hundred percent sure.

11       Q    August of 2020 or --

12       A    2021.

13       Q    2021.  Okay.  Did he call you or did you call

14   him?

15       A    He called me.

16       Q    And what do you remember about that

17   conversation?

18       A    I just remember him talking to me about the

19   hopes that he was going to have court, and hopefully,

20   be able to get released.

21       Q    Okay.  Anything else you can remember about

22   that conversation in August of 2021?

23       A    No.

24       Q    So -- and I'm sorry, did you say that was the

25   last conversation -- telephone conversation, or that

1  was the first of the two?

2       A    That would have been the last I -- yeah.

3       Q    And when would have been the first telephone

4  conversation you had?

5       A    I don't remember.

6       Q    Have you listened to recordings of that

7  conversation?

8       A    Yes.

9       Q    Have you listened to recordings of both

10  conversations?

11      A    I'm -- I'm not sure.

12      Q    What do you remember about the first

13  conversation?  Even though you don't know what date it

14  was, what do you remember was discussed then?

15      A    I don't remember.

16      Q    Okay.  You don't remember any -- anything that

17  he may have said to you, what his mood was, what his

18  feelings were, anything of that nature?

19      A    No.

20      Q    Did he make any complaints to you at any time

21  about things that were going on in the jail in that

22  first conversation?

23      A    I don't remember.

24      Q    Okay.  And did he make any complaints to you

25  about anything in the second conversation about what

1    was happening in the jail?

2        A    I don't remember.

3        Q    Okay.  So did Cory ever tell you, at any point

4    while he was in the Marion County Jail, that he was

5    having any difficulty with other inmates?

6        A    I don't remember.

7        Q    Okay.  Do you know any of the circumstances

8    surrounding Cory being, for example, you know, in

9    disciplinary confinement while he was in the jail?

10       A    Do I know anything about it?

11       Q    Yeah.  Were you notified about it?  Did he

12   tell you about it?

13       A    No.

14       Q    Other than what you may read now, after the

15   fact, while any of that was going on, did you have any

16   knowledge about it?

17       A    No.

18       Q    And Cory never gave you any personal -- you

19   know, his view of what was going on between him and

20   jail officials any time he was put in disciplinary

21   confinement?

22       A    No.

23       Q    Were -- were you, I guess, a person that he

24   had listed, if you know, to be notified if there was

25   any emergency, something like that, going on with him?

```
 1        A    I would think so, but I can't be sure.

 2        Q    Okay.  And do you know if he had put you on as

 3   a list of people that could visit him at the jail?

 4        A    I'm sure he did.

 5        Q    Do you know -- and I'm just going to ask you

 6   some names of inmates.  Do you know who Derrick Beard

 7   is?  B-E-A-R-D?

 8        A    No.

 9        Q    Kenya, K-E-N-Y-A, Franklin?  Do you know who

10   that is?

11        A    No.

12        Q    How about Michael or Michale Young?

13        A    No.

14        Q    Okay.  You never heard those names before?

15        A    No.

16             STENOGRAPHER:  Mr. Bogan, can you spell

17        Michale?

18             MR. BOGAN:  Yeah.  I think it's M-I-C-H-A-L-E.

19             STENOGRAPHER:  Thank you.

20             MR. BOGAN:  So I'm not sure if it's pronounced

21        Michael or Michale.

22   BY MR. BOGAN:

23        Q    All right.  I forgot to ask you -- you

24   mentioned those computers.  I guess you asked for them

25   back.  Did you ever receive the computers in the
```

```
 1   criminal case?

 2        A    I received all but the one.

 3        Q    All but the one.  And is that the one -- why

 4   did you get only three of them, and not the other one?

 5        A    They told me that because they could not get

 6   onto it, and there was the possibility of a sex video

 7   of a minor on there, they could not give it back to me.

 8   I would have to take them to court.

 9        Q    Okay.  So did those computers have a

10   password -- logins?

11        A    The one that they kept was a Google -- like,

12   Google Chromebook.  So it would have been a Google

13   password.

14        Q    Okay.  As far as you know, were there

15   passwords set up on those computers?

16        A    Yes.

17        Q    And did you have the password to access any of

18   the other computers?

19        A    No.

20        Q    What happened to those computers you got back?

21        A    I still have them.

22        Q    And have you ever accessed them?

23        A    No.

24        Q    Okay.  So while Cory Merchant was in the

25   Marion County Jail this last time, are you aware of
```

```
 1   whether or not he was receiving any sort of medication

 2   of any kind?

 3       A    I'm not aware.  Was not aware.

 4       Q    Okay.  Do you know whether or not he was being

 5   treated for any mental health conditions?

 6       A    I'm not sure.  I -- I'm just not sure.

 7       Q    Okay.  So you and he never discussed in any of

 8   your conversations with him while -- either of your two

 9   conversations you had with him -- that he was receiving

10   any sort of treatment for mental health conditions?

11       A    No.

12       Q    And did you know whether or not he was taking

13   any medications for mental health conditions?

14       A    No.

15       Q    Prior to being incarcerated, do you know

16   whether Cory had ever treated for mental health

17   conditions in the past?

18       A    I -- I want to say there were times where my

19   parents tried to treat via counseling.  That type of

20   thing.

21       Q    Okay.  Do you know who he received counseling

22   with in the past?

23       A    No.

24       Q    And this would have been when Cory still lived

25   with your parents, and not with your grandmother?
```

```
 1      A    Correct.

 2      Q    To your knowledge, had Cory ever attempted

 3  suicide?

 4      A    I heard him speak on it.  I don't know if he

 5  actually ever acted upon it.

 6      Q    Okay.  What did you hear him speak on it

 7  about, and when?

 8      A    I mean, multiple different occasions where he

 9  just wished that he was dead because life was

10  difficult.

11      Q    Was that when he was not incarcerated?

12      A    Yes.

13      Q    So -- by the way, I forgot to mention this to

14  you.  If at any time today you want to take a break, we

15  can do so.  And certainly, I understand this can be a

16  very emotional experience.  And so, I just want to let

17  you know that I -- I am more than willing to

18  accommodate you and make this as, you know, less

19  uncomfortable as possible.

20          But I know, obviously, it's an emotional day

21  for you.  So just let me know.  If you're doing okay,

22  we'll continue going.

23      A    I'm doing all right.

24      Q    Okay.  So when -- when Cory, you know, was

25  going through these periods of time where, you know, he
```

1    was talking like you just mentioned, was that during a

2    period of time when he was a juvenile, when he was --

3    before he reached the age of 18, or can you give me a

4    sort of an estimate on --

5        A    I think before and after.

6        Q    Before and after.  Okay.

7             And so, what kind of things that -- had he

8    experienced in his life that -- as far as you know what

9    was going on with him -- that made him feel that way?

10       A    My dad getting --

11            MS. HARTON:  Object to form.

12   BY MR. BOGAN:

13       Q    Go ahead.

14       A    My dad getting remarried.  My dad -- like him

15   moving with my mom.  My dad kicking him out, I guess.

16            And then, just throughout high school he was

17   picked on a lot as a kid.  And even still as an adult.

18       Q    Okay.  Did Cory get into a lot of fights as a

19   kid in high school?

20       A    No.

21       Q    No?  Okay.  Did -- when he was -- when your

22   father kicked him out, did that pretty much end their

23   relationship?

24       A    No.

25       Q    Did they have a relationship at all at the

```
 1   time -- at or near the time he passed away -- Cory?
 2        A    I'm not sure.  They had a relationship, I'm
 3   just -- I mean, he was in jail, so...
 4        Q    Well, in terms of what -- how would you
 5   characterize the relationship then?  Obviously, they
 6   were separated by the jail, but I mean, did he still
 7   consider, you know, that he loved his father and --
 8        A    Oh, yeah.
 9        Q    -- he wanted to have some sort of relationship
10   with him?
11        A    Yes.
12        Q    And despite what had happened when he was
13   kicked out, he still loved his father?
14        A    Absolutely.
15        Q    Okay.  So when he was in high school, and
16   going through these types of things, as far as you were
17   aware, was he using any sort of drugs or alcohol?
18        A    Not that I'm aware of.
19        Q    Did he ever have a -- an issue with drugs or
20   alcohol where he had to be, you know, consulting with
21   someone for treatment, or a counselor, things of that
22   nature?
23        A    Not --
24             MS. HARTON:  Object to form.
25             THE WITNESS:  Not to my knowledge.
```

```
 1   BY MR. BOGAN:
 2       Q    Okay.  Was he ever ordered to go through
 3   alcohol or drug treatment of any kind?
 4           MS. HARTON:  Object to form.
 5           THE WITNESS:  I do not know.
 6   BY MR. BOGAN:
 7       Q    When he had been arrested for economic crimes,
 8   theft, stealing, things of that nature, did Cory ever
 9   explain to you or try to give you some justification
10   why he did those crimes?
11       A    Not necessarily, no.
12       Q    Do you believe that there was a reason why he
13   was involved in theft and economic crimes?
14       A    I don't believe he understood the gravity of
15   what he was doing.
16       Q    You don't think he understood -- what do you
17   mean by the gravity?
18       A    I don't think -- like taking my mom's credit
19   card.  I don't think that he understood the consequence
20   of what could occur, and that he shouldn't have been
21   doing that.
22       Q    Okay.  So, as far as Cory's educational level,
23   I think you've talked about the fact that he was able
24   to take college courses.  But you -- you believe that
25   he did not conceptually understand the difference
```

1  between right and wrong?

2          MS. HARTON:  Object to form.

3          THE WITNESS:  I believe that Cory was very

4      knowledgeable when it came to, like, books.  When

5      it came to emotional and mental capacity of a

6      normal person, he did not have that.

7  BY MR. BOGAN:

8      Q    Okay.  And in terms of his emotional and

9  mental state, other than, I think, what you described

10  as him being, you know, I guess, evaluated or treating

11  with someone that's a mental health counselor, is that

12  the only time that you're aware he has sought treatment

13  or received treatment outside of a prison setting?

14      A    I believe my parents did it multiple times

15  throughout his adolescence.

16      Q    Did he -- was he ever taken to a facility --

17  either a Baker Act or a receiving facility, because he

18  was a threat to harm himself?

19      A    I believe so, yes.

20      Q    And approximately what age was that?

21      A    I don't know.  It would have been after he was

22  an adult, I believe.

23      Q    And what -- did that occur in Ocala?

24      A    I believe so.

25      Q    Okay.  And how did you learn about it?

```
 1        A     My mother.

 2        Q     And was your mother the one who had the Baker

 3   Act request?

 4        A     I don't remember.

 5        Q     Do you know how many occasions that happened?

 6        A     No, I do not.

 7        Q     And it happened at least once while he was an

 8   adult?

 9        A     I believe so.

10        Q     Did he live in any other states besides North

11   Carolina?

12        A     Not that I can recall.

13        Q     And --

14        A     He might have -- I think he lived in Georgia,

15   with my mom, for approximately nine months.

16        Q     And approximately what year was that?

17        A     Oh.  Maybe 2002, 2003.

18        Q     Okay.

19        A     (Unintelligible.)

20        Q     What?

21        A     I said maybe earlier.  I don't remember

22   exactly when it was.

23        Q     And to your knowledge, was he ever arrested in

24   any other state besides Florida?

25        A     Not that I know of.
```

1    Q    So do you know the status of the criminal case

2  against Eric Lutterloah?

