UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO:  5:23-cv-00661


KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

        Plaintiff,

vs.

BILLY WOODS, Sheriff of Marion County,
Florida, in his official capacity;
Deputy Justin Kosinski;
Deputy Dellun Miller,
Sergeant Jerome Dukes,

        Defendants.
_____/

               All participants appearing
               via videoconference and/or
               teleconference

               Tuesday, June 17, 2025

               2:08 p.m. (EST) - 3:50 p.m. (EST)


VIDEOCONFERENCED

DEPOSITION OF:

TOMMIE VESTER PHILLIP MERCHANT

**A P P E A R A N C E S:**

BENJAMIN A. BERKMAN, ATTORNEY AT LAW
Romanucci and Blandin, LLC
321 North Clark Street, Suite 900
Chicago, Illinois    60654

      Appearing by videoconference on behalf
      of the Plaintiff

BRANDON BYERS, ATTORNEY AT LAW
Hilyard, Bogan & Palmer, P.A.
105 East Robinson Street, Suite 201
Orlando, Florida    32801

      Appearing by videoconference on behalf
      of the Defendants

# I N D E X

**TESTIMONY OF TOMMIE VESTER PHILLIP MERCHANT:**

        Direct Examination - By Mr. Byers                    5
        Cross-Examination - By Mr. Berkman                  60
        Redirect Examination - By Mr. Byers                 73


CERTIFICATE OF OATH                                          82
CERTIFICATE OF REPORTER                                      83
SUBSCRIPTION OF DEPONENT                                     84

READ AND SIGN LETTER                                         85

1    The videoconferenced deposition of TOMMIE VESTER

2    PHILLIP MERCHANT, taken on behalf of the Defendants,

3    on Tuesday, June 17, 2025, beginning at 2:08 p.m.

4    (EST), before Candy Morgan, being a Registered

5    Professional Reporter, Florida Professional Reporter,

6    and Notary Public, State of Florida at Large.

7                        - - - -

8            The attorneys and parties participating in

9    this deposition acknowledge that I, Candy Morgan, the

10   stenographer and notary public licensed in the state

11   of Florida, although not physically present with the

12   witness, have taken notice of their picture

13   identification for verification; and that I will be

14   reporting the proceedings and administering the oath

15   remotely.  This arrangement is pursuant to the Florida

16   Supreme Court Administrative Order No. AOSC-20-16 (and

17   extended by AOSC-20-23).  The parties and their

18   counsel consent to this arrangement and waive any

19   objections to this manner of reporting and my keeping

20   of this record.

21            Please indicate your agreement and/or

22   stipulation by stating your name and your agreement on

23   the record, as well as making mention of anyone else

24   present with you in the room during these proceedings.

25            So, Mr. Berkman?

```
1              MR. BERKMAN:  No one is with me in the room.

2              THE STENOGRAPHER:  All right.

3                  Mr. Byers?

4              MR. BYERS:  Yeah, I have no objection and no one

5         else is in the room, as well.

6              THE STENOGRAPHER:  All right.

7                  Now, Mr. Merchant, if you'll raise your

8         right hand, I'll put you under oath.

9                  Do you solemnly swear or affirm the

10        testimony you're about to give will be the truth, the

11        whole truth and nothing but the truth, so help you

12        God?

13             TOMMIE VESTER PHILLIP MERCHANT:  I do.

14             THE STENOGRAPHER:  Thank you, sir.

15                  TOMMIE VESTER PHILLIP MERCHANT,

16   after having first been duly sworn testified as follows:

17                   DIRECT EXAMINATION

18   BY MR. BYERS:

19        Q.   Good morning, sir.

20             Could you state your full name for the record,

21   please?

22        A.   Tommie Vester Phillip Merchant.

23        Q.   Thank you, Mr. Merchant.

24             My name is Brandon Byers and I'm an attorney that

25   represents the Defendants in a lawsuit that was brought by
```

```
 1    Krysti Merchant, as Personal Representative of the Estate
 2    of Cory Merchant.
 3            I'm gonna ask you some questions today,
 4    essentially, just to figure out what you know about the
 5    facts giving rise to this lawsuit.
 6            You've been named as a survivor of Mr. Merchant.
 7    And so I'm gonna ask you questions, you know, about that,
 8    as well as some questions about yourself and Mr. Merchant,
 9    as well as any knowledge that you may have of the incident
10    that occurred involving Mr. Merchant.
11            Before we begin and start asking these questions,
12    I just want to know, have you ever given a deposition
13    before?
14        A.    Yeah, I have.
15        Q.    Okay.
16            And what kind of case did you give a deposition
17    for?
18        A.    A criminal case.
19        Q.    Okay.
20            And were you a witness in the criminal case?
21        A.    Yeah.
22        Q.    Okay.
23            And so, an attorney -- presumably a criminal
24    defense attorney or a prosecutor sat you down, had a court
25    reporter and just asked you questions about what you knew?
```

```
 1       A.    Yep.

 2       Q.    Okay.

 3             So, essentially, that's gonna be today, as well.

 4             I don't know if they explained any ground rules

 5   to you or anything else about the deposition but, you know,

 6   for purposes of today, of course, you met Ms. Morgan, she's

 7   the court reporter, she's gonna sit here and eventually

 8   type up every question that was asked and then your

 9   answers, as well.  So to make that clear and easier for

10   her, as well as everybody else, we would just ask that you

11   let me finish my question first and, of course, I'll give

12   you time for you to answer the question.

13             Make sure you don't -- you know, even if the

14   question -- you know, you may think that you know the

15   answer, you know, just please just make sure that I finish.

16             And we also want your responses to be verbal.

17   And what I mean by that is, you know, if the question calls

18   for, you know, a yes or no answer, just say yes, say no,

19   instead of nodding your head or you saying uh-huh or

20   huh-uh.

21             You know, if you don't understand a question for

22   any reason, just let me know.

23             This isn't, you know, a memory test so if you --

24   you know, don't know or you can't remember, it's fine for

25   you to just say you don't know or you don't remember.
```

```
 1            I don't envision that this deposition will take
 2    all that long but, of course, if you need a break at any
 3    time, please let me know.  We'll probably take a break, if
 4    we're still doing the deposition, in about an hour or so
 5    but if you need a break before then, just let me know.  The
 6    only thing I would ask is, if there's a question pending,
 7    that you answer it, you know, before we go on break.
 8            So do you have any questions about that or do you
 9    agree with those, I guess, preliminary instructions?
10        A.    Yeah.
11        Q.    Okay.
12            So what's your year of birth, Mr. Merchant?
13        A.    1984.
14        Q.    Okay.
15            And it's my understanding -- and we've already
16    taken the deposition of Krysti but I do want to ask some
17    questions about -- you know, that may be repeated.
18            But it's my understanding that yourself, Krysti
19    and Cory all shared the same mother and father.
20        A.    Yes.
21        Q.    Okay.
22            And it's also my understanding that you have
23    additional maybe brothers, half-brothers on your father's
24    side?
25        A.    I have -- yes.
```

```
 1       Q.   Okay.

 2            Do you -- did your mother -- and my understanding

 3  she's deceased, but did your mother have any other children

 4  besides yourself, Krysti and Cory?

 5       A.   No.

 6       Q.   Okay.

 7            It's also my understanding that you are the

 8  oldest sibling amongst yourself, Krysti and Cory.

 9       A.   Yeah.

10       Q.   Okay.

11            And what month and day were you born?

12       A.   ██████████████████

13       Q.   Okay.

14            And where -- where do you currently reside?

15       A.   Gainesville, Florida.

16       Q.   And what's the address?

17       A.   7117 Southwest Archer Road, Gainesville, Florida,

18  32608.

19       Q.   Okay.

20            And how long have you lived in Gainesville,

21  Florida?

22       A.   Almost a year.

23       Q.   Okay.

24            And before that, what -- I don't need to know the

25  address but what city and state did you live in before
```

1    Gainesville, Florida?

2        A.    Daytona.

3        Q.    Okay.

4              And before Daytona, were you in the Department of

5    Corrections?

6        A.    I was in the Department of Corrections.

7        Q.    Okay.

8              Are you employed?

9        A.    Not right this minute.

10       Q.    Have you been employed since you were released

11   from the Department of Corrections?

12       A.    Yes.

13       Q.    And where did you -- where are the places that

14   you've worked?

15       A.    I worked at Burger King on beachside in Daytona

16   and the one on Ridgewood.  I worked at the CMX movie

17   theater in Daytona.  I worked at a bed and breakfast on

18   Beach Street -- 426 South Beach Street.

19              And I recently just had a job in Gainesville here

20   at a pizza place called Blaze.  Blaze Pizza.

21       Q.    So when were you released from the Department of

22   Corrections, month and year?

23       A.    December 9th, 2023.

24       Q.    Okay.

25              So did you live in Daytona Beach for

1    approximately about a year-and-a-half; is that how long you

2    were there?

3        A.    Yeah.

4        Q.    Were you on probation at all after release from

5    the Department of Correction?

6        A.    Yeah, I was on CRD, conditional release.

7        Q.    Okay.

8        A.    I'm still with there now.

9        Q.    And what was the program called?  I'm sorry.

10       A.    It was conditional release.

11       Q.    Oh, okay.  I thought you mentioned something

12   else.

13            Okay.  And so were you -- were you living, like,

14   in a halfway-house-type facility or were you just on your

15   own and had to report to a probation officer?

16       A.    Just had to report to a probation officer.

17       Q.    Okay.

18            And when did you get off probation?

19       A.    Let's see.  It was February -- I think it

20   was February 8th, 2024.

21       Q.    Okay.

22            Now, I'm assuming -- but maybe not -- but since

23   your release from the Department of Corrections, have you

24   been arrested at all?

25       A.    No.

```
 1        Q.    Do you have any children?

 2        A.    Yes.

 3        Q.    How many children do you have?

 4        A.    Two.

 5        Q.    Do you pay child support?

 6        A.    Yes.

 7        Q.    How much do you pay in child support a month?

 8        A.    Like two thirty-four or something for one -- I

 9   only pay for one.

10        Q.    Okay.

11              And how old are the two children?

12        A.    They're 24 and 18.

13        Q.    Okay.

14              So I'm assuming you don't pay for any support for

15   the 24-year-old?

16        A.    No.

17        Q.    Okay.

18              And then, the 18-year-old, are you doing back-pay

19   on child support or is it --

20        A.    Back pay.

21        Q.    Is that a yes?

22        A.    Back pay.

23        Q.    Okay.

24              Is there a point in time where you're no longer

25   obligated to pay child support?
```

1      A.    I don't know.  They didn't tell me nothin' of

2  that.

3      Q.    Okay.

4            Okay.  Do either of the two children reside with

5  you?

6      A.    No.

7      Q.    I guess they're not small children but do either

8  of them reside with you?

9      A.    No.

10      Q.    Are you married?

11      A.    No.

12      Q.    Any previous spouses or marriages?

13      A.    No.

14      Q.    Okay.

15            Did you graduate high school?

16      A.    I got my GED.

17      Q.    Okay.

18            Where did you get your GED?

19      A.    Pamunkey Regional Jail in Hanover County,

20  Virginia.

21      Q.    Okay.

22            Have you gone to any college or vocational or

23  trade schools?

24      A.    I'm signing up for one now.

25      Q.    Okay.  And what are you signed up for?

1      A.    Music production at Full Sail University.

2      Q.    Okay.

3            When do you start classes?

4      A.    August 4th.

5      Q.    Is it a -- is it a -- like a two-year program, a

6  four-year program, is it a certificate; what's the --

7      A.    It's supposed to be a four-year -- it's supposed

8  to be a four-year program but they said I can do it in 27

9  months or 28 months.  And then they said that -- it's gonna

10  be on campus or online.  I'm gonna start off online and

11  then maybe go off to --

12      Q.    Okay.

13      A.    -- the campus.

14      Q.    And what do you envision -- after you earn this

15  degree, what do you envision doing for employment?

16      A.    Helping troubled kids.

17      Q.    Okay.

18            And so, do you intend to -- for example --

19  because you said music production, correct?

20      A.    Yeah.

21      Q.    So do you -- are you going to work with troubled

22  children, you know, and, I guess, maybe discuss music with

23  them or --

24      A.    Yes.

25      Q.    -- produce music for them?

1        A.    Yeah.

2        Q.    Okay.

3              Do you have any -- are you doing that at all like

4    on a volunteer basis currently?

5        A.    No, I haven't recently, no.

6        Q.    Okay.

7              And why did you -- is this something you've

8    always wanted to do or you just decided one day this is

9    what you wanted to do?  What triggered you to do this music

10   production for troubled children?

11       A.    Just trying to help them so they don't go down

12   the road I did.

13       Q.    I'm sorry, what was that?

14       A.    Just try to help -- try to help kids so that they

15   don't go down the road that I went down.

16       Q.    Okay.  Well, that's good.

17              So what was the -- what was the name of your

18   mother -- biological mother?

19       A.    Vivian Merchant.

20       Q.    And your father?

21       A.    Tommie Merchant.

22       Q.    It's my understanding that your father shares a

23   first and last name with you and maybe even partial middle

24   name with you.  What is your understanding of his full

25   name?

1     A.   His full name?  Tommie Vester Merchant.

2     Q.   Okay.  And there's no Phillip within his name.

3     A.   Huh-uh.  Phillip is my mom's dad's name.

4     Q.   Okay.  Makes sense.

5          Were your mother and father ever married?

6     A.   Yes, they were.

7     Q.   Okay.

8          Did they ever get divorced?

9     A.   I don't know if they legally got divorced.  She

10    kept the last name, so I don't know.

11    Q.   Okay.

12         Did your father ever have any other spouses?

13    A.   My father -- yeah, he did get remarried.

14    Q.   Okay.  And that was after your mother?

15    A.   Mm-hmm.

16    Q.   Okay.

17         Do you know if your mom ever remarried or had

18    another, you know, boyfriend or lived with any other --

19    anybody else?

20    A.   She had another boyfriend.

21    Q.   Okay.  And what was his name?

22    A.   Kenneth Morrison.

23    Q.   And what was your father's --

24         Well, how many times did he get remarried after

25    your mother?

```
 1        A.   Just once.

 2        Q.   Okay.

 3             And what was the name of the spouse that he

 4   had -- that he remarried with?

 5        A.   Denise.

 6        Q.   And do you know Denise's last name?

 7        A.   It was Merchant.  I don't know after -- I think

 8   she's gotten remarried since my dad passed.

 9        Q.   So she is -- she's still alive.

10             What about Kenneth Morrison, is he still alive?

11        A.   I heard he just passed, too.

12        Q.   Oh, he did?  Okay.

13             And, of course, we've talked about Cory.

14             Do you know when Cory was born?

15        A.   July 3rd --

16        Q.   Does 1986 sound familiar?

17        A.   1986, '87, maybe -- '86.

18        Q.   Okay.

19        A.   And Krysti was right after him.

20        Q.   I'm sorry, what was that?

21        A.   Krysti was right after him.  Krysti, my sister.

22        Q.   Okay.

23             And so you're approximately a year-and-a-half or

24   so older than Cory?

25        A.   Yes.
```

1    Q.    Okay.

2          And then, Krysti, do you know when she was born?

3    A.    Probably a year after that.

4    Q.    Okay.

5          When -- and I may have asked this but I'm not

6    sure if I did -- when did your parents -- your mother and

7    father get divorced or when did you stop -- when did they

8    stop living together?

