# Marion County Sheriff's Office

## Daily Logs 10/07/2021 00:00 to 11/07/2021 23:59

| Location | Entry Date | Officer ID/Name | Manual Entry Date |
|---|---|---|---|
| Subject | | | |
| Log Entry | | | |
| Inmate(s) In/Out | Current Headcount | Actual Headcount | |

| | | | |
|---|---|---|---|
| G | 11/06/02021 07:16 | 6322 | SCHWEITZER , CORY |
| OPPOSITE GENDER ANNO | | | |
| MADE AS NEEDED | | | |
| | 0 | 0 | 0 |
| G | 11/06/02021 08:05 | 6322 | SCHWEITZER , CORY |
| UNANNOUNCED SUPERV C | | | |
| 5951 | | | |
| | 0 | 0 | 0 |
| G | 11/06/02021 08:05 | 6322 | SCHWEITZER , CORY |
| NURSE IN/ O.G.A | | | |
| AM MED PASS | | | |
| | 0 | 0 | 0 |
| G | 11/06/02021 12:23 | 6322 | SCHWEITZER , CORY |
| MEAL CART IN/ O.G.A | | | |
| LUNCH | | | |
| | 0 | 0 | 0 |
| G | 11/06/02021 12:23 | 6322 | SCHWEITZER , CORY |
| SNACKS | | | |
| L/E ALL SNACKS ISSUED | | | |
| | 0 | 0 | 0 |
| G | 11/06/02021 18:21 | 5573 | KOSINSKI, JUSTIN |
| ASSUME POST | | | |
| 5573 / 4614 | | | |
| | 0 | 0 | 0 |
| G | 11/06/02021 19:10 | 5573 | KOSINSKI, JUSTIN |
| HEADCOUNT COMPLETE | | | |
| CALLED INTO BOOKING | | | |
| | 0 | 0 | 0 |
| G | 11/06/02021 19:37 | 5573 | KOSINSKI, JUSTIN |
| UNANNOUNCED SUPERV C | | | |
| SGT. DUKES | | | |
| | 0 | 0 | 0 |
| G | 11/06/02021 21:36 | 4614 | MILLER, DELLUN |
| SNACKS | | | |
| ALL SECTIONS DIABETICS | | | |
| | 0 | 0 | 0 |

# Marion County Sheriff's Office

| Daily Logs | 10/07/2021 00:00 | to 11/07/2021 23:59 | | |
|---|---|---|---|---|
| Location | Entry Date | Officer ID/Name | | Manual Entry Date |
| Subject | | | | |
| Log Entry | | | | |
| Inmate(s) In/Out | Current Headcount | Actual Headcount | | |
| G | 11/06/02021 21:36 | 4614 | MILLER, DELLUN | |
| SHAKEDOWN | | | | |
| B SECT 84 BUNKS | | | | |
| | 0 | 0 | 0 | |
| G | 11/06/02021 22:32 | 5573 | KOSINSKI, JUSTIN | |
| HEADCOUNT COMPLETE | | | | |
| CALLED INTO BOOKING | | | | |
| | 0 | 0 | 0 | |
| G | 11/06/02021 23:06 | 4614 | MILLER, DELLUN | |
| SECURITY CHECK | | | | |
| START 2300 END 2305 | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 00:04 | 5573 | KOSINSKI, JUSTIN | |
| SECURITY CHECK | | | | |
| START AT 0000 END AT 0004 | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 01:04 | 5573 | KOSINSKI, JUSTIN | |
| SECURITY CHECK | | | | |
| START AT SECOND 0100 END AT 0104 | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 01:19 | 5573 | KOSINSKI, JUSTIN | |
| SECURITY CHECK | | | | |
| START AT 0100 END AT 0109 | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 02:03 | 5573 | KOSINSKI, JUSTIN | |
| SECURITY CHECK | | | | |
| START AT 0200 END AT 0203 | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 03:04 | 4614 | MILLER, DELLUN | |
| SECURITY CHECK | | | | |
| START 0300 END 0304 | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 04:04 | 5573 | KOSINSKI, JUSTIN | |
| SECURITY CHECK | | | | |
| START AT 0400 END AT 0404 | | | | |
| | 0 | 0 | 0 | |

