UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

    Plaintiff,

v.                                                                   Case No. 5:23-cv-00661

BILLY WOODS, Sheriff of Marion
County, Florida, in his official
Capacity; Deputy JUSTIN KOSINSKI;
Deputy DELLUN MILLER; Sergeant
JEROME DUKES;

    Defendants.
_____/

## AFFIDAVIT OF JEROME DUKES

Affiant, **Jerome Dukes**, being duly sworn, deposes and says:

1. I am over the age of eighteen years and have personal knowledge of the matters set forth herein.

2. I am a named defendant in the above-captioned action.

3. On the date of Eric Lutterloah's assault on Cory Merchant on November 7, 2021, I was the shift sergeant.

4. I was not present in Gulf Pod at the time of the incident involving Eric Lutterloah and Cory Merchant.

5. I heard over the radio, "Code Red," from Deputy Justin Kosinski and made my way to Gulf Pod, Section Alpha, where the incident had taken place.

6. Deputy Justin Kosinski was alone in the Gulf Pod at the time as Deputy Dellun Miller had temporarily relieved another deputy in the master control room.

7. Deputy Dellun Miller did not independently decide to relieve this deputy and had approval to do so.

8. When I arrived in Gulf Pod, Section Alpha, I called 911 to request immediate emergency services for Cory Merchant.

Further Affiant sayeth not.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Also pursuant to Florida Statute 92.525 under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge and belief.

Dated: 6/24/25

_____
JEROME DUKES