

**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

FOOD SERVICES          ☐☐☐☐☐          CANTEEN/INMATE ACCOUNTS
LAW LIBRARY                              CLASSIFICATIONS
PROGRAMS                                 PUBLIC DEFENDER
PROPERTY                                 DISCIPLINARY REPORT APPEALS
CHAPLAIN                                 OTHER

☐☐☐☐☒

FROM (PLEASE PRINT):

Cory Merchant

(Inmate Name)                            (Pin Number)
                                         A00123

4/11/20                                  G-A

(Date)                                   (Pod/Section/Cell #)

_Marcella Essel_

(Received from inmate by Officer Signature and ID #)

4-11-20

(Date/Time)

REQUEST/COMPLAINT:

Can you please place keep aways against the following
inmates: Derick Beard, Kenya Franklin, and michale young
Due to incidents on 4/10/20 & 4/11/20.

RESPONSE:

Will forward to investigations

_Willy Sm_

(Response to inmate by Officer Signature and ID #)

4/14/20 1540

(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10