# SHERIFF - Marion County
## DETENTION PERSONNEL POST ASSIGNMENTS

**DATE:** 11-06-21     **SHIFT:** A-2     **WATCH COMMANDER:** LT JOHNSON

| SECTOR 1 | SECTOR 2 | SECTOR 3 | SECTOR 4 |
|---|---|---|---|
| **SERGEANT** | **SERGEANT** | **SERGEANT** | **SERGEANT** |
| SGT DUKES | SGT. KONOPINSKI | SGT. KONOPINSKI | SGT FLARHERTY |
| **G-DORM ROVER (*2)** | **ALPHA CONTROL (*2)** | **DELTA CONTROL (*1)** | **BOOKING (DD) (*2)** |
| MILLER | SALINAS | CLOSED | VALDEZ |
| KOSINSKI | ITURREY |  | COUNTS |
|  |  |  | RAFFERTY L/D |
|  |  |  |  |
| **H- DORM ROVER (*2)** | **ALPHA ROVER (*3)** | **DELTA ROVER (*2)** | **BOOKING (DA) (*1)** |
| SAVAGE | WELLS | CLOSED | RIVERA |
| DESANDO | POTTS |  | GATSYS(1800-2200) |
|  | ENCHAUTEQUI |  |  |
|  |  |  | **BOOKING HOUSING (DD) (*2)** |
|  |  |  | CLOSED |
| **MEDICAL DORM ROVER (*4)** | **BRAVO CONTROL (*1)** | **E/F CONTROL (*1)** |  |
| WASHINGTON | FISHER | LOFTON(1800-0000) | **CLASSIFICATIONS (*2)** |
| WELCH(1800-2300) |  | GATSYS(2300-0600) | BENITEZ/FOREMAN |
| DAVISON |  |  | HOSENDOVE |
| YANCEY | **BRAVO ROVER (*3)** | **ECHO DORM ROVER (*2)** | **PROPERTY (*1)** |
|  | GREENE | MCCLURE | RICHARSON |
|  | JAMES | BROWN |  |
| **INFIRMARY ROVER (*1)** |  |  | **INTAKE CONTROL (*1)** |
| DENARDIS |  |  | PEREZ |
|  | **CHARLIE CONTROL (*1)** | **FOXTROT DORM ROVER (*2)** | **MASTER CONTROL (*1)** |
| **MED OBS** | HAMILTON | COUTURE (1800-0000) | TUCKER |
| CONDRON |  | NELSON |  |
|  |  |  | **FIRST APPEARANCE (Dayshift)** |
|  | **CHARLIE ROVER (*2)** |  |  |
|  | LALL | **ENTRY SECURITY (7AM-7PM) (*1)** | **HOSPITAL/CENTERS** |
| **VIDEO VISITATION (I & A) (*1)** | RUSHING | ZIMMERMAN | AHO- MCCARTHEY |
| CARTER |  |  | WHITE 1800-0000)KING |
|  |  |  | WELCH/COUTURE(0000-060 |
|  | **JUVENILE (*2)** | **CENTRAL CONTROL (*1)** | SHANDS-NORTH #11-520 |
| **CLINIC** | COLEMAN | QUAYE | I/M PLAZA |
|  | MARTINI |  | BEEHLER |
| **STAFF DINING (NIGHTS) (*1)** |  |  | AHO-FUTCH ICU-312 |
| CARTER |  |  | JEAN |
| **LEAVE COMMENTS:** | **LEAVE COMMENTS:** | **BREAKS/OTHER:** | AHO-HOBBS-ICU111 |
| V-D.D.BOWLEY | SC- ELLSWORTH | (NO JUVENILES IN BRAVO | STRICKLAND |
| V-D.D.HENSON | SC -JENTSCH | 2 D.D. ASSIGNED) |  |
| V-D.A. BLOUNT |  |  |  |
| V-SGT FOILES |  | CPOD-INF/MED OPS/C | **MANDATORY OVERTIME:** |
| S-PARSON |  | APOD RM 431 | D.D.BEEHLER |
|  |  | BRAVO MASTER/CENT | D.D.GREENE |
| FMLA- D.D. CASILLAS. |  | E POD E/FCONTROL | D.A.ITURREY |
|  |  | VISITATION-C/1 ACONTROL | **OTHER OVERTIME:** |
|  |  | PROPERTY- INTAKE | P.D.WHITE(1800-0000) |
|  |  |  | BAIL T.KING.(1800-0000) |
|  |  |  | D.A.QUAYE |

**PREA 115.13 REQUIRES WRITTEN JUSTIFICATION FOR ANY DEVIATION FROM THE (*) ASTERICK STAFFING PLAN.**

| | | | |
|---|---|---|---|
| AL-ADMIN LEAVE | H-HOSPITAL | OTP-OT PAID | V-ANNUAL LEAVE |
| B-BEREAVEMENT | M-MILITARY | S-SICK LEAVE | WC-WORKER'S COMP |
| C-COMP LEAVE | O-OTHER | SC-SCHOOL | Z-LEAVE WITHOUT PAY |
| F-FLEX TIME | OTC-OT COMP | T-TRAINING | |

MCSO Form # 14-137 Rev.08/05/21