IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Krysti Merchant,

        Plaintiff,

v.

Billy Woods, *et al.*,

        Defendants.

Case No. 5:23-cv-00661-JSM-PRL

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Stephen Weil, Esquire, moves for special admission to represent Plaintiff Krysti Merchant in this action.

I am neither a Florida resident nor a member in good standing of the Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Central District of Illinois, Northern District of Illinois, Southern District of Illinois, Western District of Wisconsin, and the District of Columbia. Additionally, I am a member in good standing of the bar for the U.S. Courts of Appeals Sixth and Seventh Circuit.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1

*Barreto v. Osceola County et al.*, 9:25-CV-98-PGB-LHP, Middle District of Florida.

I will comply with the federal rules and this Court's local rules. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: July 1, 2025

        Respectfully submitted,

        /s/ Stephen Weil

        Stephen Weil (Illinois ARDC No. 6291026)
        Romanucci & Blandin
        321 N. Clark St.
        Chicago, IL 60654
        Tel: (312) 458-1000
        Fax: (312) 458-1004
        Email: sweil@rblaw.net

## **Local Rule 3.01(g) Certification**

   I certify that Plaintiff conferred with opposing counsel regarding this Motion for Special Admissions and that they are unopposed to this motion.

                                                                      /s/ Stephen Weil
                                                                       Stephen Weil