UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KRYSTI MERCHANT,**

    **Plaintiff,**

**v.**                                                   Case No: 5:23-cv-661-JSM-PRL

**BILLY WOODS, et al.,**

    **Defendants.**

___

## ORDER

The motion to appear *pro hac vice* of Stephen Weil, Esq. (Doc. 51) is **GRANTED**. To activate e-filing access, counsel shall pay the $150.00 special admission fee and submit the *pro hac vice* e-file registration through PACER.[1] After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case.

**DONE** and **ORDERED** in Ocala, Florida on July 9, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

___

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.