UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
CORY MERCHANT

      Plaintiffs,

v.                                            Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

      Defendants.

_____

**Unopposed Motion to Extend Briefing Schedule and for Leave to File and Oversized Omnibus Response Memorandum**

NOW COMES the Plaintiff, Krysti Merchant, Individually and as the Independent Administrator of the Estate of Cory Merchant, Deceased, by and through her attorneys, Romanucci & Blandin, LLC, respectfully requesting an extension to the deadline to respond to Defendants' three Motions for Summary Judgment and leave to file an oversized, omnibus response to the Motions.

1. The parties have completed discovery.

2. The parties are scheduled to mediate in November 2025.

3. The pretrial conference is set for December 4, 2025.

4. Trial is set to begin in January 2025.

5. Each Defendant in this case filed a Motion for Summary Judgment on June 27, 2025. Defendants Kosinski and Miller filed a joint Motion. ECF 48. Defendants Dukes and Woods each filed their own Motion. ECF 47, 49.

6. Accordingly, per Local Rule 3.01(c), Plaintiff has until July 18, 2025, to respond to three dispositive motions, which are accompanied by 39 discrete exhibits. ECF 50.

7. These motions present complex legal and factual issues that require careful analysis and consideration. Given the substantial potential impact of these motions—particularly as they threaten to dispose of the entirety of Plaintiff's case—undersigned counsel requires more time to prepare a comprehensive response. The complexity of the issues at hand, coupled with the significant consequences of any ruling on these motions, necessitate a thorough response to ensure that all relevant facts and legal points are addressed. Additionally, Plaintiff's counsel has other professional responsibilities in the interim that inhibit the completion of these response briefs in 21 days, including travel for business from July 18-22.

8. The factual issues attendant to Defendants' three motions overlap, so Plaintiff also respectfully requests leave to file an oversized omnibus response. An omnibus response would minimize redundancy in Plaintiff's responses, particularly on the factual issues, and streamline the arguments before the Court. Instead of filing three 20-page response briefs, **Plaintiff respectfully requests leave to file one omnibus response not to exceed 60 pages.**

9. **Accordingly, Plaintiff respectfully requests an additional 21 days to brief the issues in Defendants' three Motions for Summary Judgment such that Plaintiff's response is due August 8, 2025.**

10. This motion is not brought in bad faith or for purposes to delay discovery.

11. The parties have conferred regarding this schedule, and counsel for Defendants has advised that it may be filed **unopposed** if they are permitted the opportunity to file a joint reply not to exceed 21 pages.

>Respectfully submitted,
>By: *s/ Sam Harton*
>Attorney for Plaintiffs
>
>Sam Harton (*pro hac vice*)
>**ROMANUCCI & BLANDIN, LLC**
>321 N. Clark Street, Suite 900
>Chicago IL 60654
>Tel: (312) 458-1000
>sharton@rblaw.net
>
>James M. Slater (FBN 111779)
>Slater Legal PLLC
>113 S. Monroe Street
>Tallahassee, Florida 32301
>james@slater.legal
>Tel. (305) 523-9023

## LOCAL RULE 3.01(g) CERTIFICATION

The plaintiff-movant has conferred with counsel for Defendants. Plaintiff files the instant motion unopposed.

>Respectfully submitted,
>By: *s/ Sam Harton*
>Attorney for Plaintiff