Law Offices
**HILYARD, BOGAN & PALMER**
Professional Association
105 E. Robinson Street, Suite 201
Orlando, Florida 32801-1622
(407) 425-4251
www.hilyardlawfirm.com

Bruce R. Bogan
Bobby G. Palmer, Jr.
Damon S. Starrett
Brandon T. Byers
Gary M. Glassman (Of Counsel)

Ernest H. Eubanks
(1934-2004)
Sutton G. Hilyard, Jr.
(1943-2018)

Mailing Address:
P.O. Box 4973
Orlando, Florida 32802-4973

Fax
(407) 841-8431

July 1, 2025

Clerk of the Court
U.S. District Court
Florida Middle District – Ocala Division
207 NW 2nd Street
Ocala, FL 34475

Re:    Merchant v. Sheriff Billy Woods, et al
          Case No.: 5:23-cv-00661

Dear Sir or Madam:

Enclosed please find a flash drive containing audio/visual files exhibit numbers 1, associated with Defendants' Joint Notice of Filing Exhibits in Support of Defendants Motions for Summary Judgment filed [Doc. 50] filed on June 27, 2025.

With any questions regarding the above or any issues downloading any data, please contact our office. Thank you for time and consideration.

*Delilah Lugo*
Delilah Lugo Paralegal to
Bruce R. Bogan, Esq.

Cc: All counsel of record

1