UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
CORY MERCHANT

      Plaintiffs,

v.                                                     Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

      Defendants.
_____

## Unopposed Motion to Extend Briefing Schedule

NOW COMES the Plaintiff, Krysti Merchant, Individually and as the Independent Administrator of the Estate of Cory Merchant, Deceased, by and through her attorneys, Romanucci & Blandin, LLC, respectfully requesting an extension to the deadline to respond to Defendants' three Motions for Summary Judgment.

1. The parties have completed discovery.

2. The parties are scheduled to mediate in November 2025.

3. The pretrial conference is set for December 4, 2025.

4. Trial is set to begin in January 2025.

5. Each Defendant in this case filed a Motion for Summary Judgment on June 27, 2025. Defendants Kosinski and Miller filed a joint Motion. ECF 48. Defendants Dukes and Woods each filed their own Motion. ECF 47, 49.

6. These motions present complex legal and factual issues that require careful analysis and consideration. Given the substantial potential impact of these

motions—particularly as they threaten to dispose of the entirety of Plaintiff's case—undersigned counsel requires more time to prepare a comprehensive response. The complexity of the issues at hand, coupled with the significant consequences of any ruling on these motions, necessitate a thorough response to ensure that all relevant facts and legal points are addressed.

7. This Court previously granted Plaintiff's Motion to Extend Briefing Schedule and for Leave to File and Oversized Omnibus Response Memorandum, ECF 56, permitting Plaintiff to file one omnibus response not to exceed 60 pages to Defendants' three Motions for Summary Judgment on or before August 8, 2025.

8. Plaintiff's counsel has since encountered multiple cross obligations which have impeded their response to Defendants' factually and legally complex summary judgment motions.

9. **Accordingly, Plaintiff respectfully requests an additional 7 days to brief the issues in Defendants' three Motions for Summary Judgment such that Plaintiff's response is due August 15, 2025.**

10. This motion is not brought in bad faith or for purposes to delay discovery.

11. The parties have conferred regarding this schedule, and counsel for Defendants has advised that it may be filed **unopposed**.

>Respectfully submitted,
>By: *s/ Sam Harton*
>Attorney for Plaintiffs

2

        Sam Harton (*pro hac vice*)
        **ROMANUCCI & BLANDIN, LLC**
        321 N. Clark Street, Suite 900
        Chicago IL 60654
        Tel: (312) 458-1000
        sharton@rblaw.net

        James M. Slater (FBN 111779)
        Slater Legal PLLC
        113 S. Monroe Street
        Tallahassee, Florida 32301
        james@slater.legal
        Tel. (305) 523-9023

## **LOCAL RULE 3.01(g) CERTIFICATION**

The plaintiff-movant has conferred with counsel for Defendants. Plaintiff files the instant motion unopposed.

        Respectfully submitted,
        By: *s/ Sam Harton*
        Attorney for Plaintiff