**PLAINTIFF'S EXHIBIT 1**

# Classification

| PERSON | | |
|---|---|---|
| **Name:** ERIC THANAL LUTTERLOAH | **Person ID:** A0070076 | **SID:** |
| **SSN:** [redacted] | **Race:** Caucasian | **FBI:** |
| **Status:** Open | **Ethnicity:** | **OLN:** |
| **Date of Birth:** [redacted] | **Agency:** Marion County | |
| **Gender:** Male | | |

## BOOKING INFORMATION

| Inmate Number: | Booking Number: | Booking Date: |
|---|---|---|
| A0070076 | 2000004904 | 6/4/2020 |

## CLASSIFICATION INFORMATION

| | |
|---|---|
| **Classification Date:** 6/5/2020 | **Tree Type:** Primary |
| **Classification Assignment:** 3-High Medium (Medium) | **Override:** No |
| **Original Classification:** | **Override Reason:** |
| **Classification Officer:** Cynthia Tweedy | **Classification Reason:** Primary |
| **Next Review Date:** 8/4/2020 | **Comments:** |



ERIC THANAL LUTTERLOAH (A0070076)
Northpointe Suite version 8.18.1.12738 ©2020 Northpointe Inc., an equivant company. All rights reserved.

Printed on: 06/05/2020 06:59 AM
Page 1 / 2

# Eric Lutterloah

| Question | Answer |
|---|---|
| Is the current offense an assaultive felony? | Yes |
| Prior assaultive felony convictions? | No |
| Is there a history of escape from a secure facility? | No |
| Known past/present institutional behavior problems? | No |