**PLAINTIFF'S EXHIBIT 2**

# Classification

| PERSON | | |
|---|---|---|
| **Name:** CORY P MERCHANT | **Person ID:** A0092328 | **SID:** 05788735 |
| **SSN:** | **Race:** Caucasian | **FBI:** 33714AC7 |
| **Status:** Open | **Ethnicity:** | **OLN:** |
| **Date of Birth:** | **Agency:** Marion County | |
| **Gender:** Male | | |

| BOOKING INFORMATION | | |
|---|---|---|
| **Inmate Number:** A0092328 | **Booking Number:** 1900010514 | **Booking Date:** 11/8/2019 |

| CLASSIFICATION INFORMATION | |
|---|---|
| **Classification Date:** 11/13/2019 | **Tree Type:** Primary |
| **Classification Assignment:** 5-Medium Pre (Medium) | **Override:** No |
| **Original Classification:** | **Override Reason:** |
| **Classification Officer:** Jeanne Wildy | **Classification Reason:** Primary |
| **Next Review Date:** 2/11/2020 | **Comments:** |



## Cory Merchant

| Question | Answer |
| --- | --- |
| Is the current offense an assaultive felony? | No |
| Prior assaultive felony convictions? | No |
| Is there a history of escape from a secure facility? | No |
| Are there 3 or more prior felony convictions? | No |
| Detainer warrants or pending charges? | No |
| Known past/present institutional behavior problems? | No |
| Is the inmate on sentenced status? | No |
| Is this inmate likely prison bound? | Yes |