**PLAINTIFF'S EXHIBIT 3**



# Warrant Service (This Agency)

MARION COUNTY SHERIFF'S OFFICE
692 NW 30TH AVE
OCALA, FL 34475

**ORIGINAL**

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 11/8/2019 08:25 AM | MCSO55ARR23822S | MCSO19OFF020168 / ✓ | PALAU, I |

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 11/08/2019 08:25:43 - | 4203171112 | |

## Location of Occurrence

| County | Location Type | Location Description |
|---|---|---|
| MARION | JAIL FACILITY | MCJ |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | OCALA | FL | 34475 |

## Suspect

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| CORY | P | MERCHANT | | WHITE | MALE | 6-00 | 160 | BRO | BLU |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO16MNI007794 | | | 33 | FL USA | | FL | |

**Address**
* RESIDENCE

## Charge : S

| Counts | Charge | Bond Amount | No Bond |
|---|---|---|---|
| 1 | 800.04.7a | $10000.00 | ☐ |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| T | FELONY | LEWD LASCV BEHAVIOR |

**Charge Description**
EXHIBITION OFF LESS 18 YOA VICTIM LESS 16 YOA

**Probable Cause**
ON THE 8TH DAY OF NOVEMBER, 2019, THE DEFENDANT BECAME ARRESTED PER MARION COUNTY WARRANT 19CF3047 FOR CT1 LEWD/LASC BATTERY CHILD 12 YOA BUT LESS 16 YOA BOND $10,0000.00 SIGNED BY JUDGE HATCHER. ✓

## Jail Bookin Facility

| Booking Date/Time | Booking County | Booking Facility | Booking Facility Phone Number |
|---|---|---|---|
| | | | |

| Booking Facility Location | Booking Number |
|---|---|
| | |

**Booking Comments**

## Court

| Court County | Court Location |
|---|---|
| | |

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name | |
|---|---|---|---|---|
| 11/8/2019 08:25 AM | MCSO55ARR23822S | MCSO19OFF020168 / | PALAU, I | |
| Originating Agency ORI | Occur Date Time Range | OBTS | | Clearance |
| FL0420000 | 11/08/2019 08:25:43 - | ORIGINAL | | |

| Court | Court Phone | Court Appereance Date / Time | Court Fine |
|---|---|---|---|
| | | | |

| Comments |
|---|
| |

**Warrant Service**

| Service Date/Time | Case Number | Warrant Number |
|---|---|---|
| 11/8/2019 8:25:11 AM | 11/8/2019 8:25:11 AM | MCSO19WAR000353 |
| Location Type | Location Description | |
| JAIL FACILITY | MCJ | |

| Street Number | Street | Apt/Lot/Bldg | County | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | | | MARION | OCALA | FL | 34475 |

| Officer Name Rank / ID # | | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| PALAU, I DEPUTY MAS | 5563 | REPORTING OFFICER | MARION COUNTY SHERIFF'S OFFICE DETENTION BUREAU |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the probable cause associated with this report:

**Reporting Officer**

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| PALAU, I | DEPUTY MAS | 5563 | This the 8th day of November, 19 |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT |
| MARION COUNTY SHERIFF'S OFFICE | | | |
| Officer Signature 5563 | | | #0552 |