# Warrant Service (This Agency)

**MARION COUNTY SHERIFF'S OFFICE**
692 NW 30TH AVE
OCALA, FL 34475

ORIGINAL

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 6/4/2020 05:44 PM | MCSO55ARR07124M | MCSO20OFF009528 / 2006040478 | LOCKHART, J |

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 06/04/2020 00:00:00 - 06/05/2020 00:00:00 | 4203178572 | |

## Location of Occurrence

| County | Location Type | Location Description |
|---|---|---|
| MARION | RESIDENCE | |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |

## Suspect

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ERIC | THANAL | LUTTERLOAH | | WHITE | MALE | 5'10" | 200 | GRY | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO19MNI032468 | [redacted] | [redacted] | | | [redacted] | FL | |

**Address**
* RESIDENCE / 4035 NE 92ND PL , ANTHONY, FL 32617 /

## Warrant Service (This Agency) Data

| Question | Answer |
|---|---|
| Primary Language | |
| Immigration Status | |
| Vehicle Company / Address | |

**Charge : S**

| Counts | Charge | Bond Amount | |
|---|---|---|---|
| 1 | 787.01.1a1 | $0.00 | ☑ No Bond |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| F | FELONY | KIDNAP ADULT FOR RANSOM |

**Charge Description**
OR REWARD OR SHIELD OR HOSTAGE

**Charge : S**

| Counts | Charge | Bond Amount | |
|---|---|---|---|
| 1 | 794.011.4b | $0.00 | ☐ No Bond |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| F | FELONY | SEX BATTERY |

**Charge Description**
SEX BAT 18 YR OR OLDER BY PRSN 18 YR OR OLD

PLAINTIFF'S EXHIBIT 4

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 6/4/2020 05:44 PM | MCSO55ARR07124M | MCSO20OFF009528 / 2006040478 | LOCKHART, J |
| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
| FL0420000 | 06/04/2020 00:00:00 - 06/05/2020 00:00:00 | | |

## Bond Set by Court

Bond Amount

☑ No Bond

Bond Type(s)

## Probable Cause

FELONY WARRANT CT I SEXUAL BATTERY- THREATS OF USE FORCE/ VIOLENCE NO BOND CT II KIDNAPPING WHILE ARMED NO BOND PLEASE CONFIRM THROUGH FL0420002 STATE WILL EXTRADITE

ALIAS: ERIC T LUTTERLOAH

## Jail Bookin Facility

| Booking Date/Time | Booking County | Booking Facility | Booking Facility Phone Number |
|---|---|---|---|
| 0.0000 | | | |

Booking Facility Location

Booking Number

Booking Comments

## Court

| Court County | Court Location |
|---|---|

| Court | | Court Phone | Court Appereance Date / Time | Court Fine |
|---|---|---|---|---|

Comments

## Warrant Service

| Service Date/Time | Case Number | Warrant Number |
|---|---|---|
| 6/4/2020 4:46:57 PM | 6/4/2020 4:46:57 PM | MCSO20WAR001802 |

| Location Type | Location Description | Apt/Lot/Bldg | County | City | State | Zip Code |
|---|---|---|---|---|---|---|
| RESIDENCE | | | | | | |

Street Number | Street

| Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|
| LOCKHART, J CORPORAL  5333 | REPORTING OFFICER | MARION COUNTY SHERIFF'S OFFICE LAW ENFORCEMENT |

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 6/4/2020 05:44 PM | MCSO55ARR07124M | MCSO20OFF009528 / 2006040478 | LOCKHART, J |
| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
| FL0420000 | 06/04/2020 00:00:00 - 06/05/2020 00:00:00 | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the probable cause associated with this report:

**Reporting Officer**

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| LOCKHART, J | CORPORAL | 5333 | This the _4T_ day of _June_, _2020_ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT |
| MARION COUNTY SHERIFF'S OFFICE | | | |
| Officer Signature | *[signature]* | | *[signature]* SSU |

**Warrant Service (This Agency)**                                                                                       Page 3 of 3