PLAINTIFF'S EXHIBIT 5

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF CORY MERCHANT

    Plaintiffs,

v.                          Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

    Defendants.

_____

### Exhibit 5 Placeholder – Wanted by Woods Wednesday Video

Exhibit 5 to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment is a video that cannot be uploaded to the PACER ECF system. Plaintiff will mail a USB that contains Exhibit 5, Wanted by Woods Wednesday Video. This document is a placeholder for that exhibit.

    Respectfully submitted,
    By: *s/ Sam Harton*
    Attorney for Plaintiffs

    Sam Harton (*pro hac vice*)
    **ROMANUCCI & BLANDIN, LLC**
    321 N. Clark Street, Suite 900
    Chicago IL 60654
    Tel: (312) 458-1000
    sharton@rblaw.net

    James M. Slater (FBN 111779)
    Slater Legal PLLC
    113 S. Monroe Street
    Tallahassee, Florida 32301
    james@slater.legal
    Tel. (305) 523-9023