## Florida Department of Law Enforcement - Sexual Offender / Predator



**Eric T Lutterloah**
Date of Image : 05/04/2020

| Primary Information | |
|---|---|
| Designation : | Sexual Offender |
| Name : | Eric T Lutterloah |
| Status : | Confinement |
| Dept of Correction# : | J20957 |
| Date Of Birth : | ███ |
| Race : | White |
| Sex : | Male |
| Hair : | Brown |
| Eyes : | Brown |
| Height : | 5'11" |
| Weight : | 200 lbs |

Eric T Lutterloah is registered as a Sexual Offender. Positive identification cannot be established unless a fingerprint comparison is made.

### Aliases

Eric Lutterloah, ERIC T LUHERLOAN, ERIC THANALL LUTTERLOAH, ERIC LUHERLOAN, Eric Thanal Lutterloah

### Scars, Marks & Tattoos

| Type | Body Location | Count |
|---|---|---|
| Tattoo | Left Arm | 1 |

### Address Information

| Address | Address Source information | Map Link |
|---|---|---|
| ███ | Source: DHSMV<br>Received Date: 04/17/2020<br>Address Type: Permanent | N/A |
| ███ | Source: FI<br>Received Date: 06/08/2020<br>Address Type: Temporary | N/A |

### Crime Information - Qualifying Offenses

| Adjudication Date | Crime Description | Court Case Number | Jurisdiction & State | Adjudication |
|---|---|---|---|---|
| 10/10/2007 | SEX BAT/INJ NOT LIKELY; F.S. 794.011(5) (PRINCIPAL) | 0300157 | Marion, FL | Guilty/convict |

### Victim Information

| Gender | Minor |
|---|---|
| Unknown | Yes |
| Female | Yes |

| Vehicle Information | | | | | |
|---|---|---|---|---|---|
| Vehicle Make | Vehicle Type | Vehicle Color | Vehicle Year | Vehicle Body | Tag Number |
| No registered/owned vehicle information on file for this subject | | | | | |

| Vessel Information | | | | | | |
|---|---|---|---|---|---|---|
| Vessel Make | Vessel Type | Vessel Color | Motor Type | Hull Material | Vessel Year | Registration Number |
| No registered/owned vessel information on file for this subject | | | | | | |

| Link to FDLE | FDLE Mobile App | Subject's Flyer |
|---|---|---|
|  |  |  |

**CAUTION!** If you reached this flyer from any site other than FDLE's Florida Sexual Offender and Predator homepage, FDLE cannot guarantee the timeliness of the information you are viewing. To receive the most current information regarding registered sexual offenders or sexual predators registered with the State of Florida please conduct an "Offender Search" from FDLE's website located at http://offender.fdle.state.fl.us/offender

If further information is needed, please contact the Florida Department of Law Enforcement EIS-MPOR Offender Registration and Data Management at (1-888-357-7332) between the hours of 8:00am and 5:00pm, Monday through Friday.

Positive identification cannot be established unless a fingerprint comparison is made.

Any person who misuses public records information relating to a sexual predator, as defined in this section, or a sexual offender, commits a misdemeanor of the first degree. Please see 775.21(10)(c) for more information.