**PLAINTIFF'S EXHIBIT 7**

