# Building # 4 (Gulf Pod)

PLAINTIFF'S EXHIBIT

**8**

To Booking

To Booking

**Primary Route**

**Secondary Route**

**A** Air Packs

⭐ Fire Extinguisher