# Marion County Sheriff's Office




## Incident Report # 220003373

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| MEDICAL | F | 06/25/2022 17:20 | 6191 | HAMMOND, M | 06/25/2022 17:40 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|
| 5305 HAGOOD, J | 06/25/2022 18:38 | 4830 MOSHER JR., K | 06/26/2022 00:46 | | 06/25/2022 17:40 |

**Narrative**

On 6/25/2022 at approximately 1720 hours, while assigned to Foxtrot Pod, Inmate Brian Ford stepped out of Alpha Section. He stated, "I broke my Jaw. I was coming down off the bed." Nurse Lieberman evaluated inmate Ford, and she determined that he had a broken jaw and needed to go to the Infirmary.

### Victims/Subjects

| First Name | Middle | Last Name | Suffix |
|---|---|---|---|
| | | LIEBERMAN | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Home Phone | Work Phone | DL Number | SSN | DOB |
|---|---|---|---|---|
| | | | | |

**Comments** FOXTROT POD NURSE

### Officers

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6379 | DIEL | A | | | | | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6609 | COLDIRON | G | | | | | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 6191 | HAMMOND | M | | | | | | |

**Comments**

| Officer ID | Last Name | First Name | Middle Name | Post | Supervisor | Shift | Action Taken | Report Type |
|---|---|---|---|---|---|---|---|---|
| 2550 | CROMWELL | H | | | | | | |

**Comments**

### Inmates

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| A0264779 | 2200002814 | FORD | BRIAN | EUGENE | M | W | 4-MEDIUM | FA106B |

**Comments**

### Supplement Reports

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| 6191 | HAMMOND, M | | 06/26/2022 06:18 |

**Narrative**

On 6/26/2022 at approximately 0535 hours, Upon relieving B2-Shift, Deputy Cromwell #2550 was able to locate a camera looking over the 2nd story in Alpha Section. At approximately 1632 hours, Deputy Cromwell # 2550 identified Inmate Eric Lutterloah as the aggressor. Inmate Lutterloah was observed on camera thrusting his right hand, administering a Single hand strike to Inmate Brian Ford's facial( Jaw) area. Inmate Lutterloah will be receiving a pending D/R for battery and Inmate Ford will receive a D/R for lying to staff.

### Disciplinary Reports

# Marion County Sheriff's Office

## Disciplinary Report

**Incident # 220003373**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| A0070076 | 2000004904 | LUTTERLOAH | ERIC | THANAL | 06/29/2022 09:28 |

| Charge | Plea |
|---|---|
| CLASSA-1B: BATTERY OR ATTEMPTED BATTERY, WITH OR WITHOUT A WEAPON | GUILTY |
| CLASSA-2C: CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR OR | GUILTY |

**Details** DR HEARING OFFICER ORTIZ 5167

**Findings** GUILTY 30 DAYS L/D WITH LOSS OF ALL TIME 220003373

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| 5167 | ORTIZ, M | 06/29/2022 11:29 |

### Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|

**Appeal Details**

**Inmate Requests**

### Appeal Findings

| Appeal Finding | Finding Date/Time | Officer ID/Name |
|---|---|---|

**Appeal Finding Details**

---

**Copy Given to Inmate:** No ____________ Yes ____________

**Officer Signature:** ______________________________

**Inmate Signature:** ______________________________