**Declaration of Terry Place**

1. My name is Terry Place, and I was incarcerated in Gulf Pod of the Marion County Jail in Ocala, Florida from March 23, 2021 to February 15, 2023.

2. The Marion County jail is made up of multiple Pods, which are divided into four dorms each.

3. I was incarcerated in the same dorm in Gulf Pod as Cory Merchant and Eric Lutterloah, known as Gulf-Alpha

4. Gulf-Alpha was extremely violent, and I constantly feared for my safety at the hands of other inmates and correctional staff.

5. There is a pervasive culture of violence in the Marion County Jail.

6. Approximately three months before Cory was killed, I witnessed Officer McMillian push an inmate so hard that they flew across a table in the Gulf-Alpha.

7. I was in Gulf Pod on the evening that Eric Lutterloah attacked and killed Cory Merchant.

8. Cory Merchant was one of the most docile men I met in Gulf Pod.

9. Cory Merchant would often attend a bible study that I led in Gulf Pod.

10. Less than thirty days before Eric Lutterloah attacked Cory Merchant, Lutterloah attacked Benjamin Furr, another inmate in the Gulf-Alpha, causing a fat lip and facial laceration.

11. Afterwards, I spoke with Lutterloah about the assault on Furr and he did not deny it.

12. Lutterloah had an extremely violent reputation amongst the inmates and guards.

13. On multiple occasions, I witnessed guards encourage Lutterloah to be violent towards other inmates, saying things to him like "take care of business, Lutterloah."

14. Inmates in Gulf Pod were able to engage in physical violence against each other constantly without intervention from guards.

15. On Friday nights in Gulf Pod, inmates would participate in "Friday Night Fight Night," in which at least two inmates, but often up to six inmates, would engage in physical and violent altercations.

16. Friday Night Fight Nights occurred most Fridays in Gulf Pod.

17. Guards would usually not make any effort to stop Friday Night Fight Nights.

PL MERCHANT 003564

18. The few times that I did witness guards address inmates engaging in Friday Night Fight Nights, they would only come into the pod, tell the inmates to stop, then leave.

19. After the guards left the pod, inmates would continue fighting and would not receive any discipline.

20. I only witnessed inmates getting punished for fighting in the jail after the fight had already escalated to the point that someone had to receive medical care.

21. As a result of the pervasive violence throughout the jail, I witnessed several inmates receive broken noses and deep lacerations from other inmates prior to Cory Merchant's death.

22. Violent altercations in Gulf-Alpha occurred approximately 4-5 times a week.

23. Sergeant Dukes was the Supervising Officer on duty on the night that Cory Merchant was killed.

24. Sergeant Dukes was patrolling the entire jail on the night that Cory Merchant was killed.

25. Sergeant Dukes frequently came into Gulf Pod and threatened to kill all the inmates.

26. Sergeant Dukes would frequently say things to inmates to the effect of "I am a military veteran and I have no problem killing you."

27. On the night that Cory Merchant was killed, Officers Miller and Kosinski, who the inmates called "Officer Ski," were on duty in the Gulf Pod Island.

28. Officer Ski, like many officers, often ignored the door when people knocked on it.

29. I witnessed several times where either myself or another inmate would knock on the door and Officer Ski would waive them off, ignore them, keep on playing on the computer, or tell them to get off the door.

30. On several occasions, I witnessed Officers Miller and Ski watching YouTube videos on the computer instead of supervising the inmates.

31. At 10 p.m., the inmates are supposed to go on lockdown after the last headcount.

32. During lockdown, the inmates are supposed to be in their bunks and not roaming around the dorm.

33. Almost no officers at the Marion County Jail enforced lockdown.

34. At approximately 10 p.m. on the night of Cory Merchant's death, Officers Miller and Ski did the final headcount of the night and put Gulf-Alpha on lockdown but did not enforce headcount throughout the night.

35. Further affiant sayeth not.

Under penalties of perjury, I declare that I have read the foregoing statements and that the facts stated in it are true.

DocuSigned by:

*[signature]*
39528B16D6D0489...

10/26/2023

Terry Place