**PLAINTIFF'S EXHIBIT 13**

**Declaration of Steven Murphy**

1. My name is Steven Murphy, and under penalties of perjury, I declare that I have read the following statements and that the facts stated in it are true.

2. I was incarcerated in at the Marion County Jail in Ocala, Florida from April 2022 to April 2023.

3. The Marion County Jail was extremely violent, with fights occurring on a daily basis.

4. I knew Eric Lutterloah while I was in the Marion County Jail, and he was a visibly and obviously aggressive person.

5. Eric Lutterloah tended to pick on others in his dorm who were smaller and weaker than him.

6. Eric Lutterloah would often pick fights by escalating a verbal altercation into a full on brawl.

7. As a trustee, I was able to access the rover's area in which guards were stationed to surveil Gulf Pod.

8. The rover's area in Marion County Jail pods was typically staffed by up to two officers surveilling the four dorms within each pod, which housed approximately 280 inmates.

9. While in the rover's area of different pods, I witnessed guards exhibiting unprofessional behavior such as watching YouTube videos when they were supposed to be surveilling the dorms, and making fart noises over the intercom.

10. Guards in the rover's area of different pods frequently were distracted by their computers or the trustees.

11. Guards in the rover's area of different pods frequently spend time joking around with each other or the trustees rather than supervising inmates.

12. Guards who were tasked with supervising pods in the rover's area had other duties as well, such as picking up trays from the kitchen for the pod, and when they would engage in those other tasks, there would be only one guard left to supervise all four dorms in their pod.

13. Officers in the Marion County Jail often encourage fighting.

14. On several occasions, I witnessed an inmate complain to a Marion County Jail guard about getting physically attacked by another inmate, then witnessed the guards respond by laughing.

15. I recall one incident in March of 2023 when I was outside of Echo Pod preparing supplies when another inmate approached the door of the Pod Island and began to bang on the door. I witnessed Officers Nelson and McClure initially shrug off the inmate. As the inmate continued to bang on the door, one of the officers said to the other, "should we let

    him in?" to which the other responded, "Yeah, I guess." The officers then let the inmate in, who proceeded to tell the officers that they needed to let him out of the pod because another inmate was going to kill him. The officers responded, "Well, what did you do this time?" to which the inmate said, "nothing, they're trying to say I owe them money." The officers responded that next time he would pay up.

16. The interaction I described in the preceding paragraph was a common occurrence.

17. I often heard conversations between guards where they said things like, "I heard [so-and-so] inmate got his ass beat last night," and "Oh, we had another fight last night."

18. Gulf Pod had a reputation throughout the jail of being the most violent pod.

19. Foxtrot also had a reputation of being extremely violent.

20. Many nights, I would lay in my bunk to go to sleep and just listen to the noise of fighting.

21. Sergeant Jerome Dukes often threatened inmates with physical violence.

22. I watched Sergeant Jerome Dukes pepper spray an inmate named Jerry without any provocation.

23. Further affiant sayeth not.

DocuSigned by:
[signature]
A6AB973A4428488...

10/25/2023

Steven Murphy