# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

    Plaintiff,

v.

BILLY WOODS, Sheriff of Marion
County, Florida, in his official
Capacity; Deputy JUSTIN KOSINSKI;
Deputy DELLUN MILLER; Sergeant
JEROME DUKES;

    Defendants.
_____/

Case No. 5:23-cv-00661
**UNOPPOSED**

## DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE OVERSIZED OMNIBUS REPLY MEMORANDUM

Defendants, pursuant to Rule 16(d), Fed. R. Civ. P. and the Case Management Scheduling Order (Doc. 21), hereby file their Joint Motion for Leave to File Oversized Omnibus Reply Memorandum, and state:

### INTRODUCTION

On June 27, 2025, Defendants moved the Court for summary judgment pursuant to Rule 56, Fed. R. Civ. P. (Doc. 47, 48, 49). On July 11, 2025, Plaintiff moved the Court for relief to file an unopposed omnibus response not to exceed 60 pages and to extend her deadline respond to Defendants' summary judgment

motions. (Doc. 55, ¶ 11), which the Court granted on July 17, 2025. (Doc. 56). On August 15, 2025, Plaintiff filed her omnibus response. (Doc. 62). In the Response, Plaintiff did not address the individual Defendants' entitlement to qualified immunity or Defendant Sheriff's alleged liability for wrongful death negligence under Florida law as argued in their motions. (Doc. 62, P. 48). Instead, Plaintiff focused nearly her entire Response, which totaled 53 pages, excluding exhibits, arguing Defendant Sheriff's alleged liability under *Monell*, while reserving her request for supplemental briefing on whether Florida law controlled Plaintiff's damages under 42 U.S.C. § 1983. (Doc. 62, P. 48-51). This Motion requests an Order granting Defendants leave to file a 21-page omnibus reply motion to Plaintiff's Response to Defendants' Motions for Summary Judgment.

## **MEMORANDUM OF LAW**

Orders issued pursuant to Rule 16(d), Fed. R. Civ. P., may be modified only "for good cause and with the judge's consent." Here, Defendant Sheriff, despite his best diligence, cannot reasonably meet the 7-page reply requirement under Middle District Local Rule. Further, not permitting the relief would prejudice Defendant Sheriff because Plaintiff was permitted approximately 48 pages to respond to Defendant's approximately 17-page argument for summary judgment on the *Monell* claims. Finally, an omnibus reply would minimize redundancy and streamline arguments to the Court for each of the Defendants in this action.

WHEREFORE Defendants respectfully request that this Court enter an Order permitting Defendants to file a 21-page Omnibus Reply to Plaintiff's Response to Defendants' Motions for Summary Judgment.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendant certified that he conferred with Counsel for Plaintiff, Sam Harton, Esq., and Counsel for Plaintiff indicated no objection to the relief sought in the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel for Plaintiff, James M. Slater, Esquire, Slater Legal, PLLC, 2296 Henderson Mill Rd. NE, Ste 116, Atlanta, GA 30345, Sam Harton, Esquire, Romanucci and Blandin, 321 North Clark Street, Ste. 900. Chicago, Illinois 60654.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Brandon T. Byers, Esquire
Fla. Bar. No. 0119492
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
bbyers@hilyardlawfirm.com