IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| Krysti Merchant, | |
| Plaintiff, | Case No. 5:23-cv-00661 |
| v. | |
| Billy Woods, *et al.*, | |
| Defendants. | |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Benjamin A. Berkman, Esquire, moves for special admission to represent Plaintiff Krysti Merchant in this action.

I am neither a Florida resident nor a member in good standing of the Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, Northern District of Illinois and North Dakota. I have attached my Certificate of Good Standing from the Northern District of Illinois as Exhibit A.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I have initally appeared in the last thirty-six months in these cases in state or federal court in Florida: Fortson v. Aden et al, No. 3:25-cv-591-TKW-ZCB, Northern District of Florida.

I will comply with the federal rules and this Court's local rules. I am familiar

1

with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: October 23, 2025

Respectfully submitted,

/s/ Benjamin A. Berkman

Benjamin A. Berkman
(Illinois ARDC No. 6329445)
**Romanucci & Blandin**
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: bberkman@rblaw.net

## **Local Rule 3.01(g) Certification**

I, certify that Plaintiff conferred with opposing counsel regarding this Motion for Special Admissions and that they are unopposed to this motion.

/s/ Benjamin A. Berkman
Benjamin A. Berkman
