# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** Benjamin Andrew Berkman

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Benjamin Andrew Berkman was duly admitted to practice in said Court on (11/08/2018) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/22/2025 )

Thomas G. Bruton , Clerk,

By:
    Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ E. CALASANZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 22, 2025