UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
CORY MERCHANT

      Plaintiffs,

v.                                                     Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

      Defendants.

_____

### Unopposed Motion for Brief Extension of
### Motion for Reconsideration Deadline

NOW COMES the Plaintiff, Krysti Merchant, Individually and as the Independent Administrator of the Estate of Cory Merchant, Deceased, by and through her attorneys, Romanucci & Blandin, LLC, in agreement with all parties, respectfully requesting that the deadline for Plaintiff to file a response to Defendant's Motion for Reconsideration be extended by seven days. Plaintiff states as follows:

1. On October 17, 2025, Defendant filed a Motion for Reconsideration regarding the Court's denial of Defendant's Motion for Summary Judgment. ECF 69.

2. As provided by Local Rule 3.01, Plaintiff is required to respond to Defendant's Motion for Reconsideration within fourteen days.

3. Counsel for Plaintiff is traveling the week of October 26, impeding their ability to respond to the Motion for Reconsideration by the October 31 deadline.

4. Plaintiff respectfully requests a seven-day extension to allow counsel to thoroughly brief the issues therein.

5. This motion is not brought in bad faith or for purposes to delay discovery.

6. Counsel for Defendant has advised that it may be filed **unopposed.**

        Respectfully submitted,
        By: *s/ Sam Harton*
        Attorney for Plaintiffs

        Sam Harton (*pro hac vice*)
        **ROMANUCCI & BLANDIN, LLC**
        321 N. Clark Street, Suite 900
        Chicago IL 60654
        Tel: (312) 458-1000
        sharton@rblaw.net

        James M. Slater (FBN 111779)
        Slater Legal PLLC
        113 S. Monroe Street
        Tallahassee, Florida 32301
        james@slater.legal
        Tel. (305) 523-9023

## **LOCAL RULE 3.01(g) CERTIFICATION**

The plaintiff-movant has conferred with counsel for Defendants. Plaintiff files the instant motion unopposed.

Respectfully submitted,

By: *s/ Sam Harton*
Attorney for Plaintiff