## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL REPRESENTATIVE
FOR THE ESTATE OF CORY MERCHANT

    Plaintiffs,

v().                                                                 Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

    Defendants.

_____

### Motion for Extension and Date Certain Trial

NOW COMES the Plaintiff, Krysti Merchant, Individually and as the Independent Administrator of the Estate of Cory Merchant, Deceased, by and through her attorneys, Romanucci & Blandin, LLC, respectfully requests a trial date. Plaintiff states as follows:

1. This case is currently set for the January 2026 trial calendar.

2. Lead counsel for Plaintiff in this case reside outside the State of Florida. This trial will require the testimony of multiple Sheriff's Department employees with busy schedules, as well as uncontrolled, third-party witnesses and two out-of-state experts. For these reasons, a certain trial date would be beneficial for counsel and witnesses.

3. Counsel for Plaintiff and Defendant conferred on this issue, and agreed that a certain trial date would be preferable, but could not agree on a proposed trial date. Counsel for Defendant indicated conflicts with two other trials in January and one in February. Plaintiff's counsel also has a conflict in

January, as trial in *Williams v. Dixon, et al.,* 3:23-cv-1221-MMH-MCR, is set to go forward in the Middle District of Florida on January 5, 2026.

4. Plaintiff requests that trial be set to commence on February 16, 2026.

5. The Pre-Trial Conference is currently set for December 4, 2025. **Since both Plaintiff and Defendant have noted conflicts with a January trial date, Plaintiff also respectfully requests a continuance of the Pre-Trial Conference and, consequently, for deadlines which rely on the date of the Pre-Trial Conference to be adjusted accordingly**. For example, the parties are currently ordered to file motions *in limine* "no later than three (3) weeks before the date of the Pre-Trial Conference." ECF 26.

6. Alternatively, Plaintiff requests a status conference with the Court to address these outstanding scheduling concerns.

Respectfully submitted,
By: */s/ Sam Harton*
Attorney for Plaintiffs

Sam Harton
Ben Berkman
Stephen Weil
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago IL 60654
Tel: (312) 458-1000
sharton@rblaw.net

James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

2

## **LOCAL RULE 3.01(g) CERTIFICATION**

The plaintiff-movant has conferred with counsel for Defendant and files this motion opposed.

Respectfully submitted,

By: *s/ Sam Harton*
Attorney for Plaintiff