UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, as Personal
Representative for the Estate of
Cory Merchant, Deceased,

    Plaintiff,

v.                                        Case No. 5:23-cv-00661

BILLY WOODS, Sheriff of Marion
County, Florida, in his official
Capacity; Deputy JUSTIN KOSINSKI;
Deputy DELLUN MILLER; Sergeant
JEROME DUKES;

    Defendants.
_____/

## DEFENDANTS' MOTION TO RESCHEDULE PRETRIAL CONFERENCE

Defendants, BILLY WOODS, Sheriff of Marion County, Florida, in his official Capacity ("**Sheriff Woods**"), Deputy JUSTIN KOSINSKI ("**Kosinski**"), Deputy DELLUN MILLER ("**Miller**"), and Sergeant JEROME DUKES ("**Dukes**") (collectively "**Defendants**"), pursuant to Rule 16, Fed. R. Civ. P., and the Amended Case Management and Scheduling Order dated September 18, 2024, hereby respectfully move the Court to reschedule the Pretrial Conference scheduled for January 8, 2025, at 10:00 a.m., and state:

### INTRODUCTION

1.    On November 4, 2025, Plaintiff sought leave to extend the pretrial

1

and trial deadlines (Doc. 74), which the Court granted by rescheduling the Pre-Trial Conference to January 8, 2026, at 10:00 a.m., and the jury trial to the February, 2026, trial period (Doc. 75 and Doc. 76).

2. Defendants respectfully request that the Court reschedule the Pre-Trial Conference to another date because Defendants' lead counsel has another final pretrial conference scheduled in the Middle District of Florida, Orlando Division, at 2:00 p.m., on January 8, 2026. *Marcano, et al v. Orange County Sheriff Office, et al*, Case No. 6:24-cv-00571-JSS-RMN.

3. Defendants conferred with Plaintiff's counsel regarding this Motion and Plaintiff indicated no objection, but suggested the week of January 19, 2025, for the rescheduled date of the Pretrial Conference.

## **MEMORANDUM OF LAW**

Pursuant to Rule 16(b)(4), Fed. R. Civ. P., "[a] schedule may be modified only for good cause and with the judge's consent." To establish good cause under Rule 16(b)(4), Fed. R. Civ. P., the party seeking the extension must have been diligent. *Romero v. Drummond Co.*, 552 F.3d 1303, 1318-19 (11th Cir. 2008); *see also Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (per curiam) ("good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension.").

Here, Defendants' lead counsel and his law firm are involved in another final pretrial conference at 2:00 p.m. in Orlando, Florida, on the same day as the

above-captioned action. While it may be possible, traffic permitting, for Defendants' lead counsel to travel from Orlando to Tampa to attend the 10:00 a.m. Pretrial Conference in this matter, and then travel back to Orlando to attend the Final Pretrial Conference in the other matter at 2:00 p.m., Defendants respectfully request that the Court reschedule the Pretrial Conference in this case to another day in order to allow Defendants' counsel the opportunity to attend both hearings without any delay due to the aforementioned traveling circumstances.

**WHEREFORE**, Defendants respectfully request that the Court reschedule the Pretrial Conference scheduled for January 8, 2026, at 2:00 p.m., and for any other relief the Court deems just and proper.

### LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certified that he conferred with counsel for Plaintiff, Sam Harton, Esq., by email on November 4, 2025, who indicated no opposition to the relief requested in this Motion, but suggested the week of January 29, 2025, for the rescheduled Pretrial Conference.

*/s/ Bruce R. Bogan*
Bruce R. Bogan, Esq.
Fla. Bar No. 599565
Hilyard, Bogan, & Palmer, P.A.
Attorney for Defendants

### CERTIFICATE OF SERVICE

3

I HEREBY CERTIFY that on this 4th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel for Plaintiff, James M. Slater, Esquire, Slater Legal, PLLC, 113 South Monroe Street, Tallahassee, Florida 32301, Sam Harton, Esquire, Romanucci and Blandin, 321 North Clark Street, Chicago, Illinois 60654.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Brandon T. Byers, Esquire
Fla. Bar. No. 0119492
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile: 407-841-8431
Email: bbogan@hilyardlawfirm.com
          bbyers@hilyardlawfirm.com
Attorneys for Defendant, Sheriff Woods