UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KRYSTI MERCHANT**

    Plaintiff,

v.                                                       Case No: 5:23-cv-661-JSM-PRL

**BILLY WOODS, et al.,**

    Defendants.

_____

**ORDER**

The motion to appear *pro hac vice* of Benjamin A. Berkman, Esq. (Doc. 71) is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Ocala, Florida on November 12, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties