## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

K<small>RYSTI</small> M<small>ERCHANT</small>, <small>AS</small> P<small>ERSONAL</small> R<small>EPRESENTATIVE</small>
<small>FOR THE</small> E<small>STATE OF</small> C<small>ORY</small> M<small>ERCHANT</small>

  Plaintiffs,

v.              Case No. 5:23-<small>CV</small>-661-JSM-PRL

B<small>ILLY</small> W<small>OODS</small>, <small>ET AL</small>.,

  Defendants.

_____

### **PLAINTIFF'S STIPULATION REGARDING DAMAGES**

  Plaintiff Krysti Merchant, as Personal Representative for the Estate of Cory Merchant, hereby stipulates that Plaintiff shall only seek to recover hedonic damages (e.g., damages for Cory Merchant's loss of life and/or loss of enjoyment of life) and damages for Cory Merchant's pre-death pain and suffering (as well as any costs and/or attorneys' fees to which Plaintiff may be entitled should Plaintiff succeed in recovering hedonic or pain and suffering damages). Plaintiff stipulates that Plaintiff does not seek to recover nominal damages, funeral costs, or pre-death medical expenses for Cory Merchant.

  Plaintiff has conferred with counsel for Defendant Woods regarding this stipulation and Defendant Woods does not oppose this stipulation.

           Respectfully submitted,
           By: */s/ Sam Harton*
           Attorney for Plaintiffs

Sam Harton
Ben Berkman
Stephen Weil
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago IL 60654
Tel: (312) 458-1000
sharton@rblaw.net

James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

2