UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

K<small>RYSTI</small> M<small>ERCHANT</small>, <small>AS</small> P<small>ERSONAL</small> R<small>EPRESENTATIVE</small>
<small>FOR THE</small> E<small>STATE OF</small> C<small>ORY</small> M<small>ERCHANT</small>

    Plaintiffs,

v.                                        Case No. 5:23-<small>CV</small>-661-JSM-PRL

B<small>ILLY</small> W<small>OODS</small>, <small>ET AL</small>.,

    Defendants.

_____

## PLAINTIFF'S RESPONSE TO DEFENDANT WOODS' MOTION FOR ENTRY OF JUDGMENT

Plaintiff Krysti Merchant, as Personal Representative for the Estate of Cory Merchant, hereby responds to Defendant Woods' motion for entry of judgment as follows:

Plaintiff maintains that Plaintiff is entitled to recover hedonic damages for Cory Merchant's loss of life and loss of enjoyment of life, and damages for Cory Merchant's pre-death pain and suffering (and any costs and/or attorneys' fees to which Plaintiff may be entitled should Plaintiff succeed in recovering the foregoing damages).  Plaintiff accordingly maintains that the record presented to the Court does not justify entry of judgment for Defendant Woods, as the Court found triable issues of fact on Plaintiff's claim against Defendant Woods in denying summary judgment.  ECF No. 67.  Nonetheless, Plaintiff recognizes that the Court has ruled that Plaintiff is not entitled to hedonic

damages and pre-death pain and suffering damages, which are the only damages Plaintiff seeks. ECF Nos. 85, 91. Plaintiff reserves all rights to appeal the Court's ruling regarding the availability of hedonic damages and pain and suffering damages. Nonetheless, in light of the Court's ruling regarding damages, Plaintiff does not oppose entry of judgment in favor of Defendant Woods, as the Court has ruled that Plaintiff is not entitled to the only damages she seeks.

Date: December 16, 2025

            Respectfully submitted,
            By: */s/ Benjamin Berkman*
            Attorney for Plaintiffs

            Sam Harton
            Ben Berkman
            Stephen Weil
            Romanucci & Blandin, LLC
            321 N. Clark Street, Suite 900
            Chicago IL 60654
            Tel: (312) 458-1000
            bberkman@rblaw.net

            James M. Slater (FBN 111779)
            Slater Legal PLLC
            113 S. Monroe Street
            Tallahassee, Florida 32301
            james@slater.legal
            Tel. (305) 523-9023