UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, as Personal
Representative for the Estate of Cory
Merchant, Deceased,

    Plaintiff,

v.   Case No: 5:23-cv-661-JSM-PRL

BILLY WOODS, Sheriff of Marion
County, Florida, in His Official Capacity;
Deputy JUSTIN KOSINSKI; Deputy
DELLUN MILLER; Sergeant JEROME
DUKES,

    Defendants.

## ORDER

THIS CAUSE comes before the Court on Defendants' Motion for Entry of Final Judgment (Dkt. 92), which Plaintiff does not oppose in light of the Court's ruling that she is not entitled to hedonic and pain and suffering damages. Specifically, Plaintiff states that the only damages she is seeking in this case are hedonic and pain and suffering damages. Plaintiff clarifies that she is not claiming nominal damages, funeral costs, or pre-death medical expenses. Under these circumstances, the Court will grant the motion and enter final judgment in Defendants' favor.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendants' Motion for Entry of Final Judgment (Dkt. 92) is granted as unopposed.

2. The Clerk of Court is directed to enter Final Judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is further directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this December 18, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record