## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL REPRESENTATIVE
FOR THE ESTATE OF CORY MERCHANT

    Plaintiffs,

v.                                      Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

    Defendants.

_____

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Krysti Merchant, as Personal Representative for the Estate of Cory Merchant, appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment granting Defendants' Motion for Entry of Final Judgment. (Docs. 95 & 96.). The scope of this notice includes all prior orders and rulings which produced the judgment, including the Court's December 2, 2025 order (Doc. 85).

Date: January 8, 2026

                                      Respectfully submitted,
                                      By: */s/ Benjamin Berkman*
                                      Attorney for Plaintiffs

                                      Sam Harton
                                      Ben Berkman
                                      Stephen Weil
                                      Romanucci & Blandin, LLC
                                      321 N. Clark Street, Suite 900
                                      Chicago IL 60654
                                      Tel: (312) 458-1000

bberkman@rblaw.net

James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (404) 458-7283