APPEAL,CLOSED,MEDIATION,STAYED,TANGIBLE

# U.S. District Court
# Middle District of Florida (Ocala)
# CIVIL DOCKET FOR CASE #: 5:23−cv−00661−JSM−PRL

Merchant v. Woods et al  
Assigned to: Judge James S. Moody, Jr  
Referred to: Magistrate Judge Philip R. Lammens  
Cause: 42:1983 Civil Rights Act  

Date Filed: 11/06/2023  
Date Terminated: 12/18/2025  
Jury Demand: Both  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Krysti Merchant**  
*as Personal Representative for the estate of Cory Merchant, Deceased*

represented by **James Murray Slater**  
Slater Legal PLLC  
2296 Henderson Mill Rd NE  
Suite 116  
Atlanta, GA 30345  
404−458−7283  
Email: james@slater.legal  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Benjamin A. Berkman**  
Romanucci & Blandin, LLC  
321 N. Clark St.  
Suite 900  
Chicago, IL 60654  
312−253−8825  
Email: bberkman@rblaw.net  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Bhavani K. Raveendran**  
Raveendran Law LLC  
4849 N. Milwaukee Avenue  
Suite 700  
Chicago, IL 60630  
872−361−2302  
Email: bhavani@brwarrierlaw.com  
*TERMINATED: 03/10/2025*  
*PRO HAC VICE*

**Sam Harton**  
Romanucci & Blandin, LLC  
321 N Clark St  
Chicago, IL 60654  
312−253−8590  
Email: sharton@rblaw.net  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Stephen H. Weil**
Romanucci & Blandin
321 N. Clark St.
Suite 900
Chicago, IL 60654
312–458–1000
Fax: 312–458–1002
Email: sweil@rblaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Billy Woods**
*Sheriff of Marion County, Florida, in his official capacity*

represented by **Bruce R. Bogan**
Hilyard, Bogan & Palmer, PA
105 E Robinson St – Suite 201
PO Box 4973
Orlando, FL 32802
407/425–4251
Fax: 407/841–8431
Email: bbogan@hilyardlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Todd Byers**
Hilyard, Bogan, and Palmer, P.A.
105 E. Robinson Street
Suite 201
Orlando, FL 32801
407–425–4251
Fax: 407–841–8431
Email: bbyers@hilyardlawfirm.com
*ATTORNEY TO BE NOTICED*

**David Jadon**
Roper, Townsend & Sutphen, P.A.
Florida
255 S. Orange Ave.,
Suite 750
Orlando, FL 32801
407–897–5150
Email: djadon@roperpa.com
*ATTORNEY TO BE NOTICED*

**Gary M. Glassman**
Hilyard Bogan & Palmer, P.A.
Florida
105 Robinson Street
Suite 201

              Orlando, FL 32802
              407–425–4251
              Email: gary@hilyardlawfirm.com
              *ATTORNEY TO BE NOTICED*

**Defendant**

**Justin Kosinski**         represented by   **Bruce R. Bogan**
*Deputy*                  (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

              **Brandon Todd Byers**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **David Jadon**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **Gary M. Glassman**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Miller**          represented by   **Bruce R. Bogan**
*Deputy*                  (See above for address)
*TERMINATED: 12/08/2023*          *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

              **David Jadon**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **Gary M. Glassman**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

**Defendant**

**Jerome Dukes**          represented by   **Bruce R. Bogan**
*Sergeant*                  (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

              **Brandon Todd Byers**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **David Jadon**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

          **Gary M. Glassman**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Dellun Miller**　　　　　　　　　　　represented by　**Brandon Todd Byers**
*Deputy*　　　　　　　　　　　　　　　　　　　　　　(See above for address)
          *ATTORNEY TO BE NOTICED*