3    A    It's still pending.

4    Q    And do you know when it's set for trial?

5    A    I do not know exactly.

6    Q    Is it your understanding it's set to go to

7  trial this year?

8         MS. HARTON:  Object to form.

9         THE WITNESS:  I'm not sure.

10  BY MR. BOGAN:

11    Q    Have you attended any court proceedings in the

12  case?

13    A    No.

14    Q    Do you plan to attend the trial?

15    A    I'm not sure.

16    Q    Have you ever had any contact with Eric

17  Lutterloah?

18    A    No.

19    Q    Has he ever written to you?

20    A    No.

21    Q    Have you ever spoken to any other inmates that

22  were in the Gulf Pod, Alpha, the night of your

23  brother's incident with Mr. Lutterloah?

24    A    Yes.

25    Q    And how many inmates have you spoken to?

```
 1        A     I think two.
 2        Q     And how did you -- how did you speak to them?
 3   On the phone or in person?
 4        A     They reached out to me via phone.
 5        Q     They called you?
 6        A     Yes.
 7        Q     Did they call you while they were still
 8   inmates in the jail?
 9        A     Yes.
10        Q     And do you know if they're still in the jail?
11        A     I do not.
12        Q     And who were the -- who were the inmates that
13   you spoke to?
14        A     I do not remember their names off the top of
15   my head.
16        Q     So, I guess, are you able to differentiate --
17   by this question, I'm gonna ask you what they told you.
18   You know, I don't know if you want to call them One and
19   Two or -- what -- what inmates told you is what I'm
20   trying to find out.
21              So, what did they tell you when they called
22   you -- the first inmate that called you?
23        A     He spoke on the incident that occurred.  And
24   tried to give me a brief explanation of it.  And that
25   someone had to alert guards in order to stop it.  And
```

1    that the inmate had been in an altercation -- the other

2    inmate, Eric, had been in an altercation, the week

3    before, with this other inmate.

4        Q    Okay.  Anything else that you can remember

5    about that inmate -- the conversation with him?

6        A    No.  Not necessarily, no.

7        Q    And -- well, anything else that you can think

8    of that's important about what he told you in that

9    conversation?

10       A    No.

11       Q    So, just so I'm clear, did the -- this inmate

12   call you while he was still incarcerated at the jail?

13       A    Yes.

14       Q    And was he with another -- the second inmate

15   at the time that the phone call gets made?

16       A    Like it's an open pod, so the inmate was like

17   in the background.

18       Q    Yeah.  In other words -- I guess maybe it was

19   a bad question.

20            Did he hand the phone to the other

21   inmate?  And said, here, you talk to her, too, or were

22   there two separate phone calls?

23       A    One phone call.

24       Q    Okay.  So it was one phone call.  And during

25   the phone call you were able to simultaneously talk to

```
 1    two inmates, or they shared the phone and handed it

 2    back and forth?  What -- make sense?  Bad question.

 3         A    Yeah.  I don't know that it was necessarily

 4    handed off, but the other inmate kind of chimed in.

 5         Q    Okay.  So you could hear -- were they -- was

 6    it on a video call of some type where you could see

 7    them?

 8         A    No.

 9         Q    But it was on a phone call where you could

10    hear both of them.  Do you know if they -- they could

11    hear you at the same time?

12         A    Yes.

13         Q    They could?  Okay.

14              All right.  So anything else that the second

15    inmate may have chimed in or added to the conversation

16    that you want to tell me about or that you recall?

17         A    I don't remember.

18         Q    So other than, you know, what happened

19    post-incident, had you ever heard the name of Eric

20    Lutterloah before this happened?

21         A    No.

22         Q    And did Cory ever tell you anything about Eric

23    Lutterloah before this incident happened?

24         A    No.

25         Q    And that would include that Cory never
```

    1    complained to you about Eric Lutterloah while he was in

    2    the Marion County Jail?

    3        A    No.

    4        Q    Did these inmates ever tell you that there had

    5    been any previous incidents involving your brother and

    6    Eric Lutterloah before that night?

    7        A    No.

    8        Q    Did any of the inmates indicate to you that

    9    Cory had ever been involved in any other fights with

   10    other inmates besides Lutterloah?

   11        A    Not that I remember.

   12        Q    And Cory, at no point prior to that last

   13    conversation you had with him in August -- that he had

   14    been involved in any inmate fights?

   15        A    No.

   16        Q    And so -- and just so I'm clear, between

   17    August and -- August of 2021 (sic) and November of

   18    2021, you didn't have any phone calls with Cory?

   19        A    Not to my knowledge, no.

   20        Q    So did -- did these inmates indicate to you

   21    that -- well, strike that.

   22             How long approximately was this phone call

   23    from the date of the incident?

   24        A    Probably a week later.

   25        Q    And I know you said you don't remember the

```
 1    inmates' names.  Do you know how they got your number?

 2        A    They had like a family member or friend reach

 3    out to me via Facebook and I gave it to them.

 4        Q    Okay.  So do you still have the family

 5    member's, I guess, Facebook message?

 6        A    No.

 7        Q    And so, the family member of one of the

 8    inmates said to you in a Facebook message that my

 9    relative, or whatever, who's an inmate, would like to

10    talk to you?

11        A    Correct.

12        Q    And then you gave them your cell phone number?

13        A    Correct.

14        Q    All right.  And during that cell phone

15    conversation you spoke to two inmates.

16             Okay.  So any other contact with any other

17    inmates, other than that -- those two you told me

18    about, about a week later?

19        A    No.

20        Q    Have you had any written communication with

21    any inmates about what happened?

22        A    No.

23        Q    So, post the incident, when would have --

24    well, let's back up for a second.

25             So when were you first notified about your
```

1   brother's death?

2       A    The day he was taken to the hospital.

3       Q    Okay.  So on the day he was taken to the

4   hospital, were you able to go and see him?

5       A    Yes.

6       Q    So did you see him before he passed?

7       A    Yes.

8       Q    Well, when I -- when I say passed, in other

9   words, that he had been pronounced deceased -- you were

10  able to go in and see him at that point --

11      A    Yes.

12      Q    -- before that date?

13           Okay.  So how long between the date of the

14  incident in the jail was it before he passed away?

15      A    It was seven days.

16      Q    Seven days?  Okay.

17           And during that timeframe, do you know who

18  else from the family visited?

19      A    My father.

20      Q    Okay.  Anybody else?

21      A    Not to my knowledge.

22      Q    Okay.  So did your brother visit Cory at any

23  time, to your knowledge, while he was in the -- when I

24  say your brother, I'm referring to your brother Tommie.

25  Did he ever visit Cory while he was in the jail?

```
 1           MS. HARTON:  Object to form.

 2           THE WITNESS:  He did not.

 3   BY MR. BOGAN:

 4      Q    Was he incarcerated at that time?

 5      A    Yes.

 6      Q    So do you know where your brother Tommie is

 7   today?

 8      A    Yes.

 9      Q    Where is he?

10      A    Gainesville.

11      Q    And what's he doing in Gainesville?

12      A    Working, living.

13      Q    Where does he reside in Gainesville?

14      A    I don't know the address.

15      Q    When did you last speak to him?

16      A    This morning.

17      Q    Okay.  And so, at that time he told you he was

18   working today?

19      A    Was he working today?  I don't know.  He

20   didn't -- he was trying to figure out a way to get a

21   computer.

22      Q    Okay.  So -- so Cory and Tommie, obviously,

23   they're brothers.  Do you know how close they were?

24           MS. HARTON:  Object to form.

25           THE WITNESS:  They were pretty close.
```

```
 1   BY MR. BOGAN:
 2       Q    Do you know, during the timeframe that Cory
 3   was in the Marion County Jail in 2021, I think you --
 4   did you say that Tommie was incarcerated?
 5       A    Yes.
 6       Q    How long had he been incarcerated?
 7       A    I do not know.  It was a while.
 8       Q    So when did he get out of jail, or prison, I
 9   guess?
10       A    I don't know the date.
11       Q    All right.  Do you know what year he got out
12   of prison?
13       A    2022, I believe.  Or maybe it was '23.  Again,
14   I cannot be a hundred percent sure.
15       Q    All right.  So how long has he been living in
16   Gainesville?
17       A    A few months.
18       Q    All right.  And before that, where was he
19   living?
20       A    Daytona.
21       Q    So in 2022 or 2023, he was incarcerated.  And
22   he had been incarcerated for approximately how many
23   years?
24       A    I think it was ten or 11.
25       Q    Ten or 11 years?
```

1        A    Yes.

2        Q    And what was he -- what was he incarcerated

3    for?

4        A    Some kind of robbery.  I don't know the full

5    charge.

6        Q    Okay.  So I guess it would be safe to say that

7    prior to November 7th of 2021, Tommie was certainly

8    not, I guess, being provided any support services by

9    Cory Merchant?

10       A    No.

11       Q    So, obviously, you're the personal

12   representative of Cory's estate.  And you will be the

13   person that's charged with the responsibility to

14   determine who the beneficiaries are of the estate.

15   Would you agree with that?

16            MS. HARTON:  Object to form.

17            THE WITNESS:  Yes.

18   BY MR. BOGAN:

19       Q    And based on your understanding of this as you

20   sit here today, who do you believe are the

21   beneficiaries of Cory Merchant's estate if you're

22   successful in this lawsuit?

23            MS. HARTON:  Object to form.

24            THE WITNESS:  Myself and my brother.

25   BY MR. BOGAN:

1      Q      So what did -- and your brother, of course --
2  we're referring to Tommie Merchant?
3      A      Correct.
4      Q      And in terms of your duties as the personal
5  representative, you've had a -- filed documentation
6  with the court regarding his estate, correct?
7      A      Yes.
8      Q      And part of your duties were to determine if
9  he had any assets at the time of his death?
10      A      Yes.
11      Q      And have you done so?
12      A      Yes.
13      Q      Okay.  Did you -- do you know, did Cory have
14  any assets of any kind, whatsoever, at the time of his
15  death?
16      A      No.
17      Q      So that would mean that he had no -- he didn't
18  own any vehicles; would that be fair?
19      A      Correct.
20      Q      He owned no real property?
21      A      Correct.
22      Q      Did he have any bank accounts?
23      A      Not to my knowledge.
24      Q      Okay.  Other than, I guess, he may have had an
25  account at the jail of some kind -- an inmate account.

1    But other than an inmate account, did he have a bank

2    account, or a checking account, with any bank, to your

3    knowledge?

4        A    I mean not -- when he passed?

5        Q    Correct.

6        A    No.

7        Q    Did he have credit cards at the time he passed

8    away?

9        A    No.

10       Q    Did he have a retirement account at the time

11   he passed away?

12       A    Not to my knowledge.

13       Q    Did he own any stocks, bonds, or other

14   investments of any kind?

15       A    I don't know.

16       Q    In terms of what you have found as the

17   personal representative of his estate, have you

18   discovered any stocks, bonds, or other investments?

19       A    No.

20       Q    And did he have any debts at the time of his

21   death according to your investigation?

22       A    Small debts.

23       Q    Okay.  And what were those debts?

24       A    I believe like a cell phone bill.

25       Q    Okay.  So -- and I think that's been provided

1    to us in the records in this case, that he had a debt

2    of $2,252 in a cell phone bill.  Is that the only debt

3    you were able to find?

4        A    Yes.

5        Q    And so, that Sprint cell phone bill, they

6    actually filed, I guess, a claim against the estate?

7    Is that your understanding?

8        A    Yes.

9        Q    All right.  Are there any other bills that

10   have been filed against the estate?