9    A.    I was probably about four or five, maybe.

10   Q.    Okay.

11         Did you reside with your mother or your father?

12   A.    Father.

13   Q.    And was that continuous throughout your

14   childhood?

15   A.    Yep.  Probably till I was about 12 -- 11 or 12.

16   Q.    And then what happened when you were 11 or 12?

17   A.    I ended up moving in with my mom and then went to

18   foster care.

19   Q.    Okay.

20         And how long did you live with your mom before

21   you went to foster care?

22   A.    Probably about a year.

23   Q.    Okay.

24         And then did you reside with a family or did you

25   reside -- just talking about the foster care -- did you

1   live with, like, a foster family or did you live, like, in

2   a -- you know, with other foster children in a more dorm-

3   style arrangement?

4        A.   I went to foster homes that -- like families.

5        Q.   Okay.

6             Did you have one in particular that you resided

7   long term with until you reached an adult or you just moved

8   around?

9        A.   I just moved around for a while and then ended up

10  getting -- my mom ended up getting custody of me back.

11       Q.   Okay.  So, then, eventually, before you turned

12  18, you went back and lived with your mother?

13       A.   Mm-hmm.

14       Q.   And how long did you -- when did you move back in

15  with your mother; about approximately how old were you?

16       A.   Probably about 16.

17       Q.   Okay.

18            And then at some point did you move out when you

19  were 18?

20       A.   Yeah.

21       Q.   Okay.

22            What about Cory, did -- did Cory live with you

23  with your father?

24       A.   (Nods head)

25            Yeah.  He lived with me and my dad and then my

```
 1    mom would get us every other week -- or every other weekend
 2    and we would all --
 3         Q.    Okay.
 4         A.    She --
 5         Q.    Now, at some point, did Cory ever live with --
 6    with foster families at all?
 7         A.    No.
 8         Q.    Okay.
 9               Are you aware of a situation where the police
10    were called because your father no longer wanted custody of
11    Cory, probably when he was maybe 10 or 12 years old?
12         A.    I'm not -- I don't know if I remember it but I --
13    I kind of remember something but I don't know, it's all --
14    that's so long ago.
15         Q.    Sure.
16               Do you know if Cory -- or do you ever recall Cory
17    living with his grandmother, Vivian, maybe was her name?
18         A.    No.  Grandma?  He was living with our grandma for
19    a little while.
20         Q.    Okay.
21               And, I guess, maybe your uncle lived there, as
22    well?  Does Yvonne Merchant sound familiar?
23         A.    Yeah, Yvonne Merchant.
24         Q.    Okay.
25         A.    Yeah, that's my grandma.
```

1      Q.   And i guess your uncle's name was Lonnie

2   Merchant?

3      A.   Yeah.

4      Q.   Do you know how long Cory lived with your

5   grandmother and his uncle?

6      A.   I don't recall but I remember going out there and

7   seeing them.

8      Q.   Okay.

9           Now, did Cory ever go back and live with his

10   mother like you did when you were about 16 years old?

11      A.   Yeah, he went back and lived with Mom.

12      Q.   Okay.

13      A.   I remember he lived with Krysti for a time, too.

14      Q.   Okay.

15      A.   There was a few years that he lived with Krysti.

16      Q.   And I'm assuming that's when Krysti was an adult?

17      A.   Mm-hmm.

18      Q.   Did Cory ever live with you?

19      A.   I think we lived at our uncle's house together at

20   one time.

21      Q.   Okay.

22           Was that when you were children or was that when

23   you were adults?

24      A.   No, that's when we were adults.

25      Q.   Okay.

```
 1              Would that have been with Lonnie Merchant or a
 2   different uncle?
 3        A.    No, my mom's brother, Kenneth.
 4        Q.    Kenneth?
 5        A.    Yeah.
 6        Q.    And what's Kenneth's last name?
 7        A.    McNamee.
 8        Q.    McLamee (ph)?
 9        A.    McNamee.  My mom's maiden last name.
10        Q.    Oh, okay.  McNamee.
11              Do you know how to spell that?
12        A.    M-c-N-a-m-e-e.
13        Q.    Okay.
14              And so was the house -- was it owned or was it
15   rented by your uncle and you-all lived there with him or --
16        A.    I believe it was rented.
17        Q.    He was renting?
18        A.    Or renting, yeah.
19        Q.    Okay.
20              And so did -- do you know if Cory paid any rent
21   to your uncle?
22        A.    At that time, I don't think he was -- I don't
23   think he made us pay rent.
24        Q.    Okay.  So you didn't pay rent, either?
25        A.    Huh-uh.
```

```
 1        Q.   Okay.

 2             So I kind of want to talk a little bit about the

 3   adult relationship that you had with Cory.

 4             My understanding is you've -- besides getting

 5   released, I guess, in December of 2023, you had been within

 6   the Department of Corrections from at least 2012; is that

 7   your recollection?

 8        A.   Yes.

 9        Q.   Okay.

10             And then prior to that, as well, you had -- you

11   were with the Department of Corrections off and on for

12   maybe since 2008?

13        A.   Yep.

14        Q.   Okay.

15             And I thought I heard you reference something

16   about maybe a Virginia time that you may have been in,

17   like, a Virginia correctional facility?

18        A.   Yeah, when I was 18.

19        Q.   Okay.

20             So -- so when you were 18 -- so, were you up --

21   were you living in Virginia at the time?

22        A.   Yeah.

23        Q.   Okay.

24        A.   Me and my mom, yeah.

25        Q.   Okay.  You and your mom lived there.
```

```
 1              Did Cory live up there with you in Virginia?
 2        A.    No.  He came and visited one time up there while
 3    we were up there.
 4              And I went to jail and I told her just to move
 5    back down there 'cause she had Cory and Krysti down here --
 6    down in Florida.  So she didn't have nobody else up there
 7    so I told her to move back to Florida and that's what she
 8    did.
 9        Q.    Okay.
10              So let's see here -- 2000 -- so when you were 18,
11    that would have been --
12        A.    20-something years ago.
13        Q.    Yeah.  So how long were you incarcerated in
14    Virginia?
15        A.    A year.
16        Q.    A year?  Okay.
17              So was it, like, age 18 and 19?
18        A.    Yeah.  Well, 17 and 18.  I got arrested when I
19    was 17 and then, when I turned 18, they just put me over in
20    the adult jail.
21        Q.    Okay.
22              And what were you convicted of?
23        A.    Possession of cocaine on school property.
24        Q.    Okay.
25              Were you attending school at the time?
```

1      A.    It was the high school I was going to.

2      Q.    Okay.

3            Were you -- after your release from custody in

4   Virginia, were you placed on probation at all?

5      A.    Not that -- not that time.

6      Q.    Okay.

7            And so, you were released, you know, from this --

8   from the facility in Virginia.  Did you move back down to

9   the Marion County area or did you move somewhere else?

10     A.    I moved back down to Marion County.

11     Q.    Okay.

12           And when was -- I'm trying to get a time frame of

13  the year.  Do you recall what year you would have moved

14  back down to Marion County after Virginia?

15     A.    It was probably 2004, maybe.

16     Q.    Okay.

17           So from approximately 2004 to 2008, did you have

18  any other periods of incarceration, whether locally or

19  within the prison system?

20     A.    Marion County Jail.

21     Q.    Okay.

22           Is it your recollection that you did not go to

23  prison for the first time until 2008?

24     A.    Yeah.  I went -- I went to prison in 2008 to

25  2011, got out in 2011 and went back in 2012.

1    Q.   Okay.

2         And so the times that you were in the Marion

3   County Jail from approximately 2004 to maybe 2007, were

4   those just -- were you convicted of anything or was it just

5   arrest and then release or what was going on?

6    A.   It was for, like, worthless checks and then I did

7   a few, like, six months sentences in there, like got

8   sentenced to six months.

9    Q.   So from that period of 2004 to 2008, what was

10  your relationship -- you know, how often did you see Cory,

11  what was your relationship with Cory during that time

12  period?

13   A.   It was all right.  I was trying to talk to him

14  because I could tell he was going down the wrong road and I

15  tried to talk to him about it.

16   Q.   Okay.

17        Do you know if Cory ever went to college?

18   A.   I think -- I believe he did attend CFCC for a

19  short period of time.

20   Q.   Okay.  And CFCC, what -- what's that acronym for?

21   A.   Central Florida Community College.

22   Q.   Okay.

23   A.   In Ocala.

24   Q.   Okay.

25        What were some of the things that you observed

```
 1   with Cory during this time period that found -- that you

 2   did not, I guess, want him to follow your path?

 3       A.   Well, I just got like -- he had had surgery on

 4   his arm and, I guess, the pain medication that he was

 5   taking, I could tell that he was starting to get -- like

 6   abuse it, I guess.  And I just -- I could just see where he

 7   was going -- where it was going.

 8       Q.   Okay.

 9            Was it, like, prescription pain medication that

10   he was taking?

11       A.   Yeah.

12       Q.   Okay.

13            Are you aware of any other -- besides maybe

14   prescription drugs, are you aware of any other drug abuse

15   by -- by your brother?

16       A.   No.

17       Q.   Are you -- do you have any knowledge of Cory's

18   past criminal history?

19       A.   Just that I know he got arrested for stealing

20   money from my stepdad and Mom one time.  And, other than

21   that, no.

22       Q.   Okay.

23            And was that before 2008?

24       A.   Yeah, I believe so.

25       Q.   Okay.
```

1           So in that time period, I guess -- so you had

2    about a year out, I think you indicated, between sometime

3    in 2011, 2012?

4        A.   Mm-hmm.

5        Q.   Did you -- did you see Cory in that time period?

6        A.   Yeah.

7        Q.   And what was -- what was Cory doing at that time?

8        A.   I know he was working as -- I forget exactly

9    where, I think it was a place that makes the closet hangers

10   or whatever.

11       Q.   Mm-hmm.

12       A.   Closetmaid in Ocala.

13       Q.   Sure.

14       A.   And I believe he was working there and he was

15   doing decent.  He was doing good.

16       Q.   Okay.

17            Did you see -- did you observe any similar

18   struggles that you observed, you know, in 2004 to 2008 with

19   Cory in that time period?

20       A.   No.

21       Q.   Okay.

22            When was the last time that you spoke with Cory

23   before his death?

24       A.   It was probably while I was in prison.  When I

25   called home and talked to Mom he was over at Mom's house

```
 1    and I talked to him.
 2         Q.    Okay.
 3               And I'm assuming the last time --
 4               Did he ever visit you while you were in prison?
 5         A.    When I first came, I believe he came with Mom a
 6    couple of times -- Mom and my daughter.
 7         Q.    Okay.  And that's probably a bad question on my
 8    part.
 9               The most recent stint that you had, did he ever
10    visit you during that time period?
11         A.    Huh-uh.
12                    (Discussion off the record)
13               MR. BERKMAN:  Okay.  I objected to the form of
14         the question.
15    BY MR. BYERS:
16         Q.    Mr. Merchant, did you understand the question
17    that I was asking you?  I was just trying to determine if
18    you -- if Mr. Merchant -- Cory -- visited you during your
19    incarceration from approximately 2012 until his -- until
20    his unfortunate death?
21         A.    No.
22         Q.    Okay.
23               Did you ever help Cory financially at all?
24               And what I mean financially, did you ever pay
25    bills for him, did you ever give him money?
```

1        A.   Yeah, I'd give him money when it was -- I had an

2    apartment over off 36th in Ocala and I was working at a

3    cabinet shop and he'd come over there and I'd give him

4    money.

5        Q.   Okay.

6             And in approximately what years were you working

7    at the cabinet shop?

8        A.   That was probably 2005 and 6.

9        Q.   Okay.

10            And what about Cory, had he ever given you money

11   in the past?

12       A.   Yeah.  He sent me money a couple of times when I

13   was in prison.

14       Q.   Okay.  And how much money did he send you,

15   approximately?

16       A.   He probably sent me between 50 bucks and 100

17   bucks.

18       Q.   Okay.

19            And was that, like -- did he do that multiple

20   times or was that -- was that a total amount that you

21   probably received from him?

22       A.   He did it multiple times throughout the years.

23       Q.   Do you remember the last time you may have

24   received money from Cory?

25       A.   It was probably right before Mom had the stroke,

 1    sometime in '18.

 2         Q.   Okay.

 3         A.   'Cause she had the stroke in August of '18.

 4         Q.   Okay.

 5              I'm assuming you're now aware that Cory was at

 6    the Marion County Jail at the time of this incident.

 7              Did you know that Cory was at the Marion County

 8    Jail?

 9         A.   Yeah, I knew that he was in jail.  I didn't

10    really know what for.

11         Q.   Okay.

12              Were you aware that Cory spent time in the

13    Florida Department of Corrections, as well?

14         A.   Yes.

15         Q.   Okay.

16         A.   He got out in 2017, I believe.

17         Q.   Okay.

18              And you may or may not know this, but is it your

19    understanding that Cory went directly from the Florida

20    Department of Corrections and was booked into the Marion

21    County Jail; that he spent really no time out during in

22    between that time period?

23         A.   I don't know.  I remember him being out.

24         Q.   Okay.

25         A.   I'm not sure how long he was out.

```
 1        Q.    Do you know how many separate stints Cory did in

 2   the Florida Department of Corrections?

 3        A.    He only did one.

 4        Q.    Just the one?  Okay.

 5              And do you know why he was in the Florida

 6   Department of Corrections, for what crime?

 7        A.    I believe it was organized fraud or something.

 8        Q.    Okay.

 9              Were you ever in the Florida Department of

10   Corrections together; in the same facility?

11        A.    No, we weren't at the same facility.

12        Q.    Okay.

13              Have you ever been in the Marion County Jail with

14   Cory?

15        A.    Yeah.

16        Q.    Okay.

17              When -- when were you guys in the jail together?

18        A.    I forget exactly when it was but he was in the

19   green and white and I was in black and white.

20        Q.    Okay.

21              And what is your understanding of the green and

22   white?

23        A.    That's the trustees, they could go outside.

24        Q.    Okay.  And then you said you were in a black and

25   white?
```

1       A.    That was -- I was a trustee that worked inside

2   the jail.

3       Q.    And what charges were Cory -- was Cory in for?

4       A.    I believe it was the organized fraud or Grand

5   Theft or whatever it was.

6       Q.    Okay.

7             And I'm assuming -- and I don't want to assume

8   anything, but was this before 2012?

9       A.    Yeah.

10      Q.    Okay.

11            Do you know approximately what years that was?

12      A.    No.  It wasn't long 'cause I never really

13  remember him being in there that long.  He never -- wasn't

14  never in jail that long.

15      Q.    Okay.

16            Did you guys have interactions with each other,

17  were you able to talk with each other when you were in the

18  Marion County Jail together?

19      A.    Yeah, he would -- I would talk to him while we

20  were in there.

21      Q.    In terms of your observations of Cory at that

22  time -- I mean, did you make any -- I don't want to use the

23  term such as observations but what -- what did you -- I

24  mean, did you see him having trouble, was he doing fine,

25  what was -- what was his demeanor inside the jail?