# Marion County Sheriff's Office

## Daily Logs  10/07/2021 00:00 to 11/07/2021 23:59

| Location | Entry Date | Officer ID/Name | Manual Entry Date |
|---|---|---|---|
| Subject | | | |
| Log Entry | | | |
| Inmate(s) In/Out | Current Headcount | Actual Headcount | |
| G | 11/07/02021 05:08 | 5573 | KOSINSKI, JUSTIN |
| SECURITY CHECK | | | |
| START AT 0500 END AT 0506 | | | |
| | 0 | 0 | 0 |
| G | 11/07/02021 05:10 | 5573 | KOSINSKI, JUSTIN |
| MEAL CART IN/ O.G.A | | | |
| TRAYS IN POD | | | |
| | 0 | 0 | 0 |
| G | 11/07/02021 06:10 | 6322 | SCHWEITZER , CORY |
| KEY AND EQUIPMENT IN | | | |
| COMPLETE | | | |
| | 0 | 0 | 0 |
| G | 11/07/02021 06:11 | 6322 | SCHWEITZER , CORY |
| RAZOR INVENTORY | | | |
| COMPLETE, TOTAL 151 | | | |
| | 0 | 0 | 0 |
| G | 11/07/02021 06:24 | 6322 | SCHWEITZER , CORY |
| JANITORIAL INVENTORY | | | |
| COMPLETE | | | |
| | 0 | 0 | 0 |
| G | 11/07/02021 06:24 | 6322 | SCHWEITZER , CORY |
| CAUSTIC INVENTORY | | | |
| COMPLETE | | | |
| | 0 | 0 | 0 |
| G | 11/07/02021 06:47 | 6460 | HENRY, JONATHAN |
| HEADCOUNT COMPLETE | | | |
| CALLED IN TO BOOKING 307 | | | |
| | 0 | 0 | 0 |
| G | 11/07/02021 08:21 | 6322 | SCHWEITZER , CORY |
| NURSE IN/ O.G.A | | | |
| AM MED PASS | | | |
| | 0 | 0 | 0 |
| G | 11/07/02021 08:21 | 6322 | SCHWEITZER , CORY |
| OPPOSITE GENDER ANNO | | | |
| MADE AS NEEDED | | | |
| | 0 | 0 | 0 |

# Marion County Sheriff's Office

| Daily Logs | 10/07/2021 00:00 | to 11/07/2021 23:59 | | |
|---|---|---|---|---|
| Location | Entry Date | Officer ID/Name | | Manual Entry Date |
| Subject | | | | |
| Log Entry | | | | |
| Inmate(s) In/Out | Current Headcount | Actual Headcount | | |

| | | | | |
|---|---|---|---|---|
| G | 11/07/02021 08:21 | 6322 | SCHWEITZER , CORY | |
| INFORMATION | | | | |
| CLEANING SUPPLIES GIVEN TO ALL SECTIONS | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 09:14 | 6322 | SCHWEITZER , CORY | |
| SNACKS | | | | |
| ALL SNACKS ISSUED | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 10:24 | 6322 | SCHWEITZER , CORY | |
| UNANNOUNCED SUPERV C | | | | |
| 5951 | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 12:26 | 6322 | SCHWEITZER , CORY | |
| MEAL CART IN/ O.G.A | | | | |
| LUNCH | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 18:55 | 4614 | MILLER, DELLUN | |
| HEADCOUNT COMPLETE | | | | |
| SPOKE TO BOOKING | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 18:56 | 4614 | MILLER, DELLUN | |
| KEY AND EQUIPMENT IN | | | | |
| COMPLETED RAZOR 251 | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 19:53 | 5573 | KOSINSKI, JUSTIN | |
| JANITORIAL INVENTORY | | | | |
| COMPLETE | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 19:53 | 5573 | KOSINSKI, JUSTIN | |
| CAUSTIC INVENTORY | | | | |
| COMPLETE | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 19:53 | 5573 | KOSINSKI, JUSTIN | |
| UNANNOUNCED SUPERV C | | | | |
| 5469 | | | | |
| | 0 | 0 | 0 | |

# Marion County Sheriff's Office

| Daily Logs | 10/07/2021 00:00 | to 11/07/2021 23:59 | | |
|---|---|---|---|---|
| Location | Entry Date | Officer ID/Name | | Manual Entry Date |
| Subject | | | | |
| Log Entry | | | | |
| Inmate(s) In/Out | Current Headcount | Actual Headcount | | |
| G | 11/07/02021 21:28 | 5573 | KOSINSKI, JUSTIN | |
| SNACKS ISSUED | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 21:28 | 5573 | KOSINSKI, JUSTIN | |
| SUPPLIES ISSUED | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 22:37 | 5573 | KOSINSKI, JUSTIN | |
| HEADCOUNT COMPLETE CALLED INTO BOOKING | | | | |
| | 0 | 0 | 0 | |
| G | 11/07/02021 23:23 | 4614 | MILLER, DELLUN | |
| SECURITY CHECK | | | | |
| START 2300 END 2310 SGT DUKES IN | | | | |
| | 0 | 0 | 0 | |