          **Bruce R. Bogan**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

**Mediator**

**Thomas H. Bateman, III**　　　　　　represented by　**Thomas H. Bateman , III**
*TERMINATED: 11/20/2025*　　　　　　　　　　　　Messer Caparello, PA
          2618 Centennial Place
          Tallahassee, FL 32308
          850/222−0720
          Fax: 850/558−0674
          Email: tbateman@lawfla.com
          *TERMINATED: 11/20/2025*
          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2023 | 1 | COMPLAINT against Jerome Dukes, Justin Kosinski, Joseph Miller, Billy Woods with Jury Demand (Filing fee $402 receipt number AFLMDC−21432805) filed by Krysti Merchant. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons Dukes, # 3 Proposed Summons Kosinski, # 4 Proposed Summons Miller, # 5 Proposed Summons Woods)(Slater, James) (Entered: 11/06/2023) |
| 11/06/2023 | 2 | MOTION for Sam A. Harton to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−21433078 for $150 by Krysti Merchant. (Slater, James) (Entered: 11/06/2023) |
| 11/06/2023 | 3 | MOTION for Bhavani K. Raveendran to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−21433113 for $150 by Krysti Merchant. (Slater, James) (Entered: 11/06/2023) |
| 11/06/2023 | 4 | NEW CASE ASSIGNED to Judge James S. Moody, Jr and Magistrate Judge Philip R. Lammens. New case number: 5:23−cv−00661−JSM−PRL. Motion(s) REFERRED: 2 MOTION for Sam A. Harton to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−21433078 for $150 , 3 MOTION for Bhavani K. Raveendran to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−21433113 for $150 . Motion(s) referred to Magistrate Judge Philip R. Lammens. (AM) (Entered: 11/06/2023) |
| 11/07/2023 | 5 | CERTIFICATE of interested persons and corporate disclosure statement by Krysti Merchant. (Slater, James) (Entered: 11/07/2023) |
| 11/07/2023 | 6 | SUMMONS issued as to All Defendants. (EAM) (Entered: 11/07/2023) |

| | | |
|---|---|---|
| 11/07/2023 | 7 | NOTICE TO COUNSEL Bhavani K. Raveendran, Sam Harton, James M. Slater of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (EAM) (Entered: 11/07/2023) |
| 11/07/2023 | 8 | NOTICE of Lead Counsel Designation by James Murray Slater on behalf of Krysti Merchant. Lead Counsel: James Slater. (Slater, James) (Entered: 11/07/2023) |
| 11/15/2023 | 9 | NOTICE informing the parties that they may consent to the jurisdiction of a United States magistrate judge by filing Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge using the event **Consent to Jurisdiction of US Magistrate Judge**. (Signed by Deputy Clerk). (SMB) (Entered: 11/15/2023) |
| 11/15/2023 | 10 | NOTICE of Local Rule 1.07(c), Local Rule 3.02(a)(2), and Local Rule 3.03.<br><br>–**Local Rule 1.07(c)** requires lead counsel to *promptly* file a **Notice of a Related Action** that identifies and describes any related action pending in the Middle District or elsewhere.<br><br>–**Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge.<br><br>–**Local Rule 3.03** requires each party to file a disclosure statement. Counsel must make their disclosures using the standard court form. The Disclosure Statement form can be found at www.flmd.uscourts.gov. (Signed by Deputy Clerk). (SMB) (Entered: 11/15/2023) |
| 11/20/2023 | 11 | **ENDORSED ORDER granting 2 Motion for Sam A. Harton to appear pro hac vice by Krysti Merchant. Signed by Judge James S. Moody, Jr. on 11/20/2023. (SMB)** (Entered: 11/20/2023) |
| 11/20/2023 | 12 | **ENDORSED ORDER granting 3 Motion for Bhavani K. Raveendran to appear pro hac vice by Krysti Merchant. Signed by Judge James S. Moody, Jr. on 11/20/2023. (SMB)** (Entered: 11/20/2023) |
| 12/04/2023 | 13 | ANSWER and affirmative defenses to 1 Complaint by Billy Woods.(Bogan, Bruce) Modified on 12/5/2023 as to docket text (ARL). (Entered: 12/04/2023) |
| 12/04/2023 | 14 | ANSWER and affirmative defenses to 1 Complaint by Joseph Miller.(Bogan, Bruce) Modified on 12/5/2023 as to docket text (ARL). (Entered: 12/04/2023) |
| 12/04/2023 | 15 | ANSWER and affirmative defenses to 1 Complaint by Justin Kosinski.(Bogan, Bruce) Modified on 12/5/2023 as to docket text (ARL). (Entered: 12/04/2023) |
| 12/04/2023 | 16 | ANSWER and affirmative defenses to 1 Complaint by Jerome Dukes.(Bogan, Bruce) Modified on 12/5/2023 as to docket text (ARL). (Entered: 12/04/2023) |