11       A    Not to my knowledge.

12       Q    And so, there have been no other bill

13   collectors, or notifications that have been sent to you

14   as the PR of his estate?

15       A    No.

16       Q    So -- and I asked you a minute ago, and I

17   think your response to this has been, as far as you're

18   aware, Tommie Merchant was not receiving any financial

19   support and service from Cory Merchant; is that

20   correct?

21       A    Correct.

22       Q    And as far as you are aware, that he was not

23   either partially or wholly dependent on Cory for any

24   support or service at the time of his death?

25       A    Correct.

1    Q    As far as you're aware, did Cory provide any

2  non-financial support in any way to your brother?

3    A    When he wasn't incarcerated, just emotional

4  support in a sense.

5    Q    Okay.  So what kind of work is your brother

6  doing now -- Tommie?

7    A    He works at a pizza restaurant.

8    Q    Pizza, you said?

9    A    Yes, sir.

10    Q    Okay.  What does he do there?

11    A    I'm not sure.

12    Q    Okay.  Do you know the name of the pizza

13  restaurant?

14    A    He told me, but I cannot remember.

15    Q    Okay.  And is Tommie married?

16    A    No.

17    Q    And does he have any children?

18    A    He has two children.

19    Q    So did Cory file any tax returns to your

20  knowledge?

21    A    I mean, I'm sure.  But I don't know.  Like I

22  didn't personally see him do anything.

23    Q    Okay.  So I'm assuming, then, as the personal

24  representative of his estate, you did not have to file

25  a tax return for the calendar year 2021?

1      A    Correct.

2      Q    So as far as you know, he had not earned any

3  income in 2021, or 2020, for that matter?

4      A    Correct.

5      Q    When do you believe the last year would have

6  been that he actually had earnings from employment

7  before his death?

8      A    It would have been either 2018 or 2019.

9      Q    And that's -- that would be, obviously, when

10  he was not in the Department of Corrections during that

11  year -- those years?

12      A    Correct.

13      Q    And what was the job that he would have had in

14  2018 or 2019 to your recollection?

15      A    I think it was fast food, but I'm not a

16  hundred percent sure.

17      Q    It was at a fast food restaurant?  Is that

18  what you're saying?

19      A    I was trying to remember.  But I'm not a

20  hundred percent sure if he -- if he did and/or didn't

21  have a job during that time.

22      Q    Okay.  So you don't specifically remember the

23  name of an employer that he had in 2018 or 2019?

24      A    Correct.

25      Q    Do you remember the name of any employer that

1  you can remember Cory had prior to his death?

2      A    I mean, when he was younger, like teenage

3  younger.  But past that, I don't remember.

4      Q    Okay.  And so, in terms of the type of work

5  that you believe he may have done once he was over the

6  age of 18, can you remember anything besides him

7  possibly working in fast food?

8      A    I -- I briefly remember him, like, trying to

9  work for a company doing, like, websites.  But I don't

10  know how long that took place.

11      Q    Okay.  So can you be a little more specific?

12  So in other words, he worked for an employer to create

13  that employer's website?

14      A    Like creating websites.

15      Q    But I mean, the job was creating websites for

16  more than just one employer?

17      A    I just remember him briefly talking about

18  working for someone like that.  Do I -- I don't know

19  specifics about it.

20      Q    Okay.  So you don't have any -- any idea of

21  whether he actually had a job doing that, or not, then?

22      A    Correct.

23      Q    Did he have any specialized training in

24  creating or, I guess, using websites?

25      A    I -- if he did, the only place it would have

1    been was college.  Like if he would have taken a class.

2    But I don't know all of his classes, so I do not know.

3        Q    Do you know -- did he have any training of any

4    kind, or take opportunities for any training while he

5    was in the Department of Corrections?

6        A    I do not know.

7        Q    So, who is Donna Price?

8        A    That was a friend.

9        Q    Okay.  And were you aware, I guess, that Donna

10   Price was listed as an emergency contact on Cory's

11   records with Marion County?

12       A    I was not aware, but I'm sure.  I could see

13   it.

14       Q    Okay.  She was -- she's a family friend, or

15   his friend?

16       A    His friend.

17       Q    Okay.  So did Donna Price -- is she the one

18   that contacted you about Cory being in the hospital?

19       A    No.

20       Q    Who contacted you about Cory being in the

21   hospital?

22       A    My father.

23       Q    I think you told me that, yeah.

24            And do you know who contacted him?  Did he

25   tell you?

1        A      The jail, I believe.

2        Q      And did you ever have any contact from anyone

3   with the Marion County Sheriff's Office after the death

4   of your bother?

5        A      I believe I spoke to someone a few times to

6   just find out some details, but nothing specific.

7        Q      When you say you spoke to someone, can you be

8   a little bit more descriptive for me?  Was it just --

9   did you call over to the jail and speak to whoever

10  picked up the phone?

11       A      Well, I want to say we asked to speak to,

12  like, the commanding officer to see what occurred

13  during that incident.

14       Q      Okay.  And then what happened?

15       A      They couldn't give us any information.

16       Q      So they couldn't give you any information

17  about who the commanding officer was or they couldn't

18  give you --

19       A      Any information.

20       Q      Oh, okay.  So did they give you the name of a

21  person that would call you back, or that they -- you

22  needed to talk to?

23       A      I believe we spoke to Detective Larocque.

24       Q      Okay.  So he was conducting the criminal

25  investigation?

```
 1       A     I think it's actually a woman.  And, I think,
 2   yes, she is.
 3       Q     Okay.  And she was not able to give any
 4   details.  Did she tell you why?
 5       A     Because it's an ongoing investigation.
 6       Q     Okay.  So outside of that conversation, did
 7   you ever speak to anybody else at the jail regarding
 8   your brother's death?
 9       A     I mean, the only other officer I spoke to was
10   the officer that was in his hospital room.
11       Q     Do you know that officer's name?
12       A     I do not remember his name.
13       Q     What did that conversation involve?  What did
14   he say, and what did you say to him?
15       A     He just told me that he was the officer on
16   watch -- kind of thing.  If I needed anything, to let
17   him know.
18             And then, he just told me that he couldn't
19   believe that it was Cory laying in the bed when he got
20   there.
21       Q     All right.  And I apologize, did I ask you
22   what his name was?
23       A     You did, but I don't remember his name.
24       Q     Okay.  Can you describe him for me?
25       A     White.  30s, maybe 40s.
```

1      Q     Okay.

2      A     Dark -- I believe he had dark hair.

3      Q     Do you know whether or not he is one of the

4   individual defendants who have been sued in the case?

5      A     I don't believe he is.

6      Q     Okay.  So it's -- it's not either Deputy

7   Miller or Deputy Kosinski?

8      A     No.

9      Q     No.  And Sergeant Dukes, do you know him?

10      A     No.

11      Q     Prior to this -- well, strike that.

12          So have you -- are you aware of any of the

13   actions of -- we'll just take them separately -- Deputy

14   Kosinski on the night of this incident involving your

15   brother and Mr. Lutterloah?

16      A     Am I aware of what?  I'm sorry.

17      Q     Yeah.  Are you aware of anything that -- that

18   involves -- personally -- first of all, do you have any

19   personal knowledge about anything that deals with the

20   actions of Kosinski on the night of the incident

21   involving your brother and Mr. Lutterloah?

22          MS. HARTON:  Object to form.

23          THE WITNESS:  No.

24   BY MR. BOGAN:

25      Q     Same question for Deputy Miller.  Are you

1    personally aware of any of the actions involving Deputy

2    Miller on the night of the incident between your

3    brother and Mr. Lutterloah?

4        A    No.

5        Q    And same question for Sergeant Dukes.  Do you

6    have any personal knowledge about the actions of

7    Sergeant Dukes on the night of the incident involving

8    your brother and Mr. Lutterloah?

9        A    No.

10       Q    Have you ever spoken, to your knowledge, to

11   Deputy Kosinski?

12       A    No.

13       Q    Have you ever spoken to Deputy Miller?

14       A    No.

15       Q    And have you ever spoken to Sergeant Dukes, to

16   your knowledge?

17       A    No.

18       Q    So did any of the two deputies -- well, strike

19   that.

20            Did any of the two inmates that you spoke to

21   mention anything about Sergeant Miller -- excuse me --

22   Deputy Miller on the night of this incident when you

23   spoke to them?

24       A    The only thing that I was told about those

25   deputy -- whoever was supposed to be watching -- that

1  they had to get their attention in order for them to

2  come into the pod.

3      Q    Okay.  So that was the only information that

4  you were told, that they had to be notified that the

5  incident happened?

6      A    And I mean, I guess, you know, they said that

7  Cory was bleeding out of his ear.  And they moved him

8  before they had any kind of neck brace on him.  That's

9  kind of the only things that they told me.

10     Q    And when you say they, again, are you talking

11 about the two inmates that you can't remember their

12 names?

13     A    Yes.

14     Q    All right.  Anything else that you can

15 remember now that -- as it relates to those -- those

16 deputies that were working there that night, that was

17 told to you by the inmates?

18     A    No.

19     Q    Did the people that you -- well, let me back

20 up a second.

21          Did the inmates who you spoke to mention how

22 long the incident took place between Lutterloah and

23 your brother before, I guess, the fight actually

24 happened?

25     A    I mean, originally, they were telling me the

```
 1    incident was like ten minutes long.  I --

 2        Q    Okay.  So you know that's -- that's not

 3    accurate, right?

 4        A    Yeah.

 5        Q    Have you seen the video?

 6        A    Yes.

 7        Q    And based on the time stamp of the video, it

 8    looks like the incident probably totaled -- start to

 9    finish, was less than 25, 30 seconds.  Would you agree

10    with that?

11            MS. HARTON:  Object to form.

12            THE WITNESS:  I don't believe it was that

13        short.

14    BY MR. BOGAN:

15        Q    Okay.

16        A    I thought it was roughly closer to like two

17    minutes from the beginning of the incident to the end.

18        Q    And so, the end of the incident being when

19    someone came into the room -- when the deputy came in

20    the room?

21        A    Yes.

22        Q    Okay.  So, did Cory ever tell you anything

23    about him making a call to CrimeLine while he was in

24    the jail in 2020 -- I believe early '21?

25        A    Sounds familiar, but I don't know if it's just
```

1   something I've heard versus him telling me.

2       Q    Okay.  So you've read that, but you have no

3   independent recollection of him having a discussion

4   with you about it?

5       A    I don't know if I read it.

6       Q    Okay.

7       A    (Unintelligible.)

8            STENOGRAPHER:  Wait a minute.  You said, I

9       don't know if I read it, and then I didn't hear

10      you.

11           THE WITNESS:  I said I don't know if I read

12      it.  I just know that at some point I heard it.

13      Whether it was Cory, or another source, I can't

14      remember.

15  BY MR. BOGAN:

16      Q    Okay.  Do you have any more details about

17  that, other than what you've learned from other

18  sources?

19      A    No.

20      Q    Do you know how many different housing pods or

21  areas Cory was in while he was at the jail from 2020 to

22  2021?