1      A.   He was all right.  He wanted to get out just like
2   everybody else.
3      Q.   Did you observe anybody -- was he ever involved
4   in any -- any fights while he was in there with you?
5      A.   No.  He wasn't the fight -- he really wasn't the
6   fightin' type.
7      Q.   Okay.
8           Were you aware -- did he ever get in trouble for
9   any violations of jail rules while you two were in there
10  together?
11              (Discussion off the record)
12          MR. BERKMAN:  I just objected to the question.
13          MR. BYERS:  Okay.
14          THE STENOGRAPHER:  Okay.
15          MR. BERKMAN:  I will try to be closer to the mic.
16          THE STENOGRAPHER:  Okay.  The only reason I know
17      you're talking is you light up just a little bit
18      around your -- the box there.
19              So now I don't have an answer because I was
20      trying to figure out if you had an objection.
21              So the question was, "did he ever get in
22      trouble for any violations of jail rules while
23      you two were in there together?"
24              Was there an answer, Mr. Merchant?
25          THE WITNESS:  Not that I can recall.

Landmark Reporting, Inc.

```
 1              THE STENOGRAPHER:  Okay.

 2   BY MR. BYERS:

 3       Q.   Did Cory ever express to you thoughts of self-

 4   harm or suicide?

 5       A.   No.

 6            I did -- he did go through one bout of depression

 7   or something where he was depressed a lot but he never told

 8   me he wanted to kill himself.

 9       Q.   Do you remember when -- what the time frame was

10   of that, in terms of the years?

11       A.   It was before I went to prison.  I don't know

12   exactly when.

13       Q.   Okay.

14            Are you aware if Cory had ever been Baker Acted?

15            MR. BERKMAN:  Objection.

16            THE WITNESS:  Huh?

17            MR. BERKMAN:  You can answer.

18            THE WITNESS:  Okay.

19                I don't remember him being Baker Acted.

20   BY MR. BYERS:

21       Q.   Okay.

22            And do you understand what a Baker Act is?

23       A.   Yeah.  It's when you're having thoughts of

24   suicide and they stick you in a facility for three days or

25   whatever.
```

```
 1        Q.    Okay.

 2              When was the last time you were in the Marion

 3   County Jail?

 4        A.    2015.

 5        Q.    I'm gonna ask you some names and just want to

 6   know if you recognize these names.

 7              Do you recognize the name of Justin Kosinski?

 8        A.    Huh-uh.

 9        Q.    Is that a no?

10              Sorry, just --

11        A.    (Shakes head)

12        Q.    Okay.

13        A.    Yeah.

14        Q.    What about Dellun Miller, D-e-l-l-u-n, Miller?

15        A.    Nope.

16        Q.    What about Jerome Dukes?

17        A.    That's an officer.

18        Q.    Okay.

19              Do you have a recollection of Jerome Dukes?

20        A.    Well, like Miller, too, I might -- Miller sounds

21   kind of familiar.

22                But Jerome Dukes, I just remember him 'cause

23   his cousin -- Kellar Dukes was his cousin or nephew or

24   something that was in the county jail with us.

25        Q.    You said -- I'm sorry, I'm just trying to unpack
```

```
 1    what you said.  You said Dukes' nephew was in the Marion
 2    County Jail as an inmate with you guys, as well?
 3         A.   Yeah.
 4         Q.   And what was -- what did you say his first name
 5    was?
 6         A.   Kellar Dukes, K-e-l-l-a-r, I think, Kellar Dukes.
 7         Q.   Okay.  Have you -- did you have -- do you recall
 8    any interactions that you had with Jerome Dukes while you
 9    were incarcerated at the Marion County Jail?
10         A.   No.  He was -- he just was the kind of officer
11    who just let -- basically let the dorm run itself.
12         Q.   Okay.
13              And so are you saying that Jerome Dukes, at some
14    point during your incarceration in the Marion County Jail,
15    was a correctional officer in charge of your housing
16    section?
17         A.   Yeah.
18         Q.   Okay.
19              And which -- which housing section was that?
20         A.   I believe it was F block.  It was in the old part
21    of the jail and it was -- they had the rec. yard right --
22    when you come out of the dorms, they had the rec. yards
23    right there.
24         Q.   And what gave you the impression that -- that
25    Jerome Dukes let the inmates do what they wanted to do  --
```

```
 1   or anything they wanted to do?

 2       A.   'Cause he would just -- if people had problems

 3   with somebody, he -- they -- they couldn't talk to him

 4   about it.  He didn't want to hear it.  He would, basically,

 5   let us deal with the situation in the dorm.  Instead of

 6   punishing anybody, he would let people in the dorm handle

 7   it and they would get dealt with that way.

 8       Q.   Okay.

 9            And so the F section -- or the F pod, do you know

10   which type of inmates were housed within that housing

11   section?

12       A.   I think it was just everybody that was either

13   county-jail-sentenced or they were able to go over your

14   record and you were able to become a trustee.

15       Q.   Okay.

16            So, essentially, was it, like, a general

17   population --

18       A.   Yeah, general population.

19       Q.   Okay.

20            Was the -- when you were in the Marion County

21   Jail, did you ever reside in a housing section that was

22   dormitory style?

23       A.   Mm-hmm.

24       Q.   And do you understand what I mean by that?

25       A.   Yeah.  It's open bay -- open bay.
```

1      Q.    Yeah, it's open bay and there's bunks.

2      A.    Bunks, yeah.

3      Q.    Okay.

4            And did you ever reside in a section like that?

5      A.    Mm-hmm.

6      Q.    Did you ever reside in a section that had an

7  individual cell?

8      A.    Mm-hmm.

9      Q.    You may have shared -- did you share it with

10  anybody else --

11      A.    Yeah.

12      Q.    -- or were you alone?

13      A.    You share with somebody else.

14      Q.    Okay.

15            And how many people were in that individual cell?

16      A.    It's two people to a cell.  Sometimes they'll

17  throw a boat in there, which is a little plastic thing that

18  you put a mat in, and put that in there and there might be

19  three people in a cell.

20            And they had cells -- they had bunks outside the

21  door on the ground --

22      Q.    Okay.

23      A.    -- near to the ground.

24      Q.    And I may have asked this and you may have said

25  it but when was the last time that you were in the Marion

```
1   County Jail?
2        A.    2015.
3        Q.    Okay.  That's what I thought.  Okay.  2015.
4              So I'm assuming, then, since --
5              And you haven't been in the Marion County Jail as
6   an inmate since from 2015 until now; is that correct?
7        A.    That's correct.
8        Q.    Okay.
9              So is it safe to say, then, that you don't have
10  any (unintelligible) knowledge of the conditions in the
11  Marion County Jail from 2019 to 2021?
12       A.    No, not really.  You know, just everybody comes
13  from prison to the jail -- or from jail to prison.  So they
14  come to -- it's all different counties come to the jail --
15  or to the prison.  And they all talk about which county
16  jail is the worst.  And Marion County's the one that gets
17  said that out of all of them which one's the worst.
18       Q.    Does any of the other county jails say, wow, I
19  wish I was there?
20       A.    No.  No.
21       Q.    Did you ever receive any disciplinary
22  confinements while you were in the Marion County Jail?
23       A.    I did one time.
24       Q.    And what was that reason for your disciplinary
25  confinement?
```

1      A.    I got into a fight with another inmate.

2      Q.    Okay.

3            And what -- what year do you estimate that was?

4      A.    It was -- it was when I was in prison the first

5  time.

6      Q.    Okay.

7      A.    So 2010, maybe.

8      Q.    Okay.

9            What were the circumstances of the fight?

10           What I mean by circumstances, you obviously were

11  disciplined.  Was the other person disciplined?

12           MR. BERKMAN:  Objection.

13           THE WITNESS:  No.

14  BY MR. BYERS:

15     Q.    And you can answer, Tommie.

16           Sometimes you'll hear objections.  You know,

17  unless Mr. Berkman or myself indicate -- you know, tell you

18  not to answer -- which I'm not sure that will happen -- but

19  if they do, that's the only time.  So, occasionally, you

20  will hear an objection, either from myself or, perhaps,

21  from Mr. Berkman but you can -- you can still answer.

22           Do you need to have the question repeated?

23     A.    Yeah, I do.  Yeah.

24     Q.    So the other inmate that you had the fight with,

25  was he -- was he disciplined, as well?

1    A.    No.

2    Q.    Okay.

3          Were you determined to be, I guess, the

4    aggressor; is that why you were disciplined?

5    A.    Yeah.  I was -- it was just such a big scene that

6    they made something about it.  Because we used to have a

7    thing they called fight night.

8    Q.    Mm-hmm.  So tell me about fight night.  What's

9    your understanding or recollection about fight night?

10   A.    It's when we would move -- the bunks in the jail

11   weren't screwed down to the floor.

12   Q.    Mm-hmm.

13   A.    So we would move the bunks out on Friday and

14   Saturday night and have fight night.

15         They picked two people and you either get in

16   there and fight or you don't.

17         But it's gonna -- it would problems if you don't

18   fight but --

19   Q.    So what are -- you say there would be problems if

20   you don't fight, what do you mean?

21   A.    Inmates would jump you or beat you up and --

22         So, half the time you'd get in there because it's

23   better getting beat up by one person than by three or four.

24   Q.    And so what did they do?  I mean, was it, they

25   just randomly -- the inmates randomly selected two people

1    and said, you guys are gonna fight tonight?

2        A.    Yeah.  And then they'd have fight night.

3            And I worked out in the officers' station so I

4    got -- the officers would sit in there and watch it on the

5    video camera and they'd gamble on it.

6        Q.    Have you ever seen, I guess, Jerome Dukes watch

7    this on the camera and gamble on it?

8        A.    Yeah.  They would -- they would sit there and

9    watch them on the cameras and gamble.

10        Q.    Yeah.  I'm really specific to Jerome Dukes as

11   opposed to they or any other correctional officer.

12        A.    Okay.

13        Q.    Do you recall Jerome Dukes?

14        A.    Yeah, I do.

15        Q.    And what does Jerome Dukes look like or at least

16   what did he look like when you saw him?

17        A.    He was a black guy, a bald head, he probably

18   weighed, like, 185, 190.

19        Q.    Okay.

20            Now, going back to that incident where you were

21   disciplined, was that -- was that during one of these

22   Friday fights?

23        A.    Why I was -- why I got punished?

24        Q.    Yeah.  Yeah.  I'm just trying to figure out the

25   circumstances of --

```
1      A.    Yeah.

2      Q.    -- you know, the fight that you were involved in.

3      A.    Yeah, it was.

4      Q.    Okay.

5            And so, again, why -- why did they discipline you

6  and not the other person?

7      A.    The dude fell back and hit his head on the bunk

8  and split it wide-open and there was a puddle of blood on

9  the floor.  And because it's such a big scene, that maybe

10 they had to do something about it.

11     Q.    And what was this other inmate's name?

12     A.    I forget his real name but he -- they called him

13 Drifter because he had Drifter tattooed across the top of

14 his back.

15     Q.    So other than that time, did you -- did you

16 routinely participate in fights on Friday nights or was

17 that only the one time that you did?

18     A.    I did a few times.

19     Q.    Okay.

20           Have you reviewed any documents of this case?

21     A.    (Shakes head)

22           No.

23     Q.    Have you seen any jail video of the incident?

24     A.    No.

25     Q.    Are you aware if Cory was hurt during a Friday
```

1   fight?

2        A.    No.

3        Q.    Have you spoken with Krysti about this lawsuit?

4        A.    Yes.

5        Q.    And what has Krysti told you?

6        A.    They haven't really told me much.  And when I was

7   in prison, they wouldn't -- they wouldn't even tell me the

8   guy's name that he got into it with and they --

9        Q.    Have you ever heard of the name Eric Lutterloah?

10       A.    No.

11       Q.    Do you know Eric Lutterloah to be the person that

12   struck your brother?

13       A.    Yes.

14       Q.    But you didn't know him before this -- before

15   that or anything?

16       A.    No.

17       Q.    Had you ever been in G Pod, Section A?

18       A.    Yes.

19       Q.    And what is your understanding of G Pod, Section

20   A; what type of people do they house?

21       A.    It's open-bay dorm and it's people -- not people

22   really facing time.  I guess, even anywhere in the jail, it

23   doesn't matter where you're at, you can end up getting --

24   the same amount of time as somebody locked behind a door

25   all day.

1      Q.    Sure.

2            So, I guess, let me ask you this question:  When

3      you were -- the last time -- or any time that you were

4      incarcerated in the Marion County Jail, was Gulf Pod,

5      Section A utilized to have people charged with sex

6      offenses -- felony sex offenses?

7      A.    No.  Because that was in the back part of the

8      jail -- the old part of the jail.

9      Q.    Okay.

10           So at the time that you were incarcerated, they

11     had that in a different area or a different section?

12     A.    Yeah.

13     Q.    Okay.

14           Did you know that the dorm that Cory was in was

15     the sex offense -- you know, for people incarcerated for

16     either being charged with a sex offense or awaiting

17     transportation to the Department of Corrections for

18     conviction of a sex offense; were you aware of that?

19     A.    No.

20     Q.    Were you aware of any of the circumstances

21     surrounding the reasons for Cory's arrest and incarceration

22     in the Marion County Jail?

23     A.    No.  My mom and sister wouldn't really tell me

24     much about it.

25     Q.    Okay.  Does the name Alexis Drake sound familiar;

```
 1   have you ever heard that name before?
 2        A.   No.
 3        Q.   Did you expect -- if Cory was alive did you
 4   expect Cory to provide financial support for you after you
 5   were released from the Department of Corrections?
 6        A.   I would have hoped he would have helped me a
 7   little bit.
 8        Q.   All right.
 9             And in what ways would you have hoped that he
10   would have helped you?
11        A.   Well, if he had his own place, give me -- help me
12   get a place -- give me a place to stay for a little bit
13   till I got on my feet.
14        Q.   Did anybody do that when you were released from
15   the Department of Corrections in 2023?
16        A.   My sister.
17        Q.   Okay.
18             Did she give you money?
19        A.   Yeah, she did.  She -- if she didn't pick me up
20   from the bus station, I would have been screwed; I would
21   have had nowhere to go.
22        Q.   Okay.
23             And how long did you stay with your --
24             Did you stay with your sister after she picked
25   you up at the bus station?
```

1      A.   I stayed with her till Monday and then, as soon

2  as I was able to call my probation officer and transfer my

3  probation to Daytona, I moved to Daytona.

4      Q.   And why did you choose Daytona?

5      A.   Because I didn't know anybody except for people

6  in the AA community.

7      Q.   It's my understanding, up until maybe a month or

8  so ago, that you were in a facility -- a rehabilitation

9  facility.

10     A.   Yeah.

11     Q.   And how long had you been there for?

12     A.   About a month.

13     Q.   Okay.

14          And was it a voluntary --

15     A.   (Nods head)

16     Q.   Okay.

17     A.   Yeah.  Voluntary.

18     Q.   And was it due to drug addiction?

19     A.   Yes.

20     Q.   And which -- which -- which drugs?

21     A.   Methamphetamines.

22     Q.   Now, had you used methamphetamine before 2012?

23     A.   No.

24     Q.   Okay.

25          Did you use any type of controlled substances

1    before 2012?