| | | |
|---|---|---|
| 12/05/2023 | 17 | NOTICE TO COUNSEL Bruce Bogan, David Jadon, and Gary Glassman of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (ARL) (Entered: 12/05/2023) |
| 12/05/2023 | 18 | NOTICE of Lead Counsel Designation by Bruce R. Bogan on behalf of Jerome Dukes, Justin Kosinski, Joseph Miller, Billy Woods. Lead Counsel: BRUCE R. BOGAN. (Bogan, Bruce) (Entered: 12/05/2023) |
| 12/06/2023 | 19 | CORPORATE Disclosure Statement by Jerome Dukes, Justin Kosinski, Joseph Miller, Billy Woods. (Bogan, Bruce) (Entered: 12/06/2023) |
| 12/08/2023 | 20 | AMENDED COMPLAINT against Jerome Dukes, Justin Kosinski, Billy Woods, Dellun Miller with Jury Demand. filed by Krysti Merchant. (Attachments: # 1 Proposed Summons)(Slater, James) (Entered: 12/08/2023) |
| 12/11/2023 | 21 | SUMMONS issued as to Dellun Miller. (JDR) (Entered: 12/11/2023) |
| 12/22/2023 | 22 | ANSWER and affirmative defenses with Jury Demand to 20 Amended Complaint by Billy Woods.(Bogan, Bruce) (Modified on 12/22/2023, to edit text) (BGR). (Entered: 12/22/2023) |
| 12/22/2023 | 23 | ANSWER and affirmative defenses with Jury Demand to 20 Amended Complaint by Justin Kosinski.(Bogan, Bruce) (Entered: 12/22/2023) |
| 12/22/2023 | 24 | ANSWER and affirmative defenses with Jury Demand to 20 Amended Complaint by Jerome Dukes.(Bogan, Bruce) (Entered: 12/22/2023) |
| 01/08/2024 | 25 | CASE MANAGEMENT REPORT. (Harton, Sam) (Entered: 01/08/2024) |
| 01/08/2024 | 26 | **CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 1/24/2025; Dispositive motions due by 2/24/2025; Pretrial Conference set for THURSDAY, DECEMBER 4, 2025, AT 9:45 A.M. in Tampa Courtroom 17 before Judge James S. Moody Jr. Jury Trial is set on the JANUARY 2026 trial term in Tampa Courtroom 17 before Judge James S. Moody Jr. Conduct mediation hearing by 2/7/2025. Lead counsel to coordinate dates. Signed by Judge James S. Moody, Jr. on 1/8/2024. (SMB)** (Entered: 01/08/2024) |
| 01/18/2024 | 27 | ANSWER and affirmative defenses with Jury Demand to 20 Amended Complaint by Dellun Miller.(Bogan, Bruce) (Entered: 01/18/2024) |
| 04/08/2024 | 28 | Unopposed MOTION for Extension of Time to Complete Discovery by Krysti Merchant. (Harton, Sam) (Entered: 04/08/2024) |
| 04/08/2024 | 29 | **ENDORSED ORDER granting 28 Plaintiff's Unopposed Motion to Amend Scheduling Order. The third−party joinder deadline is extended to May 23, 2024. All other deadlines remain unchanged. Signed by Judge James S. Moody, Jr. on 4/8/2024. (SMB)** (Entered: 04/08/2024) |
| 05/23/2024 | 30 | Unopposed MOTION to Amend 26 Case Management Scheduling Order by Krysti Merchant. (Slater, James) (Entered: 05/23/2024) |
| 05/23/2024 | 31 | **ENDORSED ORDER granting 30 Plaintiff's Unopposed Motion to Amend Scheduling Order. The third−party joinder deadline is extended to July 22, 2024. All other deadlines remain unchanged. Signed by Judge James S. Moody, Jr. on** |