23      A    No.

24      Q    And he -- when he did speak to you, you never

25  spoke to him about movements that -- when I say

```
 1   movements, whether he had been moved in one pod and

 2   moved to the other, or any of his housing?

 3       A    No.

 4            MS. HARTON:  Bruce, we're at about two hours.

 5       You want to take a break?

 6            MR. BOGAN:  Say again.

 7            MS. HARTON:  We're at about two hours.  Do you

 8       want to take a break?

 9            MR. BOGAN:  Yeah, let's take a break.

10       We're -- I don't have a whole lot more, but let's

11       just go ahead and take a -- like a five -- a five,

12       ten-minute break.

13            MS. HARTON:  Yeah, let's come back at eleven.

14            MR. BOGAN:  Okay.  Thanks.

15            (A break was taken.)

16   BY MR. BOGAN:

17       Q    I think, right before we were taking a break

18   there, we were specifically talking about conversations

19   you may have had with folks at the jail after your

20   brother's death.  And I just want to make sure we've

21   covered those.

22            Other than the phone call that you mentioned,

23   and then, the discussions you had with the detective,

24   have you had any other conversations with anyone about

25   the incident at the jail?
```

1      A      No.

2      Q      As far as the prosecution of Cory Lutterloah,

3    then, have you spoken to the State Attorney or been

4    notified by -- asked to be notified if there's any

5    decisions being made about the case?

6      A      No.

7      Q      Do you know who the prosecutor is?

8      A      Not off the top of my head, no.

9      Q      Okay.  Have you ever spoken to the prosecutor?

10     A      No.

11     Q      So, again, just to reiterate then, there was

12   no other conversations you've had with anyone at the

13   jail, besides the detective, the criminal detective?

14     A      Correct.

15     Q      And then, you obviously mentioned the

16   conversation that you had with the deputy that was

17   assigned to, I guess, his hospital room when he was

18   taken to the jail?

19     A      Correct.

20     Q      So, as far as you know, is the estate

21   receiving any hospital bill from the hospital related

22   to the treatment he received?

23     A      I believe they don't receive any of the

24   hospital bills.

25     Q      They don't?  What do you mean by that?

1      A      It is my understanding that once they dropped

2   the charges, they are no longer responsible.

3      Q      So has a claim been filed by the hospital

4   against the estate of Cory Merchant for the hospital

5   bill?

6      A      Not to my knowledge.

7      Q      Okay.  So you've never received any bill, as

8   the personal representative of his estate, from the

9   hospital?

10      A      No.

11      Q      And when you say when they dropped the

12   charges, that occurred, at what point, do you know,

13   prior to his death?

14      A      Within a few days after he was in the

15   hospital, but a few days before he passed.

16      Q      Okay.  And how did you learn about that?

17      A      I believe my father told me.

18      Q      Okay.  So your opinion is that, I guess, or at

19   least what you've been told, that that is part of the

20   reason why there is no bill being presented to the

21   estate?

22      A      I'm -- I'm not sure.

23      Q      Okay.

24      A      I would -- I didn't have any knowledge as to

25   why there wouldn't be a bill.

1      Q    So is the estate claiming any other expenses

2  that have been incurred as a result of Cory's death?

3            MS. HARTON:  Object to form.

4            THE WITNESS:  Attorney expenses, I believe.

5      I'm not sure.

6  BY MR. BOGAN:

7      Q    When you say attorney expenses, what do you

8  mean?

9      A    Just the attorneys involved in this case.

10      Q    Okay.  So you have paid for attorney expenses?

11      A    No.

12      Q    Okay.  You're being charged attorney expenses?

13      A    At the end.  Something like that.

14      Q    Okay.  So you're assuming that you'll be

15  charged expenses, or fees, if you're -- at the

16  conclusion of this case if you're successful?

17      A    Correct.

18      Q    Okay.  Otherwise, are there any other expenses

19  and costs that the estate is claiming as a result of

20  Cory's death?

21      A    No.

22      Q    Is -- well, where are Cory's remains?

23      A    They reside with me.

24      Q    Okay.  And so, were there any expenses

25  associated with his funeral, or cremation, anything of

1    that nature?

2        A    His cremation.

3        Q    Okay.  And who paid for that?

4        A    My father.

5        Q    So the estate is not seeking, at this point,

6    to recover costs associated with cremation?

7        A    No.

8        Q    Were there any other costs associated with

9    either a funeral or, you know, his passing?

10       A    No.

11       Q    Was there a funeral?

12       A    There was not.

13       Q    Was there any sort of other service, or

14   memorial, anything of that nature?

15       A    I -- it's still ongoing for me because I had

16   parents pass.  So, him and my mom -- I plan on

17   spreading their ashes together in a memorial with our

18   family at a date that I can have all of us come

19   together.

20       Q    Okay.  So that's -- that's still in the works,

21   then?  Is that what you're saying?

22       A    Correct.

23       Q    Okay.  I apologize if I asked you this

24   already, but I just wanted to confirm.  You were never

25   told by Cory Merchant, while he was in the Marion

1   County Jail, that he had asked to have a list of

2   persons as what's known as a keep-away, or that he

3   shouldn't be housed with?

4       A    I was not aware during that time, no.

5       Q    Okay.  As far as you know, did he ever have

6   any conversations with your brother while he was in the

7   Marion County Jail?

8       A    No.

9       Q    You don't know, or there were no conversations

10  that you're aware of?

11      A    I don't know.

12      Q    Okay.  I don't think I have anything else.

13           MS. HARTON:  I have a few things.

14                    CROSS EXAMINATION

15  BY MS. HARTON:

16      Q    Krysti, can you tell me about your

17  relationship with your brother growing up?

18      A    I mean, we had like your typical

19  brother-sister relationship.  I loved him very much.

20  He, like, gave me my love for games.  Even though I

21  kind of grew out of it, he never did.  But we were

22  pretty close.

23      Q    What has it -- what has it been like since

24  he's passed away in 2021?

25      A    I mean, it's been difficult because he was my

1    brother, and someone that was around all the time for

2    me and my kids.  And we've had to go through a lot

3    since he's passed.  And he's not here to go through it

4    with us and be there for us.

5        Q    What else have you had to go through since

6    he's passed away that he hasn't been there for?

7        A    I lost both of my parents in that time.  And

8    my daughter also lost her father, who I actually met

9    through Cory.  And so, it's just been a lot of loss

10   since that day.

11       Q    Tell me about the day that you learned that

12   Cory had passed away.  What was that like for you?

13       A    I was working when they called me, and

14   unfortunately, I wasn't able to leave right away.  And

15   my parents were out of town for my brother -- my

16   step-brother getting married, so they were in

17   Tennessee.

18            So I was the first one to be able to get to

19   the hospital, to be there and see him, and be there for

20   him when all that was taking place.

21       Q    We -- we spent a lot of time talking about

22   Cory's time in jail and his arrest today.  Can you tell

23   me about if any -- how -- you know, Cory's history of

24   being incarcerated, and being arrested, affects your

25   relationship with him?

```
 1       A     I mean, he is my brother and I love him.  He
 2   made mistakes.  We all do.  I -- it didn't make me see
 3   him any differently.  And it didn't change my love for
 4   him.
 5       Q     Okay.  Can you just tell me -- what's your
 6   favorite memory of your brother?
 7       A     He was a big supporter and cheerleader for my
 8   son.  He would be one of the few family members that
 9   would make it out to his baseball games and root and
10   cheer him on.
11       Q     What has it been like for your son since Cory
12   passed away?
13       A     It's definitely taken a toll on him mentally.
14   Especially knowing that it wasn't, like, of a natural
15   cause or an accident.
16       Q     Krysti, are you the kind of person who
17   typically gets emotional?
18       A     I typically do not.  I've dealt with so much
19   loss in the last five years I've had to learn how to
20   set my emotions and feelings aside so that my kids,
21   first of all, don't see that.  And so I don't put
22   myself into, like, a deep depression.
23       Q     Can you tell me why you're getting so
24   emotional today?
25       A     Because I love my brother and I want justice
```

```
 1   for him.  And I want things to change.

 2        Q    What do you mean you want things to change?

 3        A    Just the things in the jail, so that nobody

 4   else has to go through what I am going through.

 5        Q    Okay.  That's all I have.

 6                    REDIRECT EXAMINATION

 7   BY MR. BOGAN:

 8        Q    Just -- and I apologize, I didn't ask you this

 9   earlier.  Included in the deposition, I always ask

10   everybody -- please don't take it personally, but have

11   you ever been convicted of a crime?

12        A    I think I have.  Like a possession of

13   marijuana.

14        Q    That was a conviction or just -- you were just

15   arrested for it?

16        A    Arrested for it.

17        Q    Okay.  So you have no -- you have no

18   convictions in your background?

19        A    I think I do have one conviction.  But I

20   wasn't, like, arrested for it.  I don't know how to

21   explain that.  I was on, like, federal property, and

22   the person that I -- I was with had pot in their car.

23   And therefore, I was the driver, so I got like a small

24   misdemeanor possession of marijuana.

25        Q    Okay.
```

1    A    They just gave me -- they gave me a ticket for

2  it.

3    Q    Got you.  You have no felony convictions?

4    A    No.

5    Q    Okay.  Thank you.  Thank for your time today.

6    A    Thank you.

7         MS. HARTON:  All right, Krysti.  You're all

8    done.

9         We'll -- we'll read and -- we'll read and

10   sign.

11        THE WITNESS:  Okay.

12        (This deposition was concluded at

13         12:18 p.m., and the witness, through

14         her counsel, reserved her right

15         to read and sign her deposition

16         transcript.)

17        (Defendants' Exhibit No. 1 was

18         marked for Identification.)

19                  - - - - -

20

21

22

23

24

25

CERTIFICATE OF OATH

STATE OF FLORIDA:
COUNTY OF ORANGE:

    I, the undersigned authority, certify that KRYSTI
MERCHANT appeared via Zoom videoconference, and was
duly sworn remotely, on April 10, 2025, per stipulation
of counsel.

    WITNESS my hand and official seal this 25th day of
April, 2025.


                              *Patricia Eldridge*

                              -------------------------------
                              Patricia Eldridge
                              Notary Public-State of Florida
                              Commission No.:  HH 444620
                              Expires:  October 18, 2027

```
1                    CERTIFICATE OF REPORTER

2

    STATE OF FLORIDA:
3   COUNTY OF ORANGE:

4        I, PATRICIA ELDRIDGE, being a Court Reporter and
    Notary Public, certify that I was authorized to and did
5   stenographically report the videoconferenced deposition
    of KRYSTI MERCHANT; that a review of the transcript was
6   requested; and that the transcript is a true and
    complete record of my stenographic notes.

7
         I further certify that I am not a relative,
8   employee, attorney, or counsel of any of the parties,
    nor am I a relative or employee of any of the parties'
9   attorneys or counsel connected with the action, nor am
    I financially interested in the action.

10

         DATED this 25th day of April, 2025.
11

12

13

14

15         Patricia Eldridge
           Notary Public-State of Florida
16         Commission No.:  HH 444620
           Expires:  October 18, 2027
17

18

19

20

21

22

23

24

25
```

1              SUBSCRIPTION OF DEPONENT

2       Krysti Merchant, as Personal Representative of the
     Estate of Cory Merchant, Deceased, vs. Billy Woods,
3                Sheriff Of Marion County, et al.

4           Date of Deposition:  April 10, 2025

5           I, KRYSTI MERCHANT, do hereby certify that I
     have, this day, exercised my express right to read and
6     sign this true and correct record of the proceedings,
     had at the time and place herein designated, with the
7     following corrections:

8     Page  Line                    Correction

9

10

11

12

13

14

15

16

17

18

19

20

21

22           Under the penalties of perjury, I declare that
     I have read my deposition and that it is true and
23     correct subject to any changes in form or substance
     entered here.