2         A.    No.

3         Q.    Okay.

4               Were you ever -- did you ever use prescription

5    pills --

6         A.    No.

7         Q.    -- any prescription pills?

8         A.    (Shakes head)

9         Q.    So what -- what was the reason that you got out

10   of jail and started using methamphetamine?

11        A.    I started using it in jail.

12        Q.    Okay.

13              Was that while you were in the Florida Department

14   of Corrections?

15        A.    While I was in the Florida Department of

16   Corrections, yes.

17        Q.    Did the -- did they not know about your use in

18   the prison?

19        A.    They don't care.

20        Q.    Did you ever tell them, look, I've got a -- I've

21   just become addicted to methamphetamine, can you guys help

22   me at all, get me into some sort of program for withdrawal

23   while I'm in here?

24        A.    Yeah.

25              MR. BERKMAN:   Objection to form.

```
 1   BY MR. BYERS:
 2        Q.   And what did they tell you?
 3        A.   They didn't -- people smoked dope in the
 4   bathrooms all night.  People were in -- the bathrooms were
 5   filled up with smoke in there all night and they'd walk
 6   right through like it's nothin'.
 7        Q.   Did you observe -- did the Florida Department of
 8   Corrections have anything similar to these Friday fights
 9   that you observed at the Marion County Jail?
10        A.   They did at some camps, yeah.
11        Q.   Okay.
12             What are any camps that you went to and stayed
13   at?
14        A.   Gulf CI.
15        Q.   Okay.
16             Did you participate in the Friday fights?
17        A.   I did.
18        Q.   So I notice that you had a conviction for
19   possession of a controlled substance and possession of
20   marijuana over 20 grams.  Were you convicted of that while
21   you were in the Department of Corrections?
22        A.   Yeah.
23        Q.   So why did they allow you guys to use controlled
24   substances and then turn around and file charges against
25   you?
```

 1         A.    It just depends.  Sometimes you have some

 2   officers bring it in and they'd sell it to you and then

 3   turn around and knock you off with it and --

 4         Q.    Okay.

 5         A.    -- that's just how it was done.

 6         Q.    And how did you -- how did they find the

 7   controlled substance while you were in prison that led to

 8   this conviction?

 9         A.    I told them where it was.

10         Q.    Did they ask you or did you just say, hey, I got

11   some methamphetamine?

12         A.    No.  They put me in a cell and beat me up for 24

13   hours, like four or five or six of them and at the end, I

14   couldn't take it no more so I finally told them where it

15   was.

16         Q.    Okay.  Where was it?

17         A.    Huh?

18         Q.    Where was it?

19               MR. BERKMAN:  Objection; speculation.

20   BY MR. BYERS:

21         Q.    I mean, just to understand -- I mean, this is

22   methamphetamine that you possessed and I think you said

23   that they beat you up for 24 hours so you would tell them

24   where it was; is that correct?

25         A.    Yep.

1    Q.   And so where was it?

2    A.   I really don't want to answer where it was; I

3  don't want to get into all that.

4    Q.   Okay.

5         Did you ever make a complaint to anybody about

6  what happened to you while you were in the Department of

7  Corrections?

8    A.   No.  I mean, there was -- I just -- it was normal

9  to me, so --

10    Q.   And it was a norm for you at Marion County Jail,

11  as well as for this to happen, if I understand your

12  testimony?

13    A.   What?

14    Q.   That there was just rampant fighting and Friday

15  fights?

16    A.   I mean, I don't know how it is now but back when

17  I was in there, that's how it was.

18    Q.   I mean, it sounds like you were in the Department

19  of Corrections, though, and that happened in your most-

20  recent stint, correct, that there was this -- these things

21  going on?

22    A.   Yeah.

23    Q.   While you were not incarcerated, did Cory ever do

24  any household tasks for you?

25    A.   What do you mean?

1      Q.   I think --

2           Well, I'll give you an example.  Krysti had

3  testified that Cory had watched, I guess, her young child,

4  maybe back in 2012 -- whenever she had her first child --

5  and Cory, occasionally, you know, would babysit the child

6  when he lived there.

7           Did Cory do anything like that for you; did he,

8  you know, mow your lawn, did he do things like that, any --

9  what I would describe as household tasks?

10     A.   Not really 'cause I never really had my own

11  place.

12          MR. BYERS:  We've been going for about an hour.

13               Do you guys want to take about a five-,

14      ten-minute break?

15          MR. BERKMAN:  Yes, let's take a break.

16          MR. BYERS:  Okay.  Sounds good.

17               Thank you.

18               (Whereupon, a short break was taken)

19  BY MR. BYERS:

20     Q.   All right.  I don't really have that many more

21  questions, Mr. Merchant.

22          So I want to go back just to, again, your

23  personal knowledge of the conditions in the Marion County

24  Jail in 2019 to 2021.

25               It's my understanding that your knowledge of

```
 1   those conditions at that time was based on inmates that had

 2   been transferred to your facility in the Department of

 3   Corrections and they told you about the Marion County Jail.

 4        A.   Yeah.

 5        Q.   Okay.

 6             But there's no other -- you have no other

 7   knowledge other than what those inmates told you?

 8        A.   No.

 9        Q.   Just to kind of ask some questions about a little

10   bit about --

11             Or do you know if Cory had a Will?

12        A.   I don't believe so.

13        Q.   Do you know if Cory had any assets, like a house,

14   a car, anything like that?

15        A.   I'm not sure.

16        Q.   Okay.

17             What about any bank accounts?

18        A.   I'm not sure.

19        Q.   Retirement accounts?

20        A.   I'm not sure.

21        Q.   Have you looked at the probate estate yet to see

22   what assets and debts are within that estate of Mr.

23   Merchant?

24        A.   No.

25        Q.   Are you aware that Eric Lutterloah was charged
```

1    with manslaughter for what he did to your brother?

2        A.    Yeah.

3        Q.    Have you at all followed the criminal case?

4        A.    (Shakes head)

5              No.

6        Q.    Do you still use methamphetamine?

7        A.    No.

8        Q.    Do you use any other controlled substances?

9        A.    No.

10       Q.    While you were in the Department of Corrections

11   and Cory was in the Marion County Jail, did you have any

12   communications with Cory?

13       A.    No, not while he was in jail.

14       Q.    Okay.

15             Did he ever send you any letters or anything?

16       A.    I've sent him letters, he never sent me any.

17       Q.    Okay.

18             Do you know if you were able -- if you are

19   able if -- you know, were you able to, you know, talk to

20   him while he was in the Marion County Jail and you were in

21   the Department of Corrections?

22       A.    Once or twice on a three-way with my mom.

23       Q.    Okay.

24             So you would be on one line and your mom would

25   kind of be the intermediary between you two?

1       A.   (Nods head)

2       Q.   Okay.

3            And that was when he was in the Marion County

4   Jail?

5       A.   Yeah.

6       Q.   When did your mom have a stroke?

7       A.   2018.

8            It was probably before she had the stroke that

9   she did the three-ways for us.

10      Q.   Okay.

11      A.   Because she didn't do it after she had the

12  stroke.

13      Q.   Other than the money that he sent you -- Cory --

14  when I say him, Cory -- sent you while you were in the

15  Department of Corrections, did you rely on Cory for any

16  other contributions in kind?  And if you need, maybe, an

17  example of that, I can provide one.  But other than the

18  money that he may have sent you --

19      A.   No.

20      Q.   Okay.

21           Are there any expenses that you've had to take on

22  due to the death of your brother?

23      A.   No.

24      Q.   Like, for example, do you now have to pay someone

25  to do something that your brother did for you in the past?

1    A.    No.

2    Q.    Did you contribute any money for Cory's funeral

3  expenses?

4    A.    No.

5    Q.    What about, are you aware of any medical expenses

6  of Cory as a result of this incident?

7    A.    I was told that he's got some medical bills.

8    Q.    Have you made any payments on any of those

9  medical bills?

10    A.    No.

11    Q.    Are you aware how much those medical bills are?

12    A.    No.

13    Q.    Do you know if -- are you aware if Cory was

14  working before he was incarcerated, either at the

15  Department of Corrections or the Marion County Jail, in

16  approximately 2018, 2017?

17    A.    I believe he had a job but I can't exactly

18  remember where it was.

19        MR. BYERS:  Okay.  Let me just check my notes

20    real quick, I may be --

21  BY MR. BYERS:

22    Q.    Do you know -- does the name Terry Place -- have

23  you ever heard of that name before?

24    A.    Terry Place?

25    Q.    Yeah.  His name is -- first name Terry, last name

```
 1   Place?

 2        A.   No.

 3        Q.   What about Steven Murphy?

 4        A.   That sounds familiar.

 5        Q.   Why do you think it sounds familiar?

 6        A.   I don't know, just sounds familiar to me, Steve

 7   Murphy.

 8        Q.   Well, I'll represent that he was an inmate at the

 9   Marion County Jail, he's filled out an affidavit about

10   things that occurred within the jail.

11             Do you recall ever speaking with Mr. Murphy about

12   that?

13        A.   Huh-uh.

14        Q.   Do you ever recall speaking with your sister

15   about any of the allegations that Mr. Murphy made in his

16   affidavit?

17        A.   No.

18        Q.   Do you know, does the name Donna Price sound

19   familiar?

20        A.   No.

21        Q.   Have you spoken with any inmates that -- who were

22   present for the incident that occurred with your brother

23   and Mr. Lutterloah?

24        A.   No.

25        Q.   Are you aware of any witnesses to that incident?
```

1     A.    No.

2     Q.    Did Mr. -- did Cory ever communicate to you

3   that -- that other inmates within the Marion County Jail

4   were threatening him?

5     A.    I remember one time my mom told me about it.

6     Q.    And when did your mom tell you about it,

7   approximately what time frame?

8     A.    I can't exactly remember when.

9     Q.    Would that have been before your mother's stroke?

10    A.    Yeah, it would have been before her stroke.

11    Q.    Okay.

12          Do you know if your mom was relating an instance

13   that occurred within the Marion County Jail or the Florida

14   Department of Corrections?

15    A.    It would have been the County Jail.

16    Q.    And why do you believe it would have been the

17   County Jail?

18    A.    I remember when he was in prison.  He got out in

19   February of 2017.

20    Q.    Okay.

21          And when did he go into prison?

22    A.    He didn't do that long in there.  It was

23   probably, like, a year.

24    Q.    Okay.

25          Have you spoken to any correctional officer that

1  works for the Sheriff's Office since your brother's

2  passing?

3      A.   No.

4      Q.   Do you know any deputies personally at all and --

5  you know, that you're friendly with at the Sheriff's

6  Office?

7      A.   No.

8          MR. BYERS:  Okay.

9              I don't have any other questions, Mr.

10     Merchant.

11             I do appreciate your time in answering my

12     questions.

13             Mr. Berkman may have some questions for you,

14     though.

15         MR. BERKMAN:  I do.

16                     CROSS-EXAMINATION

17  BY MR. BERKMAN:

18     Q.   Tommie, I'm gonna ask you some questions about

19  your relationship with Cory.

20         You talked a little bit about various times you

21  lived with him.

22         Did you live with Cory as children?

23     A.   Yes.

24     Q.   Around what ages?

25     A.   Oh, off and on, all the way till we were 18.

1    Q.   Do you remember anything that you two did

2  together when you were growing up?

3    A.   I remember us getting football uniforms for

4  Christmas.  And he was a Dallas Cowboys fan and I was a

5  Gators fan.  And it came with the helmet and the shoulder

6  pads and the uniform.

7         And we'd go outside and pretend like we were

8  playing football.

9    Q.   Did you do -- did you do stuff like that

10 regularly; did you play with Cory as a kid?

11   A.   Oh, yeah.  All the time.

12   Q.   What was Cory like as a kid?

13   A.   He was just like a regular kid.  But he didn't --

14 he wasn't as social as me and my sister, you know; seemed

15 like he was more guarded from other people.

16   Q.   So you -- would you say he struggled with social

17 situations?

18   A.   I believe so.

19   Q.   Yeah.

20        Was he a quiet kid, was he loud?

21   A.   He was quiet.  He was a quiet kid.

22   Q.   Did he get along with other kids; was he bullied?

23   A.   I believe he got more -- he got more bullied than

24 not.

25   Q.   About what?

1      A.    Just 'cause he was -- he was a little bit softer,

2  I guess.  He wasn't -- he really wasn't a -- he wasn't a

3  fighting type of person.

4      Q.    Okay.

5            Now I want to talk a little bit about your

6  relationship with Cory in adulthood.

7            You mentioned that you talked a couple of times

8  via your mother when he was -- when he was in the Marion

9  County Jail; is that correct?

10     A.    Mm-hmm.

11     Q.    Prior to him going to the Marion County Jail,

12 did -- did he call you; did you talk on the phone when you

13 were incarcerated?

14     A.    Yeah, I would talk to him.  When he'd be at Mom's

15 house, I would talk to him.

16     Q.    About how frequently?

17     A.    A couple of times a week.

18     Q.    What would you talk about?

19     A.    Just life, how I made mistakes and I didn't want

20 him to make the same ones.

21     Q.    Okay.

22            Now I want to talk a little bit about Cory --

23 about Cory's death and how you found out about it.

24            Can you tell me about the moment that you learned

25 Cory had passed away?

1      A.    I was in prison.  And I remember them coming and

2  telling me.

3      Q.    Who is they?

4      A.    The guards.

5      Q.    The guards.

6            How did you react to that?

7      A.    (No response)

8      Q.    It's okay.  You can take a minute.

9      A.    I didn't take it good.

10      Q.    Did you, like -- what did you do?

11      A.    I just -- I don't know, cried a lot, got high a

12  lot.

13      Q.    How would you say that Cory's death has affected

14  you, generally?

15      A.    It just hurts thinking about it, knowing he's not

16  there, knowing he's not gonna have a life.

17      Q.    What do you miss the most about Cory?

18      A.    He was always positive, always tried to look at

19  the positive of things.

20      Q.    He -- like when you talked on the phone, he would

21  try to look at things positively?

22      A.    Mm-hmm.

23      Q.    Okay.

24            I want to talk a little bit about your sister.

25            Did your sister take care of your brother?

```
 1        A.    Yeah, she did.

 2        Q.    In what ways?

 3        A.    She lived with him for a long time.  I don't know

 4    for how long exactly -- or exactly when -- I can't remember

 5    exactly when it was.  I remember she lived in the

 6    apartments over off 14 and he lived with her.  She took --

 7    basically took care of him.

 8        Q.    Around when was this?

 9        A.    I can't remember exactly.  Maybe -- it was

10    approximately 2012, '13.

11        Q.    After that, can you tell me a little bit about

12    Cory's relationship with -- with Krysti?

13        A.    They had a good relationship.  She basically

14    looked after him like a mom looks after a kid.

15        Q.    What's your relationship with Krysti like today?

16        A.    It's good.  We talk all the time.  We talk on the

17    phone.  She helps me when she can, money-wise, because I'm

18    going through a bad time right now.

19              And I can call her any time, she'll answer the

20    phone.

21        Q.    Do you know how Cory's death has affected Krysti?

22        A.    Yeah, it's made her upset.  She's -- she feels

23    like she had a part in his death because we didn't do

24    something right or something, you know?

25        Q.    Have you seen any, like, changes in her behavior,
```

 1  in her attitude?