| | | |
|---|---|---|
| | | 5/23/2024. **(SMB)** (Entered: 05/23/2024) |
| 09/17/2024 | 32 | Unopposed MOTION to Amend 26 Scheduling Order by Krysti Merchant. (Harton, Sam) Modified on 9/18/2024 as to docket text (ARL). (Entered: 09/17/2024) |
| 09/18/2024 | 33 | **ENDORSED ORDER: Plaintiff's Unopposed Motion to Amend Scheduling Order (Dkt. 32) is granted to the extent that the scheduling deadlines, excluding the pretrial and trial dates, are extended by three months. An amended scheduling order will be entered separately. Signed by Judge James S. Moody, Jr. on 9/18/2024. (SMB)** (Entered: 09/18/2024) |
| 09/18/2024 | 34 | **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 4/24/2025; Dispositive motions due by 5/27/2025; Pretrial Conference set for THURSDAY, DECEMBER 4, 2025, AT 9:45 A.M. in Tampa Courtroom 17 before Judge James S. Moody Jr. JURY TRIAL is set on the JANUARY 2026 trial term in Tampa Courtroom 17 before Judge James S. Moody Jr. Conduct mediation hearing by 5/7/2025. Lead counsel to coordinate dates. Signed by Judge James S. Moody, Jr. on 9/18/2024. (SMB)** (Entered: 09/18/2024) |
| 01/17/2025 | 35 | NOTICE OF SELECTION of Thomas H. Bateman, III as mediator by Krysti Merchant. (Slater, James) (Entered: 01/17/2025) |
| 01/17/2025 | 36 | **ORDER appointing Thomas H. Bateman, III as mediator in this action. Mediation is scheduled for April 10, 2025, at 9:00 a.m. via Zoom. Signed by Judge James S. Moody, Jr. on 1/17/2025. (SMB)** (Entered: 01/17/2025) |
| 03/10/2025 | 37 | UNOPPOSED MOTION for Bhavani Raveendran to Withdraw as Attorney by Krysti Merchant. (Raveendran, Bhavani) Modified on 3/10/2025 to edit docket text (JDR). (Entered: 03/10/2025) |
| 03/10/2025 | 38 | **ENDORSED ORDER granting 37 Motion for Bhavani Raveendran to Withdraw as Attorney by Krysti Merchant. (Attorney Bhavani K. Raveendran terminated.) Signed by Judge James S. Moody, Jr. on 3/10/2025. (SMB)** (Entered: 03/10/2025) |
| 03/31/2025 | 39 | AMENDED NOTICE of mediation conference/hearing to be held on 4/28/2025 at 9:00 a.m. before Thomas H. Bateman, III.(Slater, James) Modified text on 4/1/2025 (JK). (Entered: 03/31/2025) |
| 04/21/2025 | 40 | Unopposed MOTION for Extension of Time to Complete Discovery , MOTION for Miscellaneous Relief, specifically Extension of Time to Complete Other Deadlines by Krysti Merchant. (Harton, Sam) (Entered: 04/21/2025) |
| 04/22/2025 | 41 | **ENDORSED ORDER granting 40 Unopposed Motion to Amend Scheduling Order. An amended scheduling order will be entered separately. Signed by Judge James S. Moody, Jr. on 4/22/2025. (SMB)** (Entered: 04/22/2025) |
| 04/22/2025 | 42 | **SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 5/27/2025; Dispositive motions due by 6/27/2025; Final Pretrial Conference set for THURSDAY, DECEMBER 4, 2025, AT 9:45 A.M. in Tampa Courtroom 17 before Judge James S. Moody Jr. JURY TRIAL is set on the JANUARY 2026 trial term in Tampa Courtroom 17 before Judge James S. Moody Jr. Conduct mediation hearing by 11/20/2025. Lead counsel to coordinate dates. Signed by Judge James S. Moody, Jr. on 4/22/2025. (SMB)** (Entered: 04/22/2025) |
| 05/22/2025 | 43 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Brandon Todd Byers on behalf of Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods (Byers, Brandon) (Entered: 05/22/2025) |
| 06/03/2025 | 44 | NOTICE of mediation conference/hearing to be held on November 20, 2025 9:00 am before Thomas H. Bateman, III. (Harton, Sam) (Entered: 06/03/2025) |
| 06/26/2025 | 45 | MOTION for Extension of Time to File 7/3/2025 *Daubert Motion* by Krysti Merchant. (Harton, Sam) (Entered: 06/26/2025) |
| 06/27/2025 | 46 | **ENDORSED ORDER granting 45 Plaintiff's Unopposed Motion for Extension of Time. The deadline to file Daubert motions is extended to July 3, 2025. Signed by Judge James S. Moody, Jr. on 6/27/2025. (SMB)** (Entered: 06/27/2025) |
| 06/27/2025 | 47 | MOTION for Summary Judgment by Jerome Dukes. (Bogan, Bruce) (Entered: 06/27/2025) |
| 06/27/2025 | 48 | MOTION for Summary Judgment by Justin Kosinski, Dellun Miller. (Bogan, Bruce) (Entered: 06/27/2025) |
| 06/27/2025 | 49 | MOTION for Summary Judgment by Billy Woods. (Bogan, Bruce) (Entered: 06/27/2025) |
| 06/27/2025 | 50 | NOTICE of Filing Exhibits by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods re 48 MOTION for Summary Judgment , 49 MOTION for Summary Judgment , 47 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39) (Bogan, Bruce) Modified on 6/30/2025 to edit text. (FLY) (Entered: 06/27/2025) |
| 07/01/2025 | 51 | Unopposed MOTION for Stephen Weil to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−23557387 for $150 by Krysti Merchant. (Slater, James) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/01/2025) |
| 07/03/2025 | 52 | Joint MOTION for Miscellaneous Relief, specifically Exclude Plaintiff Expert Witness by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods. (Attachments: # 1 Exhibit A – Plaintiff Expert – Adee – Report, # 2 Exhibit B – Plaintiff Expert – Adee – Deposition)(Bogan, Bruce) (Entered: 07/03/2025) |
| 07/03/2025 | 53 | MOTION In Limine *to Exclude or Limit Testimony* regarding Opinion Testimony of Defendants' Expert Dr. Richard Hough by Krysti Merchant. (Attachments: # 1 Exhibit 1, Hough Report, # 2 Exhibit 2, Hough Deposition)(Harton, Sam) (Entered: 07/03/2025) |
| 07/09/2025 | 54 | **ORDER granting 51 Motion to Appear Pro Hac Vice. Counsel shall pay the special admission fee and submit the pro hac vice e−file registration through PACER. The Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Signed by Magistrate Judge Philip R. Lammens on 7/9/2025. (KLS)** (Entered: 07/09/2025) |
| 07/11/2025 | 55 | |