24     _____        _____

25     KRYSTI MERCHANT                    DATE

1    APRIL 25, 2025

2    SAM A. HARTON, ESQUIRE
     Romanucci & Blandin, LLC
3    321 North Clark Street
     Chicago, Illinois 60654
4    dkelly@rblaw.net

5    Re: Krysti Merchant vs. Billy Woods, Sheriff Of Marion
     County, et al.
6
     Dear Ms. Harton:
7
     Attached you will find your copy of the deposition of
8    your client, KRYSTI MERCHANT, taken on April 10, 2025,
     by Bruce R. Bogan, Esquire.
9
     At the conclusion of the deposition, Ms. Merchant
10   reserved her right to read and sign her deposition
     transcript.
11
     Please have her read your copy of the deposition,
12   making any corrections only on the subscription page.
     Upon completion, have her sign at the bottom of the
13   subscription page on the line provided.

14   Please make a copy of the subscription page to attach
     to your transcript and forward the original, signed
15   subscription page to Mr. Bogan, as he has the original
     transcript.
16
     Thank you for your prompt attention to this matter.
17
     Sincerely,
18
     Patricia Eldridge, Court Reporter
19
     Landmark Reporting, Inc.
20   1850 Lee Road
     Suite 207
21   Winter Park, FL 32789
     (407) 898-2044
22   info@landmarkreporting.com

23   CC:  Bruce R. Bogan, Esquire

24

25

**$**

**$2,252** 70:2

**$45,000** 39:16

**0**

**06** 17:23

**1**

**1** 45:15 91:17

**10** 4:4

**10:03** 4:4

**11** 66:24,25

**12** 12:21 13:1 14:23

**12:18** 91:13

**17** 7:11

**18** 16:9,10 53:3 73:6

**2**

**2002** 57:17

**2003** 57:17

**2007** 16:21 17:22 18:21

**2008** 16:21 17:24 18:22

**2011** 19:7,13 22:2,15 23:7

**2013** 19:7,13 20:4 22:3, 16,20,23 23:7

**2016** 28:13

**2017** 28:13 30:8 31:19

**2018** 23:23 24:25 26:1 28:6 31:21,24 72:8,14, 23

**2019** 23:24 25:1 26:1 31:17,18,22 72:8,14,23

**2020** 29:17 40:14,15 45:18,22 46:1,11 72:3 80:24 81:21

**2021** 22:24 29:7,11 38:23 45:18,22 46:2,12, 13,22 62:17,18 66:3 67:7 71:25 72:3 81:22 87:24

**2022** 66:13,21

**2023** 66:21

**2025** 4:4

**21** 80:24

**23** 66:13

**25** 39:16 80:9

**3**

**30** 80:9

**30s** 76:25

**3140** 7:2

**34471** 7:3

**35th** 7:2

**37** 11:15

**39** 11:9

**4**

**40** 11:9

**40s** 76:25

**7**

**7th** 67:7

**8**

**812** 43:17,22,25

**8th** 43:18

**9**

**9th** 43:25

**A**

**a.m.** 4:4

**ability** 39:6

**Absolutely** 43:16 54:14

**access** 50:17

**accessed** 50:22

**accident** 89:15

**accommodate** 52:18

**account** 25:11,13 68:25 69:1,2,10

**accounts** 68:22

**accurate** 80:3

**accused** 44:14,21

**acknowledging** 6:19

**Act** 56:17 57:3

**acted** 52:5

**actions** 77:13,20 78:1,6

**added** 61:15

**address** 7:1 43:25 65:14

**adolescence** 56:15

**adult** 19:3 53:17 56:22 57:8

**affected** 15:3

**affects** 88:24

**affirm** 4:19

**age** 11:14 12:1,4 13:1 14:23 16:7 53:3 56:20 73:6

**ages** 7:9 12:20

**agree** 4:11,14,16 67:15 80:9

**ahead** 15:2 32:19 36:7 53:13 82:11

**Alabama** 8:16,21

**alcohol** 54:17,20 55:3

**alert** 59:25

**Alexis** 26:9,10,12,23 28:22,23 29:2,15 30:1, 9,19,25 31:4,7,13 32:4, 7 33:2,7,9 34:8 35:2 37:1,4 41:7,10 45:9

**alive** 9:8 13:19

**allegation** 33:15,23

**alleged** 29:24 32:17

**Alpha** 58:22

**altercation** 60:1,2

**and/or** 4:11 72:20

**anticipate** 6:11

**apartment** 20:10 22:3

**Apartments** 19:17

**apologize** 76:21 86:23 90:8

**appearing** 8:17

**approximately** 7:5 10:15 19:6,14 26:15 37:14 38:22 56:20 57:15,16 62:22 66:22

**APRIL** 4:4

**areas** 81:21

**arrest** 88:22

**arrested** 16:5 20:12,19 34:18 36:25 37:7,21 55:7 57:23 88:24 90:15, 16,20

**ashes** 86:17

**assets** 68:9,14

**assigned** 83:17

**assistance** 35:6

**assume** 6:4

**assuming** 22:9 43:2 71:23 85:14

**attempt** 45:5

**attempted** 52:2

**attend** 16:13,15 18:8,10 58:14

**attended** 58:11

**attending** 17:2,21

**attention** 79:1

**attorney** 83:3 85:4,7,10, 12

**attorneys** 85:9

**audible** 6:21

**August** 45:22 46:1,9,11, 22 62:13,17

**aunt's** 13:9

**Avenue** 43:18,25

**aware** 33:17,21 34:3 41:8,12,13,15,17 43:11 50:25 51:3 54:17,18 56:12 70:18,22 71:1 74:9,12 77:12,16,17 78:1 87:4,10

**B**

**B-E-A-R-D** 49:7

**babysit** 22:10

**babysitter** 22:6

**babysitting** 22:13 23:6

**back** 18:21 32:2 34:8 36:19 37:15 38:8,10,16 40:12,16 41:2 49:25 50:7,20 61:2 63:24 75:21 79:19 82:13

**background** 6:25 60:17 90:18

**bad** 9:21 60:19 61:2

**bail** 39:18

**Baker** 56:17 57:2

**bank** 68:22 69:1,2

**baseball** 89:9

**based** 67:19 80:7

**battery** 26:7 32:12 37:8 38:11,19 39:5 40:17

**Beard** 49:6

**bed** 76:19

**began** 30:24 31:2 32:15 44:7

**beginning** 4:4 39:11 80:17

**behalf** 4:3 45:4

**belief** 27:5 28:2

**beneficiaries** 67:14,21

**big** 24:7 89:7

**bill** 69:24 70:2,5,12 83:21 84:5,7,20,25

**bills** 70:9 83:24

**biological** 9:12,16

**birth** 8:1 11:17

**bit** 34:9 41:5 75:8

**bleeding** 79:7

**blurry** 42:7

**Bogan** 4:15 5:4,13 7:23, 25 8:5,9 15:5,12 17:14 25:21 29:20 32:25 36:6

38:1,15 39:1,22 42:2,4, 8,11 43:8 45:13 49:16, 18,20,22 53:12 55:1,6 56:7 58:10 65:3 66:1 67:18,25 77:24 80:14 81:15 82:6,9,14,16 85:6 90:7

**bond** 39:6,10,12,14,19, 24 40:3

**bonds** 69:13,18

**bondsman** 39:18

**booked** 38:18 39:4

**books** 56:4

**born** 7:18 9:3 11:18,21

**bother** 75:4

**boyfriend** 7:8 8:20

**boyfriend's** 7:12 8:15

**brace** 79:8

**break** 52:14 82:5,8,9,12, 15,17

**briefly** 73:8,17

**brother** 9:12,16 10:6,8 11:3 19:10 24:6 26:21 29:3,13,16,24 30:4,5 32:13,16 44:15,16,20 45:2,19,23 46:1 62:5 64:22,24 65:6 67:24 68:1 71:2,5 77:15,21 78:3,8 79:23 87:6,17 88:1,15 89:1,6,25

**brother's** 10:1 35:1,20 36:1 58:23 64:1 76:8 82:20

**brother-sister** 87:19

**brothers** 9:11 65:23

**brought** 32:12 34:12 37:15 38:8,10,16 40:16

**Bruce** 4:15 5:13 42:7 82:4

**C**

**calendar** 71:25

**call** 25:5,7,11 29:5 46:8, 13 59:7,18 60:12,15,23, 24,25 61:6,9 62:22 75:9,21 80:23 82:22

**called** 14:14,24 26:21 29:6,10,12 46:15 59:5, 21,22 88:13

**calls** 25:6,10 46:4 60:22 62:18

**capacity** 56:5

**car** 90:22

**card** 21:16,17 55:19

**cards** 69:7

**Carolina** 28:19,20 31:25 36:20 57:11

**Carriage** 19:17

**case** 21:21,24 32:11,15, 16 33:19 35:20 36:1 50:1 58:1,12 70:1 77:4 83:5 85:9,16

**caused** 20:8

**cell** 63:12,14 69:24 70:2, 5

**CFCC** 16:16,18 17:2,11, 21,25 18:1,3,8,17

**change** 89:3 90:1,2

**characterize** 24:4 54:5

**charge** 21:15 26:3,5,8 37:1,8,15,22 38:5,11, 19,22 39:5 40:18 41:1, 6,11 67:5

**charged** 21:19 40:17 67:13 85:12,15

**charges** 21:22 29:16,24 32:12 40:20 45:2,6,10 84:2,12

**checking** 69:2

**cheer** 89:10

**cheerleader** 89:7

**child** 11:10 12:18 38:19

**childhood** 12:14

**children** 7:8 10:25 11:18 23:10 71:17,18

**children's** 7:9

**chimed** 61:4,15

**Chromebook** 50:12

**chronologically** 37:20

**circumstances** 13:4 14:9 19:8 26:19 29:4 30:21 32:11 48:7

**claim** 70:6 84:3

**claiming** 85:1,19

**class** 17:9,10 74:1

**classes** 17:5,10 74:2

**clear** 6:22 37:17 60:11 62:16

**close** 65:23,25 87:22

**closed** 33:23 34:6

**closer** 80:16

**code** 43:21

**collect** 25:4,11

**collectors** 70:13

**college** 16:13,14,15 18:6 55:24 74:1

**colleges** 18:8,19

**commanding** 75:12,17

**committed** 27:8

**committing** 44:21

**communication** 15:18 24:10,22 63:20

**company** 73:9

**complained** 62:1

**complaints** 47:20,24

**complete** 6:10,13 16:11 18:17

**complex** 20:10

**composite** 45:15

**computer** 33:1,4,5,8,13 34:15,21,25 35:4,8 38:14 65:21

**computers** 32:21 34:12 35:10,13,15,18,25 49:24,25 50:9,15,18,20

**conceptually** 55:25

**concluded** 91:12

**conclusion** 85:16

**conditions** 51:5,10,13, 17

**conducting** 75:24

conference 45:21

confinement 48:9,21

confirm 86:24

confusing 9:19

consequence 55:19

consult 39:17

consulting 54:20

contact 29:1 45:1,5 58:16 63:16 74:10 75:2

contacted 41:18 74:18, 20,24

continue 12:8 52:22

continuing 15:20

conversation 29:8 44:6 46:17,22,25 47:4,7,13, 22,25 60:5,9 61:15 62:13 63:15 76:6,13 83:16

conversations 45:25 47:10 51:8,9 82:18,24 83:12 87:6,9

convicted 21:5 90:11

conviction 21:9 90:14, 19

convictions 20:21,24 21:1 90:18 91:3

convince 41:10 45:9

copy 41:21

correct 10:9 17:4 21:11 22:8 23:25 25:8 27:25 33:6,16 34:23 42:23 43:9,10 52:1 63:11,13 68:3,6,19,21 69:5 70:20,21,25 72:1,4,12, 24 73:22 83:14,19 85:17 86:22