 2      A.    Just that she's all upset and depressed.  She had

 3  that happen and Mom died and then Dad died and then she had

 4  a miscarriage.

 5      Q.    It's been a tough few years.

 6            Okay.  I want to shift gears a little bit and

 7  talk about your time in the Marion County Jail.

 8            You mentioned a little bit to Mr. Byers you had

 9  spent some time there but could you recap around what years

10  were you in the jail?

11      A.    Off and on, since I was 18, really.

12      Q.    Yeah.

13            When was the last time you were in Marion County

14  Jail?

15      A.    2015.

16      Q.    Okay.

17            And have you spent time in different dorms at the

18  jail?

19      A.    Mm-hmm.  I've been in the two-man cells and I've

20  been in the open bays.

21      Q.    Do you consider Marion County Jail to be a

22  particularly violent jail?

23            MR. BYERS:  Object to form.

24            THE WITNESS:  Yeah.

25  BY MR. BERKMAN:

1      Q.    Why?

2      A.    It just is.

3            Back when I was in there, they didn't have

4   canteens so inmates would beat you up about your food and

5   nothing would really get done about it.

6      Q.    When you say nothing would really get done about

7   it, what do you mean?

8      A.    The officers didn't interfere with what was going

9   on inside.

10      Q.    Did you or any other inmates attempt to get the

11  officers to interfere with what was going on?

12      A.    We would -- some would try to on the low because

13  you don't want the other inmates to know what you were

14  trying to do.  And it didn't even matter because you'd tell

15  the officer and they'd turn around and tell the inmates

16  anyways that -- basically, that you're going and snichin'.

17      Q.    You mentioned Friday night fights before and you

18  just mentioned fighting over -- fighting over food and

19  products.

20            Are there any other sort of, like, examples you

21  can think of -- of, like, violence at the jail?

22      A.    Just that.  And then -- that's really it.

23      Q.    Have you seen anyone get seriously injured while

24  you were in the Marion County Jail?

25      A.    The one dude I got into the fight with, he busted

1    the back of his head open and there was blood all over the

2    floor.

3         Q.   When that happened, how long did it take the

4    guards to react?

5         A.   It took a while.  It was, like --

6              We were trying to get it cleaned up and they came

7    in and made everyone go in the rec. yard.

8         Q.   About how long did that take?

9         A.   It was about 30 minutes later.

10         Q.   In that 30 minutes, was anyone trying to get the

11    guards' attention?

12         A.   After about 15 minutes -- because the dude was

13    out cold -- they started to try to get the officers'

14    attention because they were worried about the dude being

15    alive or dead.

16         Q.   How did the officers react?

17         A.   They didn't come in for a while.  They came in --

18    it was about another 15, 20 minutes before they came in.

19         Q.   So --

20         A.   And then they put us all in the rec. yard and

21    then they said they were gonna leave us out there.  It was

22    freezing cold outside and they said they were gonna leave

23    us out there all day and if somebody didn't come up -- and

24    if somebody didn't claim to the -- to it or whatever.

25              And I -- basically, after a little while sitting

```
 1    out there, I went up there and told them it was me.

 2              They put me in the box, didn't -- said they were

 3    gonna give me a DR and didn't even give me a DR, turned

 4    around and let me back out of the box.

 5         Q.   So, in general, when these Friday night fights

 6    occurred, would the guards allow them to happen?

 7              MR. BYERS:  Form.

 8              THE WITNESS:  They knew it was happening.

 9    BY MR. BERKMAN:

10         Q.   How do you know they knew it was happening?

11         A.   Because some nights I would be out working in the

12    officer station as a trustee and the officers would be out

13    there gambling on it.

14         Q.   Did you see them personally gambling on it?

15         A.   Yeah.  They'd be making bets.

16         Q.   So the officers could see what was going on

17    during the fight nights?

18         A.   Yeah, because of the cameras.

19         Q.   But did you ever see them intervene other than --

20              Did you typically see them intervene during the

21    fights?

22         A.   No, not unless something -- not unless it was

23    something serious happened, like the dude busting his head

24    open on the bunk or --

25         Q.   And then --
```

1      A.    -- getting hurt seriously.

2      Q.    And then how quickly would they intervene if

3  something serious did happen?

4      A.    It always took them a while to come in but

5  they'd -- they'd come in and they'd make everybody get on

6  their bunks and then they'd go through it.  Sometimes

7  people that didn't -- weren't even involved in it would end

8  up going to jail because they would take the blame for it.

9      Q.    When your --

10     A.    I'm gonna -- when I say jail, I mean confinement.

11     Q.    When you were in the jail, was there any sort of

12 lockdown procedure?

13     A.    Not really.  They'd just come through and tell

14 you to get on your bunks.

15     Q.    Would the lights go down during that period?

16     A.    No.

17           You talking about at night or --

18     Q.    Yeah, at night.

19     A.    Well, they cut the lights out at 11:00 every

20 night.

21     Q.    Were detainees at the jail supposed to be, like,

22 walking around after that, after 11:00 o'clock?

23     A.    No, you're not supposed to but everybody does

24 anyways.

25     Q.    What do you mean by everybody does; where are

1   people going?

2       A.   Just sitting on other people's bunks just

3   bullshittin', like talkin' or playing games, playing chess,

4   cards.

5       Q.   And folks, were they ever disciplined by guards

6   for doing that?

7       A.   No.

8       Q.   Were there ever fights during that period when

9   people were supposed to be in their beds?

10      A.   There was a few -- couple of fights.  I remember

11  one dude got into a fight and him and his buddy, they were

12  throwing the mop bucket around.

13      Q.   Okay.

14           Any other ones that you can remember?

15      A.   (Shakes head)

16           Not off the top of my head.

17      Q.   In general, how would you describe the officer/

18  guard presence in the jail?

19           MR. BYERS:  Object to form.

20           THE WITNESS:  They're there but the -- they don't

21       do the rounds that they're supposed to do.  They're

22       supposed to do rounds every 15 minutes in confinement.

23       They don't do that.

24  BY MR. BERKMAN:

25      Q.   What are they supposed to do during the rounds?

1      A.    They're supposed to, basically, do a

2   walk-through.  Walk through the dorm and check and see if

3   everything's okay.

4      Q.    And how often would you say they didn't do that?

5      A.    More than not.

6      Q.    How are the officers supposed to do the rounds?

7   Were they supposed to, like, walk around the perimeter?

8            MR. BYERS:  Object to form.

9            THE WITNESS:  Just walk through the dorm and

10           check on everything and make sure everything is good

11           in there, make sure inmates aren't doing stuff they're

12           not supposed to be doing.

13   BY MR. BERKMAN:

14     Q.    Were they supposed to check on, like, everyone or

15   only some people?

16           MR. BYERS:  Object to form.

17           THE WITNESS:  They basically check on everyone.

18   BY MR. BERKMAN:

19     Q.    Was the sense among detainees in the jail that

20   they could get away with violating the rules?

21           MR. BYERS:  Object to form.

22           THE WITNESS:  Yeah.

23   BY MR. BERKMAN:

24     Q.    Why do you think that was the sense?

25     A.    It just was.

1          Everybody would be -- like, people in the kitchen

2   stealing all the food out of the kitchen and they don't --

3   they just didn't care.

4          Q.   Okay.

5               Have you spent time in other county jails?

6          A.   Mm-hmm.

7          Q.   How would you say that Marion County was

8   different than them?

9          A.   It was just rougher.  It was a rougher county

10  jail, like inmate-wise and officer-wise than any other kind

11  of jail I ever been in.  And I've been in county jails in

12  Washington State, Virginia and I don't know how many in

13  Florida.

14         Q.   What made it rougher from an inmate perspective?

15         A.   You just -- you had to go in and just -- at any

16  time you had to be ready to go there.  If they even saw any

17  weakness in you at all, they'd pounce on you.

18         Q.   Okay.

19              What made it rougher from a guard perspective?

20              MR. BYERS:  Object to form.

21              THE WITNESS:  They just don't -- they didn't

22         care.  You couldn't talk to them about the situations

23         going on between other inmates.

24  BY MR. BERKMAN:

25         Q.   Okay.

```
 1        A.    Asking them for toilet paper, they don't -- you
 2    just can't ask for nothin'.  You can't do nothin'.
 3             MR. BERKMAN:  Okay.
 4                  I don't have any other further questions at
 5        this time.
 6             MR. BYERS:  I just have a couple of follow-up,
 7        Mr. Merchant.
 8                       REDIRECT EXAMINATION
 9    BY MR. BYERS:
10        Q.    SO I just want to make clear -- I mean, all these
11    things that you've just spoken about -- the last time you
12    were in the Marion County Jail was 2015, correct?
13        A.    Mm-hmm.
14        Q.    And you were there for what, a month?
15        A.    Yeah.  Probably about a month, month-and-a-half.
16        Q.    Were you going back to court or something in
17    another place for anything you were being sentenced on?
18        A.    Yeah, 3850.
19        Q.    Okay.
20                  And then, I guess, prior to that, the last time
21    you'd been in the Marion County Jail would have been
22    probably sometime in 2012 --
23        A.    Yeah.
24        Q.    -- before you were transferred to the Department
25    of Corrections?
```

1      A.    Yes.

2      Q.    And then, what about before 2012, when would you

3    have been in the Marion County Jail before that?

4      A.    2000 -- I remember being in there in 2007, 2008,

5    2009.  And then in 2009's when I went to prison.

6      Q.    Okay.

7            And you indicated that there was -- you didn't

8    have a canteen while you were in the Marion County Jail?

9      A.    Well, they had canteen but it was -- they didn't

10   have no -- they had no food on there.  They had Hall's

11   cough drops and some little fruit drinks and that was it.

12     Q.    Okay.

13           And I think you indicated that because of that,

14   there was fights about -- over food?

15     A.    Oh, yeah, there was fights over food, people

16   getting beat up.

17           I remember one time a dude got beat up about some

18   oranges.

19     Q.    Do you know if they have a canteen now in the

20   Marion County Jail that has more variety of food and

21   beverages?

22     A.    I heard that there is, that there's more variety.

23     Q.    And who did you hear that from?

24     A.    Just when people come in from prison -- or from

25   jail to the prison and they talk about the county jail.

1    Q.   So you indicated that you spent time in other
2  county jails.  What other counties have you -- have you
3  spent -- in Florida that you've spent in a county jail?
4    A.   Alachua County Jail, Brevard County Jail.
5  Alachua, from Florida.  And that's it here.
6    Q.   And so you've never seen inmate fights at either
7  one of those two county jails?
8    A.   Yeah, I've seen fights.
9    Q.   Okay.
10       You didn't fear at all for your safety within
11  those county jails?
12    A.   No, not really.
13    Q.   Did you ever fear for your safety in the Marion
14  County Jail?
15    A.   I did.  I did in the Marion County Jail.
16       As a matter of fact, I believe I was in the box
17  because I was in there under protective management.
18    Q.   And why were you -- if it was so widespread, this
19  violence and the officers -- the corrective deputies really
20  didn't care what the inmates did, why did they protect you?
21    A.   They just did it because I had my family calling
22  up there.  If you got your family calling, it's a little
23  better.  If you don't have nobody calling, then it's not.
24    Q.   Do you know if Cory ever --
25       Well, let me ask you this:  When you were in the

```
 1   Marion County Jail, did you have forms that you could fill
 2   out called Request Forms and you request certain things
 3   from the deputies?
 4        A.    Mm-hmm.
 5        Q.    Do you know if Cory ever filled out any
 6   keep-aways?  Do you know what a keep-away is?
 7        A.    Yeah, I know what a keep-away is.
 8        Q.    Do you know if Cory ever filled out any
 9   keep-aways while he was in the Marion County Jail?
10        A.    I have no idea.
11        Q.    Did you ever fill out any request forms when you
12   were in the Marion County Jail for keep-aways?
13        A.    I may have.
14        Q.    Okay.
15              When you were booked into the Marion County Jail,
16   did they go over the jail rules with you at all or give you
17   a handbook of sorts?
18        A.    Yeah, they give you a handbook.
19        Q.    And did you ever read the handbook?
20        A.    No.
21        Q.    You haven't read it?
22        A.    No.  I don't think anybody ever reads it.
23        Q.    Okay.
24              You indicated that -- when the fight that you
25   were involved in -- I think you told me previously that
```

1  that was during one of these Friday fight scenarios?

2      A.   Yeah.

3      Q.   And you said that you were only in the box for a

4  day?

5      A.   I was in the box for a couple of days, it wasn't

6  long, though.

7      Q.   And I think you said that they brought everybody

8  out to the rec. yard and essentially said, hey, you guys

9  are gonna stay out here until you freeze unless you tell me

10 who was fighting?

11     A.   Yeah.

12     Q.   I'm assuming they had video or they had video

13 cameras within the dorm.

14     A.   They did.

15     Q.   So they could have just watched the videos and

16 seen that it was you that punched the person or was in the

17 fight?

18     A.   (Nods head)

19     Q.   Is that yes?

20     A.   Yeah.  They can -- yes, they can -- they could.

21     Q.   Did you indicate that it took 30 minutes for

22 anybody to come in after you had this guy on the floor with

23 his head bleeding?

24     A.   Yeah.

25     Q.   I mean, did he survive?

1        A.    Yeah, he survived.

2              They ended up giving him stitches and put him

3   back in the dorm.

4        Q.    Okay.

5              Was he taken to the hospital?

6        A.    I don't know if he went to the outside hospital

7   or not.

8        Q.    Okay.

9              Have you ever been to the medical bay or medical

10  pod when you were in the Marion County Jail?

11       A.    Mm-hmm.

12       Q.    Did they give stitches at the jail?

13             Did you see anybody get stitches?

14       A.    I don't think they give stitches at the jail so

15  he probably -- I don't know.  They might.

16       Q.    All right.

17       A.    I don't know if they do or not.

18       Q.    Sure.

19             You had talked about -- Mr. Berkman had asked you

20  a number of questions about, you know, Krysti's

21  relationship with you, as well as with Cory.

22             How many times did Krysti visit you while you

23  were in the Department of Corrections?