8

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply to Plaintiff's Motions for Summary Judgement and for Leave to File and Oversized Omnibus Response Memorandum by Krysti Merchant. (Harton, Sam) Modified on 7/11/2025 as to docket text (ARL). (Entered: 07/11/2025) |
| 07/11/2025 | 56 | **ENDORSED ORDER granting 55 Plaintiff's Unopposed Motion to Extend Briefing Schedule and for Leave to File and Oversized Omnibus Response Memorandum. Plaintiff may file one omnibus response not to exceed 60 pages to Defendants' three Motions for Summary Judgment on or before August 8, 2025. Signed by Judge James S. Moody, Jr. on 7/11/2025. (SMB)** (Entered: 07/11/2025) |
| 07/17/2025 | 57 | RESPONSE in Opposition re 53 MOTION In Limine *to Exclude or Limit Testimony* regarding Opinion Testimony of Defendants' Expert Dr. Richard Hough filed by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods. (Bogan, Bruce) (Entered: 07/17/2025) |
| 07/24/2025 | 58 | RESPONSE in Opposition re 52 Joint MOTION for Miscellaneous Relief, specifically Exclude Plaintiff Expert Witness filed by Krysti Merchant. (Harton, Sam) (Entered: 07/24/2025) |
| 07/29/2025 | 59 | Tangible Item Received. One Flash Drive by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods re 50 Notice (Other). Received in the Orlando Division obo the Ocala Division and forwarded to them per Ocala Clerk's Office request. Item sent via UPS on 07/30/2025 (Tracking No. 1Z 574 118 03 9727 5688). (LJC) Modified on 7/30/2025 as to docket text(LJC). (Entered: 07/30/2025) |
| 08/07/2025 | 60 | Unopposed MOTION for Extension of Time to File Response/Reply as to 47 MOTION for Summary Judgment , 48 MOTION for Summary Judgment , 49 MOTION for Summary Judgment by Krysti Merchant. (Harton, Sam) (Entered: 08/07/2025) |
| 08/07/2025 | 61 | **ENDORSED ORDER granting 60 Plaintiff's Unopposed Motion to Extend Briefing Schedule. Plaintiff's deadline to file her omnibus response to Defendants' three Motions for Summary Judgment is extended to August 15, 2025. Signed by Judge James S. Moody, Jr. on 8/7/2025. (SMB)** (Entered: 08/07/2025) |
| 08/15/2025 | 62 | RESPONSE in Opposition re 48 MOTION for Summary Judgment , 49 MOTION for Summary Judgment , 47 MOTION for Summary Judgment filed by Krysti Merchant. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Harton, Sam) Modified text to remove duplicate language on 8/18/2025 (AA). (Entered: 08/15/2025) |
| 08/19/2025 | 63 | Unopposed MOTION for Leave to File Oversized Omnibus Reply *Memorandum* by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods. (Bogan, Bruce) (Entered: 08/19/2025) |
| 08/20/2025 | 64 | **ENDORSED ORDER granting 63 Defendants' Unopposed Joint Motion to file a 21–page Omnibus Reply to Plaintiff's Response to Defendants' Motions for Summary Judgment. Signed by Judge James S. Moody, Jr. on 8/20/2025. (SMB)** (Entered: 08/20/2025) |
| 08/20/2025 | 65 | Tangible Item Received. USB – Exhibit 5 by Krysti Merchant re 62 Response in Opposition to Motion. Stored in the file room (HAI) (Entered: 08/20/2025) |
| 08/29/2025 | 66 | |