Corrections 23:23 24:2, 14,18,21 25:1,17,23 26:1 28:3,6,12,15 31:21 37:13,23 38:4,17 72:10 74:5

correspondence 41:11

Cory 5:17 9:10 10:19 11:3,11,21 12:3,7,17 13:23 14:11,14,20,23, 25 15:13,20,23 16:10 17:3,11 18:3,5,10,14,22

19:21 20:12,18,21 22:2, 20 23:10,12,22 24:5,11 30:19 31:2,6 32:4 34:13 36:18 37:5,7 40:12 41:9 44:6,9 45:8 48:3,8,18 50:24 51:16,24 52:2,24 53:18 54:1 55:8 56:3 61:22,25 62:9,12,18 64:22,25 65:22 66:2 67:9,21 68:13 70:19,23 71:1,19 73:1 74:18,20 76:19 79:7 80:22 81:13, 21 83:2 84:4 86:25 88:9,12 89:11

Cory's 20:15 33:5 45:4 55:22 67:12 74:10 85:2, 20,22 88:22,23

cost 39:18

costs 85:19 86:6,8

counsel 4:10,13,15 91:14

counseling 51:19,21

counselor 54:21 56:11

County 5:14 29:17 34:16,20 37:11,16,18 38:9,17 40:13 45:17 48:4 50:25 62:2 66:3 74:11 75:3 87:1,7

couple 5:23

courses 16:14,15,17 55:24

court 4:5,9 5:22 6:8 7:23 8:6 33:18 36:2,3 46:19 50:8 58:11 68:6

covered 82:21

create 73:12

creating 73:14,15,24

credit 21:16,17 55:18 69:7

credits 17:10

cremation 85:25 86:2,6

crime 44:14,21 90:11

Crimeline 80:23

crimes 21:2,5 55:7,10, 13

criminal 33:18 36:4 50:1 58:1 75:24 83:13

CROSS 87:14

crying 26:22 27:17 29:12

current 7:1

cussing 26:24

custody 12:9 14:11,14, 16,25 44:17

cut 38:14

---

**D**

dad 53:10,14,15

dark 77:2

date 8:1 11:17 16:22 22:23 37:11 38:23 40:25 41:1 47:13 62:23 64:12,13 66:10 86:18

daughter 7:10 31:23,25 32:1,8 33:24 88:8

day 52:20 64:2,3 88:10, 11

days 40:22,23 64:15,16 84:14,15

Daytona 66:20

dead 52:9

deals 77:19

dealt 89:18

death 22:24 23:14,16,20 36:15 37:12 38:23 64:1 68:9,15 69:21 70:24 72:7 73:1 75:3 76:8 82:20 84:13 85:2,20

debt 70:1,2

debts 69:20,22,23

deceased 9:9 64:9

decision 14:9

decisions 83:5

deep 89:22

defendants 4:3,16 77:4

defendants' 91:17

defender 36:10

degree 18:1,3,5

Department 23:23 24:2,

13,17,21 25:1,17,23,25 28:2,6,12,14 31:21 34:15 37:13,19,23 38:4, 17 72:10 74:5

dependent 70:23

deposition 4:2 5:16,20 17:16 45:16 90:9 91:12, 15

depression 89:22

deputies 5:15 78:18 79:16

deputy 77:6,7,13,25 78:1,11,13,22,25 80:19 83:16

Derrick 49:6

describe 76:24

descriptive 75:8

deserve 29:14

details 75:6 76:4 81:16

detective 75:23 82:23 83:13

determination 35:7

determine 67:14 68:8

die 29:14

died 29:3

difference 9:24 55:25

differentiate 59:16

differently 89:3

difficult 52:10 87:25

difficulty 48:5

diploma 16:11

DIRECT 5:3

disciplinary 48:9,20

discovered 69:18

discussed 47:14 51:7

discussion 81:3

discussions 82:23

divorced 11:24 12:1,2

documentation 68:5

dollars 39:15

domestic 26:2,5,7,16,20

27:8 32:20 34:19 37:1, 8,14,21 38:5,7

**Donna** 74:7,9,17

**Drake** 26:11,12 28:23 29:2 30:2,9,19,25 31:4, 7,13 33:2 37:2,5 41:7

**driver** 90:23

**drop** 41:11 45:2,6,9

**dropped** 21:22 84:1,11

**drug** 55:3

**drugs** 54:17,19

**Dukes** 77:9 78:5,7,15

**duly** 5:1

**duties** 68:4,8

─────────────
**E**
─────────────

**ear** 79:7

**earlier** 33:15,22 57:21 90:9

**early** 80:24

**earned** 72:2

**earnings** 72:6

**economic** 55:7,13

**educational** 55:22

**effect** 6:20

**Eldridge** 4:5,8

**eleven** 82:13

**emergency** 48:25 74:10

**Emma** 7:10

**emotional** 52:16,20 56:5,8 71:3 89:17,24

**emotionally** 15:4,6

**emotions** 89:20

**employed** 8:10

**employer** 72:23,25 73:12,16

**employer's** 73:13

**employment** 72:6

**end** 53:22 80:17,18 85:13

**ended** 21:19

**envelope** 43:24

**Eric** 58:2,16 60:2 61:19, 22 62:1,6

**estate** 5:17 67:12,14,21 68:6 69:17 70:6,10,14 71:24 83:20 84:4,8,21 85:1,19 86:5

**estimate** 53:4

**evaluated** 56:10

**eventually** 39:11

**evidence** 35:16,19,24

**EXAMINATION** 5:3 87:14 90:6

**excuse** 34:7 78:21

**Exhibit** 45:15 91:17

**expenses** 22:3,25 85:1, 4,7,10,12,15,18,24

**experience** 52:16

**experienced** 53:8

**explain** 55:9 90:21

**explanation** 9:15 59:24

─────────────
**F**
─────────────

**Facebook** 63:3,5,8

**facility** 56:16,17

**fact** 48:15 55:23

**fair** 6:6 68:18

**fall** 27:5,7

**familiar** 80:25

**family** 30:10 39:24 40:6 63:2,4,7 64:18 74:14 86:18 89:8

**fast** 72:15,17 73:7

**father** 9:20 10:14,20,21 12:10,19 14:3,5,10,15, 19,24 53:22 54:7,13 64:19 74:22 84:17 86:4 88:8

**father's** 9:25 10:10

**favorite** 89:6

**federal** 90:21

**feel** 53:9

**feelings** 47:18 89:20

**fees** 85:15

**felony** 20:24 91:3

**felt** 24:6

**fiancee** 26:13,14

**fight** 79:23

**fights** 53:18 62:9,14

**figure** 65:20

**file** 71:19,24

**filed** 5:15 68:5 70:6,10 84:3

**financial** 23:2,4 70:18

**financially** 36:18

**find** 39:18 44:23 59:20 70:3 75:6

**finish** 80:9

**Florida** 4:6 7:2,19 57:24

**folks** 6:12 82:19

**food** 72:15,17 73:7

**forgot** 49:23 52:13

**form** 15:1,9 17:12 25:18 29:19 32:18 36:5 37:25 38:12,24 39:20 43:7 45:12 53:11 54:24 55:4 56:2 58:8 65:1,24 67:16,23 77:22 80:11 85:3

**found** 69:16

**Franklin** 49:9

**fraud** 21:6,15,20

**frequent** 24:10

**frequently** 25:2

**friend** 40:7,9 63:2 74:8, 14,15,16

**friend's** 40:10

**friends** 30:12

**friendship** 31:3

**full** 5:5 67:4

**funeral** 85:25 86:9,11

─────────────
**G**
─────────────

**Gainesville** 65:10,11,13 66:16

**games** 87:20 89:9

**gave** 14:3,5 33:11 48:18 63:3,12 87:20 91:1

**GED** 16:11

**Georgia** 57:14

**girlfriend** 23:17

**give** 4:20 6:13,18 25:22 35:11 50:7 53:3 55:9 59:24 75:15,16,18,20 76:3

**giving** 25:16

**God** 4:21

**Godmother** 33:3 34:12

**good** 5:5 6:20 42:9,10

**Google** 50:11,12

**graduated** 16:23 17:23

**grandmother** 12:24 13:10,11,12,25 15:13 51:25

**grandmother's** 13:14

**granted** 39:10

**gravity** 55:14,17

**grew** 87:21

**growing** 87:17

**guards** 59:25

**guess** 5:19 6:24 9:1,15 11:23 13:23 21:10,19 22:12 23:3,22 24:25 30:22 31:10 33:23 34:2, 14 36:2,19 38:22 40:13 41:6,8,10 43:23 48:23 49:24 53:15 56:10 59:16 60:18 63:5 66:9 67:6,8 68:24 70:6 73:24 74:9 79:6,23 83:17 84:18

**Gulf** 58:22

─────────────
**H**
─────────────

**hair** 77:2

**half** 10:18 12:6

**hand** 4:18 60:20

**handed** 61:1,4

**handwriting** 42:25 43:3

**happened** 20:4 41:13 50:20 54:12 57:5,7 61:18,20,23 63:21 75:14 79:5,24

**happening** 48:1

**harder** 6:16

**harm** 56:18

**Harton** 4:13,14 15:1,9 17:12 25:18 29:19 32:18 36:5 37:25 38:12, 24 39:20 42:1,7,9 43:7 45:12 53:11 54:24 55:4 56:2 58:8 65:1,24 67:16,23 77:22 80:11 82:4,7,13 85:3 87:13,15 91:7

**head** 6:19 59:15 83:8

**health** 51:5,10,13,16 56:11

**hear** 38:13 52:6 61:5,10, 11 81:9

**heard** 27:11,12,14,16 49:14 52:4 61:19 81:1, 12

**held** 39:9

**helped** 24:8

**helping** 36:2,3,17,18

**high** 15:25 16:11 53:16, 19 54:15

**history** 88:23

**hit** 27:19

**hitting** 26:23 27:16

**home** 8:17

**honestly** 15:16

**hopes** 46:19

**hospital** 64:2,4 74:18,21 76:10 83:17,21,24 84:3, 4,9,15 88:19

**hours** 82:4,7

**House** 19:17

**housed** 87:3

**housing** 81:20 82:2

**hundred** 46:10 66:14 72:16,20

---

**I**

**idea** 73:20

**Identification** 91:18

**impact** 14:23 15:7

**important** 60:8

**incarcerated** 20:13,16 51:15 52:11 60:12 65:4 66:4,6,21,22 67:2 71:3 88:24

**incident** 14:13 26:20,22 27:3 28:15 58:23 59:23 61:23 62:23 63:23 64:14 75:13 77:14,20 78:2,7,22 79:5,22 80:1, 8,17,18 82:25