24       A.    She came a few times.

25       Q.    How many times are you aware that Krysti came and

```
 1   visited Cory at the Marion County Jail, if any?
 2        A.   I don't know if she did or not.
 3             I know she was mad at him for a while because of
 4   the situation he was in.
 5        Q.   Did she ever -- did you ever talk to her -- when
 6   I say her, Krysti -- on the telephone while you were in the
 7   Department of Corrections?
 8        A.   Yeah.
 9        Q.   Did she ever send you money while you were in the
10   Department of Corrections?
11        A.   Yeah, she did.
12        Q.   Approximately how much money did she send you
13   when you were in the Department of Corrections?
14        A.   I can't -- probably can't even add it up.
15        Q.   A lot of money --
16        A.   It was probably --
17        Q.   -- relatively speaking?
18        A.   Yeah.  'Cause she'd send me money every other
19   month -- every month and I did 180 months so --
20        Q.   Did your mother or father ever send you any
21   money?
22        A.   Mm-hmm.  Yes.
23        Q.   Was your father ever concerned when Cory was a
24   child that he displayed violent tendencies around his other
25   children that he had?
```

```
 1        A.    No.

 2              Cory wasn't violent at all.

 3        Q.    Okay.

 4              So I'm assuming, then, you weren't aware of your

 5    father telling the police officers that he didn't want Cory

 6    in the house because he was concerned that his other

 7    children -- for his other children's safety?

 8              MR. BERKMAN:  Objection to the form; hearsay.

 9    BY MR. BYERS:

10        Q.    Were you aware of that?

11        A.    No.

12        Q.    Did your father ever tell you those things or did

13    you see those things?

14        A.    No.

15              MR. BYERS:  All right.  I don't have any other

16        questions.

17                    Thank you, again, Mr. Merchant.

18              MR. BERKMAN:  Okay.  I do not have any follow-up.

19              MR. BYERS:  I can explain to him, Mr. Berkman,

20        read or waive unless you would like to.  I have no

21        problem explaining that to him.

22              MR. BERKMAN:  Go ahead.

23              MR. BYERS:  Okay.

24                    Yeah.  So, Tommie, obviously, Ms. Morgan

25        here -- was sitting here and typing and recording
```

```
 1   these questions.

 2          You have the right -- and we are going to

 3   order your deposition -- you have the right to, you

 4   know, review it and suggest any changes that you

 5   believe are inaccurate or you can -- or you can waive

 6   that right to do that and not read it.

 7       MR. BERKMAN:  He'll review it.

 8       MR. BYERS:  Okay.

 9          And just so you know, Mr. Berkman, we're

10   asking for a very quick turnaround based on, you know,

11   the fact that summary judgments are due in about a

12   week and a half.

13       MR. BERKMAN:  Okay.

14          (Whereupon, this deposition was concluded

15           at 3:50 p.m. and the witness, through his

16           counsel, reserved his right to read and

17           sign his deposition transcript)

18                   - - - - -

19

20

21

22

23

24

25
```

1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA:
     COUNTY OF ORANGE:

3

4           I, the undersigned authority, certify that TOMMIE

5       VESTER PHILLIP MERCHANT personally appeared before me

6       and was duly sworn on June 17, 2025.

7                   WITNESS my hand and official seal on this

8       18th day of June 2025.

9

10

11

12

13

14                              Candy Morgan
15                              Notary Public
                                State of Florida at Large
16                              Commission #HH17685
                                Expires:  9/26/2025
17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA:
      COUNTY OF ORANGE:
 3

 4             I, CANDY MORGAN, being a Registered Professional

 5        Reporter, a Florida Professional Reporter and Notary

 6        Public, State of Florida at large, do hereby certify

 7        that I was authorized to and did, stenographically,

 8        report the deposition of TOMMIE VESTER PHILLIP

 9        MERCHANT; that a review of the transcript was

10        requested; and that the transcript, pages 5 through

11        81, inclusive, constitutes a true and complete record

12        of my stenographic notes transcribed by me to the best

13        of my ability.

14             I further certify that I am neither counsel for,

15        related to, nor employed by any of the parties to the

16        action in which this deposition was taken, and further

17        that I am not a relative or employee of any attorney

18        or counsel employed by the parties thereto, nor

19        financially or otherwise interested in the outcome of

20        the action.