9

| | | |
|---|---|---|
| | | REPLY to Response to Motion re 47 MOTION for Summary Judgment , 48 MOTION for Summary Judgment , 49 MOTION for Summary Judgment filed by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods. (Bogan, Bruce) (Entered: 08/29/2025) |
| 10/03/2025 | 67 | **ORDER: The Individual Defendants' Motions for Summary Judgment (Dkts. 47 & 48) are granted. The Sheriff's Motion for Summary Judgment (Dkt. 49) is granted as to the Florida Wrongful Death claim and denied as to the Section 1983 claim. The parties' Motions to Exclude (Dkts. 52 & 53) are denied. The Sheriff and Plaintiff shall each file a brief on the issue of what, if any, damages Plaintiff is entitled to under Section 1983. The brief shall not exceed ten (10) pages in length and shall be filed within fourteen (14) days of this Order. The Court declines to enter any final judgments until the conclusion of this case. Signed by Judge James S. Moody, Jr. on 10/3/2025. (SMB)** (Entered: 10/03/2025) |
| 10/17/2025 | 68 | DEFENDANT'S BRIEF re 67 Order on Motion for Summary Judgment, Order on Motion for Miscellaneous Relief, Order on Motion in Limine filed by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods. (Bogan, Bruce) (Entered: 10/17/2025) |
| 10/17/2025 | 69 | MOTION for Reconsideration re 67 Order on Motion for Summary Judgment, Order on Motion for Miscellaneous Relief, Order on Motion in Limine by Billy Woods. (Bogan, Bruce) (Entered: 10/17/2025) |
| 10/17/2025 | 70 | PLAINTIFF'S BRIEF re 67 Order on Motion for Summary Judgment, Order on Motion for Miscellaneous Relief, Order on Motion in Limine filed by Krysti Merchant. (Weil, Stephen) (Entered: 10/17/2025) |
| 10/23/2025 | 71 | Unopposed MOTION for Benjamin A. Berkman to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–24032526 for $150 by Krysti Merchant. (Attachments: # 1 Exhibit A – Certificate of Good Standing)(Slater, James) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 10/23/2025) |
| 10/26/2025 | 72 | Unopposed MOTION for Extension of Time to File Response/Reply as to 69 MOTION for Reconsideration re 67 Order on Motion for Summary Judgment, Order on Motion for Miscellaneous Relief, Order on Motion in Limine by Krysti Merchant. (Harton, Sam) (Entered: 10/26/2025) |
| 10/27/2025 | 73 | **ENDORSED ORDER granting 72 Plaintiff's Unopposed Motion for Extension of Time to File Response. Plaintiff's deadline to respond to Defendant's Motion for Reconsideration is extended to November 7, 2025. Signed by Judge James S. Moody, Jr. on 10/27/2025. (SMB)** (Entered: 10/27/2025) |
| 11/04/2025 | 74 | MOTION for Extension of Time to File Pre–Trial Materials, Motions in Limine , MOTION for Miscellaneous Relief, specifically Date Certain Trial by Krysti Merchant. (Harton, Sam) (Entered: 11/04/2025) |
| 11/04/2025 | 75 | **ENDORSED ORDER: Plaintiff's Motion for Extension and Date Certain Trial (Dkt. 74) is granted to the extent that the pretrial conference and jury trial dates are continued. A rescheduling notice will be entered separately. Because of the projected length of trial in this matter (14 days) and the Court's criminal docket, a date certain trial cannot be given at this time. The Court will endeavor to give the parties a date certain trial date on or after the pretrial conference is conducted. Signed by Judge James S. Moody, Jr. on 11/4/2025. (SMB)** (Entered: 11/04/2025) |
| 11/04/2025 | 76 | |