**incidents** 62:5

**include** 61:25

**Included** 90:9

**income** 72:3

**incurred** 85:2

**independent** 81:3

**individual** 77:4

**information** 6:25 44:24 75:15,16,19 79:3

**initially** 32:16

**inmate** 24:1 59:22 60:1, 2,3,5,11,14,16,21 61:4, 15 62:14 63:9 68:25 69:1

**inmates** 48:5 49:6 58:21,25 59:8,12,19 61:1 62:4,8,10,20 63:8, 15,17,21 78:20 79:11, 17,21

**inmates'** 63:1

**investigation** 33:22 34:5 36:4 41:9,14,16 42:22 44:7,15 69:21 75:25 76:5

**investigator** 41:18

**investments** 69:14,18

**involve** 76:13

**involved** 55:13 62:9,14 85:9

**involves** 77:18

**involving** 32:11,12 62:5 77:14,21 78:1,7

**issue** 54:19

---

**J**

**jail** 24:12,16,20 29:13,17 33:10 34:21 37:11,18 38:18 40:13,17 45:18 47:21 48:1,4,9,20 49:3 50:25 54:3,6 59:8,10 60:12 62:2 64:14,25 66:3,8 68:25 75:1,9 76:7 80:24 81:21 82:19, 25 83:13,18 87:1,7 88:22 90:3

**Jason** 7:13

**Jersey** 33:25

**job** 22:15,18 37:7 72:13, 21 73:15,21

**joint** 12:9

**jumbled** 31:24

**junior** 9:19,22

**justice** 89:25

**justification** 55:9

**juvenile** 53:2

---

**K**

**K-E-N-Y-A** 49:9

**keep-away** 87:2

**Kenya** 49:9

**kicked** 53:22 54:13

**kicking** 53:15

**kid** 53:17,19

**kids** 88:2 89:20

**kind** 8:20 27:5 51:2 53:7 55:3 61:4 67:4 68:14,25 69:14 71:5 74:4 76:16 79:8,9 87:21 89:16

**knowing** 89:14

**knowledge** 14:22 17:11 18:4,7,22 21:10 26:5 28:7 31:5 32:10 37:6,9 45:5 48:16 52:2 54:25 57:23 62:19 64:21,23 68:23 69:3,12 70:11 71:20 77:19 78:6,10,16 84:6,24

**knowledgeable** 56:4

**Kosinski** 77:7,14,20 78:11

**Krysti** 4:2,25 5:7 15:2 32:19 43:15,24 87:16 89:16 91:7

---

**L**

**L-E-I-G-H-A-N-N-E** 5:12

**Large** 4:6

**Larocque** 75:23

**laughing** 42:2

**lawsuit** 5:15 67:22

**laying** 76:19

**learn** 18:12 56:25 84:16 89:19

**learned** 14:18 81:17 88:11

**leave** 27:1 88:14

**left** 20:10

**Leighanne** 5:7,10,11

**letter** 41:15,17,19,21 42:17,21,22 43:5,9,11, 12 44:7,10,20,24 45:9

**level** 55:22

**life** 7:20 9:1 20:15,16 23:20 52:9 53:8

**lines** 38:3

**list** 49:3 87:1

**listed** 48:24 74:10

**listened** 47:6,9

**live** 7:6 12:8 19:2 22:12, 24 36:20 37:4 43:17 57:10

**lived** 7:4,20 9:1,4 12:10,

23 51:24 57:14

**lives** 28:20,24

**living** 12:19 13:12,24
18:22,25 19:9,16,18
22:2 31:2,25 32:6 35:2
36:22,25 37:1 65:12
66:15,19

**Logan** 7:11

**logins** 50:10

**long** 7:4 10:13 12:12,24
15:14 17:8 19:15 26:14
30:1 38:6 40:16,19
62:22 64:13 66:6,15
73:10 79:22 80:1

**longer** 12:18 14:10,15
20:8 84:2

**Lonnie** 13:8,12,21

**loss** 88:9 89:19

**lost** 88:7,8

**lot** 53:17,18 82:10 88:2,
9,21

**love** 87:20 89:1,3,25

**loved** 24:6 29:14 54:7,
13 87:19

**Lutterloah** 58:2,17,23
61:20,23 62:1,6,10
77:15,21 78:3,8 79:22
83:2

---

**M**

**M-E-R-C-H-A-N-T** 5:8

**M-I-C-H-A-L-E** 49:18

**Madam** 7:23 8:6

**made** 14:10 53:9 60:15
83:5 89:2

**majority** 22:4

**make** 6:16,21 47:20,24
52:18 61:2 82:20 89:2,9

**makes** 6:16

**making** 80:23

**man** 26:23

**marijuana** 90:13,24

**Marion** 5:14 29:17
34:16,20 37:11,16,18

38:8,17 40:12 45:17
48:4 50:25 62:2 66:3
74:11 75:3 86:25 87:7

**mark** 45:14

**marked** 91:18

**married** 23:12 71:15
88:16

**matter** 72:3

**meaning** 27:8

**medication** 51:1

**medications** 51:13

**member** 63:2,7

**member's** 63:5

**members** 39:24 89:8

**memorial** 86:14,17

**memory** 89:6

**mental** 51:5,10,13,16
56:5,9,11

**mentally** 89:13

**mention** 14:20 52:13
78:21 79:21

**mentioned** 5:22 14:19
49:24 53:1 82:22 83:15

**Merchant** 4:2,17,25 5:7,
13,17 9:7,13,18,21
10:8,12 11:3,4 13:8,15
41:10 43:25 50:24 67:9
68:2 70:18,19 84:4
86:25

**Merchant's** 67:21

**message** 63:5,8

**met** 30:19 31:7,8 88:8

**Michael** 49:12,21

**Michale** 49:12,17,21

**middle** 5:9 10:4,5,10
11:10

**military** 18:14

**Miller** 77:7,25 78:2,13,
21,22

**minor** 32:12,17 38:11,19
50:7

**minute** 5:23 70:16 81:8

**minutes** 80:1,17

**misdemeanor** 90:24

**mistakes** 89:2

**Misty** 33:2,7,9,12,15,24
34:7,14

**mom** 53:15 57:15 86:16

**mom's** 55:18

**money** 23:4,5 25:10,13,
16,22 39:13,23,24 40:6

**months** 10:17,19 26:15,
16 37:14,24 57:15
66:17

**mood** 47:17

**morning** 5:5 65:16

**mother** 10:16 12:10,19,
20 13:24 21:13,15,20,
22 30:17 34:7,8,11,14
40:7 57:1,2

**mother's** 21:17,25
32:21 33:1,4 34:21
35:10

**mouth** 6:11

**move** 20:7

**moved** 12:20 13:4,23
15:13 20:9 30:4,5 31:14
32:2 34:8 79:7 82:1,2

**movements** 81:25 82:1

**moving** 33:24 53:15

**multiple** 36:11 52:8
56:14

---

**N**

**names** 7:9 9:25 10:4
49:6,14 59:14 63:1
79:12

**natural** 89:14

**nature** 8:12 16:12 47:18
54:22 55:8 86:1,14

**necessarily** 55:11 60:6
61:3

**neck** 79:8

**needed** 19:10 27:1
75:22 76:16

**night** 58:22 62:6 77:14,
20 78:2,7,22 79:16

**no-bond** 39:9

**non-college** 18:11

**non-financial** 71:2

**normal** 56:6

**north** 28:17,18,19,20
30:4,5 31:14,25 36:20
57:10

**Northeast** 43:17

**Notary** 4:6

**notifications** 70:13

**notified** 48:11,24 63:25
79:4 83:4

**November** 40:14,15
45:18,22 46:1 62:17
67:7

**number** 8:4 63:1,12

---

**O**

**Object** 15:1,9 17:12
25:18 29:19 32:18 36:5
37:25 38:12,24 39:20
43:7 45:12 53:11 54:24
55:4 56:2 58:8 65:1,24
67:16,23 77:22 80:11
85:3