21             DATED this 18th day of June 2025.

22

23

24

25
                  CANDY MORGAN, RPR, FPR
```

### SUBSCRIPTION OF DEPONENT

### KRYSTI MERCHANT vs. BILLY WOODS, et al.

### Date of Deposition:  June 17, 2025

I, TOMMIE VESTER PHILLIP MERCHANT, do hereby acknowledge that I have, this day, exercised my express right, as the deponent, to read this transcript of the proceedings had at the time and place herein designated and I wish to record the following corrections:

**Page    Line                    Correction**

Under the penalty of perjury, I declare that I have read my deposition and that it is true and correct subject to any changes in form or substance entered herein.

_____
**TOMMIE VESTER PHILLIP MERCHANT**
_____
**Date**

June 20, 2025

Benjamin A. Berkman, Esquire
Romanucci and Blandin, LLC
321 North Clark Street, Suite 900
Chicago, Illinois    60654

      Re:  KRYSTI MERCHANT vs. BILLY WOODS, et al.

Dear Mr. Berkman:

    At the conclusion of this deposition, you reserved the witness' express right to read and sign their deposition transcript.  Please be advised, at this time, the transcript is ready for review.
    Please contact Mr. Merchant and have him make arrangements to schedule a date and time to read and sign his deposition, making any corrections only on the Subscription of Deponent page, then forward that same to opposing counsel to be attached to their copy of the transcript.

Thank you, in advance, for your prompt attention to this matter.

Sincerely,

Candy Morgan, RPR, FPR
Landmark Reporting, Inc.
1850 Lee Road, Suite 207
Winter Park, Florida  32789
(407) 898-2044
info@LandmarkReporting.com

cc:  Brandon T. Byers, Esquire
     BByers@HilyardLawFirm.com

**1**

**10** 20:11
**100** 30:16
**11** 18:15,16
**11:00** 69:19,22
**12** 18:15,16 20:11
**13** 64:10
**14** 64:6
**14th** 9:12
**15** 67:12,18 70:22
**16** 19:16 21:10
**17** 24:18,19
**18** 12:12 19:12,19 23:18, 20 24:10,17,18,19 31:1, 3 60:25 65:11
**18-year-old** 12:18
**180** 79:19
**185** 43:18
**19** 24:17
**190** 43:18
**1984** 8:13 9:12
**1986** 17:16,17

**2**

**20** 50:20 67:18
**20-something** 24:12
**2000** 24:10 74:4
**2004** 25:15,17 26:3,9 28:18
**2005** 30:8
**2007** 26:3 74:4
**2008** 23:12 25:17,23,24 26:9 27:23 28:18 74:4
**2009** 74:5
**2009's** 74:5
**2010** 41:7
**2011** 25:25 28:3
**2012** 23:6 25:25 28:3 29:19 33:8 48:22 49:1

53:4 64:10 73:22 74:2
**2015** 36:4 40:2,3,6 65:15 73:12
**2017** 31:16 57:16 59:19
**2018** 56:7 57:16
**2019** 40:11 53:24
**2021** 40:11 53:24
**2023** 10:23 23:5 47:15
**2024** 11:20
**24** 12:12 51:12,23
**24-year-old** 12:15
**27** 14:8
**28** 14:9

**3**

**30** 67:9,10 77:21
**32608** 9:18
**36th** 30:2
**3850** 73:18
**3:50** 81:15
**3rd** 17:15

**4**

**426** 10:18
**4th** 14:4

**5**

**50** 30:16

**6**

**6** 30:8

**7**

**7117** 9:17

**8**

**86** 17:17
**87** 17:17

**8th** 11:20

**9**

**9th** 10:23

**A**

**AA** 48:6
**abuse** 27:6,14
**accounts** 54:17,19
**acronym** 26:20
**Act** 35:22
**Acted** 35:14,19
**add** 79:14
**addicted** 49:21
**addiction** 48:18
**additional** 8:23
**address** 9:16,25
**adult** 19:7 21:16 23:3 24:20
**adulthood** 62:6
**adults** 21:23,24
**affected** 63:13 64:21
**affidavit** 58:9,16
**affirm** 5:9
**age** 24:17
**ages** 60:24
**aggressor** 42:4
**agree** 8:9
**ahead** 80:22
**Alachua** 75:4,5
**Alexis** 46:25
**alive** 17:9,10 47:3 67:15
**allegations** 58:15
**amount** 30:20 45:24
**answering** 60:11
**answers** 7:9
**apartment** 30:2
**apartments** 64:6

**approximately** 11:1 17:23 19:15 25:17 26:3 29:19 30:6,15 33:11 57:16 59:7 64:10 79:12
**Archer** 9:17
**area** 25:9 46:11
**arm** 27:4
**arrangement** 19:3
**arrest** 26:5 46:21
**arrested** 11:24 24:18 27:19
**assets** 54:13,22
**assume** 33:7
**assuming** 11:22 12:14 21:16 29:3 31:5 33:7 40:4 77:12 80:4
**attempt** 66:10
**attend** 26:18
**attending** 24:25
**attention** 67:11,14
**attitude** 65:1
**attorney** 5:24 6:23,24
**August** 14:4 31:3
**awaiting** 46:16
**aware** 20:9 27:13,14 31:5,12 34:8 35:14 44:25 46:18,20 54:25 57:5,11,13 58:25 78:25 80:4,10

**B**

**babysit** 53:5
**back** 12:20,22 19:10,12, 14 21:9,11 24:5,7 25:8, 10,14,25 43:20 44:7,14 46:7 52:16 53:4,22 66:3 67:1 68:4 73:16 78:3
**back-pay** 12:18
**bad** 29:7 64:18
**Baker** 35:14,19,22
**bald** 43:17
**bank** 54:17
**based** 54:1 81:10

**basically** 37:11 38:4 64:7,13 66:16 67:25 71:1,17

**basis** 15:4

**bathrooms** 50:4

**bay** 38:25 39:1 78:9

**bays** 65:20

**Beach** 10:18,25

**beachside** 10:15

**beat** 42:21,23 51:12,23 66:4 74:16,17

**bed** 10:17

**beds** 70:9

**begin** 6:11

**behavior** 64:25

**Berkman** 5:1 29:13 34:12,15 35:15,17 41:12,17,21 49:25 51:19 53:15 60:13,15, 17 65:25 68:9 70:24 71:13,18,23 72:24 73:3 78:19 80:8,18,19,22 81:7,9,13

**bets** 68:15

**beverages** 74:21

**big** 42:5 44:9

**bills** 29:25 57:7,9,11

**biological** 15:18

**birth** 8:12

**bit** 23:2 34:17 47:7,12 54:10 60:20 62:1,5,22 63:24 64:11 65:6,8

**black** 32:19,24 43:17

**blame** 69:8

**Blaze** 10:20

**bleeding** 77:23

**block** 37:20

**blood** 44:8 67:1

**boat** 39:17

**booked** 31:20 76:15

**born** 9:11 17:14 18:2

**bout** 35:6

**box** 34:18 68:2,4 75:16 77:3,5

**boyfriend** 16:18,20

**Brandon** 5:24

**break** 8:2,3,5,7 53:14, 15,18

**breakfast** 10:17

**Brevard** 75:4

**bring** 51:2

**brother** 22:3 27:15 45:12 55:1 56:22,25 58:22 63:25

**brother's** 60:1

**brothers** 8:23

**brought** 5:25 77:7

**bucket** 70:12

**bucks** 30:16,17

**buddy** 70:11

**bullied** 61:22,23

**bullshittin'** 70:3

**bunk** 44:7 68:24

**bunks** 39:1,2,20 42:10, 13 69:6,14 70:2

**Burger** 10:15

**bus** 47:20,25

**busted** 66:25

**busting** 68:23

**Byers** 5:3,4,18,24 29:15 34:13 35:2,20 41:14 50:1 51:20 53:12,16,19 57:19,21 60:8 65:8,23 68:7 70:19 71:8,16,21 72:20 73:6,9 80:9,15, 19,23 81:8

---

**C**

**cabinet** 30:3,7

**call** 48:2 62:12 64:19

**called** 10:20 11:9 20:10 28:25 42:7 44:12 76:2

**calling** 75:21,22,23

**calls** 7:17

**camera** 43:5,7

**cameras** 43:9 68:18 77:13

**camps** 50:10,12

**campus** 14:10,13

**canteen** 74:8,9,19

**canteens** 66:4

**car** 54:14

**cards** 70:4

**care** 18:18,21,25 49:19 63:25 64:7 72:3,22 75:20

**case** 6:16,18,20 44:20 55:3

**cell** 39:7,15,16,19 51:12

**cells** 39:20 65:19

**Central** 26:21

**certificate** 14:6

**CFCC** 26:18,20

**charge** 37:15

**charged** 46:5,16 54:25

**charges** 33:3 50:24

**check** 57:19 71:2,10,14, 17

**checks** 26:6

**chess** 70:3

**child** 12:5,7,19,25 53:3, 4,5 79:24

**childhood** 18:14

**children** 9:3 12:1,3,11 13:4,7 14:22 15:10 19:2 21:22 60:22 79:25 80:7

**children's** 80:7

**choose** 48:4

**Christmas** 61:4

**CI** 50:14

**circumstances** 41:9,10 43:25 46:20

**city** 9:25

**claim** 67:24

**classes** 14:3

**cleaned** 67:6

**clear** 7:9 73:10

**closer** 34:15

**closet** 28:9

**Closetmaid** 28:12

**CMX** 10:16

**cocaine** 24:23

**cold** 67:13,22

**college** 13:22 26:17,21

**communicate** 59:2

**communications** 55:12

**community** 26:21 48:6

**complaint** 52:5

**concerned** 79:23 80:6

**concluded** 81:14

**conditional** 11:6,10

**conditions** 40:10 53:23 54:1

**confinement** 40:25 69:10 70:22

**confinements** 40:22

**continuous** 18:13

**contribute** 57:2

**contributions** 56:16

**controlled** 48:25 50:19, 23 51:7 55:8

**convicted** 24:22 26:4 50:20

**conviction** 46:18 50:18 51:8

**correct** 14:19 40:6,7 51:24 52:20 62:9 73:12

**Correction** 11:5

**correctional** 23:17 37:15 43:11 59:25

**Corrections** 10:5,6,11, 22 11:23 23:6,11 31:13, 20 32:2,6,10 46:17 47:5,15 49:14,16 50:8, 21 52:7,19 54:3 55:10, 21 56:15 57:15 59:14 73:25 78:23 79:7,10,13

corrective 75:19

Cory 6:2 8:19 9:4,8 17:13,14,24 19:22 20:5, 11,16 21:4,9,18 22:20 23:3 24:1,5 26:10,11,17 27:1 28:5,7,19,22 29:18,23 30:10,24 31:5, 7,12,19 32:1,14 33:3,21 35:3,14 44:25 46:14 47:3,4 52:23 53:3,5,7 54:11,13 55:11,12 56:13,14,15 57:6,13 59:2 60:19,22 61:10,12 62:6,22,25 63:17 75:24 76:5,8 78:21 79:1,23 80:2,5

Cory's 27:17 46:21 57:2 62:23 63:13 64:12,21

cough 74:11

counsel 81:16

counties 40:14 75:2

county 13:19 25:9,10, 14,20 26:3 31:6,7,21 32:13 33:18 36:3,24 37:2,9,14 38:20 40:1,5, 11,15,18,22 46:4,22 50:9 52:10 53:23 54:3 55:11,20 56:3 57:15 58:9 59:3,13,15,17 62:9,11 65:7,13,21 66:24 72:5,7,9,11 73:12,21 74:3,8,20,25 75:2,3,4,7,11,14,15 76:1,9,12,15 78:10 79:1

County's 40:16

county-jail-sentenced 38:13

couple 29:6 30:12 62:7, 17 70:10 73:6 77:5

court 6:24 7:7 73:16

cousin 36:23

Cowboys 61:4

CRD 11:6

cried 63:11

crime 32:6

criminal 6:18,20,23 27:18 55:3

CROSS-EXAMINATION 60:16

custody 19:10 20:10 25:3

cut 69:19

---

**D**

D-E-L-L-U-N 36:14

dad 17:8 19:25 65:3

dad's 16:3

Dallas 61:4

daughter 29:6

day 9:11 15:8 45:25 67:23 77:4

days 35:24 77:5

Daytona 10:2,4,15,17, 25 48:3,4

dead 67:15

deal 38:5

dealt 38:7

death 28:23 29:20 56:22 62:23 63:13 64:21,23

debts 54:22

deceased 9:3

December 9:12 10:23 23:5

decent 28:15

decided 15:8

Defendants 5:25

defense 6:24

degree 14:15

Dellun 36:14

demeanor 33:25

Denise 17:5

Denise's 17:6

Department 10:4,6,11, 21 11:5,23 23:6,11 31:13,20 32:2,6,9 46:17 47:5,15 49:13,15 50:7, 21 52:6,18 54:2 55:10, 21 56:15 57:15 59:14 73:24 78:23 79:7,10,13

depends 51:1

deposition 6:12,16 7:5

8:1,4,16 81:3,14,17

depressed 35:7 65:2

depression 35:6

deputies 60:4 75:19 76:3

describe 53:9 70:17

detainees 69:21 71:19

determine 29:17

determined 42:3

died 65:3

DIRECT 5:17

directly 31:19

disciplinary 40:21,24

discipline 44:5

disciplined 41:11,25 42:4 43:21 70:5

discuss 14:22

discussion 29:12 34:11

displayed 79:24

divorced 16:8,9 18:7

documents 44:20

Donna 58:18

door 39:21 45:24

dope 50:3

dorm 37:11 38:5,6 45:21 46:14 71:2,9 77:13 78:3

dorm- 19:2

dormitory 38:22

dorms 37:22 65:17

Drake 46:25

Drifter 44:13

drinks 74:11

drops 74:11

drug 27:14 48:18

drugs 27:14 48:20

dude 44:7 66:25 67:12, 14 68:23 70:11 74:17

due 48:18 56:22 81:11

Dukes 36:16,19,22,23 37:6,8,13,25 43:6,10,

13,15

Dukes' 37:1

duly 5:16

---

**E**

earn 14:14

easier 7:9

employed 10:8,10

employment 14:15

end 45:23 51:13 69:7

ended 18:17 19:9,10 78:2

envision 8:1 14:14,15

Eric 45:9,11 54:25

essentially 6:4 7:3 38:16 77:8

estate 6:1 54:21,22

estimate 41:3

eventually 7:7 19:11

everything's 71:3

EXAMINATION 5:17 73:8

examples 66:20

expect 47:3,4

expenses 56:21 57:3,5

explain 80:19

explained 7:4

explaining 80:21

express 35:3

---

**F**

facility 11:14 23:17 25:8 32:10,11 35:24 48:8,9 54:2

facing 45:22

fact 75:16 81:11

facts 6:5

familiar 17:16 20:22 36:21 46:25 58:4,5,6,19

families 19:4 20:6

**family**  18:24 19:1 75:21,
22

**fan**  61:4,5

**father**  8:19 15:20,22
16:5,12,13 18:7,11,12
19:23 20:10 79:20,23
80:5,12

**father's**  8:23 16:23

**fear**  75:10,13

**February**  11:19,20
59:19

**feels**  64:22

**feet**  47:13

**fell**  44:7

**felony**  46:6

**fight**  34:5 41:1,9,24
42:7,8,9,14,16,18,20
43:1,2 44:2 45:1 66:25
68:17 70:11 76:24 77:1,
17

**fightin'**  34:6

**fighting**  52:14 62:3
66:18 77:10

**fights**  34:4 43:22 44:16
50:8,16 52:15 66:17
68:5,21 70:8,10 74:14,
15 75:6,8

**figure**  6:4 34:20 43:24

**file**  50:24

**fill**  76:1,11

**filled**  50:5 58:9 76:5,8

**finally**  51:14

**financial**  47:4

**financially**  29:23,24

**find**  51:6

**fine**  7:24 33:24

**finish**  7:11,15

**five-**  53:13

**floor**  42:11 44:9 67:2
77:22

**Florida**  9:15,17,21 10:1
24:6,7 26:21 31:13,19
32:2,5,9 49:13,15 50:7
59:13 72:13 75:3,5

**folks**  70:5

**follow**  27:2

**follow-up**  73:6 80:18

**food**  66:4,18 72:2 74:10,
14,15,20

**football**  61:3,8

**forget**  28:8 32:18 44:12

**form**  29:13 49:25 65:23
68:7 70:19 71:8,16,21
72:20 80:8

**forms**  76:1,2,11

**foster**  18:18,21,25 19:1,
2,4 20:6

**found**  27:1 62:23

**four-year**  14:6,7,8

**frame**  25:12 35:9 59:7

**fraud**  32:7 33:4

**freeze**  77:9

**freezing**  67:22

**frequently**  62:16

**Friday**  42:13 43:22
44:16,25 50:8,16 52:14
66:17 68:5 77:1

**friendly**  60:5

**fruit**  74:11

**full**  5:20 14:1 15:24 16:1

**funeral**  57:2

---

**G**

---

**Gainesville**  9:15,17,20
10:1,19

**gamble**  43:5,7,9

**gambling**  68:13,14

**games**  70:3

**Gators**  61:5

**gave**  37:24

**gears**  65:6

**GED**  13:16,18

**general**  38:16,18 68:5
70:17

**generally**  63:14

**get along**  61:22

**give**  5:10 6:16 7:11
29:25 30:1,3 47:11,12,
18 53:2 68:3 76:16,18
78:12,14

**giving**  6:5 78:2

**God**  5:12

**good**  5:19 15:16 28:15
53:16 63:9 64:13,16
71:10

**graduate**  13:15

**grams**  50:20

**Grand**  33:4

**grandma**  20:18,25

**grandmother**  20:17
21:5

**green**  32:19,21

**ground**  7:4 39:21,23

**growing**  61:2

**guard**  70:18 72:19

**guarded**  61:15

**guards**  63:4,5 67:4 68:6
70:5

**guards'**  67:11

**guess**  8:9 13:7 14:22
20:21 21:1 23:5 27:2,4,
6 28:1 42:3 43:6 45:22
46:2 53:3 62:2 73:20

**Gulf**  46:4 50:14

**guy**  43:17 77:22

**guy's**  45:8

**guys**  32:17 33:16 37:2
43:1 49:21 50:23 53:13
77:8

---

**H**

---

**half**  42:22 81:12

**half-brothers**  8:23

**halfway-house-type**
11:14

**Hall's**  74:10

**hand**  5:8

**handbook**  76:17,18,19

**handle**  38:6

**hangers**  28:9

**Hanover**  13:19

**happen**  41:18 52:11
65:3 68:6 69:3

**happened**  18:16 52:6,19
67:3 68:23

**happening**  68:8,10

**harm**  35:4

**He'll**  81:7

**head**  7:19 19:24 36:11
43:17 44:7,21 48:15
49:8 55:4 56:1 67:1
68:23 70:15,16 77:18,
23

**hear**  38:4 41:16,20
74:23

**heard**  17:11 23:15 45:9
47:1 57:23 74:22

**hearsay**  80:8

**helmet**  61:5

**helped**  47:6,10

**Helping**  14:16

**helps**  64:17

**hey**  51:10 77:8

**high**  13:15 25:1 63:11

**history**  27:18

**hit**  44:7

**home**  28:25

**homes**  19:4

**hoped**  47:6,9

**hospital**  78:5,6

**hour**  8:4 53:12

**hours**  51:13,23

**house**  21:19 22:14
28:25 45:20 54:13
62:15 80:6

**housed**  38:10

**household**  52:24 53:9

**housing** 37:15,19 38:10, 21

**huh-uh** 7:20 16:3 22:25 29:11 36:8 58:13

**hurt** 44:25 69:1

**hurts** 63:15

_____

**I**

**idea** 76:10

**impression** 37:24

**inaccurate** 81:5

**incarcerated** 24:13 37:9 46:4,10,15 52:23 57:14 62:13

**incarceration** 25:18 29:19 37:14 46:21

**incident** 6:9 31:6 43:20 44:23 57:6 58:22,25

**individual** 39:7,15

**injured** 66:23

**inmate** 37:2 40:6 41:1, 24 58:8 72:14 75:6

**inmate's** 44:11

**inmate-wise** 72:10

**inmates** 37:25 38:10 42:21,25 54:1,7 58:21 59:3 66:4,10,13,15 71:11 72:23 75:20

**inside** 33:1,25 66:9

**instance** 59:12

**instructions** 8:9

**intend** 14:18

**interactions** 33:16 37:8

**interfere** 66:8,11

**intermediary** 55:25

**intervene** 68:19,20 69:2

**involved** 34:3 44:2 69:7 76:25

**involving** 6:10

_____

**J**

**jail** 13:19 24:4,20 25:20

26:3 31:6,8,9,21 32:13, 17 33:2,14,18,25 34:9, 22 36:3,24 37:2,9,14,21 38:21 40:1,5,11,13,14, 16,22 42:10 44:23 45:22 46:4,8,22 49:10, 11 50:9 52:10 53:24 54:3 55:11,13,20 56:4 57:15 58:9,10 59:3,13, 15,17 62:9,11 65:7,10, 14,18,21,22 66:21,24 69:8,10,11,21 70:18 71:19 72:10,11 73:12, 21 74:3,8,20,25 75:3,4, 14,15 76:1,9,12,15,16 78:10,12,14 79:1