| | | |
|---|---|---|
| | | NOTICE OF RESCHEDULING PRETRIAL CONFERENCE HEARING AND JURY TRIAL: Final Pretrial Conference is rescheduled to THURSDAY, JANUARY 8, 2026, at 10:00 A.M. This case is continued to the FEBRUARY 2026 trial term in Tampa Courtroom 17 before Judge James S. Moody Jr. (SMB) (Entered: 11/04/2025) |
| 11/04/2025 | 77 | MOTION for Miscellaneous Relief, specifically to Reschedule Pretrial Conference by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods. (Bogan, Bruce) (Entered: 11/04/2025) |
| 11/06/2025 | 78 | **ENDORSED ORDER denying 77 Defendants' Motion to Reschedule Pretrial Conference. The Pretrial Conference remains scheduled on January 8, 2026; however, it is changed from an in–person hearing to a telephonic hearing as to all parties. Signed by Judge James S. Moody, Jr. on 11/6/2025. (SMB)** (Entered: 11/06/2025) |
| 11/06/2025 | 79 | NOTICE OF RESCHEDULING HEARING (from in–person to TELEPHONIC): A TELEPHONIC Pretrial Conference is set for THURSDAY, JANUARY 8, 2026, 10:00 AM before Judge James S. Moody, Jr. The parties are directed to follow the call–in instructions provided by the Courtroom Deputy Clerk, by separate email.(SMB) Modified on 11/6/2025 to correct the hearing date (KAC). (Entered: 11/06/2025) |
| 11/07/2025 | 80 | RESPONSE in Opposition re 69 MOTION for Reconsideration re 67 Order on Motion for Summary Judgment, Order on Motion for Miscellaneous Relief, Order on Motion in Limine filed by Krysti Merchant. (Harton, Sam) (Entered: 11/07/2025) |
| 11/12/2025 | 81 | **ORDER granting 71 Motion to Appear Pro Hac Vice of Benjamin A. Berkman, Esq. Signed by Magistrate Judge Philip R. Lammens on 11/12/2025. (AR)** (Entered: 11/12/2025) |
| 11/20/2025 | 82 | MEDIATION report Hearing held on 11–20–25. Hearing outcome: Impasse. (Bateman, Thomas). (Entered: 11/20/2025) |
| 12/02/2025 | 85 | **ORDER: Defendant Billy Woods' Motion for Reconsideration (Dkt. 69) is denied. Plaintiff is not entitled to hedonic and/or pain and suffering damages of the decedent. Signed by Judge James S. Moody, Jr. on 12/2/2025. (SMB)** (Entered: 12/02/2025) |
| 12/04/2025 | 86 | Emergency MOTION to Stay by Krysti Merchant. (Harton, Sam) (Entered: 12/04/2025) |
| 12/05/2025 | 87 | **ENDORSED ORDER directing Billy Woods to respond to 86 Plaintiff's Emergency MOTION to Stay. Response is due by Tuesday, December 9, 2025. Signed by Judge James S. Moody, Jr. on 12/5/2025. (SMB)** (Entered: 12/05/2025) |
| 12/05/2025 | 88 | RESPONSE in Opposition re 86 Emergency MOTION to Stay filed by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods. (Bogan, Bruce) (Entered: 12/05/2025) |
| 12/08/2025 | 90 | **ORDER: Plaintiff's Emergency Motion to Stay (Dkt. 86) is denied. Signed by Judge James S. Moody, Jr. on 12/8/2025. (SMB)** (Entered: 12/08/2025) |
| 12/12/2025 | 91 | STIPULATION *regarding Damages* by Krysti Merchant. (Harton, Sam) (Entered: 12/12/2025) |
| 12/16/2025 | 92 | MOTION for Entry of Judgment Under Rule 54(b) *and 58, Fed. R. Civ. P.* by Jerome Dukes, Justin Kosinski, Dellun Miller, Billy Woods. (Bogan, Bruce) (Entered: 12/16/2025) |

| | | |
|---|---|---|
| 12/16/2025 | 93 | RESPONSE to Motion re 92 MOTION for Entry of Judgment Under Rule 54(b) *and 58, Fed. R. Civ. P.* filed by Krysti Merchant. (Berkman, Benjamin) (Entered: 12/16/2025) |
| 12/17/2025 | 94 | NOTICE TO COUNSEL Sam Harton and James M. Slater of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (MSN) (Entered: 12/17/2025) |
| 12/18/2025 | 95 | **ORDER: Defendants' Motion for Entry of Final Judgment (Dkt. 92) is granted as unopposed. The Clerk of Court is directed to enter Final Judgment in favor of Defendants and against Plaintiff. The Clerk of Court is further directed to close this case and terminate any pending motions as moot. Signed by Judge James S. Moody, Jr. on 12/18/2025. (SMB)** (Entered: 12/18/2025) |
| 12/18/2025 | 96 | JUDGMENT: Pursuant to this Court's Order, entered December 18, 2025, Final Judgment is hereby entered in favor of defendants and against Plaintiff. (Signed by Deputy Clerk). (BD) (Entered: 12/18/2025) |
| 12/22/2025 | 97 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non−party must move for relief before the seal expires. (Signed by Deputy Clerk). (BD) (Entered: 12/22/2025) |
| 01/08/2026 | 99 | NOTICE OF APPEAL as to 96 Judgment by Krysti Merchant. Filing fee $605, receipt number AFLMDC−24309237. ***Case Stayed. (Berkman, Benjamin) (Entered: 01/08/2026) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, as Personal
Representative for the Estate of Cory
Merchant, Deceased,