**obtain** 17:11 18:1,3,5

**Ocala** 7:2,19,20 8:18
9:2,3,4 11:19,21 34:8,
15 43:18,25 56:23

**occasionally** 24:23,24
25:6

**occasions** 52:8 57:5

**occur** 12:12 55:20 56:23

**occurred** 20:11 26:17
32:21 59:23 75:12
84:12

**office** 8:16 33:11 75:3

**officer** 75:12,17 76:9,10,
15

**officer's** 76:11

**officials** 48:20

**older** 12:6

**oldest** 11:3,6

**ongoing** 76:5 86:15

**OPD** 32:22 33:11 34:12 35:9,11

**open** 60:16

**opened** 33:22 34:5

**opinion** 84:18

**opportunities** 74:4

**order** 59:25 79:1

**ordered** 55:2

**originally** 79:25

**owned** 68:20

**owns** 8:21

---

**P**

---

**p.m.** 91:13

**paid** 22:4 85:10 86:3

**paperwork** 33:25

**parental** 14:3,6

**parents** 9:6 11:23 12:8 30:12,15 51:19,25 56:14 86:16 88:7,15

**part** 68:8 84:19

**partially** 70:23

**pass** 10:14 86:16

**passed** 10:19,20,21 54:1 64:6,8,14 69:4,7, 11 84:15 87:24 88:3,6, 12 89:12

**passing** 86:9

**password** 50:10,13,17

**passwords** 50:15

**past** 21:5 51:17,22 73:3

**PATRICIA** 4:5

**Patty** 4:8

**pay** 22:9 25:6

**pending** 58:3

**people** 40:2 49:3 79:19

**percent** 46:10 66:14 72:16,20

**period** 53:2

**periods** 52:25

**person** 23:19 48:23 56:6 59:3 67:13 75:21 89:16 90:22

**personal** 5:16 48:18 67:11 68:4 69:17 71:23 77:19 78:6 84:8

**personally** 21:9 71:22 77:18 78:1 90:10

**persons** 87:2

**perspective** 6:24

**ph** 9:7 33:2

**Phillip** 10:7,8

**phone** 25:5,6 27:17,24 59:3,4 60:15,20,22,23, 24,25 61:1,9 62:18,22 63:12,14 69:24 70:2,5 75:10 82:22

**picked** 21:23 53:17 75:10

**pizza** 71:7,8,12

**place** 73:10,25 79:22 88:20

**Plaintiff's** 4:13

**plan** 58:14 86:16

**pod** 58:22 60:16 79:2 82:1

**pods** 81:20

**point** 11:24 12:3,18,23 15:18,21 19:9 22:21 23:3,23 32:7 36:12,19 37:10 39:4 48:3 62:12 64:10 81:12 84:12 86:5

**police** 14:14,24 33:8,14 34:15

**possession** 34:24 35:1 90:12,24

**possibility** 50:6

**possibly** 73:7

**post** 39:6,12,19,24 40:3 63:23

**post-incident** 61:19

**postcard** 43:24 44:2

**pot** 90:22

**PR** 70:14

**pregnant** 31:23

**preparation** 8:13,21,23

**prepare** 44:2

**present** 14:13

**presented** 84:20

**pretty** 53:22 65:25 87:22

**previous** 62:5

**Price** 74:7,10,17

**primarily** 12:9

**prior** 31:18 33:13 51:15 62:12 67:7 73:1 77:11 84:13

**prison** 30:7 31:15,21 56:13 66:8,12

**probation** 26:4

**proceedings** 58:11

**pronounced** 49:20 64:9

**property** 68:20 90:21

**prosecuted** 21:24

**prosecution** 83:2

**prosecutor** 83:7,9

**provide** 23:2,4,7 71:1

**provided** 67:8 69:25

**providing** 23:6

**public** 4:6 36:10

**purposes** 6:5

**put** 7:24 8:5 25:13 40:19 48:20 49:2 89:21

**putting** 29:13

---

**Q**

---

**question** 6:2,10,13,14 9:21 17:16,18 24:15 34:2 59:17 60:19 61:2 77:25 78:5

**questions** 5:18 6:5

**quit** 15:25 16:2,4,8

---

**R**

---

**raise** 4:17

**rarely** 44:16

**reach** 63:2

**reached** 53:3 59:4

**read** 48:14 81:2,5,9,11 91:9,15

**real** 68:20

**reason** 55:12 84:20

**recall** 13:3 20:18 23:22 28:11 57:12 61:16

**receive** 49:25 83:23

**received** 50:2 51:21 56:13 83:22 84:7

**receiving** 51:1,9 56:17 70:18 83:21

**recent** 28:15

**receptionist** 8:13

**recognize** 42:17,24 44:4

**recollection** 15:15 72:14 81:3

**record** 4:11 5:6 6:16,21 7:24 8:3,6,8

**recordings** 47:6,9

**records** 33:19 70:1 74:11

**recover** 86:6

**REDIRECT** 90:6

**refer** 31:4

**referring** 24:17 64:24 68:2

**reiterate** 5:24 83:11

**related** 28:15 30:10 83:21

**relates** 79:15

**relationship** 24:4 30:22, 25 31:3 53:23,25 54:2, 5,9 87:17,19 88:25

**relative** 63:9

**relatives** 30:10

**release** 37:16

**released** 46:20

**remain** 15:14

**remained** 12:22 37:10

38:21

**remains** 85:22

**remarried** 53:14

**remember** 13:25 14:7,8,
12,17 16:6 18:24 19:15,
22 20:6,9,11 21:12
22:17 25:3 44:8,13,22
46:16,18,21 47:5,12,14,
15,16,23 48:2,6 57:4,21
59:14 60:4 61:17 62:11,
25 71:14 72:19,22,25
73:1,3,6,8,17 76:12,23
79:11,15 81:14

**remotely** 4:12 5:1

**reopened** 34:6

**rephrase** 6:3 21:3 32:14

**report** 33:15

**reporter** 4:5,9 5:22 6:8
7:23 8:6

**represent** 5:14

**representative** 5:17
67:12 68:5 69:17 71:24
84:8

**representing** 36:12,14

**request** 57:3

**reserved** 91:14

**reside** 22:20 43:22
65:13 85:23

**respect** 35:6 41:6

**response** 70:17

**responses** 6:18

**responsibility** 67:13

**responsible** 84:2

**restate** 24:15 30:23

**restaurant** 20:2 71:7,13
72:17

**result** 85:2,19

**retirement** 69:10

**retrieve** 35:9

**return** 71:25

**returns** 71:19

**rights** 14:4,6

**robbery** 67:4

**room** 76:10 80:19,20
83:17

**roommate** 19:10 20:5

**roommates** 19:12 20:8

**root** 89:9

**roughly** 13:2,3 16:24
17:2 80:16

---

**S**

**safe** 67:6

**Sam** 4:13

**school** 15:20,23,25
16:2,4,8,11,24 17:1
53:16,19 54:15

**schools** 18:10

**scrolling** 42:12,13

**seconds** 80:9

**Security** 8:4

**seeking** 86:5

**self-employed** 8:11

**self-employment** 8:12

**senior** 15:24,25

**sense** 22:6 61:2 71:4

**sentence** 38:9

**sentenced** 37:22

**separate** 60:22

**separated** 54:6

**separately** 77:13

**Sergeant** 77:9 78:5,7,
15,21

**series** 5:18

**serve** 38:6

**served** 28:5

**server** 20:1

**service** 8:21,23 23:8
70:19,24 86:13

**services** 23:7 67:8

**set** 5:16 50:15 58:4,6
89:20

**setting** 18:11 56:13

**seven-page** 45:15

**sex** 32:17,23 40:17 50:6

**sexual** 32:12 38:11,18
39:5

**shake** 6:19

**share** 22:24

**shared** 61:1

**sharing** 22:3 45:16

**Sheriff** 5:14

**Sheriff's** 75:3

**Shockley** 43:15

**short** 80:13

**show** 41:21 43:14

**shown** 42:21

**sic** 62:17

**sidetracked** 41:5

**sign** 91:10,15

**significant** 23:19

**simultaneously** 60:25

**sir** 71:9

**sister** 24:7,8

**sisters** 9:11

**sit** 67:20

**situation** 12:13

**skill** 18:12

**slower** 6:12

**small** 69:22 90:23

**Social** 8:4

**son** 7:11 19:19,20 89:8,
11

**sort** 5:24 31:3 51:1,10
53:4 54:9,17 86:13

**sought** 56:12

**Sounds** 80:25

**source** 81:13

**sources** 81:18

**Southeast** 7:2

**speak** 52:4,6 59:2 65:15
75:9,11 76:7 81:24

**specialized** 73:23

**specific** 73:11 75:6

**specifically** 21:2,4
24:25 40:5,14 44:19
72:22 82:18

**specifics** 73:19

**Speculation** 15:9

**spell** 5:6,11 7:16 13:16
49:16

**spend** 38:4

**spent** 20:16 88:21

**spoke** 27:2 59:13,23
63:15 75:5,7,23 76:9
78:20,23 79:21 81:25

**spoken** 40:3 58:21,25
78:10,13,15 83:3,9

**spreading** 86:17

**Sprint** 70:5

**stamp** 80:7

**start** 80:8

**started** 32:16

**state** 4:6,10 5:5 21:23
56:9 57:24 83:3

**states** 57:10

**status** 20:5 39:9 58:1

**stealing** 55:8

**STENOGRAPHER** 4:8,
17,23 8:7 49:16,19 81:8

**step-brother** 88:16

**step-brothers** 9:14

**stipulate** 4:11

**stocks** 69:13,18

**stop** 45:16 59:25

**Street** 7:2

**strike** 10:23 31:11 36:17
62:21 77:11 78:18

**struck** 27:20

**study** 18:17

**stuff** 26:24

**successful** 67:22 85:16

**sued** 77:4

**suggest** 43:11

**suicide** 52:3

**support** 23:2,4 67:8 70:19,24 71:2,4

**supporter** 89:7

**supposed** 33:3 78:25

**surrounding** 14:9 26:20 48:8

**swear** 4:19

**swearing** 4:12

**sworn** 5:1

**system** 30:7

———————

**T**

**T-R-E-N-T-E-R** 7:17

**takes** 6:8

**taking** 51:12 55:18 82:17 88:20

**talk** 6:12,15 24:23 25:2 44:19 60:21,25 63:10 75:22

**talked** 44:16,18 55:23

**talking** 32:3 41:7 46:18 53:1 73:17 79:10 82:18 88:21

**tax** 8:13,21,22,24 71:19, 25

**technical** 18:10

**teenage** 73:2

**telephone** 45:25 46:4,8, 25 47:3

**telling** 29:12 79:25 81:1

**ten** 12:21 66:24,25 80:1

**ten-minute** 82:12

**Tennessee** 88:17

**tens** 39:15

**terms** 13:23 17:21 20:5 21:1 36:1 39:17 54:4 56:8 68:4 69:16 73:4

**testified** 5:1

**testimony** 4:19

**theft** 55:8,13

**thing** 6:17 24:14 51:20 76:16 78:24

**things** 5:23,24 47:21 53:7 54:16,21 55:8 79:9 87:13 90:1,2,3

**thought** 80:16

**thousands** 39:15

**threat** 56:18

**THURSDAY** 4:3

**ticket** 91:1

**time** 6:1,14 12:18,23,25 16:25 17:2,3 18:23 19:14,16,21,23 23:14, 16,20 24:8,17 27:2 28:5 29:1 31:2,24 32:8 33:17 34:13 36:14,25 38:4,6 45:8 46:7 47:20 48:20 50:25 52:14,25 53:2 54:1 56:12 60:15 61:11 64:23 65:4,17 68:9,14 69:7,10,20 70:24 72:21 80:7 87:4 88:1,7,21,22 91:5

**timeframe** 18:21 19:5 22:7 24:25 41:2 64:17 66:2

**times** 20:18 46:4 51:18 56:14 75:5

**today** 5:16,18 6:1,6 8:17 11:14 17:16 52:14 65:7, 18,19 67:20 88:22 89:24 91:5

**told** 9:3 27:1,10 35:11 50:5 59:17,19 60:8 63:17 65:17 71:14 74:23 76:15,18 78:24 79:4,9,17 84:17,19 86:25

**toll** 89:13

**Tommie** 9:7,13,18,20,22 10:8,12,23,25 11:3,7,8 12:7 64:24 65:6,22 66:4 67:7 68:2 70:18 71:6,15

**top** 59:14 83:8

**totaled** 80:8

**town** 88:15

**trade** 18:12

**training** 73:23 74:3,4

**transcript** 4:1 91:16

**treat** 51:19

**treated** 51:5,16

**treating** 56:10

**treatment** 51:10 54:21 55:3 56:12,13 83:22

**Trenter** 7:15 8:24

**trial** 58:4,7,14

**truth** 4:20,21

**turned** 11:9 33:14

**type** 18:12 30:25 35:19 51:19 61:6 73:4

**types** 54:16

**typical** 87:18

**typically** 89:17,18

———————

**U**

**uh-huh** 6:20

**uh-uh** 6:19

**uncle** 12:24 13:5,25

**uncle's** 13:7

**uncomfortable** 52:19

**underage** 32:17,24

**understand** 6:2,4 17:19 31:20 52:15 55:25

**understanding** 36:24 39:8 41:3 58:6 67:19 70:7 84:1

**understood** 55:14,16,19

**Unintelligible** 57:19 81:7

———————

**V**

**vehicles** 68:18

**verbal** 6:18

**versus** 81:1

**Vester** 10:11,12

**victim** 21:20 29:16 45:1, 5

**victims** 29:24

**video** 32:23 45:21 50:6 61:6 80:5,7

**videoconferenced** 4:2

**view** 48:19

**violence** 26:3,5,7,17,20 27:8,15 32:21 34:19 37:1,15,21 38:5,7

**violent** 27:17

**Virginia** 32:1

**visit** 24:1 49:3 64:22,25

**visited** 12:10 64:18

**Vivian** 9:7 10:25

———————

**W**

**wait** 6:9,13 81:8

**walked** 26:22 33:10

**wanted** 14:10,15 54:9 86:24

**watch** 76:16

**watching** 78:25

**website** 73:13

**websites** 73:9,14,15,24

**week** 60:2 62:24 63:18

**weekends** 12:11

**whatsoever** 68:14

**White** 76:25

**wholly** 70:23

**wished** 52:9

**wishes** 21:25

**woman** 76:1

**words** 6:18 60:18 64:9 73:12

**work** 8:13,20 71:5 73:4, 9

**worked** 73:12

**working** 19:21,23 65:12, 18,19 73:7,18 79:16 88:13

**works** 71:7 86:20

**write** 43:9

**writing** 41:11 44:4

**written** 58:19 63:20

**wrong** 43:21 56:1

**wrote** 43:5,12 44:9,24
45:9

_____

**Y**
_____

**Y-V-O-N-N-E** 13:18

**year** 10:17 12:6 15:24,
25 16:20 17:22 26:15,
16 28:11 38:22 57:16
58:7 66:11 71:25 72:5,
11

**years** 7:5 10:15 20:15
66:23,25 72:11 89:19

**York** 33:25

**young** 14:6 49:12

**younger** 24:8 73:2,3

**youngest** 11:12

**Yvonne** 13:15,16,19

_____

**Z**
_____

**ZIP** 43:21

**Zoom** 4:12