**jails** 40:18 72:5,11 75:2, 7,11

**Jerome** 36:16,19,22 37:8,13,25 43:6,10,13, 15

**job** 10:19 57:17

**judgments** 81:11

**July** 17:15

**jump** 42:21

**Justin** 36:7

_____

**K**

**K-E-L-L-A-R** 37:6

**keep-away** 76:6,7

**keep-aways** 76:6,9,12

**Kellar** 36:23 37:6

**Kenneth** 16:22 17:10 22:3,4

**Kenneth's** 22:6

**kid** 61:10,12,13,20,21 64:14

**kids** 14:16 15:14 61:22

**kill** 35:8

**kind** 6:16 20:13 23:2 36:21 37:10 54:9 55:25 56:16 72:10

**King** 10:15

**kitchen** 72:1,2

**knew** 6:25 31:9 68:8,10

**knock** 51:3

**knowing** 63:15,16

**knowledge** 6:9 27:17 40:10 53:23,25 54:7

**Kosinski** 36:7

**Krysti** 6:1 8:16,18 9:4,8 17:19,21 18:2 21:13,15, 16 24:5 45:3,5 53:2 64:12,15,21 78:22,25 79:6

**Krysti's** 78:20

_____

**L**

**lawn** 53:8

**lawsuit** 5:25 6:5 45:3

**learned** 62:24

**leave** 67:21,22

**led** 51:7

**legally** 16:9

**letters** 55:15,16

**life** 62:19 63:16

**light** 34:17

**lights** 69:15,19

**live** 9:25 10:25 18:20 19:1,22 20:5 21:9,18 24:1 60:22

**lived** 9:20 16:18 19:12, 25 20:21 21:4,11,13,15, 19 22:15 23:25 53:6 60:21 64:3,5,6

**living** 11:13 18:8 20:17, 18 23:21

**locally** 25:18

**lockdown** 69:12

**locked** 45:24

**long** 8:2 9:20 11:1 18:20 19:7,14 20:14 21:4 24:13 31:25 33:12,13, 14 47:23 48:11 59:22 64:3,4 67:3,8 77:6

**longer** 12:24 20:10

**Lonnie** 21:1 22:1

**looked** 54:21 64:14

**lot** 35:7 63:11,12 79:15

**loud** 61:20

**low** 66:12

**Lutterloah** 45:9,11 54:25 58:23

_____

**M**

**M-C-N-A-M-E-E** 22:12

**mad** 79:3

**made** 22:23 42:6 57:8 58:15 62:19 64:22 67:7 72:14,19

**maiden** 22:9

**make** 7:9,13,15 33:22 52:5 62:20 69:5 71:10, 11 73:10

**makes** 16:4 28:9

**making** 68:15

**management** 75:17

**manslaughter** 55:1

**marijuana** 50:20

**Marion** 25:9,10,14,20 26:2 31:6,7,20 32:13 33:18 36:2 37:1,9,14 38:20 39:25 40:5,11,16, 22 46:4,22 50:9 52:10 53:23 54:3 55:11,20 56:3 57:15 58:9 59:3,13 62:8,11 65:7,13,21 66:24 72:7 73:12,21 74:3,8,20 75:13,15 76:1,9,12,15 78:10 79:1

**marriages** 13:12

**married** 13:10 16:5

**mat** 39:18

**matter** 45:23 66:14 75:16

**Mclamee** 22:8

**Mcnamee** 22:7,9,10

**medical** 57:5,7,9,11 78:9

**medication** 27:4,9

**memory** 7:23

**mentioned** 11:11 62:7

65:8 66:17,18

**Merchant** 5:7,13,15,22, 23 6:1,2,6,8,10 8:12 15:19,21 16:1 17:7 20:22,23 21:2 22:1 29:16,18 34:24 53:21 54:23 60:10 73:7 80:17

**met** 7:6

**methamphetamine** 48:22 49:10,21 51:11, 22 55:6

**Methamphetamines** 48:21

**mic** 34:15

**middle** 15:23

**Miller** 36:14,20

**minute** 10:9 63:8

**minutes** 67:9,10,12,18 70:22 77:21

**miscarriage** 65:4

**mistakes** 62:19

**Mm-hmm** 16:15 19:13 21:17 28:4,11 38:23 39:5,8 42:8,12 62:10 63:22 65:19 72:6 73:13 76:4 78:11 79:22

**mom** 16:17 18:17,20 19:10 20:1 21:11 23:24, 25 27:20 28:9 29:5,6 30:25 46:23 55:22,24 56:6 59:5,6,12 64:14 65:3

**mom's** 16:3 22:3,9 28:25 62:14

**moment** 62:24

**Monday** 48:1

**money** 27:20 29:25 30:1,4,10,12,14,24 47:18 56:13,18 57:2 79:9,12,15,18,21

**money-wise** 64:17

**month** 9:11 10:22 12:7 48:7,12 73:14,15 79:19

**month-and-a-half** 73:15

**months** 14:9 26:7,8 79:19

**mop** 70:12

**Morgan** 7:6 80:24

**morning** 5:19

**Morrison** 16:22 17:10

**most-** 52:19

**mother** 8:19 9:2,3 15:18 16:5,14,25 18:6,11 19:12,15 21:10 62:8 79:20

**mother's** 59:9

**move** 19:14,18 24:4,7 25:8,9 42:10,13

**moved** 19:7,9 25:10,13 48:3

**movie** 10:16

**moving** 18:17

**mow** 53:8

**multiple** 30:19,22

**Murphy** 58:3,7,11,15

**music** 14:1,19,22,25 15:9

### N

**named** 6:6

**names** 36:5,6

**nephew** 36:23 37:1

**night** 42:7,8,9,14 43:2 50:4,5 66:17 68:5 69:17,18,20

**nights** 44:16 68:11,17

**nodding** 7:19

**nods** 19:24 48:15 56:1 77:18

**norm** 52:10

**normal** 52:8

**notes** 57:19

**nothin'** 13:1 50:6 73:2

**notice** 50:18

**number** 78:20

### O

**oath** 5:8

**Object** 65:23 70:19 71:8,16,21 72:20

**objected** 29:13 34:12

**objection** 5:4 34:20 35:15 41:12,20 49:25 51:19 80:8

**objections** 41:16

**obligated** 12:25

**observations** 33:21,23

**observe** 28:17 34:3 50:7

**observed** 26:25 28:18 50:9

**Ocala** 26:23 28:12 30:2

**occasionally** 41:19 53:5

**occurred** 6:10 58:10,22 59:13 68:6

**offense** 46:15,16,18

**offenses** 46:6

**Office** 60:1,6

**officer** 11:15,16 36:17 37:10,15 43:11 48:2 59:25 66:15 68:12 70:17

**officer-wise** 72:10

**officers** 43:4 51:2 66:8, 11 67:16 68:12,16 71:6 75:19 80:5

**officers'** 43:3 67:13

**older** 17:24

**oldest** 9:8

**one's** 40:17

**online** 14:10

**open** 38:25 39:1 65:20 67:1 68:24

**open-bay** 45:21

**opposed** 43:11

**oranges** 74:18

**order** 81:3

**organized** 32:7 33:4

**owned** 22:14

### P

**p.m.** 81:15

**pads** 61:6

**paid** 22:20

**pain** 27:4,9

**Pamunkey** 13:19

**paper** 73:1

**parents** 18:6

**part** 29:8 37:20 46:7,8 64:23

**partial** 15:23

**participate** 44:16 50:16

**passed** 17:8,11 62:25

**passing** 60:2

**past** 27:18 30:11 56:25

**path** 27:2

**pay** 12:5,7,9,14,20,22, 25 22:23,24 29:24 56:24

**payments** 57:8

**pending** 8:6

**people** 38:2,6 39:15,16, 19 42:15,25 45:20,21 46:5,15 48:5 50:3,4 61:15 69:7 70:1,9 71:15 72:1 74:15,24

**people's** 70:2

**perimeter** 71:7

**period** 26:9,12,19 27:1 28:1,5,19 29:10 31:22 69:15 70:8

**periods** 25:18

**person** 41:11 42:23 44:6 45:11 62:3 77:16

**personal** 6:1 53:23

**personally** 60:4 68:14

**perspective** 72:14,19

**ph** 22:8

**Phillip** 5:13,15,22 16:2,3

**phone** 62:12 63:20 64:17,20

**pick** 47:19

**picked** 42:15 47:24

**pills** 49:5,7

**pizza** 10:20

**place** 10:20 28:9 47:11, 12 53:11 57:22,24 58:1 73:17

**places** 10:13

**plastic** 39:17

**play** 61:10

**playing** 61:8 70:3

**pod** 38:9 45:17,19 46:4 78:10

**point** 12:24 19:18 20:5 37:14

**police** 20:9 80:5

**population** 38:17,18

**positive** 63:18,19

**positively** 63:21

**possessed** 51:22

**possession** 24:23 50:19

**pounce** 72:17

**preliminary** 8:9

**prescription** 27:9,14 49:4,7

**presence** 70:18

**present** 58:22

**pretend** 61:7

**previous** 13:12

**previously** 76:25

**Price** 58:18

**prior** 23:10 62:11 73:20

**prison** 25:19,23,24 28:24 29:4 30:13 35:11 40:13,15 41:4 45:7 49:18 51:7 59:18,21 63:1 74:5,24,25

**probate** 54:21

**probation** 11:4,15,16,18 25:4 48:2,3

**problem** 80:21

**problems** 38:2 42:17,19

**procedure** 69:12

**produce** 14:25

**production** 14:1,19 15:10

**products** 66:19

**program** 11:9 14:5,6,8 49:22

**property** 24:23

**prosecutor** 6:24

**protect** 75:20

**protective** 75:17

**provide** 47:4 56:17

**puddle** 44:8

**punched** 77:16

**punished** 43:23

**punishing** 38:6

**purposes** 7:6

**put** 5:8 24:19 39:18 51:12 67:20 68:2 78:2

---

**Q**

**question** 7:8,11,12,14, 17,21 8:6 29:7,14,16 34:12,21 41:22 46:2

**questions** 6:3,7,8,11,25 8:8,17 53:21 54:9 60:9, 12,13,18 73:4 78:20 80:16 81:1

**quick** 57:20 81:10

**quickly** 69:2

**quiet** 61:20,21

---

**R**

**raise** 5:7

**rampant** 52:14

**randomly** 42:25

**reached** 19:7

**react** 63:6 67:4,16

**read** 76:19,21 80:20

**81**:6,16

**reads** 76:22

**ready** 72:16

**real** 44:12 57:20

**reason** 7:22 34:16 40:24 49:9

**reasons** 46:21

**rec** 37:21,22 67:7,20 77:8

**recall** 20:16 21:6 25:13 34:25 37:7 43:13 58:11, 14

**recap** 65:9

**receive** 40:21

**received** 30:21,24

**recent** 29:9 52:20

**recently** 10:19 15:5

**recognize** 36:6,7

**recollection** 23:7 25:22 36:19 42:9

**record** 5:20 29:12 34:11 38:14

**recording** 80:25

**REDIRECT** 73:8

**reference** 23:15

**Regional** 13:19

**regular** 61:13

**regularly** 61:10

**rehabilitation** 48:8

**relating** 59:12

**relationship** 23:3 26:10, 11 60:19 62:6 64:12,13, 15 78:21

**release** 11:4,6,10,23 25:3 26:5

**released** 10:10,21 23:5 25:7 47:5,14

**rely** 56:15

**remarried** 16:13,17,24 17:4,8

**remember** 7:24,25 20:12,13 21:6,13 30:23

**31**:23 33:13 35:9,19 36:22 57:18 59:5,8,18 61:1,3 63:1 64:4,5,9 70:10,14 74:4,17

**rent** 22:20,23,24

**rented** 22:15,16

**renting** 22:17,18

**repeated** 8:17 41:22

**report** 11:15,16

**reporter** 6:25 7:7

**represent** 58:8

**Representative** 6:1

**represents** 5:25

**request** 76:2,11

**reserved** 81:16

**reside** 9:14 13:4,8 18:11,24,25 38:21 39:4, 6

**resided** 19:6

**response** 63:7

**responses** 7:16

**result** 57:6

**Retirement** 54:19

**review** 81:4,7

**reviewed** 44:20

**Ridgewood** 10:16

**rise** 6:5

**road** 9:17 15:12,15 26:14

**room** 5:1,5

**rougher** 72:9,14,19

**rounds** 70:21,22,25 71:6

**routinely** 44:16

**rules** 7:4 34:9,22 71:20 76:16

**run** 37:11

---

**S**

**safe** 40:9

**safety** 75:10,13 80:7

**Sail** 14:1

**sat** 6:24

**Saturday** 42:14

**scenarios** 77:1

**scene** 42:5 44:9

**school** 13:15 24:23,25
25:1

**schools** 13:23

**screwed** 42:11 47:20

**section** 37:16,19 38:9,
11,21 39:4,6 45:17,19
46:5,11

**selected** 42:25

**self-** 35:3

**sell** 51:2

**send** 30:14 55:15 79:9,
12,18,20

**sense** 16:4 71:19,24

**sentenced** 26:8 73:17

**sentences** 26:7

**separate** 32:1

**sex** 46:5,6,15,16,18

**shakes** 36:11 44:21
49:8 55:4 70:15

**share** 39:9,13

**shared** 8:19 39:9

**shares** 15:22

**she'd** 79:18

**she'll** 64:19

**Sheriff's** 60:1,5

**shift** 65:6

**shop** 30:3,7

**short** 26:19 53:18

**shoulder** 61:5

**sibling** 9:8

**side** 8:24

**sign** 81:17

**signed** 13:25

**signing** 13:24

**similar** 28:17 50:8

**sir** 5:14,19

**sister** 17:21 46:23
47:16,24 58:14 61:14
63:24,25

**sit** 7:7 43:4,8

**sitting** 67:25 70:2 80:25

**situation** 20:9 38:5 79:4

**situations** 61:17 72:22

**small** 13:7

**smoke** 50:5

**smoked** 50:3

**snichin'** 66:16

**social** 61:14,16

**softer** 62:1

**solemnly** 5:9

**sort** 49:22 66:20 69:11

**sorts** 76:17

**sound** 17:16 20:22
46:25 58:18

**sounds** 36:20 52:18
53:16 58:4,5,6

**South** 10:18

**Southwest** 9:17

**speaking** 58:11,14
79:17

**specific** 43:10

**speculation** 51:19

**spell** 22:11

**spent** 31:12,21 65:9,17
72:5 75:1,3

**split** 44:8

**spoke** 28:22

**spoken** 45:3 58:21
59:25 73:11

**spouse** 17:3

**spouses** 13:12 16:12

**start** 6:11 14:3,10

**started** 49:10,11 67:13

**starting** 27:5

**state** 5:20 9:25 72:12

**station** 43:3 47:20,25
68:12

**stay** 47:12,23,24 77:9

**stayed** 48:1 50:12

**stealing** 27:19 72:2

**STENOGRAPHER** 5:2,
6,14 34:14,16 35:1

**stepdad** 27:20

**Steve** 58:6

**Steven** 58:3

**stick** 35:24

**stint** 29:9 52:20

**stints** 32:1

**stitches** 78:2,12,13,14

**stop** 18:7,8

**Street** 10:18

**stroke** 30:25 31:3 56:6,
8,12 59:9,10

**struck** 45:12

**struggled** 61:16

**struggles** 28:18

**stuff** 61:9 71:11

**style** 19:3 38:22

**substance** 50:19 51:7

**substances** 48:25 50:24
55:8

**suggest** 81:4

**suicide** 35:4,24

**summary** 81:11

**support** 12:5,7,14,19,25
47:4

**supposed** 14:7 69:21,23
70:9,21,22,25 71:1,6,7,
12,14

**surgery** 27:3

**surrounding** 46:21

**survive** 77:25

**survived** 78:1

**survivor** 6:6

**swear** 5:9

**sworn** 5:16

**system** 25:19

---

**T**

**taking** 27:5,10

**talk** 23:2 26:13,15
33:17,19 38:3 40:15
55:19 62:5,12,14,15,18,
22 63:24 64:16 65:7
72:22 74:25 79:5

**talked** 17:13 28:25 29:1
60:20 62:7 63:20 78:19

**talkin'** 70:3

**talking** 18:25 34:17
69:17

**tasks** 52:24 53:9

**tattooed** 44:13

**telephone** 79:6

**telling** 63:2 80:5

**ten-minute** 53:14

**tendencies** 79:24

**term** 19:7 33:23

**terms** 33:21 35:10

**Terry** 57:22,24,25

**test** 7:23

**testified** 5:16 53:3

**testimony** 5:10 52:12

**theater** 10:17

**Theft** 33:5

**thing** 8:6 39:17 42:7

**things** 26:25 52:20 53:8
58:10 63:19,21 73:11
76:2 80:12,13

**thinking** 63:15

**thirty-four** 12:8

**thought** 11:11 23:15
40:3

**thoughts** 35:3,23

**threatening** 59:4

**three-way** 55:22

**three-ways** 56:9

**throw** 39:17

**throwing** 70:12

**till** 18:15 47:13 48:1 60:25

**time** 7:12 8:3 12:24 21:13,20 22:22 23:16, 21 24:2,25 25:5,12,23 26:11,19 27:1,20 28:1, 5,7,19,22 29:3,10 30:23 31:6,12,21,22 33:22 35:9 36:2 39:25 40:23 41:5,19 42:22 44:15,17 45:22,24 46:3,10 54:1 59:5,7 60:11 61:11 64:3,16,18,19 65:7,9, 13,17 72:5,16 73:5,11, 20 74:17 75:1

**times** 16:24 26:2 29:6 30:12,20,22 44:18 60:20 62:7,17 78:22,24, 25

**today** 6:3 7:3,6 64:15

**toilet** 73:1

**told** 24:4,7 35:7 45:5,6 51:9,14 54:3,7 57:7 59:5 68:1 76:25

**Tommie** 5:13,15,22 15:21 16:1 41:15 60:18 80:24

**tonight** 43:1

**top** 44:13 70:16

**total** 30:20

**tough** 65:5

**trade** 13:23

**transcript** 81:17

**transfer** 48:2

**transferred** 54:2 73:24

**transportation** 46:17

**triggered** 15:9

**trouble** 33:24 34:8,22

**troubled** 14:16,21 15:10

**trustee** 33:1 38:14 68:12

**trustees** 32:23

**truth** 5:10,11

**turn** 50:24 51:3 66:15

**turnaround** 81:10

**turned** 19:11 24:19 68:3

**two-man** 65:19

**two-year** 14:5

**type** 7:8 34:6 38:10 45:20 48:25 62:3

**typically** 68:20

**typing** 80:25

---

**U**

**uh-huh** 7:19

**uncle** 20:21 21:5 22:2, 15,21

**uncle's** 21:1,19

**understand** 7:21 29:16 35:22 38:24 51:21 52:11

**understanding** 8:15,18, 22 9:2,7 15:22,24 23:4 31:19 32:21 42:9 45:19 48:7 53:25

**unfortunate** 29:20

**uniform** 61:6

**uniforms** 61:3

**unintelligible** 40:10

**University** 14:1

**unpack** 36:25

**upset** 64:22 65:2

**utilized** 46:5

---

**V**

**variety** 74:20,22

**verbal** 7:16

**Vester** 5:13,15,22 16:1

**video** 43:5 44:23 77:12

**videos** 77:15

**violating** 71:20

**violations** 34:9,22

**violence** 66:21 75:19

**violent** 65:22 79:24 80:2

**Virginia** 13:20 23:16,17, 21 24:1,14 25:4,8,14 72:12

**visit** 29:4,10 78:22

**visited** 24:2 29:18 79:1

**Vivian** 15:19 20:17

**vocational** 13:22

**voluntary** 48:14,17

**volunteer** 15:4

---

**W**

**waive** 80:20 81:5

**walk** 50:5 71:2,7,9

**walk-through** 71:2

**walking** 69:22

**wanted** 15:8,9 20:10 34:1 35:8 37:25 38:1

**Washington** 72:12

**watch** 43:4,6,9

**watched** 53:3 77:15

**ways** 47:9 64:2

**weakness** 72:17

**week** 20:1 62:17 81:12

**weekend** 20:1

**weighed** 43:18

**white** 32:19,22,25

**wide-open** 44:8

**widespread** 75:18

**withdrawal** 49:22

**witnesses** 58:25

**work** 14:21

**worked** 10:14,15,16,17 33:1 43:3

**working** 28:8,14 30:2,6 57:14 68:11

**works** 60:1

**worried** 67:14

**worst** 40:16,17

**worthless** 26:6

**wow** 40:18

**wrong** 26:14

---

**Y**

**yard** 37:21 67:7,20 77:8

**yards** 37:22

**year** 8:12 9:22 10:22 18:3,22 24:15,16 25:13 28:2 41:3 59:23

**year-and-a-half** 11:1 17:23

**years** 20:11 21:10,15 24:12 30:6,22 33:11 35:10 65:5,9

**you-all** 22:15

**young** 53:3

**Yvonne** 20:22,23