    Plaintiff,

v.                                              Case No: 5:23-cv-661-JSM-PRL

BILLY WOODS, Sheriff of Marion
County, Florida, in His Official Capacity;
Deputy JUSTIN KOSINSKI; Deputy
DELLUN MILLER; Sergeant JEROME
DUKES,

    Defendants.
_____

## ORDER

THIS CAUSE comes before the Court on Defendants' Motion for Entry of Final Judgment (Dkt. 92), which Plaintiff does not oppose in light of the Court's ruling that she is not entitled to hedonic and pain and suffering damages. Specifically, Plaintiff states that the only damages she is seeking in this case are hedonic and pain and suffering damages. Plaintiff clarifies that she is not claiming nominal damages, funeral costs, or pre-death medical expenses. Under these circumstances, the Court will grant the motion and enter final judgment in Defendants' favor.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendants' Motion for Entry of Final Judgment (Dkt. 92) is granted as unopposed.

2. The Clerk of Court is directed to enter Final Judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is further directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this December 18, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**KRYSTI MERCHANT, as Personal Representative for the Estate of Cory Merchant, Deceased,**

    **Plaintiff,**

v.                                                        Case No.:   5:23-cv-661-JSM-PRL

**BILLY WOODS, et al.,**

    **Defendants.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that pursuant to this Court's Order, entered December 18, 2025, Final Judgment is hereby entered in favor of defendants and against Plaintiff.

**Any motions seeking an award of attorney's fees and/or costs must be filed within the time and in the manner prescribed in Local Rule 7.01, United States District Court Middle District of Florida.**

Date: December 18, 2025

                                               ELIZABETH M. WARREN,
                                               CLERK OF COURT

                                               s/B. Davis, Deputy Clerk

Copy to:

Counsel of Record
Unrepresented Parties

# CIVIL APPEALS JURISDICTION CHECKLIST

1. **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

    (a) **Appeals from final orders pursuant to 28 U.S.C. Section 1291**: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

    (b) **In cases involving multiple parties or multiple claims**, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

    (c) **Appeals pursuant to 28 U.S.C. Section 1292(a)**: Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

    (d) **Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5:** The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

    (e) **Appeals pursuant to judicially created exceptions to the finality rule:** Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2. **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

    (a) **Fed.R.App.P. 4(a)(1)**: A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

    (b) **Fed.R.App.P. 4(a)(3)**: "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

    (c) **Fed.R.App.P.4(a)(4)**: If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

    (d) **Fed.R.App.P.4(a)(5) and 4(a)(6)**: Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

    (e) **Fed.R.App.P.4(c)**: If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3. **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4. **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTI MERCHANT, AS PERSONAL REPRESENTATIVE
FOR THE ESTATE OF CORY MERCHANT

    Plaintiffs,

v.                                                     Case No. 5:23-CV-661-JSM-PRL

BILLY WOODS, ET AL.,

    Defendants.
_____

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Krysti Merchant, as Personal Representative for the Estate of Cory Merchant, appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment granting Defendants' Motion for Entry of Final Judgment. (Docs. 95 & 96.). The scope of this notice includes all prior orders and rulings which produced the judgment, including the Court's December 2, 2025 order (Doc. 85).

Date: January 8, 2026

                                        Respectfully submitted,
                                        By: */s/ Benjamin Berkman*
                                        Attorney for Plaintiffs

                                        Sam Harton
                                        Ben Berkman
                                        Stephen Weil
                                        Romanucci & Blandin, LLC
                                        321 N. Clark Street, Suite 900
                                        Chicago IL 60654
                                        Tel: (312) 458-1000

bberkman@rblaw.net

James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (404) 458-7283